109

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT FILED

LLOYD GEORGE MORGAN, JR    Case No. 3:01CV1107 (CFD)(WIG)

VS.

GOVERNOR JOHN G. ROWLAND, et al.    DATE 10-6-2003

## MOTION FOR COURT TO RECTIFY the PROPER
## TITLE Plaintiff Filed this case under

1. Now comes the PRO-se Plaintiff Lloyd George Morgan, JR in the above intitle case once again ask this court to correct the PROPER Heading of Plaintiff case to Read as he filed it in all its Rulings and orders the case is titled Lloyd George Morgan, JR V. Governor JOHN G. ROWLAND, with his middle initial the court is not using it in its Ruling Plaintiff kindly ask that it Be corrected to clear Reflect the Above and object to any Changes Plaintiff thanks this court for its consideration of this motion

By the Plaintiff
Lloyd George Morgan, JR #117496
NORTHERN C.I. P.O. Box 665
Somers CT 06071

## CERTIFICATION

This is to certify that a copy of this motion was mailed Postage Prepaid to Addresses below on Date 10-6-03

OFFICE OF ATTORNEY GENERAL
LYNN D. WITTENBRINK
110 SHARMAN ST
HARTFORD, CT 06106

CCLUF
ATTORNEY Philip D. Tegeler
32 GRAND STREET
HARTFORD, CT 06106

By the Plaintiff Lloyd G. Morgan, JR