AO 240 (Rev. 9/96)

# United States District Court

DISTRICT OF __CONNECTICUT__

Plaintiff

__LLOYD GEORGE MORGAN, JR__

V.

__GOVERNOR JOHN G. ROWLAND et. AL.__

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: __3:01CV1107(CFD)(WIG)__

I, __LLOYD George MORGAN, JR__ declare that I am the (check appropriate box)

[x] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  [x] Yes  [ ] No  (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __Northern Correctional Institution__

   Are you employed at the institution? __NO__  Do you receive any payment from the institution? __NO__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?  [ ] Yes  [x] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   __I never had a JOB to to my mental Health problems and incarceration__

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment  [ ] Yes  [x] No
   b. Rent payments, interest or dividends  [ ] Yes  [x] No
   c. Pensions, annuities or life insurance payments  [ ] Yes  [x] No
   d. Disability or workers compensation payments  [ ] Yes  [x] No
   e. Gifts or inheritances  [ ] Yes  [x] No
   f. Any other sources  [ ] Yes  [x] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

                    DEPARTMENT OF CORRECTIONS
                    CONNECTICUT DEPARTMENT OF CORRECTION                  OTRTASTA
                    T R U S T   A C C O U N T   S T A T E M E N T        4.10.0.0.9 TR

DOC: 0000117796    Name: MORGAN, LLOYD G                              DOB: 10/18/1964
LOCATION: 141-4

                                                              Max Date:
ACCOUNT BALANCES  Total :     3.06   CURRENT:   3.06   HOLD:      0.00

                         04/27/1999      07/07/2003
SUB ACCOUNT              START BALANCE   END BALANCE
HOLIDAY PACKAGES              0.00           0.00
SPENDABLE BALANCE             0.00           3.06

                    DEBTS AND OBLIGATIONS
  TYPE    PAYABLE              INFO NUMBER      AMOUNT OWING   AMOUNT PAID

           TRANSACTION DESCRIPTIONS --      HOLIDAY PACKAGES  SUB-ACCOUNT
  DATE       TYPE   TRANSACTION DESCRIPTION   TRANSACTION AMT        BALANCE
  12/18/2000  HPK   Holiday Package  125              26.00           26.00
  12/19/2000  CHPK  CHPK SAL ORD #157171       (      26.00)           0.00
  01/10/2001  HPK   Holiday Package  125              34.00           34.00
  01/12/2001  CHPK  CHPK SAL ORD #183686       (      34.00)           0.00
  01/22/2001  CHPK  CHPK SAL ORD #183686              34.00           34.00
  01/23/2001  OT    Sub-Account Transfer       (      34.00)           0.00

           TRANSACTION DESCRIPTIONS --      SPENDABLE BALANCE  SUB-ACCOUNT
  DATE       TYPE   TRANSACTION DESCRIPTION   TRANSACTION AMT        BALANCE
  04/26/2000  CONV  117796DATA-CONV                    0.00            0.00
  11/16/2000  DMR   Mail Receipts  69025             250.00          250.00
  11/16/2000  WPOS  Postage  125                (      9.60)         240.40
  11/16/2000  WPOS  Postage  125                (      7.39)         233.01
  11/16/2000  WPOS  Postage  125                (      6.50)         226.51
  11/16/2000  WPOS  Postage  125                (      8.60)         217.91
  11/16/2000  WCOP  Copies  125                 (     26.50)         191.41
  11/16/2000  WCOP  Copies  125                 (      7.50)         183.91
  11/16/2000  WCOP  Copies  125                 (     18.00)         165.91
  11/22/2000  CRS   CRS SAL ORD #129462 D2      (     44.75)         121.16
  11/22/2000  WSR   Special Request - 125       (      5.00)         116.16
  11/22/2000  WSR   Special Request - 125       (      7.00)         109.16
  11/22/2000  WSR   Special Request - 125       (      5.00)         104.16
  11/22/2000  WSR   Special Request - 125       (      5.00)          99.16
  11/27/2000  CEC   CEC SAL ORD #129462 D2              1.75         100.91
  11/28/2000  CRS   CRS SAL ORD #133844 D2      (     49.97)          50.94
  11/30/2000  WCOP  Copies  125                 (      5.29)          45.65

DOC: 0000117796     Name: MORGAN, LLOYD G              DOB: 10/18/1964
LOCATION: 141-4

                                                         Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---:|---:|
| 12/04/2000 | WCOP | Copies Reimb Ovrchg 11/16 | 13.25 | 58.90 |
| 12/05/2000 | CRS | CRS SAL ORD #139421 D2 | ( 49.32) | 9.58 |
| 12/12/2000 | CRS | CRS SAL ORD #149029 D2 | ( 9.57) | 0.01 |
| 12/20/2000 | DMR | Mail Receipts  125  70256 | 300.00 | 300.01 |
| 12/22/2000 | WSR | Special Request - 125 | ( 5.00) | 295.01 |
| 12/22/2000 | WSR | Special Request - 125 | ( 40.00) | 255.01 |
| 12/22/2000 | WSR | Special Request - 125 | ( 3.00) | 252.01 |
| 12/22/2000 | WSR | Special Request - 125 | ( 5.00) | 247.01 |
| 12/22/2000 | WSR | Special Request - 125 | ( 7.00) | 240.01 |
| 12/22/2000 | WSR | Special Request - 125 | ( 7.00) | 233.01 |
| 12/22/2000 | WSR | Special Request - 125 | ( 35.00) | 198.01 |
| 12/22/2000 | WSR | Special Request - 125 | ( 7.00) | 191.01 |
| 12/22/2000 | WSR | Special Request - 125 | ( 14.00) | 177.01 |
| 12/22/2000 | WSR | Special Request - 125 | ( 5.00) | 172.01 |
| 12/22/2000 | WSR | Special Request - 125 | ( 7.00) | 165.01 |
| 12/22/2000 | WSR | Special Request - 125 | ( 11.00) | 154.01 |
| 12/22/2000 | WSR | Special Request - 125 | ( 5.00) | 149.01 |
| 12/22/2000 | WPOS | Postage  125 | ( 5.17) | 143.84 |
| 12/26/2000 | CRS | CRS SAL ORD #162252 D2 | ( 48.27) | 95.57 |
| 01/02/2001 | CEC | CEC SAL ORD #162252 D2 | 48.27 | 143.84 |
| 01/03/2001 | CRS | CRS SAL ORD #171846 D2 | ( 18.12) | 125.72 |
| 01/03/2001 | WPOS | Postage  125 | ( 1.43) | 124.29 |
| 01/03/2001 | WPOS | Postage  125 | ( 6.60) | 117.69 |
| 01/03/2001 | WPOS | Postage  125 | ( 2.42) | 115.27 |
| 01/08/2001 | CEC | CEC SAL ORD #171846 D2 | 18.12 | 133.39 |
| 01/17/2001 | WOUT | Transfer Out - 125 to 137 | ( 133.39) | 0.00 |
| 01/23/2001 | OT | Sub-Account Transfer | 34.00 | 34.00 |
| 01/23/2001 | WOUT | Transfer Out - 125 to 137 | ( 34.00) | 0.00 |
| 02/27/2001 | CONV | Conversion | 27.03 | 27.03 |
| 02/28/2001 | DMR | Mail Receipts 63932 137 | 300.00 | 327.03 |
| 03/01/2001 | CRS | CRS SAL ORD #245970 D1 | ( 51.92) | 275.11 |
| 03/01/2001 | WPOS | Postage | ( 0.34) | 274.77 |
| 03/01/2001 | WPOS | Postage | ( 0.34) | 274.43 |
| 03/01/2001 | WPOS | Postage | ( 0.34) | 274.09 |
| 03/01/2001 | WPOS | Postage | ( 0.34) | 273.75 |
| 03/01/2001 | WPOS | Postage | ( 0.34) | 273.41 |
| 03/01/2001 | WPOS | Postage | ( 0.34) | 273.07 |

