motif P Srv mrsh

(1)

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT    FILED

2003 OCT 10 P 5:14

LLOYD GEORGE MORGAN, JR          CASE NO 3:01CV1107(CFD)(WIG)
     VS.
GOVERNOR JOHN G. ROWLAND, et. AL.   DATE 10-3-2003

**Motion To Proceed In Forma Pauperis**
**For the purpose of Perfecting Services on All**
**(11) Defendants By US Marshalls.**

1.) Now comes the Plaintiff pro-se Lloyd George Morgan, JR moves in the best interest of Justice Respectfully Request of this Court Honorable Droney and Garfinkel, to Grant him Forma Pauperis statues for the purpose that this Court may order the US Marshalls to Perfect services on all (11) Defendants being Govern Rowland, Johnson, Butler, Castle, Shea, Lajoie, Koske, Curtis, Helberg, DelValle, Diaz, this Court gave a new ruling and order of Doc#107 Dated 9-24-2003, to Perfect Services on all Defendants in 45 days of this Courts order.

2.) this Plaintiff must respect and obay this Courts ruling and has done all he can in the pass to Perfect Services Defendants of the (11) Have Disrespected and disregarded Judges William I. Garfinkel order that they accept services or they may be force to pay for in hand services. See Hon. Garfinkel Ruling and order on this Issue Inclosed. Plaintiff Followed said order to a (T.) and the Above Defendants Failed to comply.



3.) Plaintiff ask that this Court order the Defendants to comply or face to pay the inhand services, as Hon. GARFINKEL so ordered. Plaintiff ask that this Court inforce this order withing a week or two of the inclosed order from Hon. GARFINKEL. Plaintiff sent all items to them. Defendants Koske, and Curtis, and Butler, and Lajoie was all working at Northern C.I. Prison where this plaintiff is Housed and They told him they received the items but Didn't have to comply some said they wouldn't accept services from a Inmate and that a Lawyer Had to do it some said virous other Hostile things as stated in the inclosed motion of objection to the Courts rulings in Doc #107. This Court asked plaintiff to file the inclosed Court Forma Pauperis forms for consideration. I Have inclosed the inclosed Form with a 6 months print out of my Prison Account. Please Grant me Forma Pauperis Statues for the reasons to Grant a order that the U.S. MARSHALLS, serve the complaint.

4.) Plaintiff ask that this Court not allow the Defendants to exscap Justice by Hidding out and avoiding Justice feeling above the law. Plaintiff Did all he Could to meet Court Needs or orders and is not able to do so with out this Court Granting some type of easy remedy this Court Could order at the waive of its hand. Plaintiff can't pay any one to perfect service and have no one to do it Inmates Legal Assti. Program said they will not help me at all with this case at "all".

5.) See: BOGUSLASKY V. KAPLAN, 159 F3d 715 (2nd Cir. 1998) ("Pro-se Litigant is allowed some degree of flexibility in pleading his action.")

See: US V. Kind 194, F3d 900 (8th Cir. 1999)

"This Court should consider Bateman V. US Postal Service, 231, F3d 1220 (9th Cir. 2000) ("Party's failure to cite relevant authority or discuss relevant principles, does not relieve this court of duty to apply to correct legal standard.")

Plaintiff ask this Court to consider US V. Sanchez, 88 F3d 1243 (D.C. Cir. 1996) ("Courts will go to particular pains to protect Pro-se Litigants against consequences of technical errors if injustice may otherwise result.") Plaintiff states if he is not granted help in perfecting service by this Courts injustice will result. Plaintiff thanks this Courts for its consideration.

By the Plaintiff X Lloyd G. Morgan, Jr
Mr. Lloyd George Morgan, Jr # 117796
Northern C.I.
287 Bilton Road
P.O. Box 665
Somers, CT 06071

## CERTIFICATION

This is to certify that a copy of this motion was mailed postage prepaid on Date 10-6-2003 to all parties below

Office of Attorney Generals          CCLUF
(AAG) Lynn D. Wittenbrink            Atty. Philip D. Tegeler
110 Sherman St                       32 Grand St
Hartford CT 06150                    Hartford CT 06106

By Plaintiff X Lloyd G. Morgan, Jr