12

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

LLOYD GEORGE MORGAN, JR          Case no. 3:01cv1107 (CFD)(WIG)
    VS.
GOVERNOR JOHN G. ROWLAND, et.al.     Date Date 10-6-2003

## MOTION OF OBJECTION AND MOTION FOR COURT REVIEW AND ACTION

1.) now Comes the Pro-se plaintiff Lloyd George Morgan, Jr moves in the best interest of Justice respectfully objects to office of attorney Generals motion to file a Appearance in Defendants Armstrong, Levesque, Tarascio, Myers, Coates, Whidden, Fanenuff, Chaplin, Hensley, Latier and Matos, their Individual Capacity in regards to this case as plaintiff states It should be illegal for office of attorney Generals and assistant attorney General Lynn D. Wittenbrink to be allowed to represent these Defendants in their Individual Capacity as The Said office represent the State of Connecticut and its agents as officials The officials is in these employment duty, Individual is as a Norman Citizen and Person. This plaintiff objects to the State motion and ask that it be denied.

2.) On September 24, 2003 this Court gave a Ruling and Order on (15) motions of the plaintiff and Order the office of attorney Generals to turn over all Addresses of the 11 Defendants that failed to Reply to my Request to Perfect service on them

3.) Today (AAG) Lynn D. Wittenbrink sent me a letter dated 10-2-2003 with the addresses of all defendants addresses but failed to turn over the address of defendant Castle stating he no longer works for the state, this does not matter he is not above the law and must still answer to this claim plaintiff wants him served and to answer as a defendant. Please order (AAG) Wittenbrink to turn over his address as he has informed (DOC) of his new address plaintiff clearly objects to him being let out of this case. It should be so noted the Magistrate Judge William I. Garfinkel gave a order and personal talk to (AAG) Wittenbrink office by phone and stated all defendants must accept services or face in hand services at that time defendant Michael P. Lajoie, Butler, Robert Kosvic, Douglas Curtis was officially working at Northern C.I. facility where plaintiff is housed plaintiff clearly followed the court order to the (T) core and they all received a copy of the complaint and disrespected the courts orders that I also sent all defendants.

4.) See copy of courts ruling and order dated 12-12-2002 plaintiff ask that this court give a firm order that they follow it and or grant sanctions. Plaintiff ask that this court grant him remedy regards to his inclosed motions with this motion. If plaintiff must respect a court rulings then defendants should not be allowed by this court to sham there way out of services with the help of (AAG) Wittenbrink, plaintiff ask that the courts use its wisdom to grant remedy.

5.) Plaintiff has inclosed a copy of (AAG) Wittenbrink motion Dated 10-2-2003 that He objects to plaintiff would ask this Court would it be possible to set up a Court Date and allow him to be Present and order all Defendants to Appeal so he may Personally serve them in Court befor this Court. Defendand Rowland refuses to reply to plaintiff request for service and plaintiff is sure they Been Adviced By the attorney Generals office off the Record Defendants are in clear violation of this Courts Rulings Plaintiff objects and seek Courts Remedy Please Grant effective Remedy. Plaintiff also objects cause the (AAG) Lynn Did not send copys to (CCLU) Atty. Tegeler

By The Plaintiff Lloyd G. Morgan Jr
MR Lloyd George Morgan, JR #117796
Northern Correctional Inst
287 Bilton Road
P.O. Box 665
Somers, CT 06071

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed to all Parties of Record Below on 10-6-2003 postage prepaid

Office of Attorney Generals
(AAG) Lynn D. Wittenbrink
110 Sherman Street
Hartford CT 06105

Connecticut Civil Liberties Union
Atty. Philip D. Tegeler
32 Grand Street
Hartford, CT 06106

By The Plaintiff Lloyd G. Morgan Jr

# '2003'

### January
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |   |

### February
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 |   |

### March
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |   |   |   |   |   |

### April
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |   |   |   |

### May
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

### June
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 |   |   |   |   |   |

### July
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

### August
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |   |   |   |   |   |   |

### September
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |   |   |   |   |

### October
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |   |

### November
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |   |   |   |   |   |   |

### December
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |   |   |   |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LLOYD GEORGE MORGAN, JR.           :
                                    :   PRISONER
v.                                  :   Case No. 3:01CV1107(CFD)(WIG)
                                    :
GOVERNOR JOHN ROWLAND, et al.       :

RULING AND ORDER

Pending is a motion for extension of time filed by the defendants and eight motions filed by the plaintiff, Lloyd George Morgan, Jr. ("Morgan") regarding service of the complaint on the defendants in their individual capacities. For the reasons that follow, defendants' motion is granted and plaintiff's motions are denied.

