

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 NOV 19 P 3:01

US DISTRICT COURT
BRIDGEPORT CT

LLOYD GEORGE MORGAN, JR          Case No. 3:01 CV 1107 (CFD)(WIG)

                VS

GOVERNOR JOHN G. ROWLAND, ET AL.   Date  11-11-2003


## MOTION SEEKING COURT REVEIW AND REMEDY

1.) now comes the Pro-se plaintiff moving in Good faith as well
as the best interest of Justice, Seeking effective Consideration
and remedy of this Court (1) plaintiff ask that this Court direct
the Clerks office to so note that on 11-7-2003 he was moved
and transferd from the Northern C.I Facility to the
Cheshire Correctional Institution of Address 900
Highland Ave Cheshire, CT 06410, please have my Address
corrected to the Above so I may get my Court mail safely.


2.) plaintiff also ask the Court to realize that this Court gave a
ruling and order possibley dated 9-24-03 For the Defendants
to File a Answer in 60 days from its ruling and For me to
Perfect services on all Deterdants in 45 days. on 11-7-2003
the plaintiff was transferd from Northern C.I. Prison to
Cheshire C.I. as so noted Above and did not receive no
Copy of any Answer to this Complaint by the Defendants
Counsel (AAG) Lynn D. Witterbrink, if it was sent to my
former address I never got it and seek to be told
and giving a copy and 60 days to respond To it.



3.) This Court orderd plaintiff to Contack Inmate's LeGAL assistance Program, who once again made clear to me they will not Give No Help with any issues in this Case Plaintiff respectfully once again ask of this Cart to be more reasonable and realize this is a very Complet Case, and the issues and sitaution of the plaintiff with a mental illness and his poor Education at the law, the Service rules sent to me was very Complet and Confusing. It may be True that in the eyes of this Cart its the plaintiff Duty to Perfect service but it shaid also be unbiasedly considerd by this Cart the Cart allways Clearly have many Provisions that it is well awhere of to grant remedy, IF plaintiff is in Poverty, and have No means of a way to Perfect Services on all Defendants or do to. Said Complet Sitaution this Court Can ~~Rectifiy~~ Rectify this sitaution at the waive of its hand. IF it wanted to.

4.) Plaintiff as IF it will order all un served Defendants to Appear befor this Court on a Date and time it Can order the Plaint IFF Presence in the Cart and allow plaintiff to serve a copy of the Complaint to all Defendants, or the Court Can Grant plaintiff a Forma pauperis statues and order the U.S. Marshalls to Serve the rest of the Defendants for Plaintiff, do to this extream Cruel Tuff Sitaution plaintiff is in.

③

5.) Plaintiff Request that this Court Consider having its Staff Send me Proper Forma Pauperis forms and Consent Forms and items and imformation he will need to Get this Court to effectively Consider granting him waiver of Fee's and Cost for the rest of this case and service.

This Court should also take into keen consideration if the Defendants File a motion to Dismiss as a Answer surely it would be too Complex and plaintiff will Have no means to properly understand it and reply to it so in Good faith I kindly ask this Court to review the record to see if such motion is pending or will Be pending to dismiss and he now in Good faith ask this Court to Renew his motion For Appointment of Cunsel as this Court ask plaintiff to Wait till the Defendants Have filed a Answer to his Complaint so if They File a Answer in the form of a Motion to Dismiss or summary Judgement I can now Request Renew of my Request For Emergency Counsel to Handle this Case.

6.) Plaintiff also informs this Court that since his transfer on 11-7-2003 to Cheshire C.I. Facility that Property officers and Capt. E. Saundry, and Counselor Fortin, and Warden and Majors Have Denied plaintiff any and all of his Emergency needed Legal papers to this Case as well as writing paper and envelopes, to be Able to Defend this Case, and reply to the Court after I made clear to Prison Staff of these



7.) Emergency needs, I HAD to beg others inmates for this writing PAPER and items to send this motion to the Courts. Its CLEAR PRISON officials intentions is to Cause injury to Plaintiff Case at hand, Please See a Copy of the inClosed or attached letter to (AAG) Lynn D. Witterbrink dated 11-11-2003 of 2 pages of all issues, seeking Remedy Marked as "Exhibit 1" For this Court Keen Review and Consideration.

8.) regards to Defendants Curtis, and Koske, plaintiff sent items of service to them again and was told by Warden Choinski, and Major Rose of Northern C.I. they both have been Serviced the Complaint and sent Waiver of Service to (AAG) Witterbrink who told them She will Send it in to the Court It was never giving or sent to me, please see that this is return to this Court, and Plaintiff ask this Court to order Defendants or PRISON officials to turn over his Legal PROPerty to this Case at once so he may be Able to Reply to this Court effectively as Possible.

