UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Lloyd George Morgan | : | PRISONER |
| | | 3:01CV1107(CFD)(WIG) |
| v. | : | |
| John G. Rowland, et al | : | November 21, 2003 |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days from the current deadline of November 24, 2003, up to and including December 24, 2003 within which to file a responsive pleading. In support of this motion, the defendants represent the following:

1.      This is the first motion for an extension of time within which to plead that has been since the Court set a deadline for a responsive pleading of November 24, 2003;

2.      The operative complaint in this matter is lengthy and contains of dozens of attachments. In attempting to respond to the current complaint, it has come to the attention of the undersigned counsel that she does not have a complete copy of the operative complaint with all attachments. The undersigned counsel has on this date gone through the attachments to the operative complaint including attachments page by page with a clerk of the Court who will be copying those portions of the exhibits needed by the defendants and mailing them

Due to the volume of cases assigned to the undersigned counsel and the press of other matters, including a matter this week involving a temporary injunction in a complicated medical case, and complicated by the lack of attachments to the complaint with defendants, more timely response is most difficult.

3.    Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

DEFENDANTS
John J. Rowland, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:    Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid on this 21st day of November 2003:

Lloyd George Morgan, # 117796
Cheshire Correctional Institution[1]
900 Highland Ave.
Cheshire, CT  06410

Lynn D. Wittenbrink
Assistant Attorney General

---

[1]    Current Department of Correction records indicate that this is the current address for plaintiff.