UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LLOYD GEORGE MORGAN, JR.** | : |
| | : **PRISONER** |
| v. | : Case No. 3:01CV1107(CFD)(WIG) |
| | : |
| **GOVERNOR JOHN G. ROWLAND, et al.** | : |

## RULING AND ORDER

Defendants seek an extension of time, until December 24, 2003, to respond to the amended complaint. Defendants' motion [doc. #114] is granted.

Plaintiff has filed a motion stating that he has not yet received a copy of defendants' answer and asking the court to forward the document to him and granting him additional time to respond. As the defendants have not yet filed their answer, plaintiff's request is denied.

Plaintiff again raises problems he has had effecting service on several defendants. The court has considered this issue and has ordered the U.S. Marshal to effect service on defendants Rowland, Lajoie, Butler, Koske, Curtis, Castle, Helberg, Delvalle, Diaz and Johnson. Thus, any requests relating to service by plaintiff on these defendants is denied as moot.

Plaintiff again renews his request for appointment of counsel. The court repeatedly has instructed plaintiff that it will reconsider this request after defendants respond to the amended complaint. As this has not yet happened, plaintiff's request is denied.

In conclusion, defendants' motion [**doc. #114**] is **GRANTED** and plaintiff's motion [**doc. #113**] is **DENIED**.

**SO ORDERED**, this the 18th day of December, 2003, at Bridgeport, Connecticut.

*/s/ William I. Garfinkel*
William I. Garfinkel
United States Magistrate Judge