UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LLOYD GEORGE MORGAN, JR. : | |
| : | PRISONER |
| v. : | Case No. 3:01CV1107(CFD)(WIG) |
| : | |
| GOVERNOR JOHN G. ROWLAND, et al. : | |

## RULING AND ORDER

On July 20, 2003, plaintiff filed a document entitled "Motion to Inform the Court of Plaintiff Financial Statues and Motion for Renewal of Plaintiff Motion for Appointment of Counsel and Memorandum in Support of Those Motions." The court has considered plaintiff's current financial status in its review of his renewed motion to proceed <u>in forma pauperis</u>. Thus, this portion of the request is denied without prejudice as moot.

In addition, by ruling dated September 24, 2003, the court denied plaintiff's request for appointment of counsel and informed him that it would revisit the issue after service has been effected on all defendants. As this has not yet occurred, plaintiff's request for appointment of counsel is denied without prejudice as premature.

In addition to the relief specified in the title of the motion, plaintiff asks the court to issue a revised scheduling order in this case. The court previously issued a revised order that the defendants who have been served respond to the complaint. After this response is received and service has been effected on the remaining defendants the court will issue a revised scheduling order. Accordingly, this request is denied without prejudice.

Plaintiff's motion [**doc. #101-1, 101-2**] is **DENIED** without prejudice.

**SO ORDERED**, this the 18th day of December, 2003, at Bridgeport, Connecticut.

<i>/s/ William I. Garfinkel</i><br>
William I. Garfinkel<br>
United States Magistrate Judge