UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LLOYD GEORGE MORGAN, JR.** : | |
| : | **PRISONER** |
| v. : | **Case No. 3:01CV1107(CFD)(WIG)** |
| : | |
| **GOVERNOR JOHN G. ROWLAND, et al.** : | |

### RULING AND ORDER

On July 20, 2003, plaintiff filed a document entitled "Motion for Rectification and Motion for Court to State and So Note All Causes of Action and Merit Issues of 2nd Ame[n]ded Pending Complaint." In the motion, plaintiff asks the court to consider his pending motions and the proposed second amended complaint.

On September 24, 2003, the court issued a ruling on many of plaintiff's pending motions and denied him leave to file the second amended complaint. Thus, to the extent that plaintiff seeks in this motion a ruling on those motions, the motion is denied as moot. In addition, because the court denied leave to file a second amended complaint, any requests related to claims included in the proposed second amended complaint are not properly before the court and are denied as moot.

Finally, this action involves incidents occurring prior to September 2001. When it denied leave to file the second amended complaint, the court informed plaintiff that he must file a new action if he sought court review of more recent incidents and denied all requests for court involvement is new claims that arose after September 2001.

Both in this motion and in plaintiff's July 28, 2003 "Motion Seeking that This Court End the Retaliation and Tampering and Withholding His Legal Mail Due to Plaintiff

Exercise of His Rights to File This Civil Action," plaintiff seeks court involvement in current issues. The court has previously considered these allegations and instructed plaintiff that if he wishes to pursue these claims he must file another action. Thus, these requests are denied as stated previously.

Plaintiff's motions [**doc. #100-1, 100-2, 102**] are **DENIED**.

**SO ORDERED** this the 18th day of December, 2003, at Bridgeport, Connecticut.

> */s/ William I. Garfinkel*
> William I. Garfinkel
> United States Magistrate Judge