UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LLOYD GEORGE MORGAN, JR.** | : |
| | :  **PRISONER** |
| v. | : Case No. 3:01CV1107(CFD)(WIG) |
| | : |
| **GOVERNOR JOHN G. ROWLAND, et al.** | : |

## RULING AND ORDER

On April 22, 2003, plaintiff filed a "Motion for Court Order of Remedy and Review." This document has been docketed as a motion for miscellaneous relief. Plaintiff states that two correctional officers, who are not defendants in this action, told him that they have been tampering with his mail. Plaintiff also states that he filed a second amended complaint including claims regarding interference with his legal mail and, again, complains of difficulty effecting service on all defendants. Plaintiff ask the court to "take some type of action and order some sort of remedy." He also asks the court to appoint pro bono counsel, initiate an investigation by the FBI and take other actions to ensure that he receives all of his legal mail.

On September 24, 2003, the court filed a ruling denying plaintiff leave to file a second amended complaint in this case. Thus, plaintiff was not permitted to add to this action any claims arising after September 2001, including those regarding interference with his legal mail, harassment or retaliation. Plaintiff was advised that if he wished to pursue these claims, he should file another action. In addition, the court denied plaintiff's motions for preliminary injunctive relief regarding any claims not included in his first amended complaint.

Because the court has previously denied these same requests, plaintiff's motion [**doc. #94**] is **DENIED** as moot. As the court previously advised, if plaintiff wants the FBI to initiate an investigation, he should contact the FBI himself. Further, the court has previously denied plaintiff's request for appointment of pro bono counsel and informed him that the court will revisit this issue after service has been effected on all defendants.

This motion was filed before the court issued its September 24, 2003 ruling. Plaintiff is reminded, however, of the court's direction that he confine each motion to one topic and clearly state in the concluding paragraph the relief he requests.

**SO ORDERED**.

Entered this the 18th day of December, 2003, at Bridgeport, Connecticut.

*/s/ William I. Garfinkel*
William I. Garfinkel
United States Magistrate Judge