**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **LLOYD GEORGE MORGAN, JR.** | : | |
| | : | **PRISONER** |
| v. | : | Case No. 3:01CV1107(CFD)(WIG) |
| | : | |
| **GOVERNOR JOHN G. ROWLAND, et al.** | : | |

## RULING AND ORDER

To date, although all defendants have appeared in their official capacities, only defendants Armstrong, Levesque, Tarascio, Myers, Coates, Whidden, Faneuff, Chaplin, Hensley, Latier and Matos have appeared in their individual capacities.  Defendants Rowland, Lajoie, Butler, Koske, Curtis, Castle, Helberg, Delvalle, Diaz and Johnson have not returned signed waivers of service of summons to plaintiff.  Defendant Shea signed a waiver of service of summons on February 10, 2003, but has not filed her appearance.

Plaintiff states that he now is indigent and cannot afford to pay for personal service on the defendants who have not yet appeared.  In light of plaintiff's current financial status, his motion to proceed in forma pauperis [**doc. #111**] is **GRANTED**.

To enable the United States Marshal to effect service on defendants Rowland, Lajoie, Butler, Koske, Curtis, Castle, Helberg, Delvalle, Diaz and Johnson in their individual capacities, plaintiff is directed to complete one of the enclosed Marshal service forms for each defendant using his or her full name and current work address.

Plaintiff shall complete and return to the court the enclosed service forms, one set of completed Notice of Lawsuit and Waiver of Service of Summons forms for each defendant, Rowland, Lajoie, Butler, Koske, Curtis, Castle, Helberg, Delvalle, Diaz and Johnson, and

ten copies of his first amended complaint, dated June 4, 2002, within **thirty** days of the date of this order. Plaintiff is cautioned that failure to return the forms and copies in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT 06604, may result in the dismissal of this case without prejudice and without further notice from this court as to the claims against any defendant for whom the required documents are not returned.

Upon receipt of the forms, the Clerk is directed to forward the appropriate papers to the U.S. Marshal. The U.S. Marshal is directed to serve the first amended complaint by mail on defendants Rowland, Lajoie, Butler, Koske, Curtis, Castle, Helberg, Delvalle, Diaz and Johnson in their individual capacities. The U.S. Marshal shall file returns of service within sixty days from the date the service packages are delivered to the U.S. Marshal Service.

Each defendant is hereby ordered to file an appearance in his individual capacity within **sixty (60)** days from the date he signs a waiver of service of summons.

In addition, **default** is hereby **entered** against defendant Shea for failing to appear.

Because the court has now ordered the U.S. Marshal to effect service on defendants Rowland, Lajoie, Butler, Koske, Curtis, Castle, Helberg, Delvalle, Diaz and Johnson, plaintiff's motion [**doc. #112**] seeking assistance in effecting service is **DENIED** as moot.

**SO ORDERED**, this the 18th day of December, 2003, at Bridgeport, Connecticut.

*/s/ William I. Garfinkel*
William I. Garfinkel
United States Magistrate Judge