UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Lloyd George Morgan | : | PRISONER |
| | | 3:01CV1107(CFD)(WIG) |
| v. | : | |
| John G. Rowland, et al | : | December 24, 2003 |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days from the current deadline of December 24, 2003, up to and including January 23, 2004, within which to file a responsive pleading. In support of this motion, the defendants represent the following:

1. This is the second motion for an extension of time within which to plead that has been since the Court set a deadline for a responsive pleading of November 24, 2003;

2. The press of other matters makes more timely response most difficult. Due to the illness and death of a family member last month, the undersigned counsel is deluged with deadlines; and

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

DEFENDANTS
John J. Rowland, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid on this 24th day of December 2003:

Lloyd George Morgan, # 117796
Cheshire Correctional Institution[1]
900 Highland Ave.
Cheshire, CT 06410

_____
Lynn D. Wittenbrink
Assistant Attorney General

---

[1] Current Department of Correction records indicate that this is the current address for plaintiff.