(1)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LLOYD GEORGE MORGAN, JR    CASE 3:01CV1107(CFD)(WIG)
VS.
GOVERNOR JOHN G. ROWLAND, ET AL.    DATE 12-19-2003

MOTION FOR COURT ORDER THAT HIS LEGAL
PROPERTY TO THIS CASE BE RETURN TO
PLAINTIFF, AND MOTION FOR COURT ORDER
TO END THE CONSTANT RETALIATION

1. Now comes' the Pro-se plaintiff Lloyd George Morgan, Jr moves this Honorable Court in the best interest of justice as well as in good faith Respectfully Request of this Court to put a end to the threats and constant retaliation he is being constantly subjected to do to this case being filed as well as for his excercise of his rights to file Request and Letters of Complaints and Grievances against the state of Connecticut Department of Corrections agents, seeking Redress or Remedy to deter staff misconduct and Herassment against plaintiff.

2. Plaintiff states there is cite and power of this Court to order Remedy to these issues SEE: <u>CLARKE V. STALDER</u>, 121 F3d 222 (5TH CIR. 1997)    <u>SISNEROS V. NIX</u>, 95 F3d 749 8TH CIR. 1996. "Prison officials may not retaliate against or harass inmate because of Inmate's exercise of his right of access to the Court.
→

3.) Plaintiff states that on 11-7-2003 he was transferd from the Northern Correctional facility to the Cheshire Correctional facility, and put in the Protective Custody (PC) unit in North Block 642 cell, and on or about 11-10-03 or close to that date, he was subjected to abusive conduct and RACIAL DISCRIMINATION by Counselor Mike Fortin, and kicked out the Counselor office by him. Plaintiff attempted to bring this unprofessional conduct to his boss or supervisor being Captain E. Saundry, who runs the (PC) unit where plaintiff was Housed. Said CAPT. Saundry was very biased or indifferent and refused to address the matter or rectify the situation, do to this plaintiff wrote a official complaint to State of Connecticut Department of Corrections Commissioner Theresa C. Lantz, and Warden James E. Dzurenda, and Deputy Comm. Brian K. Murphy, against Counselor Mike Fortin, and CAPT. E. Saundry, do to plaintiff exercising his rights to write said complaints to their superiors, Plaintiff has be subjected to constant Retaliations and Reprisal and Discrimination and Threats by unit Manager CAPT. Saundry.

4.) For the record CAPT. E. Saundry made Threats to Plaintiff that if he exercise his rights to file complaints against his staff, He would set the Plaintiff up to be transferd as Chronic at Northern C.I. and set him up with Disciplinary Reports, Plaintiff reported this again to his superiors, and in Retaliation, on 11-25-03 CAPT. Saundry conspired to intentionally move Plaintiff from NB642 cell with a Prisoner he knew Plaintiff didn't get along with, seeking to set up a Altercation.

5.) Who was a child molester, and plaintiff do not like people who rape women and children, and ask kindly for consideration to be Housed with some one he could live with, Said CAPT. E. Saundry became Abusive, short patient and told plaintiff that He HAD 2:00 minutes to pack his property for segregation I was unjustly put in seg (RHU) EB113 cell and any and all my legal property to this cas was taking. He created a trumped up DR. ticket class A. Then on 12-2-03 when I was due to be released from seg. he wrote Another Lieing DR. ticket saying I refused to leave seg, to set me up for transfer back to Northern C.I. See inclosed a copy of plaintiff letter to (AAG) Lynn D. Witterbrink, Dated 12-4-03 on some of these issues seeking remedy see also a copy of Her Reply letter Dated 12-4-03. For court review. See copy of plaintiff Complaint Request letter to warden James E. Dzurenda Dated 12-6-03 and 12-4-03 See inclosed Complaint Dated 12-4-03 only of 3 pages see letter from Comm. Dep. Murphy Dated ~~12-1-03~~ 12-1-03 inclosed, see inclosed Statement giving by plaintiff of 3 pages Dated 12-17-03 giving the same date please Review it.

6.) Plaintiff states that as the court ordered the Attorney General office to Reply to this Complaint and she Requested more time. Plaintiff was threw in segregation and all his legal property taking and with held near that same time.

