Page 1

**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

FILED
2004 JAN -9 P 3:10
US DISTRICT COURT
BRIDGEPORT CT

LLOYD GEORGE MORGAN, JR   CASE NO# 3:01CV1107(CFD)
VS.
GOVERNOR JOHN G. ROWLAND, ET AL.   DATE 1-5-2004

## MOTION FOR CORRECTION AND COURT REMEDY

1.) Now comes the Pro-se Plaintiff Lloyd George Morgan, Jr moves this Honorable Court in the best interest of Justice as well as in Good faith, seeks this Court correct and Rectify these issues on 12-18-2003 this Court gave a ruling and order that the Plaintiff send copies of all 10 Defendants with proper Marshal forms to this Court within 30 days of this order the issue is this Court did not send Plaintiff the proper amount of needed forms to follow this Courts orders Plaintiff is in need of 3 more of all forms sent and also He is inclosing with this motion copies of the 2nd Amended Complaint and Waiver of Service and Summons forms and the Process forms filled out as best he could do.

2.) Plaintiff ask that this Court order service on those forms, and copies of the Complaint that is inclosed with this motion, Also Plaintiff is confused cause the Last Court order giving by Head District Judge Droney asked me to perfect service on Defendant Shea as well. Plaintiff was never told she sent in service forms.

3.) This Court inclosed order Dated 12-18-03 states Defendant Shea has been served and failed to file a apperence and was defaulted due to it, plaintiff inclosed a copy for her just incase.

4.) Plaintiff also ask for consideration of this court to so note Judge Droney gave the attorney generals office (AAG) Lynn D. Wittenbrink to turn over all the address of defendants that needed to be served within 10 days of his last order The state (AAG) Lynn sent all addresses but not to Defendant Bryan Castle, claiming he no longer "works for the state well he does work out of state in Springfield, MA. in some type of prison facility out of state, He is still liable and they have his address plaintiff kindly ask if this court would order (AAG) Wittenbrink to turn that address over to the U.S. Marshals and to this defendant see inclosed a copy of her letter Dated 10-2-2003 of two pages, and this courts rulings and order plaintiff thanks this court and ask for more time to prepair to service the last defendants.

5.) Once the proper forms are sent to him thats needed and a order of what defendant needs to be served Now? Plaintiff thanks this court.

By The Plaintiff Mr. Lloyd G. Morgan Jr
Mr. Lloyd George Morgan Jr #117796
Cheshire Correctional Institution
900 Highland Ave
Cheshire, CT 06410

## CERTIFICATION

This is to certify that a copy of this motion or of the foregoing was mailed postage prepaired to all parties of record as so noted below on this date 1-5-2004

Office of Attorney General
(AAG) Lynn D. Wittenbrink
110 Sherman Street
Hartford, CT 06105

Connecticut Civil Liberties Union
Atty. Philip D. Tegeler
32 Grand Street
Hartford, CT 06106

By The Plaintiff Mr. Lloyd G. Morgan Jr
Mr. Lloyd George Morgan Jr #117796
Cheshire Correctional Inst
900 Highland Ave
Cheshire CT 06410

RICHARD BLUMENTHAL
ATTORNEY GENERAL



MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

October 2, 2003

Lloyd George Morgan, Inmate No. 117796
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT  06071

Re:    **Lloyd George Morgan, Jr. vs. Governor John Rowland, et al.**
       No. 3:01CV1107(CFD)(WIG)

Dear Mr. Morgan:

In accordance with the Court's Order dated September 24, 2003, I enclose a list of the work addresses of all of the defendants listed on page 23 of the Order, with the exception of Bryan Castle who is no longer in State service.

