UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LLOYD GEORGE MORGAN, JR.   : | |
| : | PRISONER |
| v.   : | Case No. 3:01CV1107(CFD)(WIG) |
| : | |
| GOVERNOR JOHN G. ROWLAND, et al.   : | |

RULING AND ORDER

Defendants' motion for extension of time [**doc. #122**] to respond to the complaint is

**GRANTED**. Defendants shall file their response on or before January 23, 2004.

**SO ORDERED** this 16th day of January, 2004, at Bridgeport, Connecticut.

                                            */S/ William I Garfinkel*
                                            WILLIAM I. GARFINKEL
                                            UNITED STATES MAGISTRATE JUDGE