FILED

UNITED STATES DISTRICT COURT 2004 JAN 26 P 12: 26

DISTRICT OF CONNECTICUT

US DISTRICT
BRIDGEPORT

| | | |
|---|---|---|
| Lloyd George Morgan | : | PRISONER |
| v. | : | 3:01CV1107(CFD)(WIG) |
| John G. Rowland, et al | : | January 23, 2004 |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days from the current deadline of January 23, 2004, up to and including February 22, 2004, within which to file a responsive pleading. In support of this motion, the defendants represent the following:

1. This is the third motion for an extension of time within which to file a responsive pleading;

2. The press of other matters makes more timely response most difficult. The undersigned counsel has had two show cause hearings to prepare for and conduct within the past month along an appellate argument and numerous other matters; and

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

DEFENDANTS
John J. Rowland, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid on this 23rd day of January 2004:

Lloyd George Morgan, # 117796
Cheshire Correctional Institution[1]
900 Highland Ave.
Cheshire, CT  06410

_____
Lynn D. Wittenbrink
Assistant Attorney General

---

[1] Current Department of Correction records indicate that this is the current address for plaintiff.