PAGE 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB 12 p 4:18

LLOYD GEORGE MORGAN, JR    Case No.# 3:01CV1107(CFD)(WIG)
                VS.
GOVERNOR JOHN G. ROWLAND, ET AL.  Date 1-29-2004

## MOTION OF OBJECTION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING.

1.) Now comes the plaintiff Lloyd George MORGAN, JR in Good faith as well as in the best interest of Justice Regards to the Above intitled case Respectfully OBJECT To the Defendants motion FOR EXTENSION OF Time To File a responsive pleading to this case and state the Defendants Have Filed many motions FOR more time to delay this case and it has been granted, PlaintiFF have been humble and patient with this issues, Now The Constant delay of this case is hurting the PlaintiFF, as this Court Droney and GARFINKEL has made it CLEAR, that until Defendants have Filed a reply to the case it could Not GRANT MY motion and need FOR APPointment of counsel.

2.) The (AAG) LYNN D. WITERBRINK should Be Able to effectively BALANCE her case LOAD GOALS as Not to be over Loaded and stressed out OR BURDEN Not to be Able to get this case moving.

PAGE 2

3.) (AAG) LYNN D. WITTERBRINK should TRANSFER this
case to ANOTHER ASSISTANT Attorney GENERAL
with lest of a Hevey Case LOAD to Get this
case MOVING, (AAG) WITTERBRINK have Been giving many
Options to Seek a settlement CONFERENCE to be
Able to despose of this case, but has failed to
show any interest and has not reply to Plaintiff
Plaintiff ask that this Court Deny Defendants
Motion and INTER Full Default on all Defendants
in there individual and official CAPACITIES
as THE COURT gave a ORDER that She File a
reply to this case ON OR BEFOR 1-23-2004.
and THE Defendants has FAILED to do So, and the
motion is dated 1-23-04 and Plaintiff just Received
this motion as inclosed today of 1-29-2003
and Post marked 1-23-04 Plaintiff Did Not Receive this
motion in a timely Fashion By Prison Officials.

4.) Plaintiff ask that this COURT ORDER (AAG) WITTERBRINK
office to Be SURE to send Copies of any and all
HER Motions and THE reply to CONNECTICUT
CIVIL LIBERTIES UNION. Atty: Philip D. Tegeler OFFICE
who Filed a APPERENCE as a FRIEND OF THIS
COURT in this case and it was GRANTED by this
COURT. as THEY may help Plaintiff File a ANSWER to
Defendants motions.

PAGE 3

5.) Plaintiff has Done all that he could do to Defend this Complex Case, Plaintiff has been denied help From PERSON TRAined in Law or any help in this Case By InMates' LEGAL ASSISTANCE Program to Defend this Case See inclosed Letter Dated November 3, 2003 in MORGAN V. Rowland, et al 3:01CV1107(CFD)(WIG) See Letter From Program atty. RICHARD P. CAHILL, which state DEAR mr. MORGAN, This Letter will Serve as Confirmation of the Fact that InMate's LEGAL ASSt. Program is unAble to Assist. You in the Above matter, Plaintiff informs this COURT he will Not Be Able to reply to THE DeFendants AnsweR to this Case With out APPointment of Counsel, as the issues of THIS Complaint deALs with plaintiff Being Denied mental HEALTH CARE, was Denied effective recreation exercise, unsafe Living Conditions.

6.) Plaintiff states all these issues will Require expert evaluation and witnesses that plaintiff CANNot OBtaine With out APPointment of Counsel It is CLEAR or Should be CLEAR to this Court That this Case does has a reasonAble AmAnt of Merit and its the reason (CCLU) Atty. Tegelee Filed his Brief as a FRiend of THIS Court that OFFice of Attorney GenerALs NeveR once OBJected to Said Brief.

PAGE 4

7.) THIS shows THE Complaint Does have enough merit FOR THIS COURT to GRANT URGENT Appointment OF Counsel as Plaintiff Renews his motion right now FOR Appointment OF Counsel due to these Conditions

LEGAL ARGUMENT

SEE: Abdullah V. Gunter, 949 F.2d 1032, 1035 (8TH CIR. 1991) (Citations omitted. Cert. denied, 112 S.Ct 1995 (1992) In deciding whether to Appoint Counsel for indigent Litigant, the Court Should Consider the FACTUAL Complexity of the case, the Ability of the indigent to investigate the facts, the existence of Conflicting testimony the Ability of the indigent to Present his Claim of Complex Legal issues.

