UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
LLOYD GEORGE MORGAN, JR.        :
                                :           PRISONER
        v.                      :   Case No. 3:01CV1107(CFD)(WIG)
                                :
GOVERNOR JOHN G. ROWLAND, et al.:
```

RULING AND ORDER

Defendants' motion for extension of time [**doc. #126**] to respond to the complaint is **GRANTED**. Defendants shall file their response on or before February 22, 2004.

**SO ORDERED** this ___17th___ day of January, 2004, at Bridgeport, Connecticut.

                                                 /s/
                                                 WILLIAM I. GARFINKEL
                                                 UNITED STATES MAGISTRATE JUDGE