UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
LLOYD GEORGE MORGAN, JR.        :
                                :              PRISONER
        v.                      :   Case No. 3:01CV1107(CFD)(WIG)
                                :
GOVERNOR JOHN G. ROWLAND, et al.:
```

RULING AND ORDER

On January 9, 2004, plaintiff filed a "Motion for Correction and Court Remedy." Plaintiff indicates that he has completed service forms and returned them to the court, but states that he did not receive the correct number of forms. In response to this motion, the Clerk send additional forms to plaintiff. Thus, this request is now moot.

Plaintiff also asks the court to order service on all defendants. Service packets have been delivered to the U.S. Marshal for service on all defendants who have not appeared. Thus, this request also is moot.

Finally, plaintiff asks the court to order defendants' counsel to provide him the current work address of defendant Bryan Castle. Counsel informed plaintiff that defendant Castle no longer is employed by the Connecticut Department of Correction. Plaintiff has included in his motion, no basis for

his contention that defendants' counsel knew and failed to report the current work.  This request is denied.

Accordingly, plaintiff's motion [**doc. #124**] is **DENIED**.

**SO ORDERED** this ___17th__ day of February, 2004, at Bridgeport, Connecticut.

```
                                    /s/
                                    WILLIAM I. GARFINKEL
                                    UNITED STATES MAGISTRATE JUDGE
```