UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
LLOYD GEORGE MORGAN, JR.          :
                                  :              PRISONER
       v.                         : Case No. 3:01CV1107(CFD)(WIG)
                                  :
GOVERNOR JOHN G. ROWLAND, et al.  :
```

RULING AND ORDER

On February 5, 2004, plaintiff filed a "Motion for Court's Review and Correction and Motion for Default Judgment." As no default has entered against the defendants, the court considers this motion as a request for entry of default.

Plaintiff states that he did not received an answer, motion for extension of time or motion to dismiss within the time specified by the court. Defendants have filed a motion for extension of time to respond to the complaint. Thus, plaintiff's request for entry of default is denied.

Plaintiff also asks the court to appoint pro bono counsel. In its ruling denying plaintiff's previous motion, the court informed plaintiff that it would not reconsider appointment of counsel until service has been effected. This has not yet occurred. In addition, before the court can properly assess plaintiff's claims, the defendants must respond to the complaint.

Thus, plaintiff's motion is denied without prejudice.  Plaintiff may renew his motion **after** service has been effected and the defendants respond to the complaint.

Plaintiff's motion [**doc. #127**] is **DENIED**.

**SO ORDERED** this ___17th___ day of February, 2004, at Bridgeport, Connecticut.

/s/
WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE