UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LLOYD GEORGE MORGAN, JR. | : | PRISONER |
| | : | NO. 3:01CV1107(CFD)(WIG) |
| VS. | : | |
| | : | |
| GOVERNOR JOHN ROWLAND, ET AL. | : | FEBRUARY 19, 2004 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance as counsel for the following defendants, in addition to any appearances already on file: Governor John J. Rowland, Major Michael Lajoie, Correctional Officer Koske, Correctional Officer Curtis, Pamela B. Shea, Bryan Castle, former Captain Helberg, Erik Johnson, Jimmy Delvalle, and former Special Deputy Sheriff Diaz, in their individual capacity in the regards to the above-captioned case.

Dated at Hartford, Connecticut, this 19th day of February, 2004.

                                                DEFENDANTS,
                                                Governor John Rowland, et al.

                                                RICHARD BLUMENTHAL
                                                ATTORNEY GENERAL


                                                BY:_____
                                                Lynn D. Wittenbrink
                                                Assistant Attorney General
                                                Federal Bar No. ct08575
                                                110 Sherman Street
                                                Hartford, CT  06105
                                                Telephone No.:  (860) 808-5450
                                                Fax No.:  (860) 808-5591
                                                E-Mail:  lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 20th day of February, 2004:

Lloyd George Morgan, Jr., Inmate No. 117796
Cheshire Correctional Institution
900 Highland Ave.
Cheshire, CT  06410


                                                _____
                                                Lynn D. Wittenbrink
                                                Assistant Attorney General