UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAR -1  A 10: 51
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| Lloyd George Morgan | : 3:01CV1107(CFD) |
| v. | : |
| John Rowland, et al | : FEBRUARY 27 2004 |

## MOTION TO DISMISS

The following defendants in the above-captioned matter respectfully move to dismiss this matter in its entirety for numerous reasons, as more fully set forth in the attached Memorandum of Law: Governor John G. Rowland, John Armstrong, Peter Matos, Larry Myers, Fred Levesque, Christine Whidden, Michael Lajoie, Thomas Coates, William Faneuff, Correctional Officer Koske, Correctional Officer Curtis, Dr. Paul Chaplin, Dr. Ronald Hensley, Thomas Latier, Pamela Shea, Bryan Castle, Warden John Tarascio, Captain Helberg, Erik Johnson, Jimmy Delvalle, and Sheriff Diaz.[1]

---

[1] All of the defendants in this action join in this motion with the exception of Captain Butler, who has not been served and whom the undersigned counsel does not yet represent.

DEFENDANTS
John Rowland, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Lynn D. Wittenbrink
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 27 day of February 2004:

Lloyd George Morgan
#117796
Cheshire Correctional Institution
900 Highland Ave.
Cheshire CT 06410

CCLU
32 Grand Street
Hartford, CT
06106

/s/ Lynn D. Wittenbrink
Lynn D. Wittenbrink
Assistant Attorney General