PAGE 1

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAR -8 P 4:39

US DISTRICT COURT
BRIDGEPORT CT

LLOYD GEORGE MORGAN, JR          CASE NO. 3:01CV1107(CFD)(WIG)

V.

GOVERNOR JOHN G. ROWLAND, ET AL.   DATE MARCH 3, 2004

## MOTION FOR RENEWAL OF PLAINTIFF'S REQUEST FOR APPOINTMENT OF EMERGENCY COUNSEL AND EFFECTIVE ACCESS TO THE COURT.

1.) now comes the plaintiff LLoyd George Morgan, JR moves in the best interest of Justice as well as in Good faith in the above intitle case. Respectfully Request Honorable federal Judges Christopher F. DRoney, and William I. GARFinKeL. Grant him Emergency Appointment of Counsel in this case, do to the nature this plaintiff have file many Request For Appointment of Counsel, and this Court denied them with out Prejudice Ordering this plaintiff to file it or Request Renewal of Appointment of Counsel once the Defendants have been giving the Chance to file a Answer to this Claim and Defendants have been served in this case.

2.) this Court Promised in all its ruling on this subject that it would reconsider the motion only once defendants have filed a Answer to this Complaint. it should be so noted by this Honorable Court that to day of MARCH 3, 2004 Plaintiff reccieved a Answer dated Febuary 27, 2004.

PAGE 2.

3.) OF LARG VOLUMS OF DOCUMENTS OF 3 PARTS, OF VERY Complex LEGAL ARGuments thats well Beyond plaintiff's wisdom to understand, Fully, and Completely, he cannot file a PROPER reply to it without PERSONS TRAINED at Law, he has only a 8th Grade Education, and suffers from a mental illness he has NO ACCESS to PERSONS TRAINED in Law, and he wrote many Request to the INMATES' LEGAL ASSISTANCE Program Atty. Richard P. CAHILL, and JANE STARKOWSKI, and Sydney T. Schulman who made Clear they will Not at all Help in this case, plaintiff filed or PLACed a telephone call to Atty. CAHILL, OF (ILAP) Informing him about his needs to reply to the said motion to Dismiss this case, he made CLEAR that he stated in his inclosed Letter with this motion dated November 3, 2003. that he made CLEAR (ILAP) Would Not in No way ASSIST IN this case.

4.) Please Read and Keenly Review the Letter Dated 11-3-2003 by atty. CAHILL Stating RE: MORGAN V. Rowland, No. 3:01cv1107 (CFD) (WIG). DEAR MR. MORGAN: This Letter will Serve ~~to~~ as Confirmation of the fact that INATES' LEGAL ASSISTANCE Program is unable to assist you in the Above reference matter See Said Letter inclosed marked as "Exhibit A" FOR evidence to this CouRT. THat Plaintiff is being Denied effective ACCESS to the CouRT to defend this Case or OF PERSON TRAINED IN Law as he is intitled to PeR. GRIFFIN V Caughlin, 743 F. Supp. 1006, 1024 (N.D.N.Y. 1990)

PAGE 3

5.)  SEE: ROSS V. MOFFITT, 417 U.S. 600, 611 (1974)
     JOHNSON V. AVERY, 393 U.S. 483, 485 (1969)
The fundamental Constitutional rights of access to the
Courts requires Prison Authority to Assist inmates' in the
Preperation and filing of meaningful Legal Papers by Providing
Prisoners with Adequate Law Libraries or Adequate ASSISTANCE
From Persons Trained in the Law. there CAN be NO Daubt
of the right of the right of Access to the Courts....
Assures that NO PERSONS will be denied effective Access to
the Courts.

6.) Its clear Plaintiff many motions have Vex this Court
and have been stressful and over Burdensome, and have Not
made Much sense to this Court do to his Poor Education and
Pleadings, and Not Able to write PARAGRAPHS or Properly
SPACE and write caused this Court to Threaten to
SANCTION Plaintiff, when Plaintiff Just do not have the
Proper Skills or Ability nor Resources to defend such a Complex
Case. The Defendants have failed to even Respect
LEWIS V. CASEY, 518 US 343, 135 LEd2d 606, 116 SCt 2174 (1996)
to Grant him PERSONS TRAINED in Law.

