PAGE 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR -8  P 4:40
US DISTRICT COURT
BRIDGEPORT CT

LLOYD GEORGE MORGAN, JR          CASE NO. 3:01CV1107(CFD)(WIG)
  VS.
GOVERNOR JOHN G. ROWLAND, ET AL.    DATE  3-3-2003

## MOTION FOR EXTENSION OF TIME

1.) now Comes the Pro-se Plaintiff Lloyd George MORGAN, JR in the Above intitled case, makes in the best intesest of Justice as well as in Good faith clearly informes this Court that today of MARCH 3, 2004 the plaintiff Just recieved the Defendants motion or Answer to this Complaint being a MOTION to Dismiss of 3 PARTS of LARGE voliums of item Motion is dated Febuary 27, 2004 with Memorandum of Law in its Request to dismiss this case.

2.) the plaintiff informs this Court that on 11-7-2003 he was transferred from the SUPERMAX NORTHERN C.I. FACILITY to the Cheshire C.I. Protective Custody unit and he is on a Probation Period and Could be Return to NORTHERN C.I. IF he recieve a Certain Amount of Disciplinary Reports and is Subjected to be force to Return for said reasons. he is now at Cheshire CI. but Could be put Back in the Same situation as he was and Stated in the Complaint at hand, so those issues Are not moot.

3.) this Court should Consider and realize he has no access to Persons trained in Law or access to Legal Law Library, The Inmates' Legal Assistance program Atty.s Richard P. Cahill and supervisors made it clear that they will not in any way help plaintiff in this case, today of 3-3-2004 Plaintiff Placed a Call to (ILAP) atty. Cahill on Legal issues and this case he made clear (ILAP) nor him will offer any help to answer this Complex motion to Dismiss. he also said he made clear I would get no help in his Letter dated November 3, 2003 see said Letter. inclosed with this motion. in which he states Dear Mr. Morgan: This Letter will serve as Confirmation of the fact that Inmates' Legal Assistance Program is unable to assist you in the above matter.

4.) Plaintiff states this Complaint has alligations of him being Denied mental Health Psychiatric Care, being assaulted in excessive force by state Marshalls, being Denied proper recreation, ect. This case is over complex and the motion to Dismiss is well to Complex for plaintiff who is not able to file a reply to it with out persons Trained in Law or or appointment of Counsel, the (AAG) Lynn D. Wittenbrink has conspired to trick this Court and intentionally misslead this Court by lieing or Lying to this Court, Claiming Plaintiff did not Exhaust the Prison Grievance System.

5.) When she knows plaintiff has exhausted it, and its in the court file she knows the court will not keenly review the file or my issues but dismiss my case based on face value of her motion & this court should so note that she never attached none of the exhibits mention in the complaint to her motion or mention then but attempts to sham this court and take advantage of a mentally ill plaintiff

I ask that this court grant a 120 days extension of time, for plaintiff to seek the court to grant renewal of his motion for appointment of counsel and give the clerks time to file or attempt to locate counsel for him.

6.) This court promised this plaintiff in all his request that once the defendants have filed a answer to the complaint that he could request renewal for appointment of counsel, well they have file there answer as a motion to dismiss. Plaintiff ask the court to review his inclosed motion for renewal of counsel, In the mean time plaintiff request 120 days continuance of time from the time the court gets this motion to the 120 days end. or rules on this motion plaintiff cannot file any answer to said motion without counsel.

7.) Plaintiff also states prison officials has lost lots of his exhibits to this case and there all in this courts file with out a firm getting them out the file and responding to thair motion to dismiss he can not and is poorly educated at the law to protect this case this motion should be granted. Plaintiff thanks this court.

By the plaintiff X mr. Lloyd G. Morgan Jr
Mr. Lloyd George Morgan, JR #117796
Cheshire C.I.
900 Highland Ave
Cheshire CT 06410

## CERTIFICATION

This is to certify that a copy of this motion was mailed postage paid to the following: on 3-3-04

Office of Attorney Generals
(AAG) Lynn D. Witterbrink
110 Sherman Street
Hartford, CT 06105

Connecticut Civil Liberties Union
Atty. Philip D. Tegler
32 Grand Street
Hartford, CT 06106

By the plaintiff X mr. Lloyd G. Morgan Jr
Mr. Lloyd George Morgan, JR
Cheshire C.I. #117796
900 Highland Ave
Cheshire CT 06410