UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LLOYD GEORGE MORGAN, JR. | : | PRISONER |
| | : | NO. 3:01CV1107(WIG)(CFD) |
| VS. | : | |
| | : | |
| GOVERNOR JOHN G. ROWLAND, ET AL. | : | MARCH 29, 2004 |

### APPEARANCE

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:**

**PLEASE ENTER MY APPEARANCE** on behalf of the defendant Captain Maurice Butler in his individual and official capacity in addition to any Appearances already on file in regards to the above-entitled matter

Dated at Hartford, Connecticut, this 29th day of March, 2004.

DEFENDANTS,
John J. Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: /s/_____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT  06105
Telepone No.:  (860) 808-5450
Fax No.:  (860) 808-5591
E-Mail:  lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 29th day of March, 2004:

Lloyd George Morgan, Inmate No. 117796  
Cheshire Correctional Institution  
900 Highland Avenue  
Cheshire, CT  06410

                                                                /s/_____  
                                                              Lynn D. Wittenbrink  
                                                              Assistant Attorney General