Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 APR -5 P 3:58

U.S. DISTRICT COURT
BRIDGEPORT, CONN

LLOYD GEORGE MORGAN, JR        Case No. 3:01CV1107(CFD)(WIG)
      VS.

GOVERNOR JOHN G. ROWLAND, et al.  Date 3-30-2004

MOTION FOR NOTICE OF DEFICENCIES OF
THIS PENDING Complaint
AND MOTION FOR THIS COURT RECONSIDERATION.

1) Now Comes the Pro-se Plaintiff Lloyd George Morgan, JR
moves this Court in the Best interest of Justice
Respectfully Request of this Court to GRANT him a
Clear Notice of any and all deficceacies in his
Complaint and on each page and a Notice of what may
be repaired by Amendment. See: Deppe V. United AirLines,
217 F.3d 1262, 1266-67 and N. 21 (9th Cir. 2000)
(Citing examples of liberal construction of EEOC Charges)
See: Hughes V. Rowe, 449 U.S.S.9 (1980)
See: Also Zichko, V. Idaho, 247 F.3d 1015, 1020 (9th Cir. 2001)
Fredrik V. Bonzelet, 963 F.2d 1258, 1261 (9th Cir. 1992)
This Court Has required that before dismissing a Pro-se Complaint
the district Court must Provide the Litigant.

2.) with Notice of the deficiences in his Complaint
in order to ensure that the Litigant uses the opportunity
to Amend effectively."

3.) Plaintiff request that this Court Review his Request For Appointment of Counsel, as the pending motion to dismiss is Extra Complex and of a Large Volumes of Documents. Plaintiff have Been Denied any and all help from Inmates Legal Assistance Program, atty's. and (CCLU) attys, made clear THEY CAN NO LONGER help out in this Case See and Keenly Review Letters inclosed Dated 3-16-2004 and 3-25-04 From (CCLU) atty. Erin Boggs. See Letter wrote to Pro-Bono Clerk Cythia Stanfield Dated 3-30-04 By Plaintiff of 2 pages and copies sort to Judges Droney and Garfinkel and (AAG) Lynn D. Witterbrink of Plaintiff Issues, see Letter also to Judge Droney and Garfinkel dated 3-30-04 on these Urgent Issues.

4.) Plaintiff Filed a motion titled Motion For Renewal Of Plaintiff's request for Appointment of Emergency Counsel And effective Access to the Court Dated 3-3-04 that I ask and beg of this Court to Keenly Review and take Heed to and Grant. and Cited Case Law and Exhibits and a copy of attached motion requesting that this Court Grant remedy and Order that Plaintiff Be Granted effective Access To The Court in This Case, that this Court over Looked and didnt Properly Rule on, Plaintiff ask this Court to Keenly act and Consider these Issues. and Grant remedy. Plaintiff Cannot respond to pending motion to Dismiss with out Appointment of Cansel. Plaintiff wrote Firm of Day Berry & Howard.

Page 3

5.) atty. James H. Rotando seeking Pro-Bono help
In this case and was denied help and recommended
to contack Court Clerk Cythia Staafield see said
Letter Dated 3-26-04 inclosed, for this court
Reviews. Plaintiff made many attempts for cansel to
FIRM, Wiggin And Dana, ~~xxxxxxxx~~ ~~xxxxxxx~~
and recieved a reply dated 3-25-04 from
atty. Gates Garrity Rokaes, denying help
the uconn law school also refuse me help.

see also a print out of plaintiff Prison Accent, which shows
he is in poverty and cant Afford Cansel.
also The Inmates' Legal Asst. Program Denied plaintiff
any and all Help with this case see there Letter
Dated November 3, 2003 from atty. Cahill. as proof.

6.) This Court should consider that The Suprene
Court has cautioned that "technicalities are particularly
in appropriate in a statutory scheme in which Laymen
unassisted by trained Lawyers initiated the process
see: Love v. Pullman Co. 404 U.S. 522, 527 (1972)
see BKB. v. Maui Police Dept. 276 F. 3d 1091, 1100 (9th cir. 2002)
This Court should consider The plaintiff situation
and Emergency needs for Cansel and the pending
motion to Dismiss & Plaintiff needs for effective
assistance of counsel. persons TRAINed in law.
effective access to the Courts to reply to
Pending motion to Dismiss.

PAge 4


By The plaintiff x /Lloyd G. Morgan/

Lloyd George Morgan, Jr #117296
Cheshire Correctional Inst
900 Highland Ave
Cheshire, CT 06410


## Certification

This is to certify that a copy of the foregoing
motion was mailed postage paid to all parties of
record as so noted below on date 3-31-04


Office of Attorney Generals
(AAG) Lynn D. Wittenbrink
110 Sherman Street
Hartford, CT 06105

Connecticut Civils Liberties Union
Atty. Erin Boggs & Atty. Tegeler
32 Grand St
Hartford, CT 06106


By The plaintiff x Lloyd G. Morgan, Jr
Mr. Lloyd G. Morgan, Jr
Cheshire C.I #117296
900 Highland Ave
Cheshire, CT 06410

PAGE 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

LLOYD GEORGE MORGAN, JR          CASE NO. 3:01CV1107(CFD)(WIG)

V.

GOVERNOR JOHN G. ROWLAND, ET AL.    DATE MARCH 3, 2004

## MOTION FOR RENEWAL OF PLAINTIFF'S
## REQUEST FOR APPOINTMENT OF EMERGENCY
## COUNSEL AND EFFECTIVE ACCESS TO THE COURT.

