UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LLOYD GEORGE MORGAN, JR. | : | PRISONER |
| | : | NO. 3:01CV1107(CFD)(WIG) |
| VS. | : | |
| | : | |
| GOVERNOR JOHN G. ROWLAND, ET AL. | : | MARCH 30, 2004 |

## MOTION TO ADOPT

The defendant Captain Maurice Butler respectfully moves to adopt the **MOTION TO DISMISS** filed March 1, 2004 and supporting memorandum.

           DEFENDANTS,
           Governor John G. Rowland, et al.

           RICHARD BLUMENTHAL
           ATTORNEY GENERAL


           BY:  /s/_____
           Lynn D. Wittenbrink
           Assistant Attorney General
           Federal Bar No. ct08575
           110 Sherman Street
           Hartford, CT  06105
           Telepone No.:  (860) 808-5450
           Fax No.:  (860) 808-5591
           lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 30th day of March, 2004:

Lloyd George Morgan, Inmate No. 117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

                                                      /s/_____
                                                     Lynn D. Wittenbrink
                                                     Assistant Attorney General