UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR 22 P 12: 41

U.S. DISTRICT COURT
HARTFORD, CT.

LLOYD GEORGE MORGAN, JR.      :
                              :       PRISONER
v.                            :       Case No. 3:01CV1107(CFD)(WIG)
                              :
GOVERNOR JOHN ROWLAND, et al. :

## ORDER

The clerk is hereby ordered to docket the defendant's letter, dated March 30, 2004, and its attachments, as a motion for appointment of counsel.

SO ORDERED this _____ day of April 2004, at Hartford, Connecticut.

_____
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE