United States District Court
District of Connecticut
FILED AT BRIDGEPORT
4-22-04 20
Kevin F. Rowe, Clerk
Rainn
Deputy Clerk

Dear Honorable Judges                                    3-30-04
Christopher F. Droney, and William I. Garfinkel
I respectfully write you Re: to Morgan v. Rowland, et al.
Case No. 3:01 CV1107 (CFD) This case is very complex
and I have been denied any and all help from the
Inmates' Legal assistance Program, of Persons
trained in Law, The defendants filed a motion to
Dismiss my case that is well to complex for me to
Properly understand or reply to, and I can't reply to it
with out Appointment of Cancel, you asked me to Review
my Request for Appointment of Cancel, once the
Defendants Have filed a reply to my complaint well
they have filed a reply By way of a motion to
Dismiss my Complaint, I wrote your clerk Cytina
Stanfield, For Consideration on these issues please
See a Copy of That letter with attached or copys of
those motion motions for your review and items
I ask Please that you grant me Appointment of Cancel
do to my situation Please reply

                        Yours Truly
                        Mr. Lloyd George Morgan, Jr
CC. Office of Attorney General's (AG) Lynn D. Witterbrink
CC. Judge William I. Garfinkel
CC. LGM/Filed

Page 1

Dear Ms. Cythia Stanfield,    Date 3-30-2004
the pro-se Clerk, my name is Mr. Lloyd George MORGAN, JR
I respectfully write you in Good faith Concerning my
 Civil case titled Lloyd George Morgan, JR V. GOVERNOR JOHN
  G. RowLAND, et al Case 3:01cv1107(CFD)(WIG), I am
PResently incarcerated at the Cheshire C.I. FACility
in Protective Custody, I HAVE NO use OF a Law Library OR
PERSONS Trained in Law, THE IAMATES' Legal assistance
Pro-gram has Denied me any and all Help with this Complex
Case, I Have made many Attempts to FIND a Pro-Bono Counsel
and filed many motions to the Court FOR Appointment of
Counsel, that was Denied I was told to Renew my motion once
the Defendants Have filed a Answer to my complaint, THe
Defendants (AAG) Lynn D. Wittenbrink filed a motion to
Dismiss my Case with memorAndum of Law Dated
 2-27-04 OF many Large Volumes, I Cant respond to such
Complex NoVALty items. I wrote to Law offices of Day Berry,
& Howard Atty. James H. Rotondo, FOR Pro-Bono Consideration
his Letter of reply Dated 3-26-04 denied my Request recommend-
ing, that I write to you For Consideration. see inclosed
Letter, THe Courts Pro-Bono List I have THose firms only
Consider INmates Cases once THe Court have requested
it. I ask IF you Could make some calls and see IF you
Can Help FIND Pro-Bono Counsel, and also recommend
 3 firms that Like PRISONERS Cuses I also wrote
Two Letters to CCLU and recieved a reply
 Dated 3-16-04 & 3-25-04

Page 2

CCLU atty. Interim Legal Director Erin Boggs stated
do to atty. Philip D. Tegeler leaving CCLU They could not help
me any further in this case, see inclosed letters. and
recommended that I file a motion of notice to the
Court of the deficiencies in my complaint, The items she
sent me is to complet for me to under-stand
Please Review also my file and see if it be possible for
you to Rush all my pending motions for Renewal for
Appointment of Counsel to Judges GARFINKEL and
DRONEY, as the motion to Dismiss is a Answer to my
Complaint, I need the Courts to Rule on the pending
Motion and the inclosed motion, I will not be Able to
reply to this complet Motion to Dismiss with out Counsel.
Please Refer this Letter and the inclosed Letter to
Judges CHRISTOPHER F. DRONEY, and WILLIAM I. GARFINKEL
For urgent Consideration, a Copy of all these items have
Been sent to office of attorney Generals LYNN D. WITTENBRINK
Please reply also  see my motion inclosed Re: to
MORGAN N. Chonski, et al. Please send me up dated Docket
Sheets on Both of These case with all Name pages it
has allways missed the Last page mentio that the Court
Sent in the Pass. Please Resply to my issues and file these
Letters on the Docket Sheet and Court File thanks.
                        Yours Truly
            Mr. Lloyd George Morgan, Jr.
CC. Judge CHRISTOPHER F. DRONEY, & WILLIAM I. GARFINKEL
CC. Office of atty. Generals (AAG) LYNN D. WITTENBRINK.



# CCLU

## Connecticut Civil Liberties Union Foundation

32 Grand Street • Hartford, CT 06106
860-247-9823 • Fax: 860-728-0287

March 16, 2004

Lloyd G. Morgan, Jr. #117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. Morgan:

I am in receipt of your letter of March 3, 2004. While we remain very supportive of your case, and particularly your claims regarding restrictions on prison exercise, we are unfortunately not in a position to provide you with further assistance. As you may know, Philip Tegeler has left the Connecticut Civil Liberties Union and, at the moment, I am the only attorney in the office. Under such conditions, it is impossible for me to provide the kind of in-depth assistance that is needed in this matter.

A am truly sorry and I wish you the best of luck with your case.

