UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 MAY 10 P 1: 30
U.S. DISTRICT COURT
HARTFORD, CT.

LLOYD D. GEORGE MORGAN, JR.   : CIVIL NO.
                              : 3:01CV1107 (WIG)(CFD)
    Plaintiffs,            :
                              :
v.                            :
                              :
GOVERNOR JOHN G. ROWLAND, et al. :
                              : May 7, 2004
    Defendant.             :

### APPEARANCE

Please enter my appearance as amicus for the plaintiff in the above-captioned action, in lieu of Philip Tegeler.

Respectfully Submitted,

BY: _____
Annette Lamoreaux (ct25749)
Connecticut Civil Liberties Union
Foundation
32 Grand Street
Hartford, CT 06106
Telephone: 860-247-9823 x 211
Fax: 860-728-0287
E-mail: annettel@cclu.org

CERTIFICATE OF SERVICE

This is to certify that on this ___ day of May, 2004, a copy of the foregoing has been mailed postage prepaid to:

Lynn D. Wittenbrink
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Lloyd George Morgan Jr.
Inmate #117796
Northern Correctional Institute
PO Box 665
Somers, CT 06071

Annette Lamoreaux