(1)

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
2004 MAY 11 P 5:31
U.S. DISTRICT COURT
BRIDGEPORT, CONN

LLOYD GEORGE MORGAN JR    CASE NO. 3:01-CV-1107(CFD)(WIG)

V.

GOVERNOR JOHN G. ROWLAND, ET AL.    Date 5-4-2004

## MOTION FOR CORRECTION and FOR COURT INVESTIGATION

1. Now, Comes the pro-se plaintiff Lloyd George Morgan JR moves this Honorable Court in the best interest of Justice as well as Good faith seeking that this Court order Correction and a Investigation to deter the errors of the Courts Staff, that can Cause injury to the plaintiff case on 4-29-2004 I recieved a envelope from this Court with my Case Docket No. 3:01-CV-1107(CFD)(WIG) sending a Ruling and order to me that was not my Case being a Case titled STANLEY WILLIAMS V. FARLEY, Case No. 3:03CV2230(AWT) a Judgement of Dismissal, see inclosed said items.

2. Plaintiff realize this is a Court error of where this Court staff sent me Mr. STANLEY WILLIAMS Documents ment for him and possibley sent ruleing of this case of MORGAN V. ROWLAND, that was ment for me to him so I never got the reply letter from Clerks Office or Ruleings from this Court ment for me to him.



3.)    do to this Plaintiff does Not know what Ruling and order this court may or may Not have giving or what this court was trying to send to me, and I cant reply to this court to attempt to Defend this case, I ask of this court to Rectify this and order a investigation to deter these problems and that this court restart the time limitation for me to be Able to object or file a reply to this court timely Plaintiff also Request that his pending motions for Appointment of counsel be Answered and that the clerks reply to his pending letter in this case as he never got any reply Plaintiff request a copy of a complete updated Docket Sheet to this case Plaintiff thanks this court for its time.

By The Plaintiff _Lloyd M Morgan_
Lloyd George Morgan Jr #117796
Cheshire Correctional Inst.
900 Highland Ave
Cheshire, CT 06410

(4)

## CERTIFICATION

THIS is to certify that a copy of the foregoing motion was mailed to all parties of record as so noted below on date MAY 4, 2004

Office of Attorney General
(AAG) Lynn D. Wittenbrink
110 Sherman Street
Hartford, CT 06105

Connecticut Civil Liberties Union
Atty. Philip D. Tegeler
32 Grand Street
Hartford CT 06106

By The Plaintiff Lloyd George Morgan JR
Mr. Lloyd George Morgan JR #117796
Cheshire Correctional Inst
900 Highland Ave
Cheshire, CT 06410

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
915 LAFAYETTE BLVD.
BRIDGEPORT, CONNECTICUT 06604

OFFICIAL BUSINESS

N630

117796

BRIDGEPORT
27 APR 2004

U.S. POSTAGE
$00.370
06604

06410/1698

Lloyd George Morgan  
Cheshire Correctional Institution  
900 Highland Avenue  
Cheshire, CT 06410

                     3:01-cv-1107(CFD)(WIG)

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 APR 23 P 1:57

U.S. DISTRICT COURT

STANLEY WILLIAMS

v.

OFFICER FARLEY
OFFICER AMES
OFFICER NORWOOD
OFFICER CURTIS
OFFICER TAYLOR
LIEUTENANT CASEY
LIEUTENANT KNAPP
WARDEN LARRY MYERS
NURSE HILL
COMMISSIONER JOHN ARMSTRONG

PRISONER
CASE NO. 3:03CV2230(AWT)

JUDGMENT OF DISMISSAL

On March 15, 2004, the court denied plaintiff's application to proceed in forma pauperis and notified him that if the filing fee was not submitted to the court within 30 days of the date of the order the complaint would be dismissed. Plaintiff has failed to deliver the filing fee to the court as specified or seek additional time within which to do so.

Therefore, it is ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice.

Entered at Bridgeport, Connecticut, this 23rd day of April, 2004.

Alvin W. Thompson
United States District Judge

Entered on the Docket _____