Page 1

UNITED STATES DISTRICT Co **FILED**

DISTRICT OF CONNECTICUT

2004 JUN 16 P 3:12

U.S. DISTRICT COURT
BRIDGEPORT CONN

LLOYD GEORGE MORGAN, JR     CASE NO. 3:01CV1107(CFD)(WIG)

V.

GOVERNOR JOHN G. ROWLAND, ETAL     Date 6-11-2004

MOTION OF OBJECTION TO DEFENDANT'S
MOTION OF MEMORANDUM IN OPPOSITION TO
PLAINTIFF'S MOTION FOR INJUNTIVE RELIEF
AND MOTION FOR ORDER TO END THE CONSTANT
RETALIATION.

1) Now comes the Pro-Se Plaintiff moves in the best
interest of Justice and in good faith to this Court
and respectfully objects to Defendant's Motion of Memorandum
In opposition to Motion for Injuntive Relief, Dated June 8, 2004
this motion was Hand delivered to Plaintiff on 6-10-2004
By Captain E. Saunday, it Had no Heading motion cover but
Just the memorandum.

2.) Plaintiff objects and ask this Court to disregard
Defendant's motion Based on the fact Plaintiff motion
Was Dated 12-19,2003 Filed months ago Around that same
time the attorney Generals office Had well more
then enough time to File its objection but
intentionally neglected to do so, (AAG) Lynn D.
Witterbrink must not Be allowed to feel above
the Law and Rules of THIS Court.

Page 2

3.) Plaintiff ask that this Court Give a Court Order ordering Defendants attorney (AAG) Lynn D. Wittenbrink to Send Copies of any and all Her filings and Letters to the Court to Connecticut Civil Liberties union atty's that has a official apperence filed in this Case, She Has not done so with this motion and has done so intentionally to Keep (CCLU) Blind to Her Tricks, THIS IS Another reason this Court must Deny the motion as untimely. Plaintiff Thanks this Court for its Consideration.

By The Plaintiff _Lloyd G. Morgan_
MR. LLoyd George Morgan Jr. #117796
Cheshire Correctional Inst.
900 Highland Ave
Cheshire, CT 06410

## CERTIFICATION

THIS is to Certify that a Copy of The foregoing was mailed Postage Prepaid to all Parties of record on 6-11-04 as so noted Below

By THE Plaintiff _Lloyd G. Morgan_

Office of the Attorney Generals
AAG Lynn D Wittenbrink
110 Sherman Street
Hartford, CT 06105

Connecticut Civil Liberties union
Atty. Anette ~~boreaugoo~~ Lamoreaux, (Ct 25769).

Atty. Philip D. Tegeler
32 Grand Street
Hartford, CT 06106.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


LLOYD D. GEORGE MORGAN, JR. :  CIVIL NO.
            :   3:01CV1107 (WIG)(CFD)
      Plaintiffs,  :
            :
    v.      :
            :
GOVERNOR JOHN G. ROWLAND, et al. :
            :   May 7, 2004
      Defendant.  :


## **APPEARANCE**

Please enter my appearance as amicus for the plaintiff in the above-captioned action, in lieu of Philip Tegeler.


          Respectfully Submitted,

        BY: _____
          Annette Lamoreaux (ct 25349)
          Connecticut Civil Liberties Union
           Foundation
          32 Grand Street
          Hartford, CT 06106
          Telephone: 860-247-9823 x 211
          Fax: 860-728-0287
          E-mail: annettel@cclu.org

CERTIFICATE OF SERVICE

This is to certify that on this 24th day of May, 2004, a copy of the foregoing has been mailed postage prepaid to:

Lynn D. Wittenbrink
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Lloyd George Morgan Jr.
Inmate #117796
Northern Correctional Institute
PO Box 665
Somers, CT 06071

Annette Lamoreaux