Page 1.

United States District Court
District of Connecticut



Lloyd George Morgan, Jr.      Case No. 3:01cv1107 (CFD)(WIG).
V. Governor John G. Rowland, etal   Date  7-7/'04

MOTION FOR EXTENSION OF TIME
AND MOTION FOR ACCESS TO: LAW
LIBRARY AND PERSON TRAINED AT
LAW, AND MOTION FOR ACCESS
TO: UNLIMITED LEGAL PHONE
CALLS, AND MOTION OF OB-
JECTION TO COURTS RULING
AND ORDER.

1.) Now comes the pro-se Plaintiff, Lloyd George Morgan, Jr., moves in the best interest of Justice as well in good faith respectfully request a 90 day extension of time for these reasons — that on or about 7-2/'04 this plaintiff was allowed to call the Federal Clerks office in the U.N.S.D Court at Bridgeport office, seeking to find out why he has not received a ruling on his motions, and was told by Clerk Jody that this court issued rulings in May 2004. The Plaintiff made clear he was never aware and did not receive those rulings.

2.) Plaintiff was told by the said Deputy Clerk she

Page 2.

would send me out a copy, and today — 7/7/'04 the Plaintiff just received this copy, but did not get the first one.

3.) The reason may be because your staff sent me a ruling to another inmates case addressed to me. I returned it with a pending motion seeking to correct that's still pending. I just got the May 20, '04 ruling that's enclosed with this ruling, only granting 20 days that passed. This court should review the file and the size of the motion to Dismiss It's in 3 big parts of high complexity. There is no way this plaintiff can effectively reply to it in 20 days or without the use of a Law Library and persons trained at law. This court is just in a rush to dismiss this case and strike the Docket from the Court's business. This court seems to be intentionally overlooking many issues raised in the many motions I filed trying to save this case. This court has shown a biased and prejudice to the Plaintiff and intentionally skirts around his issues. This Plaintiff has raised issues about being denied medical and mental health treatment, and various complex issues as well.

4.) That this court has conspired to allow his pleas to fall on deaf ears, as former president Clinton said, that he did his wrongs just 'cause he could. This court has not been reasonable or realistic to the Plaintiff's

Page 3.

situations, but over favorable to the State Attorney Generals office, "Lynn D. Wittenbrink." This Plaintiff has been denied by the inmates "legal assistance program"

5.) Atty's have no access to a law or persons trained in law, as he is in Protective Custody — a form of Segregation where there is no real Law Library. The Protective Custody Prisoners have been imposed un-reasonable limitation of the meager Law Library. This court is in direct violation of Bounds v. Smith, 430 U.S. 817 (1977), in which the Supreme Court held that " it is now established beyond doubt that prisoners have a constitutional right of access to the courts." Id. at 821, and that such access must be "adequate, effect-ive, and meaningful." Id at 822. This court is even in direct violation of Lewis v. Casey, 815 U.S. 135 LED 2d 606, 116 SCt. — (1996). SEE: Chriceal v. Phillips, 169 F3d 313 (5th CIR. 1999). SEE: Morello v. James, 810 F. 2d 344, 346-47 (2d CIR. 1987) This court has not respected what. Hodge v. Police Officer, 802 F2d 58 61 (2nd CIR. 1986) is for ("Counsel would certainly be in a far better po-sition to assist with unlearned and sometimes barely literate prisoner").

6.) See also Hodge at 802. F2d at 61. This court has shown no respect for Hodge v. Police Officer or the rulings of

Page 4.

Colon v. Coughlin, 58 F. 3d 865, 872 (2d Cir. 1995). This plaintiff is being denied what he is entitled to by law by this unjust court with respect to Morello v. James, 810 F. 2d 344-47 (2d Cir. 1987) as he is entitled to by law with respect to State of CT. General Statue 18-81.

7.) This court acts like it's in bed with the office of the Attorney General and the Inmates legal Assistance Program of an illegal conspiracy to close inmates out of the Federal Court. This court seems to allow illegal corruption and go home and sleep well. It seems that this court money is his God and he has No concern for Justice, but wants to hide behind the robe of Justice. This court has made the Judicial System workable for the rich and powerful only, and not for people like me: as Robert M. LaFollette, SR – American Political & reform leader said in 1925, ("Let no man think we can deny civil liberty to others and retain it for ourselves."). The Judges of this court wears the Robes of Justice. This case fits your conduct. As Montesquier De L'Espirit Des Lois – 1748 said, "There is no more cruel tyranny than that which excercised under cover of law, and the colors of justice." SEE: U.S. v. Jannottie, 673 F 2d 578, 614 (3RD Cir. 1982)

8.) Plaintiff asks that this court order that he be

appointed person's trained at law to help him prepare a reply to the pending motion to Dismiss, appoint counsel due to his situation, or order Connecticut Civil Liberties Union, Atty. Annette Lamoreaux — who filed an appearance in this case, to file a complete motion of objection, or amend as she filed an appearance that reads: <u>Please enter my appearance as Amicus FOR the "Plaintiff".</u> She didn't say for the court, but me. See a copy of her attached motion, dated May 7, '04.

