Page 1.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2004 JUL 26 P 6:01
U.S. DISTRICT COURT

Lloyd George Morgan, Jr.        Case No. 3:01 CV-1107(CFD)(WIG)

vs.

Governor John G. Rowland, ET,AL.,  DATE: 7-15/'04

### MOTION FOR RELIEF FROM JUDGEMENT AND MOTION FOR REQUESTING THIS COURT ORDER- THE DEFENDANT'S STATE OF CONNECTICUT TO: STOP WITHOLDING HIS LEGAL MAIL AND RULINGS AND ORDERS TO THIS CASE.

1. Now comes the pro-se Plaintiff, Lloyd George Morgan, Jr., persuant to Federal rules of Civil procedures. Rule 60 moves in good faith as well as in the best interest of justice. The above mentioned respectfully requests a relief from judgement of this courts ruling and order to dismiss this case for these reasons: today, 7-15/'04, this Plaintiff received legal mail that was dated 7-8/'04 from Connecticut Civil Liberties Union, attorney Annette M. Lamoreaux — that was sent by certified mail on or about July 8, 2004, delayed by Scott Hadlock, that was pre-opened, reclosed, and witheld.

   i. the prison officials in the letter (CCLU), Atty. Lamo-
   < made clear that CCLU could not help me with

defending this case, and it was also said that the case has already been dismissed by this court.

3. She said a copy of the order you gave to dismiss this case was enclosed. There was no such order enclosed, so either prison staff removed the order so I would not see it or it was never enclosed by CCLU. But an order dated 3-22/'04 by Hon. Judge Droney - of 7 pages that does not say my case or this case - was dismissed. See enclosed a copy of (CCLU) Atty Lamoreaux's letter, dated July 8, '04, given to Plaintiff today, who signed for this mail on 7-15/'04. On 7-2/'04 I called the court seeking to find out if any rulings had been issued in this case on the Plaintiffs various pending motions, or if counsel had been appointed to help Plaintiff reply to pending motion to dismiss, dated 2-27/'04, and was told by Deputy Clerk Jody Badham that on May '04 this court issued rulings that were mailed to Plaintiff.

4. Plaintiff made clear that he NEVER received those rulings, and your staff said it would send Plaintiff another copy, which he received on 7-7/'04. Plaintiff then filed the enclosed motion to protect this case, titled MOTION FOR ACCESS to: Law Library and persons trained at law, and MOTION FOR ACCESS to: Unlimitted legal calls, and Motion of Objections to: Court ruling and order. Motion for extension

of time, dated 7-7/'04, with a copy of this courts rulings, dated May 20, '04 that he never got or saw till he received the 2nd copy on 7-7/04.

5. Plaintiff also filed a motion, titled, motion of a respectful request, that Federal Court Judges — Christopher F. Droney and Majistrate Judge William Garfinkel — urgently dismissed and removed themselves from this case. The Plaintiff renews his motion for urgent appointment of counsel, dated 7-5/'04, with all attachments or inclosure and a motion of objection, dated 6-11/'04. Please keenly review the enclosed motions that will clearly explain Plaintiff issues raised and why a <u>Belief</u> from Judgement to Dismiss this case should be granted.

6. Plaintiff also informs this court that he never received any ruling and order from this court telling him that this case has been dismissed till this day and never knew the case was dismissed, until told by (CCLU) Atty. Annette M. Lamoreaux in her enclosed letter dated 7,8/'04 that he got today. See Plaintiff letter of complaint to Warden James E. Dzurenda, dated 7-2/'04, concerning the problems of him not receiving any and all ruling and orders in this case and his legal mail problems enclosed, and Warden reply — dated: 7-8/'04. Plaintiff mail was intentionally targeted and witheld during the crucial,

Critical time of his needs of access to this court that caused injury to this case. Plaintiff cannot reply to the courts properly if he can't receive his legal mail from this court to reply to, and the Attorney Generals Office is conspiring with prison agents to cause this to happen. Due to this, the Plaintiff's case should be reopened and not Dismissed. SEE: Thompson v. I.N.S., 375 US 374, 11 LED 2d 404, 74 SCt. 397 (1967). Harris Truck Lines v. Cherry Meat Packers, 371 US 212, 9 LED. 261, 83 SCt (383).

