United States District Court
District of Connecticut

FILED
2004 JUL 26 P 6:01
U.S. DISTRICT COURT
BRIDGEPORT CONN

Lloyd George Morgan, Jr,   Case No. 3:01 CV11 07 (CFD)(WIG)

V.

Governor John G. Rowland, et al.   Date: 7-16-2004

### Notice of Motion of Plaintiff's Request to File Urgent Appeal In This Case.

1) → Now comes the pro-se plaintiff who moves in good faith as well as in the best interest of justice respectfully objects to any dismissal of this case and request a urgent appeal and that he be sent a complete appeal package in this case and that the whole complete file be sent of any and all motions filed by the plaintiff from the start of this case till the end, or present day. Any and all letters wrote to this court by plaintiff to clerk's, and Judges.

2) → Plaintiff states that he was never sent a copy of any ruling telling him this case was dismissed by this court, or if it sent it by prison officials which never gave him these rulings, see enclosed a copy of the complaint letter to chief federal court clerk Kevin F. Row dated 7-16-2004.

3)→ clearly so noting all the issues that the plaintiff suffers in this case and see all enclosed motions that mention in that letter to clerk row which clearly state all errors and issues and defect that indure this plaintiff's case, and regards to mail tampering problems by prison officials that caused plaintiff not to get all this courts rulings and errors of your clerk's office and about the motions this court never addressed

4)→ plaintiff request that he be appointed or sent the motions of the appellate court seeking counsel to handle his appeal, and instructions on how to file the appeal and address to send it to. due to prison officials targeting my legal mail please send these items by certified mail to see that I get them in time, the plaintiff seeks to be told if this case has been dismissed? and the status of this case and that all enclosed motions be ruled on and pending motion and the perfect complete whole record be made and all sent to the appeals court for appeal and consideration of a complete Donovo review by the appeals court of this courts conduct and errors.

5)→ plaintiff request that a list of names and staff of the appeals court and the addresses be sent to him and information on how to request counsel to handle appeal in this case and who to request it from?

→

Plaintiff requests information of if governor Rowland ever made any recomendations to put Judges Droney or Jarsinkel in any power or ranking position and did they ever have any associations or dealings of any kind or go to any school or lodge together? or have they ever had any partnership or property or business dealins of any kind? that could cause a conflict of interest, the same question is concerning (AAg) Lynn D. Wittenbrink who is on this case and plaintiff request to be told the above said Judges views on the rights of prisoners cases? and the (PLRA) Law and Rules? Please answer any and all questions plaintiff asks and thanks the court and prays it will grant effective reasonable remedy to this case and as it sees fit.

6)→ Plaintiff also respectfully request that he be granted copies of any and all exhibits be sent with the accepted amended complaint, as mentioned in the pending complaint the defendants filed a motion to dismiss.

7)→ As he does not have copies of these exhibits but sent all he had to this court to protect them from falling into the wrong hands of the wrong persons so that he may effectively respond to this court. Plaintiff also respectfully request that he be allowed to adopt the legal arguments in plaintiffs John Auer v. William Donat, etal Case no. CV-n-99-0190-DWh (vpc) of Amicus Curiae briefs of the national prison project of the American civil

Liberties Union of Nevada. by Atty. David C. Fathi of 17 pages as reason why his case should not be dismissed but re-opened, re: to (PLRA) exhaustion rule. See inclosed briefs sent to me by (CCLU) Interim Legal Director Erin Boggs for plaintiff to use. see also hawes v. kerner and hughes v. Rowe, and Love v. Pullman Co. cases inclosed with this brief, to be considered with inclosed motion for relief of judgement dated 7-15-2004 by plaintiff.

By Plaintiff Signed Lloyd G. Morgan JR

MR. Lloyd George Morgan JR #117746
Cheshire Correctional Inst.
900 Highland Ave
Cheshire, CT 06410

Conclusion

The District honorable federal judges christopher F. Droney and William I. Garfinkel should grant and adopt a reasonable remedy as this court sees fit in its wisdom as respected judges on this case. By the plaintiff Lloyd G. Morgan JR

## Certification

This is to certify that a copy of the foregoing motion was mailed postage pre-paid on – 7-19-2004 to all parties of record as so noted below.

    Office of Attorney General
       (A.A.G) Lynn D. Wittenbrink
       110 Sherman Street
       Hartford CT. 06105

    Connecticut Civil Liberties Union Foundation
       Atty. Annette M. Lamoreaux
       32 Grand Street
       Hartford CT, 06106

    Atty. David C. Fathi
    National Prison Project of the Civil Liberties Foundation
       733 15th Street N.W. Suite 620
       Washington D.C. 2005
       Phone number. 202, 393, 4930

By the plaintiffs × Lloyd G. Morgan Jr
Mr. Lloyd George Morgan, Jr
#117796
Cheshire Correctional Inst
900 Highland Ave
Cheshire CT 06410