Side 1

UNITED States DISTRICT COURT
District of Connecticut

FILED
2004 AUG 17 P 4:42
U.S. DISTRICT COURT
BRIDGEPORT, CONN

LLOYD GEORGE MORGAN, JR        Case No. 3:01CV1107(CFD)(WIG)

V

GOVERNOR JOHN G. ROWLAND, ET.AL.    Date 8-9-2004

## MOTION FOR EXTENSION OF TIME

1) Now comes the Pro-se plaintiff Lloyd George Morgan, JR moves in the best interest of Justice as well as in Good faith ask this Court for reconsideration for more time to file a effective response to Defendants pending motion to Dismiss this case Dated 2-2004. Plaintiff Just recieved this Courts Ruling and order Dated 8-4-2004 today of 8-9-2004 ordering this plaintiff to file a answer to the Defendants motion to Dismiss by 8-13-2004 and 8-16-2004, and this Court Denied plaintiff motions for extension of Time and Motion for access To Law Library and Motion for Persons trained at Law. and Motion for access To unlimitted Legal Phone Calls. and objection To Courts Ruling and order Dated 7-7-04.

2.) Plaintiff objects to this Courts Rulings Dated 8-4-04 Denying plaintiff Motions He Completely objects to all its ruling to Preserve his appellate rights.

over →

Side 2

3.) Plaintiff ask this Court for consideration to file a effective reply for these reasons, he has Not Been allowed the usage of a Law Library by Prison officials since the filing and pending of this case there is No real Law Library at the Cheshire C.I. Prison Protective Custody Unit at the facility (PC) unit where this plaintiff is Housed also Inmates' Legal assistance Program attorneys refused me any and all Help at filing a response to this case, this Court has failed to Consider the Giant DisAdvantage I am in or that since Congress of this state of Connecticut Created the Statute of (C.G.S) 18-81. that orders Prison officials to Provide Prisoners in this state with Law Librarys or Persons trained at Law He has more rights to this and He is Being Denied all of this, this Court has the Power to inforce this so that plaintiff may effectively Defend this Case.

4.) Plaintiff ask for a full 90 days to reply to Be Able to Prepair a effective Objection to Defendants motion, the reason why plaintiff didnt reply cause for I He is Being Denied access to a Law Library and or Persons Trained at Law, Its always Been Law that Prison officials must ethere Provide Prisoners with effective Law Librarys or Persons trained at Law

Side 3

5.) this Court should so note that Lewis V. Casey, Didnt take that away from prisoners with out the usage of a Adequate Law Library or persons trained at Law this plaintiff is not able to give a effective objection and reply See: Gomez V. Vernon, 255 F3d 1118 (9th Cir. 2001) Inmates enjoy access to Law Libraries and assistance of Inmate Law Clerks as guarantee to thair due process right to access to Court.
See: also Wilson V. Yaklich, 148 F3d 596 (6th Cir. 1998) Access to the Courts to be afforted inmate must be Adequate, effective and meaningful.
It Should Be Clear to this Honorable Court that plaintiff Letters and motions Have Not Been Adequate, or effective and meaningful as 99 percent of them Have Been Denied and over looked by this courts and even yet this Court this is Cause plaintiff needs the usage of persons trained at Law and or Law Library.

6.) Defendant's Attorney Generals office has computerized Law Library and Top Skilled Lawyers against me this is not fair this Court Should strike a Balance Just Cause its the Fair thing to do. Plantiff ask Please of this Court to Grant him this Last Extension of time to Be Able to file a effective Adequate reply to the motion to Dismiss, for these reasons He found 1 Law firm who

Side 4

cont. who made clear that they could not file a apperence in this case, but is willing to have its staff and paralegal help me prepair a typed up effective adequate reply of objection and they told me that because the ("AG") office motion to dismiss is so large and complex they would need at least 100 hours of resurch and work to prepair a effective Pro-se reply for me to file, I sent them the only copy of the motion to dismiss this case that I had, we will also need copys of any and all Exhibits I sent to you with the accepted Amended Complaint, to attach to the motion of objection, to show I did exhaust the grievance system where it was needed before filing this complaint. So Plaintiff ask that this Court order its clerks to send him copies of any and all Exhibits mention in the accepted Amended Complaint.

7.) So that Plaintiff may be able to comply and respect this courts orders, Plaintiff request a waiver of cost for the copying of these Exhibits do to his situation and the court has granted forma pauperis status to the rest of the handleing of this case.

8.) Plaintiff sent the only Ethisits He HAd to this case to this Court and he does not have any as He needs to reply properly to the Court. Also Plaintiff ask for permission to file a 3rd Amended Complaint, with the motion and proposed Attached Complaint and Motion of Objection with his action, as the firm made clear that they wanted to type up a proper Amended Complaint and file a motion of Objection or Help me prepare it to be filed but that they wanted me to get this Court to Grant me around 90 days more time, I ask for this in Good faith, this would make it easy on the Court to review a typed up Amended Complaint and motion of objection that Complys to the Law with cite and the Rules of this Court.

9.) Since Plaintiff has found a Firm other than Inmate's Legal Assistance Program who is willing to Grant me Paralegal Help and Person Trained at Law, Plaintiff Begs this Court for Mercy for a Full Complete 90 days to File a Proper reply, and if this Court would like me to have this firm Contack this Court as proof that this be True please State so and How it seeks this firm to Contack this Court. Plaintiff called the firm and found out the firm says it will not Help me with this case. →

Side 6

10.) Plaintiff is not intentionally trying to Hold up this case IF THIS COURT WILL NOT GRANT plaintiff this Last Request He has filed a inclosed Supplemental objection as this Court Demanded thats not effective IF THIS COURT WILL GRANT Plaintiff Request please Hold off on the inclosed or attached motion of objection till the effective one is Done, Plaintiff Request a complete PRINT out of The Docket Sheet of THIS case, plaintiff THanks this court. For Its Consideration

By The Plaintiff _Lloyd G. Morgan JR_
MR. Lloyd George Morgan, JR
#117796
Cheshire C.I.
900 HIGHLAND Ave
CHESHIRe, CT 06410

### CERTIFICATION

THIS IS to CERTIFY that a Copy of THe Foregoing was mailed Postage Paid on Date to all PARTIes of Record as so Noted Bellow, Mailed on Date 8-10-2004

Office of Attorney Generals
(AAG) Atty. LYNN D. Wittenbrink
110 SHERMAN Street
HARTFORD, CT 06105

Connecticut Civil Liberties union
Atty. Annette Lamoreaux
32 GRAND Street
Hartford Connecticut, CT 06106.

By the Plaintiff _Lloyd G. Morgan JR_
Lloyd George Morgan, JR #117796
Cheshire C.I.
900 HIGHLAND Ave
Cheshire, CT 06410