UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
LLOYD GEORGE MORGAN, JR.         :
                                 :          PRISONER
       v.                        :  Case No. 3:01CV1107(CFD)(WIG)
                                 :
GOVERNOR JOHN G. ROWLAND, et al. :
```

RULING AND ORDER

Plaintiff has filed a motion for extension of time in which he seeks an additional ninety days to respond to defendants' motion to dismiss. He states that time is required because he has been in contact with an attorney who agreed to assist him. At the end of the motion, however, he states that the law firm will not assist him in this case. Morgan has had over five months to respond to defendants' motion. Thus, additional time is not warranted.

Morgan also seeks leave for the attorney to file a third amended complaint on his behalf. As Morgan indicates that the law firm will not represent him, this request is denied as moot. The various other requests included in this motion have been addressed by the court and denied in previous rulings. Morgan's motion for extension of time [**doc. #160**] is **DENIED**.

Plaintiff also has filed a document entitled "Motion for a

More Clear Court Reply and Remedy" in which he asks the court to clarify the attached electronic order. Plaintiff has attached a copy of an order indicating that it was page 1 of 2. The second page is not attached. The omitted page only indicates that the order was mailed to plaintiff. The complete text was included on the page that plaintiff received. In addition, despite plaintiff's assertion to the contrary, the court only ordered the Clerk to send plaintiff a copy of document #146. The Clerk did so.

Plaintiff questions why the court issued an electronic order. The court only recently has begun using this format for brief orders. The electronic format is more efficient.

Plaintiff also seeks a copy of exhibits to the amended complaint. Plaintiff is advised that to obtain copies without charge he must attach to his motion a current inmate account statement demonstrating that he cannot pay the copy cost. In his motion he should address why he cannot afford to pay for copies in light of the fact that he apparently can afford copy costs for his numerous motions, certified as sent to two attorneys of record, and letters with many attached exhibits. In addition, he shall explain why he does not have a copy of the exhibits when, at the time he filed the amended complaint, he had not been granted in forma pauperis status and, therefore, was responsible for service of the complaint. Accordingly, this second motion

[**doc. #159**] is **DENIED** as well.

    **SO ORDERED** this 24th day of August, 2004, at Bridgeport, Connecticut.

```
                              /s/
                    WILLIAM I. GARFINKEL
                    UNITED STATES MAGISTRATE JUDGE
```