(1)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 SEP 17 A 11: 49

LLOYD GEORGE MORGAN, JR          CASE NO. 3:01cv1107(CFD)(WIG)
VS.
GOVERNOR JOHN G. ROWLAND, ET AL. Date 9-14-2004

MOTION FOR EXTENSION OF TIME
AND MOTION FOR RELIEF FROM JUDGMENT

1) Now comes the Pro-se Plaintiff Lloyd George Morgan, Jr moves in the Best interest of Justice Request this last Extension of Time of 60 days to File a effective reply to the pending motion to Dismiss, For These reasons the Plaintiff again to days of 9-14-2004 placed a telephone call to attorneys RICHARD P. CAHILL, and JANE STARKOWSKI seek effective assistance and Help for Persons trained at Law and access to the Court in this case Both Attorneys Have now agreed to PREPAIR a Reply to The pending motion to DISMISS.

2.) attys CAHILL, and STARKOWSKI made clear that They Felt it would Be Best to with DRAW certain issues in this Complaint and Focuse on 1 or 2 issues They Feel is of Merit in Fact and Law and asked me to INFORM THIS COURT that They will now GRANT me the Help I am intitled to



3. Plaintiff is poorly Educated at Law and the complexity
of this case and his whole problem was
he required the assistance of persons trained
at law, Plaintiff Dont know if this case has
been Dismissed or not as he never got
any such ruling telling him this, attys. Cahill
and Starkowski of Inmate's Legal Assistance
Program ask for 60 days so they may review
my (ILAP) File to this case which takes
up a lot of Room, to save the court cost
of me needing to File a Appeal this time
Should be Granted please call attys. Starkowski and
Cahill at (860) 246-1118 to show I am telling this
Court the facts. If this case has been Dismissed
Plaintiff request that a Relief from Judgement
Be Granted and 60 days to show the court what
it misst


4.) Plaintiff states attys. Cahill and Starkowski,
Stated they wanted to File a Response to the motion
to Dismiss and a Amended Complaint reviewing Lots
of issues to make it easer for the court
to understand please grant this motion
Plaintiff thanks this court for its Consideration
By the Plaintiff ___Lloyd R. Morgan Jr.___

③

BY THE Plaintiff ~Lloyd L Morgan Jr~
MR. LLoyd George MORGAN, JR
#117746
CHESHIRE, C.I.
900 HIGHLAND Ave
CHESHIRE CT 06410

## CERTIFICATION

THIS IS to certify that a copy of the foregoing
was mailed to all parties of Record postage
Prepaid to all parties of Record as so noted Bellow
on Date 9-14-2004

office of Attorney General
(AAG) LYNN D. WITTENBRINK
110 SHERMAN Street
HARTFORD, CT 06105

Connecticut Civil Liberties Union
Atty. Annette Lamoreax
32 GRAND St
HARTFORD, CT 06106

BY THE Plaintiff ~Lloyd G Morgan~
MR. LLoyd George MORGAN, JR
#117746
CHESHIRE, C.I.
900 HIGHLAND Ave
CHESHIRE, CT 06410