UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
LLOYD GEORGE MORGAN, JR.      :
                              :         PRISONER
     v.                       :    Case No.3:01CV1107(CFD)(WIG)
                              :
GOVERNOR JOHN ROWLAND, et al. :
```

RULING AND ORDER

Plaintiff has filed a motion seeking a sixty-day extension of time to respond to defendants' motion to dismiss. He states that an attorney from Inmates' Legal Assistance Program has agreed to help him amend his complaint to withdraw some claims and better respond to the motion to dismiss.

Plaintiff's motion [**doc. #164**] is **GRANTED**. Plaintiff shall file his amended complaint and supplemental response to defendants' motion to dismiss within **sixty (60)** days from the date of this order.

In his motion, plaintiff also expresses concern that this case has been dismissed and seek to reopen judgment. As the case remains pending, this request is denied as moot.

**SO ORDERED** this 30th day of September, 2004, at Bridgeport, Connecticut.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　WILLIAM I. GARFINKEL
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE