Page 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
2004 OCT -8 P 3:23
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

LLOYD GEORGE MORGAN, JR

VS.

GOVERNOR JOHN G. ROWLAND, ET. AL.

CASE NO. 3:01CV1107(CFD)(WIG)

Date 10-6-2004

## MOTION OF A REQUEST TO BE GRANTED FORMA PAUPERIS STATUES.

1.) Now comes the Pro-se plaintiff Lloyd George Morgan, JR moves this Honorable Court in Good faith as well as the test of the best interest of Justice respectfully request that he be granted official Forma Pauperis Statues for the rest of this case, Plaintiff informs this court that when he first filed this case a few yrs ago he had around $165. in his Prison account and was unjustly forced to pay the filing fee's, By Hon. Holly B.

2.) Plaintiff makes clear that this court did found Plaintiff was intitled to Forma Pauperis Statues and Granted his Forma Pauperis Statues for the service of this complaint on the Defendants By the U.S. Marshalls. at this point and time Plaint was told he only has 10¢ in his account of Prison Account, see a copy of the 6 months Print out of his said account. Plaintiff respectfully prays he be granted this Statues under 28. U.S.C. or 42 U.S.C. 1915

3.) In case he may need to consider asking the court to grant funding for expert witness review, cost of deposition or a psychiatric evaluation of the plaintiff and his mental health file, or that if he request appointment of counsel again after the defendants have responded to the complaint as this court stated it would make it easier for this court to grant it and Pro-Bono counsel would be entitled to seek the cost of the suit and Atty's fee's under 42. U.S.C. 1988 Atty's Fee's Award act.

See: Brown v. DeFilippis, 125 F.R.D. 83, 86 (S.D.N.Y. 1989) ("Court held that general, a plaintiff proceeding in forma pauris is entitled to a waiver of court cost.")

See: Jones v. State, 893 F. Supp. 643, 646 (E.D. Tex. 1995)
Rewolinski v. Morgan, 896 F. Supp. 879, 880 (E.D. Wis. 1995)
Furthermore, any funds which the plaintiff may have had prior but which are no longer retained by him are irrelevant to the question of indigence.

4.) See: Fuller v. Commissioner of Corrections, 891 F.2d 1007, 1011 (2d Cir. 1989) as the court stated in Gift Stars, Inc. v. Alexander, 245 F. Supp. 697 (S.D.N.Y. 1965) it "would be incongruous to permit a party to proceed in forma pauperis and not either modify or withdraw permission thereafter and nonetheless require a bond posted." Id at 700-1

5.) Plaintiff states He owns no stocks or Property or any thing other thats in his Account of 10¢ and have not recieved any other fundings other then what shows up on the inclosed printout on my 6 month Print out of Plaintiff Prison Account, this should be granted. Plaintiff states the Court Just granted him a 60 day extension of time, For Inmate's Legal Asst. Attys. Richard P. Cahill, to File the Amended Complaint and a Supplamental Objection to Defendants motion to Dismiss Plaintiff talked to atty. Cahill by telephone on 10-5-04 who made Clear the issues he is Amending is of Great Merit and Gives my Chances of this Court will now most likely agree to Appoint Cunsel to me, as they cant file any apperance for Prison per contract agreement. Plaintiff Thanks this Court for Considering this motion

By the plaintiff _Lloyd G Morgan Jr_
Mr. Lloyd George Morgan, Jr #117796
Cheshire C.I.
900 Highland Ave
Cheshire, CT 06410

## CERTIFICATION

This is to Certify that a copy of the foregoing was mailed Postage Prepaid on 10-6-2004 to:

Office of Attorney Generals
(AAG) Lynn D. Wittenbrink
110 Sherman St.
Hartford, CT 06105

CCLU
Atty. Annette Lamoureux
32 Grand St.
Hartford, CT 06106

By the plaintiff _Lloyd G. Morgan_
Lloyd George Morgan, Jr #117796
Cheshire, CT
900 Highland Ave
Cheshire, CT 06410

