Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LLOYD GEORGE MORGAN, JR   Case # 3:01CV1107(CFD)(WIG)
           VS.
GOVERNOR JOHN G. ROWLAND, ET.AL. Date 10-12-2004

## MOTION SEEKING INJUNTION TO: DETER RETALIATION AND REPRISAL PLAINTIFF IS BEING SUBJECTED TO:

1.) Now come's the Pro-se Plaintiff Lloyd George Morgan, JR in the above intitle case moves this Court in good faith as well as the best interest of Justice Per Federal Rules of Civil Proceedure 65 respectfully request that this Court would grant a injunction against the retaliation and reprisal. By the state of Connecticut Department of Corrections officials at Cheshire Correctional Facility.

2.) For the record the Plaintiff is Presently incarcerated at the Cheshire Correctional institution in the Protective custody North Block 6 unit under the care of (DOC) Commissioner Theresa C. Lantz, and her agents Warden James E. Dzurenda, and his Majors Jonathan Hall, of Treatment and Programs and Farrell, of operations and Angel Quiros, of Administrations and Captain Esposito who was just appointed as unit manager of North Block 6 where this Plaintiff is Housed.

→

3.) Plaintiff have been doing very well at this facility and done all he can to follow the rules and respect staff and get along with others. Do to this issue of or as so noted Plaintiff, makes clear to this Court that he has been herassed and threats have been made constantly to Plaintiff that he will be moved and transferd to another facility if he continues to excercise his 1st Amendment giving Rights to persue this Law Suit and othere Litigation or Grievances and Complaint Letters against (DOC) Prison officials Plaintiff was subjected to Herussment and Reprisal on 7-6-2004 By Counselor Scott Hadlock who was acting unit manager for that day. He also was herassed by Correctional Officers Langlias, Clark, Burns, and taunted by these agents who stated and made clear that they would set him up to be transferred, or that Contraband would be planted on him and or his cell many virous threats was made at different times.

4.) Do to the many different threats and reprisal and Herassment and Retaliation Plaintiff wrote complaints to Warden James E. Dzurenda, District Adm. Mark W. Strange, Comm. Theresa C. Lantz, Deputy Comm. Brian K. Murphy, Captain Edward A. Saundry, Majors Angel Quires, Farrell, Jonathan Hall, reporting the said Employee conduct see said Complaints Dated 7-6-04 with Admiaistrative Directive 2.17 of Employee conduct attached.

5. Plaintiff respectfully ask this Court to keenly review said complaint to get a clear understanding of the subjects. Said complaints was referred to Captains Joseph N. Carlone, and Butricks, to investigate, do to the nature both these investigating parties was biased as former defendants of this same law suit, they was indifferent to plaintiff, and do to a promise to remake or that post have been changed of said officers, and fear of threats, plaintiff felt he had no choice but to withdraw that complaint for fear of further retaliation, Then some of these same agents was reappointed to the unit carrying on with corruption plaintiff filed a recent complaint dated 10-3-2004 to Warden Dturenda Major Angel Quiros, Captain Esposito, do to the filing of this complaint, Counselor Scott Hadlock, and Captian Esposito has subjected plaintiff to reprisal and retaliation. Correctional officer Talisano, made threats to plaintiff stating that if the plaintiff ever looks at him or say anything to him he would set him up and

6.) Plant contraband on him or his cell to send him to seg. Plaintiff had problems in the past with this same officer herussing him and wrote a request complaint dated 10-4-04 to Administrative Major Quiros, after first talking to Captian Esposito. See inclosed said request.

9.) Plaintiff ask this Court if it cant grant this injunction that it informs the Defendants attorney generals office (AAG) Lynn D. Wittenbrink that this kind of conduct is clearly illegal and it must be stoped, cause if Plaintiff is transferred and they carry out there threats he will file a urgent new 42 U.S.C. 1983 civil rights action against all of them as it will be clear to the Court that plaintiff effectively reported these issues to the Court and the Defendants have now done and carried out there threats. Plaintiff seeks to avoid filing any law suits of this kind of Retaliation and Reprisal, and he is sentence to 24 yrs. and this is the only Protective custody unit in this state made for the Plaintiff large sentence not a County Jail. There is cite by the 2nd Cir. Courts against this type of Harassment. Plaintiff ask if this Court would order some type of remedy to deter this or ask that it be investigated and plaintiff allowed to be free to excercise his Liberties: X Lloyd G. Morgan Jr
By Plaintiff

