| State of Connecticut Department of Correction | DIRECTIVE NUMBER | EFFECTIVE DATE | PAGE 1 OF |
|---|---|---|---|
| | 2.17 | May 10, 2002 | 5 |
| ADMINISTRATIVE DIRECTIVE | SUPERSEDES: Employee Conduct – 3/15/00 | | |
| APPROVED BY *(signature)* 4/8/02 | TITLE: Employee Conduct | | |

1. **Policy.** Each employee of the Department of Correction shall engage in appropriate and ethical conduct while carrying out official duties and while engaged in off duty activities which directly reflect on the Department.

2. **Authority and Reference.**

    "Exhibit 38-A."

    A. Connecticut General Statutes, Sections 1-80 through 1-89, 5-266a through 5-268, 18-81, 53a-65, 53a-71 and 53a-73a.

    B. American Correctional Association, Standards for Administration of Correctional Agencies, Second Edition, April 1993, Standards 2-CO-1C-01 and 2-CO-1C-04.

    C. American Correctional Association, Standards for Adult Correctional Institution, Third Edition, January 1990, Standards 3-4061 and 3-4067.

    D. American Correctional Association, Standards for Adult Local Detention Facilities, Third Edition, March 1991, Standards 3-ALDF-1A-21, 3-ALDF-1C-15 and 3-ALDF-1C-23.

    E. American Correctional Association, Standards for Adult for Probation and Parole Field Services, Third Edition, August 1998, Standard 3-3047.

    F. American Correctional Association, Standards for Correctional Training Academies, Standard 1-CTA-1C-01.

    G. Hatch Act, 5 USC, Sections 1501 through 1508.

    H. Administrative Directives 6.2, Facility Post Orders and Logs; 9.6, Inmate Grievances; and 10.7, Inmate Communication.

3. **Definition.** For the purposes stated herein, the following definition applies:

    **Immediate Family.** A spouse, parent or step parent, child or step child, grandparent or step grandparent, sibling or step sibling, grandchild or step grandchild.

4. **Employee Responsibility.** Each employee of the Department shall act in a professional, ethical and responsible manner.

    **Chain of Command.** Each Department employee shall become familiar with the tables of organization depicting the Department and Unit chain of command. Each employee shall show respect to any ranking member of the Department and shall obey any lawful order of a supervisor. An employee given an instruction or order which conflicts with a previous instruction or order shall inform the present supervisor of the conflict and follow the order as directed.

| DIRECTIVE NO. 2.17 | EFFECTIVE DATE May 10, 2002 | PAGE OF 2    5 |
|---|---|---|
| TITLE | Employee Conduct | |

5.    **Standards of Conduct.**

A.    Each Department employee shall:

1.    Comply with all federal and state laws, regulations and/or statutes, Department and Unit Directives and lawful instructions/orders.

2.    Enforce all rules, regulations and policies of the Department as appropriate.

3.    Ensure that a safe, secure and sanitary work environment is maintained.

4.    Remain alert, aware of, and responsive to the surroundings at all times.

5.    Remain on assigned post until properly relieved and/or remain at worksite as required.

6.    Comply with official notices and roll call and other instructions.

7.    Meet all employee responsibilities for dependability.

8.    Report any arrest, or receipt of any summons received from a law enforcement agency or court, and subsequent disposition, including conviction, to an appropriate supervisor on or by the next scheduled work day following the arrest, but no later than 48 hours of the arrest or receipt of summons. This requirement shall not apply to summons received for minor traffic violations. An employee shall submit supporting documentation of arrest, receipt of summons or disposition. Any employee on extended leave shall report any arrest or receipt of summons, and subsequent disposition, including conviction, to the Unit Administrator within 48 hours.

9.    Inform the appropriate supervisor and the Human Resources Unit, in writing, of any change of address and/or telephone number within 48 hours.

10.    Report any condition or use of medication the employee is taking which may affect job performance or judgment to an appropriate supervisor.

11.    Report any medication brought into the worksite and maintain any personal property and medication in a secure manner.

12.    Act in a professional manner showing respect to other employees and the public.

13.    Respect and protect the rights of inmates.

14.    Maintain good stewardship of all state property and equipment.

15.    Maintain appropriate demeanor at all times.

16.    Be courteous and accommodating in all dealings with the public, to include telephone etiquette.

17.    Within no later than 48 hours report in writing to a supervisor when a friend or relative is or becomes incarcerated.

18.    Cooperate fully and truthfully in any inquiry or investigation conducted by the Department of Correction and any other law enforcement or regulatory agency.

