UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 OCT 29 P 12: 37
U.S. DISTRICT COURT

LLOYD GEORGE MORGAN, JR   Case No. 3:01cv1107(CFD)(WIG)
VS.
GOVERNOR JOHN G. ROWLAND, ET AL.   Date 10-19-2004

MOTION TO PUT THIS COURT ON NOTICE
AND MOTION SUPPLAMENTAL MOTION FOR
INJUNCTION TO DETER RETALIATION
BY PRISON OFFICIALS AGAINST PLAINTIFF

1.) Now comes the Pro-se plaintiff Lloyd George Morgan, JR. moves in the best interest of Justice respectfully seeks in good faith to put this Court on notice, that he is incarcerated at the Cheshire Correctional Facility sentence to around 24 years under the care and custody of the State of Connecticut Department of Corrections agents being Commissioner Theresa C. Lantz, Deputy Comm. Brian K. Murphy, District Administrator Mark W. Strange, Warden James E. Dzurenda, Majors of Adm. Angel Quiros, of operations Farrell, of programs and Treatment Jonathan V. Hall.

2.) and Unit manager Captain Esposito, and Counselor Hadlock, plaintiff is being Housed in the protective custody unit in Unit North Block 6 cell 22, and states he has filed a motion seeking injuntion to deter retaliation and reprisal plaintiff is being subjected to, dated 10-12-2004

3.) Plaintiff mailed that motion to the court and all parties of record in this case around 10-13-04. Plaintiff ask that this court in review that motion also keenly review this motion and the inclosed letter of complaint to Attorney General Richard Blumenthal and assistants Steven R. Strom and Lynn D. Wittenbrink, to get a better full understanding of the retaliation he is being subjected to by U/M Capt. Esposito, C/O Talisano, and counselor Scott Hadock see all motion inclosure thats stapled and ⬛ relevant to these issues, to show that plaintiff have been repeatedly harassed and retaliated against for the filing of this suit and excercising his rights to file grievance and complaints against prison officials, and seek review by the office of Atty. Generals and this court to deter this conduct. Plaintiff thanks the court for its consideration of this motion and all inclosure.

By the Plaintiff Lloyd G. Morgan
Mr. Lloyd George Morgan, Jr
#117796
Cheshire Correctional Inst.
900 Highland Ave.
Cheshire, CT 06410

## CERTIFICATION

This is to certify that a copy of the foregoing motion was mailed postage prepaid on October 19, 2004 to the parties below.

Office of the Attorney General
Lynn D. Wittenbrink
110 Sherman Street
Hartford, CT 06105

Connecticut Civil Liberties Union
Attorney Annette Lamoreaux
32 Grand Street
Hartford, CT 06410

By the Plaintiff _Lloyd G. Morgan Jr_
Mr. Lloyd George Morgan Jr #117796
Cheshire Correctional Institution
900 Highland Ave
Cheshire, CT 06410

Page 1

Dear Attorney General Richard Blumenthal Date 10-17-04 and (AAG's) Steven R. Strom, and Lynn D. Wittenbrink, my name is Mr. Lloyd George Morgan Jr # 117796, and I am presently incarcerated at the Cheshire C.I. facility, sentence to around 24 yrs. I am in the Protective Custody NB622 cellunit. I have been doing very good, and have been free of disciplinary reports for a reasonable amount of time, I am a litagating Prisoners who have filed virous Civil Rights 42 1983 actions from far back as the 1980's in good faith, I filed them Pro-se see attached history of some of them. The issue is it is well settle and clearly notice law that a Prisoner should not be subjected to Retaliation or Herassment or reprisal, for his or her access or usage of access to the Courts, or for filing Grievances or Complaints and Blowing the Whistle on unprofessional and Corrupt Officials of (D.O.C) being state of CT Dept. of Corrections agents, I respectfully write you in good faith to inform you that I have been constantly Herassed and Retaliated against and subjected to Reprisal and Discrimination and been constantly threaten, to be transfered to another facility or thrown in segregation and or set up with DR tickets and or Contraband would be planted in my cell or property or on me, By C/O Talisano, and I was threaten by UlM Capt. Esposito, recently to be transferred for exercising my Rights as stated, he said Just as I know How to write complaints and Grievances and Lawsuits against (D.O.C) He got the same option and he can write me DR. Tickets, cause he got his own little werd in hear (DOC) as I do with the Court system, He did trump up a false DR. Ticket Dated 10-13-04.

