Dear (AAG) Lynn D. Wittenbrink, Date 12-4-03

Please find inclosed motion dated 12-4-03, and inclosure, also RE: to Morgan V. Rowland et al Case No 3:01CV1107(CFD) Also Lynn if you are willing to come to a settlement and Remedy Please Let me Know also realize I am now at Cheshire C.I. and I am Being subjected to None stop HARSH Retaliation and Reprisal By unit manager CAPT. E. Saundry I wrote Various Complaints against him do to his Threats to Return me to Northern C.I. if I excercise my Rights to File Complaints and Grievances against him and his staff Do to my Fear of His Threats I withdrew them, but He Carried out his Threats set me up and wrote me a DR. Ticket of a Fabricated issue he created. only cause I saught to Avoid a situation, and this Happend on 11-25-03 He Put me in segregation, where I am now, He is seting me up with constant DR tickets to set me up to Return to Northern C.I. or Transfeed out of (CCI) and on 12-2-03 when I was Due to Return to NB6 (PC) unit He Lied a wrote a false ticket Claiming I Refused to set a trend of DR. Reports, Now I may be Returning Back to Northern CI into the same situation, so realize this Please order this Conduct deterd They Refuse to allow me to Return to (PC) NB6 or 5 its crazy Lynn these people is so corrupt till I realize How Hard your Job is my God! Well Lynn I wish you well Take care Please Reply

Yours Truly

Mr. Lloyd George Morgan, Jr #117796

RHU EB-1-13 cell (CCI)

Dear Chief of F.B.I. Date 12-18-03

my Name is MR. Lloyd George MORGAN, JR. I Respectfully Request Consideration if you would allow your Civil Rights Dept. to Look into my issues or Referr them for Review. SIR, my Name is MR. Lloyd George MORGAN, JR and I am Presently incarcerate at The Cheshire C.I. Facility, I Have Been Receiving Constant Threats From U/M Captain E. Saundry, To Be transferred and to Be set up and Return to NORTHERN C.I. facility if I use my Rights to File Grievances or Complaints against him or his staff I Been Subjected to None Stop Herassment and Retaliation and Reprisal By Capt. E. Saundry and his Staff For excercising my Rights to File Grievances or Complaints against them. They Have with Held my Legal Property and Books to my pending Cases titled Lloyd George MORGAN Jr. v. Governor John G. Rowland, et al Case No 3:01CV1107 (CFD)(WIG) I Had over 36 Bags of Legal Property and Books and Social Property officers Buchler and Tefoe Have Conspired to Destroy my legal Documents and with Hold my Legal items So I Can't persue my Federal Case Above Warden Dzurenda and Majors Hall, Farrell, Quiros Have allowed this I seek a Federal Review and Criminal Charges to be Pressed this is illegal Please Reply

Very Truly yours

MR Lloyd George MORGAN JR #117796

cc. Comm. Lantz.

CC. Dist. ADm. Strange

CC. Warden Dzurenda

CC. Property officers Buchler / Tefoe

CC. LGM / Filed



# Inmate Grievance Form B, Levels 2 and 3

**Connecticut Department of Correction**

CN 9601/2
Rev. 10/07/02

| Inmate Name MR. Lloyd George MORGAN JR | | Inmate no. |
|---|---|---|
| Facility Cheshire C.I. | Housing unit NB630 | Date 1-11-2004 |

☒ Line grievance ☐ Line emergency ☐ Health grievance ☐ Health emergency

| IGP no. 125-04-217 | T no. |
|---|---|

**Use this form to appeal a Level 1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the box for inmate grievances.**

**Appeal. I am appealing the Level 1 decision because:** No effective ubiased Review was giving also see AD. RHU Form and DR. Tickets Dated 11-25-03 and 12-2-03 and see statement Dated 12-17-03 giving to CAPT. Butricks. see: also request Dated 12-14-03 and Letters Dated 12-1-03 12-9-03 12-4-03 1-21-03 and 11-24-03. and from Dep. Comm. Murphy. Please effectively Review all issues and inclosed.

| Inmate signature MR. LLoyd George MORGAN JR | Date 1-11-2004 |
|---|---|

**FOR OFFICIAL USE ONLY – LEVEL 2 REVIEW**

| Date received | Disposition | Date of disposition |
|---|---|---|

Reasons

Level 2 reviewer

☐ This grievance may be appealed within 5 days to Level 3

☐ This grievance may not be appealed to Level 3 (see A.D. 9.6, Section 17)

