

PAGe 1 OF 3
# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name:** MR. Lloyd George MORGAN, JR
**Inmate no.:** 117796
**Facility:** Cheshire C.I.
**Housing unit:** RHU EB1-13 Cell
**Date:** 12-14-03

**Request:** Dear WARden James E. Dzurenda, I Respectfully write you in Good-faith Per the PROPER CHAIN OF Command Seeking your URGent Consideration and action on all mention Issues herein, Sir I wrote a Letter of complaint to (D.O.C.) Comm. LANTZ, Dated 11-10-03, Regards to Herassments and Reprisal and Retaliation By Wm Capt. E. Saundry, & me. Fortin,

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

**Submitted to** _____ **Date** _____
**Acted on by** _____
**Action Taken and/or Response**

(continue on back if necessary)

**Response to Inmate Date**
**Staff Member Signature**

and Threats and Employee Conduct violation of (D.O.C.) ADM. DIR. 2.17 I just received a Reply from Deputy Comm. Brian K. Murphy, sending copies of my complaint to you and Dist. Adm. Mark W. Strange, for Review it should be so noted that U/M Capt. E. Sawdry, clearly subjected me to out right Discrimination and Retaliation and Reprisal, and that He carried out those Threats, on 11-25-03, when I was unjustly put in seg RHU EB1-13, seeking to avoid a Altercation or from being hurt, he never gave me all the options He claimed in His Dr. Reports, and the Letter I Received from Mr. Murphy is Dated 12-1-2003, also on 12-2-03 I was due to be released from RHU EB1-13 cell seg, and your staff U/M Capt. E. Sawdry, Did Not write me Back in his unit and He created a Clearly false DR. ticket, titled Disobaying a Direct order, to intentionally keep me in seg and put me on A.D. I never refused, his intentions is to create a lot of DR tickets and Have his staff do it to set me up to be Return to Chronic or Northern C.I., and to Transfer me for exercising my Rights to File Complaint and Grievances against Him or his Staff, this Conduct i clearly Abusive and outrageous and illegal criminal minded and should be deterd, he has been allowed for years to get away with this by all majors and former wardens, and to Brutalize Prisoners and feel Above the Law and Policy, and untuchable

many staff fear him. Dist. Adm. Mark W. Strange would have ended this conduct at once if he was aware of this conduct. Also, I wrote Attorney General (AAG) Lynn D. Wittenbrink a letter dated 12-4-03 that was concerning this illegal corruption or unprofessional conduct. She wrote me a letter dated 12-9-03 She sent it to you for a appropriate response. Also I must be giving a chance to function and do my time in (PC) without harassment or being set up. I been force to live in Seg RHU FBH-3 in unfit living conditions w/ rusted cell, unclean drinking water, no heat cold cells, clogged vents filled with rust never clean by maintenance staff clogged with paint, my food put through filthy slots of trap in cell door, denied proper recreation 7 days a week 1 hour per day, phone calls to my family. This is unjust when I am a protective custody I/m, surely this is unjust and illegal, and I ask you to rectify these matters. Also, I seek consideration for a single cell statues do to my history and issues on file and letters w/ you. Also, on 12-12-03 Counselor Hadlock toured RHU and talked to me saying on 12-17-03 I may be return to NB (PC) but I may be forced to go in with I/m Johnson the serial killer rapist. That is not wise and it seems staff may be intentionally trying to set me up with a hostile situation to set up altercation. I ask for consideration that you not allow this and seek to make accommodations with I/m Demetrus Brown, if possible. I also seek to return to NB6 cause I get along good in NB6. Please reply. From



# STATE OF CONNECTICUT
## Department of Correction
## Operations Division
24 Wolcott Hill Road
Wethersfield, CT 06109

Brian K. Murphy
Deputy Commissioner

December 1, 2003

Mr. Lloyd Morgan #117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. Morgan:

This letter acknowledges receipt of your correspondence to Commissioner Lantz dated November 10, 2003 and forwarded to this office for response regarding allegations of staff misconduct.

Since you have made very serious allegations in your complaint, a copy of your correspondence has been forwarded to Warden James Dzurenda for his review. A response from this office will be forwarded upon the completion of that review.

Further, if you feel that your safety is in jeopardy due to staff behavior, it is your responsibility to notify a supervisor immediately. You may contact a supervisor by utilizing the inmate request system or speak to them as they conduct their unit tour.

