**CHESHIRE C. I.**

# Memo

To: Inmate Morgan 117796
From: Capt. Esposito
Date: 9/21/04
Re: Complaint

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Mr. Morgan,

      I am in receipt of your attached complaint, which I will be monitoring on a day to day basis with the staff you are making the allegations against. Although I take these allegations very seriously I wish for you to give me an opportunity to address them before you assume that "I have no deep concerns" regarding complaints made by you or any inmate for that matter. As you know I am a very tolerant and fair individual and as a matter of fairness I expect that in the future you will give me the time to check into and monitor issues before you assume I am not taking your concerns in a serious fashion.

                                                          Capt. Esposito

cc: File

● Page 1

Page 1

Dear Warden James E. Dzurenda, Date 9-16-2004 and Major Quiros, I Respectfully write you on the nature of my complaint on officers Fantano, and Fountain, first of all the Female C/O Fontano, is very disrespectful she screams at me and threaten once to set me up with a assault case she said I will lie on you and said you assaulted me, and get you a new court case, she said this in the past when she worked this N&6 unit, then today she antagonized me and herassed me, cussing bad words at me and screaming at me for geting ready to use the phone on the top tier, she screams and shout at lots of prisoners and disrespects them, and she got her certain inmates she get them T-Shirts and allow them out to get water, and then antagonize me, C/O Fantain, is very unprofessional He is to familable to a certain sect of prisoners and bring in contraband to them, and break rules for them, and I honestly ask that you consider removing these type of C/O's who play with Inmates all Day and violate policy, This is a Protective custody unit Due to officers Being unatentive is the reason the inmate who recently got hurt happend, this violate Adm Dir 2.17 of Employee Conduct, I ask if you would have Major Quiros see me in private about this I informed U/M Capt. Espisito of this Herassment

He Didn't seem to show any Deep Concern to deter Her Conduct doing His touring ARound 2:29pm I told him of The Herassment and He Did Nothing to Rectify it I Kindly ask that you Deter this Herassment and Let These officers Know that you Cant Favior 1 inmate over a next as there to Dishonest officers Do please Grant a writing Reply

Yours Truly
mR. Lloyd G. Morgan, JR #11779
NB622

PS, Please see that I am not subjected to Retaliation and Reprisal Do to these complaints.

Dated 9-30-2004

Dear Major Adm. Angel Quiros

I respectfully appeal to your office in good faith per the proper chain of command I wrote Warden James E. Dzurenda and you in my letter of complaint regards to the unprofessional conduct of C/O Fontono, as so noted in my attached or inclosed complaint to your office dated 9-16-2004. it was referd to a/m Capt. Esposito who gave the inclosed response dated 9-21-04. today C/O Fontono worked NB6 unit on first shift. and again she started her antagonization and cussing at me. I attempted to speak to C/O Fountain conccerning why I havent recieved my medical food tray timely and if he could call about it she starts her disrespect and starting trouble as if she is insain or need some type of treatment of a patient. then she went into a tyraid fit. The food came. C/O Fontono open the cell NB622 for this writer I came out to get my meal she started screaming at me saying Did I tell you to come out the fucking cell she brought the tray slamming my cell door hard picking trouble. also C/O Fountain worked with her today the same unprofession. conduct as mentioned in my inclosed is going on. Behind your back they re-appoint these corrupt officers, as well as Tosolono, and Langlias, and Clark. who violate every rule for a certain sect of I/m's they like. I withdrew my complaint against C/O Langlias and Clark cause I was led to believe you had removed them to put in better c/o's of integrity. Now sir they are sneaking back in The (PC) unit where they can sit on there buts and do crossword puzzles, ect. I kindly ask for your review and wisdom to act as you see fit. I believe in you to do whats just and fair. to deter these type of unprofessional officers. it seems when you trust your staff to appoint proper c/o's they she favicrs to keep putting there friends in please reply

Yours Truly
Mr. Lloyd George Morgan, Jr #117
NB622

**CHESHIRE C. I.**

# Memo

To: Inmate Morgan 117796
From: Capt. Esposito
Date: 9/21/04
Re: Complaint

........................................................

Mr. Morgan,

    I am in receipt of your attached complaint, which I will be monitoring on a day to day basis with the staff you are making the allegations against. Although I take these allegations very seriously I wish for you to give me an opportunity to address them before you assume that "I have no deep concerns" regarding complaints made by you or any inmate for that matter. As you know I am a very tolerant and fair individual and as a matter of fairness I expect that in the future you will give me the time to check into and monitor issues before you assume I am not taking your concerns in a serious fashion.

