

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

**Inmate Name:** MR. LLoyd George Morgan, JR

**Inmate no.:** 117796

**Facility:** Cheshire C.I.

**Housing unit:** NB622

**Date:** 10-16-04

**Submitted to:** U/M Capt. Esposito, Adm. Major Quiros, Warden Dzurenda

**Request:** Dear U/M Capt. Esposito, Adm. Major Quiros, Warden Dzurenda I respectfully write you in good faith concerning C/O Talisano who has constantly subjected me to Herassment and Discrimination. Today He return to work in NB6 unit on first shift. I Been very respectful to him, After Getting some water for the Last time doing 1st shift recreation, I closed my cell door to get proper There was Around 30 to 40 minutes of recreation left. I called to this officer who was the only C/O available at control Bubble I kindly ask Him to please let me out the cell He refused to let me out to finish injuring my recreation then He took a tour of the unit came by NB622 I then again asked him in a Respectful manner to please allow me to finish my recreation He did not respond to me and intentionally waisted time to let all the time go by for rec. He never let me out this is unjust and denying me my full due recreation out of Hate for me violates Adm. Dir. 2.17 employees conduct. Please doter this Herassment I did what I was suppose to do follow rules. Please grant a reply and order a investigation into this retaliation and Herassment. Thank you for your time.

**Previous Action Taken:**

*(continue on back if necessary)*

**Acted on by (print name):**

**Title:**

**Action Taken and/or Response:**

*(continue on back if necessary)*

**Staff Member Signature:**

**Date:**

CC. Major Adm. Angel Quiros
CC. Warden James E. Dzurenda
CC. Dist. Adm. Mark W. Strange
CC. Comm. Lantz CC.LGM/Filed



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

**Inmate Name:** MR. LLoyd George MORGAN JR
**Inmate no.:** 117796
**Facility:** CCI
**Housing unit:** NB622
**Date:** 10-4-04
**Submitted to:** ADM. MAJOR ANGEL QUIROS

**Request:** DEAR ADM. MAJOR A. QUIROS, today as I was Called to go to a LegAL VISIT I Kindly asked C/O TALISANO, to please put my Cell NB622 on Dead Lock to protect my property from Being stolen, he Became indifferent saying he don't do that he Don't Believe in Dead Locking Cells. I then talk to U/m CAPT. ESPOSITO ABout this who shows no real CONCERN that my property Be protected he stated that Cell Are not to Be Dead Locked it violate InstitutionAL Rules, I Felt this was very unjust and that MR ESPOSITO was going along with C/O TASILANO, Cause they may Be Friends I have respected your stAFF as you or Dead me to do a DEAD LOCK ON The electronic BoArd wouldn't Be there IF It wasn't ment to used please tell me, am I allowed to HAVE my Cell Dead locked For SAFE Reasons? please reply THANK YOU

(continue on back if necessary)

**Previous Action Taken:**

(continue on back if necessary)

**Acted on by (print name):** Quiros
**Title:** Major
**Action Taken and/or Response:** Please continue to work with your newly assigned Unit Manager. I'm 100% certain that he can manage any issue that may surface.

(continue on back if necessary)

**Staff Member Signature:** Quiros
**Date:** 10-5-04

Side 1



# Inmate Request Form
## Connecticut Department of Correction

WARDENS OFFICE
JUN 14 3 00 PM '04
Rec'd 9/3/02
CN 9602

**Inmate Name:** Lloyd G. Morgan Jr
**Inmate no.:** 117796
**Facility:** CCI
**Housing unit:** NB630
**Date:** 6-12-04
**Submitted to:** Warden James E. Dzurenda

**Request:** Dear Warden Dzurenda, on 6-10-04 Ulm Saundry gave me the motion of objection from (AG) office please note that I filed that motion 12-2003 when I was in (RHU) when me and Capt. E. Saundry had issues we no longer have issues I get along good with him. Please see that I am not transferred or maced in retaliation do to this I want to remain →

(continue on back if necessary)

**Previous Action Taken:**

(continue on back if necessary)

**Acted on by (print name):** J. Dzurenda
**Title:** Warden

**Action Taken and/or Response:** I can never guarantee you that you will never be transferred out of CCI. However, I have requested Population Management to leave you at Cheshire CT at this time. I truly believe that you are doing very well here and should remain.

