UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT.

LLoyd George MORGAN, JR    Case No. 3:01 CV1107 (CFD)(WIG)
VS.
GOVERNOR JOHN G. ROWLAND, ETAL. Date 11-10-2004

MOTION FOR A EMERGENCY INJUNCTION AND MOTION
TO: PROTECT PLAINTIFF'S LEGAL DOCUMENTS
AND EVIDENCE TO THIS CASE.

1.) NOW comes the pro-se plaintiff LLoyd George Morgan, JR
moves in the best interest of Justice as well as in Good
faith with respect to Federal Rules of Civil Proccedures
65 seek a urgent injunction cause the plaintiff Got
over 20 Boxes of LEGAL Property which mostly Belongs
to this case at hand Due to the Nature, that He has
constantly exercised his rights to file complaints and
grievances and Blow the whistle on State of Connecticut
Department of Corrections officials He has Been
Threaten with constant retaliation.

2.) he was Threaten to be transferred to another facility.
as clearly stated in his pending motion titled motion
seeking Injunction To: Deter retaliation And reprisal
Plaintiff is Being subjected To: Dated 10-12-2004.
Which clearly so note the issues see a copy attached
or inclosed with this motion See also Letter Dated 11-1-04 to
Captain Esposito, & request Dated 10-22-04. and Letter
to WARDEN DZUR0 du Dated 11-1-2004. & to MAJOR QUIROS Dated 11-9-04

page 2

3.) Plaintiff Filed Another motion to go with that
motion titled Motion To put This Court on Notice And
motion supplamental motion for injunction To Deter
retaliation By Prison officials Against plaintiff,
Thats Dated 10-19-2004 pending in this Court Files,
Plaintiff States that do to This Case and Said issues
of Plaintiff Litagating against Prison officials
He has Been Discriminated against and targeted
Now Warden James E. Dzurenday, has wrote Plaintiff
a Letter Dated 11-3-2004. Concerning his Legal Property
Demanding that I Get Rid and disposing, as seen as
Possible, his staff counselor Scott Hadlock told
me The Warden is going to Throw your Property out
in 30 day.

4.) Warden Dzurenda is doing this in Bad Faith in
clear Retaliation, I Have a Constitutional Right
to Have This Legal property of evidence to This
Case and others/ Cases see my Letter request
Dated 11-4-04 to unit manager Capt. A. Esposito, and
Warden Dzurenda of Cheshire Correctional
Where Plaintiff is Housed See also Exhibit #1
and print out of my many Cases, see also
Exhibit #23 of Letter Dated 11-5-03 From (AAG)
Lynn D. Wittenbrink, About this Case Saying it is
a unusual Action.

5.) Cause THIS Case at First Had 44 Defendants
its Not Hard to realize Plaintiff has over 20
Boxes of Legal evidence and Documents to
Defend THE Case, WARDEN DZurenda seems to
Feel Above THE Law and that Because he has
THE Attorney Generals office behind him
He can Just THROW away my Legal property
and THats it, Plaintiff states retaliation and this
Kind of Conduct is unconstitutional and
violates plaintiff rights of Access to the
Court's SEE: NEWELL V. SAUSER, 79 F3d 115 (9th Cir.1996)
("reasonable Prison offices Would have Known that
Seizing computer-generated Legal papers prepared
on behalf of Another inmate from Prisoner's Cell was
unlawful, so that Prison officials were Not entitled
to qualified immunity.")

6.)   SEE CLARK V. STALDER, 121 F3d 222 (5TH Cir.1997)
      SISNEROS V. NIX, 95 F3d 749 (8TH Cir.1996)
      Prison officials may Not retaliate against or Herass
inmate's because of inmate's exercise of his right of
Access to THE Courts.
   SEE: CHRICEO V. PHILLIPS, 169 F3d 313 (5TH Cir.1999)
   Sec: JONES V. GRENINGER 188 F3d 322 (5TH Cir.1999)
Based on these Cases and the Courts Jurisdiction of
THIS Case it Would Be unlawful to allow WARDEN
DZurenda to THROW away or MAIL out THE

7.) Plaintiff Legal Boxes in Retaliation its mighty Funny Warden Dzurenda chooses now to Demand this and have his Staff Pressure and Threaten Plaintiff to throw away his need Legal Documents this has caused great stress and fear and worry to Plaintiff Prison Officials Have constantly threaten to Transfer This plaintiff for said reasons and even work with othere Prisoners to create false ways to make Plaintiff, cause they Hate This Plaintiff and his Legal work, its sad That these Corrupt Officials Target Plaintiff and he is not free to exccercise his Rights See Plaintiff Letter Dated 11-9-2004 to Captain Esposito who Runs The units Plaintiff is Housed About These games. see his reply Dated 11-9-04, The Herassment is so Bad Plaintiff cannot exercise his Rights.

8.) With the Prison Grievance system see his Request to Counselor Supervisor Dave Trapasso About this Dated 11-4-2004 and request Dated 11-3-04 to U/m Capt. Esposito, see his reply Dated 11-4-04. See Plaintiff Letter Dated 11-4-2004 to (D.O.C.) Commissioner Theresa C. Lantz, dated as so stated Above of 3 pages with inclosure reporting these issues, all of This Herassment is Being done simpley Because Plaintiff exccercise These rights Afforded to him By Law

Page 5

9.) THIS has cause psychological pain and Lots of stress to THe plaintiff he has to constantly worry He is going to Be punished and THere THREATS CARRIed out, THIS Court Should order remedy plaintiff ask that He Be allowed to APPEAR Before THIS Court, To Address The Court In Person About THese issues, and THat THe Court order URGent remedy to Protect his LeGal PROPERTY, Plaintiff THanks THIS Court

By THe plaintiff Lloyd G MorGan JR
LLoyd George MorGan Jr # 117796
CHESHIRe Correctional INSt.
900 HIGHLAND AVe
CHeSHIRe, CT 06410

## CERTIFICATION

THIS is to CERTIFy that a Copy of THe Foregoing motion Was MAiled Postage PrePAid on 11-10-2004 to all PARTIES of record as so noted Bellow.

