Page 2

Please that you ether remove your staff who may have a Biased or indifference towards allowing me to exhaust these matters of my Grievances Dated 10-20-2004 and 10-18-2004, I ask For your Consideration to order him to process these matters, For review and Hearing, and Please see that he Respects the Confidentality Rule and After you and him processed them that I am sent the Response with a appeal Level 2 Form and that He Be sure return it in a sealed envelope marked "Confidental" to protect me from Staff reading it and Herassingme or possibley hand delives it any Consideration you offer I am so thankful For again thank you Please see 2 Inclosed Grievances Dated 10-20-04 and 10-18-04, have a nice day thanks for your time.

Yours truly
mr. Lloyd George Morgan, Jr #117796
N8622 CCI

cc. LGm/filed

Dear Warden James E. Dzurenda    Date  11-1-2004

SIR, Last week I sent you 1 Large Manila envelope with a letter and 2 different Grievances with many attachedments OF Exhibits to support each Grievance I made clear to you that your Staff Grievance Coordinator, had constantly been Biased or indifferent and Looked for any unjust reason not to Process my Grievance and allow me to Exhaust my Administrative Grievances Process Due to his Biased Conduct I sent Them to you asking that you send them to him asking that He Allow me my Due Process and to be Able to Exhaust The Grievance System on Those 2 Grievances, I never Get any reply from you Leting me know That you received them and Have seen That They will be Ruled on, Please Let me know That you Have Did This Please let me know If you got them and Handled it Please reply

                              Yours Truly
              MR. Lloyd George MORGAN JR # 117796
                   NB622 CCI PC



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

Page 1

| Inmate Name | | |
|---|---|---|
| Mr. Lloyd George MORGAN, JR | Inmate no. | 114796 |

| Facility | Housing unit | Date |
|---|---|---|
| CHeshire C.I. | NB622 | 10-20-04 |

**Submitted to** Ulm CAPT. A. Esposito,

**Request**

Dear Capt. Esposito Ulm. I Have many civil cases pending Lots of Litigation, Pee The Proper chain of Command, I Seek your Consideration to See if you Can GRANT me 10 MANila envelopes to MAIL out Legal mail To The BAR Counsel, and to the Federal Courts, I Admit you did Provide me with some this week I used them and TuRn them In, Because I got Lots of cases some time MAJOR J. V. HALL, use to make ProvisoN FoR exTRA Legal envelopes

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

| Acted on by (print name) | Esposito | Title | Capt. |
|---|---|---|---|

**Action Taken and/or Response**

I will call you out on Friday to receive the envelopes. Please prepare the envelopes for mailing for next week when counselor Hodbox calls you out. If I do not call you out, I will get them to you before I leave Friday. I am not even sure if I have 10 left.

(continue on back if necessary)

| Staff Member Signature | Cpt a | Date | 10/20/04 |
|---|---|---|---|

Page 2

These Are needed for me to be Able to have effective access to the courts in MORGAN V. ROWLAND, et al. 3:01CV1107(CFD)(WIG).

Counselor HADLOCK Has called me out 2 times this week that I am allowed and he has giving me my 2 Legal calls allowed for The month, I Kindly ask for your Consideration to see if you could Call me out to MAKE a small amount of Copies to Get my needed Legal items out and Can you allow me my Two attys About my civil & criminal matters.? also I ask If you Could please Grant a writing reply to my Last Letter to you OF Apologize and Address those issues, also I ask If you Could Look into The reason why Mr. Scott HADLOCK, Keeps Saying to me If I dont Stop writing so many Complaints I am going to end up in segregation, and I ask that you Protect me from any and all Retaliation and reprisal By any one, I am very willing to work with you and try To Get along with you but I must be Able to Freely exercise my rights to write needed Complaints, I do Agree with mr. HADLOCK I need to Slow down, and Stop these Complaints, Cause I am one man, against a Corrupt. System. my Problem is I miss the better Corrections we once HAD yrs Ago now STAFF TAKE Policy and ADM. Dir's and Rules, As A Toy. I am PUT PRESSURE on to Follow Rules but The people I am in the CARE OF Violate 90 percent of Policys and Feel There Above The Law, I also miss Having STAFF THAT CARE About people Like Deputy or Former Deputy WARDEN MARTINEZ, LT. MCGILL that Died his son is now MAJOR J. MCGILL at NCI, you use to CARE, I CAN'T Live Well with out Love and Compassion, God Put it in me as a GIFT to Fight FOR Justice in The courts, I really ADMIRE and CARE ABout mr. HADLOCK, and you I Just want to do whats right, Put your BAD Feelings For me AWAY, your in my PRAYERS to please reply thank you.   Your ... )
MR. Lloyd George MORGAN, Jr #117796



# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
*CHESHIRE CORRECTIONAL INSTITUTION*
*900 HIGHLAND AVENUE*
*CHESHIRE, CT 06410*

TO:      Morgan, Lloyd #117796
            NB6-22

FROM:   James E. Dzurenda, Warden

DATE:    November 3, 2004

SUBJECT:  Grievance Without Disposition

---

*On October 28, 2004, I received your complaint against Grievance Coordinator CTO DeFelice.*

*You claimed he is returning grievances by creating unjust reasons for his actions.*

*The allegations were reviewed and determined that CTO DeFelice was justified in his actions.*

*The grievances you submitted were returned without disposition because they violated the conditions of Administrative Directive 9.6, Section 10.b, "each grievable matter shall be submitted on a separate grievance form", and Section 10.d, "The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page."*

*If you have complied to the reasons of your grievance disposition of "Returned without Disposition," you may resubmit your grievances. Otherwise, I will consider this matter closed.*

JED/lch

C:    Major Hall
      C/S Senecal
      CTO DeFelice
      File

# Grievance Return Without Disposition
## Connecticut Department of Correction

CN 9604
Rev.
1/7/04

| Inmate name | | Inmate no. |
|---|---|---|
| Facility | Housing unit | Date |
| Return log number | | |

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

Pursuant to Administrative 9.6, Inmate Administrative Remedies, Section 10:  A grievance may be **Returned Without Disposition** to the inmate for:

1. ☐   An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance.  The inmate shall attach the Inmate Request Form, CN 9602 containing the staff member's response.

2. ☐   A grievance must be filed on the Inmate Grievance Form, CN 9601.

3. ☒   Each grievable matter shall be submitted on a separate Inmate Grievance Form.

4. ☐   The grievance and the action requested should be stated simply and coherently.

5. ☒   The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6. ☐   The grievance shall be free of obscene or vulgar language or content.

7. ☐   Other _____

**You may resubmit when the grievance is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 10, subsections A through E.**

| Grievance Coordinator | Date |
|---|---|

RICHARD BLUMENTHAL
ATTORNEY GENERAL



MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

*Tel:* (860) 808-5450
*Fax:* (860) 808-5591

December 9, 2003

Lloyd George Morgan, Jr., Inmate No. 117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Re:    **Your Letter dated:  December 4, 2003**

Dear Inmate Morgan:

I am in receipt of your letter dated December 4, 2003.  By copy of this correspondence, I am sending it to Cheshire Correctional Institution for appropriate response, if any is necessary.  Please do not direct your concerns to me, but through the appropriate chain of command.  It is not my role to deal with your complaints at Cheshire Correctional Institution.

Very truly yours,

Lynn D. Wittenbrink
Assistant Attorney General

LDW:lac

cc:    Warden James Dzurenda
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Enclosure

Dear (AAG) Lynn D. Witterbrink,        Date 12-4-03

Please find inclosed Motion Dated 12-4-03, and inclosure,
also Re: to MORGAN V. Rowland, et al Case No 3'. 01 CV1107 (CFD)
Also Lynn if you are willing to come to a settlement and Remedy
Please Let me know also realize I am now at Cheshire C.I.
and I am being subjected to none stop HARSH Retaliation and
Reprisal By Unit manager CAPT. E. Saundry I wrote various
Complaints against him do to his threats to Return me to
Northern C.I. if I exercise my Rights to File
Complaints and Grievances against him and his staff
Do to my fear of his threats I withdrew them, but He
Carried out his threats set me up and wrote me a
Dr. Ticket of a Fabricated issue he created. only cause
I sought to avoid a situation, and this Happened on 11-25-03
He put me in segregation, where I am now, He is setting me
up with constant DR tickets to set me up to Return to
Northern C.I. or Transfeed out of (CCI) and on 12-2-03 when
I was due to Return to NB6 (PC) unit He lied a wrote
a false ticket claiming I Refused to set a trend of
DR. Reports, Now I may be Returning Back to Northern C.I.
into the same situation, so realize this Please order
this Conduct detered they Refuse to allow me to Return
to (PC) NB6 or 5 its crazy Lynn these people is so
Corrupt till I realize How Hard your Job is my God!
Well Lynn I wish you well Take Care Please Reply
                    Yours Truly
                    Mr. lloyd George Morgan JR #117796
                    BMU EB-1-13 cell (CCI)

