Dear Adm. Major Angel Quiros    Date 11-9-2004
and Warden Dzurenda I Wrote to y/m Capt. A. Esposito
Pcr The proper chain of command concerning C/O Tom
Talisano, Herassment and Antaganizing me and Threats
on the day of 10-21-2004. I reported to the best of my
ability I received a repy from your staff Mr. Esposito
Dated 11-8-04 This man is so indifferent and Biased
towards me, that every issue I bring to his attention of
his comrade Talisano, He covers it up say it's false or
that I fabricated it, if this is not corruption what is
I am Being Herassed by C/O Tom Talisano, He does do
these Things He has a Personal Vendatta against me
and I Feel Mr. Esposito dues to I just ask that you keep
a close moniter on this and deter this conduct, I will
continue to work with your staff Mr. Esposito and respect
him, He Hates my Guts, you Fail To see This man will not
Even Grant me effective consideration for a cell move to
NB626 or a Job, Thanks For your time Please see attached

YOURS TRULY
Mr. Lloyd George Morgan, Jr # 117796
NB622   CCI


CC. Warden James E. Dzurenda
CC. LGM/Filed

**Cheshire C. I.
Capt. Esposito
NB 5&6 Unit Manager**

# Memo

To: Morgan 117796
From: Capt. Esposito
Date: 11/8/04
Re: Correspondence 10/21/04? / 11/7/04

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

 Please be advised that I have no bearing over the outcome of your legal boxes. This is coming directly from the Warden. And regarding " a cellmate being forced upon you", unless I am directed by a higher authority this is not going happen anytime in the near future. You continue to fabricate a relationship between officer Tolisano and I that does not exist. I am asking that you cease making this assumption immediately.

Capt. Esposito

time 2:05 PM Finished.



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

Page 1

**Inmate Name** MR. Lloyd George MORGAN JR

**Inmate no.** 117396

**Facility** CHESHIRE C.I.

**Housing unit** NB 62a

**Date** 10-21-04

**Submitted to** ULM CAPT. A. Esposito / aDM. MAJOR A. QUIROS

**Request**

Dear ULM CAPT. Esposito, and MAJOR A. QUIROS, I am writing you on the nature of my complaint of more Herassments and Threats and unProfessional Conduct of C/O TALISANO Today, 2 soaps was sent to me By MR. Esposito C/O GoNzALEz DIDN'T HAve THe Key to open THe Cell He LeFT Them on top OF THIS WRITER Cell DooR and LeFt to go out the NB 6 unit

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

**Acted on by (print name)**

**Title**

**Action Taken and/or Response**

(continue on back if necessary)

**Staff Member Signature**

**Date**

Page 2

I Respectfully asked C/O TALISANO Could He please allow me to Get THE SOAPS, He Became Hostile seeking to Cause a Problem, He said Can't You see I Got my Boy out DRAY, meaning I'm ANDRE CINICOLA, I ask him nicely why did He Have THE inmate out when all tier man Should Be Locked up He's not CLEANING, Cause I need the SOAP He said Cause I WANT Him out, Don't worry MORGAN I'm going to set Your ass up REAL Good to Get You out of HEAR, Thats why me and CAPT. Esposito set You UP — with that ticket thats only the START OF whats going to HAPPEND to you Now WRITe THAT UP. He was Antagonizing me taunting me Also Dong REC Some one LEFT a set of CUPS on my Cell Door So I was getting the CUPS He said give me THEM THATS CONTRABAND, Leting me KNOW He Was tARgeting me For every LITTLE thing I gave them to him saying No PROBlem, and LeFT the Desk For of of his conduct IS in CLEAR Violation of (D.O.C.) ADm. DIR. 2.17 of Employee Conduct First of all For Him to show FAVIORABLE treatment to one set of Prisoners as he do MR. CINICOLA it Violates the EQUAL Protection Laws of EQuality. and The SAFETY and SeCurity OF the PRISON, I ask that You Please end this Herassment and treating INmate Sect Better Then The next also He Just said DRAY IS my Look out four THE TOP tier DRAY, Please GRANT a WRITing Reply thanks
                                Yours TRULY
     MR. L          + GEORGE MORGAN, JR. #117796

