

FILED

2004 NOV 30 P 2: 38

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LLOYD GEORGE MORGAN, JR. | : | PRISONER |
| | : | CIVIL NO. 3:01CV1107 (CFD) (WIG) |
| V. | | |
| JOHN G. ROWLAND, ET AL. | : | NOVEMBER 29, 2004 |

### MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Pursuant to Fed.R.Civ.P. 15 (a), the plaintiff respectfully requests leave to file the attached second amended complaint. In support of this motion, the plaintiff states as follows:

1. The plaintiff filed this action pro se and continues to represent himself.

2. On June 6, 2002, the plaintiff filed an amended complaint including numerous claims.

3. On March 1, 2004, the defendants filed a motion to dismiss the amended complaint.

4. On numerous occasions, the plaintiff contacted Inmates' Legal Assistance Program ("ILAP") for help with this action, including help with responding to the motion to dismiss.

5. ILAP initially declined to provide assistance with this action.

6. After discussion, ILAP has agreed to provide assistance because the plaintiff has decided to include only the following two issues: the plaintiff's right to be free from cruel and unusual punishment was violated when he was forced to wear full restraints during recreation; and the plaintiff's right to privacy was violated when his personal mental health information was disseminated to other inmates and to non-medical prison personnel.

7. The plaintiff seeks leaves to amend his complaint in order to narrow his claims to those two issues and to eliminate the defendants not involved with violating his constitutional rights in regard to those issues.

8. Leave to amend a complaint should be freely granted. Foman v. Davis, 371 U.S. 178 (1962).

WHEREFORE, the plaintiff respectfully requests that the Court grant this motion for leave to file a second amended complaint.

THE PLAINTIFF

*Lloyd George MORGAN JR*

Lloyd George Morgan, Jr., Pro Se
Inmate #117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Although not appearing herein, the undersigned
assisted in the preparation of this motion:

*Richard P. Cahill*

Richard P. Cahill, Esq.
Schulman & Associates
Inmates' Legal Assistance Program
78 Oak Street, P.O. Box 260237
Hartford, CT 06126-0237
Tel: (860) 246-1118
Fax: (860) 246-1119

3

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 30th day of November, 2004, to the following counsel of record:

Lynn D. Wittenbrink, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Annette M. Lamoreaux, Esq.
Connecticut Civil Liberties Union Foundation
32 Grand Street
Hartford, CT 06106

_Lloyd George Morgan, Jr._
Lloyd George Morgan, Jr.