Page 1

United States District Court
District of Connecticut

Lloyd George Morgan, Jr     Case No 3:01CV1107(CFD)(WIG)
v.
Governor John G. Rowland, et. al.   Date 11-16-2004

**Supplamental Motion For Urgent Injunction To Deter Constant Retaliation Plaintiff Is Suffering.**

1. Now comes the Pro-Se Plaintiff in the above states that He has once again Received many threats to be transferred to another facility or put in segregation or contraband planted on Him and so forth by Department of Corrections officials for excercising his rights to file grievances and complaints against them and this action, today C/O's Correctional Officers Clark, Talisano and Delpalma made many threats and set me up with a trumped up disciplinary DR. Ticket.

2. Capt. A. Esposito and Counselor Hadlock have conspired to allow this and or take part in it please Review my letter dated 11-16-2004 to Commissioner of (D.O.C.) Theresa C. Lantz, and Dist. Adm. Mark W. Strange, Please Review the letter clearly stating what the nature of my complaint to this court is and grant a injuction to deter this Herassment and order a Hearing urgently.

3. Please consolidate this motion with all issues pending about these threats they have carried out - Some of these threats today as stated in the attached inclosure. Plaintiff thanks the Court for its time and efforts and Remedy.

By The Plaintiff Lloyd G. Morgan Jr
Mr. Lloyd George Morgan, Jr #117796
Cheshire Correctional Institution
900 Highland Ave
Cheshire, CT 06410

### Certification

This is to certify that a copy of the foregoing was mailed postage pre paid on 11-17-04 to all parties of Record so noted Bellow.

Office of the Attorney Generals
(AAG) Lynn D. Wittenbrink,
110 Sherman Street
Hartford, CT. 06106

Connecticut Civil Liberties Union
For Atty. Annette Lamoreux
32 Grand Street
Hartford, CT 06106

By The Plaintiff Lloyd G. Morgan Jr
Mr. Lloyd George Morgan, Jr #117796
Cheshire Correctional Institution
900 Highland Ave
Cheshire CT 06410

Page 1

Dear Commissioner Theresa C. Lantz,   Date 11-1
and Dist. Adm. Strange Sir. I Respectfully Request a
Internal Affairs investigation. To come and meet with
me on the nature of my complaints, the issue is I Have
excercised my Rights to File and write complaints and
Grievances, against your (D.O.C.) agents Capt. A. Esposito, and
counselor Scott Hadlock, and C/O Clark and C/O Talisano
Do to this 4lm Capt. Esposito, Have intentionally conspired to
create trumped up DRs in which He wrote me 1 recently and
Had C/O Talisano deliver it to me and sign it, and
Then I filed Grievances, that your staff and the warden Blocked
and Refuse to allow to be processed about this Herassment
I Received constant threats by your staff to be transferred
or put in Seg, for excercise These cor Rights and filing
actions in court Capt. A. Esposito Have allowed the tag
team Herassment and Retaliation I wrote many complaints
to your offices and Majors and Warden Dzurenda, about
this they sweap it under the Rug do nothing to deter
this today C/O Clark and C/O Delpama, and
Talisano threaten me to set me up with a DR ticket
Today I was called out to counselor Hadlock which was
a set up to Have C/O Talisano follow me to his office
I complained and C/O Talisano blatantly stated write
the warden write the pope I don't care write it
up, Herassing me cou counselor Hadlock was upset
cause I wrote a complaint against him for the
Threats to Have me transferred to B-CC Jail, He asked
me about this today