DOC: 0000117796    Name: MORGAN, LLOYD G                              DOB: 10/18/1964
LOCATION: 141-4

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 03/01/2001 | WPOS | Postage | ( 0.34) | 272.73 |
| 03/01/2001 | WPOS | Postage | ( 0.55) | 272.18 |
| 03/02/2001 | WPOS | Postage | ( 0.76) | 271.42 |
| 03/07/2001 | WPOS | Postage | ( 6.90) | 264.52 |
| 03/12/2001 | CEC | CEC SAL ORD #245970 D1 | 0.41 | 264.93 |
| 03/12/2001 | DSP | Inmate State Pay 137 030101 | 7.00 | 271.93 |
| 03/12/2001 | WSR | Special Request 137 | ( 7.00) | 264.93 |
| 03/12/2001 | WSR | Special Request 137 | ( 5.00) | 259.93 |
| 03/12/2001 | WSR | Special Request 137 | ( 14.00) | 245.93 |
| 03/12/2001 | WSR | Special Request 137 | ( 5.00) | 240.93 |
| 03/12/2001 | WSR | Special Request 137 | ( 5.00) | 235.93 |
| 03/12/2001 | WSR | Special Request 137 | ( 5.00) | 230.93 |
| 03/15/2001 | CRS | CRS SAL ORD #269896 D1 | ( 89.00) | 141.93 |
| 03/22/2001 | DSP | Inmate State Pay 137 031501 | 17.50 | 159.43 |
| 03/23/2001 | CRS | CRS SAL ORD #290578 D1 | ( 49.56) | 109.87 |
| 03/23/2001 | CRS | CRS SAL ORD #291689 D1 | ( 60.45) | 49.42 |
| 03/26/2001 | WSR | Special Request 137 | ( 5.00) | 44.42 |
| 03/27/2001 | DMR | Mail Receipts 64845 137 | 250.00 | 294.42 |
| 03/27/2001 | DOR | Bus. Office Receipts - os ck 64614 | 3.00 | 297.42 |
| 03/27/2001 | DOR | Bus. Office Receipts - os ck 64643 | 3.00 | 300.42 |
| 03/27/2001 | DOR | Bus. Office Receipts - os ck 66265 | 5.00 | 305.42 |
| 03/27/2001 | WFMS | Med Sick Fee 137 | ( 3.00) | 302.42 |
| 03/29/2001 | CRS | CRS SAL ORD #300031 D1 | ( 72.38) | 230.04 |
| 03/30/2001 | CRS | CRS SAL ORD #302341 D1 | ( 57.68) | 172.36 |
| 04/02/2001 | WSR | Special Request 137 | ( 50.00) | 122.36 |
| 04/03/2001 | CEC | CEC SAL ORD #302341 D1 | 57.68 | 180.04 |
| 04/04/2001 | CRS | CRS SAL ORD #309291 D1 | ( 27.75) | 152.29 |
| 04/05/2001 | DSP | Inmate State Pay 137 032901 | 17.50 | 169.79 |
| 04/06/2001 | CEC | CEC SAL ORD #300031 D1 | 72.38 | 242.17 |
| 04/06/2001 | CRS | CRS SAL ORD #319142 D1 | ( 63.40) | 178.77 |
| 04/10/2001 | CEC | CEC SAL ORD #291689 D1 | 60.45 | 239.22 |
| 04/11/2001 | DMR | Mail Receipts 141 18991 | 250.00 | 489.22 |
| 04/11/2001 | CEC | CEC SAL ORD #319142 D1 | 63.40 | 552.62 |
| 04/12/2001 | CRS | CRS SAL ORD #331906 D1 | ( 36.05) | 516.57 |
| 04/12/2001 | CRS | CRS SAL ORD #331909 D1 | ( 44.40) | 472.17 |
| | | | | 471.20 |

DOC: 0000117796      Name: MORGAN, LLOYD G                    DOB: 10/18/1964
LOCATION: 141-4

                                                           Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 04/17/2001 | WPOS | Postage 141 | ( 0.97) | |
| 04/18/2001 | CRS | CRS SAL ORD #336594 D1 | ( 34.61) | 436.59 |
| 04/18/2001 | WPOS | Postage 141 | ( 4.58) | 432.01 |
| 04/18/2001 | WPOS | Postage 141 | ( 0.55) | 431.46 |
| 04/19/2001 | WPOS | Postage 141 | ( 2.65) | 428.81 |
| 04/23/2001 | WPOS | Postage 141 | ( 0.55) | 428.26 |
| 04/23/2001 | WPOS | Postage 141 | ( 0.55) | 427.71 |
| 04/24/2001 | WSR | Special Request 141 | ( 315.00) | 112.71 |
| 04/25/2001 | CRS | CRS SAL ORD #350572 D1 | ( 54.43) | 58.28 |
| 04/27/2001 | WPOS | Postage 141 | ( 0.55) | 57.73 |
| 04/27/2001 | WPOS | Postage 141 | ( 0.55) | 57.18 |
| 04/27/2001 | WPOS | Postage 141 | ( 0.97) | 56.21 |
| 04/27/2001 | WPOS | Postage 141 | ( 0.34) | 55.87 |
| 04/27/2001 | WPOS | Postage 141 | ( 2.02) | 53.85 |
| 04/27/2001 | WPOS | Postage 141 | ( 1.18) | 52.67 |
| 04/27/2001 | WPOS | Postage 141 | ( 2.02) | 50.65 |
| 04/30/2001 | WPOS | Postage 141 | ( 0.55) | 50.10 |
| 05/02/2001 | CRS | CRS SAL ORD #362903 D1 | ( 37.71) | 12.39 |
| 05/03/2001 | WPOS | Postage 141 | ( 3.95) | 8.44 |
| 05/03/2001 | WSR | Special Request 141 | ( 8.00) | 0.44 |
| 05/04/2001 | CEC | CEC SAL ORD #350572 D1 | 2.26 | 2.70 |
| 05/08/2001 | CRS | CRS SAL ORD #375233 D1 | ( 2.60) | 0.10 |
| 05/09/2001 | DMR | Mail Receipts 141 19259 | 300.00 | 300.10 |
| 05/10/2001 | DOR | Bus. Office Receipts - os ck ret'd 76987 | 7.00 | 307.10 |
| 05/11/2001 | WPOS | Postage 141 | ( 2.86) | 304.24 |
| 05/11/2001 | WPOS | Postage 141 | ( 0.97) | 303.27 |
| 05/14/2001 | WPOS | Postage 141 | ( 1.81) | 301.46 |
| 05/15/2001 | CRS | CRS SAL ORD #387412 D1 | ( 24.79) | 276.67 |
| 05/15/2001 | WSR | Special Request 141 | ( 10.00) | 266.67 |
| 05/15/2001 | WSR | Special Request 141 | ( 7.00) | 259.67 |
| 05/15/2001 | WSR | Special Request 141 | ( 10.00) | 249.67 |
| 05/15/2001 | WPOS | Postage 141 | ( 11.40) | 238.27 |
| 05/16/2001 | WSR | Special Request 141 | ( 7.00) | 231.27 |
| 05/16/2001 | WSR | Special Request 141 | ( 5.00) | 226.27 |
| 05/16/2001 | WSR | Special Request 141 | ( 7.00) | 219.27 |
| 05/16/2001 | WSR | REV GJ#486652 Special Request 141 | 7.00 | 226.27 |