I.  Defendants' Motion for Extension of Time Within Which to Plead [doc. #67]

The defendants seek an extension of time until February 9, 2003, within which to respond to the complaint. They note that service has not yet been effected on all defendants in their individual capacities and seek to defer their response until the service issues are resolved. Defendants' motion [**doc. #67**] is **GRANTED**.

II. Motion for a Request of Court Review to Help Perfect Service [doc. #56]; Motion for Help to Perfect Service on All Defendants [doc. #57]; Motion for Court Review and Remedy Motion to Amend the Complaint [doc. #60-1, 60-2]; Motion for Protective Order and Motion to Update Court Motion for Court Review [doc. #61-1, 61-2]; and Motion Seeking Court Help to Perfect Service of This Complaint at Hand and Motion for a Court Remedy [doc. #66-1, 66-2]

These seven motions relate to Morgan's inability to effect service on the defendants in their individual capacities. The court notes that Morgan has attached signed waivers of service of summons to various motion he has filed: original signed waivers from defendants Chaplin,

Hensley and Latier are attached to document #61, an original signed waiver from defendant Tarascio is attached to document #56 and copies of signed waivers from defendants Armstrong and Matos with a note that the originals were returned to the court is attached to document #60. The Clerk is directed to detach these waivers, both the originals and the copies, from the respective motions and docket them.

Morgan has provided evidence that defendant Coates returned some of the service papers to Morgan and told him that he cannot effect service by notice and waiver on his own. In response to Morgan's request for court assistance, the court has contacted the Assistant Attorney General who has appeared for the defendants in their official capacities. She has informed defendant Coates that Morgan is responsible for effecting service and that he may do so by requesting that each defendant waive service by summons.

Because the apparent confusion has been corrected, Morgan is directed to attempt service on defendants Myers, Levesque, Whidden, Lajoie, Coates, Butler, Faneuff, Koske, Curtis, Shea, Castle, Helberg, Johnson, DelValle and Diaz by sending them, via inter-office mail, **notice of lawsuit and waiver of service of summons forms, copies of the amended complaint with all attachments and a copy of this order**. These defendants are hereby on notice that if they fail to return signed waivers of service of summons and cannot demonstrate good cause for doing so, they may be liable for the cost of in-hand service. Morgan shall serve the defendants on or before **January 22, 2003.**

In light of this order, Morgan's motions seeking court assistance with service [**docs. ##56, 57, 60-1, 61-1, 61-2, 66-1, 66-2**] are **DENIED**.

Finally, Morgan seeks leave to amend his complaint a second time. Morgan has not

attached to his motion a proposed second amended complaint. Thus, the court cannot evaluate this request to determine whether leave should be granted. Accordingly, Morgan's request [doc. #60-2] is **DENIED** without prejudice to renewal accompanied by a proposed second amended complaint.

III.     Conclusion

Defendants' Motion for Extension of Time Within Which to Plead [**doc. #67**] is **GRANTED**. Morgan's motion seeking leave to file a second amended complaint [**doc. #60-2**] is **DENIED** without prejudice. Morgan is directed to effect service by notice and waiver on defendants Myers, Levesque, Whidden, Lajoie, Coates, Butler, Faneuff, Koske, Curtis, Shea, Castle, Helberg, Johnson, DelValle and Diaz on or before **January 22, 2002.** He is cautioned to include a copy of the amended complaint with all attachments and a copy of this order in each service packet. In light of this order, Morgan's motions seeking court assistance with service [**docs. ##56, 57, 60-1, 61-1, 61-2, 66-1, 66-2**] are **DENIED**.

The Clerk is directed to detach the original signed waiver forms for defendants Chaplin, Hensley and Latier from document #61, the original signed waiver form for defendant Tarascio from document #56 and the copies of signed waivers from defendants Armstrong and Matos with the attached note from document #60 and to docket these waivers.

**SO ORDERED** this ___day of December, 2002, at Bridgeport, Connecticut.

William I. Garfinkel
United States Magistrate Judge

3