9.) Plaintiff Sent again Copys of Waiver of Summons and notice of a law suit and Copy of Complaint and items to all ordered unserved Defendants with the exception of Defendant Castle, as the (AAG) Witterbrink refused to turn over his Address as this Court ordered or to Locate it. this Court Should Rectify this issue, In using its wisdom of what to do in this Situation.



10.) Plaintiff states it is this court duty to strike a equal balance of fairness and accomidations of remedy in a complex sitaution like this and not allow the office of the attorney Generals to take Advantage of a mentally ill plaintiff or poorly Educated plaintiff in complex issues and case as the one at hand. As this court have allowed for around 2 years now of the pending of this case, plaintiff has sent Defendant Shea Another package of service items at proper address she refuses to reply and he was told by medical nurse kim today of 11-11-03 that Pamela B. Shea is Retiring and Leaving for Good (D.O.C.) this coming or next week Thursday. plaintiff did every possible thing he could now this court must grant a fair reasonable remedy in this matter. plaintiff thanks this court for its consideration of this motion.                By the plaintiff X Mr. Lloyd G. Morgan, Jr

CERTIFICATION

This is to certify that a copy of this motion was sent to all parties of record postage pre-paid this date of 11-12-03 to parties so noted Below

Office of Attorney General                    By the plaintiff X Mr. Lloyd G. Morgan, Jr
(AAG) Lynn D. Wittenbrink                    Cheshire Correctional Institution
110 Sherman street                            900 Highland Ave
Hartford, CT 06105                            Cheshire CT 06410
                                              Mr. Lloyd George Morgan, Jr #117796
Connecticut Civil Liberties Union
Atty. Philip D. Tegeler
32 Grand St
Hartford, CT 06106

Page 1    "EXHIBIT 1"

Dear (AAG) Lynn D. Wittenbrink, Date 11-11-2003
I respectfully write you in Good Faith For your urgent
Consideration and reply. with respect to Lloyd George Morgan, Jr
V. Governor John G. Rowland, et al Case No 3:01CV1107(CFD)(WIG)
as you Know The Court Droney, Hon. gave a ruling and order Possibley
dated 9-24-03 in this case for you to file a answer to my
pending Complaint in 60 days, and for me to attempt to Perfect
Services on all defendants in 45 days, on 11-7-2003 I was
transferd to the Cheshire Correctional Institution 900
Highland Ave cheshire, CT 06410. I never got any mail from you
in reply to this case, or answer due, and if you sent it to my old
Address I never got it and cant reply to it, also Warden WAYNE
Choinski and MAJOR T. Rose of (NCI) told me they talked to
you by Phone on my Request to them to see that Defendants
Correctional officers Robert Koske, and Douglas Curtis, I
sent again waiver of Summons and notice of Law Suit, and Copy of
complaint and items, to Above PARTIES I was told by mr. Choinski and
mr. Rose, of (NCI) that THey did in fact serve a copy of the
Complaint and said items, and That THey sent the sign waivers of
Service to you. to turn into the Court at your Request they never
return them to me at all, Please make clear IF you turn these
items into the Court, also I sent Same items to Defendant
Pamela B. Shea, who never responded at (CCI) I seen medical
staff Nurse Kim today who told me next thursday That she is
retiring for Good, I ask IF you can see that she reply to service
also, I have pleaded with unit manager of North Block 6 at
(CCI) where I am Housed and Counselor Fortin, and Warden
James James Dzurenda.

PAGE 2                    EXHIBIT 1

and the property officer, seeking EMERGANCY consideration
to be Granted my Legal and SOCIAL PROPERTY  so I Could
Defend this Case of MORGAN V. Rowland, et al, at hand
do to Court orders, and to be brought to my Legal property
to Pick out items to this Case, and have Been giving the run
around, THEY Have refuse to give me my URGently needed
Legal items, or any WRITING PAPER OR envelopes, to reply
to you or the Courts and I Have Been subjected to
Discrimination and ABuse by Counselor FORTIN, and its
Clear Retaliation and reprisal is in play, I ask that you
Please Contact Cheshire C.I. WARDen to see that I am
allowed my Legal items also, thanks for your Consideration
Please also see inclosed motion to the Court in this Case
I HAd to ask inmates to LoAN me this WRITING PAPER
and envelopes geting my self into Debt, that Could Cause
unneeded problems, I Cant go to Commissary intime to Get these
items to Reply to the Court or you and Defend this Case I
also State Counselor FORTIN, actions to deny me a writing
Pad and Legal envelopes to Defend this Case after I made
Clear to him of the URGent needs Could Cause INJURY to
this Case, also INMATE'S LeGAL ASST. Program atty. RICHARD
P. CAHILL Has Denied me any and all Help with this Case and
the Contract is ILLEGAL and (ILAP) conduct demanding that
PRISONERS Have a PERFECT Case befor they help IF any INJURY
Comes to this Case all will Be LiAble under Lewis V. Casey,
Please Look into this and reply thanks
            Mr.         LLOYd GeoRge MORGAN, JR