→

7) Shows that Defendants is withholding my Legal Documents to this case, going through my confidential files. Plaintiff states that he got over 36 Boxes of Legal and social Property, Captain Saundry has conspired with Property officers Buchler and Tefou to throw away some of my Property and withhold all needed Documents to this case in Retaliation. Plaintiff have wrote many Request to Warden, and Majors Farrell, Hall, Quiros, seeking the Return of this Property or to be Brought to Property to Pick out needed items, they Refused. On 12-16-03 Property Officer Tefou withheld all my Legal Property and Brought 3 Boxes of items Not Pertaining to this case. Said Parties will not Return Plaintiff Property and may have either sent it to the Atty. General Office to Violate my Confidentiality or Destroyed it all in Retaliation.

8.) Plaintiff ask that this Court Order said officials to Turn Over all his needed Legal Documents to this case and Order Inventary and a official correct Updated Property Receipt telling where his Property is being held and How many official Boxes of Property is now in thair possestion for Plaintiff and Reason why these items are being withheld.

9.) Plaintiff Also seek that this Court Moniter this situation and order the Retaliation stoped. also If plaintiff is transferred and punish further by them it should be so noted its Done in Retaliation and plaintiff informs this Court Ahead of time. and plaintiff will file for injunction or other proper Remedies. plaintiff thanks this Court for its time and consideration and seek Remedy by this court. This Court has cite to GRANT Remedy

SEE: <u>CHRICEOL V. PHILLIPS</u>, 169. F3d 313 (5th Cir. 1999)
Prisoners clearly have a Constitutionally Protected right of access to the Courts, and interference with a Prisoners' right to access to the Court, such as a delay, may result in a Constitutional deprivation.

10.) SEE: <u>JONES V. GRENINGER</u>, 188 F3d 322 (5th Cir. 1999)
Prison officials may not retaliate against or Herass an Inmate by denying him access to the Courts.

SEE: <u>NEWELL V. SAUSER</u>, 79 F3d 115 9th Cir. 1996
Reasonable Prison officer would have known that seizing Computer-generated legal papers prepaired on behalf of another inmate from prisoner's cell was unlawful, so that prison officials was not entitled to qualified immunity. It should hold the same for plaintiff Prison official should know with Holding his Legal Property to this case is unlawful and illegal this Court has power to order Remedy as Plaintiff Respectfully Request.

→

12.) See Plaintiff Letter Dated 12-18-03 to F.B.I. For Consideration of Review Inclose. Plaintiff Request Renewal of His motion for Appointment of Counsel do to this situation Plaintiff also Request that this Court order the Clerks to Correct his Address to the following MR. Lloyd George Morgan, JR #117796 Cheshire Correctional Institution 900 Highland Ave Cheshire CT 06410. With the Court Records in this case Plaintiff wrote the Clerks office About this as well Plaintiff thanks this Courts for its consideration

By The Plaintiff Mr. Lloyd G. Morgan, JR
Lloyd George Morgan, JR #117796
Cheshire C.I.
900 Highland Ave
Cheshire, CT 06410

## CERTIFICATION

This is to Certify that a Copy of this motion was mailed Postage Prepaid to all Parties Below on Date 12-19-2003

Office of Attorney Generals
(AAG) Lynn D. Wittenbrink
110 Sherman Street
Hartford, CT 06410

Connecticut Civil Liberties Union
Atty. Philip D. Tegeler
32 Grand Street
Hartford, CT 06106

By The Plaintiff Mr. Lloyd G. Morgan, JR

**RICHARD BLUMENTHAL**
ATTORNEY GENERAL



MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

December 9, 2003

Lloyd George Morgan, Jr., Inmate No. 117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Re:   **Your Letter dated: December 4, 2003**

Dear Inmate Morgan:

    I am in receipt of your letter dated December 4, 2003. By copy of this correspondence, I am sending it to Cheshire Correctional Institution for appropriate response, if any is necessary. Please do not direct your concerns to me, but through the appropriate chain of command. It is not my role to deal with your complaints at Cheshire Correctional Institution.