Very truly yours,

Lynn D. Wittenbrink
Assistant Attorney General

LDW:lac

Enclosure

(1)     Governor John Rowland
        c/o Governor's Office
        State Capitol
        210 Capitol Avenue
        Hartford, CT 06106

(2)     Major Michael Lajoie
        Corrigan-Radgowski Correctional Center
        986 Norwich-New London Turnpike
        Uncasville, CT 06382

(3)     Captain Maurice Butler
        MacDougall-Walker Correctional Institution
        1153 East Street South
        Suffield, CT 06080

(4)     Correctional Officer Robert Koske
        Northern Correctional Institution
        287 Bilton Road, PO Box 665
        Somers, CT 06071

(5)     Correctional Officer Douglas Curtis
        Northern Correctional Institution
        287 Bilton Road, PO Box 665
        Somers, CT 06071

(6)     Health Services Administrator Pamela Shea
        Cheshire Correctional Institution
        900 Highland Avenue
        Cheshire, CT 06410

(7)     Bryan Castle - *NO LONGER IN STATE SERVICE*

(8)     Marshal Robert Helberg*
(9)     Marshal Eric Johnson*
(10)    Marshal Victor M. Diaz*
(11)    Marshal James DelValle, Jr.*

*The address for #'s 8-11 is:  Superior Court, GA14
                               101 Lafayette Boulevard
                               Hartford, CT 06106

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LLOYD GEORGE MORGAN, JR.      :
                              :     PRISONER
v.                            :     Case No. 3:01CV1107(CFD)(WIG)
                              :
GOVERNOR JOHN G. ROWLAND, et al.   :

### RULING AND ORDER

To date, although all defendants have appeared in their official capacities, only defendants Armstrong, Levesque, Tarascio, Myers, Coates, Whidden, Faneuff, Chaplin, Hensley, Latier and Matos have appeared in their individual capacities. Defendants Rowland, Lajoie, Butler, Koske, Curtis, Castle, Helberg, Delvalle, Diaz and Johnson have not returned signed waivers of service of summons to plaintiff. Defendant Shea signed a waiver of service of summons on February 10, 2003, but has not filed her appearance.

Plaintiff states that he now is indigent and cannot afford to pay for personal service on the defendants who have not yet appeared. In light of plaintiff's current financial status, his motion to proceed in forma pauperis [**doc. #111**] is **GRANTED**.

To enable the United States Marshal to effect service on defendants Rowland, Lajoie, Butler, Koske, Curtis, Castle, Helberg, Delvalle, Diaz and Johnson in their individual capacities, plaintiff is directed to complete one of the enclosed Marshal service forms for each defendant using his or her full name and current work address.

Plaintiff shall complete and return to the court the enclosed service forms, one set of completed Notice of Lawsuit and Waiver of Service of Summons forms for each defendant, Rowland, Lajoie, Butler, Koske, Curtis, Castle, Helberg, Delvalle, Diaz and Johnson, and

AO 72A
(Rev. 8/82)

ten copies of his first amended complaint, dated June 4, 2002, within **thirty** days of the date of this order. Plaintiff is cautioned that failure to return the forms and copies in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT 06604, may result in the dismissal of this case without prejudice and without further notice from this court as to the claims against any defendant for whom the required documents are not returned.

Upon receipt of the forms, the Clerk is directed to forward the appropriate papers to the U.S. Marshal. The U.S. Marshal is directed to serve the first amended complaint by mail on defendants Rowland, Lajoie, Butler, Koske, Curtis, Castle, Helberg, Delvalle, Diaz and Johnson in their individual capacities. The U.S. Marshal shall file returns of service within sixty days from the date the service packages are delivered to the U.S. Marshal Service.

Each defendant is hereby ordered to file an appearance in his individual capacity within **sixty (60)** days from the date he signs a waiver of service of summons.

In addition, **default** is hereby **entered** against defendant Shea for failing to appear.

Because the court has now ordered the U.S. Marshal to effect service on defendants Rowland, Lajoie, Butler, Koske, Curtis, Castle, Helberg, Delvalle, Diaz and Johnson, plaintiff's motion [**doc. #112**] seeking assistance in effecting service is **DENIED** as moot.

**SO ORDERED**, this the 18th day of December, 2003, at Bridgeport, Connecticut.

William I. Garfinkel
United States Magistrate Judge

2