Cooper V. SARgenti Co, Inc. 877 F.2d 170, 173 (2d Cir. 1989) See: MOORE V. MABUS, 976 F.2d 268 272 (5th CIR. 1992) JACKSON V. County OF McLean, 953 F.2d 1070, 1073 (7th Cir. 1992) Tucker V. RANDALL, 948 F.2d 388, 392 (7th CIR. 1991) SEE: GATSON V. Coughlin, 679. F. Supp. 270, 273 (W.D.N.Y. 1988) all these cases Show the Court Should Appoint Counsel in this Situation.

8.) Plaintiff as that this COURT GRANT APPOINTMENT OF Counsel, and ORDER (CCLU) Atty. Tegeler to help File a Reply to Defendants motion or Answer once its file till Plaintiff CAN Find Counsel OR THE Court CAN Find Counsel.

PAGE 5

9.) Plaintiff states Plaintiff is being Denied effective access to the Court and any help From Persons trained in Law and the Inmates' LEGAL ASSISTANCE PROGRAM WHICH IS a CLEAR Violation OF THIS Plaintiff Constitutional Rights to Access to the Courts and Person Trained in Law SEE: GOMEZ V. VERNON 255 F3d 1118 9TH CIR. 2001. Inmates enjoy Access to law Libraries, and ASSISTANCE of Law CLERKS, as guarantee of their due Process right to access to Court.
SEE: ALSO WILSON V. YAKLICH, 148 F3d 596 (6TH CIR. 1998) Access to the Courts to be afforded Inmate must Be Adequate, effective, and meaningful.

10.) Plaintiff ASK that this COURT STRIKE a BALANCE in this Case and APPOINT Counsel as the Defendants will TRY to Claim most of his Complaint is moot Cause he was transferred from NORTHERN C.I. ON 11-7-03 to Cheshire C.I. WHICH IS NOT TRUE as Plaintiff Could Be Return to NORTHERN C.I. if he Gets more DR. TiCKets. Plaintiff ask this Court do the Right thing and GRANT Some Type of Remedy. Plaintiff thanks this Court FOR its Consideration OF THIS motion.

By THE Plaintiff Lloyd G. MORGAN JR.
Mr. Lloyd George Morgan JR. #117796
Cheshire C.I.
900 HIGHLAND Ave
CHESHIRE CT 06410

PAGE 6

# CERTIFICATION

THIS is to Certify that a Copy of THIS motion
has Been or of the foregoing was mailed to
the following, Postage Prepaid on Date 1-29-2004


Office of Attorney Generals
(AAG) Lynn D. Wittenbrink
   116 Sherman Street
   Hartford, CT 06105


Connecticut Civil Liberties Union
  Atty. Philip D. Tegeler
   32 Grand Street
   Hartford, CT 06106


By the Plaintiff X Mr. Lloyd George Morgan, Jr.
   Mr. Lloyd George Morgan, Jr. # 117796
   Cheshire C.I.
   900 Highland Ave
   Cheshire CT 06410

LAW OFFICES
OF
SYDNEY T. SCHULMAN

<u>Administrative Director</u>
Sydney T. Schulman, Esq.

INMATES' LEGAL ASSISTANCE PROGRAM

<u>Managing Attorney</u>
Jane Starkowski

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Jenna M. Edmundson

November 3, 2003

Mr. Lloyd George Morgan, Jr.
#117796
Northern CI
287 Bilton Road
P.O. Box 665
Somers, CT 06071

<u>Re: Morgan v. Rowland, No. 3:01CV1107 (CFD) (WIG)</u>

Dear Mr. Morgan:

This letter will serve as confirmation of the fact that Inmates' Legal Assistance Program is unable to assist you in the above-referenced matter.

Very truly yours,

Richard P. Cahill
Attorney at law

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Lloyd George Morgan            :      **PRISONER**
                                   3:01CV1107(CFD)(WIG)

       v.                         :

John G. Rowland, et al          :      January 23, 2004

## <u>MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING</u>

The defendants in the above-captioned matter hereby respectfully move for an additional

30 days from the current deadline of January 23, 2004, up to and including February 22, 2004,

within which to file a responsive pleading. In support of this motion, the defendants represent

the following:

1.      This is the third motion for an extension of time within which to file a responsive

pleading;

2.      The press of other matters makes more timely response most difficult. The

undersigned counsel has had two show cause hearings to prepare for and conduct within the past

month along an appellate argument and numerous other matters; and

3.      Due to his incarceration, the plaintiff has not been contacted in order to determine

his position with regard to this motion.

DEFENDANTS
John J. Rowland, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following, first-class

postage prepaid on this 23rd day of January 2004:

Lloyd George Morgan, # 117796
Cheshire Correctional Institution[1]
900 Highland Ave.
Cheshire, CT  06410

_____
Lynn D. Wittenbrink
Assistant Attorney General

---

[1]    Current Department of Correction records indicate that this is the current address for
plaintiff.