7.) this Court have not effectively Responded to all issues
in his many motions and have over Looked Very
important issues over and over, or Just denied it.

PAGE 4

8.) Plaintiff states that the Defendants motion to dismiss is a share of Tricks and HALF TRUTHS mostly falsehood by (AAG) LYNN D. WITTENBRINK to TRICK this court to Just Simpley see the plaintiff as a Pest and Dismiss his case, she Lies intentionally to this court taking this court as a Fool, by saying plaintiff failed to Exhaust his ADMINISTRATIVE Remedies with the PRISON GRIEVANCE System, when this is Not True all this is in the court file She knows the court will Not Keenly Review the file or all exhibits and she CAN Just get this case Dismissed, then she clam most of my issues Are moot cause I been transferred with out telling the court the TRUTH that Plaintiff is on a Probation Period and if he Gets a certain Amount of DISCIPLINARY Reports he CAN and will be Return to NORTHERN PRISON.

9.) and Put Right back in the Same situation he complained of in this case Because he seeks money DAMAGES and Punitive DAMAGES. regards to the WRONGS done to him and Excercise issues, its Not moot. the plaintiff informs this court Defendants have Lost most of his exhibits to this case and there all in this court files the only ones that Are LeFT.

PAGE 5.

10.) Plaintiff informs this Court that He filed the
inclosed Motition titled Motion Requesting That This Court
Grant Remedy and ORDER THAT PLAINTIFF Be GRANTED
EFFECTIVE ACCESS TO The Court In this Case,
This Court over Looked the issues in this motion and
cited Case Law and sirousness of the issues
made clear to this Court and didnt properly Answer It
Plaintiff ask this Court Rectify this issues, plaintiff has
a Good Case and issues at hand it Would be a miscarrage
of Justice to Deny Plaintiff Emergency needs for
Counsel and the Attorney General office to
Continue to take Big Advantage of Plaintiff None
stop as They Have since 2001 in the filing of this
case, this would be a Disrespect to this Court's wisdom
and the Second Circuit Judges and our U.S. Suprem
Courts rulings.

11.)   SEE: ABdullAH V. Gunter, 949 F.2d 1032, 1035. (8th Cir. 1991)
this Court Should Consider there will be need for medical
expert witnesses, and inmates witnesses, that he is not Able
to Locate, there is credability issues of Plaintiff against
Defendants, all this gives more reasons for this Court
to Lean towards Appointment of Cansel, to often
the office of Attorney Generals And its Agents are
Left to Feel there Above the Law and that they Rule
the Federal Judges or CAN TRICK then and SHAM.
then

PAGE 6.

12.) the office of the ATTORNEY GENERALS Hate and
FEAR Judges Like THomas P. Smith, that is Not
AFRAID to SANCTION them OR GRANT PRISONERS
what THERE intitled to and Never Consent to him
to TRY a Case, THEY Would Like Nothing better then
to take such HARD WORKING Judge Like DRONEY &
GARFINKEL, as Fools, they CAN PLAY on who they Feel
ARE FORMER PROSECUTORS who ARE Not fond of PRISONERS
NOR there rights. THEY Feel untuchable, this is a
Just Court I make a PRAYER to this Court to Please
Not Allow them to RAIL Road this Case and slip threw
the CRACKS of the evil INJustice done to plaintiff ONLY
Cause this Court Keeps Denying Plaintiff the EmerGeNcy
need FOR APPOINTment of Counsel, So that Counsel
CAN show the Court the TRUE FACTS.


13.) this Court has a duty to STRIKE a even BALANce
to this Case See: GLUTH V. KANGAS, 773 F. SUPP.
See: Colon V. Coughlin, 58 F. 3d 865, 872.(2ND CIR. 1995)
FRANKO V. Kelly, 854 F. 2d 584. 589 (2d CIR.1988).
this Court has a duty to Protect the INTEGRITY OF our Judges
and Judicial SYSTEM, and Should APPOINT Counsel to
bring out the TRUE Facts and Not Allow the ATTORNEY
GENERALS to BULLY our Courts OR the Plaintiff
Constitutional Rights I ask this Court do the right
thing and Let the state Know the Judges ARE IN CONTROL
and Not them.