1.) now comes the plaintiff Lloyd George Morgan, JR moves in the best interest of Justice as well as in Good faith in the Above intitle case, Respectfully Request Honorable federal Judges Christopher f. DRoney, and WILLIAM I. GARFINKEL. Grant him Emergency Appointment of Counsel in this case, do to the Nature this plaintiff have file many Request FOR Appointment of Counsel, and this Court denied them with out Prejudice Ordering this plaintiff to file it or Request Renewal of Appointment of Counsel once the Defendants have been giving the chance to file a Answer to this claim and Defendants have been served in this case.

2.) this Court Promised in all its ruling on this subject that it would reconsider the motion only once defendants have filed a Answer to this Complaint. it should be so noted by this Honorable Court that today of MARCH 3, 2004 Plaintiff recieved a Answer dated Febuary 27, 2004.

PAGE 2.

3.) OF LARG Volums of Documents OF 3 PARTS, OF very complex LEGAL ARGuments thats well Beyand plaintiff's wisdom to understand, Fully, and Completely, he cannot file a proper reply to it with out Persons Trained at Law, he has only a 8th Grade Education, and suffers from a mental illness he has NO Access to Persons Trained in Law, and he wrote many Request to the INMates' LEGAL Assistance Program Atty. Richard P. Cahill, and Jane Starkowski, and Sydney T. Schulman who made Clear they will not At all Help in this Case, plaintiff filed or placed a telephone Call to Atty. Cahill, of (ILAP) Informing him about his needs to reply to the said motion to Dismiss this Case, he made Clear that he stated in his inclosed Letter with this motion dated November 3, 2003. that he made Clear (ILAP) Would Not in NO Way Assist in this Case.

4.) Please Read and Keenly Review the Letter Dated 11-3-2003 by atty. Cahill stating RE: Morgan V. Rowland, No. 3:01CV1107(CFD)(WIG). Dear Mr. Morgan: This Letter Will Serve as Confirmation of the fact that INmates' LEGAL Assistance program is unable to assist you in the Above reference matter see said Letter inclosed marked as "Exhibit A". For evidence to this Court. That Plaintiff is being Denied effective Access to the Court to defend this Case or of Person Trained in Law as he is intitled to Per. Griffin V. Coughlin, 743 F. Supp. 1006, 1024 (N.D.N.Y. 1990)

PAGE 3

5.)   SEE: ROSS V. MOFFITT, 417 U.S. 600, 611 (1974)
      JOHNSON V. AVERY, 393 U.S. 483, 485 (1969)
The fundamental Constitutional rights of access to the
Courts requires Prison Authority to assist inmates' in the
Preperation and filing of meaningful Legal Papers by providing
Prisoners with Adequate Law Libraries or Adequate Assistance
From Persons trained in the Law. there can be No Doubt
of the right of the right of Access to the Courts...
Assures that no Persons will be denied effective Access to
the Courts.

6.) its clear plaintiff many motions have Vex this Court
and have been stressful and over Burdensome, and have Not
made much sense to this Court do to his Poor Education and
Pleadings, and Not Able to write Paragraphs or Properly
SPACE and write Caused this Court to Threaten to
   SANCTION Plaintiff, when plaintiff Just do not have the
Proper Skills or Ability nor Resources to defend such a Complex
Case. The Defendants have failed to even Respect
LEWIS V. CASEY, 518 U.S. 343, 135 L.Ed.2d 606, 116 S.Ct. 2174 (1996)
to Grant him Persons Trained in Law.

7.) this Court have not effectively responded to all issues
in his many motions and have over Looked Very
Important issues over and over. or Just denied it.

PAGE 4

8.) Plaintiff States that the Deferdants motion to dismiss is a Shame of TRICKS and HALF TRUTHS mostly falsehood by (AAG) LYNN D. witterbrink to TRICK this Cart to Just Simpley see the Plaintiff as a Pest and Dismiss his Case, she lies intenticnally to this cart taking this Cart as a Fool, by saying Plaintiff falled to Exhaust his ADministrative Remedies with the PRiSon GRievance system, when this is not True all this is in the cart file She knows the Cart will not Keenly Review the file ar all exhibits and she CAN Just get this case Dismissed. then She claim most of my issues Are moot cause I been transfered with out telling the cart the TRUTH that Plaintiff is on a Probation Period and if he Gets a Certain Amant of DISCIPLINARY Reports he CAN and will be Return to NORTHERN PRISON.

9.) and Put Right back in the Same Situation he Complaned of in this Case Because he seeks money DAMAGES and Punitive DAMAGES, regARds to the wRONGS done to him and excercise issues, its not moot. the Plaintiff informs this Cart Deferdants have lost most of his exhibits to this case and there all in this Cart files the only ones that Are Left.

PAGE 5.

10.) Plaintiff informs this Court that He filed the
Inclosed Motition titled Motion Requesting That This Court
Grant Remedy and Order That Plaintiff Be Granted
Effective Access To The Court in this Case,
This Court over Looked the issues in this motion and
Cited Case Law and sirousness of the issues
made clear to this Court and DIDNT Properly Answer it
Plaintiff ask this Court Rectify this issues, Plaintiff has
a Good Case and issues at hand it Would be a miscarrage
of Justice to Deny Plaintiff Emergency needs for
Counsel and the Attorney General office to
Continue to take Big Advantage of Plaintiff None
Stop as They Have since 2001 in the filing of this
Case, this Would be a Disrespect to this Court's wisdom
and the Second Circuit Judges and our U.S. Suprem
Courts rulings.