Sincerely,

Erin Boggs
Interim Legal Director



# CCLU

## Connecticut Civil Liberties Union Foundation

32 Grand Street • Hartford, CT 06106
860-247-9823 • Fax: 860-728-0287

March 25, 2004

Lloyd G. Morgan, Jr. #117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. Morgan:

Thank you for your letter and your phone call. I am very sorry that we are not in a position to assist you more with your case. Our resources will simply not permit it.

However, the judge in this matter is certainly aware of the special manner in which pro se litigants must be treated. In case it is helpful, I have provided you with an American Civil Liberties Union brief that, in part, addresses this issue, see pages 10 - 13. Pursuant to the cases cited in this brief, several of which are enclosed, it may be appropriate for you to request from the judge a notice of the deficiencies in your complaint to ensure that you have the opportunity to amend it effectively.

I hope this information and the enclosed materials are helpful to you. Again, I am very sorry that we cannot provide you with more assistance.

Sincerely,

Erin Boggs
Interim Legal Director

# Day, Berry & Howard LLP

C O U N S E L L O R S   A T   L A W

James H. Rotondo
Direct Dial:  (860) 275-0197
E-mail:  jhrotondo@dbh.com

March 26, 2004

**LEGAL CORRESPONDENCE**

Mr. Lloyd G. Morgan, Jr. #117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire CT 06410

      Re:   <u>Morgan v. Governor John G. Rowland</u>

Dear Lloyd:

I received your letter of March 6, 2004, and have read it carefully.  I understand from your letter that you are now facing a difficult situation.  Unfortunately, as I have indicated in the past, we are not in a position to provide you with pro bono assistance at this time because we devoted a considerable amount of time and energy to your prior case, and need to spread out our pro bono representation among many needy people.

I have forwarded your letter to the Chairman of our Pro Bono Committee, however, and asked whether he had any suggestions for others who may be in a position to help.  He suggests that you contact Cynthia Stanfield, the pro se clerk in Bridgeport Federal District Court.

I wish you the best of luck in the future.

Very truly yours,

James H. Rotondo

JHR/kms

"Exhibit A"

**LAW OFFICES**
**OF**
**SYDNEY T. SCHULMAN**

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

**INMATES' LEGAL ASSISTANCE PROGRAM**

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Jenna M. Edmundson

November 3, 2003

Mr. Lloyd George Morgan, Jr.
#117796
Northern CI
287 Bilton Road
P.O. Box 665
Somers, CT 06071

**Re: Morgan v. Rowland, No. 3:01CV1107 (CFD) (WIG)**

Dear Mr. Morgan:

This letter will serve as confirmation of the fact that Inmates' Legal Assistance Program is unable to assist you in the above-referenced matter.

Very truly yours,

Richard P. Cahill
Attorney at law

CHE107          CONNECTICUT DEPARTMENT OF CORRECTION         OTRTASTA
T R U S T     A C C O U N T     S T A T E M E N T      4.10.0.0.9 TR

DOC: 0000117796     Name: MORGAN, LLOYD G         DOB: 10/18/1964
LOCATION: 125-L

"EXHIBIT B"

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|-----------------|---------|
| 11/24/2003 | CEC | CEC SAL ORD #2093592 | 1.87 | 2.11 |
| 11/24/2003 | CEC | CEC SAL ORD #2106545 | 0.45 | 2.56 |
| 12/05/2003 | WPOS | Postage 125 | ( 1.52) | 1.04 |
| 12/08/2003 | DMR | Mail Receipts 125 | 30.00 | 31.04 |
| 12/09/2003 | WCOP | Copies 125 | ( 2.50) | 28.54 |
| 12/10/2003 | CEC | CEC SAL ORD #2125357 | 42.02 | 70.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 65.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 60.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 55.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 50.56 |
| 12/29/2003 | CRS | CRS SAL ORD #2188715 D2 | ( 47.63) | 2.93 |
| 12/31/2003 | DMR | Mail Receipts 125 | 30.00 | 32.93 |
| 01/06/2004 | CRS | CRS SAL ORD #2208938 D2 | ( 32.79) | 0.14 |
| 01/06/2004 | DMR | Mail Receipts 125 | 100.00 | 100.14 |
| 01/08/2004 | WFMS | Med Sick Fee 125 123003 | ( 3.00) | 97.14 |
| 01/12/2004 | CRS | CRS SAL ORD #2222609 D2 | ( 42.02) | 55.12 |
| 01/12/2004 | CRS | CRS SAL ORD #2222612 D2 | ( 46.70) | 8.42 |
| 01/12/2004 | DMR | Mail Receipts 125 | 100.00 | 108.42 |
| 01/13/2004 | CEC | CEC SAL ORD #2222612 | 1.16 | 109.58 |
| 01/16/2004 | CEC | CEC SAL ORD #2208938 | 0.53 | 110.11 |
| 01/20/2004 | CRS | CRS SAL ORD #2235401 D2 | ( 51.96) | 58.15 |
| 01/20/2004 | WPOS | Postage 125 | ( 10.11) | 48.04 |
| 01/22/2004 | WPOS | Postage 125 | ( 3.85) | 44.19 |
| 01/26/2004 | WPOS | Postage 125 | ( 1.66) | 42.53 |
| 01/27/2004 | CRS | CRS SAL ORD #2247221 D2 | ( 42.19) | 0.34 |
| 01/29/2004 | OT | Sub-Account Transfer | 0.32 | 0.66 |
| 02/03/2004 | CRS | CRS SAL ORD #2264275 D2 | ( 0.66) | 0.00 |
| 02/04/2004 | CEC | CEC SAL ORD #2264275 | 0.66 | 0.66 |
| 02/10/2004 | CRS | CRS SAL ORD #2278422 D2 | ( 0.58) | 0.08 |
| 02/17/2004 | CEC | CEC SAL ORD #2278422 | 0.58 | 0.66 |
| 02/20/2004 | DMR | Mail Receipts 125 | 10.00 | 10.66 |
| 02/24/2004 | CRS | CRS SAL ORD #2306610 D2 | ( 10.66) | 0.00 |
| 02/27/2004 | DMR | Mail Receipts I25 | 50.00 | 50.00 |
| 03/01/2004 | CRS | CRS SAL ORD #2315300 D2 | ( 49.22) | 0.78 |