9.) Plaintiff states that due to the nature of the way she filed her appearance and the way she worded it, she filed her appearance as Amicus for Plaintiff. So she owes an obligation to defend this case. Plaintiff respectfully asks that this court order her to defend this case, or withdraw.

10.) Plaintiff objects to any and all rulings of this courts rulings in its motion rulings of 5-20/04 as enclosed to protect Appellate Rights to appeal.

11.) Plaintiff asks that this court grant some type of remedy so that he may be able to have help to reply to the pending motion to Dismiss, which is too complex for Plaintiff to reply to.

Page 6.

Plaintiff requests that this court review Plaintiff complaint pending and all exhibits and the merits as it should. Plaintiff also asks that this court order the defendants to grant him at least 4 legal calls a day during all working week days — from 9 A.M to 2:30 PM in order to locate legal help. To defend this case I'm only allowed 2 calls per month. I need more to seek help for a period of no more than 60 days from the date Plaintiff gets the court order, and is told by (D.O.C) or (AAG) Wittembrink.

12.) Plaintiff requests that if this court will not grant emergency appointment of counsel, then he is again asking that it orders the state Dept. of Corr. to provide this plaintiff with persons trained in law as he is entitled by law to reply to the motion to Dismiss, this court should grant some remedy. Plaintiff thanks the court and further asks that it monitor the situation as he may be subjected to retaliation or reprisal and transfered to punish him for the filing of this motion. By the office of Atty. General's and Defendants. See and keenly review attached motion — dated July 5, '04 — titled motion of, respectful request that Federal Judges Drowney and Garfinkel urgently Dismiss & remove themselves from this case,

Page 7

and review his motion for counsel. Plaintiff thanks this court for it's time and remedy.

By the Plaintiff *Lloyd G. Morgan JR*

Lloyd George Morgan, Jr. # 117796

Cheshire Correctional Institution

900 Highland Ave.

Cheshire, Ct. 06410

Page 8

## CERTIFICATION

This is to certify that a copy of this motion was mailed postage prepaid on 7-8 '04 to all parties of record as so noted below.

Office of Attorney Generals
(AAG) Lynn D. Wittenbrink
110 Sherman Street
Hartford, CT. 06105

Connecticut Civil Liberties Union
Atty. Annette Lamoreaux
32 Grand Street
Hartfort, CT. 06106

By the Plaintiffs: Lloyd L. Morgan, JR
Lloyd George Morgan, Jr. # 117796
Cheshire Corr. Inst.
900 Highland Ave.
Cheshire, Ct. 06410

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LLOYD GEORGE MORGAN, JR.                    :
                                            :                    PRISONER
        v.                                  : Case No. 3:01CV1107(CFD)(WIG)
                                            :
GOVERNOR JOHN G. ROWLAND, et al.            :

## RULING AND ORDER

This ruling considers five motions filed by plaintiff and one motion filed by defendants.

Defendant Butler moves to adopt the motion to dismiss filed by the other defendants in this case. Defendant Butler's motion is granted.

Plaintiff's first motion asks the court to provide him effective access to the courts. He identifies problems effective service on all defendants. After this motion was filed, the court granted plaintiff *in forma pauperis* status and has instructed the U.S. Marshal to effect service on the remaining defendants. All defendants now have appeared. Thus, any requests regarding service of the amended complaint now are moot. In addition, plaintiff asks the court to appoint counsel. This request is considered below.

Plaintiff has filed a motion asking the court to tell him, page by page, all of the deficiencies in the operative complaint and indicate whether each deficiency may be corrected by amendment. When the court conducts its initial review of a pro se prisoner complaint, the court should not dismiss the complaint without affording the plaintiff an opportunity to amend "unless the court can rule out any possibility, however unlikely it might be, that an amended complaint would succeed in stating a claim." Gomez v. USAA

Federal Savings Bank, 171 F.3d 794, 796 (2d Cir. 1999). Here, however, the court is not conducting a sua sponte review. Defendants have identified possible grounds for dismissal in their motion. Thus, plaintiff is aware of the possible grounds for dismissal. While the court affords pro se litigants some latitude and liberally construes their allegations, the court, it will not provide the detailed legal advice requested in this motion. Plaintiff's request for notice of deficiencies is denied. His request for appointment of counsel is considered below.