These cases have the criteria for "excusable neglect", "unique circumstances."

SEE: Justice v. U.S., 6 F3d 1474 (11th CIR. 1993).

SEE: Yerdon v. Henry, 91 F3d 370 (2nd CIR. 1996).

SEE: Danzer v. Norden System inc, 151 F3d 50 (2nd CIR. 1998).

SEE: Heron v. Harrison, 203 F3d 410 (6th CIR. 2000).

Based on these cases plaintiff's case should not be dismissed.

7. Plaintiff objects to any and all issues in the defendants pending motion to dismiss that has been raised; and state he has exhausted the prison grievance system on all issues before the filing of this suit

8. Plaintiff states his issues are not moot, as there is a chance he could get into trouble and be transferred back to the Northern C.I. Facility, and be put back in the same situation. Also, Plaintiff is still entitled to recover damages and remedy due to his said issues and constitutional violations alleged by Plaintiff. This court is in error to dismiss this case when this court is well aware that he is being denied access of persons trained in law or law library to enable him to respond to the complaint as he is entitled to by law — as so noted in: Chriceol v. Phillips, 169 F3d 313 (5th Cir. 1999;) Bounds v. Smith, 430 U.S 817 (1997); Lewis v. Casey 815 U.S 135 LEd 2d 606. 116 Sct. (1996), and, Morello v. James, 810 F2d 344, 346-47 (2nd Cir. 1987). He is entitled to by law with respect to State of Connecticut General Statutes 18-81 that prison officials and the inmate Legal Assistance Program have denied this Plaintiff; that this court has turned a deaf ear to.

9. Plaintiff wrote letters dates 7-15/'04 to (D.O.C) Comm. Theresa C. Lantz, Sydney T. Schulman of (I.L.A.P), and Judges Drowney and Garfinkel, seeking to be granted access to person trained at law and law library. Before he found out and received the mail later today from (CCLU) telling him this case was

10. dismissed Plaintiff objects to the dismissing this case. Plaintiff requests that remedy be granted to Plaintiff and the court order prison officials to stop witholding and targeting his legal mail. The said mentioned letters — all dated 7-15/04 — are enclosed for this courts keen review. Plaintiff also asks that this court order its clerks to provide Plaintiff a full set of any, and all exhibits mentioned in the amended complaint of this case, and any and all reading of rulings and orders this court issued in this case from the start of this case till the present. Plaintiff is also in need of a copy of the docket sheet due to indigency status and can't afford the cost of copying, and is requesting the court waves its cost. Plaintiff also asks that the court keenly review all exhibits attached to last accepted Amended complaint to show the case should not be dismissed. Plaintiff requests a Denovo Review of all his motions and the rulings this court made in error.

11. Plaintiff never received any Appellate package by this court and if this motion is denied that he be granted all these items and to be told the time limit and where to send his appeal package to this case; the name and address of court and court staff. Plaintiff also asks that this court order its clerks to call to

talk to me to see that I get the mail its sent to protect my time limitation. Plaintiff thanks this Court for its efforts and consideration. Plaintiff requests appointment of counsel in the case and remedy.

By the Plaintiff: Mr. Lloyd George Morgan JR

Lloyd George Morgan, Jr. #117796
Cheshire, Correctional Institution
900 Highland Ave.
Cheshire, Conn. 06410

## CERTIFICATION

This is to certify that a copy of the foregoing motion was mailed postage prepaid on 7-16/'04 to all parties of record as so noted below.

Office of Attorney General
(AAG) Lynn D. Wittenbrink
110 Sherman St.
Hartford, Conn. 06105

By Plaintiff: Mr. Lloyd George Morgan JR

Connecticut Civil Liberties Union
Atty. Annette M. Lamoreaux
32 Grand St.
Hartford, Conn. 06106

Lloyd George Morgan, Jr. #117796
Cheshire, Corr. Inst.
900 Highland Ave.
Cheshire, Conn. 06410

DATE: 7-16/'04