DOC: 0000117796      Name: MORGAN, LLOYD G                          DOB: 10/18/1964
LOCATION: 125-L

                                                                  Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 03/10/2004 | CEC | CEC SAL ORD #2329449 | 0.73 | 11.33 |
| 03/10/2004 | WSR | Special Request - 125 | ( 6.00) | 5.33 |
| 03/11/2004 | DMR | Mail Receipts 125 | 40.00 | 45.33 |
| 03/12/2004 | CRS | CRS SAL ORD #2342269 D2 | ( 8.25) | 37.08 |
| 03/15/2004 | WPOS | Postage 125 | ( 2.67) | 34.41 |
| 03/15/2004 | WPOS | Postage 125 | ( 2.67) | 31.74 |
| 03/15/2004 | WPOS | Postage 125 | ( 2.67) | 29.07 |
| 03/15/2004 | WPOS | Postage 125 | ( 2.90) | 26.17 |
| 03/15/2004 | WPOS | Postage 125 | ( 2.90) | 23.27 |
| 03/15/2004 | WPOS | Postage 125 | ( 3.95) | 19.32 |
| 03/15/2004 | CRS | CRS SAL ORD #2343301 D2 | ( 19.32) | 0.00 |
| 03/23/2004 | DMR | Mail Receipts 125 | 40.00 | 40.00 |
| 03/29/2004 | CRS | CRS SAL ORD #2369036 D2 | ( 33.98) | 6.02 |
| 03/30/2004 | WSR | Special Request - 125 | ( 5.00) | 1.02 |
| 04/02/2004 | DMR | Mail Receipts 125 | 40.00 | 41.02 |
| 04/05/2004 | CRS | CRS SAL ORD #2381150 D2 | ( 40.96) | 0.06 |
| 04/13/2004 | WFME | Med Eye Fee 125 2/9/2004 | ( 0.06) | 0.00 |
| 04/26/2004 | DMR | Mail Receipts 125 | 45.00 | 45.00 |
| 05/03/2004 | CRS | CRS SAL ORD #2435547 D2 | ( 44.62) | 0.38 |
| 05/11/2004 | CRS | CRS SAL ORD #2448473 D2 | ( 0.25) | 0.13 |
| 05/12/2004 | CEC | CEC SAL ORD #2448473 | 0.25 | 0.38 |
| 05/14/2004 | DMR | Mail Receipts 125 | 20.00 | 20.38 |
| 05/17/2004 | CRS | CRS SAL ORD #2460216 D2 | ( 20.30) | 0.08 |
| 06/08/2004 | DMR | Mail Receipts 125 | 15.00 | 15.08 |
| 06/10/2004 | DMR | Mail Receipts 125 | 200.00 | 215.08 |
| 06/14/2004 | CRS | CRS SAL ORD #2507592 D2 | ( 51.21) | 163.87 |
| 06/17/2004 | WPOS | Postage 125 | ( 0.37) | 163.50 |
| 06/21/2004 | CRS | CRS SAL ORD #2521078 D2 | ( 49.52) | 113.98 |
| 06/21/2004 | WSR | Special Request - 125 | ( 5.00) | 108.98 |
| 06/22/2004 | CEC | CEC SAL ORD #2507592 | 0.80 | 109.78 |
| 06/23/2004 | CRS | CRS SAL ORD #2527213 D2 | ( 36.52) | 73.26 |
| 07/02/2004 | DMR | Mail Receipts 125 | 40.00 | 113.26 |
| 07/02/2004 | WSR | Special Request 125 | ( 5.00) | 108.26 |
| 07/06/2004 | CRS | CRS SAL ORD #2545545 D2 | ( 85.35) | 22.91 |
| 07/06/2004 | CRS | CRS SAL ORD #2546080 D2 | ( 22.77) | 0.14 |
| 07/09/2004 | DMR | Mail Receipts 125 | 30.00 | 30.14 |
| 07/13/2004 | CEC | CEC SAL ORD #2546080 | 2.25 | 32.39 |