## MEMORANDUM OF LAW
## SUPPORTING PLAINTIFF
## RIGHTS TO BE FREE FROM RETALIATION.

A.) See GOFF V. NIX, 113 F3d 887 (8th Cir. 1997).
   See: CLARK V. STALDER, 121 F3d 222 (5th Cir. 1997)
   SISNEROS V. NIX, 95 F3d 749 (8th Cir. 1996)
   ("Prison officials may not retaliate against or harass inmate because of inmate's excercise of his rights of access to the Courts")

B.) See: ALSO <u>PELL V. PROCUNIER</u>, 417 US 817, 41 LEd 2d 495, 94 SCt (1974)
"PRISONER retains first Amendment rights that are not inconsistent with incarceration"

C.) See: <u>CORNELL V. WOODS</u>, 69 F3d 1383 (8TH CIR. 1995)
"PRISONER was TRANsferred in retaliation for exercising his First Amendment right by talking to and cooperating with the PRISON INTERNAL AFFAIRS DIVISON. Between Him and his attorney They won an award of over $31,000."

D.) SEE: <u>VELAZQUEZ V. LEGAL SERVICES, CORP</u>, 164 F3d 757 (2Nd CIR. 1999)
<u>LEWIS V. COWEN</u>, 165 F3d 154 (2Nd CIR. 1999)

E.) SEE: ALSO <u>BROWN V. NIX</u>, 33 F3d 951 (8TH CIR. 1994)
<u>BELL V. WOLFISH</u>, 441 US 520, 60 LEd 2d 447, 99 SCt 1860 (1979)
<u>PROCUNIER V. MARTINEZ</u>, 416 US 396, 40 LEd 2d 224, 94 SCt 1800 (1974)

Plaintiff states based on the case law and the reuseding Hearing this Court should order some type of remedy or Review. Plaintiff Thanks Thanks this Court for its effective consideration

By The Plaintiff _Lloyd G. Morgan Jr_

Lloyd George Morgan Jr #117796
Cheshire Correctional Inst
900 Highland Ave
Cheshire, CT 06410

Page 1

Dear Comm. Theresa C. Lantz,              Date 10-7-2004
and District Adm. Mark W. Strange and Warden James E. Dzurenda
I Respectfully request consideration to be seen as soon as
possible by your Internal Affairs and Discrimination unit on the
nature of my complaint against U/M Capt. Esposito, the nature
of my complaint is I have "in Good Faith" filed effective
complaints against his staff C/O Talisano, who have outright
subjected this writer to herassment, and taunting. as when my
medical tray of food is brought up on 10-6-04 1st
shift doing lunch 12:00pm Diabetic Tray this C/O open my
cell door I came out to get my food tray he attempted
to cause a confrontation and blatantly said don't tuch
me don't tuch me, I wrote a complaint request to Major
Quiros dated 10-4-04 thats inclosed C/O Talisano, and U/M
Esposito is close friends so he cover up all his unprofessional
conduct. Because I seek to bring back good correction
and blow the whistle and report corruption, and
excercise my rights to file grievances and complaints
against (D.O.C.) staff U/M Esposito, is vex see my detailed
request complaint of 10-6-04 to Mr. Dzurenda and Strange
and Adm. Maj. Quiros of 3 pages see my complaint dated
10-3-04 to Warden Dzurenda and Maj. Quiros & U/M Esposito
he got vex about me reporting this and still allow
C/O Clark and others to work NBb, in retaliation
and reprisal and to cover up all my complaints
Cause U/M Esposito approved of this unprofessional
reported conduct
CC. Dist. Adm. Strange, / Warden Dzurenda
CC. LGM/Filed