19.    Appropriately file information as required by the State Ethics Commission.

| DIRECTIVE NO. | EFFECTIVE DATE | PAGE OF |
|---|---|---|
| 2.17 | May 10, 2002 | 3    5 |

TITLE

Employee Conduct

20. Report immediately any threat, act of intimidation, harassment, physical or verbal abuse or assault to a supervisor.

B. The following behavior shall be strictly prohibited:

1. Any act that jeopardizes the security of the unit, health, safety, or welfare of the public, staff or inmates.

2. Excessive or unnecessary use of force.

3. Unauthorized possession of non-department issued firearms or other weapon while on duty or state property.

4. Convey unauthorized items into or out of a facility, or other correctional unit.

5. Sleeping or inattentiveness while on duty.

6. Unauthorized distractions while on duty, e.g., reading materials, radios or televisions.

7. Abuse of sick time, accrued leave or workers' compensation.

8. Report to work under the influence of alcohol or illicit drugs, or consume alcohol while on duty or while in uniform.

9. Enter into a correctional unit when off duty unless previously authorized.

10. Engage in abusive or obscene language, threats and/or intimidating behavior.

11. Engage in unprofessional or illegal behavior, both on and off duty, that could in any manner reflect negatively on the Department of Correction.

12. Engage in any activity, which would conflict with the proper discharge of or impair the independence of judgment in the performance of duty.

13. Engage in bartering, gambling or games of chance with inmates.

14. Engage in retaliation or reprisal against an inmate for engaging in activities that are protected by law or directive. Such protected activities include, but are not limited to: filing a grievance in accordance with Administrative Directive 9.6, Inmate Grievances; accessing courts; and engaging in privileged correspondence in accordance with Administrative Directive 10.7, Inmate Communication.

15. Engage in undue familiarity with inmates which includes, but shall not be limited to, the following:

a. any sexual contact between a staff member and an inmate and/or person under the Department's supervision, or continuing criminal sanction (e.g., parole, probation);

b. sexualizing a situation without physical touching such as partaking in activities involving suggestive or pornographic photographs, suggestive or explicit letters or behavior which provides sexual gratification;

c. holding a position of supervisory or disciplinary authority and participating in sexual behaviors or undue familiarity with an inmate as defined in (a) ,

/

| DIRECTIVE NO. 2.17 | EFFECTIVE DATE May 10, 2002 | PAGE OF 4    5 |
|---|---|---|
| TITLE | Employee Conduct | |

d.   personal involvement in an inmate's private or family matters outside assigned professional duties;

e.   performance of personal favors for inmates outside assigned professional duties;

f.   discuss with an inmate any matter pertaining to the inmate's crime(s) or the crime(s) of other inmates (except as required pursuant to official business);

g.   discuss with an inmate personal and/or business matters of other staff;

h.   discuss security operations of a facility with an inmate;

i.   inconsistently enforced facility rules to favor an inmate or group of inmates;

j.   have personal work done by an inmate;

k.   visit, correspond with or accept telephone calls from an inmate who is under the custody of the Department (except for an immediate family member and when authorized by the Facility Administrator);

l.   house an inmate who is under the custody of the Department (e.g., while inmate is on furlough, community release, continuing criminal sanction, etc.), at the staff member's home (except for an immediate family member and when authorized by the Facility Administrator); and

m.   enter into a personal or business agreement with an inmate, including, but not limited, to acting as a bail bondsman for an inmate.

16.   Engage in behavior which is sexually, emotionally, or physically abusive toward the public, staff or inmates.

17.   Unauthorized appropriation or use of any property belonging to the public, state or an inmate.

18.   Release of any confidential information or unauthorized or inaccurate release of information, records, or documents.

19.   Falsification, unauthorized alteration, or destruction of documents, log books, and other records, including job applications.

20.   Use official position, uniform, identification or badge to gain any personal advantage or an advantage for another in any improper or unauthorized manner.

21.   Engage in conduct that constitutes, or gives rise to, the appearance of a conflict of interest.

22.   Unauthorized acceptance of any item or service for oneself or family members, including but not limited to, a gift, loan, political contribution, reward or promise of future employment.

23.   Engage in any political activities, which conflict with state and federal laws to include the Hatch Act.

24.   Failing to follow a lawful order.

25.   Engaging in insubordination.

26.   Failing to cooperate with a departmental investigation.

27.   Lying or giving false testimony during the course of a departmental investigation.

| DIRECTIVE NO. | EFFECTIVE DATE | PAGE OF | |
|---|---|---|---|
| 2.17 | May 10, 2002 | 5 | 5 |

| TITLE | |
|---|---|
| Employee Conduct | |

28.  Intentionally withholding information necessary for the completion of an investigation.

29.  Failure to properly conduct tours and/or inmate counts.

6.  <u>Supervision of Family Members</u>. A Department employee shall not be employed in any position that places the employee above or under the chain of command, direct or functional, of any immediate family member or cohabitant, nor shall the employee be placed above or under the chain of command, direct or functional, of any immediate family member of the employee's spouse or cohabitant. A relationship between family members who are not immediate family as defined in Section 3 of this Directive may preclude placement of an employee in a chain of command. Such relationship shall be evaluated by the appropriate Deputy Commissioner on a case by case basis. Any employee who becomes romantically linked to another in the chain of command, direct or functional, shall notify the Unit Administrator in writing in order to make assignments consistent with the principles noted above. Similar principles shall apply to the supervision of contract employees, and the awarding, or advocating the award, of a contract to related parties as noted above.