Page 2

Class B, The Threats I Been having and Getting and reported well ahead of time to Dist. Adm. Mark W. Strange, and Warden James E. Dzurenda, Majors Jonathan V. Hall, Farrell, Angel Quiros, Comm. Theresa C. Lantz, Deputy Comm. Brian K. Murphy, and F.B.I. and to your offices, has come true this retaliation and Reprisal Has Started Back Up by C/O's Talisano, G. Carney, U/m Capt. Esposito, See my request complaint of these issues to Warden Dzurenda, Dist. Adm. Mark W. Strange, Comm. Lantz, See my complaints both Dated 10-16-04 to U/m Capt. Esposito, and Adm. Major Angel Quiros, This Retaliation and Harassment and Threats go Back to 12-4-2004, See my Letter Dated 12-4-03 to (AAG) Lynn D. Wittenbrink on these issues with Former U/m Capt. E. Saundry and Her reply Dated 12-9-03 and all inclosure, and statements, For your Review, See my Grievance Dated 10-13-04 and all stapled inclosure Being request Dated 10-4-04 to Adm. Major Quiros request Dated 10-13-04 to Warden Dzurenda & Mr. M. W. Strange copy of Trumped up DR. Ticket Dated 10-13-04 wrote by Capt. Esposito Deliver By C/O Talisano, Letter Dated 10-7-04 to Comm. Theresa C. Lantz, and Mr. M. W. Strange, Letters Dated 7-30-04 to Judges Christopher F. Droney and William I. Garfinkel, Letter to Comm. Lantz and Deputy Comm. Brian K. Murphy, Dated 7-6-2004. Copy of DOC. Adm. Dir. 2.17 of employee conduct. request Dated 7-15-04 Letter Dated the Same Letter to Major Quiros Dated the Same 7-15-04 Letter Dated 10-3-04 to Warden Dzurenda Major Quiros, U/m Esposito Letter Dated 8-12-04

Page 3

I have been Retaliated against for exercising my Rights to Blow the Whistle and file Grievances and Complaints against State of CT. (DOC) officials, and for the pending action of MORGAN V. ROWLAND, et al. 3:01 CV 1107 (CFD)(WIG) I Kindly ask if your office would Clearly order These (DOC) officials to end these threats and Trumped up DR. Tickets, also they have used all manner of criminal minded tactics of even attempting to use inmates against Inmates, ect. On 10-15-04 D.H.O. investigator C.T.O. James, Came to See me about the DR. ticket, he refuse to allow me to explain my side of what the events and facts was, he wanted me to sign a statement he wrote, he refuse to let me put MAJOR Quiros and Warden Dzurendy as a witness that I wrote them various complaints, and to show this DR. Ticket was Trumped up in Retaliation, I am being Denied proper Due Process and set up for segregation, If you do not deter and end this Corruption and I am put in Seg, and these threats are further carried out and I am transferred as they promised I will be left but to file another 42 U.S.C. 1983 action on the Retaliation and DR. Process, I want to avoid filing Another Law suit and ask that your office see that I am Able to freely exercise my rights of access to the Court and to file Grievances and Complaints and report Corruption or issues of Value, I Just want to Be Able to do my time without this Harassment and remain at (CCI) also I thank you for ordering Review of these matters

Do to this Herassment I Filed a motion seeking INJuctive Dated 10-12-04 this was really to report and make a perfect record of there Threats and Retaliation, so After I clearly reported each Threat I could remember once They carry them out it will Be Clear I told you all the Facts, and The state will Be Liable, as any Further Filing of Law Suit I will try every case By Jury with a Firm, to Get remedy, I am protected under The state and Federal constitution and cases of