**Appeal. I am appealing the Level 2 decision because:**

| Inmate signature | Date |
|---|---|

**Deposit your appeal in the box for inmate grievances**

**FOR OFFICIAL USE ONLY – LEVEL 3 REVIEW**

| Date received | Disposition | Date of disposition |
|---|---|---|

Reasons

Level 3 reviewer



# STATE OF CONNECTICUT

Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

**From: CTO DeFelice**
**To: Lloyd, Morgan # 117796**
**Date: 2/25/04**
**Re: IGP# 125-04-217 Return without disposition**
**CC: File**

---

You recently filed a level 2 grievance (125-04-217) on 2/24/04. Unfortunately per Administrative Directive 9.6 you must file your appeals within five day's. The original grievance was sent back to you on 1/07/04.The seven weeks between disposition and appeal far exceed the allowable time frame. I'm enclosing the portion of 9.6 that defines the appeal process.

16. **Level 2 Review. An inmate may appeal a Level 1 disposition to Level 2 within five (5) calendar days of receipt of the decision.** The Level 2 review shall be made in accordance with the following:

    A. A non-medical line grievance filed by an inmate confined in a Connecticut correctional facility shall be reviewed by the Deputy Commissioner of Operations.

    B. A grievance filed by an inmate housed out of state shall be reviewed by the Deputy Commissioner of Programs and Staff Development.

    C. A medical grievance or a grievance which deals with accommodation under the Americans with Disabilities Act shall be reviewed by the appropriate Health Services Administrator.

    D. A non-medical grievance filed by an inmate supervised in the community shall be reviewed by the Deputy Commissioner of Field and Security Operations.

    If a timely response to a Level 1 grievance is not received, an inmate may appeal to Level 2, one (1) day after the authorized time limit expires. The response shall be in writing within 30 calendar days and shall include a statement of the remedy for a grievance, which is upheld, compromised or of the reason a grievance is denied or rejected. Level 2 shall be the final level of appeal for all grievances except as provided in Section 17 below.

CTO DeFelice
Grievance Coordinator
Cheshire C.I.

**STATE OF CONNECTICUT**
**DEPARTMENT OF CORRECTION**
*CHESHIRE CORRECTIONAL INSTITUTION*
*900 HIGHLAND AVENUE*
*CHESHIRE, CT 06410*

*TO:* *Inmate Morgan, Lloyd #117796*
*NB6-30*

*FROM:* *James E. Dzurenda, Warden*

*DATE:* *January 21, 2004*

*SUBJECT:* *Facility Inquiry; Staff Conduct*

---

*This is to inform you that your allegations of staff misconduct at Cheshire C.I. which you forwarded to the Attorney General's Office, Commissioner's office, District Administrator's office and Warden's office was thoroughly investigated and completed on January 8, 2004.*

*All the allegations you mentioned during your interview with the investigator were researched and was determined to be unsubstantiated.*

*The investigation has been concluded and this matter is considered closed.*

*If you have any questions or issues, please address them with your Unit Manager utilizing the chain of command.*

*JED/lch*

*C:* *D/A Strange*
*C/S Diana Gesualdi*
*Major Quiros*
*File*



**STATE OF CONNECTICUT**
**DEPARTMENT OF CORRECTION**
CHESHIRE CORRECTIONAL INSTITUTION
900 HIGHLAND AVENUE
CHESHIRE, CT 06410

TO: *Protective Custody Inmate Population*

FROM: *James E. Dzurenda, Warden*

DATE: *November 24, 2003*

SUBJECT: *Protective Custody Reclassification*

---

*Effective today, November 25, 2003, inmates in Protective Custody will be reclassified into a Two Tier Management System.*

*Inmates will be separated from each other based on violence history and severity of offense.*

*This reclassification will assist the facility in ensuring the safety for those inmates who have a violent history from those inmates who do not.*

*Please direct all concerns or issues which develop from this reclassification with your Unit Manager.*

*A request has been submitted to increase programs and work detail within each Tier which will hopefully be resolved shortly.*

*Please be patient during this program transfer in the attempt to increase inmate and staff safety.*