Sincerely,

Brian K. Murphy
Deputy Commissioner

BKM/mmm

C:   Mark Strange, District Administrator
     James Dzurenda, Warden
     File



# STATE OF CONNECTICUT

CHESHIRE CORRECTIONAL INSTITUTION
900 HIGHLAND AVENUE
CHESHIRE, CT 06410

(203) 250-2600

December 1, 2003

Inmate Morgan, Lloyd #117796
Cheshire C.I.
900 Highland Avenue
Cheshire, CT 06410

RE: **Alleged Staff Misconduct**

Inmate Morgan:

I have received your inmate request regarding Captain Saundry and Counselor Fortin. In the letter, you have made allegations of staff misconduct against Captain Saundry and Counselor Fortin.

Captain Carlone has investigated your allegations. Captain Carlone's reports indicate that you withdrew all your complaints against Captain Saundry and Counselor Fortin.

Your recent placement in RHU was due to your refusal to move into a new cell location. Based on the new classification for Protective Custody, we have to house you with Tier 1 Inmates. Inmates housed in Tier 1 are identified by severity of current offense and violence history.

Your disciplinary report will be investigated by the facility Disciplinary Officer. You can present any facts to support your innocence to this officer. A disciplinary hearing Officer will make the determination if you are guilty or not guilty.

Your property issues can be addressed via your Unit Manager, Captain Peters.

Respectfully submitted,

*[signature]* 12.1.03
Angel Quiros
Major of Administration

AQ:lb

C:   Warden Dzurenda / File



# STATE OF CONNECTICUT
## Department of Correction
### Operations Division
24 Wolcott Hill Road
Wethersfield, CT 06109

Brian K. Murphy
Deputy Commissioner

December 1, 2003

Mr. Lloyd Morgan #117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. Morgan:

This letter acknowledges receipt of your correspondence to Commissioner Lantz dated November 10, 2003 and forwarded to this office for response regarding allegations of staff misconduct.

Since you have made very serious allegations in your complaint, a copy of your correspondence has been forwarded to Warden James Dzurenda for his review. A response from this office will be forwarded upon the completion of that review.

Further, if you feel that your safety is in jeopardy due to staff behavior, it is your responsibility to notify a supervisor immediately. You may contact a supervisor by utilizing the inmate request system or speak to them as they conduct their unit tour.

Sincerely,

Brian K. Murphy
Deputy Commissioner

BKM/mmm

C:   Mark Strange, District Administrator
     James Dzurenda, Warden
     File



**STATE OF CONNECTICUT**
*DEPARTMENT OF CORRECTION*
*South District Office*
*944 Highland Avenue*
*Cheshire, Connecticut 06410*

*Mark Strange*
*District Administrator*

December 29, 2003

Mr. Lloyd George Morgan, Jr. #117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, Connecticut 06410

RE: Letter of 12/11/03

Dear Mr. Morgan:

Your letter regarding issues at Cheshire CI has been received. As previously stated to you in prior letters, these issues need to be addressed at the facility level. I am forwarding your letters to Warden Dzurenda's office for investigation and response.

Sincerely,

Mark W. Strange
District Administrator

MWS:mm
cc: Warden Dzurenda

*An Equal Opportunity Employer*



# STATE OF CONNECTICUT
## Department of Correction
## Operations Division
### 24 Wolcott Hill Road
### Wethersfield, CT 06109

Brian K. Murphy
Deputy Commissioner

December 31, 2003

Mr. Lloyd Morgan #117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. Morgan:

This letter acknowledges receipt of your correspondence to Commissioner Lantz dated November 26 and December 2, 2003 and forwarded to this office for response regarding allegations of staff misconduct.

Further review indicates that your issues have been previously addressed. Attached is a copy for your reference. Inasmuch, I consider this matter closed.

Sincerely,

Brian K. Murphy
Deputy Commissioner

C:  Mark Strange, District Administrator
    James Dzurenda, Warden
    File

Dear Comm. Theresa C. Lantz,   Date 3-2-2004
and Deputy Comm. Brian K. Murphy, I respectfully appeal to your office in Good faith concerning your Agent C.T.O. Defelice and his supervisors who have denied me the right to excercise my freedom of speech First Amendments Constitutional Rights to Exhaust the (D.O.C.) Grievance system and appeal in IGP No. 125-04-217 of Grievance dated 12-4-03, and Grievance Appeal dated 1-11-04 see his return