Capt. Esposito

cc: File

● Page 1

Page 1

Dear WARDEN JAMES E. Dzurenda, Date 9-16-2004 and MAJOR QUIROS, I Respectfully write you on the nature of my complaint on officers FONTANO, and Fontain, first of all the female C/O FONTANO, is very disrespectful she screams at me and threaten once to set me up with a assault case. She said I will lie on you and said you assaulted me, and get you a new court case, She said this in the past when she worked this NB6 unit, then today she antagonized me and herassed me, cussing bad words at me and screaming at me for geting ready to use the phone on the top tier, she screams and shout at lots of prisoners and disrespects them, and she got her certain inmates she get them T-shirts and allow them out to get water, and then antagonize me, C/O Fantain, is very unprofessional He is to favicrable to a certain sect of prisoners and bring in contraband to them, and break rules for them, and I honestly ask that you consider removing these type of C/O's who play with inmates all day and violate policy, This is a Protective Custody unit due to officers being unatentive is the reason the inmate who recently got hert happend, this violate ADM DIR. 2.17 of Employee Conduct, I ask if you would have MAJOR QUIROS see me in privease about this I informed U/M CAPT. Espisito of this Herassment

Page 2

He didn't seem to show any deep concern to deter her conduct daing his turing ARand 2:29pm I told him of the Herassment and he did nothing to Rectify it I kindly ask that you Deter this Herassment and Let these officers know that you CANT FAVIOR 1 inmate over a next as there to DISHcnest officers Do please Grant a writing Reply

Yaurs Truly
mr. LLoyd G. Morgan, Jr #11779
NB622

PS, Please see that I am not subjected to Retaliation and Reprisal Do to these complaints.

Date 9-30-2004

Dear Major Adm. Angel Quiros

I respectfully appeal to your office in good faith per the proper chain of command I wrote Warden James E. Dzurenda and you in my letter of complaint regards to the unprofessional conduct of C/O Fontono, as so noted in my attached or inclosed complaint to your office dated 9-16-2004. It was referd to U/M Capt. Esposito who gave the inclosed response dated 9-21-04. Today C/O Fontono worked NB6 unit on first shift. And again she started her antagonization and cussing at me. I attempted to speak to C/O Fountain concerning why I havent recieved my medical food tray timely and if he could call about it she starts her disrespect and starting trouble as if she is insain or need some type of treatment of a patient. Then she went into a tyraid fit. The food writer I came out to get my meal she started screaming at me saying did I tell you to come out the fucking cell she brought the tray slamming my cell door hard picking trouble. Also C/O Fountain worked with her today the same unprofessional conduct as mention in my inclosed is going on. Behind your back they re-appoint these corrupt officers, as well as Tosolono, and Langlias, and Clark. Who violate every rule for a certain sect of I/M's they like. I withdrew my complaint against C/O Langlias and Clark cause I was led to believe you had removed them to put in better C/O's of integrity. Now sir they are sneaking back in the (PC) unit where they can sit on there buts and do crossword puzzles, ect. I kindly ask for your review and wisdom to act as you see fit. I believe in you to do whats just and fair. To deter these type of unprofessional officers. It seems when you trust your staff to appoint proper C/O's they she favicrs to keep putting there friends in. Please reply.

Yours truly
Mr. Lloyd George Morgan, Jr #117739
NB622

**CHESHIRE C. I.**

# Memo

To: Inmate Morgan 117796
From: Capt. Esposito
Date: 9/21/04
Re: Complaint

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Mr. Morgan,

    I am in receipt of your attached complaint, which I will be monitoring on a day to day basis with the staff you are making the allegations against. Although I take these allegations very seriously I wish for you to give me an opportunity to address them before you assume that "I have no deep concerns" regarding complaints made by you or any inmate for that matter. As you know I am a very tolerant and fair individual and as a matter of fairness I expect that in the future you will give me the time to check into and monitor issues before you assume I am not taking your concerns in a serious fashion.

                                                                           Capt. Esposito

cc: File

Page 1

Dear Warden James E. Dzurenda, Date 9-16-2004 and Major Quiros, I respectfully write you on the nature of my complaint on officers Fantano, and Fantain, first of all the female C/O Fontano, is very disrespectful she screams at me and threaten once to set me up with a assault case. She said I will lie on you and said you assaulted me, and get you a new court case, she said this in the past when she worked this N&6 unit, then today she antagonized me and herassed me, cussing bad words at me and screaming at me for geting ready to use the phone on the top tier, she screams and shout at lots of prisoners and disrespects them, and she got her certain inmates she get them T-shirts and allow them out to get water, and then antagonize me, C/O Fantain, is very unprofessional he is to faviorable to a certain seet of prisoners and bring in contraband to them, and break rules for them, and I honestly ask that you consider removing these type of C/O's who play with inmates all day and violate policy, this is a Protective Custody unit due to officess being unatentive is the reason the inmate who recently got hert happend, this violate Adm Dir. 2.17 of Employee Conduct, I ask if you would have Major Quiros see me in private about this I informed U/M Capt. Espisito of this herassment