(continue on back if necessary)

**Staff Member Signature:** [signature] Warden
**Date:** 6/14/04



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

Page 1

**Inmate Name:** MR. Lloyd George Morgan Jr

**Inmate no.:** #117796

**Facility:** Cheshire C.I.

**Housing unit:** NB62a

**Date:** 10-13-04

**Submitted to:** Warden James E. Dzurenda, Dist. Adm. W. Strange, Comm. Lantz

**Request:** Dear Warden Dzurenda & Dist. Adm. Strange and Comm. Lantz, I respectfully write you in good faith on the nature of my complaint against Capt. Jim Esposito, and C/O Talisano, and C/O Carney G. Carney. I have been subjected to reprisal and retaliation and reprisal for exercising my rights to write complaints to you and Mr. Strange and Comm. Lantz office and to Major Quiros, informing your office of the unprofessional conduct of staff, and for being a litigating prisoner. Do to this nature Jim Esposito, today retaliated against me and trumped up a false DR. Ticket that's inclosed. Today I attempted to tell him that I asked C/O Carney & Talisano if they could call Jim Esposito,

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

**Acted on by (print name)** | **Title**

**Action Taken and/or Response**

(continue on back if necessary)

**Staff Member Signature** | **Date**

Page 3

Then in Retaliation he Trumped up a Class B DR. Ticket, I never use the words Racially Motavated mutherfucker most getto Afro American do not talk like that C/O G. Carney lied and sign off on it see it inclosed, If you do not end this retaliation and allow him to carry out his threats further I will sue (D.O.C.) and win see my motion I filed before this happend today inclosed this conduct is illegal

See: CLARK V. STADLER, 121 F3d 222 (5TH CIR. 1997)
Prison officials may not retaliate against or Harass Inmate because of inmates excercise of his Rights of access to the Courts.

See: CORNELL V. WOOD 69 F3d 1383 (8TH CIR. 1995)
("Prisoner was Transferred in Retaliation for excercising his first Amendment Rights by talking to and cooperatt with the Prison Internal Affairs Divisen, Between Him and his attorney they won an award of over 31,000.")

So if you Allow Captain Esposito to go forward with this Trumped up DR. Ticket and its not even approved or sign by any one but him a conflict of interest. Then the same C/O Talisano that I filed many complaints on is the one who delivers the Ticket. Please Rectify see my motion dated 10-12-04 for injunction in McRoan v. Rauland, et al.

Page 2

cause I had 3 manila envelopes of legal items I urgently needed to mail, to federal court regards to MORGAN V. ROWLAND et al case no. 3:01CV1107(CFD)(WIG) BOTH C/Os refused to do anything C/O TALISANO, ANTAGONIZED me and mocked me saying you get nothing you get nothing he also told me he was throwing away my social mail, C/O G. CARNEY join in on the Herassment and conspired to go along, so do to this I wrote a Emergency Grievance concerning these issues and to mail out my legal mail, doing taring I turn it in to U/M ESPOSITO as I was telling him of the Herassment he was covering it all up saying I will say its just your word against his word, He then threaten me to TRANSFER me for excercising my Rights to report staff and write complaints against him he said and made these threats, I then told him I felt CAPT. E. SAUNDRY was a better CAPT. and man then him cause he would have helped me and that I felt he approved of this discrimination and racism, and corruption, he got mad and saying How do you know I am not married to a Black Women, I then said I am going to have my sister call Comm. LANTZ office every day and write the Warden and Comm. LANTZ everyday till you stop this Herassment going along with it, He again threaten to TRANSFER me, for excercise of those Rights. He allowed C/O TALISANO and C/O CARNEY to laugh at me and tease and mock me in front of him.