Office of ATTORNEY GENERALS
(AAG) LYNN D. WITTENBRINK
110 SHERMAN Street
HARTFORD, CT 06105

Connecticut Civil Liberties union
Atty, ANNette Lameroux
32 GRAND Street
HARTFord, CT
06106

By THe Plaintiff Lloyd G. MorGan, Jr
LLoyd George MorGan Jr # 117796
CHESHIRe Correctional INSt.
900 HIGHLAND AVe
CHeSHIRe, CT 06410



**Inmate Request Form**
### Connecticut Department of Correction

Page 1

CN 9602
Rev. 9/3/02

| Inmate Name | Inmate no. |
|---|---|
| MR. LLoyd George MORGAN, JR | 117796 |

| Facility | Housing unit | Date |
|---|---|---|
| CCI | NB622 | 11-4-04 |

**Submitted to** U/M CAPT. A. ESPOSITO AND WARDEN DZURENDA

**Request** DeAR U/M A. Esposito and WARDeN DZureNdq, I TALK to the WARDeN this week regARds to my many Legal Botes, I am in DiRe Need to be Able to Keep this Botes Cause I got many Upon many Cases pending, and all items Are Need See PRint out of Some of THe many Cases I Got pending in different State SUPeRioR CourTs and FedeRAl Court of MoRGAN V. RowlANd, See Exhibit #1

*(continue on back if necessary)*

**Previous Action Taken**

*(continue on back if necessary)*

| Acted on by (print name) | Title |
|---|---|
|  |  |

**Action Taken and/or Response**

*(continue on back if necessary)*

| Staff Member Signature | Date |
|---|---|
|  |  |

Page 2

Please see Exhibit #23 #1 a Letter from (AAG) Lynn D.
Wittesbrink Dated Nov. 5, 2003 Re: to MORGAN V. Rolland
which is a Federal suit I Filed against 44 Defendants
and Amended it down to 22 Defendants, removing
CAPT. CARLONE and CAPT. BUTTRICKS who RAN THE B+C
during that Time, I am in the Process of Amending
this Complaint and Filing objections, with (ICAP)
So THIS legal Property is needed, to attempt to
throw Away or move my Property would Be out Right
retaliation and Abuse and attempt to stop me From
effectively Persuing THese matters, this case is
pending in Federal Court. IF you CAN Consider
moving me to NB626 IN NB6 At CCI to THE cell
close to my Legal work, allowing me to have all of
it For 3 days I CAN go Through it to work
with you to see what CAN Be done to bring THE
Amount down a Little more I am willing to respect
and work with you, IF any Herassment of my Legal property
is Done I will ask the F.B.I. and Federal Court To
TAKE Notice to deter THIS, I Got valid reason to Have
it warded you Promised you would protect my Property
and not Let anything Happend to it once I reply
to your Letter Dated 11-3-04 THAT I Just Got today,
I Pray THIS Helps you Please reply.

                                    Yours TRuly
                         MR. LLoyd George MORGAN, JR #117796
                              NB622 (CCI)(PC)



## STATE OF CONNECTICUT
### DEPARTMENT OF CORRECTION
*CHESHIRE CORRECTIONAL INSTITUTION*
*900 HIGHLAND AVENUE*
*CHESHIRE, CT 06410*

TO:      *Morgan, Lloyd # 117796*
            *NB6-22*

FROM:   *James E. Dzurenda, Warden*

DATE:    *November 3, 2004*

SUBJECT:  *Excess Property*

---

*It has come to my attention that you have an excess of 20 boxes of property being stored at Cheshire C.I.*

*In accordance with Administrative Directive 6.10, Inmate Property, Section 16, the total amount of property you are allowed shall not exceed six (6) cubic feet. Therefore, you must dispose of your property in accordance with Section 27, of this directive.*

*You are being notified that you must arrange to have this property in excess of six (6) cubic feet picked up by your family or visitor within 30 days of this date or it will be discarded in accordance with Section 29 of this directive.*

*You must make arrangements with your Unit Manager, Captain Esposito, to review which property you are keeping and which you are disposing as soon as possible.*

*If you provide Captain Esposito information to support a claim of cases you have pending in litigation, I will approve two additional boxes of property in your cell above and beyond the allotted six (6) cubic feet as required in Section 16 of this directive as long as it does not create a fire hazard or obstruction. You will also be allowed only three (3) boxes of your property to be stored by the facility at any given time.*

*JED/lch*

C:    *D/A Strange*
       *Major Farrell*
       *Major Quiros*
       *Captain Esposito*
       *Property Officer Tefoe*
       *File*

Exhibit #1

List of Habeas Petitions, Grievances
and Lawsuit

- *Habeas Corpus Petitions* – (see also attached printout from Judicial website):

**Lloyd George Morgan, Jr. v. Warden, CV 03-0004114/***Status – Pending.***
On June 23, 2003, Mr. Morgan filed a pro se habeas corpus petition dated June 11, 2003. He complained that his former attorneys Kenneth Fox, Arthur C. Hadden and Special Public Defender Thomas Conroy rendered ineffective assistance of counsel. He also claimed that Chief Public Defender Gerard A. Smyth, Deputy Chief Public Defender Susan O. Storey and Public Defenders Preston Tisdale and Temmy Ann Pieszak "conspired to intentionally violate this petitioner's rights to effective assistance of properly trained and educated counsel who specialize in habeas corpus petitions and criminal law and appointed low class unprofessional attorneys". Attorney Gerald E. Bodell was appointed by the court as a Special Public Defender to represent Mr. Morgan.

**Lloyd George Morgan, Jr. v. Warden, CV-02-0462465/***Status – Pending.***
Mr. Morgan filed a pro se habeas corpus petition and claimed that his former attorneys, Assistant Public Defender David Channing, Special Public Defender Thomas Conroy and Special Public Defender Robert P. Pickering rendered ineffective assistance of counsel.