Dear Chief of F.B.I.                    Date 12-18-03

My Name is mr. Lloyd George Morgan, Jr. I Respectfully Request
Consideration IF you would allow your civil Rights Dept. to
look into my issues or Refer them For Review. Sir, my Name
is mr. Lloyd George Morgan, Jr and I am Presently incarcerated
at The Cheshire C.I. Facility, I Have Been Receiving constant
Threats From W/M Captain E. Saundry, To Be transferred and
to Be set up and Return to Northern C.I. Facility IF I use
my Rights to File Grievances or complaints against him or his
staff I Been Subjected to None Stop Herassment and
Retaliation and Reprisal By capt. E. Saundry. and his staff
For exercising my Rights to File Grievances or complaints
against them. They Have with Held my Legal Property and
Books to my pending cases titled Lloyd George Morga
Jr. V. Governor John G. Rowland, et al Case No 3:01CV1107
(CFD)(WIG) I Had over 36 Boxes of Legal Property
and Books and social Property officers Buchler
and Tefoe Have conspired to Destroy my Legal Document
and with Held my Legal Items so I cant persue my
Federal case Above Warden Dzurenda and Majors Hall,
Farrell Quiros Have allowed this I seek a Federal Review
and Criminal charges to be Pressed this is illegal
Please Reply
                         Very Truly Yours
cc. Comm. Lantz.        mr. Lloyd George Morgan, Jr. #117796
cc. Dist. Adm. Strange
cc. Warden Dzurenda
cc. Property officers Buchler/Tefoe
cc. com/Filed

**CHESHIRE C. I.**

# Memo

To: Morgan 117796
From: Capt. Esposito
Date: 10/28/04
Re: Correspondence 10/27/04(3) and 10/28/04(1)

····························································

  You are **NOT** being involuntarily moved to NB-5. I can also assure you that I hold my
staff to the same standard I hold yourself regarding maintaining an appropriate,
professional demeanor when communicating. Inmate Brown has the same ability as
yourself to write to whoever he may choose. I cannot control a complaint he makes
against you to an outside source. I can assure he has not mentioned a thing about
you to me. Regarding making copies for legal work, as long as Mr. Hadlock is giving
you what you are entitled to have access to, anything extra outside of that will be at
his discretion. Please realize that Mr. Hadlock is the only unit counselor at this time
and this can hinder anything extra he may be able to give you. Mr. Hadlock has
tended to your needs very well and I expect your patience when you request
something from him because as you know , you are not the only inmate that needs
his services.

Capt. Esposito

**CHESHIRE C. I.**

# Memo

To: Inmate Morgan 117796
From: Capt. Esposito
Date:  9/21/04
Re: Complaint

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Mr. Morgan,

I am in receipt of your attached complaint, which I will be monitoring on a day to day basis with the staff you are making the allegations against. Although I take these allegations very seriously I wish for you to give me an opportunity to address them before you assume that "I have no deep concerns" regarding complaints made by you or any inmate for that matter. As you know I am a very tolerant and fair individual and as a matter of fairness I expect that in the future you will give me the time to check into and monitor issues before you assume I am not taking your concerns in a serious fashion.