Dear Warden CAPT. A. Esposito          Date 11-7-04

Its now 11:58pm of 11-7-04 its my understanding, and 3rd
SHIFT C/O BARKER Just informed me that I go to COURT
Please, so note I ask that you Give me the reasonable
Amount of Time to Get my Property To fit your new property
MATREX, and also realize, I am doing what I can to
meet you Half way, I can Show why I need all my legal
Property I Got A Print out of my State and Federal cases
To Get copied for you and THE WARDEN, and a latter I will
need to get copied and to you once I Get Back from Court.
I also am willing to store and move a Lot of Social property
out that I can, I am asking you To please see THat my
   Cell NB622 is Dead Locked, as I am in Court and
THat you Protect me from C/O Tom TALISANO, threats to
set me UP and PLANT items of CONTRABAND on me
I ask For your Consideration as you Run THE unit
to ask your STAFF To call you to be presence if
any time NB622 is open For any reason as I am
in Court, also I ask that you keep me in mwd For
THE Cell move to NB622, to NB626 at CCI PC, also
your STAFF antagonized me once again today telling me
to write THE pope write THE WARDEN then He said
THE PAIN in THE ass is Locked up now MR. TALISANO
need not keep this up also I was Lead to believe
in Retaliation a Cell PARTNER was Being Forced on
me Please Let me know THat I will Remain on single Cell
Please GRANT a writing Reply IF THERE is ANY problems with this
I Got my conduct Clean up THanks yours TRuly
NB622 #117796          MR. LLoyd George MORGAN JR.

Dear Ulm Esposito                          Date 11-1-2004

Sir. Per the proper chain of command, I respectfully ask you. Sir How Long are we or (D.O.C.) and your office is going to sit by and allow officers that are a clear threat to the safety and security of (D.O.C.) and the (PC) unit That allow Prisoners like Andre Cinicqla, in NB643 cell minipulate to them how to run the unit, and get them to go over security and prisoner personal confidental issue and tell it to them I personally witness this inmate go from virias cells telling othere prisoner what to write and how to calaberate eakh other to get who he wants in or out the unit, and He Hids Behind the scean. us tho He is a model inmate I witness Him talk to c/o clark and talisano to get them to write false reports in the log Book to me any c/o' as Tom Talisano, and clark that, listen and allow this and Help cover up and log in and write felacious false incident reports or log ins to cover there self and make me look like the big problem cause I blow the whistle on corruption, the warden agreed with me today that a lot of the false complaints made against me is Done cause these sect of inmates want to control the unit and got the type of c/o's in they can control around 11:03am I witness Cinicqla conspiring with c/o's Talisano & clark, doing this see my letter to warden and major about this Please reply when possible thank you

                                   Yours truly
                         Lloyd George Morgan Jr #117796



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

Page 1

**Inmate Name** Mr. Lloyd George MORGAN JR

**Inmate no.** 117796

**Facility** Cheshire C.I.

**Housing unit** NB622

**Date** 10-22-04

**Submitted to** ULM CAPT. A. ESPOSITO, / ADM. MAJOR ANGEL QUIROS

**Request** Dear ULM CAPT. A. Esposito, & ADM. MAJOR Angel Quiros, SiR.
I Respectfully write you on the NATURE of my complaint against
C/O Thomas or Tom TALiSANO, Re: to the many complaints I have
filed against For THOSe said Reasons, he has STARTed to carry out
FURTHER Retaliation, By taking Social Mail thats sent For me He
Puts my cell in othere Idmates cells and with Hold my Social
Mail and UIBC MAGAZINES, Please go to Page two

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

**Acted on by (print name)**

**Action Taken and/or Response**

**Title**

(continue on back if necessary)