Page 2
---

Then I went back to NB6 unit then Later C/O TALISANO said OH I'm writing you your 2nd DR Ticket Let me see I Should say you THReaten me or caused a DisRuption, let me write you your 2nd DR Ticket For Today, C/O CLARK conspired to go along with it do to me Reporting his corruption, Then, I wrote 4 Emergency Letters to WARden Dzurenda and MAJOR Quiros to report This as I Drop each one in He would say more Threats to send me to seg and He made his hand Like a BuTT saying your out of here At Around 2:35 pm, as I was trying to Get my Legal Boxes He made many Threats I made a Emergency Plea to ask u/m Esposito to come see me and CAll me out I Busted out crying to him asking him to deter This and Not Let This man write and serve me These false DR. Tickets, I was under so much stress I Beged him to step in I told him the TRUTH of all I could Remember, and wiped my tears and went Back in NB6 22 cell after leaving His office, Then Counselor HADLOCK served me a DR. Ticket They Trumped up class C Violation of Institutional Rules claiming I had a Clothing Line up Just Trumping Up DR Tickets, They claim That was The 2nd one I Never Got any other ones, see it attached

Page 3

its illegal for you to allow them to Retaliate against me, and promise to Transfeer me to another facility or set me up as there dang with the Dr. tickets and false investigations of problems that they create to cover up and punish me, They allow C/O Clark to bring in contraband and let other prisoners go from tier B into a cell with a tier 1 inmate and do nothing put (D.O.C.) liability at Risk. There carrying out there Retaliation u/m Esposito, has allowed and conspired to allow it cause they hate a inmate who file and blow the whistle on (D.O.C.) agents. I must be allowed to do my time at CCI with out this, also u/m Esposito have been clearly informed by me that inmate Isreal Gonzalez, have started up a (SRG) Los Solidos solid Gang in the unit I wrote him and Major Quiros and told Mr. Esposito about this I doubt. if they will take action to let (SRG) gangs know we will not allow this in (PC) and move them out, also I bet you I will be the only one punished and that they keep carrying out there threats and promises to move me and put me in seg and set me up with DR tickets? you have a duty to deter this illegal corrupt unprofessional conduct, as you can do with the waive of your hand as I ask that you do ask yourself why does u/m Capt A. Esposito allows this and keep appointing C/O Stalisano Depacma C/O Clark to the (PC) unit

Why Does ULM CAPT. A. Esposito Allows DR Tickets to be Trumped up by C/O Talisano, after its clear I wrote many complaints about these same issues cause ULM A. Esposito gets a joyful pleasure of revenge by putting these C/Os DelPalma, Clark, Talisano in the unit, they have allowed a group click of inmates who control the unit got staff to bring in contraband for prisoners show extra favors to the sect of a powerful click of Tierman to run the unit controlling staff being inmate Andre Cinicola, E. Hilliard, Steve Ried, and others these same C/O's Talisano Clark, DelPalma Read to them and tell them security and confidental (D.O.C) secretes and inmates security issues who is on what status, bring in food to give them, there is no respect for ADM. DiR. 2.17 of Employee Conduct they feel above the Law These C/O's sleep on Duty You need to review 6 months of Video tapes for 1st and 2nd Shift. C/O Watch T.V. sleep violate every policy, So How Good of a unit is Mr. A. Esposito Running. But Guess what I will be the only one punished for writing you this complaint review the tapes for NB6. They allow these C/O's to do cross word puzzles, watch TV's sleep on Duty, Allow Tier 2 inmates to go in the cell with tier 1 inmates, yet these

same, STAFF set me up with D.R. tickets only for exercise my Rights to file complaints also I will not let them get away with this Reprisal and Retaliation, with out Appealing to you PRAYING you will end this illegal Pactices and Policies allowed By your STAFF. The more D.R. tickets and Herassment I Get the more complaints I will File to your office do they think for a minute there Herassment will stop me from writing these complaints No way It cause me to write you This one and Now Blow the whistle About everything there Doing That violates Adm Dir 2.17. Please order your STAFF to send you copies of any and all Grievances and complaints I wrote on them, to show you how there carry the threats out I told you the Truth. Please reply. thanks

yours truly
Mr. LLoyd George Morgan Jr #117796

CC. DIST. ADM. MARK W. STRANGE
CC. WARden James E. Dzurenda
CC. Majors FARRell and Quiros, HALL,
CC. Federal Judges Droney & Garfinkel
CC. Im ILA. Atty. CAHILL,
CC. (AG) Richard Blumenthal & (AAG) Wittenbrink,
CC. LGM/Filed