DOC: 0000117796    Name: MORGAN, LLOYD G                    DOB: 10/18/1964
LOCATION: 141-4

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 05/16/2001 | WSR | REV GJ#486653 Special Request 141 | 5.00 | 231.27 |
| 05/16/2001 | WSR | Special Request 141 | ( 5.00) | 226.27 |
| 05/16/2001 | WSR | Special Request 141 | ( 7.00) | 219.27 |
| 05/17/2001 | WPOS | Postage 141 | ( 1.18) | 218.09 |
| 05/17/2001 | WPOS | Postage 141 | ( 3.95) | 214.14 |
| 05/18/2001 | CEC | CEC SAL ORD #375233 D1 | 2.60 | 216.74 |
| 05/21/2001 | WPOS | Postage 141 | ( 0.55) | 216.19 |
| 05/21/2001 | WPOS | Postage 141 | ( 2.23) | 213.96 |
| 05/21/2001 | WPOS | Postage 141 | ( 0.55) | 213.41 |
| 05/22/2001 | CEC | CEC SAL ORD #387412 D1 | 24.79 | 238.20 |
| 05/23/2001 | CRS | CRS SAL ORD #401014 D1 | ( 25.84) | 212.36 |
| 05/23/2001 | WPOS | Postage 141 | ( 4.29) | 208.07 |
| 05/23/2001 | WPOS | Postage 141 | ( 1.39) | 206.68 |
| 05/23/2001 | WPOS | Postage 141 | ( 1.39) | 205.29 |
| 05/23/2001 | WPOS | Postage 141 | ( 0.55) | 204.74 |
| 05/23/2001 | WPOS | Postage 141 | ( 1.60) | 203.14 |
| 05/23/2001 | WSR | REV GJ#436055 Special Request 141 | 315.00 | 518.14 |
| 05/29/2001 | WPOS | Postage 141 | ( 2.23) | 515.91 |
| 05/29/2001 | WCOP | Copies 141 | ( 18.25) | 497.66 |
| 05/29/2001 | CRS | CRS SAL ORD #411944 D1 | ( 18.66) | 479.00 |
| 05/31/2001 | WSR | Special Request 141 | ( 291.10) | 187.90 |
| 06/01/2001 | WPOS | Postage 141 | ( 9.77) | 178.13 |
| 06/05/2001 | CRS | CRS SAL ORD #425730 D1 | ( 9.96) | 168.17 |
| 06/06/2001 | WPOS | Postage 141 | ( 2.44) | 165.73 |
| 06/08/2001 | WSR | Special Request 141 | ( 20.00) | 145.73 |
| 06/08/2001 | WSR | Special Request 141 | ( 7.00) | 138.73 |
| 06/08/2001 | WSR | Special Request 141 | ( 7.00) | 131.73 |
| 06/11/2001 | WPOS | Postage 141 | ( 29.40) | 102.33 |
| 06/11/2001 | WCOP | Copies 141 | ( 10.00) | 92.33 |
| 06/11/2001 | WSR | Special Request 141 | ( 14.00) | 78.33 |
| 06/11/2001 | WSR | Special Request 141 | ( 10.00) | 68.33 |
| 06/12/2001 | DMR | Mail Receipts 141 19562 | 100.00 | 168.33 |
| 06/12/2001 | WSR | Special Request 141 | ( 14.00) | 154.33 |
| 06/12/2001 | CRS | CRS SAL ORD #438261 D1 | ( 10.44) | 143.89 |
| 06/13/2001 | WPOS | Postage 141 | ( 0.97) | 142.92 |
| 06/19/2001 | WPOS | Postage 141 | ( 0.55) | 142.37 |

DOC: 0000117796      Name: MORGAN, LLOYD G                              DOB: 10/18/1964
LOCATION: 141-4

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 06/19/2001 | WPOS | Postage 141 | ( 1.10) | 141.27 |
| 06/20/2001 | CRS | CRS SAL ORD #450928 D1 | ( 64.10) | 77.17 |
| 06/20/2001 | DMR | Mail Receipts 141 19663 | 100.00 | 177.17 |
| 06/20/2001 | WPOS | Postage 141 | ( 1.81) | 175.36 |
| 06/20/2001 | WPOS | Postage 141 | ( 3.95) | 171.41 |
| 06/20/2001 | WPOS | Postage 141 | ( 3.95) | 167.46 |
| 06/20/2001 | WSR | Special Request 141 | ( 14.00) | 153.46 |
| 06/20/2001 | WSR | Special Request 141 | ( 30.00) | 123.46 |
| 06/20/2001 | WSR | Special Request 141 | ( 14.00) | 109.46 |
| 06/20/2001 | WCOP | Copies 141 | ( 7.00) | 102.46 |
| 06/20/2001 | WCOP | Copies 141 | ( 5.00) | 97.46 |
| 06/20/2001 | WCOP | Copies 141 | ( 5.50) | 91.96 |
| 06/25/2001 | WPOS | Postage 141 | ( 3.12) | 88.84 |
| 06/25/2001 | WPOS | Postage 141 | ( 0.34) | 88.50 |
| 06/25/2001 | WPOS | Postage 141 | ( 1.39) | 87.11 |
| 06/25/2001 | WPOS | Postage | ( 0.97) | 86.14 |
| 06/25/2001 | WPOS | Postage 141 | ( 1.18) | 84.96 |
| 06/25/2001 | WPOS | Postage 141 | ( 1.18) | 83.78 |
| 06/25/2001 | WPOS | Postage 141 | ( 7.45) | 76.33 |
| 06/25/2001 | WPOS | Postage 141 | ( 1.81) | 74.52 |
| 06/25/2001 | WPOS | Postage 141 | ( 0.55) | 73.97 |
| 06/26/2001 | WCOP | Copies 141 | ( 8.00) | 65.97 |
| 06/27/2001 | CRS | CRS SAL ORD #462311 D1 | ( 19.98) | 45.99 |
| 06/27/2001 | CEC | CEC SAL ORD #450928 D1 | 64.10 | 110.09 |
| 06/27/2001 | WPOS | Postage 141 | ( 0.34) | 109.75 |
| 06/27/2001 | WPOS | Postage 141 | ( 2.23) | 107.52 |
| 06/27/2001 | WPOS | Postage 141 | ( 1.73) | 105.79 |
| 06/28/2001 | WPOS | Postage 141 | ( 1.94) | 103.85 |
| 06/28/2001 | WCOP | Copies 141 | ( 20.00) | 83.85 |
| 07/02/2001 | WPOS | Postage 141 | ( 2.02) | 81.83 |
| 07/02/2001 | WPOS | Postage 141 | ( 0.55) | 81.28 |
| 07/02/2001 | WPOS | Postage 141 | ( 1.81) | 79.47 |
| 07/02/2001 | WPOS | Postage 141 | ( 7.90) | 71.57 |
| 07/03/2001 | CRS | CRS SAL ORD #476537 D1 | ( 25.20) | 46.37 |
| 07/10/2001 | WPOS | Postage 141 | ( 4.59) | 41.78 |
| 07/10/2001 | WPOS | Postage 141 | ( 2.18) | 39.60 |
| 07/10/2001 | WPOS | Postage 141 | ( 1.26) | 38.34 |