Very truly yours,

Lynn D. Wittenbrink
Assistant Attorney General

LDW:lac

cc:   Warden James Dzurenda
      Cheshire Correctional Institution
      900 Highland Avenue
      Cheshire, CT 06410

Enclosure

Dear (AAG) Lynn D. Wittenbrink,      Date 12-4-03

Please find inclosed motion dated 12-4-03, and inclosure, also Re: to MORGAN V. Rowland, et al Case No 3:01CV1107(CFD) Also Lynn if you are willing to come to a settlement and Remedy please let me know also realize I am now at Cheshire C.I. and I am being subjected to none stop Harsh Retaliation and Reprisal by unit manager CAPT. E. Saundry I wrote various complaints against him do to his threats to return me to Northern C.I. if I excercise my rights to file complaints and grievances against him and his staff Do to my fear of his threats I withdrew them, but He carried out his threats set me up and wrote me a DR. Ticket of a fabricated issue he created. only cause I saught to avoid a situation, and this happend on 11-25-03 He put me in segregation, where I am now, He is setting me up with constant DR tickets to set me up to Return to Northern C.I. or Transfeed out of (CCI) and on 12-2-03 when I was due to Return to NB6 (PC) unit He Lied a wrote a false ticket claiming I Refused to set a trend of DR. Reports, Now I may be Returning Back to Northern CI into the same situation, so realize this please order this conduct deterd They Refuse to allow me to Return to (PC) NB6 or 5 its crazy Lynn these people is so corrupt till I realize How Hard your Job is my God!

Well Lynn I wish you well take care Please Reply

Yours Truly
Mr. Lloyd George Morgan, Jr #117796
BHU EB-1-13 cell (CCI)



PAGE 1 of 3

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name:** Mr. Lloyd George Morgan Jr

**Inmate no.:** 117116

**Facility:** Cheshire C.I.

**Housing unit:** RHU E/B1-13 Cell

**Date:** 12-14-03

**Request:** Dear Warden James E. Dzurenda, I Respectfully write you in good-faith for the proper Chain of commando seeking your urgent consideration and action on all mention issues herein, Sir I wrote a letter of complaint to (D.O.C.) Comm. Lantz, Dated 11-10-03, Regards to Harassments and Reprisal and Retaliation By U/M Capt. E. Saundry, & me, reeily,

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

**Submitted to:**

**Date:**

**Acted on by:**

**Action Taken and/or Response**

(continue on back if necessary)

**Response to Inmate Date**

**Staff Member Signature**

PAGE 2 of

and Threats from Employee Conduct Violations & Abuse, EEO from

DiR. 2.17 I Just Received a Reply from Deputy Commr. BRIAN K. MURPHY, denying copies of my complaint to former Dist. Administrator W. STRANGE, FOR Review, it shows or proves that MR. CAPT. E. Savinsky, clearly was not to be RIGHT Disturbing his In retaliation, and Reprisal, and that he Carried out those Threats, on 11-25-03, which he was unjustly put in seg AMWCBH 13, seeking to avoid a medication or from Being hurt, he NEVER gave me all the options he claimed In His Be. Reports, and h. Letter reserved from Mr. K. Murphy Is Dated 12-1-2003, also on 12-2-03 I was able to be released from AMWCBH 13 cell seg, and your staff Mr. Capt. Savinsky, did not want me back in his unit & he created a clearly false DR ticket, titled Disobeying A Direct Order, to intentionally keep me in seg or a put me on Ad. Inside I refused, his intentions is to create a Lot oF DR tickets and Have His STaFF do it to set me up to be returned to Supermax or Northern CI, and he transferring Constitutional Rights to the Employees and breaking against those his Staff, this conduct is clearly Abusive and outrageous and illegal criminal minded and Should be stopped, he has been allowed For years to get away with this by all inmates and forced into seg, and to Brutalize prisoners and feel Above the Law and Policy