PAGE 7

14.) THIS Court must Not Allow the Constitution to be thrown out the window, or the rights of PRISoners simply because the Courts is Fed up with PRISoners Cases or because the Attorney GeNeRALS, Conspire to intentionally mislead this Court, or threaten to Appeal the Courts Rulings with there powerful rescarces, Plaintiff PRays that this Court Court GRANt him Needed Emergency Appointment of Cunsel, to file a responds to this Complaint this Court CANNot AFFORd to Allow Pocrly Educated mentally ill Plaintiff's to be RAIL Roaded or taking ADVANtage of only cause he has No Lawyer.

15.) Plaintiff made ARound 4 yeaRs of Attempts to find Cunsel on his on as in the Courts File and have Been Denied. only cause they only take PRo-BoNo Cases at the Courts Request, and cause he is POOR and CAN't AFFORd Cunsel, Plaintiff CAN't AFFORd Cunsel See iNclosed a upDate PRint out of his Accant BALANce he only has 78¢ iN his Accaunt see Exhibit B. iNclosed maRked as such, Exhibit B. Plaintiff again made attempts to seek Cunsel FRom FiRm of zeldes, Needle & cooper, Atty. SARah W. POst, DAted 1-13-2004 denying to take the case dated 1-13-04 iNclosed maRked as Exhibit C.

PAGE 8.

16.) Plaintiff also informs the Court that its US MARSHALL has not sent me ANY RETURN Notices OF the Defendants being Served that this Court order service on by the US MARSHALLS I am intitled to be sent Notice to tell me Which Defendants this Court MARSHALL Perfected service on, he has not Got All this Courts Rulings Please Rectify. and see that he reciave them. Plaintiff ask that this Court would GRANT 120 dAy extension of time, For him to Reply to this motion by wAy of the Court GRANTing him Appointment of Counsel to Answer the motion to dismiss this Case, this will give the Clerks office time to Locate Counsel, to Reply to it. Plaintiff thanks the Court For its Consideration of this motion

By the Plaintiff X mr. Lloyd G. MORGAN JR
MR. LLOYd George MORGAN JR
#117796
CHESHIRE C.I.
900 HIGHLAND Ave
CHESHIRE CT 06410

CERTIFICATION

This is to Certify that a Copy of this motion was mAiled to All Parties of Record as so noted below Postage Paid on 3-3-2004

OFFICE OF ATTORNEY GENERAL
(AAG) LynN D. WittenbrinK
110 SHermAN Street
HARTFord, CT 06105

CCLUF.
Atty. PHILIP D. Tegeler
32 GRANd Street
HARTFord, CT 06106

By the Plaintiff X mr. Lloyd G. MORGAN JR
MR. LLOYd George MORGAN JR
CHESHIRE C.I. #117796
900 HIGHLAND Ave
CHESHIRE CT 06410

"Exhibit A."

**LAW OFFICES**
**OF**
**SYDNEY T. SCHULMAN**

Administrative Director
Sydney T. Schulman, Esq.

**INMATES' LEGAL ASSISTANCE PROGRAM**

Managing Attorney
Jane Starkowski

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Jenna M. Edmundson

November 3, 2003

Mr. Lloyd George Morgan, Jr.
#117796
Northern CI
287 Bilton Road
P.O. Box 665
Somers, CT 06071

Re: **Morgan v. Rowland, No. 3:01CV1107 (CFD) (WIG)**

Dear Mr. Morgan:

This letter will serve as confirmation of the fact that Inmates' Legal Assistance Program is unable to assist you in the above-referenced matter.