11.)    See: Abdullah V. Gunter. 949 F.2d 1032, 1035. (8th Cir. 1991)
this Court Should Consider there will be need for Medical
expert witnesses, and inmates witnesses, that he is not able
to Locate, there is Credability issues of Plaintiff against
Defendants, all this gives more reasons for this Court
to Lean towards Appointment of Counsel, to often
the office of Attorney Generals And its Agents are
Left to Feel there Above the Law and that they Rule
the Federal Judges or Can Trick them and Sham.
them

PAGE 6.

12.) the office of the Attorney Generals Hate and Fear Judges Like Thomas P. Smith, that is not afraid to sanction them or grant prisoners what there intitled to and never consent to him to try a case, They would Like nothing better then to take such hard working Judge Like Droney & Garfinkel, as Fools, they can play on who they feel are former prosecutors who are not fond of prisoners nor there rights, They feel untuchable, this is a just court I make a prayer to this court to please not allow them to Rail Road this case and slip threw the cracks of the evil injustice done to plaintiff only cause this court keeps denying plaintiff the emergency need for appointment of counsel, so that counsel can show the court the True facts.

13.) this court has a duty to strike a even balance to this case see; Gluth v. Kangas, 773 F. Supp. see; Colon v. Caughlin, 58 F. 3d 865, 872 (2nd cir. 1995) Franko v. Kelly, 854 F. 2d 584. 589 (2d cir. 1988). this court has a duty to protect the integrity of our judges and judicial system, and should appoint counsel to bring out the True facts and not allow the attorney Generals to bully our courts or the plaintiff Constitutional Rights I ask this court do the right thing and Let the state know the Judges are in control and not them.

PAGE 7

14.) THIS Cart must NOt Allow the Constitution to be thrawn aut the window, or the rights of PRISoners simply because the Cwrts is Fed up with PRISoners Cases or because the Attorney GeNerals, Conspire to intentionally mislead this Cart, or threaten to APPeal the Cwrts Rulings with there powerful rescarces, PlaintiFF PRays that this Cart Cart GRANt him Needed EmerGency APPointment of Cansel, to file a responds to this Complaint this Cart CANNot AFFord to Allow Poorly EDucated mentally ill PlaintiFF's to be RAil RoADed or taking ADVANtage of only cause he has No Lawyer.

15.) Plaintiff mADe ARand 4 YEARS of Attempts to find Cansel on his oN as in the Carts file and have Been Denied. only cause they only tAKe PRo-BoNo Cases at the Carts Request. and cause he is POOR and CANt AFForD Cansel, PlaintiFF CANt AFForD Cansel see iNClosed a uPDate PRint aut of his ACCANt BAlANCe he only has 78¢ in his ACCANt see ExhibiT B. iNClosed mARKED as such, ExhibiT B. Plaintiff again mADe attempts to seek Cansel From Firm of zeldes, Needle & Cooper, Atty. Sarah W. Post, DAteD 1-13-2004 deNying to take the Case dateD 1-13-04 iNClosed mARKED as ExhibiT C.

PAGE 8.

16.) Plaintiff also informs the Court that its US MARSHALL has not sent me ANY RETURN Notices of the Defendants being served that this Court order service on by the US MARSHALLS I am intitled to be sent notice to tell me which Defendants this Court MARSHALL Perfected service on, he has not Got All this Courts Rulings Please Rectify. and see that he reciexe then. Plaintiff ask that this Court would GRANT 120 DAY extension of time, for him to Reply to this motion by WAY of the Court GRANTing him Appointment of Counsel to Answer the motion to dismiss this case, this will give the Clerks Office time to Locate Counsel, to Reply to it. Plaintiff thanks the Court For its Consideration of this motion

Lloyd G. MORGAN JR
By the Plaintiff X mr. Lloyd G. Morgan JR
MR. Lloyd George MORGAN JR
#117796
Cheshire C.I.
900 HIGHLAND Ave
Cheshire CT 06410


CERTIFICATION

This is to Certify that a Copy of this motion was mailed to All Parties of Record as so noted below Postage Paid on 3-3-2004
Office of Attorney General
(AAG) Lynn D. Wittenbrink
110 Sherman Street
Hartford CT 06105

By the Plaintiff X mr. Lloyd G. Morgan JR
Lloyd G. Morgan
MR. Lloyd George Morgan JR
Cheshire C.I. #117796
900 Highland Ave
Cheshire CT 06410

C.C.L.U.F.
Atty. Philip D. Tegeler
32 Grand Street
Hartford CT 06106

"Exhibit A."

# LAW OFFICES
## OF
## SYDNEY T. SCHULMAN

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

### INMATES' LEGAL ASSISTANCE PROGRAM

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Jenna M. Edmundson

November 3, 2003

Mr. Lloyd George Morgan, Jr.
#117796
Northern CI
287 Bilton Road
P.O. Box 665
Somers, CT 06071

**Re: Morgan v. Rowland, No. 3:01CV1107 (CFD) (WIG)**

Dear Mr. Morgan:

This letter will serve as confirmation of the fact that Inmates' Legal Assistance Program is unable to assist you in the above-referenced matter.