## ZELDES, NEEDLE & COOPER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
1000 LAFAYETTE BLVD.
POST OFFICE BOX 1740
BRIDGEPORT, CONNECTICUT 06601-1740

TELEPHONE (203) 333-9441
FAX (203) 333-1489

"Exhibit C"

Sarah W. Poston
Direct Dial: (203) 332-5707

January 13, 2004

Lloyd George Morgan, Jr.
#117796
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

Re:     Morgan v. Rowland

Dear Mr. Morgan:

I received your letter of October 19, 2003. I apologize for the delay in responding, but my caseload does not permit me to represent you in this matter.

Very truly yours,

Sarah W. Poston

SWP/pb
Encl.

Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut
06508-1832
www.wiggin.com

Gates Garrity-Rokous
203.498.4310
203.782.2889 fax
ggarrity_rokous@wiggin.com

# WIGGIN AND DANA
*Counsellors at Law*

March 25, 2004

Lloyd George Morgan, Jr.
Inmate No. 117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

Dear Mr. Morgan:

I have received your request for assistance.  Unfortunately, I do not handle the type of case you present.

I suggest you contact the Criminal Law Clinic at the University of Connecticut School of Law, 55 Elizabeth Street, Hartford, CT  06105.

I enclose your materials.

Very truly yours,

Gates Garrity-Rokous

Enclosure

CONNECTICUT DEPARTMENT OF CORRECTION                    OTRTASTA
T R U S T   A C C O U N T   S T A T E M E N T        4.10.0.0.9 TR

DOC:  0000117796      Name: MORGAN, LLOYD G          30          DOB: 10/18/1964
LOCATION: 125-L

                                                        Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|-----------------|---------|
| 11/24/2003 | CEC | CEC SAL ORD #2093592 | 1.87 | 2.11 |
| 11/24/2003 | CEC | CEC SAL ORD #2106545 | 0.45 | 2.56 |
| 12/05/2003 | WPOS | Postage  125 | ( 1.52) | 1.04 |
| 12/08/2003 | DMR | Mail Receipts  125 | 30.00 | 31.04 |
| 12/09/2003 | WCOP | Copies  125 | ( 2.50) | 28.54 |
| 12/10/2003 | CEC | CEC SAL ORD #2125357 | 42.02 | 70.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 65.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 60.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 55.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 50.56 |
| 12/29/2003 | CRS | CRS SAL ORD #2188715 D2 | ( 47.63) | 2.93 |
| 12/31/2003 | DMR | Mail Receipts  125 | 30.00 | 32.93 |
| 01/06/2004 | CRS | CRS SAL ORD #2208938 D2 | ( 32.79) | 0.14 |
| 01/06/2004 | DMR | Mail Receipts  125 | 100.00 | 100.14 |
| 01/08/2004 | WFMS | Med Sick Fee  125  123003 | ( 3.00) | 97.14 |
| 01/12/2004 | CRS | CRS SAL ORD #2222609 D2 | ( 42.02) | 55.12 |
| 01/12/2004 | CRS | CRS SAL ORD #2222612 D2 | ( 46.70) | 8.42 |
| 01/12/2004 | DMR | Mail Receipts  125 | 100.00 | 108.42 |
| 01/13/2004 | CEC | CEC SAL ORD #2222612 | 1.16 | 109.58 |
| 01/16/2004 | CEC | CEC SAL ORD #2208938 | 0.53 | 110.11 |
| 01/20/2004 | CRS | CRS SAL ORD #2235401 D2 | ( 51.96) | 58.15 |
| 01/20/2004 | WPOS | Postage  125 | ( 10.11) | 48.04 |
| 01/22/2004 | WPOS | Postage  125 | ( 3.85) | 44.19 |
| 01/26/2004 | WPOS | Postage  125 | ( 1.66) | 42.53 |
| 01/27/2004 | CRS | CRS SAL ORD #2247221 D2 | ( 42.19) | 0.34 |
| 01/29/2004 | OT | Sub-Account Transfer | 0.32 | 0.66 |
| 02/03/2004 | CRS | CRS SAL ORD #2264275 D2 | ( 0.66) | 0.00 |
| 02/04/2004 | CEC | CEC SAL ORD #2264275 | 0.66 | 0.66 |
| 02/10/2004 | CRS | CRS SAL ORD #2278422 D2 | ( 0.58) | 0.08 |
| 02/17/2004 | CEC | CEC SAL ORD #2278422 | 0.58 | 0.66 |
| 02/20/2004 | DMR | Mail Receipts  125 | 10.00 | 10.66 |
| 02/24/2004 | CRS | CRS SAL ORD #2306610 D2 | ( 10.66) | 0.00 |
| 02/27/2004 | DMR | Mail Receipts  125 | 50.00 | 50.00 |
| 03/01/2004 | CRS | CRS SAL ORD #2315300 D2 | ( 49.22) | 0.78 |
| 03/08/2004 | CRS | CRS SAL ORD #2329449 D2 | ( 0.73) | 0.05 |
| 03/09/2004 | CEC | CEC SAL ORD #2315300 | 10.92 | 10.97 |
| 03/09/2004 | WPOS | Postage  125 | ( 0.37) | 10.60 |