Plaintiff has filed two motions specifically seeking appointment of counsel. In addition, he has included a supplemental request for appointment of counsel in two other motions. Plaintiff notes that the court previously stated that he could renew his request for appointment of counsel after defendants responded to the complaint. On March 1, 2004, defendants filed a motion to dismiss.

When deciding whether to appoint counsel, the district court must "determine whether the indigent's position seems likely to be of substance." Id. In Cooper v. Sargenti, the Second Circuit cautioned the district courts against the "routine appointment of counsel" and reiterated the importance of requiring an indigent to "pass the test of likely merit." Cooper v. A. Sargenti Co., 877 F. 2d 170, 173-73 (2d Cir. 1989). The court explained that "even where the claim is not frivolous, counsel is often unwarranted where the indigent's chances of success are extremely slim." Id. at 171.

Plaintiff argues that his claims have merit because an attorney from the Connecticut Civil Liberties Union filed a has expressed an interest in becoming involved regarding at least one issue in this case. Defendants have moved to dismiss this action on several grounds. If they were to prevail, the case necessarily would be dismissed without

2

consideration of the merits of the claims.  Thus, until the court resolves the motion to dismiss, it cannot determine that plaintiff's claims possess the required likely merit. Accordingly, plaintiff's requests for appointment of counsel are denied.

Plaintiff also seeks an extension of time to respond to the motion to dismiss. Plaintiff's motion is granted.  Plaintiff shall file his response within twenty days from the date of this order.

In conclusion, defendant Butler's Motion to Adopt [**doc. #146**] and plaintiff's motion for extension of time [**doc. #136**] are **GRANTED**.  Plaintiff's Renewed Motion for Appointment of Counsel and Motion for Effective Access to the Court [**doc. #135**], letter motion for appointment of counsel [**doc. #147**], Motion for Notice of Deficiencies of this Pending Complaint and Motion for this Court Reconsideration [**doc. #144**] and Motion for Court to Grant Remedy and Order that Plaintiff be Granted Effective Access to the Courts in this Case [**doc. #115**] are **DENIED**.  Plaintiff may renew his request for appointment of counsel at a later stage of litigation.

Plaintiff is directed to file his response to defendants' motion to dismiss within **twenty (20)** days from the date of this order.  In addition, defendants are directed to file their response to plaintiff's motion for injunctive relief [doc. #123] within **twenty (20)** days from the date of this order.

**SO ORDERED**.

Entered this 20th day of May, 2004, at Bridgeport, Connecticut.

/S/ William I. Garfinkel
WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


LLOYD D. GEORGE MORGAN, JR.      :      CIVIL NO.
                                         :      3:01CV1107 (WIG)(CFD)
              Plaintiffs,    :

               :
         v.            :
               :
GOVERNOR JOHN G. ROWLAND, et al.   :
               :      May 7, 2004
            Defendant.    :


## <u>APPEARANCE</u>


Please enter my appearance as amicus for the plaintiff in the above-captioned action, in lieu

of Philip Tegeler.


                            Respectfully Submitted,

               BY:

                          Annette Lamoureaux (ct25349)
                          Connecticut Civil Liberties Union
                                Foundation
                          32 Grand Street
                          Hartford, CT 06106
                          Telephone: 860-247-9823 x 211
                          Fax: 860-728-0287
                          E-mail: annettel@cclu.org

## CERTIFICATE OF SERVICE

This is to certify that on this 24th day of May, 2004, a copy of the foregoing has been mailed postage prepaid to:

Lynn D. Wittenbrink
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Lloyd George Morgan Jr.
Inmate #117796
Northern Correctional Institute
PO Box 665
Somers, CT 06071

Annette Lamoreaux

①

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LLOYD GEORGE MORGAN, JR      CASE NO 3:01cv1107(CFD)(WIG)
                    VS.
GOVERNOR JOHN G. ROWLAND, et al, DATE July 5, 2004

MOTION OF A RESPECTFUL REQUEST THAT
FEDERAL COURT JUDGES CHRISTOPHER F. DRONEY
AND MAGISTRATE JUDGE WILLIAM I. GARFINKEL
URGENTLY DISMISS AND REMOVE THEM
SELF FROM THIS CASE.
AND PLAINTIFF RENEWS HIS MOTION FOR
URGENT APPOINTMENT OF Counsel

1  Now Comes the Plaintiff LLoyd George Morgan, JR
Pro-se moves in the Best intrest of Justice as well as
in Good faith respectfully PRAys and request that
Appointed Judges CHRISTOPHER F. DRoney, and WILLIam I,
GARFINKEL, withdraw and remove them self from
this Case URGently so that the best interest of Justice
May be served in this  Case. For reasons so noted Below.