Case 3:01-cv-01107-CFD    Document 166    Filed 10/08/2004    Page 5 of 23

DOC: 0000117796      Name: MORGAN, LLOYD G                                  DOB: 10/18/1964
LOCATION: 125-L

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 07/13/2004 | CEC | CEC SAL ORD #2521078 | 6.24 | 38.63 |
| 07/16/2004 | CRS | CRS SAL ORD #2568950 D2 | ( 35.65) | 2.98 |
| 07/26/2004 | CRS | CRS SAL ORD #2584349 D2 | ( 2.81) | 0.17 |
| 08/02/2004 | CRS | CRS SAL ORD #2595227 D2 | ( 0.11) | 0.06 |
| 08/02/2004 | DMR | Mail Receipts  125 | 500.00 | 500.06 |
| 08/02/2004 | HOA | HOLD 125 ATTY. ROBERT LUDGIN 658670 | ( 500.00) | 0.06 |
| 08/03/2004 | CEC | CEC SAL ORD #2595227 | 0.11 | 0.17 |
| 08/17/2004 | HOR | Remove Hold | 500.00 | 500.17 |
| 08/18/2004 | WPOS | Postage  125 | ( 3.95) | 496.22 |
| 08/18/2004 | WPOS | Postage  125 | ( 3.95) | 492.27 |
| 08/19/2004 | CRS | CRS SAL ORD #2627673 D2 | ( 89.81) | 402.46 |
| 08/20/2004 | WPOS | Postage  125 | ( 6.80) | 395.66 |
| 08/20/2004 | WPOS | Postage  125 | ( 7.90) | 387.76 |
| 08/20/2004 | WPOS | Postage  125 | ( 0.37) | 387.39 |
| 08/20/2004 | WPOS | Postage  125 | ( 5.30) | 382.09 |
| 08/20/2004 | WSR | Special Request  125 | ( 5.00) | 377.09 |
| 08/20/2004 | WSR | Special Request  125 | ( 10.00) | 367.09 |
| 08/20/2004 | WSR | Special Request  125 | ( 7.00) | 360.09 |
| 08/20/2004 | WSR | Special Request  125 | ( 5.00) | 355.09 |
| 08/20/2004 | WSR | Special Request  125 | ( 7.00) | 348.09 |
| 08/20/2004 | WSR | Special Request  125 | ( 5.00) | 343.09 |
| 08/20/2004 | WSR | Special Request  125 | ( 10.00) | 333.09 |
| 08/20/2004 | WPOS | Postage  125 | ( 0.37) | 332.72 |
| 08/23/2004 | CRS | CRS SAL ORD #2632701 D2 | ( 94.83) | 237.89 |
| 08/24/2004 | CRS | CRS SAL ORD #2635962 D2 | ( 123.28) | 114.61 |
| 08/24/2004 | WSR | Special Request  125 | ( 7.00) | 107.61 |
| 08/24/2004 | WSR | Special Request  125 | ( 4.00) | 103.61 |
| 08/24/2004 | WSR | Special Request  125 | ( 7.00) | 96.61 |
| 08/24/2004 | WSR | Special Request  125 | ( 10.00) | 86.61 |
| 08/24/2004 | WSR | Special Request  125 | ( 7.00) | 79.61 |
| 08/25/2004 | WPOS | Postage  125 | ( 0.83) | 78.78 |
| 08/25/2004 | WSR | Special Request  125 | ( 5.00) | 73.78 |
| 08/25/2004 | WSR | Special Request  125 | ( 47.00) | 26.78 |
| 08/25/2004 | WPOS | Postage  125 | ( 0.37) | 26.41 |
| 08/26/2004 | CRS | CRS SAL ORD #2641574 D2 | ( 22.03) | 4.38 |
| 08/27/2004 | CRS | CRS SAL ORD #2643958 D2 | ( 1.86) | 2.52 |

DOC: 0000117796　　Name: MORGAN, LLOYD G　　　　　　　DOB: 10/18/1964
LOCATION: 125-L

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 08/30/2004 | CEC | CEC SAL ORD #2632701 | 15.74 | 18.26 |
| 08/30/2004 | CEC | CEC SAL ORD #2632701 | 9.75 | 28.01 |
| 08/30/2004 | CEC | CEC SAL ORD #2632701 | 5.50 | 33.51 |
| 08/30/2004 | CEC | CEC SAL ORD #2635962 | 12.40 | 45.91 |
| 08/30/2004 | CRS | CRS SAL ORD #2646948 D2 | ( 39.95) | 5.96 |
| 09/03/2004 | CRS | CRS SAL ORD #2656039 D2 | ( 5.86) | 0.10 |