Page 2

Capt. Esposito wants to hold a grudge and get even so he wrote a complaint referal for mental health to see me playing a game to cover up the misconduct of his staff thats a clear threat to the safety and security of (CCI). For reason stated in the inclosed. So Mr. Esposito, wrote a referal asking them to see cause he is concern that a single cell is not good for my health, cause I am to concern about writing complaint against staff. So what he was trying to do in a slick way was to intentionally put my life and health at risk and remove me from the single cell Dist. Adm. Strange and warden put me on. and force me with a cell mate so a altercation or a assault would take place and I would end up at Northern C.I. and he gets rid of the problem of a I/M blowing the whistle on staff corruption, of bringing in contraband ect. today mental health nurse C. Osoriq C. Osorio, and (MHU) social worker D. Arnald came to see me about this telling me U/m. Esposito, refered them to see me cause he feel a single cell may not be good for my mental health do to my complaints on staff They both told me they felt I been doing very well and the single cell has kept me out of trouble and safe I want to remain this way I'm doing very good at (CCI) Please deter U/m Esposito games of cover up and grudges thanks please reply        Yours truly
Mr. Lloyd George Morgan Jr #117796

Dear Honorable Judges          Date 7-30-2004
Christopher F. Droney, And William I. Garfinkel,
I Respectfully inform you that Because I Have exercise my Federally and State protected Constitution Rights to File Grievances and Complaints and Blow the wistle on illegal and unprofessional conduct of Prison officials to Comm. Theresa C. Lantz, Dep. Comm. B.K. Murphy, and Dist. Adm. Mark W. Strange, and Warden James E. Dzurenda, and Majors Angel Quiros, J. Hall, Farrell, Capt. E. Saundry, I am Being led to believe I will be transferd and punish for filing the inclosed complaints Dated 7-6-04, and for filing law suits, I do have the Case of Morgan v. Rowland Before this Court of Docket No. 3:01 cv1107 (CFD)(WIG) this form of conduct is illegal and I will be sure to file a Civil action if this happends I ask if this Court will refer this issue to Office of Atty. Generals for Review and to deter these Threats or illegal actions. I thank this Court for its consideration and that these issues Be recored and moniterd by this Court incase they make Good of Retaliation, Please reply.

                                      Yours Truly
                              Mr. Lloyd George Morgan, Jr # 117796
                                  unit NB622   (CJ) (CCI)

CC. Judge William I. Garfinkel
CC. Comm. Lantz / Dep. Comm. Murphy
CC: Warden James E. Dzurenda, Majors Quiros, Hall, Farrell
CC: U/M Capt. E. Saundry
CC: (AAG) Lynn D. Wittenbrink
CC: LGM/File

Page 1

Dear Comm. Theresa C. Lantz,    Date 7-30-2004
and Deputy Comm. Brian K. Murphy, I respectfully
appeal directly to your office for answers and
remedy and that you end and deter such illegal
pactices at Cheshire C.I. rights that are afforded me
by the Federal and State Constitution under the 1st and
14th Amendment I have a right to file complaints and
grievances, and excercise my rights to report unjust
and unprofessional conduct or corrupt or discriminatting
conduct by (D.O.C.) prison officials as I have in my
letters to you and Dep. Comm. Murphy, and District Adm.
Strange, and Warden James E. Dzurenda, and Majors Angel
Quiros, Jonathan Hall, Farrell, and U/M Capt. E. Sawdey
in my virous letters to your office Dated 7-6-2004. ect.
as inclosed, do to this, your staff dont like when I blow
the wistle on (D.O.C.) officials who violate Adm. Dir. 2.17
of Employee Conduct, these friends with these staff and
show favortism and reappoint these same staff
over and over to the same units N Ob and S.
allowing them to get away, and then your Lieutenants and
Captains and Majors and Warden allow these staff
to violate policy make up there own rules and treat—
one sect of prisoners better and different from
the rest, their buddy buddy prisoners, and if I report
this or other prisoners there is a strong chance
that your Conselors will trump up a false D.R. ticket
claiming false information or to silence the
prisoner transfer the I/M.