7.  <u>Reporting Code Violations</u>. Each Department employee shall report to a supervisor or appropriate personnel any policy violation or breach of professional conduct involving the public, staff or inmates under the jurisdiction of the Department of Correction.

8.  <u>Exceptions</u>. Any exception to the procedures in this Administrative Directive shall require prior written approval from the Commissioner.

CN 130?
Rev. 9-25-9?

# Administrative Directives Revision Form
## Connecticut Department of Correction

| Number  2.17 | Title   Employee Conduct |
|---|---|

| Revisions appear on: | Page | Section | Page | Section |
|---|---|---|---|---|
| | ___ | ___ | ___ | ___ |
| | ___ | ___ | ___ | ___ |
| | ___ | ___ | ___ | ___ |
| | ___ | ___ | ___ | ___ |

**Summary of revisions:**

Section 5(B)(15)(c) removed the word inappropriate and references section 15(a).

Section 5(B) added (28) and (29) as prohibited behavior.

| Revisions are: | ☑ New directive | ☑ Modification | ☐ Recision |
|---|---|---|---|
| Approved | | 4/8/02 | |

1



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

**Inmate Name**
MR. Lloyd George MORGAN JR

**Inmate no.**
11-7796

**Facility**
CHeshire C.I.

**Housing unit**
NB622

**Date**
7-15-04

**Submitted to** WARDEN JAMES E. DZURENda & Comm CANTE

**Request** WARDEN JAMES E. DZURENda, I needed access to PERSONS
TRAINED AT LAW IN MY case OF MORGAN V. GOV. ROWLAND
et al Case NO 3:01 Cv1107 (CFD-DJG) to reply to the motion to
Dismiss Dated 2-27-04 by (AG) WITTENBRINK, THE
Inmates LEGAL ass't PROGRAM Refused me access to the
Courts in this case for to help me reply, and I had no
usage of GENERAL POPULATION LAW LIBRARY do to this I was
told this case got Dismissed by CCLU atty. Annette, I also
NeveR got that mail FROM the Court nor oTHeRe mail
and this has huRt my case causing INjuRy see my Letter
to you dated Also 7-15-04 About my mail issues also ACCESS
to the courts today I get a Letter FROM (CCLU) dated
July 8-2004 see it inclosed and my Request to you Dated
7-2-04 and Leters to Judges and Comm. CANTE, and (LLAP) Dated 7-15-04.
PLease Rectify.

*(continue on back if necessary)*

**Previous Action Taken**

*(continue on back if necessary)*

**Acted on by (print name)**

**Title**

**Action Taken and/or Response**

*(continue on back if necessary)*

**Staff Member Signature**

**Date**

(1)

Dear MAJOR ANGeL QUIROS     Date 7-15-2004
    SIR, I seek Consideration of your office for a
    INVestigation and Remedy, SIR, I Have not Been
    Geting all my SOCIAL & Legal mail Safely, and
    Lots is Being With Held I No Longer Get mail from
    the Commissioners Office OR all SOCIAL mail
    I Believe Counselor Scott HADlock and the MAIL
    Room is tARgeting my SOCIAL and Legal mail or that
    When it Comes in to the Counseling Area MR.
    HADlock is ethere tampering with it OR allowing
    this to HAppen also I am very Concern that He
    Has In Retaliation ordered the NB6 unit officers
    to target my mail and Put it under othere inmates
    Cell DOOR to Herass my mail today when C/O CLARK
    Was Passing out SOCIAL mail When He got NEAR NB6 22
    Cell this WRIteR Cell MR. HADlock Called him and
    Wisphered to Him then C/O CLARK Claim He HAd not
    MAIL for me then Came LATER with 1 CHURCH News
    Letter, I Cant Help but to think MR. HADlock ordeed
    Him to with Hold othere mail from me, I ask that
    You closely moniter the NB6 unit By Hiding Camera
    to catch this illegal Corrupt Conduct and detek I t
    Please Call a Raw Call to deter this Conduct, see my
    Complaints to Comm. LANTZ, and DISt. ADm, STRANGE
    and to WARDen DTurenda Dated 7-2-04 and
    7-15-04 and 7-16-04 and to Federal Judges
    on these issues and Being Denied Access to
    the CourT.