CLARK V. STALDER, 121 F3d 222 (5TH CIR. 1997)
SISNEROS V. NIX, 95 F3d 749 (8TH CIR. 1996)
("Prison officials may not retaliate against or harass inmate Because of inmates exercise of his rights of access to The Courts")
See: Also PELL V. Procunier, 417 US 817, 41 Led 2d 495, Sct (1974)
See: Cornell V. Woods, 69 F3d 1383 (8TH CIR. 1995)
("Prisoner was Transferred in retaliation for excercising his first Amendment right by talking to and cooperating with the Prison Internal Affairs Division, Between Him and his attorney They won An Award of over $31,000.")

This clearly show That If you do not order Review and That This cruel illegal Herassment and tactics is not ended I will Have a Strong case to File, against the state, which I seek your Help to try to Avoid, you must act urgently cause I may allReady Be Put in seg By time you Get this Letter, in Retaliation For The Trumped up DR. Ticket.

Page 5

I did falaw the proper chain of command if this illegal conduct is not deterd, I will contack the press and TV. new stations and have my family do the Same to put the public on notice and file ~~complaint~~ 42 U.S.C. 1983 action, I seek to avoid this. also I ask attorney General Richard Blumenthal to consider transfering my Law Suit of Morgan V. Rowland, et al 3:01cv1107(CFD)(WIG) to (AAG) Steven R. Strom who is more experence at bringing remedy and Saving the State cost and Lost.
(AAG) Lynn D. Wittenbrink Had my Last cases and I feel cheated me out of the reasonable settlement I Should Have Got she worked with my former atty. John B. Ashmode of Day Berry & Howard to settle the case when she knew He was Leaving that firm to go to work for your (AG) office. That was a conflict of interest and I Got cheated, What Lynn Did was a violation of ETHICAL professional conduct, There for I request she be removed concerning Morgan V. Armstrong, et al No. 3:97 CV0045 (AVC)(TPS) Based on Her tricks of unfairness, I will try every case Just to seek Full max remedy. thanks for your efforts Please reply your office Should recieve my Amended complaint and objection Soon in Morgan V. Rowland, et al. thank you.

Yours Truly
Mr. Lloyd George Morgan, Jr # 117796

CC. Honorable Judges Droney & Garfinkel U.SD. Court
CC. Comm. Theresa C. Lantz, & Dep. Comm. Brian K. Murphy,
CC. Warden James E. Dzurenda & Adm. Majors Quiros, Hall, Farrell,
CC. Inmates Legal Asst. Program. Atty. Cahill, & Starkowski,
CC. FBI Dir. Michael J. Wolf,
CC. US Atty. ~~Kevin~~ Danher III,
OC. LGM/F/ed

RECEIVED
JUN 18 1997
Day, Berry & Howard

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LLOYD GEORGE MORGAN, JR. | : | NO. 3:93CV-028 (AVC) |
| V. | : | |
| LARRY MEACHUM, ET AL. | : | |
| LLOYD GEORGE MORGAN, JR. | : | NO. 3:93CV2069 (AVC) |
| V. | : | |
| LARRY MEACHUM, ET AL. | : | |
| LLOYD GEORGE MORGAN, JR. | : | NO. 3:94CV2101 (AVC) |
| V. | : | |
| LARRY MEACHUM, ET AL. | : | |
| LLOYD GEORGE MORGAN, JR. | : | NO. 3:95CV1295 (AVC) |
| V. | : | |
| HARTFORD COMMUNITY MENTAL HEALTH CENTER, ET AL. | : | |
| LLOYD GEORGE MORGAN, JR. | : | NO. 3:95CV1524 (AVC) |
| V. | : | |
| JOHN ARMSTRONG, ET AL. | : | |
| LLOYD GEORGE MORGAN, JR. | : | NO. 3:95CV2334 (AVC) |
| V. | : | |
| JOHN ARMSTRONG, ET AL. | : | |
| LLOYD GEORGE MORGAN, JR. | : | NO. 3:97CV145 (AVC) |
| V. | : | |
| JOHN ARMSTRONG, ET AL. | : | JUNE 17, 1997 |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JURY SELECTION CALENDAR

HONORABLE ALFRED V. COVELLO, U.S.D.J.
450 MAIN STREET
HARTFORD
COURTROOM #1-ANNEX

May 1, 1997

10:00 A.M.