*JED/lch*

C: *File*

P.S. also see statement from I/M David Russell Dated 12-2-03 Re: to CAPT. E. Saundry Setting me up with False DR. tickets on 12-2-03 to Return me to Northern CI and transfer me out of (CCI) I/m Russell # 15599. was in RHU EB-1-04 Cell CCI At the time and me RHU EB-1-13 Cell

Said CAPT E. Saundry Did Not Like the FACT that I was Considered a Litigeous Inmate who Have a History of filing Law Suits Some time Back I was Called into ADm. CAPT. Joseph N. Carlone office About Complaints against CAPT. E. Saundry and MR. Fortin Do to the Threats He made of Retaliation I was Afraid and withdrew them saying they was now being nice to me, when that was not the case Just so They would stop Herassing me then on 11-25-03 CAPT. E. Saundry attempted to set me up to Possible Get hurt or a Altercation By ordering me to move with a I/m that was a Child molester, I attempted to Avoid a situation and asked him For Consideration of Remedy. He was very short Patient and Abusive talking Fast He then ordered me to Return to my cell and Pack All my Property outside my cell door in 2 minutes and Report to him to Be sent to seg. He created A Fabricated Class A ticket Putting me in seg and Strip Surch me with C/O Ostrowski, as He Shook His mace to assault me I was striped in front of A Video Camera and ordered to spread my Ass Checks open which is illegal I did it to keep from being maced.

and on 12-3-03 during touring I spoke to majors Quiros and Warden on some of this issues and was told the case and complaint would Be Re-open I was seen by ADm. CAPT. Carlone, and a man posing as a Maintances man That Had on His Shirt Roman, but it seem Like a set up cause the said man was wise and Looked Like Dep. Comm. Murphy. They Had no intentions on doing any effective investigation but covered it up and Refused to write the Full Report giving to him. see copy of Letter Done by CAPT. ADm. Carlone, see MR. Quiros Reply Dated 12-1-03 All inclosed. Respectfully Yours MR. Lloyd George Morgan, JR #117791

My name is David Russell and on this day I over heard Mr. Morgan and CAPT. E. Saunary Talking 12-02-03 The CAPT was Telling Mr. Morgan #153796 that he was gonna to find a Cell in his block for Mr. Morgan and That Mr. Morgan had to accept the Cell no matter what. Mr. Morgan Stated to the CAPT that he will accept the Cell that the CAPT. had for him. Mr. Morgan Than asked the CAPT. once I'm in the Cell will it be possiable for me to move with Some one I know that I can Live with. The CAPT. Told Mr. Morgan that they will talked once he comes up to the block. Next thing you know A C/O came to Mr. Morgan Cell with A ticket for Disobeying A direct order. Mr. Morgan was never giving a direct order for him to disobey. In Fact Mr. Morgan was looking forward to getting out of Segregation Today which is 12-02-03

This is A Statement from me David Russell This is what I heard word For word.

David Russell
12-02-03
#155789
Cell - E-B-1.01

# Restrictive Housing Unit Status Order
## Connecticut Department of Correction

CN 9401
Attachment C, Page 1
9-9-95

Facility: Cheshire CI

| Inmate Name: Morgan, Lloyd | Inmate Number: 117796 |
|---|---|

**Section 1: Status**

Placement In Restrictive Housing Unit. (Check and Date the Appropriate Descriptions)

| | | | |
|---|---|---|---|
| ___Transfer Detention | Date: | __Administrative Segregation | Date: |
| X Administrative Detention | Date: 11/ 25/03 | ✓ Punitive Segregation | Date: 12-1-03 |
| ___Administrative Segregation Transition | | Date: | |
| ___ Close Custody, chronic discipline | | Date: | |
| ___ Close Custody, security risk group safety threat member | | Date: | |

**Section 2: Reason For Placement**

**Inmate Morgan #117796 was placed in Restrictive Housing on AD status for Flagrant Disobedience. Morgan refused to move from NB642 to NB629.**

Capt E. [signature]

| Signature of Supervisor: Saundry, E Capt. | Date: November 25, 2003 | |
|---|---|---|
| Inmate given copy of this form: x Yes No | Time: 1:30pm | Date: Nov. 25, 2003 |