Log No. 125-04-R107 dated 2-25-04 and my Grievance dated 9-14-03 and Appeal dated 10-24-03, and his return dated 2-24-04, since these issues is clearly a continuing wrong still at issue I must be allowed to have the fully keenly investigated and addressed, I ask please if you would order them to be addressed and I be allowed to Exhaust the Grievance process, and that you refer all inclosure to your staff to act order with your approval for me to persue it or that you order them to be investigate as a normal complaint on those said issues with inclosed evidence to support then I am very thankful for your time and consideration of my issues thank you please reply and file and document all inclosure Thanks for your consideration    Respectfully yours
               Mr. Lloyd George Morgan, Jr #117796
               NB630 (PC)(CCI)



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

PAGE 1

**Inmate Name:** MR. Lloyd George MORGAN, JR
**Inmate no.:** #119796
**Facility:** Cheshire C.I.
**Housing unit:** NB6-42
**Date:** 11-25-2003
**Submitted to:** Property Officer C/O TEFOE

**Request:** Dear Property officer C/O TEFOE, I Respectfully write you starting at the proper Chain of Command, Concerning my Property. Sir as you know on 11-7-03 I was transferd here from (NCI) with several Boxes of property, I Kindly ask if you could have me transported to your office to Personally go through all my property to locate needed Legal and religious Books and social magazines, and Proper needed Legal items. See page 2

*(continue on back if necessary)*

**Previous Action Taken**

MR Morgan 2 Boxes From N.CI came in Today 11-25-03. I will have to make arrangements with the Rover to send you down to go through your property But due to lockdown it will not Be Today

*(continue on back if necessary)*

**Acted on by (print name):**
**Title:**

**Action Taken and/or Response**

Property officer
TeFoe

NOTE* Made arrangement earlier but you were in Segregation

*(continue on back if necessary)*

**Staff Member Signature:**
**Date:**

Case 3:01-cv-01107-CFD    Document 168-3    Filed 10/29/2004    Page 11 of 15    (14)

PAGE 2

C/O Jefoe. Sir. I need my BRAND NEW PAIR OF NIKE SNEAKERS, and Beard TRimmer, and TAPES, and TV ANTINNA and Walkmen Head Phone wires and Hook UPS. IF you do not Have them on 11-7-03 (NCI) property C/O Seaver, stated I HAD more PROPERTY at NORTHERN C.I. IN Storage that He Couldn't Fit on the VAN, I ask Please IF you would contact (NCI) to locate my missing property, also In the Property you have I am missing all of my stamped envelopes and manila envelopes. Please Address these issues I thank you very much For all of your time and Consideration Please also realize I get NO SNEAKERS to put on my Feet when I went to NCI on 3-30-01 I HAD a BRAND NEW PAIR OF SNEAKERS NIKES, and Joyce myers TAPES and other social TAPES, I ask please if you would Address these issues and so forth Please Reply

Yours Truly
mr. Lloyd Beorge MORGAN JR



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

Page 1

**Inmate Name:** Mr. Lloyd George Morgan Jr

**Inmate no.:** #117796

**Facility:** Cheshire C.I.

**Housing unit:** NB630

**Date:** 1-21-2004

**Submitted to:** Major Angel Quiros, and Warden J.E. Dzurenda

**Request:** Dear Major Angel Quiros and Warden James E. Dzurenda I respectfully write you in good faith seeking remedy, my issue is I wrote you about my property, it was referred to Capt. E. Saundry, by you who met with me on 1-17-04 of Saturday on the week end. I made clear that on 1-7-04 34 Boxes was transferd with me from (NCI) and 2 more came later sent by (NCI)

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

**Acted on by (print name):** Quiros

**Title:** Major

**Action Taken and/or Response:** Please be advised, that Major Farrell handle inmate's property issues. I will forward a copy of this request to Major Farrell so that he can address your allegations. A copy of this request will be forwarded to CPT. Saundry to handle the approval of your commissary items (electronic device, cassettes.)