Page 2

He Didn't seem to show any Deep Concern to deter Her Conduct doing His turing ARound 2:29pm I told him of The Herassment and He Did nothing to Rectify it I Kindly ask that you Deter this Herassment and Let These officers know that you CANT FAVIOR 1 Inmate over a next as there to DISHonest officers Do please GRANT a WRITING Reply

Yours Truly
mr. Lloyd G. MORGAN JR #117796
N8622

PS, Please see That I am not subjected to Retaliation and Reprisal Do to These Complaints



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

Page 1

**Inmate Name:** MR. Lloyd George Morgan, JR

**Inmate no.:** 117796

**Facility:** Cheshire C.I.

**Housing unit:** NB622

**Date:** 10-16-2004

**Submitted to:** ADM. MAJOR ANGEL QUIROS

**Request:** Dear respected ADM. MAJOR QUIROS, I respectfully appeal to your office in good faith with the prayer that you would keenly listen and grant me effective review and remedy. My issue is I truly seek good corrections and to blow the whistle on unprofessional staff conduct that is of value and a clear threat to the safety and security of this institution and (DOC) I realize you personal appointed him CAPT. ESPOSITO in NB6 as your man you trust. I respect your choice. The issue is I wrote various merit complaints on staff such as C/O TALISANO, and you know the others. CAPT. ESPOSITO got vex and short parted with me and trumped up a DR. ticket in clear retaliation and cause I went over his head to you and the Warden and Comm LANTZ and DIST. ADM. STRANGE, and also reported issue I felt was unjust with him. So I recieved threats to be transferred and put in seg from TALISANO & MR. ESPOSITO

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

**Acted on by (print name)**

**Title**

**Action Taken and/or Response**

(continue on back if necessary)

**Staff Member Signature**

**Date**

Page 2

MAJOR QUIROS, I TRULY did what you asked of me CAPT ESPOSITO is not willing to give me any CHANCE to work with him He told me a few days ago when I tryed to work things out with him he said I'm pissed at you I'm still pissed, Just as you CAN write your complaints and grievances I CAN write too we have that same option Just like you got your world out there filing law suits I got my own little world in here in writing tickets and the DR. court. He was letting me know because I exercise my rights to blow the whistle or file complaints he could fix me and write tickets, and get even, I also ask that you rectify this issue C.T.O. JAmes, came to see me about the DR. ticket. dated 10-13-04 by MR. ESPOSITO, he refused me due process He wouldn't write the statement of my side of what really Happend, or allow me to put you or the warden and Dist. A.P.M. STRANGE down as a witness that I wrote virous complaints to your office about issues with TALISANO, and C/M ESPOSITO to show his real reason for writing this ticket, and He wanted me to sign a statement He wrote, — He told me I HAd no chance at the DR. board against a ticket wrote by a captain that they wouldn't here or believe anything I Had to say and that I was hit, my due process rights is being intentionally violated. There is a due process failure in the ticket it self CAPT. ESPOSITO sign it and approved it and processed the whole ticket His self

Page 3

a Disinterest party is to sign and approve the ticket not the complanant writing it then to be funny and herass and mock me. CAPT. Esposito had C/O Talisano deliver the D.R. Ticket and C/O G. Carney to Falsly witness it.
I don't want to upset you by talking Legal talk, I ask if you would please order the ticket dismissed or deferred and give me a fresh chance to start over and work with Mr. Esposito, He is the cause of me being force to write complaint after complaint, I don't want to be force to file a Civil Rights law suit for retaliation and Due Process violation with the D.R. Board against Comm. Lantz, and his staff when I can seek to avoid this. I am not trying to get Mr. Esposito moved, I also am not trying to herass you or your staff I apologize to you I am so hurt I feel I let you down, I ask if you would order or ask Mr. Esposito to move me to NB626 away from the C/O desk away from many in that spot and Lets start over I can do this, If I am force to seek court action for this abuse, I will do everything in my power not to name you as a defendant you mean a lot to me MR. Quiros, I could never go against you. See my complaint dated 10-13-04 and 10-16-04, this is the issues and the truth. If you don't urgently act it will be to late, I believe in you to do the right thing Dont give up on me Please. God Bless you Please grant a writing reply thank you
Yours Truly
Mr. Lloyd George Morgan Jr #117796