Page 4

CAPT. ESPOSITO is unprofessional and dishonest Review the DR. Ticket he wrote its not the way I think, this is his out right retaliation and Reprisal cause he hates me using my Rights to Blow the Whistle on Staff and Him. Isn't it funny when CAPT. Saundry Ran the Block I Remained DR. Free for nearly or over a year, see a copy of the warden reply saying I was doing good so now CAPT. Esposito Set a trend of Herassment and Retaliation and open the door for C/O's to Feel ~~Freed~~ Free to do this cause the CAPT did it you cant sit by and allow this or this DR. to go Forword He is Abusing his power Feeling He is Above The Law and ADM. DIR. 2.17 Employee Conduct I ask that you order a Internal Affairs Review to see me About These Issues and that you deter his conduct. Please order a investigation, Please grant a writing Reply to my Complaints. Thank you

Yours Truly
Mr. Lloyd George Morgan Jr #117796
NB 22

CC. Comm. Lantz, Theresa C.
CC. Dist. Adm Mark W. Strange
CC. Adm. Major Quiros

**CHESHIRE C. I.**

# Memo

To: Morgan 117796
From: Capt. Esposito
Date: 10/14/04
Re: Correspondence to Major Quiros 10/10/04

----

     Regarding your complaint to Major Quiros I wish to inform you of the following. Out of total irony you received your 2nd box that you were expecting today. I wish to make you aware that the mailroom is quite a busy area which caters to 3 facilities (Cheshire, Webster and MYI) so it's entirely possible that a 2 box shipment could come individually. So out of roughly 2600 inmates between the 3 facilities your patience is required.

     I wish to inform you that the information you are relaying to my superiors regarding my relationship with officer Tolisano is false. I do not in any form, have a close relationship with officer Tolisano nor have I ever. After witnessing him conducting his duties I have not once seen him mistreat or act unprofessional towards you in my presence. Also, I wish to reassure you that contrary to your beliefs the issues you present get looked into more than you may think and I do not tolerate or condone corruption in my assigned area.

                                                          Capt. Esposito



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

Page 1

**Inmate Name:** MR. Lloyd George Morgan, JR
**Inmate no.:** 117796
**Facility:** Cheshire C.I.
**Housing unit:** NB6 22
**Date:** 10-16-2004
**Submitted to:** ADM. MAJOR ANGEL QUIROS

**Request:** Dear respected ADM. MAJOR QUIROS, I respectfully appeal to your office in good faith with the prayer that you would keenly listen and grant me effective review and remedy. My issue is I truly seek good corrections and to blow the whistle on unprofessional staff conduct that is of value and a clear threat to the safety and security of this institution and (DOC). I realize you personal appointed w/m CAPT. ESPOSITO IN NB6 as your man you trust. I respect your choice. The issue is I wrote various merit complaints on staff such as C/O TALISANO, and you know the others. CAPT. ESPOSITO got vex and short pattern with me and trumped up a DR. TICKET in clear retaliation and cause I went over his head to you and the warden and Comm LANTZ and DIST. ADM. STRANGE, and also reported issue I felt was unjust with him. So I recieved threats to be transferred and put in Seg from TALISANO & MR. ESPOSITO

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

**Acted on by (print name)** | **Title**

**Action Taken and/or Response**

(continue on back if necessary)

**Staff Member Signature** | **Date**

Page 2

Major Quiros, I truly did what you asked of me CAPT ESPOSITO is not willing to give me any chance to work with him he told me a few days ago when I tryed to work things out with him he said I'm pissed at you I'm still pissed, just as you can write your complaints and grievances I can write to we have that same option just like you got your world out there filing law suits I got my own little world in here in writing tickets and the DR. Court. He was letting me know because I exercise my rights to blow the whistle or file complaints he could fix me and write tickets, and get even. I also ask that you rectify this issue C.T.O. James, came to see me about the DR. ticket dated 10-13-04 by Mr. Esposito, he refused me due process he wouldn't write the statement of my side of what really happend, or allow me to put you or the warden and Dist. A.P.M. Strange down as a witness that I wrote virous complaints to your office about issues with Talisano, and u/m Esposito to show his real reason for writing this ticket, and he wanted me to sign a statement he wrote. — He told me I had no chance at the DR. Board against a ticket wrote by a Captain that they wouldnt here or believe anything I had to say and that I was hit, my due process rights is being intentionally violated. There is a due process failure in the ticket it self Capt. Esposito sign it and approved it and processed the whole ticket his self

Page 3

a Disinterest party is to sign and approve the ticket not the complianant writing it then to be funny and herass and mock me CAPT. ESPOSITO had C/O TALISANO deliver the DR. Ticket and C/O G. CARNEY to Falsly witness it.