**Lloyd George Morgan, Jr. v. Warden, CV-02-0003678/***Status – Pending.***
Mr. Morgan filed a pro se habeas corpus petition and claimed that his former attorney, assistant Public Defender, Kevin Barrs and Special Public Defender William Gerace rendered ineffective assistance of counsel. On September 12, 2002, Attorney Salvatore Adamo was appointed as a Special Public Defender to represent Mr. Morgan. Attorney Adamo was subsequently replaced by Attorney Michael D'Onofrio who was appointed as a Special Public Defender on October 9, 2003.

**Lloyd George Morgan, Jr. v. Warden, CV 02-0003670/***Status – Pending.***
Mr. Morgan filed a pro se habeas corpus petition and claimed that his former attorneys, Assistant Public Defender George Flores, Assistant Public Defender Douglas Ovian and Special Public Defender Michael Blaney rendered ineffective assistance of counsel. On September 12, 2002, Attorney Salvatore Adamo was appointed as a Special Public Defender to represent Mr. Morgan. Attorney Michael D'Onofrio was appointed as a Special Public Defender to represent Mr. Morgan on November 3, 2003 and replaced Attorney Adamo.

**Lloyd George Morgan, Jr. v. Warden, CV 01-461180/***Status – Pending.***
On November 13, 2000, Mr. Morgan filed a pro se habeas corpus petition which was dated November 8, 2000. In it he claimed that his attorney, Assistant Public Defender Kevin Barrs rendered ineffective assistance of counsel. Mr. Morgan requested that the court appoint an attorney to represent him in the habeas matter. Attorney Sal Adamo was appointed on June 25, 2002 as a Special Public Defender. On November 3, 2003, Michael A. D'Onofrio filed an appearance in lieu of Attorney Adamo upon his appointment as a Special Public Defender.

**Lloyd George Morgan, Jr. v. Warden,** CV-01-0461179/*Status – Pending.*
Mr. Morgan filed a pro se habeas corpus petition on January 11, 2001 and claimed that private counsel, Attorney William Gerace and Attorney Daniel Haggarty rendered ineffective assistance of counsel.

**Lloyd George Morgan, Jr. v. Warden,** CV-01-0446946/*Status – Pending.*
Mr. Morgan filed a pro se habeas corpus petition on January 11, 2001 and claimed that his former attorney, assistant Public Defender Kevin Barrs rendered ineffective assistance of counsel. Attorney Gerald Bodell was appointed as a Special Public Defender on June 12, 2001.

**Lloyd George Morgan, Jr. v. Warden,** CV-00-0003154.
Mr. Morgan filed a pro se habeas corpus petition on April 25, 2000. On August 22, 2000, Attorney Kenneth Fox was appointed as a Special Public Defender to represent Mr. Morgan. On April 11, 2003, after a court trial, judgment was entered by the court, Fuger, J. An appeal is currently pending.

**Lloyd George Morgan, Jr. v. Warden,** CV-97-0544138.
Mr. Morgan filed a pro se habeas corpus petition on October 29, 1997 and was represented by Ellen Brown. It is not known whether Attorney Brown was appointed by the court on January 23, 1998. The case was dismissed on July 17, 1998, by the court, Purtill, J.

**Lloyd George Morgan, Jr. v. Warden,** CV- 97-0002321.
Mr. Morgan filed a habeas corpus petition on January 11, 2001. Special Public Defenders Michael Moscowitz and Robert McCoy were appointed to represent Mr. Morgan. The matter was dismissed by the court, Bishop, J., on April 9, 1997.

**Lloyd George Morgan, Jr. v. Warden,** CV-97-0002319.
Mr. Morgan filed a pro se habeas corpus petition on January 7, 1997. Attorney Robert McCoy was appointed as a Special Public Defender to represent Mr. Morgan. The matter was dismissed on December 5, 1997, by the court, Zarella, J.

**Lloyd George Morgan, Jr. v. Warden,** CV-94-055748.
Mr. Morgan filed a habeas corpus petition on December 7, 1994 and claimed that his attorney, Assistant Public Defender Mark Buebendorf rendered ineffective assistance of counsel. Attorney Robert McCoy was appointed as a Special Public Defender. The matter was dismissed on September 19, 1997 by the court, Corrigan, J., after a court trial and order for judgment.

**Lloyd George Morgan, Jr. v. Warden,** CV-94-0550786.
Mr. Morgan filed a habeas corpus petition which was consolidated by the court with another habeas.

## *Grievances*

| Title | Complaint # | Disposition |
|---|---|---|
| Morgan vs. Pickering | 99-0880 | Dismissed |
| Morgan vs. DeCaprio | | Dismissed |
| Morgan vs. Flores | | Dismissed |
| Morgan vs. Fox | 00-0372 | |
| Morgan vs. Ovian | 00-0844 | Dismissed |
| Morgan vs. Blaney | 01-0037 | Dismissed |
| Morgan vs. Kaplan | 04-0817 | Pending |
| Morgan vs. Bodell | 04-0881 | Pending |
| Morgan vs. Smyth | 04-0886 | Pending |
| Morgan vs. Pieszak | 04-0904 | Pending |

- ## *Lawsuits*

## Morgan vs. Rowland, et al - docket no. 3:01 CV 1107(CFD) (WIG).

Mr. Morgan filed a lawsuit against more that 22 individuals including:

| | |
|---|---|
| Gerard A. Smyth | Chief Public Defender |
| Susan O. Storey | Deputy Chief Public Defender |
| Temmy Ann Pieszak | Chief of Habeas Corpus Services |
| Preston Tisdale | Director of Special Public Defenders |
| Douglas Ovian | Assistant Public Defender |
| Robert Pickering | Special Public Defender |