Capt. Esposito

cc: File

● Page 1

Page 1

Dear Warden James E. Dzurenda, Date 9-16-2004 and Major Quiros, I Respectfully write you on the Nature of my Complant on officers Fantano, and Fantain, first of all the female C/O Fontano, is very Disrespectful she screams at me and Threaten once to set me up with a assault case She said I will lie on you and said you assaulted me, and Get you a New Court case, she said this in the past when she worked this NB6 unit, then today she Antagonized me and Herassed me, Cussing Bad words at me and screaming at me for Geting ready to use the Phone on the Top Tier, She screams and shout at lots of Prisoners and Disrespects them, and she Got Her certain inmates she Get them T-shirts and allow them out to Get water, and then Antagonize me, C/O Fantain, is very unprofessional He is to favorable to a certain sect of Prisoners and Bring in Centraband to them, and Break Rules For them, and I Honestly ask that you consider removing these Type of C/O's who play with Inmates all day and Violate policy, This is a Protective Custody unit Due to officers Being unatentive is the reason The inmate who recently Got Hurt Happend, this Violate ADM Dir 2.17 of Employee Conduct, I ask if you would Have Major Quiros see me in Private About this I informed U/M Capt. Espisito of This Herassment

Page 2

He Didn't seem to show any DEEP CONCERN
to deter her Conduct doing HIS turing
ARound 2:29pm I told him of THE Herassment
and He Did nothing to Rectify it I Kindly
ask that you Deter this Herassment and
LeT These officers Know that you CANT FAVIOR
1 Inmate over a next as there to DISH covers
officers Do please GRANT a WRITING Reply
                          Yours TRULY
             mr. LLoyd G. MORGAN JR #11779
                      NB622


PS, Please see THAT I am not SUBJeesed to
Retaliation and Reprisal Do to These complaint.

Dear MAJOR ADM. AAGEL QUIROS

I respectfully Appeal to your office in Good Faith Per
THE PROPER CHAIN OF COMMAND I wrote WARDEN JAMES E.
DZURENDA and you in my Letter of Complaint
regards to THE unprofessional Conduct of C/O FONTONO,
as so noted in my attached or INClosed Complaint
to your office Dated 9-16-2004. it was referd to
ULM CAPT. ESPOSITO who gave THE INClosed response Dated
9-21-04. today CLO FONTONO WORKED NB6 unit on First
Shift. and again she started Her ANTAGONIZATION and
Cussing at me. I attempted to Speak to C/O Fountain
COACCERING why I Havent recieved my medical
Food Tray timely and if He Could Call About it she
STARTS HER DISRESPECT and STARTING Trauble as IF She
is INSAIN OR NEED Some Type of Treatment of a
Patient. THEN she went INto a TYRAID Fit. THE Food
came. C/O FONTONO OPEN THE Cell NB622 For THIS
WRITER I came out To get my meal she started
screaming at me saying Did I tell you to come out
THE Fucking Cell she Brought THE TRAY Slamming
my Cell DOOR HARD picking trauble. also C/O
Fantain Worked WITH Her today THE Same unprofessio.
Conduct as mention in my INClosed is going on.
BEHIND your Back THEY re-Appoint THESE CORRUPT.
OFFICERS, as well as TOSODONO, and LANGLIAS, and
CLARK. Who Violate every Rule For a CERTAIN
sect of I/m's THEY Like. I withdrew my Complaint
against C/O LANGLIAS and CLARK cause I was led to
Believe you HAD removed Then to put IN Better C/O's
OF INTEGRITY. Now SIR THEY ARE SNEAKING Back IN
THE (PC) unit where THEY CAN Sit on THERE Buts
and do CROSSWORD Puzzles, ect. I Kindly ask
FOR your Review and wisdom To act as you see Fi
I Believe in you to do whats Just and FAIR.
to deter THESE Type of unprofessional Officers. it Seem
When you Trust your Staff To Appoint Proper C/O's THEy
She FAVICAS TO Keep Putting THERE Friends IN Please repl.
                    YOURS TRULY
            MR. LLOYD GEORGE MORGAN, JR # 11
                    NB622



# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
### CHESHIRE CORRECTIONAL INSTITUTION
### 900 HIGHLAND AVENUE
### CHESHIRE, CT 06410

TO:        Morgan, Lloyd #117796
           NB6-22

FROM:      James E. Dzurenda, Warden

DATE:      November 3, 2004

SUBJECT:   Complaint of Medical Treatment

---

*I received your letter dated November 1, 2004, raising issues claiming you are being denied adequate medical care at Cheshire C.I.*

*Your request has been forwarded to Health Services Administrator Richard Bush who will review and respond to your request, if he had not responded already.*