**Staff Member Signature**

**Date**

Page 2

at around 11:55pm. as you was touring NB6 Today MR. A. Esposito, I clearly informed you that C/O Tom. TALISANO, is not giving me my social mail do to the issues, of his problem with me as you stoped at NB622 to talk to this writer giving me the manila envelopes that I Thank you for, as I attempted to explain The Tampering with my social mail, with C/O TALISANO you wouldn't even let me clearly explaning to you my issue you started being Blused or in different, Automatically covern my issues up saying its Just my word against his, I told you it is my belief that also The large envelope manila envelope was return with my mail going to (ILAP) and comm. Lantz, and Dist. Strange, and that he took the mail and left the unit and its my **Belief**, it had been sent c/o of u/m. You had no concern to investigate my mail problems or any issue I had you then started Covering up for C/O T. TALIASANO, every issue I Bring to you attempting to fallaw the proper chain of command Because of The many Complaints I wrote also against you and your staff you Intentionally disregard any thing I bring to your attention, then you called me a medical term name, cause I excercise my rights to File complaints Then you Falsey accusse me of only attempting to come out to Check to see if mail is going out I Come out to make copys and Handle Legal matters of Value so now Are you going to not let me come out so you can keep covering up every thing? This is my openion of what I notice. I Attempted to Bring a issue Thats a threat and SAFETy security Issue to CI. You would call me out so I send The Letter Dated to Warden Dzurenth Dated 10-21-04

Dear Warden Dzurenda, James E.    Date 11-1-2004

Sir I just talk to you Around 9:24 Am 1st Shift doing your touring of NB6 with your Staff Majors Quiros, Farrell, Hall, U/M Esposito, I talk to you and Asked you to Be on the Look out and to inform your STAFF Cause I found out that Inmates in NB6 want C/O's Appointed To The units They Can Controll and Get To let out There Buddies so They Can Hang out and Pass Contraband or what ever Also Sir that you may receive many False Complaints set up By them to Colabberat each othere to Get me moved out The Block, so They Can Controll The unit, I ask That you monitee The Vidieo Tapes of The unit and you will see I am not a Threat to any one Nor Being a Problem, and I ask For your Consideration to Let U/M Esposi to Know About this and all Majors, you may want to Consider since These Inmates want to play these games and The Corrupt C/O's That Work with them to log In False reports In The log Book to Create a Pattern, Should Be The ones Geting Transferred to set The message This is not acceptable see my letter dated 10-29-04 to Major Quiros More Better explaining the sitaution, I do have Respect for my self and Dignity There is some Things that I would not do That dont Fit me, I Thank you and all your STAFF For your time Please reply          Yours Truly

          Mr. Lloyd George Morgan Jr # 117796
          NB622

PS. Warden Please see why I never Got your letter About my Legal property Yet as you said you sent and see That I Get it Thank you.

Page 1                 time 9:43 PM Finished

Dear ADM. MAJOR AAGEL QUIROS. Date    10-29-2004

I Respectfully APPEAL Directly to your office in Good faith to report To you that dang 2nd SHIFT tier man FINAL nightly Clean up Before LOCK up I'm Andre Cinicola, came to this writer Cell and stated I am Trying to do erceything in my power to Get you transferred and moved, he also made Clear that he was gang to many inmates to Get the to write Falacious complaints. In his own words he said None of the Counselors don't Like You CAPT. Esposito Don't Like you We all Working on Geting you out, it should Be so noted that for years (D.O.C.) have allowed Inmate's Cinicola to minipulate and form a Click and control inmates and Some STAFF. where They Get ContraBand in ect. from his saying He also SAID your out OF Here Nott week C/O TALISANO and CAPT. Esposito and THe Counselor told us.

I have Respected and started to Work with you and your STAFF as you asked OF me THe Question you should Review is Is it Possible that Counselor HadLock, and C/O TALISANO, and ~~UlmEsposito~~ UlmEsposito Could be working with these inmates to make it look Like, I'm such a THReat or people are a THReat to me to suspect me to Reprisal or Retaliation to create a Falacious way to punish me, and Make it look on Retalitory, as they Have allowed For years me. Cinicola, and I'm Dexter Bennett, to Get ContraBand in and Form Clicks, all tho, I'm dang Good its very Smart to report this, he Could have Said this teasing me to make me worried But when you think About it STAFF Get very Passed of when I File Grievances or write Complaints against them.