Dear Adm. Major Angel Quiros   Date 11-9-2004
and Warden Dzurenda I wrote to yim Capt. A. Esposito per the proper chain of command concerning C/O Tom Talisano Herassment and Antaganizing me and Threats on the day of 10-21-2004. I reported to the best of my ability I received a reply from your staff Mr. Esposito dated 11-8-04 This man is so indifferent and biased towards me, that every issue I bring to his attention of his comrade Talisano, He covers it up say its false or that I fabricated it, If this is not corruption what is I am being Herassed by C/O Tom Talisano, He does do these things He has a Personal Vendatta against me and I feel Mr. Esposito does to I Just ask that you keep a Close moniter on this and deter this conduct, I will continue to work with your staff Mr. Esposito and respect him, He Hates my guts, you fail to see This man will not even grant me effective consideration for a cell move to NB626 or a Job, Thanks for your time Please see attached

Yours Truly
Mr. Lloyd George Morgan Jr # 117796
NB622   CCI

CC. Warden James E. Dzurenda
CC. LGM/Filed

**Cheshire C. I.
Capt. Esposito
NB 5&6 Unit Manager**

# Memo

To: Morgan 117796
From: Capt. Esposito
Date: 11/8/04
Re: Correspondence 10/21/04? / 11/7/04

---

Please be advised that I have no bearing over the outcome of your legal boxes. This is coming directly from the Warden. And regarding " a cellmate being forced upon you", unless I am directed by a higher authority this is not going happen anytime in the near future. You continue to fabricate a relationship between officer Tolisano and I that does not exist. I am asking that you cease making this assumption immediately.

Capt. Esposito

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

time 2:05 PM Finished.

Page 1

**Inmate Name:** MR. Lloyd George MORGAN JR

**Inmate no.:** 117396

**Facility:** CHESHIRE C.I.

**Housing unit:** NB6 2a

**Date:** 10-21-04

**Submitted to:** U/M CAPT. A. Esposito / ADM. MAJOR A. QUIROS

**Request:** Dear U/M CAPT. Esposito, and MAJOR A. QUIROS, I am writing you on the nature of my complaint of more Harassments and Threats and unprofessional conduct of C/O TALIS AND Today. 2 Soaps was sent to me by Mr. Esposito C/O Gonzalez didn't have the key to open the cell he left them on top of this writer cell door and left to go cut the NB 6 unit

(continue on back if necessary)

**Previous Action Taken:**

(continue on back if necessary)

**Acted on by (print name):**

**Action Taken and/or Response:**

**Title:**

(continue on back if necessary)

**Staff Member Signature:**

**Date:**

Page 2

I Respectfully asked C/O TALISANO Could He please allow me to Get The Soaps, He Became Hostile seeking to Cause a Problem, He said Cant you see I Got my Boy out DRAY, meaning I'm Andre Cinicola, I ask him Nicely why did He Have The Inmate out when all tier man Should Be Locked up He's not Cleaning, Cause I need the Soap He said Cause I want Him out, Dont worry Morgan I'm going to set your ass up Real Good to Get you out of Hear, Thats why me and CAPT. Esposito Set You up — with that ticket thats only the start of whats going to Happend to you Now write that up. He was Antagonizing me taunting me Also Doing Rec Some one Left a set of cups on my Cell Door so I was geting the cups He said give me Them Thats Contraband, Leting me know He was targeting me for every Little thing I gave them to him Saying no problem, and Left the desk For of of his Conduct is in Clear Violation of (D.O.C.) Adm. Dir. 2.17 of Employee Conduct First of all For Him to Show Favorable treatment to one set of Prisoners as he do MR. Cinicola it Violates the Equal Protection Laws of Equality. and The Safety and Security of the Prison, I ask that you Please end this Herassment and treating inmate Sect Better Then The next also He Just said DRAY is My Look out four the Top tier DRay, Please Grant a writing reply thanks