CONNECTICUT DEPARTMENT OF CORRECTION  
TRUST ACCOUNT STATEMENT

OTRTASTA  
4.10.0.0.9 TR

DOC: 0000117796    Name: MORGAN, LLOYD G    DOB: 10/18/1964  
LOCATION: 141-4

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 07/10/2001 | WPOS | Postage  141 | ( 2.06) | 36.28 |
| 07/10/2001 | WCOP | Copies  141 | ( 10.00) | 26.28 |
| 07/12/2001 | CRS | CRS SAL ORD #489823 D1 | ( 21.40) | 4.88 |
| 07/12/2001 | DMR | Mail Receipts  141  19893 | 320.00 | 324.88 |
| 07/13/2001 | WSR | Special Request - 141 | ( 7.00) | 317.88 |
| 07/16/2001 | CRS | CRS SAL ORD #498504 D1 | ( 58.10) | 259.78 |
| 07/16/2001 | WPOS | Postage  141 | ( 5.97) | 253.81 |
| 07/16/2001 | WPOS | Postage  141 | ( 6.59) | 247.22 |
| 07/16/2001 | WPOS | Postage  141 | ( 3.67) | 243.55 |
| 07/16/2001 | WPOS | Postage  141 | ( 1.15) | 242.40 |
| 07/16/2001 | WPOS | Postage  141 | ( 8.26) | 234.14 |
| 07/16/2001 | WPOS | Postage  141 | ( 7.80) | 226.34 |
| 07/16/2001 | WPOS | Postage  141 | ( 2.98) | 223.36 |
| 07/16/2001 | CEC | CEC SAL ORD #498504 D1 | 58.10 | 281.46 |
| 07/17/2001 | CRS | CRS SAL ORD #502052 D1 | ( 24.91) | 256.55 |
| 07/19/2001 | WCOP | Copies  141 | ( 15.00) | 241.55 |
| 07/19/2001 | WPOS | Postage  141 | ( 8.60) | 232.95 |
| 07/19/2001 | WPOS | Postage  141 | ( 5.96) | 226.99 |
| 07/19/2001 | WPOS | Postage  141 | ( 2.29) | 224.70 |
| 07/24/2001 | WPOS | Postage  141 | ( 0.69) | 224.01 |
| 07/25/2001 | CRS | CRS SAL ORD #515190 D1 | ( 24.97) | 199.04 |
| 07/26/2001 | WPOS | Postage  141 | ( 5.67) | 193.37 |
| 07/26/2001 | WPOS | Postage  141 | ( 3.21) | 190.16 |
| 07/26/2001 | WSR | Special Request  141 | ( 5.00) | 185.16 |
| 07/26/2001 | WSR | Special Request  141 | ( 10.00) | 175.16 |
| 07/26/2001 | WSR | Special Request  141 | ( 15.00) | 160.16 |
| 07/26/2001 | WSR | Special Request  141 | ( 5.00) | 155.16 |
| 07/26/2001 | WSR | Special Request  141 | ( 52.00) | 103.16 |
| 07/26/2001 | WSR | Special Request  141 | ( 20.00) | 83.16 |
| 07/26/2001 | WSR | Special Request  141 | ( 5.00) | 78.16 |
| 07/26/2001 | WSR | Special Request  141 | ( 21.00) | 57.16 |
| 07/26/2001 | WSR | Special Request  141 | ( 5.00) | 52.16 |
| 07/26/2001 | WSR | Special Request  141 | ( 7.00) | 45.16 |
| 07/26/2001 | WSR | Special Request  141 | ( 8.00) | 37.16 |
| 07/26/2001 | WSR | Special Request  141 | ( 30.00) | 7.16 |
| 07/26/2001 | WSR | Special Request  141 | ( 7.00) | 0.16 |
| 07/31/2001 | CRS | CRS SAL ORD #526718 D1 | ( 0.13) | 0.03 |

DEPARTMENT OF CORRECTIONS    Page 7 of 17

DOC: 0000117796     Name: MORGAN, LLOYD G                    DOB: 10/18/1964
LOCATION: 141-4

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|-------------------------|-----------------|---------|
| 08/06/2001 | CEC | CEC SAL ORD #515190 D1 | 1.57 | 1.60 |
| 08/07/2001 | CRS | CRS SAL ORD #539875 D1 | ( 1.57) | 0.03 |
| 08/09/2001 | DMR | Mail Receipts  141   20157 | 25.00 | 25.03 |
| 08/09/2001 | CRS | CRS SAL ORD #545475 D1 | ( 25.01) | 0.02 |
| 08/20/2001 | DMR | Mail Receipts  141   20275 | 300.00 | 300.02 |
| 08/22/2001 | CRS | CRS SAL ORD #565463 D1 | ( 64.44) | 235.58 |
| 08/23/2001 | WPOS | Postage  141 | ( 0.34) | 235.24 |
| 08/23/2001 | WPOS | Postage  141 | ( 6.42) | 228.82 |
| 08/23/2001 | WPOS | Postage  141 | ( 4.76) | 224.06 |
| 08/23/2001 | WSR | Special Request - 141 | ( 10.00) | 214.06 |
| 08/29/2001 | CRS | CRS SAL ORD #578568 D1 | ( 24.66) | 189.40 |
| 08/31/2001 | WPOS | Postage  141 | ( 0.68) | 188.72 |
| 09/05/2001 | CRS | CRS SAL ORD #588396 D1 | ( 24.13) | 164.59 |
| 09/05/2001 | WSR | Special Request - 141 | ( 150.00) | 14.59 |
| 09/05/2001 | WPOS | Postage  141 | ( 0.57) | 14.02 |
| 09/05/2001 | WPOS | Postage  141 | ( 2.98) | 11.04 |
| 09/10/2001 | CEC | CEC SAL ORD #565463 D1 | 0.78 | 11.82 |
| 09/11/2001 | WPOS | Postage  141 | ( 1.95) | 9.87 |
| 09/13/2001 | DMR | Mail Receipts  141 20533 | 300.00 | 309.87 |
| 09/18/2001 | CRS | CRS SAL ORD #614036 D1 | ( 79.71) | 230.16 |
| 09/20/2001 | WPOS | Postage  141 | ( 0.23) | 229.93 |
| 09/20/2001 | WPOS | Postage  141 | ( 1.03) | 228.90 |
| 09/20/2001 | WPOS | Postage  141 | ( 1.91) | 226.99 |
| 09/20/2001 | WSR | Special Request - 141 | ( 11.00) | 215.99 |
| 09/21/2001 | WPOS | Postage  141 | ( 1.68) | 214.31 |
| 09/21/2001 | WSR | Special Request - 141 | ( 5.00) | 209.31 |
| 09/21/2001 | WSR | Special Request - 141 | ( 30.00) | 179.31 |
| 09/21/2001 | WSR | Special Request - 141 | ( 5.00) | 174.31 |
| 09/21/2001 | WSR | Special Request - 141 | ( 7.00) | 167.31 |
| 09/21/2001 | WSR | Special Request - 141 | ( 5.00) | 162.31 |
| 09/26/2001 | CRS | CRS SAL ORD #627819 D1 | ( 4.34) | 157.97 |
| 09/26/2001 | CEC | CEC SAL ORD #627819 D1 | 4.34 | 162.31 |
| 09/26/2001 | CRS | CRS SAL ORD #628690 D1 | ( 56.44) | 105.87 |
| 09/28/2001 | WPOS | Postage  141 | ( 5.62) | 100.25 |
| 09/28/2001 | WPOS | Postage  141 | ( 5.97) | 94.28 |
| 09/28/2001 | WPOS | Postage  141 | ( 0.34) | 93.94 |
| 09/28/2001 | WSR | Special Request - 141 | ( 7.00) | 86.94 |

```
NOR101                 CONNECTICUT DEPARTMENT OF CORRECTION            OTRTASTA
                       T R U S T   A C C O U N T   S T A T E M E N T   4.10.0.0.9 TR

DOC:  0000117796       Name: MORGAN, LLOYD G                    DOB: 10/18/1964
LOCATION: 141-4
                                                        Max Date:

DATE        TYPE    TRANSACTION DESCRIPTION      TRANSACTION AMT        BALANCE
10/01/2001  CEC     CEC SAL ORD #614036 D1                0.13             87.07
10/03/2001  CRS     CRS SAL ORD #640283 D1       (       24.66)            62.41
10/03/2001  WSR     Special Request - 141        (        4.00)            58.41
10/03/2001  WPOS    Postage  141                 (        1.26)            57.15
10/03/2001  WPOS    Postage  141                 (        2.41)            54.74
10/04/2001  WFMS    Med Sick Fee  141            (        3.00)            51.74
10/10/2001  CRS     CRS SAL ORD #652436 D1       (       24.94)            26.80
10/11/2001  WPOS    Postage                      (        1.49)            25.31
10/11/2001  WPOS    Postage                      (        2.18)            23.13
10/11/2001  WPOS    Postage                      (        2.18)            20.95
10/11/2001  WPOS    Postage                      (        2.17)            18.78
10/11/2001  DMR     Mail Receipts  141 N20846           300.00            318.78
10/11/2001  WSR     Special Request  141         (       16.50)           302.28
10/16/2001  WSR     Special Request - 141        (       13.00)           289.28
10/17/2001  CRS     CRS SAL ORD #665721 D1       (       24.96)           264.32
10/17/2001  WSR     Special Request - 141        (        5.00)           259.32
10/17/2001  WSR     Special Request - 141        (       13.50)           245.82
10/17/2001  WSR     Special Request - 141        (       14.00)           231.82
10/18/2001  WPOS    Postage  141                 (        4.52)           227.30
10/18/2001  WPOS    Postage  141                 (        1.03)           226.27
10/18/2001  WSR     Special Request - 141        (       30.00)           196.27
10/22/2001  WPOS    Postage  141                 (        0.34)           195.93
10/22/2001  WSR     Special Request - 141        (        5.00)           190.93
10/22/2001  WSR     Special Request - 141        (        5.00)           185.93
10/22/2001  WSR     Special Request - 141        (       14.00)           171.93
10/22/2001  WSR     Special Request - 141        (        5.00)           166.93
10/24/2001  CRS     CRS SAL ORD #681988 D1       (       24.96)           141.97
10/31/2001  CRS     CRS SAL ORD #690002 D1       (       25.12)           116.85
10/31/2001  WSR     Special Request - 141        (        7.00)           109.85
10/31/2001  WSR     Special Request - 141        (        5.00)           104.85
10/31/2001  WSR     Special Request - 141        (       15.00)            89.85
10/31/2001  WPOS    Postage  141                 (        4.36)            85.49
10/31/2001  WPOS    Postage  141                 (        5.20)            80.29
10/31/2001  WPOS    Postage  141                 (        5.39)            74.90
10/31/2001  WPOS    Postage  141                 (        4.69)            70.21
10/31/2001  WPOS    Postage  141                 (        7.11)            63.10
10/31/2001  WPOS    Postage  141                 (        4.36)            58.74
```