many staff fear him. Dist. ___ m. MARK W. STRANGE would have ended this conduct ___ of this ___ also, I wrote Attorney General ___ D. WITTENBRINK a letter dated ___ 4-03 ___ this illegal corruption ___ unprofessional conduct. She wrote me a letter dated 12-9-03. She sent it to you for a appropriate response. Also I must be giving a chance to function and do my time in (PC) without herassment or being set up. I been force to live in Seg RHU FBI-13 in unfit living conditions, rusted cell, unclean drinking water, no heat cold cells clogged vents filled ___ clean by matanance staff clogged with paint, my food ___ through filthy slots of trap in cell door, denied proper recreato 7 days a week 1 hour per day, phone ___ my family. This is unjust when I am a protective custody I/m. Surely this is unjust and illegal, and I ask you to rectify these matters. Also, I seek consideration for a single cell statues do to my history and issues on file and letters wrote you. Also, on 12-12-03 Counselor Hadlock toured RHU and talked to me saying on 12-17-03 I may be return to NB (PC) but I may be forced to go in with I/m Johnson the serieal killer rapist. That is not wise and it seems staff may be intentionally trying to set me up with a hostile situation to set up altercation. I ask for consideration that you not allow this and seek to make accomidations with I/m ___ if possible. I also seek to return to NB6 cause I get along god in NB6. Please reply. From m



# STATE OF CONNECTICUT
## Department of Correction
## Operations Division
### 24 Wolcott Hill Road
Wethersfield, CT 06109

Brian K. Murphy
Deputy Commissioner

December 1, 2003

Mr. Lloyd Morgan #117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. Morgan:

This letter acknowledges receipt of your correspondence to Commissioner Lantz dated November 10, 2003 and forwarded to this office for response regarding allegations of staff misconduct.

Since you have made very serious allegations in your complaint, a copy of your correspondence has been forwarded to Warden James Dzurenda for his review. A response from this office will be forwarded upon the completion of that review.

Further, if you feel that your safety is in jeopardy due to staff behavior, it is your responsibility to notify a supervisor immediately. You may contact a supervisor by utilizing the inmate request system or speak to them as they conduct their unit tour.

Sincerely,

Brian K. Murphy
Deputy Commissioner

BKM/mmm

C:   Mark Strange, District Administrator
     James Dzurenda, Warden
     File



# CONNECTICUT DEPARTMENT OF CORRECTION
## CHESHIRE CORRECTIONAL INSITUTION

STATEMENT OF: Morgan, Lloyd

CASE NUMBER:

| PREVIOUSLY INTERVIEWED: | YES | NO | SUPPLEMENTARY |
|---|---|---|---|

NATURE OF COMPLAINT: Allegation of staff misconduct

| LAST NAME: Morgan | FIRST NAME: Lloyd | M.I.: G |
|---|---|---|
| SEX: M | RACE: B | DOB: 10/18/64 | AGE: 39 | DATE OF ADMIT: 04/27/99 |

| I.D. NUMBER: 117796 | OFFENSE: 21A278B | HOUSING UNIT: NB6-30 |
|---|---|---|
| TITLE (IF STAFF MEMBER): N/A | ADDRESS: N/A | |

THE FOLLOWING STATEMENT IS MADE WITHOUT FEAR, THREAT, OR PROMISE OF ANY BENEFIT TO ME. AS AN EMPLOYEE INVOLVED IN AN INTIAL INQUIRY, I HAVE BEEN READ AND UNDERSTAND MY RIGHTS AND RESPONSIBILITIES DURING AN INTIAL INQUIRY. BY AFFIXING MY SIGNATURE TO THIS STATEMENT, I ACKNOWLEDGE THAT I HAVE READ IT AND HAVE HAD IT READ TO ME AND IT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SIGNATURE: Mr. Lloyd George Morgan Jr     DATE: 12-17-03
WITNESS: Captain C.A.E. Knight     DATE: 12-17-03