Very truly yours,

Richard P. Cahill
Attorney at law

CHE107

CONNECTICUT DEPARTMENT OF CORRECTION        OTRTASTA

T R U S T   A C C O U N T   S T A T E M E N T     4.10.0.0.9 TR

DOC:  0000117796    Name: MORGAN, LLOYD G

LOCATION: 125-L         "EXhiBiT B"       DOB: 10/18/1964

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 11/24/2003 | CEC | CEC SAL ORD #2093592 | 1.87 | 2.11 |
| 11/24/2003 | CEC | CEC SAL ORD #2106545 | 0.45 | 2.56 |
| 12/05/2003 | WPOS | Postage  125 | ( 1.52) | 1.04 |
| 12/08/2003 | DMR | Mail Receipts  125 | 30.00 | 31.04 |
| 12/09/2003 | WCOP | Copies  125 | ( 2.50) | 28.54 |
| 12/10/2003 | CEC | CEC SAL ORD #2125357 | 42.02 | 70.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 65.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 60.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 55.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 50.56 |
| 12/29/2003 | CRS | CRS SAL ORD #2188715 D2 | ( 47.63) | 2.93 |
| 12/31/2003 | DMR | Mail Receipts  125 | 30.00 | 32.93 |
| 01/06/2004 | CRS | CRS SAL ORD #2208938 D2 | ( 32.79) | 0.14 |
| 01/06/2004 | DMR | Mail Receipts  125 | 100.00 | 100.14 |
| 01/08/2004 | WFMS | Med Sick Fee  125  123003 | ( 3.00) | 97.14 |
| 01/12/2004 | CRS | CRS SAL ORD #2222609 D2 | ( 42.02) | 55.12 |
| 01/12/2004 | CRS | CRS SAL ORD #2222612 D2 | ( 46.70) | 8.42 |
| 01/12/2004 | DMR | Mail Receipts  125 | 100.00 | 108.42 |
| 01/13/2004 | CEC | CEC SAL ORD #2222612 | 1.16 | 109.58 |
| 01/16/2004 | CEC | CEC SAL ORD #2208938 | 0.53 | 110.11 |
| 01/20/2004 | CRS | CRS SAL ORD #2235401 D2 | ( 51.96) | 58.15 |
| 01/20/2004 | WPOS | Postage  125 | ( 10.11) | 48.04 |
| 01/22/2004 | WPOS | Postage  125 | ( 3.85) | 44.19 |
| 01/26/2004 | WPOS | Postage  125 | ( 1.66) | 42.53 |
| 01/27/2004 | CRS | CRS SAL ORD #2247221 D2 | ( 42.19) | 0.34 |
| 01/29/2004 | OT | Sub-Account Transfer | 0.32 | 0.66 |
| 02/03/2004 | CRS | CRS SAL ORD #2264275 D2 | ( 0.66) | 0.00 |
| 02/04/2004 | CEC | CEC SAL ORD #2264275 | 0.66 | 0.66 |
| 02/10/2004 | CRS | CRS SAL ORD #2278422 D2 | ( 0.58) | 0.08 |
| 02/17/2004 | CEC | CEC SAL ORD #2278422 | 0.58 | 0.66 |
| 02/20/2004 | DMR | Mail Receipts  125 | 10.00 | 10.66 |
| 02/24/2004 | CRS | CRS SAL ORD #2306610 D2 | ( 10.66) | 0.00 |
| 02/27/2004 | DMR | Mail Receipts  125 | 50.00 | 50.00 |
| 03/01/2004 | CRS | CRS SAL ORD #2315300 D2 | ( 49.22) | 0.78 |

ZELDES, NEEDLE & COOPER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
1000 LAFAYETTE BLVD.
POST OFFICE BOX 1740
BRIDGEPORT, CONNECTICUT 06601-1740

TELEPHONE (203) 333-9441
FAX (203) 333-1489

"Exhibit C."

Sarah W. Poston
Direct Dial: (203) 332-5707

January 13, 2004

Lloyd George Morgan, Jr.
#117796
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

Re:    Morgan v. Rowland

Dear Mr. Morgan:

I received your letter of October 19, 2003. I apologize for the delay in responding, but my caseload does not permit me to represent you in this matter.

Very truly yours,

Sarah W. Poston

SWP/pb
Encl.

(1)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LLOYD GEORGE MORGAN, JR    CASE NO# 3:01CV1107(CFD)(WIG)
         VS.

GOVERNOR JOHN G. ROWLAND, ET. AL.    DATE  11-11-2003

MOTION REQUESTING THAT THIS COURT GRANT
REMEDY and ORDER THAT PLAINTIFF BE GRANTED
EFFECTIVE ACCESS TO THE COURTS IN THIS CASE.