Very truly yours,

*[signature]*

Richard P. Cahill
Attorney at law

CHE107          CONNECTICUT DEPARTMENT OF CORRECTION       OTRTASTA
T R U S T   A C C O U N T   S T A T E M E N T      4.10.0.0.9 TR

DOC: 0000117796     Name: MORGAN, LLOYD G          DOB: 10/18/1964
LOCATION: 125-L

"Exhibit B"

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 11/24/2003 | CEC | CEC SAL ORD #2093592 | 1.87 | 2.11 |
| 11/24/2003 | CEC | CEC SAL ORD #2106545 | 0.45 | 2.56 |
| 12/05/2003 | WPOS | Postage 125 | ( 1.52) | 1.04 |
| 12/08/2003 | DMR | Mail Receipts 125 | 30.00 | 31.04 |
| 12/09/2003 | WCOP | Copies 125 | ( 2.50) | 28.54 |
| 12/10/2003 | CEC | CEC SAL ORD #2125357 | 42.02 | 70.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 65.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 60.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 55.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 50.56 |
| 12/29/2003 | CRS | CRS SAL ORD #2188715 D2 | ( 47.63) | 2.93 |
| 12/31/2003 | DMR | Mail Receipts 125 | 30.00 | 32.93 |
| 01/06/2004 | CRS | CRS SAL ORD #2208938 D2 | ( 32.79) | 0.14 |
| 01/06/2004 | DMR | Mail Receipts 125 | 100.00 | 100.14 |
| 01/08/2004 | WFMS | Med Sick Fee 125 123003 | ( 3.00) | 97.14 |
| 01/12/2004 | CRS | CRS SAL ORD #2222609 D2 | ( 42.02) | 55.12 |
| 01/12/2004 | CRS | CRS SAL ORD #2222612 D2 | ( 46.70) | 8.42 |
| 01/12/2004 | DMR | Mail Receipts 125 | 100.00 | 108.42 |
| 01/13/2004 | CEC | CEC SAL ORD #2222612 | 1.16 | 109.58 |
| 01/16/2004 | CEC | CEC SAL ORD #2208938 | 0.53 | 110.11 |
| 01/20/2004 | CRS | CRS SAL ORD #2235401 D2 | ( 51.96) | 58.15 |
| 01/20/2004 | WPOS | Postage 125 | ( 10.11) | 48.04 |
| 01/22/2004 | WPOS | Postage 125 | ( 3.85) | 44.19 |
| 01/26/2004 | WPOS | Postage 125 | ( 1.66) | 42.53 |
| 01/27/2004 | CRS | CRS SAL ORD #2247221 D2 | ( 42.19) | 0.34 |
| 01/29/2004 | OT | Sub-Account Transfer | 0.32 | 0.66 |
| 02/03/2004 | CRS | CRS SAL ORD #2264275 D2 | ( 0.66) | 0.00 |
| 02/04/2004 | CEC | CEC SAL ORD #2264275 | 0.66 | 0.66 |
| 02/10/2004 | CRS | CRS SAL ORD #2278422 D2 | ( 0.58) | 0.08 |
| 02/17/2004 | CEC | CEC SAL ORD #2278422 | 0.58 | 0.66 |
| 02/20/2004 | DMR | Mail Receipts 125 | 10.00 | 10.66 |
| 02/24/2004 | CRS | CRS SAL ORD #2306610 D2 | ( 10.66) | 0.00 |
| 02/27/2004 | DMR | Mail Receipts 125 | 50.00 | 50.00 |
| 03/01/2004 | CRS | CRS SAL ORD #2315300 D2 | ( 49.22) | 0.78 |

# ZELDES, NEEDLE & COOPER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
1000 LAFAYETTE BLVD.
POST OFFICE BOX 1740
BRIDGEPORT, CONNECTICUT 06601-1740

TELEPHONE (203) 333-9441
FAX (203) 333-1489

"Exhibit C"

Sarah W. Poston
Direct Dial: (203) 332-5707

January 13, 2004

Lloyd George Morgan, Jr.
#117796
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

Re:    Morgan v. Rowland

Dear Mr. Morgan:

I received your letter of October 19, 2003. I apologize for the delay in responding, but my caseload does not permit me to represent you in this matter.

Very truly yours,

Sarah W. Poston

SWP/pb
Encl.

①

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LLOYD GEORGE MORGAN, JR    CASE NO# 3:01CV1107(CFD)(WIG)
                                VS.
GOVERNOR JOHN G. ROWLAND, ET. AL.   DATE __11-11-2003__

MOTION REQUESTING THAT THIS COURT GRANT
REMEDY and ORDER THAT PlAINTIFF BE GRANTED
EFFECTIVE ACCESS TO THE COURTS IN THIS CASE.

1.)    Now comes the pro-se plaintiff LLoyd George Morgan, JR
moves in the best interest of Justices as well as in Good faith
respectfully ask of THIS court to strike a ever Balance in this
case with the Plaintiff, and office of the attorney Generals
office (AAG) LYNN D. Wittenbrink, this plaintiff is being Denied
effective assistance of Counsel in Defending this complex
case, By the state of Connecticut Department of Corrections
Commissioners Former JOHN J. ARMSTRONG, and Present Commissioner
Theresa C. LANTZ, and office of Attorney Generals, in the illegal
Conspiracy to create a Illigal Contrack with the INMATE'S
LEGAL ASSISTANCE TO PRISONERS PROGRAM.