CHE107

CONNECTICUT DEPARTMENT OF CORRECTION     OTRTASTA

T R U S T   A C C O U N T   S T A T E M E N T    4.10.0.0.9 TR

DOC:   0000117796     Name: MORGAN, LLOYD G

LOCATION: 125-L                          DOB: 10/18/1964

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|-----------------|---------|
| 03/10/2004 | CEC | CEC SAL ORD #2329449 | 0.73 | 11.33 |
| 03/10/2004 | WSR | Special Request - 125 | ( 6.00) | 5.33 |
| 03/11/2004 | DMR | Mail Receipts  125 | 40.00 | 45.33 |
| 03/12/2004 | CRS | CRS SAL ORD #2342269 D2 | ( 8.25) | 37.08 |
| 03/15/2004 | WPOS | Postage  125 | ( 2.67) | 34.41 |
| 03/15/2004 | WPOS | Postage  125 | ( 2.67) | 31.74 |
| 03/15/2004 | WPOS | Postage  125 | ( 2.67) | 29.07 |
| 03/15/2004 | WPOS | Postage  125 | ( 2.90) | 26.17 |
| 03/15/2004 | WPOS | Postage  125 | ( 2.90) | 23.27 |
| 03/15/2004 | WPOS | Postage  125 | ( 3.95) | 19.32 |
| 03/15/2004 | CRS | CRS SAL ORD #2343301 D2 | ( 19.32) | 0.00 |
| 03/23/2004 | DMR | Mail Receipts    125 | 40.00 | 40.00 |
| 03/29/2004 | CRS | CRS SAL ORD #2369036 D2 | ( 33.98) | 6.02 |

PAGE 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

LLOYD GEORGE MORGAN, JR          CASE NO. 3:01CV1107(CFD)(WIG)

V.

GOVERNOR JOHN G. ROWLAND, ET AL.  DATE MARCH 3, 2004

## MOTION FOR RENEWAL OF PLAINTIFF'S
## REQUEST FOR APPOINTMENT OF EMERGENCY
## COUNSEL AND EFFECTIVE ACCESS TO THE COURT

1.) Now comes the plaintiff Lloyd George Morgan, JR moves in the best interest of justice as well as in good faith in the above intitle case. Respectfully Request Honorable federal Judges Christopher F. Droney, and William I. Garfinkel. Grant him Emergency Appointment of Counsel in this case, do to the nature this plaintiff have file many Request For Appointment of Counsel, and this Court denied them with out Prejudice ordering this plaintiff to file it or Request Renewal of Appointment of Counsel once the Defendants have been giving the chance to file a Answer to this claim and Defendants have been served in this case.

2.) this Court Promised in all its ruling on this subject that it would reconsider the motion only once defendants have filed a Answer to this Complaint. it should be so noted by this Honorable Court that today of MARCH 3, 2004 Plaintiff recieved a Answer dated February 27, 2004.

PAGE 2.

3.) OF LARG VoLums OF DocumenTs OF 3 PARTS, OF VERY Complex LEGAL ARGuments thats well Beyand plaintiff's wisdom to understand, Fully, and Completely. he CAnnot file a proper reply to it with out Persons TRAINed at Law, he has only a 8th GRade Education, and suffers from a mental illness he has NO ACCESS to Persons TRAINed in Law, and he wrote many Request to the INMATES' LEGAL ASSiStANCe program ATTy. RICHARD P. CAHILL, and JANE STARKOWSKI, and sydney T. Schulman who made ClEAR they will Not At all Heip in this Case, plaintiff filed or PLACed a telephone Call to ATTy. CAHILL, OF (JLAP) Informing him abaut his needs to reply to the Said motion to Dismiss this Case, he made ClEAR that he stated in his inclosed Letter with this motion dated November 3, 2003. that he made ClEAR (JLAP) Wauld Not in no way ASSiSt IN this Case.

4.) Please Read and Keenly Review the Letter Dated 11-3-2003 by atty. CAHILL Stating RE: MORGAN V. RowLand, No. 3:01 CV1107 (CFD) (WIG). Dear MR. MORGAN: This Letter will Serve as Confirmation of the fact that INates' LEGAL ASSiSTANCe program is unAble to assist yau in the Above reference matter See Said Letter inclosed marned as "Exhibit A". For evidence to this Caurt. That PlaintIFF Is being Denied effective ACCESS to the Caurt to defend this Case or OF Person TRAINed in Law as he is intitled to per. GRIFFIN V. CaughLin, 743 F. Supp. 1006, 1024 (N.D.N.Y. 1990)

PAGE 3

5.)  SEE: ROSS V. MOFFITT, 417 U.S. 600, 611 (1974)
     JOHNSON V. AVERY, 393 US. 483, 485 (1969)

The fundamental Constitutional rights of access to the Courts requires PRISON Authority to Assist, Inmates' in the Preperation and filing of meaningful LEGAL PAPERS by providing PRISONERS with Adequate Law Libraries or Adequate ASSISTANCE FROM PERSONS TRAINED in the Law. there CAN be NO Daubt of the right of the right of Access to the Courts.... Assures that NO PERSONS WILL be denied effective Access to the Courts.