2.  (A) both Federal Judges Droney, And GARFINKEL have
displayed a CLEAR none stop Pattern of PReJudice and
Biased, and or deliberate indifference towards this
Plaintiff and this Case at Hand and a Disregard FOR
the Laws and Rules OF THIS Honorable Court.

2

3.) that Both Judges made oath and Promise to upHold Before Becoming Lawyers and Prosecutors then Now Honorable Judges, this Court Said Judges, Have out right have Discriminated against this plaintiff and the rights of PRISONERS Laws and the many seting Standards of the SECOND CIR. APPellate Court, and have Shown over FAVORABLE treatment to the Political office of Attorney GENERALS office and its Appointed Agent Lynn D. Witterbrink, as well as Defendant Governor OR FORMER Governor John G. Rowlands office By its actions through out this Case to Cause intentional harm and inJury to this Case, and Give the State and attorney GENERALS office THE upper hand in this Case.

4.) this Court has intentionally disregarded and over Looked many of the plaintiff motions and issues and case Law cited, to Cause this Case to Get dismissed the plaintiff is Being Denied in a out Right CONSPIRICY of this Court Judges to Herass this plaintiff and give Him the Run ARound and Denied him effective access to this Court and or Persons TRAINed in Law to Litigate a Complet Case as this, By Denying Him Appointment of Cansel to Hand Discoveries and Production, and the need For expert MEDICAL witnesses, in his Behalf.

3

5.) there is Big credability issues do to the
fact Plantiff Have a mental HEALTH HISTORY and
is a PRISONER, Besides that this Court has
intentionally disregarded the Fact that there is
over 22 Defendants in this Case of HIGH RANKING
Agents, also That There is Complet issues of
Claims of Being Denied Medical effective
mental HEALTH, CARe, and excessive force, and
unsafe Living conditions Being Denied recreation
with out Restraints, many Complet issues.
this Court is well Awhere that office of the Attorney
Generals (AAG) LYNN D. Wittenbrink, Filed a motion
to Dismiss Dated 2-27-2004 with memorandum
in Support. of 3 Volum PARTS of Complexity HARd
Legal matters. Plantiff Request a copy of THE Docket Sheet
to this Case He is ~~need~~. need of this. UPDated

6.) the Plantiff makes Clear to this Court that
the said motion is to Complet FoR him to reply
to and that He cant respond to it with out
Appointment of Cunsel and PERSON TRAINed in
Law, I made it Clear to this Court that
I Have Been Denied any and all Help with
Litigating this Case By the INMATES' Legal
Assistance to PRISONERS PROGRAM. and
Its Agents with this Case.

4

7.) He has even sent the court many of there Letters. attached to his motions For Appointment OF Counsel, where They stated it, this court told me to Renew my motion For Appointment of Counsel once all Defendants Have Been served and The Defendants HAVE Filed a Answer to this Case, The Defendants HAVE Been served and Defendants HAVE Filed a Answer By way OF Motion to Dismiss. I called the deputy Clerk Jody Rodham on 7-2-2004 to find out whats going on with this case she told me this Court gave a Ruling OF May 2004, Denying all Plaintiff Motions, Plaintiff do not Believe He recieved a copy OF This Ruling and never remember of any May 2004 Ruling so there is problems where Plaintiff is not getting all Ruling safety.

8.) Plaintiff does what this court Demands and it intentionally Still Deny Plaintiff needs For Appointment OF Counsel, Just Because it Could, the case Has merit as the Connecticut Civil Liberties office Filed a Brief on the recreation issue, that Defendants Cansel never Filed a timely objection to it. this court, Cclu. Atty, Tegeler made it clear He did not Review all the issues in my Complaint But the one they Liked.

5

9.) they ARE NOT the plaintiff Lawyers, but act as a FRIEND of this Court, plaintiff asked them For Help in this Case and was Refused Based on they Get to many Cases and Atty. Tegeler Left the Firm, and this Court has Allowed the attorney GENERAL OFFICE to Run over the plaintiff and take ADVANTAGE and has APPROVED of this illegal Corruption, where THEy Got it Fix that He is Being Denied Help By (I LAP), plaintiff Request this Court to Remove them self From this Case and New Judges Appointed and He Also Renews HIS Request For Appointment OF Counsel and a DeNovo Review of THE Whole File and all motions Filed By PLAINTIFF.