CC: Hon. Judges DRONEY & GARFINKEL
CC: (AAG) LYNN D. WITTENBRINK
CC: LGM/Filed

Page 2

All tho a inmate does not have any rights to Remain at any Facility they may wish it is illegal to Retaliate against the inmate or subject them to Reprisal by transfer them for excercising there rights to file complaints against staff, its clear that your staff is conspiring to transfer me, in outright Retaliation for filing the inclosed complaints, I ask that you deter this and not allow this to happend to me I am Doing very well at Cheshire C.I. and also I have a pending Law suit against the Bridgeport C.I. Facility WARDEN JOHN TARACIO for Retaliation and Reprisal pending in MORGAN v. Rowland, et al No# 3:01cv1107 (CFD)(WIG). and I have had more Herassment and issues at the (B-CC) and Walker C.I. then any other Facility and should not be punish and set up to Return there I ask that you not allow this illegal Retaliation, in which I am reporting to Federal Judges CHRISTOPHER F. DRONEY, and WILLIAM I. GARFINKEL and office of atty. General (AAG) LYNN D. WITTENBRINK, cause if you do allow this and dont inform DIR. Fred Levesque, of these issues and that you moniter the situation and that you deter this illegal Practices. you must not allow me to be punish and transfer for Blowing the wistle on staff or I/M's as I will file a civil complaint for Remedy.

Please reply

yours truly
Lloyd George MORGAN, JR #117796
NB622 cell (PC)

CC. Deputy. Comm. BRIAN K. MURPHY,

side 1

Dear Warden James E. Dzurenda, Date 7-6-2004 and District Adm. Mark W. Strange, and Comm. Theresa C. Lantz, and Deputy Comm. Brian K. Murphy, and Capt. Saundry & Majors Angel Quiros, Farrell, J. Hall, I Respectfully write you on the nature of my complaint of being subjected to Discrimination, and Threats of Retaliation and Herassment at around 8:20 AM on 7-6-04 of this day I wrote you the attached double sided complaint of the Herassment and being Discriminated by C/O's Clark and C/O Burns, and Langlias, and Counselors Scott Hadlock, and Tony Cornacchia, Jr. who Herassed me, and also subjected me to Discrimination and reprisal and Retaliation do to me being a Bisexaul male, and do to the nature that I have a history of filing grievances and complaints against (D.C.C) officials, and Law suits, These agents ordered me to be moved from NB630 cell to NB629 cell I followed the orders moving a large amount of property I got high blood pressure, and Diabetics so its not easy for me to move often After geting me to move and unpack to mock and antagonize me, C/O Langlias and Clark then order me to pack up again to be moved to NB622 cell. They antagonized me and mocked me. Threats was made to set me up and have me transferred to another facility and/or to set up altercations with me and others I/m's.

Side 2

these STAFF RUN a corrupt unit and C/O LANGLIAS, smokes in the N&C Recreation yard and do cross word puzzles at the Desk Not Being Fully Attentive of the units thus in clear violation of (D.O.C.) ADM. DIR. 2.17 of employee conduct They Are a Threat and Safety to this (PC) unit and NB5 unit Please deter there illegal conduct and order these matters Reffered to the Internal Affairs and Discrimination unit. Please order All these matters investigated. Please reply

Very Truly Yours
Mr. Lloyd George Morgan, Jr # 117796
NB622 Cell (PC) CCI

CC. Comm. Theresa C. Lantz, / Dep. Comm. Murphy,
CC. Dist. Adm. Mark W. Strange
CC. Warden James E. Dezurew dg
CC. Majors A. Quiros, Farrell, J. Hall,
CC. Capt. E. Saundry,
CC. U.S. Dept. of Justice
CC. LGM/Filed

side 1

Dear Warden James E. Dzurenda Date 7-6-2004 and District Adm. Mark W. Strange and Majors J. Hall, Angel Quiros, Farrell, I respectfully write you on the nature of my complaint in good faith as well as in the best interest of Justice and request your consideration that this issue be investigated by the Internal Affairs Division and Discrimination Complaints (D.O.C.) Dept. The nature of my complaint is that on or about Friday July 2, 2004 I was seen by Counselors Scott Hadlock, and Tony Cornacchia, Jr. I was told that certain inmates do to classification issues would be moved from tier 2 to tier 1 and that possible from cells NB635 to Around 28 or 29 these inmates would be moving down stairs, and that I would be put in NB63 cell I agreed to follow the rules and wanted to be put in NB63 cell as promised after being told I could not remain in NB630 cell, I also talked to respected ULM Capt. E. Saundry doing his tour he said I am not going to be here on tuesday Counselor Hadlock would be your acting ULM, just go with the flow move to 3 cell you got a single cell statues, so I followed Mr. Saundry advice. a Latino inmate some how found out about it and informed C/O. Clark who worked this NB6 unit he stated I don't want Morgan moved near me I am going to fix this shit, I'll be here, for the record C/O Clark has a sect of inmates that he is close friends with and show extra over. →