Please take the time to keenly Review all attached
Complaints, staff should professionally pass out
Prisoners mail safely, The other problem is
to many I/Ms Are allowed around the mail
Before it is passed out, the unit should be
Secured doing mail coming into the unit till
its passed out. I Have Recieved Threats By staff
That if I excercise my Rights to file Grievances
and Complaints agains+ (D.O.C) or Persue my
Civil Suits I would be set up with Contraband
OR set up to be transfeed in Retaliation
if this Happends I will file a Emergency Lawsuit
to much tampering with inmates Grievances and
Legal and Social mail is going on to much
illegal Corruption is going on I feel
Your staff should Consider Removing Mr. Hadlock
From (PC) and Give some one else a Chance
To see if the unit could Be Ran with more
integrity you cant let these staff Feel Above
the Law and Policy of (D.O.C.) since Mr. Saundry
went on the 2 weeks vacation things went Crazy
Please reply and see that I Get your Reply
Mr. Hadlock Must not Be allowed to Short stop
Prisoners mail nor the mail Room please Rectify
thanks for your time.     Yours Truly
c.c. Warden O'Curevia        Mr. Lloyd George Morgan Jr
c.c. LGM/Filed               #117796 NB622 (PC)(CC)

Dear Warden James E. Dzurenda, Date 7-15-2004
I Respectfully Request a investigation on
the with Holding and tampering with my
Legal mail By the mail Room staff and
Counselor Scott Hadlock. CCLU atty Annette
M. Lamoreaux wrote me a letter Dated July 8, 2004
and stated my case of Morgan V. Rowland, et al
was Dismissed and that she put the Ruling inclosed
The mail Had Been with Held it was sent Certified
mail, I never Got even the Courts Ruling
in this case of Morgan V. Rowland, et al
Case No 3:01 CV1107 (CFD)(WIG) telling me this
case Had Been Dismissed your staff Have conspired
to target my Legal mail OR The mail Room has
Done so, Please realize INJURY has Happend to my
case do to this Please ORder a investigation and
refer the matter For investigation and Rectify
these matters as MR. Hadlock gave me the mail
from CCLU it Looked like it was PRe-open
and Reclosed BY (D.O.C.) Please deter this conduct
and Grant a writing Reply
                         yours Truly
            MR. Lloyd George Morgan, JR #117796
             NB622 (CCI)(PC)
PS. MR. Hadlock got me to sign For the mail from
(CCLU) today of 7-15-04 Please Rectify.
also I am not geting all my Social mail safely, today I could
of sware as C/O Clark got near my Door NB622 to
pass out Social mail that Hadlock told Him not to give it
to me cause He Left and came Back not giving me all of it

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

**Inmate Name** MR. LLoyd George MORGAN JR

**Inmate no.** 117796

**Facility** CCI

**Housing unit** NB622

**Date** 10-4-04

**Submitted to** ADM. MAJOR ANGEL QUIROS.

**Request** DEAR ADM. MAJOR A. QUIROS today as I was called to go to a Legal Visit I kindly asked C/O TALISANO to please put my Cell NB622 on DEAD Lock to protect my property from being stolen. He became indifferent saying He don't do that He don't believe in DEAD Locking Cells. I then talk to UM CAPT. Esposito about this who should No real Concern that my property be protected & He stated that my Cell are not to be DEAD Locked it violate Institutional Rules. I felt this was very unjust and that MR Esposito was going along with C/O TALISANO Cause they may be Friends. I Have respect for you staff as you order me to do a DEAD Lock on the Electronic Board Wouldn't be there if it wasn't meant to used Please tell me am I allowed to HAVE MY Cell DEAD Locked for said Reasons? Please reply THANK You

*(continue on back if necessary)*

**Previous Action Taken**

*(continue on back if necessary)*

**Acted on by (print name)** Quiros

**Title** Major

**Action Taken and/or Response** Please continue to work with your newly assigned Unit Manager. I'm 100% certain that he can manage any issue that may surface.

**Staff Member Signature** Quiros

*(continue on back if necessary)*

**Date** 10-5-04

Page 1

Dear Warden James E. Dzurenda   Date 10-3-2004
and ADM. Majors Angel Quiros, and Ulm Capt. Esposito,
I respectfully write your offices in good faith to ask that
you protect me from any and all Retaliation and reprisal
and harappment of any kind and not allow me to be
confidentally punished and transferred for exercising my
rights to write grievances and complaints against staff that
carry on with illegal or unprofessional conduct, and intentionally
disregard policy of (Doc). and is a clear threat to the safety
and security of the Institution, lets be Honest I/m's
Are not incarcerated for being good guys, any time a c/o is
over flietable, that it informs there I/m's friends of private
confidental issues of others inmates or of the security
There a clair threat, any time a c/o Rather play and talk to
inmates all day, and allow them to control the unit and
open Tier 2 inmates cell doors to allow them to
lock up in the cell with a Tier 1 inmate, to do things
that violate policy as I personally witnessed on first
shift on 10-2-04 in NB6 Around 2:00pm to 2:40pm.
and then leave out of 1 tier one cell to go to many others
inside the cell which the camera tape will show is
clearly a threat to your position and premises a
strong unbeatable law suit against you and lost
of your positions. so why is it so bad that I only
seek to bring back good corrections its not asking for
much, this is a Protective custody unit which security
should be top priority, not allowing any thing to go