RECEIVED

APR # 7 1997

DAY, BERRY & HOWARD

CASE NO.   3-94-cr-226 USA v Scibelli

-----------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| James W. Bergenn | Shipman & Goodwin, One American Row, Hartford, CT 251-5000 |
| Robert C. Blume | U.S. Attorney's Office, 157 Church St., PO Box 1824 23rd Floor, New Haven, CT 773-2108 |
| Robert J.T. Britt | Rome, McGuigan, Sabanosh & Klebanoff, One State St., Hartford, CT 860-549-1000 |
| F. Mac Buckley | Law Offices Of F. Mac Buckley, 83 Oak St., Hartford, CT 860-293-1161 |
| Richard S. Cramer | 449 Silas Deane Hwy., Wethersfield, CT 257-3500 |
| Christopher F. Droney | U.S. Attorney's Office, 157 Church St., PO Box 1824 23rd Floor, New Haven, CT 773-2108 |
| Owen P. Eagan | Eagan & Donohue, 24 Arapahoe Rd., West Hartford, CT 232-7200 |
| William T. Gerace | Slitt & Gerace, 21 Oak St. Suite 604, Hartford, CT 525-4461 |
| David L. Gussak | Gussak Silver Sklar Jacobson & Kirsch, 100 Farmington Ave., Hartford, CT 860-247-2012 |
| Peter S. Jongbloed | U.S. Attorney's Office, 157 Church St., PO Box 1824 23rd Floor, New Haven, CT 773-2108 |
| Joseph F. Keefe Jr. | Smith, Keefe, Conti & Moraghan, 179 Water St., Po Box 1146, Torrington, CT 482-7651 |
| Margaret P. Levy | 21 Oak St., Hartford, CT 297-6551 |
| Carmine Mastrototaro | 183 Shrewsbury Street, Worcester, Ma 508 797-5491 |
| Joseph W. McQuade | Shipman & Goodwin, One American Row, Hartford, CT 251-5000 |
| David A. Moraghan | Smith, Keefe, Conti & Moraghan, 179 Water St., Po Box 1146, Torrington, CT 482-7651 |



RICHARD BLUMENTHAL
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

(860) 808-5318

Office of the Attorney General
## State of Connecticut

(860) 808-5450

August 7, 1998


Deborah S. Russo, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103

RE:   Morgan Global Settlement

Dear Deb:

I am enclosing the following materials in connection with the settlement of all of Mr. Morgan's pending matters:

- Settlement Agreement in No. 3:97CV145(AVC) with attached Release; and,
- Stipulation to Dismissal in No. 3:94CV2101 (AVC)

I want you to know how much I appreciate your efforts in the last ten days which resulted in concluding these matters.

Very truly yours,

Lynn D. Wittenbrink
Assistant Attorney General

/meg
Enclosures

## DAY, BERRY & HOWARD

Counsellors at Law
Hartford, Stamford and Boston

CityPlace
Hartford
Connecticut 06103-3499
Telephone (860) 275-0100
Facsimile (860) 275-0343
Internet ashmeaj@dbh.com

John B. Ashmeade
(860) 275-0341

April 7, 1997

### ATTORNEY CLIENT PRIVILEGE

Mr. Lloyd George Morgan, Jr.
#117796
Northern Correctional Institution
287 Bilton Road
Unit I West Cell 218
Somers, CT 06078

Re:   *Morgan v. Meachum, et al.*
      DB&H File No. 99998-90824

Dear Lloyd:

As you are aware, a settlement conference is scheduled for April 11, 1997 in the pending case of *Morgan v. Meachum, et al*. In connection with this conference, you have authorized me to settle the case for $5,000 or more. The authority to settle the case extends to the other cases you have pending against the Department of Correction with the exception of the *Walker* case. I will keep you updated on the progress of the settlement negotiations.