# Disciplinary Report – Page 1

Connecticut Department of Correction

CN 9503
REV 7/3/02

| Unit Cheshire C.I. | Report date 25 Nov 03 | Report no. |
|---|---|---|
| Inmate name Morgan, Lloyd | Inmate no. 117796 | Housing NB642 |
| Location North Block 6 | Incident date 25 Nov 03 | Time. 10:55 am |
| Charge Flagrant Disobedience | | Class A |

**Description of violation:** On 25 Nov 03 at approximately 10:55am North Block 6 was in the process of separating inmates based on a tier system housing offenders of like risk scores together. Inmate Morgan was assigned to move from NB642 to NB629. He stated to me that he did not like living with Child molesters and was refusing to move. I suggested another cell and he stated that he wanted to live with someone "of his own kind". I asked what he meant by that and he stated that he wanted to live with a black guy. I then suggested that he move to one cell and live with inmate Boykin who is black. Morgan refused that move also. I issued Morgan a direct order to move to one cell and he refused. Morgan then began shouting that I was a racist and was moving him because he is a black man and that I am discriminating against him, retaliating against him and placing his life in danger..

Witness(es):

Physical evidence:

| Reporting employee Saundry, E [signature] | | Employee requests copy yes ☐ no |
|---|---|---|
| Title Captain | Date 25 Nov 03 | Time 12:40 am pm X |

**CUSTODY SUPERVISOR / UNIT MANAGER REVIEW**

| X Administrative detention | Date 25 Nov 03 | Time 10:55 X a.m. ☐ p.m. |
|---|---|---|
| ☐ Accused inmate interview | ☐ Informal disposition | |
| Custody supervisor / unit manager signature Saundry, E [signature] | | |
| Title Captain | Date 25 Nov 03 | Time 12:40 ☐ a.m. X p.m. |

**INMATE NOTICE**

| Delivered by [signature] | | |
|---|---|---|
| Title C/O | Date 11-25-03 | Time 1:45 ☐ a.m. ☒ p.m. |



# Restrictive Housing Unit Status Order
## Connecticut Department of Correction

CN 9401
Attachment C, Page 1
9-9-95

Facility: **Cheshire CI**

| Inmate Name: Morgan, Lloyd | Inmate Number: 117796 |
|---|---|

**Section 1: Status**

Placement In Restrictive Housing Unit. (Check and Date the Appropriate Descriptions)

| | | | |
|---|---|---|---|
| ___Transfer Detention | Date: | __Administrative Segregation | Date: |
| _x_Administrative Detention | Date: 12/2/03 | __ Punitive Segregation | Date: |
| ___Administrative Segregation Transition | | Date: | |
| ___ Close Custody, chronic discipline | | Date: | |
| ___ Close Custody, security risk group safety threat member | | Date: | |

**Section 2: Reason For Placement**

**Inmate Morgan placed on AD status pending a DR for DADO for refusing to leave segregation.**

| Signature of Supervisor: [signature] | Date: 12/2/03 | |
|---|---|---|
| Inmate given copy of this form: Yes No | Time: | Date: / / |



# Disciplinary Report – Page 1

Connecticut Department of Correction

CN 9503
REV 7/3/02

| | | |
|---|---|---|
| Unit Cheshire | Report date 2 Dec 03 | Report no. |
| Inmate name Morgan, Lloyd | Inmate no. 117796 | Housing RHU |
| Location EB1-13 | Incident date 2 Dec 03 | Time 11[45] ☒ a.m. ☐ p.m. |
| Charge Disobeying a Direct Order | | Class B |

Description of violation: On 2 Dec 03 at approx. 1145/AM I issued Inmate Morgan a direct order to move to NB6 30 cell. Morgan stated that there were only a few people he could live with. I informed him that 30 was the only cell that was open. Morgan stated that he was going to remain in Seg.