(continue on back if necessary)

**Staff Member Signature:** Quiros

**Date:** 1.26.04

CC: Warden James E. Dzurenda       CC: Warden Dzurenda
CC: LGM/Filed                       Major Farrell
                                    CPT. Saundry

PAGE 2

and that I had a total of 36 Boxes, I had 10 in my cell and on 11-25-03 I was put in RHU EB-113 (CCI), and upon Returning to NB6 unit my property was with held for a long time then in Retaliation and Reprisal cause I Filed Letters of complaints on Property officers Buehler and Tefoe, they punish me and targeted my property, and lied now claiming I only had 27 Boxes of property that they fited it into 27 Boxes, which is a lie I am missing 4 Boxes of religious Books and Legal, and Vibe magazines that was in Top class shape no tores or Rips, and 2 Bowels and my Blue Towell, my cassette player 1 Jayee myer tape that goes to in securitey part 1 and 2 I Gave Capt. Saundry a copy of my property recieps that proves property officers Buehler and Tefoe is lieing 1 Dated 11-7-03 and the other 11-25-03. I talk to the Capt. Saundry today who said He looked into it and realize they was untruthful and is attempting to get then to find my items. Just now Property C/O Tefoe tark the unit I talk to him He said Because I wrote the Majors its out of his hand and To put in a Property claim in other words we are fucking your ass for writing then your Beat I ask that you remove these corrupt officers from working Property.

PAGE 3

Please do Not Allow them to Get away with this They also Could Not throw any of my property away with out first Giving a Contra Band Reciept and reason why and with out giving me the chance to send it Home They Now want to Cover up There illegal Conduct Please MAJOR QUIROS and WARDEN order remedy. Please see my Property Reciepts Dated 11-7-03 and 11-25-03 done By Property officer Tefoe, and C/O HOGAN C/O HOGAN Did Not Carry on with any misconduct my complaint is Not against him but C/O Buehler and C/O Tefoe.

Also every time I Put in a electronic slip for Commissary to order a Cassette player and items and Cassette tapes your staff target me and refuse to Approve it or send it in For months I Been putting in orders, in Retaliation they will Not send it to Commissary Please Rectify this and Have my Cassette tapes and electronic orders Approved and turn in thank you Please Reply

Yours Truly
Mr. Lloyd George Morgan Jr # 117796
NB630 (CCI)

# Inmate Property Inventory (Male)
## Connecticut Department of Correction

CN 61001
Rev 2-11-03

Facility: C.C.I.    Unit: C.C.I NB6
Inmate name: Morgan, Lloyd    Inmate no. 117796
Employee completing inventory: J. Hogan    Date: 11/25/03    Time: 1:50 a.m.
Purpose of inventory: ☐ Admission  ☑ Restrictive Housing  ☐ Transfer  ☐ Discharge  ☐ Other(specify)

### PROPERTY MATRIX/RUNNING INVENTORY

Disposition codes: C= contraband  D= donated  M= mailed  R= retained by inmate  S= stored

| Qty | Item | Description | Disp | Qty | Item | Description | Disp |
|---|---|---|---|---|---|---|---|
| **CLOTHING** | | | | **APPLIANCES** | | | |
| | baseball cap | | | | adapter | | |
| | bathrobe | | | | calculator | | |
| | gym shorts | | | 1 | cassette player | | |
| | pajamas | | | | cassette tapes | | |
| 2 | socks Pair | | | 1 | electric razor | Refused to sign | |
| | sweatpants | | | 1 | head phones | | |
| | sweatshirt | | | | radio | | |
| | thermals | | | 1 | television | | |
| 4 | t-shirts | | | | | | |
| 4 | underpants | | | | | | |
| **FOOTWEAR** | | | | **MISCELLANEOUS** | | | |
| | boots | | | | address book | | |
| | shoes | | | | combo lock | | |
| | shower shoes | | | | extension cord | | |
| | slippers | | | | eyeglasses | | |
| | sneakers | | | | kuffi | | |
| **JEWELRY** | | | | | lamp | | |
| | clock | | | | photo album | | |
| | religious article | | | | prayer rug | | |
| | watch | | | 2 | towel | | |
| | wedding ring | | | | washcloth | | |

I state that (1) no item of jewelry valued at more than $50 or wedding ring/set valued at more than $200 is included in this inventory, and that (2) the inventory is correct.

Inmate Signature:    Staff Witness Signature:

### ADDITIONS OR DELETIONS
Items received through the mail, a visit, or issued after arrival shall be entered in this section.

| Date | Amount | Item | Description | Disp. | Inmate Initials | Staff Initials |
|---|---|---|---|---|---|---|
| 11/25/03 | 1 | Box of Commissary | misc. Commissary items | | | |
| 11/25/03 | 3 | Bowls | | | | |
| 11/25/03 | 2 | Cups | | | | |
| 11/25/03 | 6 | Boxs of Paperwork | (legal paperwork) | | | |
| 11/25/03 | 2 | Boxs of Books | | | | |