I Don't want to upset you by talking Legal talk. I ask if you would please order the ticket dismissed or deferred and give me a fresh chance to start over and work with MR. ESPOSITO, He is the cause of me being force to write complaint after complaint, I Don't want to be force to file a Civil Rights Law Suit for Retaliation and Due Process Violation with the DR. Board against Comm. LANTZ and his staff when I can seek to Avoid this, I am not trying to get MR. ESPOSITO moved, I also am not trying to herass you or your staff I apologize to you I am so Hurt I feel I let you down, I ask if you would order or ask MR. ESPOSITO to move me to NB626 away from the C/O Desk Away from many in that spot and Lets start over I can do this, If I am force to seek Court Action for this Abuse, I will do everything in my power not to name you as a Defendant you mean Alot to me MR. QUIROS, I could never go against you. See my complaint dated 10-13-04 and 10-16-04, This is the issues and the Truth. If you don't urgently act it will be to late, I believe in you to do the right thing Don't give up on me please. God Bless you Please Grant a writing Reply thank you

Yours Truly
MR. Lloyd George Morgan Jr #117796



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

**Inmate Name:** MR. LLOYD GEORGE MORGAN, JR

**Inmate no.:** 117796

**Facility:** CHESHIRE C.I.

**Housing unit:** NB622

**Date:** 10-16-04

**Submitted to:** U/M CAPT. ESPOSITO

**Request:** Dear U/M Capt. Esposito, ADM. MAJOR QUIROS, WARDEN DZURENDA I respectfully write you in good faith concerning C/O TALISANO who has constantly subjected me to Herassment and Discrimination Today He return to work in NB6 unit on first shift. I been very respectful to him, After getting some water for the last time Doing 1st shift recreation, I closed my cell door to get proper There was around 30 to 40 minutes of recreation left. I called to this officer who was the only C/O available at control bubble I kindly ask him to please let me out the cell He refused to let me out to finish injoying my recreation Then He took a tar of the unit came by NB622. I then again asked him in a respectful manner to please allow me to finish my recreation He did not respond to me and intentionally waisted time to let all the time go by for rec. He never let me out this is unjust and Denying me my full due recreation out of hate for me violates

**Previous Action Taken:** ADM. DIR. 2.17 Employees Conduct. Please deter this Herassment I Did what I was suppose to do follow rules. Please grant a reply and order a investigation into this retaliation and Herassment Thank you For your time.

**Acted on by (print name):**

**Action Taken and/or Response:**

**Title:**

**Staff Member Signature:**

**Date:**

CC. MAJOR ADM. ANGEL QUIROS.
CC. WARDEN JAMES E. DZURENDA
CC. DIST. ADM. MARK W. STRANGE
CC. COMM. LANTZ CC. LGM/File



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

**Inmate Name:** MR. LLoyd George MORGAN JR
**Inmate no.:** 117796
**Facility:** CCI
**Housing unit:** NB622
**Date:** 10-4-04
**Submitted to:** ADm. MAJOR ANGEL QUIROS

**Request:** DEAR ADm. MAJOR A. QUIROS today as I was called to go to a Legal Visit I kindly asked C/O TALISANO to please put my cell NB622 on Dead Lock to protect my property from being stolen, He Became Indifferent saying He don't do that He Don't Believe in Dead Locking Cells. I THEN TALK to U/M CAPT. Esposito About This who should do Real Concern that my property Be protected & He stated that cell are not to be Dead Locked it violate Institutional Rules I felt This was very unjust and that MR Esposito was going along with C/O TASILANO, cause They may be Friends I have respected you Staff as You or Dead me to do a DEAD LOCK ON The Electronic Board Wouldn't Be There IF It wasn't meant to used please tell me am I allowed to HAVE my cell Dead Locked For said Reasons? Please reply THANK You

(continue on back if necessary)

**Previous Action Taken:**

(continue on back if necessary)

**Acted on by (print name):** Quiros
**Title:** Major

**Action Taken and/or Response:** Please continue to work with your newly assigned Unit Manager. I'm 100% certain that he can manage any issue that may surface.