However, when Mr. Morgan filed an amended complaint, he excluded employees of the Division of Public Defender Services and Special Public Defender Robert Pickering as defendants.

include bottom text links for all sub pages



## State of Connecticut
# Judicial Branch



Civil Inquiry Home | Prev Page | Site Help | Comments Page | Calendar Notic... | Case Look-up

## Party Name search results as of 9/27/2004

| Party Name | Case Name | Docket No. | Court Location | Pty No. | Pltf/ Def | Pro Se |
|---|---|---|---|---|---|---|
| MORGAN LLOYD | MORGAN, LLOYD G. JR. V. WARDEN | CV-94-0544748-S | Hartford | 01 | P | |
| MORGAN LLOYD | MORGAN,LLOYD G JR V. WARDEN-CHESHIRE | CV-01-0446946-S | New Haven | 01 | P | Y |
| MORGAN LLOYD | MORGAN,LLOYD G V. WARDEN-CHESHIRE | CV-01-0461179-S | New Haven | 01 | P | Y |
| MORGAN LLOYD | MORGAN,LLOYD G V. WARDEN-CHESHIRE | CV-01-0461180-S | New Haven | 01 | P | Y |
| MORGAN LLOYD | MORGAN,117796 V. WARDEN,STATE PRISON | CV-02-0462465-S | New Haven | 01 | P | |
| MORGAN LLOYD | MORGAN,LLOYD,JR. V. WARDEN,CORRIGAN | CV-97-0544138-S | New London | 01 | P | Y |
| MORGAN LLOYD | MORGAN,117796 V. WARDEN,STATE PRISON | CV-00-0003154-S | Somers | 01 | P | Y |
| MORGAN LLOYD | MORGAN,117796 V. WARDEN,STATE PRISON | CV-02-0003670-S | Somers | 01 | P | Y |
| MORGAN LLOYD | MORGAN,117796 V. WARDEN,STATE PRISON | CV-02-0003678-S | Somers | 01 | P | Y |
| MORGAN LLOYD | MORGAN,117796 V. WARDEN,STATE PRISON | CV-03-0004114-S | Somers | 01 | P | |
| MORGAN LLOYD | MORGAN,#117796 V. WARDEN,STATE PRISON | CV-97-0002319-S | Somers | 01 | P | Y |
| MORGAN LLOYD | MORGAN,#117796 V. WARDEN,STATE PRISON | CV-97-0002321-S | Somers | 01 | P | Y |

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Search | Home

Common Legal Terms | Contact Us | Civil/Family Case Disclaimer

Copyright © 2004, State of Connecticut Judicial Branch

RICHARD BLUMENTHAL
ATTORNEY GENERAL



MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

*Tel:* (860) 808-5450
*Fax:* (860) 808-5591

November 5, 2003

Deborah Del Prete Sullivan
Legal Counsel
Division of Public Defender Services
Office of Chief Public Defender
30 Trinity Street, 4th Floor
Hartford, CT 06106

**RECEIVED**

NOV - 6 2003

OFFICE OF CHIEF PUBLIC DEFENDER
LEGAL COUNSEL

Re:     **Lloyd Morgan vs. John Rowland, et al.**
          No. 3:01CV1107(CFD)(WIG)

Dear Deborah:

    I am in receipt of your letter dated October 30, 2002.  I am not able to provide the sort of information you request.  The <u>Court</u> did not dismiss the claims against the public defenders.  The plaintiff amended his complaint to exclude them.  I attach the Court's most recent order in this matter.  As the Order demonstrates, this is an unusual action.

    I am sorry that I cannot give you anything more.

                              Very truly yours,

                              Lynn D. Wittenbrink
                              Assistant Attorney General

LDW:lac

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:01-cv-01107-CFD

Morgan v. Rowland, et al
Assigned to: Christopher F. Droney
Referred to: William I. Garfinkel
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 06/14/01
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

-----------------------

**Lloyd George Morgan, Jr.**

represented by **Lloyd George Morgan, Jr.**
Inmate 117796
Northern Correction Institution
P.O. Box 665
Somers, CT 06071
PRO SE

V.

**Defendant**

-----------------------

**John G. Rowland,** *Gov, I/O*

represented by **Lynn D. Wittenbrink**
Attorney General's Office
110 Sherman St.
Hartford, CT 06105
860-808-5450
Fax : 860-808-5591
Email: lynn.wittenbrink@po.state.ct.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Armstrong,** *Comm, I/O*

represented by **Lynn D. Wittenbrink**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter M. Matos,** *Deputy Comm, I/O*
*TERMINATED: 06/06/2002*

**Jack Tokarz,** *Deputy Comm of*
*Programs & Treatment, I/O*
*TERMINATED: 06/06/2002*

RECEIVED

NOV 2 0 2003

OFFICE OF CHIEF PUBLIC DEFENDER
LEGAL COUNSEL

11/19/2003

James E. Huckabey, *Warden, I/O*
*TERMINATED: 06/06/2002*

Mary M. Johnson, *Warden, I/O*
*TERMINATED: 06/06/2002*

Peter J. Murphy, *Warden, I/O*
*TERMINATED: 06/06/2002*

Michael Carter, *Major, I/O*
*TERMINATED: 06/06/2002*

Henry Lojkuck, *Major of Operation, I/O*
*TERMINATED: 06/06/2002*

Donald Gilbert, *Major of Treatment, I/O*
*TERMINATED: 06/06/2002*

Emmanuel, *Lt, I/O*
*TERMINATED: 06/06/2002*

Meulemans, *Lt, I/O*
*TERMINATED: 06/06/2002*

Jones, *I/O*
*TERMINATED: 06/06/2002*

J. Cahill, *CO, I/O*
*TERMINATED: 06/06/2002*

Jane Doe, *Counselor Supv, I/O*
*TERMINATED: 06/06/2002*

*aka*
Sister Donna

Jay Schuder, *Counselor, I/O*
*TERMINATED: 06/06/2002*

Stacy L. Smith, *Counselor, I/O*
*TERMINATED: 06/06/2002*

Ray Waldon, *Counselor, I/O*
*TERMINATED: 06/06/2002*

Baker, *Counselor, I/O*
*TERMINATED: 06/06/2002*

Kurtz, *Counselor, I/O*
*TERMINATED: 06/06/2002*

Fred Levesque, *Mgmt Dir, I/O*          represented by   Lynn D. Wittenbrink

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hector L. Rodriguez,** *I/O*
*TERMINATED: 06/06/2002*