*JED/lch*


C:      D/A Strange
        Major Hall
        File



# Inmate Request Form

### Connecticut Department of Correction

CN 9602
Rev. 9/3/02

Page 1

**Inmate Name**
MR. Lloyd George Morgan, JR

**Inmate no.** 117796

**Facility** Cheshire C.I.

**Housing unit** NB622

**Date** 10-16-2004

**Submitted to** ADM. MAJOR ANGEL QUIROS,

**Request** Dear respected ADM. MAJOR QUIROS, I respectfully Appeal to your office in good faith with the prayer that you would keenly listen and Grant me effective review and Remedy. My Issue is I truly seen Good corrections and to Blow the whistle on unprofessional Staff conduct that is of value and a clear threat to the safety and security of this institution and (DOC). I realize you personal Appointed him capt. Esposito in NB6 as your man you trust. I respect your choice. The issue is I wrote virus merit complaints on Staff such as C/O Talisano and you know the others. Capt. Esposito to get vex and start parley with me and trumped up a DR. ticket in clear retaliation and cause I went over his head to you and the warden and comm. Lantz and Dist. ADM. Strange, and also reported issue I felt was unjust with him. So I received threats to be transferred and put in Seg from Talisano & Mr. Esposito

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

**Acted on by (print name)** Quiros

**Title** MAJOR

**Action Taken and/or Response** I have spoken to CPT Esposito regarding these matters. He has assured me that the disciplinary report was the result of your outburst towards him in front of other inmates. We (Administration) continue to take inmate's allegations serious, and we will continue to investigate allegations. As I stated before, you must control any outburst towards staff and inmates. This Administration will continue to hold inmates accountable for their actions. I'm not getting involved with the disciplinary process. You still have the right to go to Disciplinary Hearing and appeal the D/R to DA's office.

(continue on back if necessary)

**Staff Member Signature** Quiros

**Date** 10/19/04

CC: CPT Esposito.
File

Page 2

MAJOR QUIROS, I TRULY did what you asked of me CAPT ESPOSITO
is not willing to give me any CHANCE to work with him
He told me a few days ago when I tryed to work Things out
with Him he said Im pissed at you I'm still pissed,
Just as you CAN write your Complants and GRIEVANCES I
CAN write To we have that same option Just Like you Got
Your world out there Filing law suits I Got my own little
world in here in writing tickets and The DR. court.
He was Letting me know Because I exercise my Rights
to Blow the whistle or File Complants He could Fix me and
write tickets, and Get even, I also ask that you Rectify
this issue C.T.O. James, came to see me About the DR.
ticket. Dated 10-13-04 by MR. Esposito, he refused me Due Process
He wouldn't write The statement of my Side of what really
Happend, or Allow me to Put you or THE WARden and Dist. A.P.M.
STRANGE down as a witness that I wrote virous Complants
to your office About issues with TALISANO, and u/m Esposito
to show His real reasons for writing this ticket, and He wanted
me to sign a statement He wrote, He told me I HAd no
CHANCE at the DR. Board against a TICKET wrote By a
CAPTAIN that they wouldn't Here or believe anything I HAd
to say and that I was Hit, my Due Process Rights is
Being intentionally violated There is a Due Process
FAILURE in the TICKET it SELF CAPT. Esposito sign
it and Approved it and Processed THE whole ticket
His self

Page 3

a Disinterest Party is to sign and Approve the ticket not
The Complanant writing it Then to Be Funny and Herass
and mock me Capt. Esposito Had C/O Talisano deliver The
Dr. Ticket and C/O G. Carney to Faely witness it.
I Dont want to Upset you By talking Legal talk, I ask if
you would Please order The ticket Dismissed or Deferred
and Give me a Fresh chance to Start over and work with
Mr. Esposito, He is the cause of me Being Force to write
Complaint After Complaint, I Dont want to be Force to
File a Civil Rights Law Suit For Retaliation and
Due Process Violation with the Dr. Board, against
Comm. Lantz, and His Staff when I can seek to Avoid
this, I am not Trying to Get Mr. Esposito Moved, I also am not
trying to Herass you or your staff I apologize to you I am
So Hurt I Feel I Let you down, I ask if you would
order or ask Mr. Esposito to move me to NB626 away
From The C/O Desk Away From many in that Spot and
Lets Start over I Can do this, if I am force to seek
Court Action For This Abuse, I will do everything in my
Power not to Name you as a Defendant you mean A Lot
to me Mr. Quiros, I Cold never go against you.
See my Complaint Dated 10-13-04 and 10-16-04, This is The issues
and The Truth, if you dont Urgently act it will Be to Late,
I believe in you to do The Right thing Dont give Up on me
Please, God Bless you Please Grant a writing Reply thank you
Yours Truly
Mr. Lloyd George Morgan Jr #117796