Page 2

Counseler HADLOCK did say many times do you want to go to BRIDGEPORT and your going to BRIDGEPORT an d he also SAID IF you keep writing Complaints on STAFF your going to end up in seg. he said this on different days and times. today he did not do anything out of Line but Befor today. C/o TALISANO, when I asked him can I get my Clothing, off the cell door, infront of C/o Rodriguez the MALE LATINO C/o THAt weeked today a Good CHRIST=AN C/o. he Tom TALISANO said write me up write the U/m Esposito write the WARDEN write the PoPe, U/m Esposito will cover my BACK, I was smart I kept my mouth ~~shut~~ Closed it was around 2:35 pm to 2:42. Then when He Left C/o Rodriguez made clear Here seen how THIS C/o does me, I Don't want to over Load you with PAPER work. but I/m's cant Be allowed to Run ~~⊗~~ (P C) and Form clicks, and get other inmates to create false Complaints to Colaberrate each othere, MR. Steve Ried Dexter Bennett. E. Hilliard, Isreal Gonzalez Amire Ahmade Demetrius Brown, is a Group that cover each othere, I'm doing what MR. Esposito told me I need you to be a I/m Not a SUPERVISOR, So I WRITE To inform you I'm not Going over your Head to Comm. LANTZ, when you will respond and Look into This. This is wise to report this cause if STAFF is working with them or Allowing this Later it Will show, Please GRANT y writing reply thank you I TRULY APPRiciate you very much.    yours TRULY
MR. LLoyd GeorGe MORGAN, JR #117796
N B 6 2 2 (P C)

Dear WM Esposito                    Date 11-1-2004

SIR. PER THE PROPER Chain of command, I Respectfully ask you. SIR. How Long are we or (D.O.C.) and your office is going to sit By and allow officers that are a clear THreat to the SAFETY and SecuRity of (D.O.C.) and THE (PC) unit THat allow PRISONERS LIKE Andre Ciniclda, IN NB 643 Cell minipulate To THem How to Run THe unit, and Get THem to Go over Security and PRISoner PeRsonAL Confidental Issue and tell it to THem I PersonAlly witness this inmate Go from VARIOUS Cells telling other PRISoner what to write and How to Colabera te each other to Get who he wants in or out THe unit, and He Hids BeHind the sceen as tho He is a model inmate I witness Him talk to C/O CIARK and TALisang to Get THem to write false reports in THe log Book To me any c/o' as Tom TALisano, and CIARK that, listen and allow this and Help cover up and Log in and write Felacious False incident reports or Log ins to cover there Self and make me Look LIKE THE BIG problem cause I Blow the whistle on CorruptioN, THE WARDEN agreed with me today THAT a Lot of THe false complants made agarnst me is Done cause THese sect of Inmates want to Control THe unit and Get THe TYPe of C/O's IN They Can Control ARound 11:03 Am I witness Ciniclda Conspiring with C/O's TALisano & CIARK, doing this see my Letter to WARDEN and major ABout this Please reply when Possible THank you