Yours Truly

MR. L & George Morgan Jr # 117796

Dear Warden CAPT. A. Esposito          Date 11-7-04

Its now 11:58 pm of 11-7-04 its my understanding and 3rd shift C/O Barker just informed me that I go to Court Please, so note I ask that you give me the reasonable Amount of Time to Get my Property to fit your new Property Matrex, and also realize, I am doing what I can to meet you Half way, I can show why I need all my legal Property I Got A Print out of my state an federal cases To Get copied for you and The Warden, and a letter I will need to Get copied and to you once I Get Back from Court. I also am willing to store and move a Lot of Small property out that I can, I am asking you To please see That my Cell NB622 is Dead Locked, as I am in Court and That you Protect me from C/O Tom Talisano, threats to set me up and plant items of contraband on me I ask for your consideration as you run the unit to ask your Staff To call you to be presence if any time NB622 is open for any reason as I am in Court, also I ask that you keep me in MWd for The Cell move to NB622, to NB626 at CCI PC, also your staff antagonized me once again today telling me to write the Pope write The Warden then He said The Pain in The ass is Locked up now Mr. Talisano need not keep this up also I was lead to believe in Retaliation a Cell Partner was Being Forced on me Please Let me know That I will Remain on single Cell Please Grant a writing today if There is any problems with in I Get my conduct clean up Thanks yours Truly
NB622 #117796          Mr. Lloyd George Morgan Jr.



# Inmate Grievance Form A, Level 1
**Connecticut Department of Correction**

CN 9601/1
Rev. 10/07/02

**Inmate Name** MR. Lloyd George MORGAN JR    **Inmate no.** 117796

**Facility** CCI    **Housing unit** NB6 22    **Date**

[X] Line grievance   [ ] Line emergency   [ ] Health grievance   [ ] Health emergency

**1. Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

I have wrote many complaints Request to 4/m Esposito ADM, MAJOR QUIRES and WARDEN See Them all INClosed Dated 10-4-04 10-13-04 10-16-04 to show evidence and That I Followed The Chain of Command To No Avail See There replys, See request dated 10-28-04 10-27-04

**2. Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8½ by 11 inch sheet of paper and attach it to this form.)

SINCE on or Before ARound 10-4-04 C/O TOM TALISANO: Started to target me and Herass me with Threats of Reprisal, and Retaliation as well as His Discrimination I wrote many upon many complaints about His Herassment and Cunselor Hadlock conduct and C/O CLARK and otheres Do to The Nature That I excercised my Rights to write complaints to against Them
See attached FiNishing Statement

**3. Action requested.** Describe what action you want taken to remedy the grievance.

That you order INTERNAL AFFAIRS to Investigate This matter and meet with me and that you put a Stop to This illogAC CORRUPTION of Retaliation From excercising my Rights to Write complaints against Them. and SANCTION All of Them Hehey

**Inmate signature** Lloyd George MORGAN JR.

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

## FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

**IGP no.**                              **T no.**

**Date received**       **Disposition**              **Date of disposition**

**Grievance issue**

**Reasons**

**Level 1 reviewer**

Page 2

I have been subjected to threats to be transferred to another facility for writing complaints. Capt. A Esposito retaliated against me and allowed a trend of threats to be set up for seg or contraband planted on me, by his staff Counselor Hadlock and C/O's Talisano, and Clark I reported this to Majors Quiros, Warden Dzurenda, ect no remedy granted a clear pattern of herassment and reprisal was in full effect. This complaint is only about herassment and retaliation and reprisal and discrimination that led up to them writing false trumped up D.R. Tickets, today I was set up by Counselor Scott Hadlock who called me out and had C/O Talisano Falaw me to his office, then, I made clear I felt herassment and would write the warden and then C/O Talisano blatantly said write the warden write the Pope, write it up. to me, I return to the unit He later came in flashing a D.R. Ticket Doing his hand like a Base Ball Bat saying your out of Here, He later said Let me set you up with 2 tickets for threats and disruption, C/O Clark conspired to go along with it and take part in I wrote 4 complants to the warden and reported it to the warden then He created a Class C D.R. ticket for violation of institutional Rules of falsehood, u/m Esposito and Counselor Hadlock conspired to allow this set up they all sign the ticket to say well we told you we was going to get you for writing us up. This is retaliation and illegal conduct please deter it thanks, yours truly