DOC: 0000117796    Name: MORGAN, LLOYD G                         DOB: 10/18/1964
LOCATION: 141-4

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 11/07/2001 | WSR | Special Request - 141 | ( 8.00) | 50.74 |
| 11/08/2001 | DMR | Mail Receipts  141  21138 | 300.00 | 350.74 |
| 11/13/2001 | WPOS | Postage  141 | ( 7.05) | 343.69 |
| 11/13/2001 | WSR | Special Request - 141 | ( 19.00) | 324.69 |
| 11/14/2001 | CRS | CRS SAL ORD #715843 D1 | ( 24.93) | 299.76 |
| 11/15/2001 | WPOS | Postage  141 | ( 2.03) | 297.73 |
| 11/16/2001 | WPOS | Postage  141 | ( 0.64) | 297.09 |
| 11/16/2001 | WPOS | Postage  141 | ( 2.41) | 294.68 |
| 11/16/2001 | WSR | Special Request - 141 | ( 9.00) | 285.68 |
| 11/16/2001 | WSR | Special Request - 141 | ( 25.00) | 260.68 |
| 11/16/2001 | WSR | Special Request - 141 | ( 17.00) | 243.68 |
| 11/16/2001 | WSR | Special Request - 141 | ( 10.00) | 233.68 |
| 11/16/2001 | WSR | Special Request - 141 | ( 12.00) | 221.68 |
| 11/20/2001 | CRS | CRS SAL ORD #729312 D1 | ( 24.17) | 197.51 |
| 11/21/2001 | WSR | Special Request - 141 | ( 5.00) | 192.51 |
| 11/21/2001 | WSR | Special Request - 141 | ( 5.00) | 187.51 |
| 11/21/2001 | WSR | Special Request - 141 | ( 5.25) | 182.26 |
| 11/21/2001 | WPOS | Postage  141 | ( 13.34) | 168.92 |
| 11/27/2001 | CRS | CRS SAL ORD #739589 D1 | ( 24.24) | 144.68 |
| 11/30/2001 | WPOS | Postage  141 | ( 0.57) | 144.11 |
| 11/30/2001 | WPOS | Postage  141 | ( 5.91) | 138.20 |
| 11/30/2001 | WSR | Special Request - 141 | ( 7.00) | 131.20 |
| 11/30/2001 | WSR | Special Request - 141 | ( 17.00) | 114.20 |
| 11/30/2001 | WSR | Special Request - 141 | ( 40.00) | 74.20 |
| 11/30/2001 | WSR | Special Request - 141 | ( 29.00) | 45.20 |
| 12/03/2001 | WSR | Special Request - 141 | ( 7.00) | 38.20 |
| 12/04/2001 | CRS | CRS SAL ORD #751005 D1 | ( 25.13) | 13.07 |
| 12/05/2001 | WPOS | Postage  141 | ( 0.57) | 12.50 |
| 12/05/2001 | WPOS | Postage  141 | ( 9.91) | 2.59 |
| 12/11/2001 | WFMS | Med Sick Fee  141 | ( 2.59) | 0.00 |
| 12/11/2001 | CEC | CEC SAL ORD #739589 D1 | 4.78 | 4.78 |
| 12/11/2001 | DMR | Mail Receipts  141  21501 | 200.00 | 204.78 |
| 12/12/2001 | CRS | CRS SAL ORD #769508 D1 | ( 24.91) | 179.87 |
| 12/18/2001 | WPOS | Postage  141 | ( 3.86) | 176.01 |
| 12/18/2001 | WPOS | Postage  141 | ( 3.78) | 172.23 |
| 12/18/2001 | WPOS | Postage  141 | ( 3.50) | 168.73 |
| 12/18/2001 | WPOS | Postage  141 | ( 6.45) | 162.28 |

NOR101                 CONNECTICUT DEPARTMENT OF CORRECTION                OTRTASTA
                       T R U S T   A C C O U N T   S T A T E M E N T      4.10.0.0.9 TR

DOC: 0000117796      Name: MORGAN, LLOYD G                          DOB: 10/18/1964
LOCATION: 141-4

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 12/18/2001 | WPOS | Postage 141 | ( 2.87) | 159.41 |
| 12/18/2001 | WPOS | Postage 141 | ( 3.50) | 155.91 |
| 12/18/2001 | WPOS | Postage 141 | ( 0.34) | 155.57 |
| 12/18/2001 | WPOS | Postage 141 | ( 6.13) | 149.44 |
| 12/18/2001 | WPOS | Postage 141 | ( 0.57) | 148.87 |
| 12/19/2001 | WPOS | Postage 141 | ( 1.49) | 147.38 |
| 12/19/2001 | WPOS | Postage 141 | ( 3.16) | 144.22 |
| 12/19/2001 | WPOS | Postage 141 | ( 2.17) | 142.05 |
| 12/19/2001 | WPOS | Postage 141 | ( 0.34) | 141.71 |
| 12/19/2001 | WPOS | Postage 141 | ( 0.57) | 141.14 |
| 12/19/2001 | CRS | CRS SAL ORD #782689 D1 | ( 25.00) | 116.14 |
| 12/19/2001 | WSR | Special Request - 141 | ( 7.00) | 109.14 |
| 12/19/2001 | WSR | Special Request - 141 | ( 7.00) | 102.14 |
| 12/19/2001 | WSR | Special Request - 141 | ( 5.00) | 97.14 |
| 12/19/2001 | WPOS | Postage 141 | ( 0.34) | 96.80 |
| 12/21/2001 | CEC | CEC SAL ORD #751005 D1 | 2.01 | 98.81 |
| 12/26/2001 | WPOS | Postage 141 | ( 12.81) | 86.00 |
| 12/26/2001 | WPOS | Postage 141 | ( 0.57) | 85.43 |
| 01/03/2002 | CRS | CRS SAL ORD #807798 D1 | ( 24.38) | 61.05 |
| 01/03/2002 | WSR | Special Request - 141 | ( 5.00) | 56.05 |
| 01/04/2002 | WSR | Special Request - 141 | ( 7.00) | 49.05 |
| 01/04/2002 | WPOS | Postage 141 | ( 16.62) | 32.43 |
| 01/08/2002 | CRS | CRS SAL ORD #817521 D1 | ( 26.10) | 6.33 |
| 01/10/2002 | DMR | Mail Receipts 141 21971 | 400.00 | 406.33 |
| 01/11/2002 | CRS | CRS SAL ORD #825377 D1 | ( 29.50) | 376.83 |
| 01/15/2002 | WPOS | Postage 141 | ( 1.05) | 375.78 |
| 01/15/2002 | WPOS | Postage 141 | ( 1.78) | 374.00 |
| 01/15/2002 | WSR | Special Request - 141 | ( 5.00) | 369.00 |
| 01/15/2002 | WSR | Special Request - 141 | ( 10.00) | 359.00 |
| 01/15/2002 | WSR | Special Request - 141 | ( 10.00) | 349.00 |
| 01/15/2002 | WSR | Special Request - 141 | ( 17.00) | 332.00 |
| 01/15/2002 | WPOS | Postage 141 | ( 0.34) | 331.66 |
| 01/16/2002 | CRS | CRS SAL ORD #830751 D1 | ( 24.43) | 307.23 |
| 01/18/2002 | WPOS | Postage 141 | ( 4.91) | 302.32 |
| 01/18/2002 | WPOS | Postage 141 | ( 1.60) | 300.72 |
| 01/18/2002 | WPOS | Postage 141 | ( 3.80) | 296.92 |
| 01/22/2002 | CRS | CRS SAL ORD #841315 D1 | ( 65.43) | 231.49 |

```
  NOR101                CONNECTICUT DEPARTMENT OF CORRECTION              OTRTASTA
                        T R U S T   A C C O U N T   S T A T E M E N T    4.10.0.0.9 TR

  DOC:  0000117796      Name: MORGAN, LLOYD G                    DOB: 10/18/1964
  LOCATION: 141-4
                                                        Max Date:
```