INVESTIGATOR: Butricks, Kenneth     DATE: 12/17/03     TIME: 10:55am

STATEMENT: On November 7, 2003, this complainant was transferred from Northern CI after successfully completing the A.S. program. I was then transferred to Cheshire CI and placed in the protective custody Unit in NB6-42 under the supervision of Capt. Saundry and Counselor Fortin. The problems started when I attempted to follow the chain of command. I wrote a letter to Counselor Fortin pertaining to information on my visiting list and other information to assist me in getting acquainted to Cheshire CI. At that time, he called me out to his office and he had the computer screen up with all my confidential information including my family address as well as my criminal history. There was an inmate in the office at the time and Counselor Fortin was saying my family address and my criminal history aloud so the inmate can clearly hear it. Out of concern for my family's safety and mine, as well as the sensitivity of my confidential information, I asked Counselor Fortin not to talk about my confidential information in front of another inmate. Counselor Fortin stated this information was not confidential and that I was "just breaking his balls". Counselor Fortin began screaming and told me to get the hell out of his office. I told Counselor Fortin that I felt he was racist and discriminating towards me but I followed his order and exited his office. As I walked out of the door Capt. Saundry was there. I started to explain to Capt. Saundry what happened in Counselor Fortin's office and Capt. Saundry became hostile and indifferent and his patience was very short with me. He didn't want to hear it. This possibly happened on November 10, 2003. I went back to my cell and wrote complaints to Commissioner Lantz as well as Warden Dzurenda regarding this incident. Somehow both Capt. Saundry and Counselor Fortin found out about my complaints because sometime after I wrote the complaints I was coming back from the medical unit I passed by Counselor Fortin's door. I entered the office and Counselors Fortin and Hadlock and Capt. Saundry were in there. I talked to them and told them about

INVESTIGATOR'S SIGNATURE: [signature]     DATE: 12/17/03     PAGE 1 OF 3



## CONNECTICUT DEPARTMENT OF CORRECTION
## CHESHIRE CORRECTIONAL INSITUTION

STATEMENT OF: __Morgan, Lloyd__ (CONT.)

CASE NUMBER: _____

STATEMENT (CONT.): the issues from the complaint. At that time Capt. Saundry became very extremely angry and he said let me tell you something. Capt. Saundry said "You just got here and you're already writing the Commissioner and the Warden. Capt. Saundry stated the complaint to the Commissioner's Office was only going to come back to him and that he (Capt. Saundry) was going to write me a ticket for false information. Another day I ended up back in the office with the same parties present regarding complaints I wrote against Capt. Saundry and his staff. At that time, Capt. Saundry was furious in dealing with me. He didn't like the idea that I was exercising my rights to file grievances over his head to his superiors against him and his staff. Capt. Saundry then stated, "You're going to lose if you keep writing grievances against me and my staff." Capt. Saundry said in so many words that he was going to set me up and send me back to Chronic Discipline in Northern CI. I became terrified because of Capt. Saundry's position of power. That was my reason for initially withdrawing all my complaints during a meeting with Capt. Carlone. I felt Capt. Saundry was well capable of following through with his threats against me. On November 24, 2003, warden Dzurenda, Majors Quiros, Farrell and Hall were touring North Block 6 along with Capt. Saundry. I briefly spoke with the Warden and Major Quiros. As Captain Saundry was approaching the area, I told the Warden and Major Quiros that I was withdrawing my complaints against Capt. Saundry. I was fearful that he would carry out his threats against me as already mentioned in this statement. Due to this, I was complimenting Capt. Saundry to the Warden hoping that Capt. Saundry's retaliation and mistreatment toward me would stop. After I informed the Commissioner's office, the Warden and the Majors, what Capt. Saundry stated he would do to me, he started to carry out some of those threats when he issued me a Disciplinary Report for Flagrant Disobedience on November 25, 2003. Capt. Saundry was attempting to put me in a hostile situation to cause an altercation for me to get harmed or the other inmate to get harmed. Capt. Saundry was moving me in with a child molester. I have a problem with that inmate and others who rape women and children. I wanted to avoid any problems so I asked Capt. Saundry for consideration to be moved into another cell. I was trying to avoid criminal charges and I was also trying to protect the state against liability if an altercation took lace after I went into the cell that I was being assigned. Capt. Saundry was talking real fast and yelled that I was going to segregation. He said I had two minutes to get upstairs and pack my property. I fully complied. I placed my hands on the desk so my hands can be restrained knowing that I was going to segregation. While the camera was on, I told Capt. Saundry that he was racist and trying to cause me harm. I was escorted to seg by Officer Hogan, Capt. Saundry and the video camera operator. While I was being strip searched I was following every order. Capt. Saundry was waiving his mace back and forth looking for a reason to mace me.

BY AFFIXING MY SIGNATURE TO THIS STATEMENT, I ACKNOWLEDGE THAT I HAVE READ IT AND / OR HAVE HAD IT READ TO ME AND IT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SIGNATURE _Mr. Lloyd George Morgan Jr_    DATE: _12-17-03_

WITNESS _Captain Knight_    DATE: _12-17-03_

INVESTIGATOR'S SIGNATURE _____    DATE: 12/17/03    PAGE _2_ OF _3_



# CONNECTICUT DEPARTMENT OF CORRECTION
## CHESHIRE CORRECTIONAL INSITUTION

STATEMENT OF: ___Morgan, Lloyd___ (CONT.)