1.)    Now comes the pro-se plaintiff Lloyd George Morgan, JR
moves in the best interest of Justices as well as in Good faith
respectfully ask of THIS Court to strike a even Balance in this
Case with the Plaintiff, and office of the attorney Generals
office (AAG) Lynn D. Wittenbrink, this plaintiff is being Denied
effective assistance of Counsel in Defending this complex
case, By the state of Connecticut Department of Corrections
Commissioners Former JOHN J. ARMSTRONG, and Present Commissioner
Theresa C. LANTZ, and office of Attorney Generals, in the illegal
conspiricy to create a Illegal Contrack with the INMate's
LEGAL ASSISTANCE TO PRISONERS PROGRAM.

2.)  Plaintiff states, he is poorly educated at the law and the
complexity of THIS Case at hand requires a Laymen atty.
to help in the PReperation OF THIS Case and motions and
obscctions and help IN Motion FoR Productions.



3.) On 11-7-03 plaintiff was transferred to Cheshire correctional facility from Northern Correctional Prison facility. and the Court gave a Ruling and order that plaintiff Perfect services on all defendants in 45 days and that office of to turn over all new Address of unserved Defendants. This was Done for all Defendants but not For Defendant Castle, plaintiff also was ordered by this Court to to contact Inmate's Legal assistance Program with help in this case and Perfecting services, plaintiff Clearly informs this Honorable Court that He has re-sent all items to of service to all said unserved Defendants that he was giving the address to and again None responded by Returning waivers of services.

4.) Plaintiff was told by Northern C.I. Warden Wayne Choinski and Major Rose, that Defendants Curtis, and Koske was served and Return Notice of Waiver of services to (AAG) Lynn D. Wittenbrink. who would Turn them into the Court as she directed them to do so. plaintiff does not Know if this be true and Seek Court to Address this and Rectify this matter.

5.) Plaintiff respectfully informs this Court that the Inmate's Legal assistance Programs, has conspired to violate Plaintiff Constitutional rights of effective Access to the Court's in this complet case and have subjected plaintiff to Discrimination. .

③

6.) plaintiff makes clear that the Inmate's Legal assistance Program, and (D.O.C.) and attorney Generals office have intentionally conspired as a team to Deny the plaintiff effective assistance of Counsel or access to the courts in this Case with intent to cause injury, and if plaintiff Loose Defendants and issues filed in this Case Cause he cant cant perfect services on all Defendants or answer office of Attorney Generals motions to Dismiss, or Summary Judgement, plaintiff would be able to clearly meet the test of actual injury of this Case of Lewis V. Casey, 518 US 343, 135 Ledad 606, 116 SCt 2174 (1996) and will have a law suit against state D.O.C. and (ILAP) said Program.

7.) this Court must realize, its clear this Case has merit us (CCLuF) atty. Philip D. Tegeler, office has filed a brief that proves, there is some merit to this Case, and (ILAP) had no right to deny me Help to a merit Case, surely (CCLuF) Atty. Tegeler office would not have waisted time to come in this as a friend of the Court to file said brief this Court knows this and constantly turns a Deaf ear and Blind Eye, to this, as well as my mental Health issues and issues, and Situation in this Case and has refuse to strike a Balance, by Appointing Counsel, so the plaintiff will have a chance to effective litigate this Case.



8.) Plaintiff has done nothing but PISS OFF THIS Court and
Vex this Court by filing unProper motions, Its not this
Plaintiff intentions to disrespect this Court or burden
this Court, or Vex it but he is doing so
unknowingly, and Could or may be sanction and Punished
fcr Plaintiff Cannot properly write and spell very well
or do PARAGRAPHS as this Court wants, Plaintiff ask
this Court to Review inclosed letter from Inmate's Legal
Assistance Program atty. RICHARD P. Cahill, Dated 11-3-03
   Stating DEAR MR. MORGAN: THIS letter will serve as Confirmation
of the fact that INMATES' Legal ASSISTANCE Program is unable
to assist you in this above-referenced matter.


9.) Plaintiff has made it CLEAR that he Cannot Defend this
   Case and that SAID Program (ILAP) has denied Plaintiff access
to this Court, do to this Clear Cut evidence Plaintiff Can
again in Good faith ask this Court to Renewal his
motion for Appointment of Cansel, do to SAID situation
and there is cite for this request.
   see: O'KEEFE V. VAN BOENING, 82 F3d 322 (9th Cir. 1996)
Prisoners have a Constitutional right to petition government
for redress of their Grievances, which includes right of
ACCESS to Courts and also extends to Administrative
Arms units of government.