2.) Plaintiff states, he is poorly educated at the law and the
complexity of THIS case at hand requires a Laymen atty.
to help in the Preperation OF THIS case and motions and
objections and help in Motion FOR Productions.



3.) ON 11-7-03 plaintiff was transferd to Cheshire correctional facility from NORTHERN Correctional PRISON FACILITY and the Court gave a Ruling and order that plaintiff Perfect Services on all defendants in 45 days and that office of to turn over All new address of unserved Defendants. THIS was Done for all Defendants but not For Defendant Castle, plaintiff also was ordered by this court to to contach INmate's Legal assistance Program with help IN this case and Perfecting Services, Plaintiff CLEARLY Informs this Honorable Court that He has re-sent all items to OF Service to all said unserved Defendants that he was giving the Address to and again none responded by RETURNING WAIVERS OF Services.

4.) Plaintiff was told By NORTHERN C.I. WARDEN WAYNE Choinski and MAJOR Rose, that Defendants CURTIS, and Kosac was served and Return Notice of WAIVER OF SERVICes to (AAG) LYNN D. Wittenbrink, who would Turn them into the Court as she directed them to do so. plaintiff does not Know IF THIS be TRUE and Seek Court to Address this and Rectify this matter.

5.) Plaintiff respectfully Informs this court that The Inmate's Legal assistance Programs, has Conspired to Violate Plaintiff Constitutional rights of effective ACCess to the Court's In this complat Case and have subjected plaintiff to Discrimination.,

③

6.) Plaintiff makes clear that the Inmate's legal assistance Program, and (D.O.C.) and attorney Generals office have intentionally conspired as a team to Deny the plaintiff effective assistance of Counsel or access to the Courts in this Case with intent to Cause Injury, and if plaintiff loose Defendants and issues filed in this Case Cause he Cant Cant Perfect services on all Defendants or answer office of Attorney Generals motions to Dismiss, or Summary Judgement, Plaintiff would be Able to Clearly meet the test of actual Injury of this Case of Lewis V. Casey, 518 US 343, 135 Ledad 606, 116 Sct 2174 (1996) and will Have a law suit against State D.O.C. and (ILAP) Said Program,

7.) this Court must Realize, its Clear this Case has merit us (CCLuF) Atty. Philip D. Tegeler, office has Filed a Brief that Proves, there is some merit to this Case, and (ILAP) Had no Right to deny me Help to a merit Case, surely (CCLuF) Atty. Tegeler office would not have waisted time to Come in this as a Friend of the Court to File said Brief this Court Knows this and Constantly turns a Deaf Ear and Blind Eye, to this, as well as my mental Health issues and issues, and situation in this Case and has refuse to Strike a Balance, by Appointing Counsel, so the Plaintiff will Have a Chance to effective litigate this Case,



8.) Plaintiff has done nothing but PISS OFF THIS Court and
 Vex this Court by filing unproper motions, Its not this
Plaintiff intentions to disrespect this Court or burden
this ~~Cou~~ Court, or Vex it but he is dang so ~~taylors~~
unknowingly, and could or may be sanction and punished
for Plaintiff cannot properly write and spell very well
or do paragraphs as this court wants, Plaintiff ask
this Court to Review inclosed letter from Inmate's Legal
Assistance Program atty. Richard P. Cahill, Dated 11-3-03
 Stating DEAR MR. MORGAN: This Letter will serve as confirmation
of the fact that Inmates' Legal Assistance program is unable
to assist you in this above-referenced matter.

9.) Plaintiff has made it clear that he cannot Defend this
 Case and that said Program (ILAP) has denied Plaintiff access
to this Court, do to this clear cut evidence Plaintiff can
again in good faith ask this Court to Renewal his
motion for appointment of Cancel, do to said situation
and there is cite for this request.
 See: O'KEEFE V. VAN BOENING, 82 F3d 322 (9th Cir. 1996)
Prisoners have a constitutional right to petition government
for redress of their Grievances, which includes right of
access to Courts and also extends to Administrative
Arms units of government.



10.)  See: WILSON V. YAKLICH, 148 F3d 596 (6th Cir. 1998)
Access to the Courts to be afforded Inmate must be
adequate, effective, and meaningful, It should be CLEAR to this
Court by his pleadings and situation he is not be giving
Adequate, or effective and meaningful Access to the Courts
in this case.
See: CHRICEOL V. PHILLIPS, 169 F3d 313 (5th Cir. 1999)
Prisoners clearly have a Constitutional right of access
to the Courts, and interference with a PRISONERS' right
See: McCARTHY V. MADigan, 112 S. Ct. 1081, 1091 (1992)
See: Johnson V. Avery, 393 U.S. 483, 487. (1969)
Where the Court referred to the Category of inmates who
Are in need of Legal ASSISTANCE. as "illiterate or poorly
educated". See: WALTERS V. Thompson 615 F. Supp. 330, 340,
(N.D. Ill. 1985) "When inmates have no access to a Law LIBRARY
they must be provided with assistance by trained
skilled and Independent Legal PERSONAL.")
See: Davidson V. Scully, 694, F. 2d 50, 54 2d Cir. 1982
"the constitution Protects with special solicitude; a
PRISONER'S access to the Courts."