6.) its CLEAR plaintiff Many motions have Vex this Court and have been stressful and over Burdensome, and have Not made much Sense to this Court do to his POOR Education and Pleadings, and Not Able to WRITE PARAGRAPHS or PROPERLY SPACE and write caused this Court to THReater to Sanction Plaintiff, when Plaintiff Just do not have the proper Skills or Ability nor Resources to defend Such a Complex Case. The Defendants have failed to even Respect LEWIS V. CASEY, 518 us 343, 135 LEd 2d 606, 116 SCt 2174 (1996) to GRANT him PERSONS TRAINED in Law.

7.) this Court have not effectively Responded to all issues in his many motions and have over Looked Very Important issues over and over, or Just denied it.

PAGE 4

8.) Plaintiff states that the Defendants motion to dismiss is a share of TRICKS and HALF TRUTHS mostly falsehood by (AAG) LYNN D. WITTENBRINK to TRICK this Court to Just Simpley See the Plaintiff as a Pest and Dismiss his Case, She Lies intentionally to this Court taking this Court as a Fool, by Saying Plaintiff failed to Exhaust his ADMINISTRATIVE Remedies with the PRISON GRIEVANCE System, when this is Not TRUE all this is in the Court file She knows the Court will Not Keenly Review the file or all exhibits and She CAN Just get this Case Dismissed. then She Claim most of my issues ARE moot Cause I been transferred with out telling the Court the TRUTH that Plaintiff is on a Probation Period and if he Gets a Certain Amount of DISCIPLINARY Reports he CAN and will be RETURN to NORTHERN PRISON.

9.) and Put Right back in the Same Situation he Complained of IN this Case Because he seeks money DAMAGES and Punitive DAMAGES, regards to the WRONGS done to him and excercise issues, its Not moot. the Plaintiff informs this Court Defendants have Lost most of his exhibits to this Case and there all IN this Court files the only ones that ARE LeFT.

PAGE 5.

10.) Plaintiff informs this court that He filed the inclosed motition titled Motion Requesting That This court Grant Remedy and ORDER THAT PLAINTIFF Be GRANted EFFECTIVE ACCESS TO The court IN this case, This court over Looked the issues in this motion and cited case Law and sirousness of the issues made clear to this court and didnt PROPERLY ANSWER it Plaintiff ask this court Rectify this issues, Plaintiff has a Good case and issues at hand it would be a miscarrage OF Justice to Deny Plaintiff Emergency needs for counsel and the Attorney General office to continue to take Big ADVANTAGE OF Plaintiff NONE stop as THEY Have since 2001 in the filing OF this case, this would be a DISRESPECT to this court's wisdom and the second circuit Judges and our U.S. SUPREM courts rulings.

11.) SEE: ABDULLAH V. Gunter 949 F.2d 1032, 1035. (8th Cir. 1991) this court should consider there will be need for medical expert witnesses, and inmates witnesses, that he is not Able to Locate, there is credability issues of Plaintiff against Defendants, all this gives more reasons for this court to Lean towards Appointment of counsel, to often the office of Attorney Generals And its Agents are LeFT to feel there Above the Law and that they Rule the Federal Judges OR CAN TRICK them and SHAM. them

# PAGE 6.

12.) the office of the ATTORNEY GENERALS Hate and FEAR Judges Like Thomas P. Smith, that is Not AFRAID to SANCTION then OR GRANT PRISONERS what There intitled to and Never Consent to him to TRY a case, THEY Would Like Nothing better then to take such HARD Working Judges Like DRONEY & GARFINKel,. as Fools, they CAN PLAY on who they Feel Are FORMER PROSECUTORS who Are Not fond of PRISONERS NOR there rights. THEY Feel untuchable, this is a Just Court I make a PRAYER to this Court to Please Not Allow them to RAIL Road this Case and slip threw the CRACKS of the evil INJUSTICE done to PlaintiFF only Cause this Court Keeps Denying PlaintiFF the Emergency need FOR APPOINTMENT of Counsel, so that Counsel CAN Show the Court the TRUE FACTS.

13.) this Court has a duty to STRIKE a even BALANCE to this Case See: Gluth V. KANgas, 773 F. SUPP.
   See: Colon V. Caughlin, 58 F. 3d 865, 872 (2nd CIR. 1995)
   FRANKO V. Kelly, 854 F. 2d 584. 589 (2d CIR. 1988).
this Court has a duty to Protect the INTEGRITY OF our Judges and Judicial System, and Should APPOINT Counsel to bring out the TRUE Facts and Not Allow the ATTORNEY GENERALS to Bully our Courts OR the PlaintiFF Constitutional Rights I ask this Court do the right thing and Let the State KNOW the Judges ARE IN CONTROL and Not then.