BY THE Plaintiff X Lloyd G. MORGAN JR
X Lloyd G. MORGAN JR

MEMORANDUM OF Law FoR Counsel.

10.) See: ~~illegible~~ Cooper v. Sargenti Co. INC, 877 F.2d 170, 173, 2d Cir. 1989. which weighs IN FAVOR OF Appointment of Counsel in this Case See: Also MOOR V. MABUS, 976 F.2d 268, 272 (5th Cir. 1992) JACKSON V. County OF McLean, 953 F.2d 1070, 1073 (7th Cir. 1992.) See: Tucker v. RANDALL, 948 F.2d 388. 392. (7th Cir. 1991) where Cross-examination OF medical witness Called by the Defendants, Counsel Should Be Appointe.

(6)

11.) this Court Should Consider Plaintiff is not Able to Properly investigate the facts of this Case. See: GATSON V. COUGHLIN, 679 F. Supp. 270, 273 (W.D.N.Y. 1988) TUCKER V. RANDELL, 948 F.2d 388, 391-92 (7th CIR. 1991) ARMSTRONG V. SNYDER, 103 F.R.D. 96 105 (E.D. Wis. 1984) See: TUCKER V. DICKEY, 613 F. Supp. 1124 1133-34 (W.D. Wis. 1985) Plaintiff Medical History and for discovce supported Appointment of Counsel.

12.) Plaintiff is now in Protective Custody a form of segregation supports the Appointment of Counsel in this Case see: WHISENANT V. YUAN, 739, F.2d 160, 163 (4th CIR. 1984.) See: REYES V. JOHNSON 969 F.2d 700, 703-04 (8th CIR. 1992) the Legal Complexity of the Case Supports the need of Appointment of Counsel See: ABDULLAH V. GUNTER, 949 F.2d 1032, 1036 (8th CIR. 1991) Plaintiff also Has made a JURY Demand in this Case also SUPPORTS Appointment of Counsel See: HUDSON V. MCMILLIAN, — U.S. — 112 S.Ct. 995 1000 (1992) ESTELLE V. GAMBLE, 429 U.S. 97, 105, 97 S.Ct. 285 (1976)

## Conclusion

For the foregoing reasons, the Court should grant Plaintiff motion For Appointment of Counsel and Remove Then self From the case.

7

## CERTIFICATION

THIS IS to CERTIFy that a COPY OF THIS
motion was MAILED POSTAGE PrePAId
to All PARTIES So Noted Bellow on
    DATE July 5,2004


OFFICE OF THE Attorney GeneRALS
(AAG) LyNA D. WITTENBRINK
    110 SHERMAN Street
    HARTFOrd, CT 06105


COnnecticut CIVIL LiBerties UNION
    Atty. Annette LAmoreaux Ct (25769)
    32 GRAnd street
    HARTFOrd, CT 06106


                    x Lloyd G. MORGAN, JR
        By THE PLAINTIFF Lloyd G. morgan, JR
        LLoyd George MorgAN JR # 117796
        CHeshire CorrectioNAL INst.
        900 HIGHLAND, Ave
        CHeshire, CT 06410

<u>Page 1</u>

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LLOYD GEORGE MORGAN, JR        CASE NO# 3:01 CV1107(CFD)(WIG)

V.

GOVERNOR JOHN G. ROWLAND, ETAL    Date 6-11-2004

<u>MOTION OF OBJECTION TO DEFENDANT'S</u>
<u>MOTION OF MEMORANDUM IN OPPOSITION TO</u>
<u>PLAINTIFFS MOTION FOR INJUNTIVE RELIEF</u>
<u>AND MOTION FOR ORDER TO END THE CONSTANT</u>
<u>RETALIATION.</u>

1) Now Comes the Pro-Se Plaintiff moves in the best
intrest of Justice and in Good faith to this Court
and respectfully OBJECTS to Defendant's Motion of Memorandum
in opposition to Motion for Injuntive Relief Dated June 8, 2004
this motion was Hand delivered to Plaintiff on 6-10-2004
By Captain E. Saundry, it HAD No Heading motion Cover but
Just the memorandum.

2.) Plaintiff objects and ask this Court to disregard
Defendants motion Based on the fact Plaintiff motion
was Dated 12-19, 2003 Filed months ago Around that same
time the attorney Generals Office HAD well more
then enough time to File its Objection but
intentionally Neglected to do so, (AAG) Lynn D.
Witterbrink must not Be allowed to Feel Above
the Law and Rules of This Court.