favorable treatment to his friends and violate many rules and regulations of (D.O.C.) policies a inmate ISREAL GONZALEZ W NB632 at this time He allows out when He should not Be they play and ~~[crossed out]~~ play fights, this inmate takes HIS time to lock up when the time to lock up comes, today C/O CLARK carried out HIS Threats or Promise to Alter my cell move to move who He wants where, C/O CANGIAS worked today I witness Counsel TONY CORNECCHIA JR. allow C/O CLARK to tell Him where He want certain inmates moved I stated to them that this influential favoritism treatment violated the state and federal Constitution of EQUAL Protection of the laws and I would write a complaint to you All I also said I wish the warden would tour The Block so I could inform him of this illegal corrupt treatment at that time a female Black C/O said whoa I'm scared I'm afraid By putting Her hands in the Air mocking and antagonizing me, I also told Mr. HADLOCK doing HIS tour About the Herassment, I over Heared a staff say we will fix HIS ass set him up real Good and transfer HIS ass, this conduct is unprofessional and Reprisal and Retaliation Threats and I am Being Discriminated against cause I am a ~~[crossed out]~~ BISEXUAL MALE and who file law suits and Grievances complaints against staff of (D.O.C.)

Side 3

and do to my age and cause I am not a favoret inmates of these staff C/O Clark is a threat to the safety and security of this unit and (CCI) He wants to play and do favoirs all day with his certain class of I/m's also canselor Hadlock and Canselor Tony JR. Failed to deter this conduct, and allowed C/O Clark to dictate to them as if he was the supervisors over said canselors, I ask that you Review the video tapes of the unit dawig C/O Clark Being appointed to this unit you will see that He is a Threat to the safety of (PC) inmate's I also ask that you Protect me from this Herassment and threats of Reprisal and Retaliation of transfer, they may over shake my cell down, also I informed Canselor Tony  JR. of my Concerns, He said He was told to move me to NB/6 cell I told Him that was to close to Trouble, for me, also Clark Boasted saying I run this fucking unit I'll get any one moved where I want I'm the Boss. also He Has a sworn duty to do a Job not be favicrable and play with prisons and violate (D.O.C.) Policies and feel Above the Law, He and these name staff Have clearly Violated (D.O.C) Adm. Dir. 2.17 of Employee's Conduct see copy of said Adm. Dir. 2.17 with this letter →

Side 4

I Been doing Good at (CCI) now these (D.O.C.) Agents want to target and Herass me, and move me to out of seen Areas where Issues could talk place with out Staff notice This is out Right Discrimination and there conduct deteed IF I am subjected to the Retaliation and Reprisal and transferd as they Promised or set up I will File a Federal Action For Injuction and Ranady Please see that this matter is investigated and That I am seen By internal Affairs Division and the Discrimination Unit and the issue monitered please reply

Yours Truly
Mr. Lloyd George Morgan, JR

CC. Comm. Theresa C. Lantz Dep. Comm. B.K. Murphy
CC. Dist. Adm. Mark W. Strange, CC. Capt. E. Sawdry
CC. Dir. Fred Levesque
CC. U.S. Dept. of Justice/(ILAP) Atty. R.P. Cahill,
CC, LGM/Filed

PS. I am also complaining that C/O'S Clark and Langlias, violate (D.OC.) Policies and eat at the Control Desk thats not a eating plays and caused them not to Be attentive violates again (D.O.C.) Adm. Dir. 2.17

Dear CAPT. E. Saundry,    Date 7-6-2004

I am being subjected to discrimination and harassment by Counselor Cornacchia, JR Tony, and Hadlock, Scott, and C/O's Clark and Langlias, I need to make some urgent legal calls and a small amount of copies. Please see that I am called out thank you. I will send you a copy of my grievances once I filed them but I would like to first speak to you please thank you.

Yours Truly
Mr. Lloyd G. Morgan, JR #117796
NB622 (CCI) (PC)