Page 2

its Because of C/o's Like THIS is why the inmate Got BADLY Hurt a Few weeks Ago C/o's not Being attentive Like fountain and otheres who RATHER Be over FAVICRABLE to one sect of I/m's. You All Should make a now system to Remove CERTAIN C/o's completely off THE List to Not ever Be allowed to work (PC), inmates Like ISREAL GONZALEZ in NB603, Steve Ried in NB615 and Andre Cinicala in NB6. arc allowed to use THESE JOB POSITION to Control THE unit and C/o's and Because THEY want C/o's in the unit LIKE C/o CIARK, and ~~Codo~~ TALISANO, and Fountain, will violate every Rule To MAKE THEM HAPPY giving them CONTRaBAND, ect. THIS v is what THEy LIKE when I inform THE WARDEN and MAJORS, I Become a THREAT So THE I/m's as a team StART to Sceem LeTs Get I/m Demetrius BRown and otheres to Lie on MR. MORGAN, and Say his is a Trable maker He is Sexayllly HeRassing us. to Get Him tRANSFerred. and moved Cause we cANT Keep THESE Corrupt C/o's in the BLOCK THAT will Give us Control ect. On 10-3-04 on 1st SHIFT C/o CIARK and DROST, OpON I/m ISREAL GONZALEZ Cell Door from NB603 Cell a @ tier 2 I/m and allowed Him to go inside and Close THE DOOR OF a Tier 1 IN-MATE in NB631 OF WARRENT KENT BERRETTE, THEN from his Cell inside many otheRe Tier 1 INMATES Cell FROM ARound 2:00pm – 2:45pm Review THE Vidic TAPes.

Page 3

Cause they Are Close FRIends with GONZALEZ, then today at ARound 12:24 pm as Tier 2 INmates was out C/O CLARK Let his fRiend ANDRe CINICOLA out at THE Desk with I/m Steve Ried, THIS IS SURELY a SAFETY HAZARd and Violates (D.O.C.)ADm DIR. 2.17 THEN when C/O CARNEY does HIS JOB to WRITE a ticket against I/m William PREStoN IN NB621 Cell and remove Him from His JOB, you STAFF Show FAVITR to DisREGARd and Quash THE DR. to Allow him to Keep his JOB, and C/O CARNEY Is Not respected. THIS must Stop. I Think you Should CONSIDER TRANS FERRING Steve Ried and GONZALEZ and CINICOLA, to(BCC) OR Some to NB5 So THEY will LEARN to APPRICIA te (CCI) and To REALIZE THEY are Not Allowed to RuN THIS PRISON, and Jobs removed.. I/m DEXTER BENNETTE IN NB614 IS Allowed to use his CONTACK VISITS to SNEAK IN muslim [illegible] OIL, and CONTRABAND and Cell in the unit weekly and Get away with all THIS, THE SHAKE DOWNS doing VISIT IS Not Correct FOR CONTACK VISITING I/m'S. I WROTE Complaints IN THE Past to you ABout C/O CLARK & LANGHAS CORRUPTION and withdrew It out oF FEAR oF THE retaliation THEY Promise to Set me UP to Be TRANSferred or that CONTRABANd [illegible] may Be PLANTEd IN my Cell.

page 4

Plus. CAPT. CARLone said They would Be remoed from the NB6 unit, but or so I withdrew it. Now They Return These same officers, Thats why you Know The 1st and 2nd shift LTs and commanders Are CORRUPT. They may Be possibley Recieving under The tABle pay or Favicrs from These c/o's to put Them Back In The Block they wAnt.
C/O's STRING, IRRAZARY, WATeRS, CARNey, B. VASQUeZ, BARNeS MS. BARNeS, — I do Not Trust CAPT. CARLone or BUTTRICKS to investigate my issues I Trust ADM. A. QUiROS is Tuff and Got The HEART to To go After UnProfessional stAFF, & CAPT. ESposito, You also Must realize These tier maa Have Been allowed For MANy years to Get The Honest C/o's out The Block They CANT CoNTRAL to Get The one who is a THReAt to SAFeTy in, I am dong Good at (CCI) and Would Like to Remain, IF I am rctaliated against (D.O.C.) will Be Held AccountAble. See copy of my Letter to ulm Saundery Dated 8-12-04 and to ulm ESPosito Dated 9-27-04 and to ADM. MAJoR QUiROS Dated 9-30-04. Please Keep these issues confidentAL. Please Grant writing reply to them. thanks
Yours Truly
Mr. LLoyd GeoRGe MORGAN, JR # 117796
NB622.