Very truly yours,

John B. Ashmeade

JBA/mjq

cc:   James H. Rotondo, Esq.

April 2, 1997

John B. Ashmeade, Esquire
James F. Sullivan, Esquire
Day, Berry & Howard
CityPlace
Hartford, CT 06103-3499

Dear Attorneys Ashmeade and Sullivan:

                Re: Lloyd v. Morgan, Jr. vs. Larry Meachum, et al

Enclosed herewith is the Notice of Deposition, Subpoena and witness fee check which I am returning to you as Correction Officer Karl C. McKinney was not present to be served.

Also enclosed is my return of service upon Eleanor Derosier and invoice regarding the case of Josephine T. Stewart, et al vs. Mark E. Dion, d/b/a Concept Builders.

Thank you for your attention to this matter.

                                          Very truly yours,

                                          Grant Carragher, Deputy Sheriff

GC/dwk
Enclosures

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

                                              CLERK
                                              U.S. DISTRICT COURT
                    PRISONER                  BRIDGEPORT
                  : DOCKET NO. 3:01cv1107 (CFD)(WIG)
Lloyd G. Morgan                               Oct 21  1 42 PM '02
        V.      :
Gov. John Rowland, et al
                  :                           FILED

### FIRST SCHEDULING ORDER

The plaintiff has filed this Section 1983 complaint against the defendant(s). The first appearance in this action was filed on 10/9/02.

Preparation for trial should proceed at this time on claims in the complaint which have not been dismissed or withdrawn. **All discovery and further proceedings in this case are limited to this claim/these claims.**

Pursuant to Rule 16(c) of the Federal Rules of Civil Procedure, it is hereby ORDERED:

1. Defendant shall file any motions to dismiss for failure to state a claim under Fed. R. Civ. P. 12(b)(6), or motions to dismiss as frivolous under Title 28 U.S.C. Section 1915(e), or answer or other reply within 60 days of the date on which the appearance was filed. **Failure to respond to the complaint in a timely manner will result in the entry of default for failure to plead.**

2. If either party determines that an early settlement conference would be beneficial in this case, he shall file a motion seeking a settlement conference within 90 days of the date on which the appearance was filed.

3. Discovery pursuant to the Federal Rules of Civil Procedure, Rules 26 through 37, shall be completed within six months (180 days) of the date on which the appearance was filed. Discovery requests need not be filed with the court.

4. All motions for summary judgment shall be filed within seven months (210 days) of the date on which the appearance was filed.

5. Pursuant to Local Civil Rule 9(a), a non-moving party must respond to a dispositive motion within 21 days of the date the motion was filed. If no response is filed, or the response is not timely, the dispositive motion can be granted absent objection. If the motion is granted, the complaint will be dismissed as to all defendants, appearing and non-appearing and the case will be closed. The case will **not** proceed to trial.

SO ORDERED this 21st day of October, 2002, at Bridgeport.

_____
U.S. Magistrate Judge

RICHARD BLUMENTHAL
ATTORNEY GENERAL



MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

December 9, 2003

Lloyd George Morgan, Jr., Inmate No. 117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Re:    **Your Letter dated: December 4, 2003**

Dear Inmate Morgan:

    I am in receipt of your letter dated December 4, 2003. By copy of this correspondence, I am sending it to Cheshire Correctional Institution for appropriate response, if any is necessary. Please do not direct your concerns to me, but through the appropriate chain of command. It is not my role to deal with your complaints at Cheshire Correctional Institution.

Very truly yours,

Lynn D. Wittenbrink
Assistant Attorney General

LDW:lac

cc:    Warden James Dzurenda
      Cheshire Correctional Institution
      900 Highland Avenue
      Cheshire, CT 06410

Enclosure