Witness(es):

Physical evidence:

| | | |
|---|---|---|
| Reporting employee Capt [signature] | | Employee requests copy ☐ yes ☐ no |
| Title Capt | Date 2 Dec 03 | Time 2[00] ☐ a.m. ☒ p.m. |

CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

| | | |
|---|---|---|
| ☐ Administrative detention | Date | Time ☐ a.m. ☐ p.m. |
| ☐ Accused inmate interview | ☐ Informal disposition | |
| Custody supervisor / unit manager signature Capt [signature] | | |
| Title Capt | Date 2 Dec 03 | Time 2[15] ☐ a.m. ☒ p.m. |

INMATE NOTICE

| | | |
|---|---|---|
| Delivered by [signature] | | |
| Title C/O | Date 12-2-03 | Time 2[30] ☐ a.m. ☒ p.m. |




# Cheshire CI Correctional Institution
## Facility Investigators Office
### Inmate Statement

| | |
|---|---|
| Inmate Name | *Morgan, Lloyd #117796* |
| Incident Date | *11/12/03* |
| Investigator Collecting Statement | *Captain Joseph N. Carlone* |
| Date | *11/19/03* |

On November 19, 2003, I interviewed inmate Morgan in regards to his statement of harassment from Captain Saundry and Counselor Fortin. Inmate Morgan stated to this investigator that he no longer has any issue with Captain Saundry or Counselor Fortin. Inmate Morgan states he had written this statement because he was arguing with Counselor Fortin and Captain Saundry supported Counselor Fortin. After inmate Morgan looked into the matter he realized that he did not have an issue with the two. Inmate Morgan also states that Captain Saundry and Counselor Fortin have been treating him well and he wishes to retract his statement of harassment. Lloyd G. MORGAN JR #117796

# Cheshire CI Correctional Institution
## Facility Investigators Office
### Inmate Statement

| | |
|---|---|
| | Lloyd, Morgan #117796 |
| | |
| | Captain Joseph N. Carlone |
| | 12/4/03 |

Question: Did you make a statement to me prior to this occasion that you no longer had a problem with Captain Saundry and Counselor Fortin?
Answer: Yes, but I did this because Captain Saundry threatened me verbally that if I exercise my rights to file complaints or grievances against him or his staff I would lose and he would set me up to go to Northern. Since he said he would set me up to go to Northern I was afraid of a man with so much power. And that is the reason why I withdrew my complaints.
Q: Now you say you have a problem with Captain Saundry?
A: Yes because I'm subject to retaliation from him for filing grievances and complains to the Wardens Office and Commissioner and Majors.
Q: Has Captain Saundry physically threatened you?
A: He made verbal threats towards me.
Q: Is Captain Saundry firm and direct towards you?
A: He is very hateful and grudgeful towards me.
Q: Does Captain Saundry act the same way towards all inmates?
A: No, he shows other inmates favoritism.
Q: On 11/25/03 did Captain Saundry offer another cell partner prior to you refusing this cellmate?
A: When I was explaining my situation to him he was impatient and talking real fast. I tried to keep myself from a situation so I don't think he said it. Captain Saundry is the one who said you have to live with the inmate and I said I could not live with a child molester, so Captain Saundry said you are going to seg. I have filed many complaints with Warden Dzurenda, Majors Quiros, Hall and Farrell and I clearly detailed all of my issues that I could not explain hear. In my many letters to the above mention officials I clearly stated the many different threats Captain Saundry made and would carry them out is in those letters and what has happened. I was supposed to be released from seg on 12/02/03 and I spoke to Officer Corbett and Hogan and Captain Saundry toured RHU he later trumped up a dishonest DR to keep me in seg and keep me out of his unit. The DR was not true. LLoyd George MORGAN/JR# 117796



# CONNECTICUT DEPARTMENT OF CORRECTION
## CHESHIRE CORRECTIONAL INSITUTION

STATEMENT OF: Morgan, Lloyd

CASE NUMBER:

PREVIOUSLY INTERVIEWED: YES NO | SUPPLEMENTARY

NATURE OF COMPLAINT: Allegation of staff misconduct

LAST NAME: Morgan | FIRST NAME: Lloyd | M.I.: G

SEX: M | RACE: B | DOB: 10/18/64 | AGE: 39 | DATE OF ADMIT: 04/27/99

I.D. NUMBER: 117796 | OFFENSE: 21A278B | HOUSING UNIT: NB6-30

TITLE (IF STAFF MEMBER): N/A | ADDRESS: N/A

THE FOLLOWING STATEMENT IS MADE WITHOUT FEAR, THREAT, OR PROMISE OF ANY BENEFIT TO ME. AS AN EMPLOYEE INVOLVED IN AN INTIAL INQUIRY, I HAVE BEEN READ AND UNDERSTAND MY RIGHTS AND RESPONSIBILITIES DURING AN INTIAL INQUIRY. BY AFFIXING MY SIGNATURE TO THIS STATEMENT, I ACKNOWLEDGE THAT I HAVE READ IT AND HAVE HAD IT READ TO ME AND IT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SIGNATURE Mr. Lloyd George MORGAN JR DATE: 12-17-03