(continue on back if necessary)

**Staff Member Signature:** Quiros
**Date:** 10-5-04

Side 1



# Inmate Request Form
## Connecticut Department of Correction

WARDENS OFFICE
JUN 14 3 00 PM '04

CN 9602
Rev 9/3/02

Inmate Name: Lloyd G. Morgan Jr
Inmate no.: 117796
Facility: CCI
Housing unit: NB630
Date: 6-12-04
Submitted to: Warden James E. Dzurenda

Request: Dear Warden Dzurenda, on 6-10-04 Mrs. Saundry gave me the motion of objection from (AG) office please note that I filed that motion 12-2003 when I was in (RHU) when me and Capt. E. Saundry had issues we no longer have issues I get along good with him. Please see that I am not transferred or moved in retaliation do to this I want to remain

(continue on back if necessary)

Previous Action Taken

(continue on back if necessary)

Acted on by (print name): J. Dzurenda
Title: Warden
Action Taken and/or Response:

I can never guarantee you that you will never be transferred out of CCI. However, I have requested Population Management to leave you at Cheshire CI at this time. I truly believe that you are doing very well here and should remain.

(continue on back if necessary)

Staff Member Signature: [signature] Warden
Date: 6/14/04



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

Page 1

**Inmate Name:** Mr. Lloyd George Morgan Jr
**Inmate no.:** #117796
**Facility:** Cheshire C.I.
**Housing unit:** NB62a
**Date:** 10-13-04
**Submitted to:** Warden James E. Dzurenda

**Request:** Dear Warden Dzurenda, Dist. M.W. Strange, Comm. Lantz, I respectfully write you in good faith on the nature of my complaint against Capt. Jim Esposito, and C/O Talisano, and C/O Carney G. Carney. I have been subjected to reprisal and retaliation and reprisal for exercising my rights to write complaints to you and Mr. Strange and Comm. Lantz office and to Major Quiros, informing your office of the unprofessional conduct of staff, and for being a litigating prisoner. Do to this nature Jim Esposito, today retaliated against me and trumped up a false D.R. ticket thats inclosed. Today I attempted to tell him that I asked C/O Carney & Talisano if they could call Jim Esposito,

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

**Acted on by (print name)** | **Title**

**Action Taken and/or Response**

(continue on back if necessary)

**Staff Member Signature** | **Date**

Page 2

Cause I had 3 manilla envelopes of legal items I urgently needed to mail, to federal court regards to MORGAN V. ROWLAND et al. Case No. 3:01CV1107(CFD)(WIG) Both C/Os refused to do anything C/O TALISANO, antagonized me and mocked me saying you get nothing you get nothing he also told me he was throwing away my social mail, C/O G. CARNEY join in on the herassment and conspired to go along, so do to this I wrote a emergency grievance concerning these issues and to mail out my legal mail. doing taking I turn it in to LIM ESPOSITO as I was telling him of the herassment he was covering it all up saying I will say its just your word against his word, He then threaten me to transfer me for exccercising my rights to report staff and write complaints against him he said and made these threats, I then told him I felt CAPT. E. SAUNDRY was a better CAPT. and man then him cause he would have helped me and that I felt he approved of this discrimination and racisim, and corruption, He got made and saying How do you know I am not married to a black women, I then said I am going to have my sister call Comm. LANTZ office every day and write the warden and Comm. LANTZ every day till you stop this herassment going along with it, He again threaten to transfer me, for excercise of these rights. He allowed C/O TALISANO and C/O CARNEY to laugh at me and tease and mock me in front of him.

Page 3

Then in Retaliation He Trumped up a Class B DR. Ticket, I never use the words Racially Motivated motherfucker most Ghetto Afro American do not talk like that C/O G. Carney Lied and sign off on it see it inclosed, If you do not end this Retaliation and allow Him to Carry out His Threats Further I will sue (D.O.C.) and win see my motion I filed Before this Happend today inclosed This Conduct is illegal

See: Clark v. Stadler, 121 F3d 222 (5th Cir. 1997)
Prison officials may not retaliate against or Herass Inmate Because of inmates excercise of his rights of access to the Courts.