**John Tarascio,** *Warden, I/O*                    represented by   **Lynn D. Wittenbrink**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Buttrick,** *Lt, I/O*
*TERMINATED: 06/06/2002*

**Atkins,** *I/O*
*TERMINATED: 06/06/2002*

**R. Flores,** *CO, I/O*
*TERMINATED: 06/06/2002*

**Mark W. Strange,** *Warden, I/O*
*TERMINATED: 06/06/2002*

**Richard Matos,** *Operation Major, I/O*
*TERMINATED: 06/06/2002*

**Steve Fry,** *Major, I/O*
*TERMINATED: 06/06/2002*

**Neal Kearney,** *Major, I/O*
*TERMINATED: 06/06/2002*

**Wayne Corriveau,** *Lt, I/O*
*TERMINATED: 06/06/2002*

**Kendricks,** *Lt, I/O*
*TERMINATED: 06/06/2002*

**Wesley Collins,** *CO, I/O*
*TERMINATED: 06/06/2002*

**Sidoti,** *CO, I/O*
*TERMINATED: 06/06/2002*

**Chambers,** *CO, I/O*
*TERMINATED: 06/06/2002*

**Vadnais,** *CO, I/O*
*TERMINATED: 06/06/2002*

**John Doe,** *Mental Health
Psychologist, I/O*
*TERMINATED: 06/06/2002*

**Tom Magiera,** *Nurse, I/O*
*TERMINATED: 06/06/2002*

**Howell,** *CO, I/O*
*TERMINATED: 06/06/2002*

**Brian K. Murphy,** *Warden, I/O*
*TERMINATED: 06/06/2002*

**Larry Myers,** *Warden, I/O*                represented by    **Lynn D. Wittenbrink**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Thomas Coates,** *Major of Admin, I/O*      represented by    **Lynn D. Wittenbrink**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Michael LaJoie,** *Major of Operations,*    represented by    **Lynn D. Wittenbrink**
*I/O*                                                          (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Christine Whidden,** *Major of*             represented by    **Lynn D. Wittenbrink**
**Program & Treatment, I/O**                                   (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Venton,** *Admin Capt, I/O*
*TERMINATED: 06/06/2002*

**Michael Zacharewicz,** *I/O*
*TERMINATED: 06/06/2002*

**William Faneuff,** *Capt, I/O*              represented by    **Lynn D. Wittenbrink**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Maurice Butler,** *Capt, I/O*               represented by    **Lynn D. Wittenbrink**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Robert J. Knapp,** *Lt, I/O*
*TERMINATED: 06/06/2002*

**Loubier, Jr.,** *Lt, I/O*
*TERMINATED: 06/06/2002*

**Olgesbey,** *Lt, I/O*
*TERMINATED: 06/06/2002*

Koske, *CO, I/O*                                represented by  **Lynn D. Wittenbrink**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

Curtis, *CO, I/O*                               represented by  **Lynn D. Wittenbrink**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Zina,** *CO, I/O*
*TERMINATED: 06/06/2002*

**Daniel Polonis,** *CO, I/O*
*TERMINATED: 06/06/2002*

**Goodhall,** *CO, I/O*
*TERMINATED: 06/06/2002*

**Badeau,** *CO, I/O*
*TERMINATED: 06/06/2002*

**Melbourne,** *CO, I/O*
*TERMINATED: 06/06/2002*

**James Perkins,** *Counselor, I/O*
*TERMINATED: 06/06/2002*

**Murphy,** *Mail Handler, I/O*
*TERMINATED: 06/06/2002*

**John Dempsey,** *I/O*
*TERMINATED: 05/03/2002*

**Jeffrey Adger,** *Capt, I/O*
*TERMINATED: 06/06/2002*

**Cox,** *CO, I/O*
*TERMINATED: 06/06/2002*

**Josefiaki,** *CO, I/O*
*TERMINATED: 06/06/2002*

**Wilbur L. Strozier,** *CO, I/O*
*TERMINATED: 06/06/2002*

**Patricia Wollenhaupt,** *Supv Nurse,
I/O*
*TERMINATED: 06/06/2002*

**Nancy Hill,** *Nurse, I/O*
*TERMINATED: 06/06/2002*

**Latear,** *Soc Worker, I/O*
*TERMINATED: 06/06/2002*

| | | |
|---|---|---|
| **Paul Chaplin**, *Dir of Mental Health, I/O* | represented by | **Lynn D. Wittenbrink**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Ronald Hensley**, *MD, I/O* | represented by | **Lynn D. Wittenbrink**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Gerard A. Smyth**, *Pub Defender, I/O*<br>*TERMINATED: 06/06/2002* | | |
| **Susan O. Storey**, *Pub Defender, I/O*<br>*TERMINATED: 06/06/2002* | | |
| **Temmy Ann Pieszak**, *I/O*<br>*TERMINATED: 06/06/2002* | | |
| **Preston Tisdale**, *Supv of Pub Defender, I/O*<br>*TERMINATED: 06/06/2002* | | |
| **Douglas Ovian**, *Pub Defender, I/O*<br>*TERMINATED: 06/06/2002* | | |
| **Robert P. Pickering**, *I/O*<br>*TERMINATED: 06/06/2002* | | |
| **Ed Presante**, *Dir, I/O*<br>*TERMINATED: 06/06/2002* | | |
| **Thomas Latier**, *Mental Health Worker, I/O* | represented by | **Lynn D. Wittenbrink**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Pamela B Shea**, *Health Service Administrator, I/O* | represented by | **Lynn D. Wittenbrink**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Bryan Castle**, *Health Service Administrator, I/O* | represented by | **Lynn D. Wittenbrink**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Helberg**, *Special Deputy Sheriff, I/O* | represented by | **Lynn D. Wittenbrink**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Jimmy Delvalle**, *Special Deputy* | represented by | **Lynn D. Wittenbrink** |

**Cheshire C. I.
Capt. Esposito
NB 5&6 Unit Manager**

# Memo

To: Morgan 117796
From: Capt. Esposito
Date: 11/9/04
Re: Correspondence 11/9/04

I will not offer responses regarding your assumptions, as this is unprofessional. Regarding the other issues you mentioned I will monitor them accordingly.