# Disciplinary Report – Page 1
### Connecticut Department of Correction

CN 9503
REV 7/3/02

| Unit   Cheshire CI Protective Custody | Report date   10/13/04 | Report no. |
|---|---|---|
| Inmate name   Morgan,Lloyd | Inmate no.   117791 | Housing   NB622 |
| Location   NB622 | Incident date   10/13/04 | Time 2:05 ☐ a.m. ☒ p.m. |
| Charge   Insulting Language or behavior | | Class   B |

**Description of violation:**  On the above date and time this writer was speaking to inmate Morgan while at his cell during a routine tour of the unit. Inmate Morgan was in the process of explaining to me his distress over not being able to mail his legal mail immediately because he felt that the unit officer's were intentionally denying him the ability to do so. When I attempted to explain to him that I had no unit counselor available on duty to handle this matter nor did I personally know how to, he began to call me "a racially motivated mother fucker". I attempted to explain to Mr. Morgan that I would do my best to handle this the next business day hopefully when my unit counselor was available but he still continued to call me "a racially motivated mother fucker". Not only is this a direct violation of AD 9.5 but also as outlined in the inmate handbook on addressing staff in a polite courteous manner.

Witness(es):   Officer G. Carney

Physical evidence:   N/A

| Reporting employee   A. Esposito | | Employee requests copy   ☐ yes ☒ no |
|---|---|---|
| Title   Captain | Date 10/13/04 | Time 2:35 ☐ a.m. ☒ p.m. |

### CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

| ☐ Administrative detention | Date | Time ☐ a.m. ☐ p.m. |
|---|---|---|
| ☐ Accused inmate interview | ☐ Informal disposition | |

Custody supervisor / unit manager signature   A. Esposito

| Title   Captain | Date   10/13/04 | Time 2:40 ☐ a.m. ☒ p.m. |
|---|---|---|

### INMATE NOTICE

Delivered by   Tolisano

| Title   Corr. Officer | Date   10/13/04 | Time 2:45 ☐ a.m. ☒ p.m. |
|---|---|---|



# STATE OF CONNECTICUT
Department of Correction
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

October 22, 2004

Inmate Morgan, Lloyd # 117796
Cheshire C.I. (N.B. 6-22)
900 Highland Avenue
Cheshire, CT 06410

RE:    **Inmate Request Dated 10/22/04**

Inmate Morgan,

After reviewing page 3 of the inmate request, I must say that you are not willing to work with the new Unit Manager.

You received fifteen (15) days CTQ, **No** PS time and you were not placed in the restrictive housing unit.  It is evident that you have not taken my advice.  I strongly encourage you to work with the Unit Management staff assigned to the P.C. unit.

Respectfully submitted,

Angel Quiros
Major of Administration

AQ: lb

C:     File



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

Page 1

| Inmate Name | |
|---|---|
| MR. LLoyd George MORGAN JR | Inmate no. 11 7796 |

| Facility | Housing unit | Date |
|---|---|---|
| C C I | NB622 | 11-4-04 |

**Submitted to** Counselor Supervisor DAVe Trepasso,

**Request** Dear Counselor Supervisor DAVe TRepasso, I respectfully write you in Good faith on the nature of my complaint against C.T.o. Defelire The Grievance coordinator whom I was told By ULM CAPT. A. Esposito to write you About couse you over see The Grievances Process, I Have Filed in Good faith 3 different Grievances and attached many evidence Documents to Them to support my Grievance complaint