                                    YouRs Truly
                        LLoyd George MORGAN Jr # 117796

Dear WARDEN Druvenda, James E.    Date 11-1-2004

Sir I Just talk to yau Araund 9:24 Am 1st Shift doing yaur touring of NB6 with yaur Staff MAJORS QUIROS, FARRELL, HALL, Um ESPOSito, I talk to yau and Asked yau to Be on the Lock aut and to Inform yaur STAFF Cause I fund aut that Inmates in NB6 want C/O's Appointed to The units They Can Control and Get To Let aut There Buddies So They Can Hang aut and Pass Contraband or what ever Also Sir That yau may receive many False Complaints set up By then to Callaberat each othere to Get me moved aut The Block, so They Can Controll The unit, I ask That yau moniter The Video Tapes of The unit and yau will see I am not a Threat to any, one Nor Being a ⊗ Problem, and I ask For yaur Consideration to Let um Esposito Know About this and all MAJORS, You may want to Consider since These Inmates want To Play these games and The Corrupt C/o's That Work with them to Log In false reports In The Log Book to Create a Pattern, Should Be The ones Geting Transfered to set The message This is not acceptable see my Letter Dated 16-29-04 to MAJOR QUIROS More Better explaining The situation, I do have Respect for my self and Dignity There is some Things that I Would not do That don't Fit me, I Thank yau and all yaur STAFF For yaur time Please reply        yaurs Truly
Mr. LLoyd George MORGAN JR #117796
NB622

PS. WARDen Please see why I Never Got yaur Letter About my Legal Property Yet as you said you sent and see That I Get It Thank you.

Page 1    time 9:43 PM FINISHED

Dear ADM. MAJOR AAGEL Quiros  Date  10-29-2004

I Respectfully APPEAL Directly to your office in Good faith to
report To you that dong and SHIFT tice man FINAL Nightly
Clean up Befor Lock up I/m Andre Cinicola, came to this writer
Cell and stated I am Trying to do erceything in my power
to Get you transferred and moved, he also made Clear that he
was gong to many inmates to Get the to write Falacious complaints.
In his own Words He said None of the Cunselers don't Like
you CAPT. Esposito Don't Like you We all working on Geting you
out, it should Be so noted that for years (D.O.C.) have allowed
Inmate's Cinicola to minipulate and form a Click and control
Inmates and Scare STAFF. where THey Get ContRaBAND in ect.
from his saying He also SAID you're out OF Here Nott week
  C/O TALIANO and CAPT. Esposito and THE Cunseler told us.
I have Respected and stARted to work with you and your STAFF
as you asked OF me The Question you Should Review is Is It
POSSIBle that Cunselor HADlock, and C/O TALIANO, and the Esposit
Ulm Esposito Could Be working with these inmates to make it look
Like, I'm such a THReat or people are a threat to me to suspect
me to RePRISAL or Retaliation to create a Falacious way to punish
me, and make it look on Retalitory, as they Have allowed
For years me. Cinicola, and I/m Dexter Bennett, to Get ContraBand
In and form Clicks, all the, I'm doing Good its very smart
to report this. he Could have Said this teasing me to make
me woRRied But when you think About it STAFF Get
veRy Passed of when I File GRicvANcces or write
  complaints against them.

Page 2

Counselor HADlock did Say many times do you want to
go to BridgePort and your going to BRidgePort and he also
Said if you Keep writing Complaints on STAFF your going
to end up in Seg. he said this on different days and
times, today he did not do anything out of line but
Befor today. C/o TALISANO, when I asked him Can I Get my
Clothing, off the cell door, infront of C/o Rodriguez the
MALE LATINO C/o That worked today a Good Christian
C/o he Tom TALISANO Said write me up write THE
U/m Esposito write THE WARDEN write THE POPE,
U/m Esposito will Cover my BACK, I was smart I Kept my
mouth ~~closed~~ closed it was around 2:3E pm to 2:42.
Then when he left C/o Rodriguez made clear Here seen how
THIS C/o does me, I Don't want to over load you with PAPER
work, but I/m's CAN'T Be allowed to RUN (PC) and
Form clicks, and Get other inmates to create false
Complaints To Colaberrate each other, MR. Steve Ried
Dexter Bennett. E. Hilliard, Isreal Gonzalez Amire Attma de
Demetrius Brown, is a Group that cover each other, I'm
doing what MR. Esposito told me I need you to be a
I/m Not a SUPERVISOR, So I write To inform you I'm not
Going over your Head to Comm. LANTz, when you will respond
and Look into THIS. THIS is wise to report this cause if
STAFF is working with them or Allowing this later it
will Show, Please GRANT a writing reply thank you I TRULY
APPRICIATE you very much,    Yours TRULY
                    MR. LLoyd George MORGAN, JR #117796
                        NB622 (PC)



time 2:05 PM Finished.