mr. Lloyd George Morgan, Jr



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

**Inmate Name:** MR. Lloyd George Morgan JR
**Inmate no.:** 117796
**Facility:** CCI
**Housing unit:** NB622
**Date:** 10-4-04
**Submitted to:** ADM. Major Angel Quiros.

**Request:** Dear Adm. Major A. Quiros today as I was called to go to a legal visit I kindly asked C/O Talisano to please put my cell NB622 on Dead Lock to protect my property from being stolen. He became indifferent saying he don't do that he don't believe in Dead Locking cells. I then talk to U/M Capt. Esposito about this who should do real concern that my property be protected he stated that cell are not to be Dead Locked it violate Institutional Rules. I felt this was very unjust and that Mr. Esposito was going along with C/O Talsilano, cause they may be friends. I have respected your staff as you ordered me to do a Dead Lock on the Electronic Board wouldn't be there if it wasn't ment to used please tell me am I allowed to have my cell Dead Locked for said Reasons? Please reply Thank you

**Previous Action Taken:**

**Acted on by (print name):** Quiros
**Title:** Major

**Action Taken and/or Response:** Please continue to work with your newly assigned Unit Manager. I'm 100% certain that he can manage any issue that may surface.

**Staff Member Signature:** Quiros
**Date:** 10-5-04

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

Page 1

**Inmate Name:** MR. Lloyd George MORGAN JR
**Inmate no.:** #117796
**Facility:** Cheshire C.I.
**Housing unit:** NB62a
**Date:** 10-13-04
**Submitted to:** Warden James E. Dzurenda

**Request:** Dear Warden Dzurenda, Dist. Adm. W. Strange, Comm. Lantz. I respectfully write you in good faith on the nature of my complaint against Capt. Jim Esposito, and C/O Talisano, and C/O Carney B. Carney. I have been subjected to reprisal and retaliation and reprisal for exercising my rights to write complaints to you and Mr. Strange and Comm. Lantz office and to Major Quiros, informing your office of the unprofessional conduct of staff, and for being a litigating prisoner. Do to this nature J.M. Esposito, today retaliated against me and trumped up a false DR ticket that's inclosed. Today I attempted to tell him that I asked C/O Carney & Talisano if they could call J.M. Esposito.

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

**Acted on by (print name)**           **Title**
**Action Taken and/or Response**

(continue on back if necessary)

**Staff Member Signature**

**Date**

Page 2

Cause I had 3 manila envelopes of legal items I urgently needed to mail, to federal court regards to MORGAN V. ROWLAND et al. Case No. 3:01CV1107(CFD)(WIG) Both C/Os refused to do anything C/O TALISANO, antagonized me and mocked me saying you get nothing you get nothing he also told me He was throwing away my social mail, C/O G. CARNEY join in on the Herassment and conspired to go along, so do to this I wrote a Emergency Grievance concerning these issues and to mail out my Legal mail, doing touring I turn it in to Lim. ESPOSITO as I was telling him of the Herassment He was covering it all up, saying I will say its just your word against his word, He then threaten me to transfer me for excercising my rights to report staff and write complaints against Him He said and made these Threats, I then told him I felt CAPT. E. Saundry was a Better CAPT. and man Then Him cause He would have helped me and that I felt He approved of this discrimination and Racisim, and corruption, He got made and saying How do you know I am not married to a Black women, I then said I am going to have my sister call Comm. LANTZ office every day and write the warden and Comm. Lantz every day till you stop this Herassment going along with it, He again threaten to transfer me, for excercise of those Rights. He allowed C/O TALISANO and C/O CARNEY to laugh at me and tease and mock me in front of him.