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 01/22/2002 | WSR | REV GJ#887731 Special Request - 141 | 5.25 | 236.74 |
| 01/22/2002 | WCOP | Copies 141 11/21 FOI | ( 3.00) | 233.74 |
| 01/25/2002 | WPOS | Postage  141 | ( 0.34) | 233.40 |
| 01/25/2002 | WPOS | Postage  141 | ( 0.57) | 232.83 |
| 01/25/2002 | WPOS | Postage  141 | ( 0.68) | 232.15 |
| 01/25/2002 | WPOS | Postage  141 | ( 2.18) | 229.97 |
| 01/25/2002 | WPOS | Postage  141 | ( 3.44) | 226.53 |
| 01/25/2002 | WSR | Special Request - 141 | ( 7.00) | 219.53 |
| 01/25/2002 | WSR | Special Request - 141 | ( 12.00) | 207.53 |
| 01/25/2002 | WSR | Special Request - 141 | ( 7.00) | 200.53 |
| 01/25/2002 | WSR | Special Request - 141 | ( 7.00) | 193.53 |
| 01/25/2002 | WPOS | Postage  141 | ( 0.34) | 193.19 |
| 01/25/2002 | WSR | Special Request - 141 | ( 7.00) | 186.19 |
| 01/29/2002 | WSR | Special Request - 141 | ( 25.00) | 161.19 |
| 01/29/2002 | WPOS | Postage  141 | ( 2.87) | 158.32 |
| 01/29/2002 | CRS | CRS SAL ORD #855048 D1 | ( 24.85) | 133.47 |
| 01/30/2002 | WPOS | Postage  141 | ( 0.34) | 133.13 |
| 01/30/2002 | WSR | Special Request - 141 | ( 14.00) | 119.13 |
| 02/05/2002 | CRS | CRS SAL ORD #868879 D1 | ( 61.20) | 57.93 |
| 02/06/2002 | WPOS | Postage  141 | ( 0.68) | 57.25 |
| 02/06/2002 | WPOS | Postage  141 | ( 0.34) | 56.91 |
| 02/06/2002 | WSR | Special Request - 141 | ( 8.00) | 48.91 |
| 02/06/2002 | WSR | Special Request - 141 | ( 7.00) | 41.91 |
| 02/06/2002 | WSR | Special Request - 141 | ( 7.00) | 34.91 |
| 02/07/2002 | WCOP | Copies  141 | ( 2.25) | 32.66 |
| 02/08/2002 | WPOS | Postage  141 | ( 0.57) | 32.09 |
| 02/08/2002 | WPOS | Postage  141 | ( 4.98) | 27.11 |
| 02/08/2002 | WPOS | Postage  141 | ( 3.58) | 23.53 |
| 02/08/2002 | DMR | Mail Receipts  141 22335 | 320.00 | 343.53 |
| 02/14/2002 | CRS | CRS SAL ORD #885951 D1 | ( 24.99) | 318.54 |
| 02/19/2002 | CRS | CRS SAL ORD #894861 D1 | ( 24.97) | 293.57 |
| 02/19/2002 | WPOS | Postage  141 | ( 0.80) | 292.77 |
| 02/19/2002 | WPOS | Postage  141 | ( 3.10) | 289.67 |
| 02/19/2002 | WPOS | Postage  141 | ( 4.01) | 285.66 |
| 02/19/2002 | WPOS | Postage  141 | ( 4.71) | 280.95 |
| 02/19/2002 | WSR | Special Request - 141 | ( 15.00) | 265.95 |

```
NOR101                  CONNECTICUT DEPARTMENT OF CORRECTION                  OTRTASTA
                        T R U S T   A C C O U N T   S T A T E M E N T        4.10.0.0.9 TR

DOC:  0000117796        Name: MORGAN, LLOYD G                         DOB: 10/18/1964
LOCATION: 141-4
                                                              Max Date:
```

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 02/21/2002 | WSR | Special Request - 141 | ( 15.00) | 250.95 |
| 02/21/2002 | WSR | Special Request - 141 | ( 8.00) | 242.95 |
| 02/21/2002 | WSR | Special Request - 141 | ( 10.00) | 232.95 |
| 02/21/2002 | WSR | Special Request - 141 | ( 14.95) | 218.00 |
| 02/22/2002 | WSR | Special Request - 141 | ( 2.50) | 215.50 |
| 02/25/2002 | WPOS | Postage  141 | ( 2.41) | 213.09 |
| 02/25/2002 | WSR | Special Request - 141 | ( 25.00) | 188.09 |
| 02/25/2002 | WSR | Special Request - 141 | ( 7.00) | 181.09 |
| 02/27/2002 | CEC | CEC SAL ORD #885951 D1 | 2.88 | 183.97 |
| 02/28/2002 | WPOS | Postage  141 | ( 4.09) | 179.88 |
| 02/28/2002 | WSR | Special Request - 141 | ( 8.00) | 171.88 |
| 02/28/2002 | WSR | Special Request - 141 | ( 8.00) | 163.88 |
| 03/01/2002 | WSR | Special Request - 141 | ( 28.00) | 135.88 |
| 03/05/2002 | WPOS | Postage  141 | ( 2.64) | 133.24 |
| 03/05/2002 | CRS | CRS SAL ORD #919788 D1 | ( 18.71) | 114.53 |
| 03/06/2002 | WPOS | Postage  141 | ( 0.57) | 113.96 |
| 03/12/2002 | WPOS | Postage  141 | ( 0.34) | 113.62 |
| 03/12/2002 | WPOS | Postage  141 | ( 1.26) | 112.36 |
| 03/12/2002 | WPOS | Postage  141 | ( 1.72) | 110.64 |
| 03/12/2002 | WSR | Special Request - 141 | ( 5.00) | 105.64 |
| 03/12/2002 | WSR | Special Request - 141 | ( 7.00) | 98.64 |
| 03/12/2002 | WSR | Special Request - 141 | ( 5.00) | 93.64 |
| 03/12/2002 | WSR | Special Request - 141 | ( 5.00) | 88.64 |
| 03/12/2002 | CRS | CRS SAL ORD #933513 D1 | ( 21.07) | 67.57 |
| 03/15/2002 | WPOS | Postage  141 | ( 1.03) | 66.54 |
| 03/19/2002 | CRS | CRS SAL ORD #945555 D1 | ( 14.35) | 52.19 |
| 03/21/2002 | WSR | Special Request - 141 | ( 8.00) | 44.19 |
| 03/26/2002 | CRS | CRS SAL ORD #960694 D1 | ( 16.53) | 27.66 |
| 03/27/2002 | WPOS | Postage  141 | ( 2.29) | 25.37 |
| 03/28/2002 | WPOS | Postage  141 | ( 11.40) | 13.97 |
| 04/02/2002 | WPOS | Postage  141 | ( 3.67) | 10.30 |
| 04/02/2002 | CRS | CRS SAL ORD #972544 D1 | ( 9.90) | 0.40 |
| 04/02/2002 | CRS | CRS SAL ORD #972594 D1 | ( 0.38) | 0.02 |
| 04/09/2002 | DMR | Mail Receipts  141  22981 | 400.00 | 400.02 |
| 04/10/2002 | WPOS | Postage  141 | ( 4.12) | 395.90 |
| 04/12/2002 | WPOS | Postage  141 | ( 2.87) | 393.03 |
| 04/16/2002 | CRS | CRS SAL ORD #1000768 D1 | ( 11.20) | 381.83 |

```
NOR101                   CONNECTICUT DEPARTMENT OF CORRECTION              OTRTASTA
                         T R U S T   A C C O U N T   S T A T E M E N T    4.10.0.0.9 TR
```