CASE NUMBER: _____

STATEMENT (CONT.): The Disciplinary Investigator came to investigate a ticket and I was told Capt. Saundry was the Disciplinary Coordinator. He told me nobody was going to believe my word over a Captain's ticket, that I should just plead guilty. Out of fear of Capt. Saundry's power I plead guilty to something I wasn't guilty of. I also wanted to get out of seg. On December 2, 2003 I was due to return to North Block 6. I spoke with Officer Corbett and Officer Roby several times. They told me they contacted A.P. and they were waiting word from Capt. Saundry. After touring the unit on his way out Capt. Saundry stopped and said to me that today was the big day, asking if I was ready to go back to PC. In a hostile way, Capt. Saundry told me I was going to have to go to any cell that he puts me in. He told me he was tired of dealing with me. I said to Capt. Saundry that I can't win with you, I just want to get along. Capt. Saundry said that if he brings me back to PC and that if he has to bring me back to segregation, he was going to send me to Northern. I made it clear to him I would go to any cell he was going to put me in. Sometime later, Capt. Saundry created a false ticket that was signed and delivered by C/O Buehler. The ticket was Disobeying a Direct Order ticket. Capt. Saundry claims he put me in thirty cell and that I refused. This was not true and Capt. Saundry only did this out of retaliation. The problem with the investigation is that several of my complaints to the Commissioner's office as well as those to the Warden were referred to Capt. Carlone. I was called to Capt. Carlone's office regarding the various complaints. Maintenance Supervisor Rohan was in the office and I don't feel Capt. Carlone had all the information in front of him. I don't feel the investigation was thorough and adequate and I don't think a Captain should be investigating another Captain. After writing the Commissioner's office it was my hope that internal affairs would come down to investigate this matter. I also made it clear of my dissatisfaction with the investigation in my letter to Warden Dzurenda dated December 6, 2003. Due to various problems with Capt. Saundry, I have to live in constant fear of either being set up with contraband or being placed in a situation in a cell that could cause harm to me. I'm even in fear of pursuing my legal matters for fear of retaliation from Capt. Saundry.

BY AFFIXING MY SIGNATURE TO THIS STATEMENT, I ACKNOWLEDGE THAT I HAVE READ IT AND / OR HAVE HAD IT READ TO ME AND IT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SIGNATURE _Mr. Lloyd George Morgan Jr_    DATE: _12-17-03_

WITNESS: _Captain C. Knight_    DATE: _12-17-03_

INVESTIGATOR'S SIGNATURE    DATE: 12/17/03    PAGE _3_ OF _3_

Dear Chief of F.B.I.                    Date 12-18-03

My name is Mr. Lloyd George Morgan, Jr. I respectfully request consideration if you would allow your Civil Rights Dept. to look into my issues or refer them for review sir. My name is Mr. Lloyd George Morgan, Jr and I am presently incarcerated at The Cheshire C.I. Facility, I have been receiving constant threats from U/M Captain E. Saundry, to be transferred and to be set up and return to Northern C.I. facility if I use my rights to file grievances or complaints against him or his staff I been subjected to none stop herassment and retaliation and reprisal by Capt. E. Saundry and his staff for exercising my rights to file grievances or complaints against them. They have with held my legal property and books to my pending cases titled Lloyd George Morgan Jr. V. Governor John G. Rowland, et al case no 3:01cv1107 (CFD)(WIG) I had over 36 Boxes of Legal Property and books and social property officers Buchler and Tefoe have conspired to destroy my legal documents and with hold my legal items so I cant persue my federal case above Warden Dzurenda and Majors Hall, Farrelly Quiros have allowed this I seek a Federal Review and criminal charges to be pressed this is illegal please reply.

Very truly yours

cc. Comm. Lantz.     Mr. Lloyd George Morgan Jr #117796

cc. Dist. Adm. Strange
cc. Warden Dzurenda
cc. Property officers Buchler/Tefoe
cc. LGM/Filed