(5)

10.)  See: WILSON V. YAKLICH, 148 F3d 596 (6th cir. 1998)
Access to the Courts to be afforded Inmate must be adequate, effective, and meaningful, It should be CLEAR to this Court by his pleadings and situation he is not be giving Adequate, or effective and meaningful ACCess to the Courts in this Case.
See: CHRICEOL V. PHILLIPS, 169 F3d 313 (5th CIR. 1999) Prisoners clearly have a Constitutional right of access to the Courts, and interference with a Prisoners' right
See: McCarthy V. Madigan, 112 S.Ct. 1081, 1091 (1992)
See: Johnson V. Avery, 393 U.S. 483, 487 (1969) where the Court referred to the Category of Inmates who Are in need of Legal Assistance. as "illiterate or poorly educated". See: WALTERS V. Thompson 615 F. Supp. 330, 340, (N.D. Ill. 1985) "when inmates have no access to a Law Library they must be Provided with assistance by trained Skilled and Independant Legal PERSONAL".)
See: DAvidson V. SCULLY, 694 F.2d 50, 54 2d CIR. 1982 "the Constitution Protects with Special solicitude; a PRISONER'S access to the Courts."

11.) PLAintiff States See: Also   Gluth V. KANSAS, 773 F. Supp. 1309, 1315 (D. Ariz. 1988) The Adversary System is suposed to strike a balance between two competing interest
See: Colon V. Coughlin, 58 F.3d 865 872. (2d CIR. 1995) See: FRANCO V. Kelly. 854. F.2d 584. 589. (2d CIR. 1988).



12.) Plaintiff states there is cite and good Reason for this Court to Renewal and Re-Consider Plaintiff Request for Appointment of Counsel and Grant him Remedy as Plaintiff Request of this Court. also Plaintiff informs this Court that on 11-7-2003 Plaintiff was transferd to Cheshire Correctional and put in Protective Custody, Plaintiff is on a Probation Period and was told if He gets Disciplinary Reports he Could be Return to Northern C.I. Super Max Prison facility so his issues in this Complaint is not Mute or Moot.

See attached Protective Custody Memo Dated 11-24-03, inClosed. Plaintiff thanks the Court.

By the plaintiff. Lloyd G. Morgan, Jr

## CERTIFICATION

This is to Certify that a CCRY of This motion has or have been mailed Postage Prepaid on Date 11-12-2003 to all Parties Below.

Office of Attorney Generals

(AAG) Lynn D. Witterbrink
110 Sherman street
Hartford CT 06105

Connecticut Civil Liberties union
Attorney Philip D. Tegeler
32 Grand street
Hartford CT 06106

By the plaintiff Lloyd G. Morgan, Jr
Cheshire Correctional Institution
900 Highland Ave
Cheshire, CT 06410

"Exhibit A."

# LAW OFFICES
## OF
## SYDNEY T. SCHULMAN

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

### INMATES' LEGAL ASSISTANCE PROGRAM

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Jenna M. Edmundson

November 3, 2003

Mr. Lloyd George Morgan, Jr.
#117796
Northern CI
287 Bilton Road
P.O. Box 665
Somers, CT 06071

**Re: Morgan v. Rowland, No. 3:01CV1107 (CFD) (WIG)**

Dear Mr. Morgan:

This letter will serve as confirmation of the fact that Inmates' Legal Assistance Program is unable to assist you in the above-referenced matter.