11.) Plaintiff states See: Also  Gluth V. KANSAS, 773 F. Supp.
1309, 1315 (D. Ariz. 1988) The Adversary system is suposed
to strike a balance between two competing interest
See: Colon V. Caughlin, 58 F. 3d 865 872.
(2d Cir. 1995) See: FRANCO V. Kelly, 854. F. 2d 584. 589.
(2d Cir. 1988).



12.) Plaintiff states there is cite and Good Reason For this Court to Renewal and Re-Consider Plaintiff Request For Appointment of Cunsel and Grant him Remedy as Plaintiff Request of This Cart. also Plaintiff informs this Court that on 11-7-2003 Plaintiff was transfered to Cheshire correctional and put in Protective Custody, Plaintiff is on a probatica Period and was told if He gets Disciplinary Reports He Cuuld be reTurn to NORTHERN C.I. Super max Prison Facility so his issues in this Complaint is not Mute or moot.
  See attached Protective Custody Memo Dated 11-24-03, inclosed. Plaintiff thanks the Cart.          Lloyd G. Morgan
                              By the plaintiff. Lloyd G. Morgan, Jr


CERTIFICATION

This is to Certify that a copy of This motion has or have been Mailed Postage Prepaid on Date 11-12-2003 to all Parties Below.
Office of Attorney Generals

(AAG) Lynn D. Witterbrink
   110 Sherman Street
   Hartford CT 06105                   Lloyd G. Morgan
                              By the plaintiff Lloyd G. Morgan, Jr
                              Cheshire Correctional Institution
                              900 Highland Ave
                              Cheshire, CT 06410

  Connecticut Civil Liberties Union
   Attorney Philip D. Tegeler
   32 Grand street
   Hartford CT 06106

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

September 12, 2003

Lloyd G. Morgan #117796
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

Re: **Morgan vs. Choinski, et al  3:03cv1497(GLG)**

Dear Mr. Morgan:

We are returning the enclosed document's to you at this time.

If you would like to include these document's with your habeas petition, you will need to file an amended habeas petition.  Enclosed I am providing you with an amended petition form for you to complete and attach your document's to that form.  Please  forward all document's to the above address.

Very truly yours,

KEVIN F. ROWE, CLERK

By: _____
Rody Jaiman
Deputy Clerk

enc.



# CCLU

## Connecticut Civil Liberties Union Foundation

32 Grand Street • Hartford, CT 06106
860-247-9823 • Fax: 860-728-0287

March 16, 2004

Lloyd G. Morgan, Jr. #117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. Morgan:

I am in receipt of your letter of March 3, 2004. While we remain very supportive of your case, and particularly your claims regarding restrictions on prison exercise, we are unfortunately not in a position to provide you with further assistance. As you may know, Philip Tegeler has left the Connecticut Civil Liberties Union and, at the moment, I am the only attorney in the office. Under such conditions, it is impossible for me to provide the kind of in-depth assistance that is needed in this matter.

A am truly sorry and I wish you the best of luck with your case.

Sincerely,

Erin Boggs
Interim Legal Director



# CCLU

## Connecticut Civil Liberties Union Foundation

32 Grand Street • Hartford, CT 06106
860-247-9823 • Fax: 860-728-0287

March 25, 2004

Lloyd G. Morgan, Jr. #117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. Morgan:

Thank you for your letter and your phone call. I am very sorry that we are not in a position to assist you more with your case. Our resources will simply not permit it.

However, the judge in this matter is certainly aware of the special manner in which pro se litigants must be treated. In case it is helpful, I have provided you with an American Civil Liberties Union brief that, in part, addresses this issue, see pages 10 - 13. Pursuant to the cases cited in this brief, several of which are enclosed, it may be appropriate for you to request from the judge a notice of the deficiencies in your complaint to ensure that you have the opportunity to amend it effectively.

I hope this information and the enclosed materials are helpful to you. Again, I am very sorry that we cannot provide you with more assistance.

Sincerely,

Erin Boggs
Interim Legal Director

# Day, Berry & Howard LLP

### COUNSELLORS AT LAW

James H. Rotondo
Direct Dial: (860) 275-0197
E-mail: jhrotondo@dbh.com

March 26, 2004

**LEGAL CORRESPONDENCE**

Mr. Lloyd G. Morgan, Jr. #117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire CT 06410

      Re:    <u>Morgan v. Governor John G. Rowland</u>

Dear Lloyd:

      I received your letter of March 6, 2004, and have read it carefully.  I understand from your letter that you are now facing a difficult situation.  Unfortunately, as I have indicated in the past, we are not in a position to provide you with pro bono assistance at this time because we devoted a considerable amount of time and energy to your prior case, and need to spread out our pro bono representation among many needy people.

      I have forwarded your letter to the Chairman of our Pro Bono Committee, however, and asked whether he had any suggestions for others who may be in a position to help.  He suggests that you contact Cynthia Stanfield, the pro se clerk in Bridgeport Federal District Court.

      I wish you the best of luck in the future.

                    Very truly yours,

                    James H. Rotondo

JHR/kms

"Exhibit A"

# LAW OFFICES
## OF
## SYDNEY T. SCHULMAN

**Administrative Director**
Sydney T. Schulman, Esq.

**Managing Attorney**
Jane Starkowski

### INMATES' LEGAL ASSISTANCE PROGRAM

**Staff Attorneys**
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Jenna M. Edmundson

November 3, 2003

Mr. Lloyd George Morgan, Jr.
#117796
Northern CI
287 Bilton Road
P.O. Box 665
Somers, CT 06071

**Re: Morgan v. Rowland, No. 3:01CV1107 (CFD) (WIG)**

Dear Mr. Morgan:

    This letter will serve as confirmation of the fact that Inmates' Legal Assistance Program is unable to assist you in the above-referenced matter.