PAGE 7

14.) THIS Court must Not Allow the constitution to be thrown out the window, or the rights of PRIsoNers simply because the Courts is Fed up with PRISoNers Cases or because the Attorney GeNeRALS, Conspire to intenticNally mislead this Court, or threaten to APPeAL the Courts Rulings with there powerful rescources, Plaintiff PRays that this Court Court GRANT him Needed EmerGeNcy AppointmeNt of Counsel, to file a responds to this Complaint this Court CANNot AFFord to Allow Poorly EducAted mentAlly ill Plaintiff's to be RAil RoAded or taking ADVANtage of only cause he has No Lawyer.

15.) Plaintiff MADe ARAnd 4 YEARS oF Attempts to find Counsel on his on as in the Courts File and have Been DeNied. only cause they only take PRo-BoNo Cases at the Courts Request. and Cause he is POOR and CANt AFFord Counsel, Plaintiff CANt AFFord Counsel See iNclosed a upDate PRint out of his Accant BALANce he only has 78¢ iN his Accant see Exhibit B. iNclosed MARked as such, Exhibit B. Plaintiff agaiN MADe attempts to seek Counsel FRom FiRm of zeldes, Needle & Cooper, Atty. SARah W. Post, DAted 1-13-2004 denying to take the Case dated 1-13-04 iNclosed MARked as Exhibit C.

PAGE 8.

16.) Plaintiff also informs the Court that its US MARSHALL has not sent me ANY RETURN Notices of the Defendants being served that this Court order service on by the US MARSHALLS I am intitled to be sent Notice to tell me which Defendants this Court MARSHALL Perfected service on, he has not Got All this Courts Rulings Please Rectify. and see that he recieve them. Plaintiff ask that this Court would GRANT 120 DAY extension of time, For him to Reply to this motion by WAY of the Court GRANTing him Appointment of Counsel to Answer the motion to dismiss this case, this will give the Clerks office time to Locate Counsel, to Reply to it. Plaintiff thanks the Court For its Consideration of this motion

By the Plaintiff X mr. Lloyd G. Morgan Jr
Lloyd G. MORGAN JR
MR. LLOYd George MORGAN. JR
#117796
CHESHIRE C.I.
900 HIGHLANd AVe
CHESHIRE CT 06410

## CERTIFICATION

This is to Certify that a Copy of this motion was mailed to All Parties of Record as so noted below Postage Paid on 3-3-2004

OFFICE OF ATTORNEY GENERAL
(AAG) LYNN D. WITTENBRINK
110 SHERMAN Street
HARTFORd CT 06105

C.C.L.U.F.
Atty. PHILIP D. Tegeler
32 GRANd Street
HARTFORd CT 06106

By the Plaintiff X mr. Lloyd G. Morgan Jr
Lloyd G. MORGAN JR
MR. LLOYd George MORGAN JR
CHESHIRE C.I. #117796
900 HIGHLANd AVe
CHESHIRE CT 06410

"Exhibit A."

## LAW OFFICES
## OF
## SYDNEY T. SCHULMAN

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

### INMATES' LEGAL ASSISTANCE PROGRAM

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Jenna M. Edmundson

November 3, 2003

Mr. Lloyd George Morgan, Jr.
#117796
Northern CI
287 Bilton Road
P.O. Box 665
Somers, CT 06071

**Re: Morgan v. Rowland, No. 3:01CV1107 (CFD) (WIG)**

Dear Mr. Morgan:

    This letter will serve as confirmation of the fact that Inmates' Legal Assistance Program is unable to assist you in the above-referenced matter.

Very truly yours,

Richard P. Cahill
Attorney at law

CHE107        CONNECTICUT DEPARTMENT OF CORRECTION        OTRTASTA
          T R U S T   A C C O U N T   S T A T E M E N T        4.10.0.0.9 TR

DOC:  0000117796    Name: MORGAN, LLOYD G        DOB: 10/18/1964
LOCATION: 125-L

"EXhiBiT B"