<u>Page 2</u>

3.) Plaintiff ask that this Court Give a Court order ordering Defendants attorney (AAG) Lynn D. Wittenbrink to Send Copies of any and all Her filings and Letters to the Court to Connecticut Civil Liberties union atty's that has a OFFICIAL Apperence Filed in this Case, She Has not done so with this motion and has done so intentionally to Keep (CCLU) Blind to Her Tricks, THIS IS Another reason this Court must Deny Her motion as untimely. Plaintiff Thanks this Court for its Consideration.

Lloyd G. Morgan Jr
By The Plaintiff ~Lloyd G. Morgan~
Mr. Lloyd George Morgan Jr #117796
Cheshire Correctional Inst.
900 Highland Ave
Cheshire, CT 06410

<u>CERTIFICATION</u>

THIS is to Certify that a Copy of The foregoing was mailed Postage Prepaid to all parties of record on 6-11-04 as so noted Below

Lloyd G. Morgan Jr
By The Plaintiff ~Lloyd G. Morgan~

Office of the Attorney Generals
AAG Lynn D Wittenbrink
110 Sherman Street
Hartford, CT 06105

Connecticut Civil Liberties union
Atty. Anette Laumroght

Atty. Philip D. Tegeler
32 Grand Street
Hartford, CT 06106.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


| | | |
|---|---|---|
| LLOYD D. GEORGE MORGAN, JR. | : | CIVIL NO. |
| | : | 3:01CV1107 (WIG)(CFD) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| GOVERNOR JOHN G. ROWLAND, et al. | : | |
| | : | May 7, 2004 |
| Defendant. | : | |

## **APPEARANCE**

Please enter my appearance as amicus for the plaintiff in the above-captioned action, in lieu of Philip Tegeler.

Respectfully Submitted,

BY:

Annette Lamoreaux (ct 25749)
Connecticut Civil Liberties Union
Foundation
32 Grand Street
Hartford, CT 06106
Telephone: 860-247-9823 x 211
Fax: 860-728-0287
E-mail: annettel@cclu.org

## CERTIFICATE OF SERVICE

This is to certify that on this 22 day of May, 2004, a copy of the foregoing has been mailed postage prepaid to:

Lynn D. Wittenbrink
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Lloyd George Morgan Jr.
Inmate #117796
Northern Correctional Institute
PO Box 665
Somers, CT 06071

Annette Lamoreaux

## PARTICIPATING FIRMS - PRO BONO PROGRAM

1.      **Bai Pollock & Dunnigan**
        10 Middle St.
        Bridgeport, CT  06604  **(203) 366-7991**

2.      **Beck & Eldergill**
        447 Center St.
        Manchester, CT  06040  **(860) 646-5606**

3.      **Law Offices of Gerald E. Bodell**
        P.O. Box 9097
        Bridgeport, CT 06601    **(203) 335-8955**

4.      **Law Offices of Stuart G. Blackburn**
        516 Spring St.
        P.O. Box 3216
        Windsor Locks, CT 06906 **(860) 292-1116**

5.      **Tegan Blackburn**
        9 Avonwood Road
        Avon, CT 06001    **(860) 676-2500**

6.      **Brenner Saltzman & Wallman**
        271 Whitney Ave.
        New Haven, CT  06511  **(203) 772-2600**

7.      **Brown Paindiris & Scott**
        100 Pearl St.
        Hartford, CT  06103  **(860) 522-3343**

8.      **Cahill Goetsch & DiPersia**
        43 Trumbull St.
        New Haven, CT  06511  **(203) 777-1000**

9.      **Herbert V. Camp, Jr.**
        409 Main St.
        Ridgefield, CT  06877

10      **Frank P. Cannatelli**
        60 Main St.
        Ansonia, CT  06401    **(203) 736-9210**

22.    **Diana Conti, Houck, Tunilla & Comollo**
       1091 Main St.
       Manchester, CT  06040    **(860) 643-2181**

23.    **Offices of Jeremiah Donovan**
       PO Box 554
       Old Saybrook, CT  06475    **(860) 388-3750**

24.    **Durant, Nichols, Houston, Mitchell & Sheahan, P.C.**
       1057 Broad St.
       Bridgeport, CT  06604    **(203) 366-3438**

25.    **Early, Ludwick & Sweeney**
       P.O. Box 1866
       New Haven, CT 06508    **(203) 777-7799**

26.    **Offices of Jonathan Einhorn**
       412 Orange St.
       New Haven, CT  06511    **(203) 777-3777**