CC. MAJoR ADM. A. QUiROS,
CC. CAPT ulm ESposito
CC. DISt. ADM. MARK W. STRANGe
CC. Comm. THeResa C. LANTZ
CC. LGm/FiLed

Page 1

Dear W/M CAPT. EDWARD A. SAUNDRY   Date 8-12-2004
I respectfully write you in Good, Per the proper chain of
Command for your review and Consideration of these
matters, first of all I am doing very well in NB6 and at
CCI. and well Behaviad. I have respected staff and I/m's
my issue is I have been Constantly Antagonized and He has
attempted to Put Pressure and force on me, to help him write
Complaints and Law suits to set up a C/O Green, Whom He
still has a Personal Grudge against, He Boast of How He Lied
on C/O Green and Had Internal Affairs come to investigate
him and the State Police regards to when C/O Green worked
(RHU) some time Back, He also Wants me to Help him with
These same types of Complaints against C/O Carney, to
Herass staff unjustly, He Boast of How He Miniplates
(ASA) States atty. Robert Satti, and Inspector Investigatore
Perez, Who He Often make up Lies, to and Get to
Call (D.O.C.) to Get what ever He Wants Done, and that
He is Able to Miniplate Warden Dzurenda and his Majors
and Counselors Scott Hadlock, and Tony Cornacchia
Jr. Who Fears him Cause He Gets the States atty office
to Call them, and He Can Get Any inmate or Staff moved
do to It, I have Clearly refused to Help him create any
false Law suits against the State and (D.O.C.)
or Complaints to Help him Herass and Miniplate
Staff, He has Often Stated today that He is going
to Write you a Lying Complaint on me and Get
me transferd to Bridgeport or moved Cause
also The inmate I Speak of Name is Daven Demetrius
Brown, In NB6⊘9

Page 2

and that you will do what ever He wants, He also said
He will Get his friends inmates' Andre Ciniccola,
and otheres to Get together to write complants
to The commissioner office and Warden and Majors
to Try to Get me moved, also Because I stoped
Associating with him, and refuse to loan out any
of my Music Tapes, is Also A reason He has
said these things, I Have not done any thing to him
also issues is These inmates Like Having C/O's in the
Block they Can control and Minipulate to do as
They want and Violate excery Policy to give them
there way and do to The Valid complants I Filed and
C/O Clark and Langlias post Got Change as Due
is another reason, he is Vex, I allready Brought these
issues to the Warden attesttion, when you was on
Vacation. I just want to do my time and Remain at
(CCI) and I ask that you Fax this Confidental
matter to the states attys office and (D.O.C) So
They will Know How He uses them to Herass(D.O.C)
and otheree inmates to Get What He wants, Please
write me to Let me Know you will allow me to Keep
doing Good at CCI IN NB6 and You Are on Notice
of His Games and tricks, I withdrew the attached
Complaints Not Because they was not Valid but
So I Can Be Quite and Humble and Do my time
and Remain At (CCI) I thank you For your time
Please reply                        Yours Truly
   NB622         MR. Lloyd George Morgan, JR#117796



**STATE OF CONNECTICUT**
*DEPARTMENT OF CORRECTION*
CHESHIRE CORRECTIONAL INSTITUTION
900 HIGHLAND AVENUE
CHESHIRE, CT 06410

July 30, 2004

Inmate Lloyd Morgan #17796
Cheshire CI
900 Highland Avenue
Cheshire, CT  06410

Re:     Letter of Complaints: 7/6/04 and 7/25/04

Mr. Morgan:

In your letter you claim Discrimination, threats, retaliation, and harassment by C.O. Clark, C.O. Burns, C.O. Langlias, C.C. Hadlock and C.C. Cornacchia.  You also claim you felt harassed by the cell moves you were subjected to around this same date.

Your claims involving the staff has been referred to Major Quiros who will look into each issue. However, you must be more specific on your claims detailing exact dates/times and circumstances for a proper investigation.

In another letter addressed to me dated 7/25/04 you request to remain in your present housing status and have another issue you may wish to address to the staff investigating your complaint.

Please be advised that the cell changes were coming from direction to comply with the DOC Policies regarding Protective Custody placements.

You must address any further concerns with Major Quiros.

Sincerely,

James E. Dzurenda
Warden

JED/d
C:     D/A Strange
       Major Quiros
       File



**STATE OF CONNECTICUT**
Department of Correction
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

August 5, 2004

Inmate Morgan, Lloyd #17796
Cheshire C.I. (N.B. 6-22)
900 Highland Avenue
Cheshire, CT 06410

**RE:    <u>Alleged Staff Misconduct</u>**

Inmate Morgan:

On July 30, 2004, your inmate requests dated July 06, 2004 and July 25, 2004 sent to Warden Dzurenda were forwarded to my office to investigate.