WITNESS: Captain [signature] Knight DATE: 12-17-03

INVESTIGATOR: Butricks, Kenneth | DATE: 12/17/03 | TIME: 10:55am

STATEMENT: On November 7, 2003, this complainant was transferred from Northern CI after successfully completing the A.S. program. I was then transferred to Cheshire CI and placed in the protective custody Unit in NB6-42 under the supervision of Capt. Saundry and Counselor Fortin. The problems started when I attempted to follow the chain of command. I wrote a letter to Counselor Fortin pertaining to information on my visiting list and other information to assist me in getting acquainted to Cheshire CI. At that time, he called me out to his office and he had the computer screen up with all my confidential information including my family address as well as my criminal history. There was an inmate in the office at the time and Counselor Fortin was saying my family address and my criminal history aloud so the inmate can clearly hear it. Out of concern for my family's safety and mine, as well as the sensitivity of my confidential information, I asked Counselor Fortin not to talk about my confidential information in front of another inmate. Counselor Fortin stated this information was not confidential and that I was "just breaking his balls". Counselor Fortin began screaming and told me to get the hell out of his office. I told Counselor Fortin that I felt he was racist and discriminating towards me but I followed his order and exited his office. As I walked out of the door Capt. Saundry was there. I started to explain to Capt. Saundry what happened in Counselor Fortin's office and Capt. Saundry became hostile and indifferent and his patience was very short with me. He didn't want to hear it. This possibly happened on November 10, 2003. I went back to my cell and wrote complaints to Commissioner Lantz as well as Warden Dzurenda regarding this incident. Somehow both Capt. Saundry and Counselor Fortin found out about my complaints because sometime after I wrote the complaints I was coming back from the medical unit I passed by Counselor Fortin's door. I entered the office and Counselors Fortin and Hadlock and Capt. Saundry were in there. I talked to them and told them about

INVESTIGATOR'S SIGNATURE [signature] | DATE: 12/17/03 | PAGE 1 OF 3



**CONNECTICUT DEPARTMENT OF CORRECTION**
**CHESHIRE CORRECTIONAL INSITUTION**

**STATEMENT OF:** Morgan, Lloyd **(CONT.)**

**CASE NUMBER:** ______

**STATEMENT (CONT.):** the issues from the complaint. At that time Capt. Saundry became very extremely angry and he said let me tell you something. Capt. Saundry said "You just got here and you're already writing the Commissioner and the Warden. Capt. Saundry stated the complaint to the Commissioner's Office was only going to come back to him and that he (Capt. Saundry) was going to write me a ticket for false information. Another day I ended up back in the office with the same parties present regarding complaints I wrote against Capt. Saundry and his staff. At that time, Capt. Saundry was furious in dealing with me. He didn't like the idea that I was exercising my rights to file grievances over his head to his superiors against him and his staff. Capt. Saundry then stated, "You're going to lose if you keep writing grievances against me and my staff." Capt. Saundry said in so many words that he was going to set me up and send me back to Chronic Discipline in Northern CI. I became terrified because of Capt. Saundry's position of power. That was my reason for initially withdrawing all my complaints during a meeting with Capt. Carlone. I felt Capt. Saundry was well capable of following through with his threats against me. On November 24, 2003, warden Dzurenda, Majors Quiros, Farrell and Hall were touring North Block 6 along with Capt. Saundry. I briefly spoke with the Warden and Major Quiros. As Captain Saundry was approaching the area, I told the Warden and Major Quiros that I was withdrawing my complaints against Capt. Saundry. I was fearful that he would carry out his threats against me as already mentioned in this statement. Due to this, I was complimenting Capt. Saundry to the Warden hoping that Capt. Saundry's retaliation and mistreatment toward me would stop. After I informed the Commissioner's office, the Warden and the Majors, what Capt. Saundry stated he would do to me, he started to carry out some of those threats when he issued me a Disciplinary Report for Flagrant Disobedience on November 25, 2003. Capt. Saundry was attempting to put me in a hostile situation to cause an altercation for me to get harmed or the other inmate to get harmed. Capt. Saundry was moving me in with a child molester. I have a problem with that inmate and others who rape women and children. I wanted to avoid any problems so I asked Capt. Saundry for consideration to be moved into another cell. I was trying to avoid criminal charges and I was also trying to protect the state against liability if an altercation took lace after I went into the cell that I was being assigned. Capt. Saundry was talking real fast and yelled that I was going to segregation. He said I had two minutes to get upstairs and pack my property. I fully complied. I placed my hands on the desk so my hands can be restrained knowing that I was going to segregation. While the camera was on, I told Capt. Saundry that he was racist and trying to cause me harm. I was escorted to seg by Officer Hogan, Capt. Saundry and the video camera operator. While I was being strip searched I was following every order. Capt. Saundry was waiving his mace back and forth looking for a reason to mace me.