See: Cornell v. Wood 69 F3d 1383 (8th Cir. 1995)
("Prisoner was Transferred in Retaliation for excercising his First Amendment Rights by talking to and cooperating with the Prison Internal Affairs Division, Between Him and his attorney they won an award of over 31,000.")

So if you allow Captain Esposito to Go forward with this Trumped up DR. Ticket and its not even Approved or sign By any one But Him a conflict of interest. Then the same C/O Talisano that I filed many Complaints on is the one who delivers The Ticket. Please Rectify see my motion Dated 10-12-04 For Injunction in Morgan v. Rowland, et al.

Page 4

CAPT. ESPOSITO is unprofessional and dishonest review the DR. ticket he wrote its not the way I talk, this is his out right retaliation and reprisal cause he hates me using my rights to blow the whistle on staff and him. Isnt it funny when CAPT. Saundry ran the block I remained DR. free for nearly or over a year, see a copy of the warden reply saying I was doing good so now CAPT. Esposito set a trend of herassment and retaliation and open the door for C/O's to feel ~~free~~ free to do this cause the CAPT did it you cant sit by and allow this or this DR. to go forward he is abusing his power feeling he is above the law and ADM. DIR. 2.17 Employee Conduct. I ask that you order a Internal Affairs review to see me about these issues and that you deter his conduct. Please order a investigation, please grant a writing reply to my complaints. Thank you

Yours truly
Mr. Lloyd George Morgan Jr #117796
NB622

CC. Comm. Lantz, Theresa C.
CC. Dist. Adm. Mark W. Strange
CC. Adm. Major Quiros

**CHESHIRE C. I.**

# Memo

To: Morgan 117796
From: Capt. Esposito
Date: 10/14/04
Re: Correspondence to Major Quiros 10/10/04

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

    Regarding your complaint to Major Quiros I wish to inform you of the following. Out of total irony you received your 2nd box that you were expecting today. I wish to make you aware that the mailroom is quite a busy area which caters to 3 facilities (Cheshire, Webster and MYI) so it's entirely possible that a 2 box shipment could come individually. So out of roughly 2600 inmates between the 3 facilities your patience is required.
    I wish to inform you that the information you are relaying to my superiors regarding my relationship with officer Tolisano is false. I do not in any form, have a close relationship with officer Tolisano nor have I ever. After witnessing him conducting his duties I have not once seen him mistreat or act unprofessional towards you in my presence. Also, I wish to reassure you that contrary to your beliefs the issues you present get looked into more than you may think and I do not tolerate or condone corruption in my assigned area.

                                                                  Capt. Esposito

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

WARDEN'S OFFICE
OCT 13  3 04 PM '04

**Inmate Name:** MR. Lloyd George Morgan JR
**Inmate no.:** 117796
**Facility:** Cheshire C.I.
**Housing unit:** NB622
**Date:** 10-12-04
**Submitted to:** Warden James E. Dzurenda

**Request:** Dear Warden Dzurenda Sir, on or about 10-7-04 or 10-8-04 Counselor Scott Hadlock passed out legal mail and he delivered 1 legal small box from Inmates Legal Asst. ILAP atty. Cahill, and 1 envelope from them. I talked personaly to (ILAP) atty. Cahill, by phone recently who told me he was sending me two legal boxes. I never got the other legal box. I ask that you refer this or doing a investigation by the mail room and yard staff, also atty. Cahill told me that his boss atty. Sydney T. Schulman, sent me a letter dated Sept 8, 04 Doing that day and time, I never got that letter to this day and legal mail is a sincer respected and protected matter I am concern of what is the nature of my problems. CR this problem with my legal mail I talked to U/M Capt. Esposito today about these matters he didn't lead me to believe he or any one was attempting to rectify this issue please rectify thanks

**Previous Action Taken:**

**Acted on by (print name):** J. Dzurenda
**Title:** Warden

**Action Taken and/or Response:** You need to re-address this issue with your Unit Manager. He can check the mailhouse to see if anything has been left at that location for you.

**Staff Member Signature:** J. Dzurenda Warden
**Date:** 10/13/04