Capt. Esposito

Page 1

Dear u/m CAPT. A. Esposito        Date 11-9-2004

How are you doing, Good I Hope, as for my self Trusting in the Lord, I Respectfully write you in good faith seeking your unbiased effective review, Sir, Per the proper Chain of Command I come to you, I am in need to be able to receive the weekly hand and or Floor and Sink Soap That is passed out weekly to be able to Clean my cell, and keep it Sanatized. the Problem is that when this Soap comes in on Tuesdays and Fridays, The tier mans of Andre Cinicola and Steve Ried, have Been allowed to Controll The Soap and Pass it out to there Friends, or Sale it to those who will Pay, Correctional officers have been over Favicrable, and Comrades with these tier man to allow them a Certain Amount of Control, So I am force to go to these Tierman who dont like me cause I dont Join their clicks of Control and Minipulation, So I kindly ask Mr. Cinicola for The Soap today, He told me No, cause of So call Rumores of me, writing Complaints. I then ask Staff For needed Soap and was told that if any was Available I may Get some, but No Promises. I have nothing Personal against these inmates Its my understanding that (D.O.C.) took back The Jail in the 1990's from The Bullying inmates, I dislike needed to depend on Prisoner to give me items that should be in the hands of ~~[struck out]~~ Staff, Lets Be Honest many of Times I have Pissed you off and your Staff off by writing the many Grievances and Complaints, and exercising my rights,

<u>Page 2</u>

it Cause you all to Feel I am a Big pain in the ass you all dislike and Would do NEARLY anything to Get Rid of me So Now any PETTY issue of any Kind is Blown out OF ORDER into Something Big Just cause its MR. Lloyd G. MORGAN JR. #117796 to make me LOOK LIKE a Truble maker LETS also Be HONEST that you and your STAFF dont Like me, and any reasonable issue I bring to your attention is not taking any of my issues with any VALUE, but you welcome The many False Cumplaints made against me By various I/ms and Possibley would allow your STAFF to CONSPIRE to create These False Reviews to single me out and Build a retalitary case to Get Rid of me, when you can do the right thing and Put your BAD Feelings aside FOR me and Be Perfessional, end this Click Ruling Power of Minipulation, and Let Them know we know No one INJoys MR. MORGAN, but you will Not Be Allowed to Run These Tricks of Lies and Get me and my STAFF to PLAY along, I Got to do my the I Need not be forced to ARGUE About EVERY PETTY ISSUE OR THE Need of CELL CLEANING SOAP, with I/ms There Being giving WAY to much Power and CONTROL and Thats SAD, Then There COMRADE c/o's will log IN False reports meet with othere STAFF and I'Ms to create False ways to Culaberate There Falsehood I must depend on you and Guess what I Need you Cause Your The STAFF not me, I'm not allways WRONG I am a Fighter FOR Justice dont PUNISH me FOR it thanks Please reply.

NB622

YOURS TRULY
MR. Lloyd George MORGAN, JR

Page 1

Dear Commissioner Theresa C. Lantz, date 11-4-2004 and Deputy comm. Brian K. Murphy, I Respectfully Appeal to your office in Good Faith for a effective Review, and remedy and ask also that you Document and or dee your Internal Affairs unit to meet with me to on the Issue complained of in The inclosed Grievances Dated 10-18-04 and 10-20-2004. my complaint is the Grievance Coordinater has intentionally. conspired CTo Defelice to Reject my Grievances and Refuse to process them and seak any illegal way to Not allow me to Excercise my 1st Amendment rights, of Due Process with the Cheshire Grievance system, Due to The nature The Staff That has Subjected me to Retaliation & reprisal and made Threats that If I keep writing complaints and Blowing The whistle on unprofessional corrupt conduct of (Doc) Prisonal officials I will Be Sent to seg. or Transfered to Another Prison, or Contra Band planted in my Cell or on me or my property and For writing complaints ulm CAPT. A. Espos, to Set me up with a false DR. Ticket Dated 10-13-04. These Staff That made Different Threats or acted out of Line Are

ulm CAPT. A. Esposito, Cansel or Scott Hadlock, Correctional officers Tom Talisano, G. Carney, and those mentioned in The Grievances That Are inclosed, I Followed The chain of command I wrote to ulm Esposito a Request Dated 11-3-04. and received a reply memo Dated 11-4-04 by him. refesing me to Cansel or Supervisor Dave Trapasso, I tAlk to mr. Trapasso, today dong his towing The NB6 unit

Page 2.