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

| Acted on by (print name) | Title |
|---|---|

**Action Taken and/or Response**

(continue on back if necessary)

| Staff Member Signature | Date |
|---|---|

Page 2

these Grievances That I wrote against Ulm Esposito, C/O Thomas Talisano, Counselor Scott Hadlock, and others on Various issues most concerning Retaliation and Reprisal Threats, I only wanted to make a Perfect record and seek remedy so They would not Be Able to carry out those Threats so easy. The thing is C.T.O. Defelice has intentionally subjected this writer to Discrimination and Reprisal Based on the Nature The officials I am Filing Grievances against is his close Comrades and He Has Sworted to find any false way to Reject my Grievances and keep me from exceercising my first Amendment rights of Due process with the Grievance process, also I Appeal This issue to Warden Dzurenda sending Him The 2 Grievances with a letter asking him to see that these issues are Processed and The problems with C.T.O. Defelice, and on 11-3-04 Around 2:20pm, tier D NB6 I talk to him he made clear, that He got Them and Had Already Rejected Them and would not allow me to Exhaust The Grievance process, see my complaint Request Dated 11-3-04 to ~~~~~~~, to: Ulm Esposito, which So note The issues, see his reply Dated 11-4-04 referring me to Ya. Please remove Mr. Defelice from the Grievance Process and allow my Grievances to go forward Please meet with me About this, I also wrote to Comm. Lantz office to order a internal Affairs Review About this, Thank You Please Grant a writing response as Required Thanks

Yours Truly
Mr. Lloyd George Morgan, Jr. #117196
NB622

**Cheshire C. I.
Capt. Esposito
NB 5&6 Unit Manager**

# Memo

To: Morgan 117796
From: Capt. Esposito
Date: 11/4/04
Re: Correspondence 11/3/04(2)

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

 Regarding your Vibe magazine this month, please be patient as we are only 4 days into the month and the mailroom receives mail for 3 facilities. Sorting and organizing the mail takes time. Should you not receive this by 11/30/04 feel free to contact Mr. Hadlock or Mail clerk's Ramirez or Wislocki about this matter. Should you get no resolution after that you can write to Capt. Deslaurier who oversees the mailroom for D/A Strange's office.

        Anything regarding your complaint about the grievance process can be forwarded to Counselor supervisor Trepasso who oversees CTO Defelice.

                                        Capt. Esposito

CN 9602
Rev. 9/3/02

# Inmate Request Form
## Connecticut Department of Correction

**Inmate Name**
MR. Lloyd G. MORGAN JR

**Inmate no.** 117796

**Facility** (CCI)

**Housing unit** NB622

**Date** 11-3-04

**Submitted to** U/M ESPOSito

**Request** Dear U/M ESPOSito, Per The Proper chain of command
I seek your Review and Remedy, I Have Not received my
VIBE magazine THis month other inmates Got Theres, I
am concern that C/O TALiSANo and others C/O's Have
targeted my mail and giving it to others inmates.
Please Contact the mail Room and see why your STAFF
HAVE Not giving me my VIBE magazines, New issue.
Please deter THis Herassment

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

**Acted on by (print name)** Esposito    **Title** Cpr.

**Action Taken and/or Response**    See attached

(continue on back if necessary)

**Staff Member Signature**    **Date** 11/4/04

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

**Inmate Name** MR. LLoyd George MORGAN JR

**Inmate no.** 117796

**Facility** CCI

**Housing unit** NB622

**Date** 11-3-04

**Submitted to** U/m CApt. ESPOSito

**Request** Dear U/m CApt. ESPOSito: Respectfully write you on the Nature of my complaint against C/O DeroLice who worked NB6 to Day or te2day. Doing His Taking of NB6 unit at Around 3:20 PM I talk to him About The 3 different Grievances I filed on you and others. as I felt Your DR. Ticket was Retuliation and you should also be Held accountable for your actions. I Turn the Grievances into the warden to see that He order Him to process Them and allaw me to Exhaust the ADm, Kenedy, He said He got them He made CLEAR that He was going to keep Rejecting my Grievances cause you and those I complained of was His friends in so many words. I told him I would be Left and force to sue if This was not corrected He said see you in Cart Buddy. this man is subjecting me to retaliation Denying me to Exhaust my Grievances Please Rectify These matters please reply

**Previous Action Taken** I wrote comm. CAPT. and warden About This, as well.

*(continue on back if necessary)*

*(continue on back if necessary)*

**Acted on by (print name)** Eposto

**Title** Copt.

**Action Taken and/or Response** See attached

*(continue on back if necessary)*

**Staff Member Signature**

**Date** 11/4/04