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

Page 1

**Inmate Name**
MR. Lloyd George MORGAN JR

**Inmate no.**
117796

**Facility**
CHESHIRE C.I.

**Housing unit**
NB62a

**Date**
10-21-04

**Submitted to**
ULM CAPT. A. Esposito / adm. MAJOR A. Quiros

**Request**
Dear ULM CAPT. Esposito, and MAJOR A. Quiros, I am writing you on the nature of my complaint of more Herassments and THReats and unprofessional conduct of C/O TALISANO Today 2 SOAPS was sent to me By mr. Esposito C/O GONCALEZ Didn't HAVE THE Key to open THE Cell he LEFT THEm on top OF THIS writer Cell Door and LeFt to go out the NB 6 unit

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

**Acted on by (print name)**

**Title**

**Action Taken and/or Response**

(continue on back if necessary)

**Staff Member Signature**

**Date**

Page 2

I Respectfully asked C/O TALISANO Could He please allow me to Get THE SoAPS, He Became Hostile seeking to Cause a Problem, He Said Cant You see I Got my Boy out DRAY, meaning I'm AndRe Cinicola, I ask him nicely why did He HAVE THE inmate out when all tier MAN Should Be Locked up He's not Cleaning, Cause I need the Soap He Said Cause I want Him out, Don't worry MORGAN I'm going to set Your ass up ReAl Good to Get You out of HeAR, Thats why me and CAPT. Esposito set You UP with that ticket thats only the StARt Of whats going to HAppend to You Now Write THat UP. He was Antagonizing me taunting me Also Doing Rec some one LEFT a set of cups on my Cell DooR so I was geting the Cups He Said give me THem THat's ContraBAnd, Leting me Know He was tARgeting me FoR evoey Little thing I gave them to him saying No pRoblem, and LeFT the desk Foe of his Conduct is in CleAR Violation of (D.O.C.) ADm. DiR. 2.17 of Employee Conduct First of all For Him to Show FAVioeAble treatment to one set of PRisoners as he do MR. Cinicola it Violates the EQUAL Protection Laws of Equality, and THe SAFETY and SecuRity Of the PRison, I ask that You Please end this HeRassment and treating InMAte sect Better THen The next also He Just Said DRAY is my Look out tour THe Top Tier DRAY, Please GRANt a writing Reply thanks     Yours Truly

MR. LLoyd GeoRGe MoRGAN JR #117796



# STATE OF CONNECTICUT
### Department of Correction
### Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

October 22, 2004

Inmate Morgan, Lloyd # 117796
Cheshire C.I. (N.B. 6-22)
900 Highland Avenue
Cheshire, CT 06410

**RE:** **Inmate Request Dated 10/22/04**

Inmate Morgan,

After reviewing page 3 of the inmate request, I must say that you are not willing to work with the new Unit Manager.

You received fifteen (15) days CTQ, **No** PS time and you were not placed in the restrictive housing unit. It is evident that you have not taken my advice. I strongly encourage you to work with the Unit Management staff assigned to the P.C. unit.

Respectfully submitted,

Angel Quiros
Major of Administration

AQ: lb

C:    File



# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
*CHESHIRE CORRECTIONAL INSTITUTION*
*900 HIGHLAND AVENUE*
*CHESHIRE, CT 06410*

**TO:**       *Morgan, Lloyd #117796*
             *NB6-22*

**FROM:**     *James E. Dzurenda, Warden*

**DATE:**     *October 18, 2004*

**SUBJECT:**  *Letter of Complaint Dated October 3, 2004*

---

*Your letter to me dated October 3, 2004, was reviewed and investigated by Captain Esposito on October 13, 2004.*

*After completion of the investigation, Captain Esposito did take action in areas where safety and security could be improved.*

*I do appreciate you bringing to our attention areas which you feel may improve the Protective Custody Unit. I am confident these issues would have been and will be addressed by Captain Esposito in the future. Therefore, you need to follow the chain of command and make him your first point of contact. If your concerns are not addressed by Captain Esposito, you need to write the next in the chain of command who is Major Quiros.*