Page 3

Then in Retaliation he trumped up a Class B D.R. Ticket, I never ~~you~~ use the words racially ~~motivated~~ motivated mutherfucker most getto Afro American do not talk like that C/O G. Carney lied and sign off on it see it inclosed, If you do not end this retaliation and allow him to carry out his threats further I will sue (D.O.C.) and will see my motion I filed Before this happend today inclosed This Conduct is illegal

See: CLARK V. STADLER, 121 F3d 222 (5TH CIR. 1997)
Prison officials may not retaliate against or Herass Inmate Because of inmates exccercise of his Rights of access to the Courts.

See: Cornell V. Wood 69 F3d 1383 (8TH CIR. 1995) ("Prisoner was transferred in Retaliation for exccercising his first Amendment Rights by talking to and cooperati with the Prison Internal Affairs Divison, Between him and his attorney they won an award of over 31,000".)

So if you Allow Captain Esposito to go forward with this trumped up DR Ticket and its not even approved or sign by any one But him a conflict of interest. Then the same C/O Talisano That I filed many complaints on is the one who delivers the Ticket. Please Rectify see my motion dated 10-12-04 for Injunction in McRoan V. Rowland, et al.

Page 4

CAPT. ESPOSITO is unprofessional and dishonest. Review the D.R. ticket he wrote its not the way I talk, this is his out right retaliation and reprisal cause he hates me using my rights to blow the whistle on staff and him. Isn't it funny when CAPT. Saundry ran the block I remained D.R. Free for nearly or over a year, see a copy of the warden reply saying I was doing good so now CAPT. ESPOSITO set a trend of herassment and retaliation and open the door for C/O's to feel ~~free~~ Free to do this cause the CAPT did it you can't sit by and allow this or this D.R. to go forword he is abusing his power feeling he is above the law and ADM. DIR. 2.17 Employee Conduct. I ask that you order a Internal Affaires Review to see me about these issues and that you deter his conduct. Please order a investigation, please grant a writing reply to my complaints. thank you

Yours Truly
Mr. Lloyd George Morgan Jr # 117796
NB 6 22

CC. Comm. Lantz, Theresa C.
CC. Dist. Adm. Mark W. Strange
CC. Adm. Major Quiros



## Inmate Request Form
### Connecticut Department of Correction

CN 9602
Rev. 9/3/02

Page 9

**Inmate Name:** MR. Lloyd George Morgan, JR
**Inmate no.:** 117796
**Facility:** Cheshire C.I.
**Housing unit:** NB6 22
**Date:** 10-16-2004
**Submitted to:** ADM. MAJOR ANGEL QUIROS,

**Request:** Dear respected ADM. MAJOR QUIROS, I respectfully appeal to your office in good faith with the prayer that you would keenly listen and grant me effective review and remedy. My issue is I truly seen good corrections and to blow the whistle on unprofessional staff conduct that is of value and a clear threat to the safety and security of this institution and (DOC). I realize you personal appointed w/m Capt. Esposito in NB6 as your man you trust. I respect your choice. The issue is I wrote virus merit complaints on staff such as C/O Talisano, and you know the others. Capt. Esposito got vex and short parted with me and trumped up a DR. ticket in clear retaliation and cause I went over his head to you and the Warden and Comm Lantz and Dist. ADM. Strange, and also reported issue I felt was unjust with him. So I recieved threats to be transferred and put in seg from Talisano & Mr. Esposito

*(continue on back if necessary)*

**Previous Action Taken**

*(continue on back if necessary)*

**Acted on by (print name)** | **Title**

**Action Taken and/or Response**

*(continue on back if necessary)*

**Staff Member Signature** | **Date**