DOC: 0000117796     Name: MORGAN, LLOYD G                          DOB: 10/18/1964
LOCATION: 141-4

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---:|---:|
| 04/17/2002 | WSR | Special Request - 141 | ( 7.00) | 374.83 |
| 04/17/2002 | WSR | Special Request - 141 | ( 12.00) | 362.83 |
| 04/17/2002 | WSR | Special Request - 141 | ( 50.00) | 312.83 |
| 04/17/2002 | WSR | Special Request - 141 | ( 5.00) | 307.83 |
| 04/17/2002 | WSR | Special Request - 141 | ( 7.00) | 300.83 |
| 04/17/2002 | WSR | Special Request - 141 | ( 7.00) | 293.83 |
| 04/17/2002 | WSR | Special Request - 141 | ( 27.00) | 266.83 |
| 04/17/2002 | WSR | Special Request - 141 | ( 8.00) | 258.83 |
| 04/17/2002 | WSR | Special Request - 141 | ( 10.00) | 248.83 |
| 04/17/2002 | WSR | Special Request - 141 | ( 10.00) | 238.83 |
| 04/17/2002 | WSR | Special Request - 141 | ( 10.00) | 228.83 |
| 04/17/2002 | WSR | Special Request - 141 | ( 10.00) | 218.83 |
| 04/17/2002 | WSR | Special Request - 141 | ( 8.00) | 210.83 |
| 04/17/2002 | WSR | Special Request - 141 | ( 12.00) | 198.83 |
| 04/17/2002 | WSR | Special Request - 141 | ( 5.00) | 193.83 |
| 04/17/2002 | WSR | Special Request - 141 | ( 20.00) | 173.83 |
| 04/24/2002 | CRS | CRS SAL ORD #1013096 D1 | ( 16.95) | 156.88 |
| 04/30/2002 | WSR | REV GJ#1201466 Special Request - 141 | 12.00 | 168.88 |
| 04/30/2002 | CRS | CRS SAL ORD #1024699 D1 | ( 14.75) | 154.13 |
| 05/03/2002 | CEC | CEC SAL ORD #1013096 D1 | 16.95 | 171.08 |
| 05/03/2002 | WSR | Special Request - 141 | ( 7.00) | 164.08 |
| 05/07/2002 | WPOS | Postage  141 | ( 9.15) | 154.93 |
| 05/07/2002 | CRS | CRS SAL ORD #1040782 D1 | ( 12.53) | 142.40 |
| 05/14/2002 | CRS | CRS SAL ORD #1054376 D1 | ( 14.03) | 128.37 |
| 05/16/2002 | WPOS | Postage 141 | ( 3.09) | 125.28 |
| 05/16/2002 | WSR | Special Request - 141 | ( 39.00) | 86.28 |
| 05/22/2002 | CRS | CRS SAL ORD #1066902 D1 | ( 13.47) | 72.81 |
| 05/22/2002 | DMR | Mail Receipts   141 | 20.00 | 92.81 |
| 06/04/2002 | CRS | CRS SAL ORD #1093122 D1 | ( 23.62) | 69.19 |
| 06/05/2002 | DMR | Mail Receipts   141 | 20.00 | 89.19 |
| 06/11/2002 | CRS | CRS SAL ORD #1103709 D1 | ( 23.54) | 65.65 |
| 06/11/2002 | WPOS | Postage 141 | ( 2.86) | 62.79 |
| 06/12/2002 | CRS | CRS SAL ORD #1109239 D1 | ( 25.01) | 37.78 |
| 06/12/2002 | WSR | Special Request  141 | ( 5.00) | 32.78 |
| 06/13/2002 | WPOS | Postage  141 | ( 2.64) | 30.14 |
| 06/13/2002 | WPOS | Postage  141 | ( 3.95) | 26.19 |

DOC:  0000117796     Name: MORGAN, LLOYD G                        DOB: 10/18/1964
LOCATION: 141-4

                                                              Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 06/13/2002 | CEC | CEC SAL ORD #1093122 | 0.21 | 26.40 |
| 06/17/2002 | WPOS | Postage  141 | ( 3.50) | 22.90 |
| 06/17/2002 | WPOS | Postage  141 | ( 0.34) | 22.56 |
| 06/18/2002 | CRS | CRS SAL ORD #1121128 D1 | ( 22.46) | 0.10 |
| 06/19/2002 | DMR | Mail Receipts  141 | 30.00 | 30.10 |
| 06/19/2002 | DMR | Mail Receipts  141 | 140.00 | 170.10 |
| 06/21/2002 | WPOS | Postage  141 | ( 2.87) | 167.23 |
| 06/21/2002 | WPOS | Postage  141 | ( 2.87) | 164.36 |
| 06/25/2002 | CRS | CRS SAL ORD #1133613 D1 | ( 24.63) | 139.73 |
| 06/27/2002 | WPOS | Postage  141 | ( 3.95) | 135.78 |
| 07/02/2002 | CRS | CRS SAL ORD #1147855 D1 | ( 24.58) | 111.20 |
| 07/03/2002 | CRS | CRS SAL ORD #1148080 D1 | ( 24.58) | 86.62 |
| 07/03/2002 | CEC | CEC SAL ORD #1133613 | 1.58 | 88.20 |
| 07/03/2002 | WPOS | Postage  141 | ( 0.03) | 88.17 |
| 07/03/2002 | WSR | Special Request - 141 | ( 7.00) | 81.17 |
| 07/03/2002 | WSR | Special Request - 141 | ( 13.00) | 68.17 |
| 07/05/2002 | CEC | CEC SAL ORD #1147855 | 24.58 | 92.75 |
| 07/08/2002 | WPOS | Postage  141 | ( 1.95) | 90.80 |
| 07/09/2002 | CRS | CRS SAL ORD #1158857 D1 | ( 24.93) | 65.87 |
| 07/11/2002 | WPOS | Postage  141 | ( 6.08) | 59.79 |
| 07/12/2002 | WPOS | Postage  141 | ( 0.03) | 59.76 |
| 07/12/2002 | WSR | Special Request - 141 | ( 7.00) | 52.76 |
| 07/16/2002 | CRS | CRS SAL ORD #1172460 D1 | ( 24.29) | 28.47 |
| 07/19/2002 | WSR | Special Request - 141 | ( 7.00) | 21.47 |
| 07/23/2002 | DMR | Mail Receipts  141 | 100.00 | 121.47 |
| 07/23/2002 | CRS | CRS SAL ORD #1185794 D1 | ( 24.96) | 96.51 |
| 07/26/2002 | WCOP | Copies  141 | ( 8.00) | 88.51 |
| 07/30/2002 | WCOP | Copies  141 | ( 1.00) | 87.51 |
| 07/31/2002 | CRS | CRS SAL ORD #1195872 D1 | ( 24.69) | 62.82 |
| 08/02/2002 | WSR | Special Request - 141 | ( 7.00) | 55.82 |
| 08/06/2002 | WCOP | Copies  141 | ( 15.75) | 40.07 |
| 08/06/2002 | WSR | Special Request - 141 | ( 7.00) | 33.07 |
| 08/07/2002 | CRS | CRS SAL ORD #1213634 D1 | ( 25.05) | 8.02 |
| 08/08/2002 | CEC | CEC SAL ORD #1185794 | 0.39 | 8.41 |
| 08/09/2002 | CEC | CEC SAL ORD #1195872 | 4.11 | 12.52 |
| 08/13/2002 | CRS | CRS SAL ORD #1223780 D1 | ( 12.40) | 0.12 |
| 09/04/2002 | DMR | Mail Receipts  141 | 30.00 | 30.12 |