Very truly yours,

Richard P. Cahill
Attorney at law

| 11/19/2003 | 113 | MOTION for Court Review and Remedy by Lloyd George Morgan Jr.Responses due by 12/10/2003 (Corriette, M.) (Entered: 11/26/2003) |
|---|---|---|
| 11/24/2003 | 114 | MOTION for Extension of Time to 12/24/03 to Respond to [3] Complaint by John J. Armstrong, Maurice Butler, Bryan Castle, Paul Chaplin, Thomas Coates, Curtis, Jimmy Delvalle, Diaz, William Faneuff, Helberg, Ronald Hensley, Erik Johnson, Koske, Michael LaJoie, Thomas Latier, Fred Levesque, Peter M Matos, John G. Rowland, Pamela B Shea, John Tarascio, Christine Whidden. (Corriette, M.) (Entered: 12/01/2003) |
| 12/08/2003 | 115 | MOTION for Court to grant Remedy and order that plaintiff be granted effective access to Courts in this Case by Lloyd George Morgan Jr.Responses due by 12/29/2003 (Corriette, M.) (Entered: 12/11/2003) |
| 12/18/2003 | 116 | RULING and ORDER denying 113Motion seeking court review, granting 114 Motion for Extension of Time. Signed by Judge William I. Garfinkel on 12/18/03. (Jaiman, R.) (Entered: 12/19/2003) |
| 12/18/2003 | 117 | RULING and ORDER denying [101-1] Motion to inform the court of plaintiff's financial statues, denying [101-2]Motion for Reconsideration . Signed by Judge William I. Garfinkel on 12/18/03. (Jaiman, R.) (Entered: 12/19/2003) |
| 12/18/2003 | 118 | RULING and ORDER denying [100-1] Motion for rectification, denying [100-2] Motion for court to state and so note all causes of action, denying [102] Motion seeking that this court end the retaliation and tampering an witholding mail. Signed by Judge William I. Garfinkel on 12/18/03. (Jaiman, R.) (Entered: 12/19/2003) |
| 12/18/2003 | 119 | RULING and ORDER denying denying [106-1] Motion to put this case under seal, denying [106-2] motion to protect confidentality of this case,denying 109 Motion for court to rectify the proper title plaintiff filed this case under. Signed by Judge William I. Garfinkel on 12/18/03. (Jaiman, R.) (Entered: 12/19/2003) |
| 12/18/2003 | 120 | RULING and ORDER denying [94] Motion for Order . Signed by Judge William I. Garfinkel on 12/18/03. (Jaiman, R.) (Entered: 12/19/2003) |
| 12/18/2003 | 121 | RULING and ORDER granting 111 Motion for Leave to Proceed in forma pauperis, denying 112 Motion seeking assistance. The clerk is directed to forward the appropriate papers to the U.S. Marshal. The U.S. Marshal is directed to serve the first amended complaint by mail on defendants Rowland, Lajoie, Butler, Koske, Curtis, Castle, Helberg, Delvalle, Diaz and Johnson in their individual capacities. In |

**PRISONER**

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:03-cv-01497-GLG
### Internal Use Only

Morgan v. Choinski, et al
Assigned to: Gerard L. Goettel
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 09/02/03
Jury Demand: None
Nature of Suit: 530 Habeas Corpus
(General)
Jurisdiction: Federal Question

**Plaintiff**
------------------------

**Lloyd George Morgan, Jr.**                    represented by    **Lloyd George Morgan, Jr.**
#117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410
PRO SE

V.

**Defendant**
------------------------

**Wayne Choinski**

**Theresa C. Lantz**

| Filing Date | # | Docket Text |
|---|---|---|
| 09/02/2003 | 1 | MOTION by Lloyd George Morgan Jr. to Proceed in Forma Pauperis (Sanders, C.) (Entered: 09/04/2003) |
| 09/02/2003 | 2 | FINANCIAL AFFIDAVIT by Lloyd George Morgan Jr. (Sanders, C.) (Entered: 09/04/2003) |
| 09/02/2003 | 3 | PETITION for writ of habeas corpus; (Sanders, C.) (Entered: 09/04/2003) |
| 09/02/2003 | 4 | MOTION by Lloyd George Morgan Jr. for Appointment of Counsel (Sanders, C.) (Entered: 09/04/2003) |
| 09/22/2003 | | ENDORSEMENT granting [1-1] motion to Proceed in Forma Pauperis ( signed by Mag. Judge Holly B. Fitzsimmons ) (Corriette, M.) (Entered: 09/22/2003) |
| 10/02/2003 | 5 | RULING and ORDER denying [4-1] motion for Appointment of Counsel ( signed by Mag. Judge Holly B. Fitzsimmons ) 2 Page(s) (Jaiman, R.) (Entered: 10/09/2003) |
| 10/17/2003 | 6 | MOTION to Correct, MOTION of Objection and Motion to Appoint Counsel (for Court's Remedy) by Lloyd George Morgan Jr. Responses due by 11/7/2003 (Corriette, M.) (Entered: 10/21/2003) |