Very truly yours,

Richard P. Cahill
Attorney at law

CONNECTICUT DEPARTMENT OF CORRECTION                      4.10.0.0.9 TR
T R U S T   A C C O U N T   S T A T E M E N T

DOC:  0000117796    Name: MORGAN, LLOYD G
LOCATION: 125-L                                        DOB: 10/18/1964

"EXHiBiT B"

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|-----------------|---------|
| 11/24/2003 | CEC | CEC SAL ORD #2093592 | 1.87 | 2.11 |
| 11/24/2003 | CEC | CEC SAL ORD #2106545 | 0.45 | 2.56 |
| 12/05/2003 | WPOS | Postage  125 | ( 1.52) | 1.04 |
| 12/08/2003 | DMR | Mail Receipts  125 | 30.00 | 31.04 |
| 12/09/2003 | WCOP | Copies  125 | ( 2.50) | 28.54 |
| 12/10/2003 | CEC | CEC SAL ORD #2125357 | 42.02 | 70.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 65.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 60.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 55.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 50.56 |
| 12/29/2003 | CRS | CRS SAL ORD #2188715 D2 | ( 47.63) | 2.93 |
| 12/31/2003 | DMR | Mail Receipts  125 | 30.00 | 32.93 |
| 01/06/2004 | CRS | CRS SAL ORD #2208938 D2 | ( 32.79) | 0.14 |
| 01/06/2004 | DMR | Mail Receipts   125 | 100.00 | 100.14 |
| 01/08/2004 | WFMS | Med Sick Fee  125  123003 | ( 3.00) | 97.14 |
| 01/12/2004 | CRS | CRS SAL ORD #2222609 D2 | ( 42.02) | 55.12 |
| 01/12/2004 | CRS | CRS SAL ORD #2222612 D2 | ( 46.70) | 8.42 |
| 01/12/2004 | DMR | Mail Receipts  125 | 100.00 | 108.42 |
| 01/13/2004 | CEC | CEC SAL ORD #2222612 | 1.16 | 109.58 |
| 01/16/2004 | CEC | CEC SAL ORD #2208938 | 0.53 | 110.11 |
| 01/20/2004 | CRS | CRS SAL ORD #2235401 D2 | ( 51.96) | 58.15 |
| 01/20/2004 | WPOS | Postage  125 | ( 10.11) | 48.04 |
| 01/22/2004 | WPOS | Postage  125 | ( 3.85) | 44.19 |
| 01/26/2004 | WPOS | Postage  125 | ( 1.66) | 42.53 |
| 01/27/2004 | CRS | CRS SAL ORD #2247221 D2 | ( 42.19) | 0.34 |
| 01/29/2004 | OT | Sub-Account Transfer | 0.32 | 0.66 |
| 02/03/2004 | CRS | CRS SAL ORD #2264275 D2 | ( 0.66) | 0.00 |
| 02/04/2004 | CEC | CEC SAL ORD #2264275 | 0.66 | 0.66 |
| 02/10/2004 | CRS | CRS SAL ORD #2278422 D2 | ( 0.58) | 0.08 |
| 02/17/2004 | CEC | CEC SAL ORD #2278422 | 0.58 | 0.66 |
| 02/20/2004 | DMR | Mail Receipts   125 | 10.00 | 10.66 |
| 02/24/2004 | CRS | CRS SAL ORD #2306610 D2 | ( 10.66) | 0.00 |
| 02/27/2004 | DMR | Mail Receipts  I25 | 50.00 | 50.00 |
| 03/01/2004 | CRS | CRS SAL ORD #2315300 D2 | ( 49.22) | 0.78 |

# ZELDES, NEEDLE & COOPER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
1000 LAFAYETTE BLVD.
POST OFFICE BOX 1740
BRIDGEPORT, CONNECTICUT 06601-1740

Telephone (203) 333-9441
FAX (203) 333-1489

"Exhibit C."

Sarah W. Poston
Direct Dial: (203) 332-5707

January 13, 2004

Lloyd George Morgan, Jr.
#117796
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

Re:    Morgan v. Rowland

Dear Mr. Morgan:

I received your letter of October 19, 2003. I apologize for the delay in responding, but my caseload does not permit me to represent you in this matter.

Very truly yours,

Sarah W. Poston

SWP/pb
Encl.

Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut
06508-1832
www.wiggin.com

Gates Garrity-Rokous
203.498.4310
203.782.2889 fax
ggarrity_rokous@wiggin.com

**WIGGIN AND DANA**

*Counsellors at Law*

March 25, 2004

Lloyd George Morgan, Jr.
Inmate No. 117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

Dear Mr. Morgan:

I have received your request for assistance.  Unfortunately, I do not handle the type of case you present.

I suggest you contact the Criminal Law Clinic at the University of Connecticut School of Law, 55 Elizabeth Street, Hartford, CT  06105.

I enclose your materials.