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|--------------------------|-----------------|---------|
| 11/24/2003 | CEC | CEC SAL ORD #2093592 | 1.87 | 2.11 |
| 11/24/2003 | CEC | CEC SAL ORD #2106545 | 0.45 | 2.56 |
| 12/05/2003 | WPOS | Postage 125 | ( 1.52) | 1.04 |
| 12/08/2003 | DMR | Mail Receipts 125 | 30.00 | 31.04 |
| 12/09/2003 | WCOP | Copies 125 | ( 2.50) | 28.54 |
| 12/10/2003 | CEC | CEC SAL ORD #2125357 | 42.02 | 70.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 65.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 60.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 55.56 |
| 12/18/2003 | WSR | Special Request - 125 | ( 5.00) | 50.56 |
| 12/29/2003 | CRS | CRS SAL ORD #2188715 D2 | ( 47.63) | 2.93 |
| 12/31/2003 | DMR | Mail Receipts 125 | 30.00 | 32.93 |
| 01/06/2004 | CRS | CRS SAL ORD #2208938 D2 | ( 32.79) | 0.14 |
| 01/06/2004 | DMR | Mail Receipts 125 | 100.00 | 100.14 |
| 01/08/2004 | WFMS | Med Sick Fee 125 123003 | ( 3.00) | 97.14 |
| 01/12/2004 | CRS | CRS SAL ORD #2222609 D2 | ( 42.02) | 55.12 |
| 01/12/2004 | CRS | CRS SAL ORD #2222612 D2 | ( 46.70) | 8.42 |
| 01/12/2004 | DMR | Mail Receipts 125 | 100.00 | 108.42 |
| 01/13/2004 | CEC | CEC SAL ORD #2222612 | 1.16 | 109.58 |
| 01/16/2004 | CEC | CEC SAL ORD #2208938 | 0.53 | 110.11 |
| 01/20/2004 | CRS | CRS SAL ORD #2235401 D2 | ( 51.96) | 58.15 |
| 01/20/2004 | WPOS | Postage 125 | ( 10.11) | 48.04 |
| 01/22/2004 | WPOS | Postage 125 | ( 3.85) | 44.19 |
| 01/26/2004 | WPOS | Postage 125 | ( 1.66) | 42.53 |
| 01/27/2004 | CRS | CRS SAL ORD #2247221 D2 | ( 42.19) | 0.34 |
| 01/29/2004 | OT | Sub-Account Transfer | 0.32 | 0.66 |
| 02/03/2004 | CRS | CRS SAL ORD #2264275 D2 | ( 0.66) | 0.00 |
| 02/04/2004 | CEC | CEC SAL ORD #2264275 | 0.66 | 0.66 |
| 02/10/2004 | CRS | CRS SAL ORD #2278422 D2 | ( 0.58) | 0.08 |
| 02/17/2004 | CEC | CEC SAL ORD #2278422 | 0.58 | 0.66 |
| 02/20/2004 | DMR | Mail Receipts 125 | 10.00 | 10.66 |
| 02/24/2004 | CRS | CRS SAL ORD #2306610 D2 | ( 10.66) | 0.00 |
| 02/27/2004 | DMR | Mail Receipts 125 | 50.00 | 50.00 |
| 03/01/2004 | CRS | CRS SAL ORD #2315300 D2 | ( 49.22) | 0.78 |

## ZELDES, NEEDLE & COOPER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
1000 LAFAYETTE BLVD.
POST OFFICE BOX 1740
BRIDGEPORT, CONNECTICUT 06601-1740

TELEPHONE (203) 333-9441
FAX (203) 333-1489

"Exhibit C,"

Sarah W. Poston
Direct Dial: (203) 332-5707

January 13, 2004

Lloyd George Morgan, Jr.
#117796
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

Re:    Morgan v. Rowland

Dear Mr. Morgan:

I received your letter of October 19, 2003. I apologize for the delay in responding, but my caseload does not permit me to represent you in this matter.

Very truly yours,

Sarah W. Poston

SWP/pb
Encl.

①

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

LLOYD GEORGE MORGAN, JR    CASE NO# 3:01CV1107(CFD)(WIG)

VS.

GOVERNOR JOHN G. ROWLAND, ET. AL,    DATE  11-11-2003

## MOTION REQUESTING THAT THIS COURT GRANT REMEDY and ORDER THAT PLAINTIFF BE GRANTED EFFECTIVE ACCESS TO THE COURTS IN THIS CASE.

1.)    Now comes the pro-se plaintiff Lloyd George Morgan, JR moves in the best interest of Justices as well as in Good faith respectfully ask of THIS Court to strike a ever Balance in this case with the Plaintiff, and office of the attorney Generals office (AAG) Lynn D. Wittenbrink, this plaintiff is being Denied Effective assistance of Counsel in Defending this complex case, By the state of Connecticut Department of Corrections Commissioners Former John J. Armstrong, and Present Commissioner Theresa C. Lantz, and office of Attorney Generals, in the illegal Conspiracy to create a Illegal Contract with the Inmate's LEGAL Assistance to Prisoners PROGRAM.

2.) Plaintiff states, he is poorly educated at the law and the complexity of THIS case at hand requires a Laymen atty. to help in the PREParation of THIS Case and motions and objections and help IN Motion FOR Productions.



3.) On 11-7-03 plaintiff was transferd to Cheshire correctional facility from Northern Correctional Prison Facility and the Court gave a Ruling and order that plaintiff Perfect Services on all defendants in 45 days and that office of to turn over All new address of unserved Defendants. This was Done for all Defendants but not For Defendant Castle, plaintiff also was ordered by this Court to to contack Inmate's Legal assistance Program with help in this case and Perfecting services, Plaintiff clearly informs this Honorable Court that He has re-sent all items to OF service to all said unserved Defendants that he was giving the address to and again none responded by Returning waivers of services.

4.) Plaintiff was told by Northern C.I. Warden Wayne Choinski and Major Rose, that Defendants Curtis, and Koske was served and Return Notice of waiver of services to (AAG) Lynn D. Wittenbrink. who would Turn them into the Court as she directed them to do so. plaintiff does not know if this be true and seek Court to Address this and Rectify this matter.

5.) Plaintiff respectfully informs this Court that the Inmate's Legal assistance Programs, has conspired to violate plaintiff Constitutional rights of effective access to the court's in this complet case and have subjected plaintiff to Discrimination.