27.    **Ellis & Trattner, P.C.**
       27 Mill Plain Road
       P.O. Box 2298
       Danbury, CT 06183 **(203) 743-3010**

28.    **Emmett Fins & Glander**
       45 Franklin St.
       Stamford, CT  06901    **(203) 324-7744**

29.    **Evans, Feldman & Boyer**
       261 Bradley Street
       New Haven, CT  06507 **(203) 772-4900**

30.    **Fabiani, Kone & McGraw, P.C.**
       714 State St.
       New Haven, CT  06511    **(203) 624-8335**

31.    **Gager & Henry**
       P.O. Box 2480
       Waterbury, CT  06722-2480    **(203) 597-5100**

32.    **Garrison, Phelon, Levin-Epstein & Penzel**
       405 Orange St.
       New Haven, CT  06511    **(203) 777-4425**

44. **Koskoff, Koskoff & Bieder**
350 Fairfield Ave.
Bridgeport, CT 06604  **(203) 336-4421**

45. **Paul R. Kraus**
129 Church Street, Suite 518
New Haven, CT  06510   **(203) 867-4088**

46. **Law Offices of Charles Kurmay**
3005 Main Street
Statford, CT 06614 **(203) 380-1743**

47. **LaBelle, LaBelle, Nabb & Horvath, P.C.**
295 East Center St.
Machester, CT 06040 **(860) 647-7000**

48. **Law Offices of Paul Lange**
799 Silver Lane
Suite 3000
Trumbull, CT 06611 **(203) 375-7724**

49. **Lasala, Walsh & Wicklow**
168 Bradley St., P.O. Box 1302
New Haven, CT  06505-1302   **(203) 785-8929**

50. **LeBoeuf, Lamb, Greene & MacRae**
225 Asylum St.
Hartford, CT 06103        **(860) 293-3538**

51. **Leone Throwe Teller & Nagle**
33 Connecticut Blvd.
East Hartford, CT  06108   **(860) 528-2145**

52. **Offices of David M. Lesser**
PO Box 1729
New Haven, CT  06507 **(203) 787-0135**

53. **Offices of Merwin Leven**
11 Leatherstocking Lane
Mamaroneck, NY  10543 **(914) 698-3470**

54. **Levett Rockwood & Sanders, PC**
33 Riverside Ave.
Westport, CT  06880   **(203) 222-0885**

66. **Law Offices of Frank J. Riccio**
PO Box 491
Bridgeport, CT  06601   **(203) 333-6135**

67. **RisCassi & Davis**
131 Oak St.
Hartford, CT  06106   **(860) 522-1196**

68. **Robinson & Cole**
One Commercial Plaza                 P.O. Box 10305
Hartford, CT  06103-3597              Stamford, CT  06904-2305
**(860) 275-8244**                       **(203) 359-8576**

69. **Rogin Nassau Caplan Lassman & Hirtle**
CityPlace - 22nd Floor
Hartford, CT  06103-3460   **(860) 278-7480**

70. **Rome, McGuigan, Sabanosh, P.C.**
One State St.
Hartford, CT  06103   **(860) 549-1000**

71. **Rosen & Dolan**
400 Orange St.
New Haven, CT  06511   **(203) 787-3513**

72. **Rosenstein & Barnes**
1100 Kings Highway
Fairfield, CT 06432   **(203) 367-7922)**

73. **Offices of Harry Schochat**
30 Hazel Terrace
Woodbridge, CT  06525   **(203) 397-0052**

74. **Shipman & Goodwin**
One American Row
Hartford, CT  06103   **(860) 549-4770**

75. **Siegel O'Connor Schiff & Zangari**
370 Asylum St.                        171 Orange St.
Hartford, CT  06103                   New Haven, CT  06510
**(860) 727-8900**                       **(203) 789-0001**

76. **Silver Golub & Teitel**
P.O. Box 389
Stamford, CT  06904   **(203) 325-4491**

55. **Levy & Droney**
    P.O. Box 887
    Farmington, CT  06034-0887   **(860) 676-3000**

56  **Lynch Traub Keefe & Errante**
    52 Trumbull St., P.O. Box 1612
    New Haven, CT  06506  **(203) 787-0275**

57. **McCormick Paulding & Huber**
    266 Pearl St.
    Hartford, CT  06103  **(860) 549-5290**

58. **McNerney, Fitzgerald, Tiernan & Burns**
    59 Elm St., P.O. Box 1767
    New Haven, CT  06507  **(203) 562-3111**