On August 5, 2004, Captain Carlone was assigned to investigate your allegations regarding staff misconduct.

On August 5, 2004, you spoke to Captain Carlone and stated that you wanted to withdraw your complaint against C/O Clark, C/O Burns, C/O Langlais, Counselor Hadlock and Counselor Cornacchia.

Based on this information, I consider this matter resolved and put closure to this investigation.

Respectfully submitted,

Angel Quiros
Major of Administration

AQ: lb

C:    Warden Dzurenda
      File



# Cheshire CI Correctional Institution
## Facility Investigators Office
### Inmate Statement



| Inmate Name: | Llayd George MORGAN JR |
| Incident Date: | 7-6-04 & 7-25-04 |
| Investigator Collecting Statement: | Captain J. Carlone |
| Date: | 8-5-04 |

At this time Since Both C/O's CANGLIAS & CLARK Post Have Been CHANGED and CAPT. E. SAUNDRY Is Back From Vacation and THINGS Have Calm down I wish to WithDraw these complaints But IF I am SubJected to Retaliation or Reprisal and TRANSFER when I am doing good at CCI I will THEN Request TO Re-Open IF Need Be end of statement

Yours TRULY
Llayd George Morgan JR.

[signature] 8/5/04

Captain J. Carlone

1

Side 1

Dear Warden James E. Dzurenda, Date 7-6-2004
and District Adm. Mark W. Strange, and Comm. Theresa
C. Lantz, and Deputy Comm. Brian K. Murphy, and Capt. Saundry
& Majors Angel Quiros, Farrell, J. Hall, I Respectfully
write you on the nature of my complaint of being subjected
to DISCRIMINATION, and THREATS OF RETALIATION and HARASSMENT
At Around 8:20AM ON 7-6-04 of this day I wrote
you the Attached Double sided Complaint of the Harassment
and Being DISCRIMINATED BY C/O's CLARK and C/O BYRNS,
and LANGLIAS, and Counselors Scott HADLOCK, and
TONY CORNACCHIA, JR. who Harassed me, and also
Subjected me to DISCRIMINATION and reprisal and
Retaliation do to me being a BISEXUAL MALE, and
do to the NATURE that I Have a History of filing
Grievances and Complaints against (D.C.C.) officials
and Law suits, These agents ordered me to be
moved from NB630 cell to NB629 cell I followed
the orders moving a Large Amount OF PROPERTY I got
HIGH Blood PRESSURE, and Diabetes so its not easy
For me to move often After geting me to move
and unpack to mock and Antagonize me, C/O LANGLIAS
and CLARK then order me to Pack up again to
Be moved to NB622 cell, They Antagonized me and
mocked me, THREATS was made to Set me up
and HAVE me transferred to Another FACILITY
and or to set up altercations with me
and othere I/m's.

Side 1

Dear Warden James E. Dzurenda Date 7-6-2004
and District Adm. Mark W. Strange and Majors
J. Hall, Angel Quiros, Farrell, I respectfully write
you on the nature of my complaint in good faith as
well as in the best interest of justice and request
your consideration that this issue be investigated by
the internal Affairs Division and Discrimination Complaints
(D.O.C.) Dept the nature of my complaint is that on
or about Friday July 2, 2004 I was seen by Canselors
Scott Hadlock, and Tony Coracchia, Jr. I was told that
certain inmates do to classification issues would be
moved from tier 2 to tier 1 and that possible from
cells NB635 to around 28 or 29. These inmates would
be moving down stairs, and that I would be put in NB63 cell
I agreed to follow the rules and wanted to be put in
NB63 cell as promised after being told I could not
remain in NB630 cell, I also talked to respected
U/m Capt. E. Saundry doing his tour He said I am not
going to be here on tuesday canselor Hadlock
would be your acting U/m, Just go with the flow
move to 3 cell you got a single cell statues, so
I followed Mr. Saundry advice. A Latino inmate some
how found out about it and informed C/O Clark
who worked this NB6 unit He stated I Don't want
Morgan moved near me I am going to fix this
shit, I'll be here, for the record C/O Clark
has a sect of inmates that he is close
friends with and show extra over.      →

Side 3

and do to my Age and cause I am Not a
FAVORET inmates OF there STaFF C/O CLARK
is a threat to the safety and security of
this unit and (CCI) He wants to PLAy and
do FAVIORS all dAy with His CERTAiN Class OF
I/m's also Canselor HADlock and Canselor Tony
JR. Failed to deter this conduct, and allowed
C/O CLARK to dictate to them as iF he was the
SUPERVISORS OVER Said CanselORS, I ask that
you REVIEW the VIDEO TAPES OF the unit dawg
C/O CLARK BEing APPointed to this unit you
will see that He is a THREAT to the safety OF
(PC) inmate's I also ask that you PROtEct me
from this HERASSment and THREATS OF
REPRYSAL and Retaliation of TRANSFER, they may
over shake my Cell dawn, also I informed
Canselor Tony     JR. OF my CONCERNS, He
Said He was told to make me to NB/6 Cell
I told Him that was to close to TRauble, For
me, also CLARK BOASTED Saying I Run this FUCKING
unit I'll Get any one maved where I want I'm
the Boss. also He Has a SWERN Duty to do a
JOB not Be FAVIORABLE and PLAy with PRisons
and Violate (D.o.C.) Policies and Feel ABove The
Law, He and these name STAFF Have Clearly
Violated (D.o.C.) ADM. DIR. 2.17 OF Employee's
Conduct see copy of said ADM. DIR. 2.17 with this letter →