BY AFFIXING MY SIGNATURE TO THIS STATEMENT, I ACKNOWLEDGE THAT I HAVE READ IT AND / OR HAVE HAD IT READ TO ME AND IT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SIGNATURE Mr. Lloyd George Morgan, Jr. DATE: 12-17-03

WITNESS: Captain [signature] Knight DATE: 12-17-03

INVESTIGATOR'S SIGNATURE [signature] DATE: 12/17/03 PAGE 2 OF 3



**CONNECTICUT DEPARTMENT OF CORRECTION**
**CHESHIRE CORRECTIONAL INSITUTION**

**STATEMENT OF:** Morgan, Lloyd **(CONT.)**

**CASE NUMBER:**

**STATEMENT (CONT.):** The Disciplinary Investigator came to investigate a ticket and I was told Capt. Saundry was the Disciplinary Coordinator. He told me nobody was going to believe my word over a Captain's ticket, that I should just plead guilty. Out of fear of Capt. Saundry's power I plead guilty to something I wasn't guilty of. I also wanted to get out of seg. On December 2, 2003 I was due to return to North Block 6. I spoke with Officer Corbett and Officer Roby several times. They told me they contacted A.P. and they were waiting word from Capt. Saundry. After touring the unit on his way out Capt. Saundry stopped and said to me that today was the big day, asking if I was ready to go back to PC. In a hostile way, Capt. Saundry told me I was going to have to go to any cell that he puts me in. He told me he was tired of dealing with me. I said to Capt. Saundry that I can't win with you, I just want to get along. Capt. Saundry said that if he brings me back to PC and that if he has to bring me back to segregation, he was going to send me to Northern. I made it clear to him I would go to any cell he was going to put me in. Sometime later, Capt. Saundry created a false ticket that was signed and delivered by C/O Buehler. The ticket was Disobeying a Direct Order ticket. Capt. Saundry claims he put me in thirty cell and that I refused. This was not true and Capt. Saundry only did this out of retaliation. The problem with the investigation is that several of my complaints to the Commissioner's office as well as those to the Warden were referred to Capt. Carlone. I was called to Capt. Carlone's office regarding the various complaints. Maintenance Supervisor Rohan was in the office and I don't feel Capt. Carlone had all the information in front of him. I don't feel the investigation was thorough and adequate and I don't think a Captain should be investigating another Captain. After writing the Commissioner's office it was my hope that internal affairs would come down to investigate this matter. I also made it clear of my dissatisfaction with the investigation in my letter to Warden Dzurenda dated December 6, 2003. Due to various problems with Capt. Saundry, I have to live in constant fear of either being set up with contraband or being placed in a situation in a cell that could cause harm to me. I'm even in fear of pursuing my legal matters for fear of retaliation from Capt. Saundry.

BY AFFIXING MY SIGNATURE TO THIS STATEMENT, I ACKNOWLEDGE THAT I HAVE READ IT AND / OR HAVE HAD IT READ TO ME AND IT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SIGNATURE: MR. Lloyd George Morgan JR DATE: 12-17-03

WITNESS: Captain [signature] Knight DATE: 12-17-03

INVESTIGATOR'S SIGNATURE: [signature]

DATE: 12/17/03

PAGE 3 OF 3