I told him my situation with the GRIEVANCE Coordinator DeFelice and that I attached many Exhibits of evidence to support my Complaint, and only used 1 extra sheet of paper for my statement, He felt it should allowed to be Processed He asked me to write him I wrote him the Inclosed request Dated 11-4-04, of 2 pages. I even First Appeal to WARDEN DZUREnda sending the 2 Inclosed GRIEVANCES to him telling him these issues asking that He see that they be Processed and that I Be allowed to Exhaust the GRIEVANCE Process, WARDEN DZUREnda, has allowed this unjust Games of Denying me effective Filing and Due Process of the GRIEVANCE system, see my letter Dated 11-1-04 to WARDEN DZUREnda, see his reply dated 11-3-04, his reply was not correct, my GRIEVANCE each had one issue I was only Showing the many different instances of each PARTY and How many different times this has Continued is why these issues Are Valide I Had these Problems as mentioned in the GRIEVANCE in the Past with former HIM ESPOSITO and wrote (AAG) LYNN D, WITTENBRINK and my letter was Dated 12-4-03 to Her and to F.B.I. Dated 12-18-04 and received her reply dated 12-9-03, A PRISONER should not Be Herased on Threaten to Be TRANSFERED or punished as I Have for Filing Complaints and GRIEVANCES against (D.O.C) and also the officials I Complain of must not Be allowed to Control the GRIEVANCE Process, and Minipulate it to Deny me the chance to

Page 3

Exhaust These remedys, The warden Return my Grievances unprocessed with a Sample Rejection Thats not even Filed out or Sign Just creating unJust rreased to Deny me Due Process, I Brought The Grievance process to Dist. Adm. Strange who has Granted No remedy or reply yet to what was sent him so in Good Faith its Needed to send all inclosed directly to you for action, I should not Be force to Live in constant FEAR That if I exercise these rights your STAFF ulm Esposito and Canseler Hadlock, or your MaJers and Warden and Dist. Administrators strange or your office its Just Not right I Got to worry None Stop That These agents will Create False Issues work with Inmates to create false ways to Punish me, I want to Be allowed to Exhaust The System Because of The New Law of Prison Reform Litigation Reform act and its Requirement that a Prisoner Exhaust The Grievance System Before a Inmate can seek Court remedy is Another reason why I must Be Allowed to Have These Grievances acted on I Thank you for your Consideration and Review of These matters. Please reply

Yours Truly
MR. L'Loyd George MORGAN, JR # 117796
NB622 (CCI) (PC)

CC. LGm/Filed.



# Inmate Request Form

CN 9602
Rev. 9/3/02

### Connecticut Department of Correction

Page 1

| Inmate Name | | Inmate no. |
|---|---|---|
| MR. Lloyd George Morgan Jr. Oct 20 | | 31744-06 |

| Facility | Housing unit | Date |
|---|---|---|
| CCI | NB622 | 10-25-04 |

Submitted to WARDEN James E. DZurenda

Request Dear Warden I Appeal to you concerning your staff THE Grievance coordinator C.T.O. DeFieler. He has created his own policy. to create unjust ways to find any reason He can to Reject and return THE grievance unprocessed This violates my first Amendment right of Due Process and Bars A Ble I to Exhaust THE grievance process. I attached all These Exhibits or documents to support my claim There is NO proper Rule THAt should Be able to stop me from attaching To THE grievance.

He may be able to dottacch What he Fecls is not relevant but He cant Look For ways to Return them I ask please

*(continue on back if necessary)*

**Previous Action Taken**

*(continue on back if necessary)*

| Acted on by (print name) | Title |
|---|---|

**Action Taken and/or Response**

*(continue on back if necessary)*

| Staff Member Signature | Date |
|---|---|

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LLOYD GEORGE MORGAN, JR    Case# 3:01CV1107(CFD)(WIG)
        VS.
GOVERNOR JOHN G. ROWLAND, ET. AL. Date 10-12-2004

MOTION SEEKING INJUNCTION
TO DETER RETALIATION AND REPRISAL
PLAINTIFF IS BEING SUBJECTED TO:

1.) Now come's the Pro-se Plaintiff Lloyd George Morgan, JR in the above intitle case moves THIS Court in Good faith as well as the best interest of Justice Per Federal Rules of Civil Proceedure 65 respectfully request that this Court would grant a injunction against THE retaliation and reprisal. By THE state of Connecticut Department of Corrections officials at Cheshire Correctional Facility.

2.) For THE record the plaintiff is Presently incarcerated at the Cheshire Correctional Institution in the Protective Custody NORTH Block 6 unit under THE care of (Doc) Commissioner THeresa C. LANTZ, and her agents WARDEN JAMES E. DZURENDA, and his MAJORS Jonathan HALL, of Treatment and Programs and FARRELL, of operations and ANGEL QUIROS, OF ADministrations and CAPTAIN ESPOSITO who was Just Appointed as unit Manager OF NORTH Block 6 where this plaintiff is Housed.

→

3.) Plaintiff have been doing very well at THIS facility and done all He can to follow the rules and respect staff and Get along with otheres. Do to THIS issue of or as so noted Plaintiff, makes clear to THIS Court that He has Been Herussed and THreats have Been mAde Constantly to Plaintiff. That He will be moved and transferd to ANother facility if He continues to exercise his 1st Amendment giving Rights to Persue this Law suit and othere Litigation or Grievances and Complaint Letters against (DOC) Prison officials Plaintiff was subjected to Herussment and Reprisal on 7-6-2004 by Counselor Scott HAdlock who was acting unit mANAger for that day. he also was Herussed by Correctional officers LANGlias, Clark, Burns, and taunted by These agents who stated and mAde clear That they would set him up to be trANsferred, or that ContraBAND would be Planted on him, and or his Cell mAny viRous THreats was mAde at different times.

4.) Do to the mAny different THreats and reprisal and Herussment and Retaliation Plaintiff wrote Complaints to Warden JAmes E. DzureNda, District Adm. Mark W. Strange, Comm. Theresa C. Lantz, Deputy Comm. BriAN. Murphy, Captain Edward A. SAundry, mAjors Angel Quiros. Farrell, JonathAN Hall, reporting The said Employee Conduct see said Complaints Dated 7-6-04 with Administrative Directive 2.17 of Employee Conduct attached.