*JED/lch*

**C:**       *D/A Strange*
             *Major Quiros*
             *Captain Esposito*
             *File*

Date 10-13-04

DEAR WARDEN JAMES E. DZUREN da

I RESPECTFULLY WRITE you on THE NATURE OF my complaint against CAPT ESPOSITO

I Have made CLEAR to him that C/O TALISANO is constantly Herassing saying I Get nothing I needed to MAIL my MAIL to FEDERAL COURT LEGAL MAIL, of motions in MORGAN V. Rowland, et al Case No 3:01cv1107 (CFD) in MANILA envelopes. I asked C/O CARNEY and LT. PRICE could THEy please ask THE CAPT.ESPosito to see me, I TURN IN a EMERGENCY GRIEVANCE to CAPT.ESPosito ABOUT C/O TALISANO Herassment and DISCRIMINATION He made CLEAR He didN+ CARE and THAt it was my word against HIS and THAt He Was going to set me UP to. Be TRANSFERRED FOR exCERCISING my RIGHTS TO BRING THESE reasonable complaints to HIS attention CAPT. ESPOSITO said He was going to FIX me He said I WILL TRANSFER You I WILL Be HAPPY to Accomidate you and see IF You FIND it Better any WHERE else I Believe He APPROVES of CORRUPTION and DISCRIMINATION I ask THAt You deter HIS REPRISAL and RETALIATION and see THAt my issues ARE Addressed Please reply to THIS LETTER THANK You also C/O TALISANO is not giving me all my SOCIAL MAIL.

Yours TRULY

Lloyd George MORGAN, JR #117796
N6622 (CCI)

you must follow the chain of command and address this with the Supervisor of Capt. Esposito, Who is Major Quiros.

Warden
10/15/04



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

OCT 19

**Inmate Name**
MR. Lloyd George MORGAN, JR

**Inmate no.** 117796

**Facility**
CCI

**Housing unit**
NB622

**Date**
10-15-04

**Submitted to**
WARDEN JAMES E. DZURENDA

**Request** DEAR WARDEN Dzurenda Today Canseler Hadlock
Gave me Your reply to my request to you dated 10-12-04 and your
reply Dated 10-13-04, I thank you For responding to me I Appreciate
You also I was Giving the others Legal But on 10-14-04 From
(JLAP) THANKS, also I Have CoCOERN I wrote You many Request
and letters of complaints over A Month or so Ago and
recently I Have not recicve THESE replys From you I am conCOERN

*(continue on back if necessary)*

**Previous Action Taken** That Your STAFF may Be interHcionally with Holding
mail You send me possible the uim or canelers Please respond to them,
Please locate the many complaints I wrote you on Virouse issues
and The Retaliation, I am not Getting all Year replys
also I was Just Giving a copy of a letter Dated 9-28-04 Late
Please send me repeays of All replys you sent me in the last 90
days, see why I am not getting Your mail also. uim is posito Hates
my Guts, setting me up with False tickets writing Him is a waist
of time, TAKE CARE God Bless You WARDEN, THANK You.

*(continue on back if necessary)*

**Acted on by (print name)** J. Dzurenda

**Title** Warden

**Action Taken and/or Response**

I keep track of all my replies to you. You may not
have received some replies to your letters due to
Investigations being conducted.

*(continue on back if necessary)*

**Staff Member Signature** James E. Dzurenda, Warden

**Date** 10/19/04

Page 2

TICKET me To DEATH meaning THERE PLANNING to HAVE
THE D.H.O. Put me IN Seg. and THEN HAVE C/O'S give
me ticket AFTer ticket to TRANSFER me out of
⊗ (CCI) Please You HAVE a DuTy to protect me from
this evil all THIS IS going to do is cause me to
WRITE more Complaints and File a CIVIL action
THat I TRuly want to AVoid, Please have MAJOR
Quiros meet with me IN PRIVATE URGENTLY on
these MATTERS. thank you