DOC: 0000117796   Name: MORGAN, LLOYD G                                 DOB: 10/18/1964
LOCATION: 141-4

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|-------------------------|-----------------|---------|
| 09/10/2002 | WPOS | Postage 141 | ( 0.03) | 30.09 |
| 09/11/2002 | CRS | CRS SAL ORD #1274190 D1 | ( 24.47) | 5.62 |
| 09/17/2002 | CRS | CRS SAL ORD #1286758 D1 | ( 2.52) | 3.10 |
| 09/18/2002 | WSR | Special Request - 141 | ( 3.00) | 0.10 |
| 10/04/2002 | DMR | Mail Receipts 141 | 50.00 | 50.10 |
| 10/08/2002 | CRS | CRS SAL ORD #1324413 D1 | ( 24.97) | 25.13 |
| 10/16/2002 | CRS | CRS SAL ORD #1337317 D1 | ( 7.95) | 17.18 |
| 10/17/2002 | WSR | Special Request - 141 | ( 2.50) | 14.68 |
| 10/17/2002 | WSR | Special Request - 141 | ( 12.00) | 2.68 |
| 10/22/2002 | CRS | CRS SAL ORD #1350228 D1 | ( 2.52) | 0.16 |
| 10/30/2002 | CRS | CRS SAL ORD #1362080 D1 | ( 0.13) | 0.03 |
| 11/06/2002 | WFME | Med Eye Fee 141 | ( 0.03) | 0.00 |
| 11/07/2002 | DMR | Mail Receipts 141 | 30.00 | 30.00 |
| 11/12/2002 | CRS | CRS SAL ORD #1386267 D1 | ( 24.01) | 5.99 |
| 11/26/2002 | CRS | CRS SAL ORD #1402186 D1 | ( 4.78) | 1.21 |
| 11/29/2002 | CRS | CRS SAL ORD #1414379 D1 | ( 1.17) | 0.04 |
| 12/03/2002 | DMR | Mail Receipts 141 | 25.00 | 25.04 |
| 12/04/2002 | WSR | Special Request - 141 | ( 1.00) | 24.04 |
| 12/04/2002 | WSR | Special Request - 141 | ( 1.00) | 23.04 |
| 12/10/2002 | CRS | CRS SAL ORD #1440842 D1 | ( 22.87) | 0.17 |
| 12/12/2002 | DMR | Mail Receipts 141 | 20.00 | 20.17 |
| 12/18/2002 | CRS | CRS SAL ORD #1457352 D1 | ( 18.40) | 1.77 |
| 12/26/2002 | CRS | CRS SAL ORD #1471063 D1 | ( 1.77) | 0.00 |
| 01/07/2003 | DMR | Mail Receipts 141 | 20.00 | 20.00 |
| 01/08/2003 | CRS | CRS SAL ORD #1494879 D1 | ( 19.82) | 0.18 |
| 01/15/2003 | WSR | REV GJ#539982 Special Request 141 | 10.00 | 10.18 |
| 01/28/2003 | CRS | CRS SAL ORD #1535757 D1 | ( 10.18) | 0.00 |
| 02/05/2003 | DMR | Mail Receipts 141 | 15.00 | 15.00 |
| 02/13/2003 | CRS | CRS SAL ORD #1564040 D1 | ( 14.71) | 0.29 |
| 02/14/2003 | WSR | REV GJ#637585 Special Request 141 | 21.00 | 21.29 |
| 02/25/2003 | CRS | CRS SAL ORD #1587581 D1 | ( 16.85) | 4.44 |
| 02/27/2003 | WSR | Special Request - 141 | ( 2.00) | 2.44 |
| 03/04/2003 | CRS | CRS SAL ORD #1601133 D1 | ( 1.80) | 0.64 |
| 03/06/2003 | DMR | Mail Receipts 141 | 51.42 | 52.06 |
| 03/11/2003 | CRS | CRS SAL ORD #1615042 D1 | ( 24.73) | 27.33 |
| 03/18/2003 | CRS | CRS SAL ORD #1629388 D1 | ( 24.76) | 2.57 |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LLOYD GEORGE MORGAN, JR. | : |
| | : PRISONER |
| v. | : Case No.3:01CV1107(CFD)(WIG) |
| | : |
| GOVERNOR JOHN ROWLAND, et al. | : |

## RULING AND ORDER

Pending is a motion for extension of time filed by the defendants and eight motions filed by the plaintiff, Lloyd George Morgan, Jr. ("Morgan") regarding service of the complaint on the defendants in their individual capacities. For the reasons that follow, defendants' motion is granted and plaintiff's motions are denied.

I.   Defendants' Motion for Extension of Time Within Which to Plead [doc. #67]

The defendants seek an extension of time until February 9, 2003, within which to respond to the complaint. They note that service has not yet been effected on all defendants in their individual capacities and seek to defer their response until the service issues are resolved. Defendants' motion [**doc. #67**] is **GRANTED**.

II.   Motion for a Request of Court Review to Help Perfect Service [doc. #56]; Motion for Help to Perfect Service on All Defendants [doc. #57]; Motion for Court Review and Remedy Motion to Amend the Complaint [doc. #60-1, 60-2]; Motion for Protective Order and Motion to Update Court Motion for Court Review [doc. #61-1, 61-2]; and Motion Seeking Court Help to Perfect Service of This Complaint at Hand and Motion for a Court Remedy [doc. #66-1, 66-2]

These seven motions relate to Morgan's inability to effect service on the defendants in their individual capacities. The court notes that Morgan has attached signed waivers of service of summons to various motion he has filed: original signed waivers from defendants Chaplin,

Hensley and Latier are attached to document #61, an original signed waiver from defendant Tarascio is attached to document #56 and copies of signed waivers from defendants Armstrong and Matos with a note that the originals were returned to the court is attached to document #60. The Clerk is directed to detach these waivers, both the originals and the copies, from the respective motions and docket them.

Morgan has provided evidence that defendant Coates returned some of the service papers to Morgan and told him that he cannot effect service by notice and waiver on his own. In response to Morgan's request for court assistance, the court has contacted the Assistant Attorney General who has appeared for the defendants in their official capacities. She has informed defendant Coates that Morgan is responsible for effecting service and that he may do so by requesting that each defendant waive service by summons.

Because the apparent confusion has been corrected, Morgan is directed to attempt service on defendants Myers, Levesque, Whidden, Lajoie, Coates, Butler, Faneuff, Koske, Curtis, Shea, Castle, Helberg, Johnson, DelValle and Diaz by sending them, via inter-office mail, **notice of lawsuit and waiver of service of summons forms, copies of the amended complaint with all attachments and a copy of this order**. These defendants are hereby on notice that if they fail to return signed waivers of service of summons and cannot demonstrate good cause for doing so, they may be liable for the cost of in-hand service. Morgan shall serve the defendants on or before **January 22, 2003.**

In light of this order, Morgan's motions seeking court assistance with service [**docs. ##56, 57, 60-1, 61-1, 61-2, 66-1, 66-2**] are **DENIED**.

Finally, Morgan seeks leave to amend his complaint a second time. Morgan has not

2

attached to his motion a proposed second amended complaint. Thus, the court cannot evaluate this request to determine whether leave should be granted. Accordingly, Morgan's request [doc. #60-2] is **DENIED** without prejudice to renewal accompanied by a proposed second amended complaint.

III. Conclusion

Defendants' Motion for Extension of Time Within Which to Plead [**doc. #67**] is **GRANTED**. Morgan's motion seeking leave to file a second amended complaint [**doc. #60-2**] is **DENIED** without prejudice. Morgan is directed to effect service by notice and waiver on defendants Myers, Levesque, Whidden, Lajoie, Coates, Butler, Faneuff, Koske, Curtis, Shea, Castle, Helberg, Johnson, DelValle and Diaz on or before **January 22, 2002**. He is cautioned to include a copy of the amended complaint with all attachments and a copy of this order in each service packet. In light of this order, Morgan's motions seeking court assistance with service [**docs. ##56, 57, 60-1, 61-1, 61-2, 66-1, 66-2**] are **DENIED**.

The Clerk is directed to detach the original signed waiver forms for defendants Chaplin, Hensley and Latier from document #61, the original signed waiver form for defendant Tarascio from document #56 and the copies of signed waivers from defendants Armstrong and Matos with the attached note from document #60 and to docket these waivers.

**SO ORDERED** this ___ day of December, 2002, at Bridgeport, Connecticut.

William I. Garfinkel
United States Magistrate Judge

3