Very truly yours,

Gates Garrity-Rokous

Enclosure

CHE107            CONNECTICUT DEPARTMENT OF CORRECTION          OTRTASTA
T R U S T   A C C O U N T   S T A T E M E N T       4.10.0.0.9 TR

DOC:  0000117796   Name: MORGAN, LLOYD G    30       DOB: 10/18/1964
LOCATION: 125-L

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|-------------------------|-----------------|---------|
| 11/24/2003 | CEC | CEC SAL ORD #2093592 | 1.87 | 2.11 |
| 11/24/2003 | CEC | CEC SAL ORD #2106545 | 0.45 | 2.56 |
| 12/05/2003 | WPOS | Postage  125 | ( 1.52) | 1.04 |
| 12/08/2003 | DMR | Mail Receipts  125 | 30.00 | 31.04 |
| 12/09/2003 | WCOP | Copies  125 | ( 2.50) | 28.54 |
| 12/10/2003 | CEC | CEC SAL ORD #2125357 | 42.02 | 70.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 65.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 60.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 55.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 50.56 |
| 12/29/2003 | CRS | CRS SAL ORD #2188715 D2 | ( 47.63) | 2.93 |
| 12/31/2003 | DMR | Mail Receipts  125 | 30.00 | 32.93 |
| 01/06/2004 | CRS | CRS SAL ORD #2208938 D2 | ( 32.79) | 0.14 |
| 01/06/2004 | DMR | Mail Receipts  125 | 100.00 | 100.14 |
| 01/08/2004 | WFMS | Med Sick Fee  125  123003 | ( 3.00) | 97.14 |
| 01/12/2004 | CRS | CRS SAL ORD #2222609 D2 | ( 42.02) | 55.12 |
| 01/12/2004 | CRS | CRS SAL ORD #2222612 D2 | ( 46.70) | 8.42 |
| 01/12/2004 | DMR | Mail Receipts  125 | 100.00 | 108.42 |
| 01/13/2004 | CEC | CEC SAL ORD #2222612 | 1.16 | 109.58 |
| 01/16/2004 | CEC | CEC SAL ORD #2208938 | 0.53 | 110.11 |
| 01/20/2004 | CRS | CRS SAL ORD #2235401 D2 | ( 51.96) | 58.15 |
| 01/20/2004 | WPOS | Postage  125 | ( 10.11) | 48.04 |
| 01/22/2004 | WPOS | Postage  125 | ( 3.85) | 44.19 |
| 01/26/2004 | WPOS | Postage  125 | ( 1.66) | 42.53 |
| 01/27/2004 | CRS | CRS SAL ORD #2247221 D2 | ( 42.19) | 0.34 |
| 01/29/2004 | OT | Sub-Account Transfer | 0.32 | 0.66 |
| 02/03/2004 | CRS | CRS SAL ORD #2264275 D2 | ( 0.66) | 0.00 |
| 02/04/2004 | CEC | CEC SAL ORD #2264275 | 0.66 | 0.66 |
| 02/10/2004 | CRS | CRS SAL ORD #2278422 D2 | ( 0.58) | 0.08 |
| 02/17/2004 | CEC | CEC SAL ORD #2278422 | 0.58 | 0.66 |
| 02/20/2004 | DMR | Mail Receipts   125 | 10.00 | 10.66 |
| 02/24/2004 | CRS | CRS SAL ORD #2306610 D2 | ( 10.66) | 0.00 |
| 02/27/2004 | DMR | Mail Receipts  125 | 50.00 | 50.00 |
| 03/01/2004 | CRS | CRS SAL ORD #2315300 D2 | ( 49.22) | 0.78 |
| 03/08/2004 | CRS | CRS SAL ORD #2329449 D2 | ( 0.73) | 0.05 |
| 03/09/2004 | CEC | CEC SAL ORD #2315300 | 10.92 | 10.97 |
| 03/09/2004 | WPOS | Postage  125 | ( 0.37) | 10.60 |

CHE107                    CONNECTICUT DEPARTMENT OF CORRECTION                OTRTASTA
                     T R U S T   A C C O U N T   S T A T E M E N T          4.10.0.0.9 TR

DOC:  0000117796     Name: MORGAN, LLOYD G                          DOB: 10/18/1964
LOCATION: 125-L

                                                        Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|----------------:|--------:|
| 03/10/2004 | CEC | CEC SAL ORD #2329449 | 0.73 | 11.33 |
| 03/10/2004 | WSR | Special Request - 125 | ( 6.00) | 5.33 |
| 03/11/2004 | DMR | Mail Receipts  125 | 40.00 | 45.33 |
| 03/12/2004 | CRS | CRS SAL ORD #2342269 D2 | ( 8.25) | 37.08 |
| 03/15/2004 | WPOS | Postage  125 | ( 2.67) | 34.41 |
| 03/15/2004 | WPOS | Postage  125 | ( 2.67) | 31.74 |
| 03/15/2004 | WPOS | Postage  125 | ( 2.67) | 29.07 |
| 03/15/2004 | WPOS | Postage  125 | ( 2.90) | 26.17 |
| 03/15/2004 | WPOS | Postage  125 | ( 2.90) | 23.27 |
| 03/15/2004 | WPOS | Postage  125 | ( 3.95) | 19.32 |
| 03/15/2004 | CRS | CRS SAL ORD #2343301 D2 | ( 19.32) | 0.00 |
| 03/23/2004 | DMR | Mail Receipts    125 | 40.00 | 40.00 |
| 03/29/2004 | CRS | CRS SAL ORD #2369036 D2 | ( 33.98) | 6.02 |