③

6.) Plaintiff makes clear that the Inmate's legal assistance Program, and (D.O.C.) and attorney Generals office have intentionally conspired as a team to Deny the plaintiff effective assistance of Counsel or Access to the Courts in this Case with Intent to Cause Injury, and if plaintiff Loose Defendants and Issues Filed in this Case Cause he Cant Cant Perfect services on all Defendants or answer Office of Attorney Generals motions to Dismiss, or summary Judgement, Plaintiff would be Able to clearly meet the test of Actual Injury of This Case of Lewis V. Casey, 518 US 343, 135 Ledad 606, 116 Sct 2174 ((1996) and will Have a Law Suit against State D.O.C. and (ILAP) Said Program.

7.) this Court must Realize, its clear this Case has merit us (CCLuF) atty. Philip D. Tegeler, office has Filed a Brief That Proves, there is some merit to this Case, and (ILAP) Had no Right to deny me Help to a merit Case, Surely (CCLuF) Atty. Tegeler office would not have Waisted time to Come in this as a Friend of the Court to File said Brief this Court knows this and Constantly turns a Deaf Ear and Blind Eye, to this, as well as my mental Health issues and issues, and Situation in this Case and has refuse to Strike a Balance, by Appointing Counsel, so the plaintiff will Have a Chance to effective Litigate this Case,



8.) Plaintiff has done nothing but PISS OFF THIS Court and Vex this Court by filing unproper motions, its not this Plaintiff intentions to DISRESPECT this Court or burden this ~~Court~~ Court, or Vex it but he is doing so ~~unrightfully~~ unknowingly, and Could or may be SANCTION and Punished for Plaintiff CANNOT PROPERLY write and Spell very well or do PARAGRAPHS as this Court wants, Plaintiff ask this Court to Review inclosed letter from Inmate's Legal ASSISTANCE Program atty. RICHARD P. Cahill, Dated 11-3-03 stating DEAR MR. MORGAN: THIS Letter will serve as Confirmation of the fact that INMATES' LegAL ASSISTANCE Program is unable to assist you in this above-referenced matter.

9.) Plaintiff has made it CLEAR that he CANNOT Defend this Case and that SAID PROgram (ILAP) has denied Plaintiff access to this Court, do to this CLEAR Cut evidence Plaintiff Can again in Good faith ask this Court to RENEWAL his motion FOR APPOINTment of Counsel, do to SAID situation and there is cite for this request.

See: O'KEEFE v. VAN BOENING, 82 F3d 322 (9th Cir. 1996) Prisoners have a Constitutional right to petition government for redress of their Grievances, which includes right of Access to Courts and also extends to Administrative Arms Units of government.



10.) See: WILSON V. YAKLICH, 148 F3d 596 (6th Cir. 1998) Access to the Courts to be afforded Inmate must be adequate, effective, and meaningful, It should be CLEAR to this Court by his pleadings and situation he is not be giving Adequate, or effective and meaningful Access to the Courts in this Case.

See: CHRICEOL V. PHILLIPS, 169 F3d 313 (5th Cir. 1999) Prisoners Clearly have a Constitutional right of access to the Courts, and interference with a Prisoners' right See: McCarthy V. Madigan, 112 S. Ct. 1081, 1091 (1992) See: Johnson V. Avery, 393 U.S. 483, 487. (1969) where the Court referred to the Category of inmates who Are in need of Legal Assistance as "illiterate or poorly educated". See: WALTERS V. Thompson 615 F. Supp. 330, 340, (N.D. Ill. 1985) "when inmates have no access to a Law LIBRARY they must be provided with assistance by trained skilled and Independent Legal PERSONAL.")

See: DAVIDSON V. SCULLY, 694, F. 2d 50, 54 2d Cir. 1982 "the constitution protects with special solicitude; a PRISONER's access to the Courts."

11.) Plaintiff states See: Also Gluth V. KANSAS, 773 F. Supp. 1309, 1315 (D. Ariz. 1988) The Adversary system is supposed to strike a balance between two competing interest See: Colon V. Coughlin, 58 F. 3d 865 872. (2d Cir. 1995) See: FRANCO V. Kelly, 854. F. 2d 584. 589. (2d Cir. 1988).



12.) Plaintiff states there is Cite and Good Reason For this Court to Renewal and Re-Consider Plaintiff Request For Appointment of Counsel and Grant him Remedy as Plaintiff Request of This Court. also Plaintiff informs this Court that on 11-7-2003 Plaintiff was transferd to Cheshire Correctional and put in Protective Custody. Plaintiff is on a probation period and was told if he gets Disciplinary Reports he Could be return to Northern C.I. Super max Prison Facility so his issues in this Complaint is not Mute or Moot.

See attached Protective Custody Memo Dated 11-24-03. inclosed. Plaintiff thanks the Court.

Lloyd G. Morgan
By the plaintiff. Lloyd G. Morgan, Jr

## CERTIFICATION

This is to Certify that a CCRY of This motion has or have been Mailed Postage Prepaid on Date 11-12-2003 to all Parties Below.

Office of Attorney Generals

(AAG) Lynn D. Witterbrink
110 Sherman Street
Hartford CT 06105

Lloyd G. Morgan
By the plaintiff Lloyd G. Morgan, JR
Cheshire Correctional Institution
900 Highland Ave
Cheshire, CT 06410

Connecticut Civil Liberties Union
Attorney Philip D. Tegeler
32 Grand Street
Hartford CT 06106