59. **Murtha Cullina Richter & Pinney**
    P.O. Box 3197
    Hartford, CT  06103-0197   **(860) 240-6000**

60. **Charles D. O'Hara, Jr.**
    2145 North Ave.
    Bridgeport, CT 06604   **(203) 333-3434**

61. **Paul, Hastings, Janofsky & Walker**
    1055 Washington Blvd.
    Stamford, CT 06901 **(203) 981-7418**

62. **Pepe & Hazard**
    Goodwin Square
    Hartford, CT  06103-4302   **(860) 522-5175**

63. **Pullman Comley**
    P.O. Box 7006
    Bridgeport, CT  06601-7006   **(203) 330-2000**

64. **Robert J. Recio**
    5 Hopbrook Rd.
    Brookfield, CT 06804   **(203) 775-8487**

65. **Reid & Riege, PC**
    One State St.
    Hartford, CT  06103   **(860) 278-1150**

33.   **Gordon Muir & Foley**
      10 Columbus Blvd. - 3rd Floor
      Hartford, CT  06106  **(860) 525-5361**

34.   **John H. Gorman**
      144 Buckingham St.
      Waterbury, CT 06710 **(203) 575-1153**

35.   **Halloran & Sage**
      One Goodwin Square
      Hartford, CT  06103  **(860) 522-6103**

36.   **Hebb & Gitlin**
      One State St.
      Hartford, CT  06103-3178   **(860) 240-2700**

37.   **Gerald Hecht & Assoc.**
      30 Main St.
      Danbury, CT  06810   **(203) 792-3201**

38.   **Howd & Ludorf**
      65 Wethersfield Avenue
      Hartford, CT 06114  **(860) 249-1361**

39.   **Hurwitz & Sagarin**
      147 North Broad St., P.O. Box 112
      Milford, CT  06460  **(203) 877-6071**

40.   **Jacobs, Grudberg, Belt & Dow**
      350 Orange Street
      New Haven, CT 06503 **(203) 772-3100**

41.   **Jacobs Jacobs, & Shannon**
      265 Orange St.
      New Haven, CT  06510   **(203) 562-6111**

42.   **Kelley Drye & Warren**
      Six Stamford Forum
      Stamford, CT  06901   **(203) 324-1400**

43.   **Lawrence J. Kissling, III**
      24 East Avenue, Suite 245
      New Canaan, CT 06840   **(203) 966-3330**

11      **Carmody & Torrance**
        195 Church St.                              50 Leavenworth St.
        New Haven, CT  06510                        Waterbury, Ct 06721
        **(203) 777-5501**                          **(203) 573-1200**

12.     **Carpenter & Robinson, LLP**
        2187 Atlantic Street
        Stamford, CT 06902      **(203) 425-4500**

13.     **Carter Rubenstein & Civitello**
        18 Trumbull St.
        New Haven, CT 06511   **(203) 782-6444**

14.     **Offices of William H. Clendenen, Jr.**
        PO Box 301
        New Haven, CT  06502-0301   **(203) 787-1183**

15.     **Cohen & Wolf**
        1115 Broad St., P.O. Box 1821
        Bridgeport, CT  06601     **(203) 368-0211**

16.     **Collins, Collins & Collins**
        357 East Center St.
        Manchester, CT 06040    **(860) 646-2424**

17.     **Connecticut Civil Liberties Union Foundation**
        32 Grand St.
        Hartford, CT  06103   **(860) 247-9823**

18.     **Corcoran Mallin & Aresco, P.C.**
        One Commercial Plaza
        Hartford, CT  06103-3599    **(860) 520-5100**

19.     **Cummings & Lockwood**
        P.O. Box 120                    CityPlace - 36th Floor
        Stamford, CT  06904   **(203) 327-1700**    Hartford, CT  06103 **(860) 275-6700**

20.     **Day Berry & Howard**
        CityPlace                       One Canterbury Green
        Hartford, CT  06103   **(860) 275-0100**    Stamford, CT 06901 **(203) 977-7300**

21.     **Joseph F. DePaolo, Jr.**
        76 Cornerstone Ct.
        Plantsville, CT  06479    **(860) 621-1225**

88. **The Jerome N. Frank Legal Services Organization - Yale Law School**
P.O. Box 209090
New Haven, CT 06520   **(203) 432-4800**

89. **University of Connecticut Law School Civil Clinic**
65 Elizabeth St.
Hartford, CT 06105   **(860) 241-4679**

90. **Quinnipiac College School of Law**
Civil Clinic
275 Mt. Carmel Ave.
Hamden, CT 06518 **(203 287-3238)**