favorable treatment to his friends and Violate
many Rules and Regulations of (D.O.C.) policies
a Inmate Isreal Gonzalez in NB632 at this
time He allows out when He shand not Be they
PLAY and ~~xxxxx~~ PLAY fights, this inmate
takes His time to lock up when the time to lock
up comes, today C/O CLARK CARRIED out His Threats
or Promise to Alter my cell move to move who
He wants where, C/O Cangliss worked today
I witness Cansel Tony Corracchia JR. allow
C/O CLARK to tell Him where He want certain
Inmates moved I stated to them that this
Influrental Favoritism treatment Violated the
State and Federal Constitution of Equal Protection
of the laws and I would write a complaint
to You All I also said I wish the warden
Would tour The Block so I could inform Him
of this illegal corrupt Treatment at that time
a Female Black C/O said whoo I'm scared I'm
Afraid By putting Her Hands in the Air mocking
and Antagonizing me, I also told mr. Hadlock doing
His tour About the Herassment, I ever Herard
a Staff say we will Fix His ass set him up
Real Good and Transfer His ass, this Conduct
is unprofessional and Reprisal and Retaliation
Threats and I am Being Discriminated against
Cause I am a ~~xxxxx~~ Bisexual Male and
who File law suits and Grievances complaints
against staff of (P.O.C.)

these STAFF RuN a CorrupT uniT and
C/O LANGIIAS, smokes in the NBG Recreation
Yard and do cROSS wORD Puzzles at
the DesK Not Being FuLLy AtteNtive of
the units thus in CleAR ViolaTion of
(D.O.C.) ADm. DIR. 2.17 of employee Conduct
THey ARe a THReAT and SAFETy to this
(PC) unit and NB5 unit PleAse deteR
there illegAL Conduct and ordeR there
matters Refferred to the INTeRNAL AFFAIRS
and DiscriminaTion unit, PleAse ordeR
ALL these MATTeRS investigated please reply
                        Very TRuly yours
                        MR. LLoyd George MoRGAN, Jr# 117796
                        NB622 Cell (PC) CCI

CC. Comm. THeResa C. LANTZ, / DeP. Comm. mURPHy,
CC. DisT. ADm. MARK W. STRANGe
CC. WARDeN JAmes E. DeZURew dy
CC. MAJORS A. Quiros, FARReLL, J. HALL,
CC. CAPT. E. SaundRy,
CC. U.S. DePT. OF JuSTice
CC. LGm/Filed

I Been doing Good at (CCI) now these (D.O.C.) Agents want to target and Heraass me, and move me to out of seen Area's where Issues Could talk place with out Staff notice This is out Right Discrimination and there Conduct deteed IF I am Subjected to the Retaliation and Reprisal and transfeed as they Promised or set up I will File a Federal Action For Injuction and Remedy Please See that this matter is investigated and That I am Seen By Internal Affairs Divison and the DISCRIMINATION unit and the issue Monitered Please reply

Yours Truly

MR. LLoyd George Morgan Jr.

CC. Comm. THERESA C. LANTZ Dep. Comm. B.K. MURPHY
CC. Dist. Adm. MARK W. STRANGE, CC. CAPT. E. Sawndry
CC. DIR. FRED LeVes Que
CC. U.S. DCPT. OF Justice / (ILAP) Atty. R.P. CAHILL,
CC. LGM/Filed

PS. I am also Complaining that C/O'S CLARK and LANGIAS, Violate (D.O.C.) Policies and eat at the Control Desk thats not a eating Plays and Caused them Not to Be attentive Violates agoin (D.O.C.) ADM. AIR. 2.17

Dear CAPT. E. SaunDRY,          Date 7-6-2004
I am Beng subjected to Discrimination and
Herassment By Caunselor KorNacchia, JR Tony,
and HaDLock, Scotti and C/O's ClaRK and
LaNGlias, I need to make some URGeNt
LegAL Calls and a small Amount of Copies
Please See that I am Called aut thank you
I will Send you a Copy of my GRievances
once I Filed then But I would Like to First
Speak to you Please thank you.
                    Yours TRuly
            MR. LLoyd G. MorGaN, JR # 117796
            NB622 (CCI) (PC)