Page 3

5. Plaintiff respectfully ask this Court to keenly Review Said Complaint to Get a clear understanding of The subject's. Said complaints was referred to Captains Joseph N. Carlone, and Buttricks, to investigate, do to the nature both these investigating parties was Biased as former Defendants of this same Law Suit, they was indifferent to Plaintiff, and do to a Promise To remace or that Post have Been changed of Said officers, and Fear of threats, Plaintiff Felt he had no choice but to withdraw that complaint For Fear of Further retaliation, Then Some of These, Same agents was reappointed to The unit Carrying on with Corruption. Plaintiff Filed a recent complaint Dated 10-3-2004 to Warden DT. Brenda Major Angel Quiros, Captain Esposito, do to The Filing of This complaint, Counselor Scott Hadlock, and Captian Eposito, has Subjected Plaintiff to Reprisal and retaliation. Correctional officer Talisano, made threats to Plaintiff stating that if the plaintiff ever Looks at him or say anything to him he Would Set him up and

6.) Plant contraband on him or his cell to send him to seg. Plaintiff had Problems in the Past with this same officer Herassing him and wrote a request complaint Dated 10-4-04 to Administrative Major Quiros, After First talking to Captain Esposito. See inclosed Said Request,

7.) Plaintiff states He is intitled to report illegal or unprofessional conduct of staff and Litigate in court he is protected under the state and federal Constitution. to transfer a Plaintiff in retaliation and reprisal violates the law, see Plaintiff complaint dated 9-30-04 to Major Quiros, about the Herassment of C/O Fentano and otheres and 8-28-04. see my Letter to both of this court Judges dated 7-3-04 with said inclosure mailed the same time to this court.

8.) Plaintiff Have Been doing very well at Cheshire C.I. Fallowing the Rules and geting along The only reason he Has Been or is Being Herassed is for excercising his Rights to File said effective merit complaints and the Litigation of This case, Canselor Hadlock told plaintiff they would not do much for me if I keep excercising my Rights to File These complaints. The Warden admited in The Past I was doing Good and wanted me to remain Here But since Then These otheres staff Have started up this Herassment. Correctional officer Talisano, has subjected This Plaintiff also to Discrimination, as stated in my complaint Date 10-7-2004 to Commissioner Theresa C. Lantz, thats inclosed all These Named staff are correctional officials at Cheshire correctional facility.

Page 5

9.) Plaintiff a sk this Court if it Cant Grant This injunction That it informs the Defendants attorney Generals office (AAG) Lynn D. Wittenbrink that This kind of conduct is Clearly illegal and it must be stoped, Cause IF Plaintiff is transferred and They carry out These Threats he will File a urgent New 42 U.S.C. 1983 Civil Rights action against all of Them as it will be clear to the Court That plaintiff effectively reported These issues to the Court and the Defendants Have Now Done and carried out There Threats, Plaintiff seeks to Avoid Filing any Law suits of This Kind of Retaliation and Reprisal, and he is sentence to 24 yrs, and This is the only Protective custody unit in this state made for The Plaintiff Large sentence Not a County Jail. There is Cite By The 2nd Cir. Courts against this type of Harassment. Plaintiff ask IF This Court Would order some type of remedy to deter This or ask That it Be investigated and plaintiff allowed to Be Free to excercise his Liberties: X Lloyd G. Morgan Jr

By Plaintiff

## MEMORANDUM OF LAW
## SUPPORTING PLAINTIFF
## RIGHTS TO BE FREE FROM RETALIATION.

A.) See GOFF V. NIX, 113 F3d 887 (8th Cir. 1997).
    See: CLARK V. STALDER, 121 F3d 222 (5th Cir. 1997)
    SISNEROS V. NIX, 95 F3d 749 (8th Cir. 1996)
    ("Prison officials may Not retaliate against or harass inmate Because of inmate's excercise of his rights of access to the Courts")

B.) See. Also <u>PELL V. PROCUNIER</u>, 417 US 817, 41 L Ed 2d 495, 94 S Ct (1974)
"PRISONER retains first Amendment rights that are not
"inconsistent with incarceration"

C.) See. <u>CORNELL V. WOODS</u>, 69 F3d 1383 (8TH CIR 1995)
"PRISONER was Transferred in retaliation for exercising
his first Amendment right by talking to and cooperating
with the Prison INTERNAL Affairs Divison. Between Him and his
attorney they won an AWARD of over $31,000.")

D.) SEE. <u>VELAZQUEZ V. LEGAL SERVICES, CORP</u>, 164. F3d 757 (2nd Cir. 1998)
<u>LEWIS V. COWEN</u>, 165. F3d 154 (2nd Cir. 1999)

E.) SEE. Also <u>BROWN V. NIX</u> 33 F3d 951 (8TH CIR 1994)
<u>BELL V. WOLFISH</u>, 441. US 520, 60 L Ed 2d 447, 99 S Ct 1860 (1979)
<u>PROCUNIER V. MARTINEZ</u>, 416 US 396, 40 L Ed 2d 224, 94 S Ct 1860 (1974)

Plaintiff States Based on the Case Law and the rescinding Hearing
this Court Should order some type of remedy or Review.
Plaintiff Thanks Thanks This Court for its effective Consideration

By The plaintiff *Lloyd G. Morgan Jr*

LLoyd George MORGAN Jr #177996
CHESHIRE CORRECTIONAL INST
900 HIGHLAND AVE
CHESHIRE, CT 06410

page 7

## CERTIFICATION

THIS IS to CERTIFY THAt a COPY OF THIS MOTION or the foregoing was mailed PREPAID to all PARTIES So Noted Bellow on Date 10-13-2004

OFFICE OF THE ATTORNEY GENERALS
(AAG) LYNN D. Witterbrink
     110 SHERMAN Street
     HARTFORD, CT 06105

CONNECTICUT CIVIL LIBERTIES UNION
   ATTY. Annette Lamoreaux
     32 GRAND Street
     HARTFORD, CT 06106

By THE Plaintiff  Lloyd G morgan JR
MR. LLoyd George Morgan JR #117796
CHEShire Correctional Institution
   900 HIGHLAND Ave
   CHeshire, CT 06410