Yours TRULY
mr. Lloyd George MORGAN JR # 117796
N8622


CC. Comm. LANTZ
CC. Com/Filed


Lloyd Morgan 117796

Your request is denied. Your DIR was
investigated and heard by staff not assigned
to Cheshire CI. Your guilty findings and
DIR Investigation shows the legitamacy of the
Disciplinary Report. Captain Esposito is not retaliating
or harassing. You must take responsibilities for
your own actions. Misbehavior will not be
tolerated.


cc: D/A Strange
Major Quiros

Page 1

Dear WARDEN James E. Dzurenda   Date 10-19-2004.
I respectfully Appeal Directley to your office in Good faith
Do to The Nature there is a Conflict of interest with me
and U/M CAPT. Esposito, and Because MAJOR QUIROS, is Close to
him I don't Feel Any of my issues and Complents will Be
Gwing any sincer Consideration, I want to inform you That
Counselor Scott HADLOCK Has told me over and over
That I must Stop writing the GRIEVANCES and Complaints
against Staff and IF I Don't I will end up in Segregation,
This is Retaliation, today He told me this again U/M Esposito
wrote me a D.R. ticket in reprisal and Retaliation They
Got The D.R. Board set up to send me to segregation
Any day now I'm Being Blacked mailed to Plead Guilty
Cause The D.R. Ticket was wrote By a CAPT. A. Esposito,
You Promised me doing your touring of NB6 on or About 10-18-04
on my Birthday, That you Would talk to The D.R. Board STAFF and
Make sure I Wouldn't go to Segregation. The D.R. investigator
D.H.O. Have recommended seg. CAPT. Esposito and Canseler
HADLOCK Got The D.R. Board Allready Fix Befor I Get
There to Give me Heavy SANCTIONS and segregation
IN Retaliation For my exccersing my Rights to File
Merit Complaints against Them. Canselor Scott HadLock
also Said to me today, That I am Waisting my
time making Legal Copies and writing all this Stuff
Cause no one Reads it and its Not Making it
out The Building that Cause Great Concern
For me.

Request denied - All staff in DOC have a close working
relationship. D/Rs are Not heard by Cheshire CI they are heard by
South District Office. Any Specific instance will be looked into. However,
issues brought up over and over will only be investigated responded to one

Date 10-23-04

Dear WARDEN JAMES E. DZURENda

Since Ulm A. Esposito Never Grant any Remady OR Properly Look into No issues Braught to His attention But Caver it up Do to His PERSONAL vendetta against me, my issue is I Get a Diabet Food Tray Diet that Comes at 8:00 AM or lattee and a Lunch Tray that Comes at 6:00pm.

I asked C/O DePALMa, and C/O TALISANO and C/O CLARK at Around 10:15 Tray TRASH PICK UP if I CAN Be Allawed to put my trays and TRAYS aut these OFFERS refused to pay any Cancern to This They Allaw all THe othere inmate's To put THey trays and TRASH aut But not me C/O Tom TALISANO and CAPT. A Esposito His PERSANAL Grudge and vendatta aganst me and Ulm ESPOSITO Covers up any and All Herassment C/O T. TALISANO, He Feels Since He Got THe Help of Pawerful MAJOR QUIROS an His Side He is Abave THE Law and 🖤 Policy of (D.O.C.)

I am Intitled to Human and Dignified treatment and To put out my Food Tray and TRASH FOR HEALTH and SANITORY Reasons IF I CANT even threw my TRASH aut Cause C/O T. TALISANO, Games Allawed By MR. ESPOSITO Its Not FAIR So I APPeal to You If You will Not allaw me FAIRNESS, A APPeal To INTERNAL AFFAIRS will Be TAKing Pleuse repay Thank You

YaRS TRuly
MR. LLoyd GeoRGe MORGAN JR
NB622 #117796

THIS matter Happen on 1st Shift 10-23-04

your issues involving diabetic meals has been already responded to. Capt. Esposito is doing an excellent job and really trying to improve For all. You need to stout working with him and not against him.