Page 2

Major Quiros, I truly did what you asked of me Capt Esposito is not willing to give me any chance to work with him He told me a few days ago when I tryed to work things out with him he said I'm pissed at you I'm still pissed, just as you can write your complaints and grievances I can write to we have that same option just like you got your world out there Filing Law suits I got my own little world in here in writing tickets and the D.R. Court. He was letting me know because I excercise my rights to Blow the whistle or file complaints He could fix me and write tickets, and get even, I also ask that you Rectify this issue C.T.O. James, came to see me about the D.R. ticket dated 10-13-04 by Mr. Esposito, he refused me due process He wouldn't write the statement of my side of what really happend, or allow me to put you or the warden and Dist. APM. Strange down as a witness that I wrote virous complaints to your office about issues with Talisano, and 4/M Esposito to show his real reason for writing this ticket, and he wanted me to sign a statement He wrote. — He told me I had no chance at the D.R. board against a ticket wrote by a Captain That they wouldn't hear or believe anything I had to say and that I was Hit, my due process Rights is being intentionally violated. There is a due process failure in the ticket it self Capt. Esposito sign it and approved it and processed the whole ticket his self

**CHESHIRE C. I.**

# Memo

To: Inmate Morgan 117796
From: Capt. Esposito
Date: 9/21/04
Re: Complaint

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Mr. Morgan,

I am in receipt of your attached complaint, which I will be monitoring on a day to day basis with the staff you are making the allegations against. Although I take these allegations very seriously I wish for you to give me an opportunity to address them before you assume that "I have no deep concerns" regarding complaints made by you or any inmate for that matter. As you know I am a very tolerant and fair individual and as a matter of fairness I expect that in the future you will give me the time to check into and monitor issues before you assume I am not taking your concerns in a serious fashion.

Capt. Esposito

cc: File

# Inmate Request Form
### Connecticut Department of Correction



CN 9602
Rev. 9/3/02

Page 1

**Inmate Name:** MR. Lloyd George Morgan, JR
**Inmate no.:** 117796
**Facility:** Cheshire C.I.
**Housing unit:** NB622
**Date:** 10-16-2004
**Submitted to:** ADM. MAJOR ANGEL QUIROS,

**Request:** Dear respected ADM. MAJOR QUIROS, I respectfully appeal to your office in good faith with the prayer that you would keenly listen and grant me effective review and remedy. My issue is I truly seen good corrections and to blow the whistle on unprofessional staff conduct that is of valete and a clear threat to the safety and security of this institution and (DOC) I realize you personal appointed him CAPT. Esposito in NB6 as your man you trust. I respect your choice. The issue is I wrote virus merit complaints on staff such as C/O Talisano, and you know the others. CAPT. Esposito got vex and short patient with me and trumped up a DR. Ticket in clear retaliation and cause I went over his head to you and the warden and Comm Lantz and Dist. Adm. Strange, and also reported issue I felt was unjust with him. So I recieved threats to be transferred and put in seg from Talisano & Mr. Esposito

(continue on back if necessary)

**Previous Action Taken:**

(continue on back if necessary)

**Acted on by (print name):** Quiros
**Title:** MAJOR

**Action Taken and/or Response:** I have spoken to CPT. Esposito regarding these matters. He has assured me that the disciplinary report was the result of your outburst towards him in front of other inmates. We (Administration) continue to take inmates allegations serious, and we will continue to investigate allegations. As I stated before, you must control any outburst towards staff and inmates. This Administration will continue to hold inmates accountable for their actions. I'm not getting involved with the disciplinary process. You still have the right to go to Disciplinary Hearing and appeal the D/R to DA's office.

(continue on back if necessary)

**Staff Member Signature:** Quiros
**Date:** 10/29/04

cc: CPT Esposito.
File

Page 2

MAJOR QUIROS, I TRULY did what you asked of me CAPT ESPOSITO is not willing to give me any CHANCE to work with him He told me a few days ago when I tryed to work things out with Him he said I'm pissed at you I'm still pissed, Just as you can write your Complaints and Grievances I CAN write To we have that same option Just Like you got your world out there Filing Law suits I Got my own Little world in here in writing tickets and THE DR. Court. He was Letting me know Because I exercise my Rights to Blow the whistle or File Complaints He could Fix me and write tickets, and Get even, I also ask that you Rectify this issue C.T.O. James, came to see me about the D.R. ticket. Dated 10-13-04 by MR. Esposito, he refused me Due Process He wouldn't write the statement of my side of what really Happend, or Allow me to Put you or the warden and Dist. APM Strange Down as a witness that I wrote virous Complaints to your office About issues with Talisano, and 4/m Esposito to show his real reason for writing this ticket, and He wanted me to sign a statement He wrote, — He told me I HAd no Chance at the DR. Board against a ticket wrote By a Captain That They wouldn't Here or believe anything I had to say and that I was Hit, my Due Process Rights is Being intentionally Violated. There is a Due Process Failure in the Ticket it Self CAPT. Esposito sign it and Approved it and Processed the whole ticket His self

Page 3

a Disinterest Party is to sign and approve the ticket not the complainant writing it then to be funny and herass and mock me Capt. Esposito had C/O Talisano deliver the DR. Ticket and C/O G. Carney to falsely witness it. I Don't want to upset you by talking legal talk, I ask if you would please order the ticket dismissed or deferred and give me a fresh chance to start over and work with Mr. Esposito, He is the cause of me being force to write complaint after complaint, I Don't want to be force to file a Civil Rights Law Suit for Retaliation and Due Process Violation with the DR. Board, against Comm. Lantz and His Staff when I can seek to avoid this, I am not trying to get Mr. Esposito moved, I also am not trying to herass you or your staff I apologize to you I am so hurt I feel I let you down, I ask if you would order or ask Mr. Esposito to move me to NB626 away from the C/O Desk Away from many in that spot and Lets start over I can do this, If I am force to seek Court Action For This Abuse, I will do everything in my power not to name you as a Defendant you mean a lot to me Mr. Quiros, I could never go against you. See my Complaint Dated 10-13-04 and 10-16-04, This is the issues and the Truth. If you don't urgently act it will be to late, I believe in you to do the right thing Don't give up on me please, God Bless you Please Grant a writing Reply thank you
  Yours Truly
  Mr. Lloyd George Morgan Jr #117796



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

**Inmate Name:** MR. Lloyd George Morgan, JR
**Inmate no.:** 117796
**Facility:** Cheshire C.I.
**Housing unit:** NB622
**Date:** 10-16-04
**Submitted to:** U/M CAPT. Esposito

**Request:** Dear U/M Capt. Esposito, ADM. Major Quiros, Warden Dzurenda I respectfully write you in good faith concerning C/O Talisano who has constantly subjected me to harassment and discrimination. Today he return to work in NB6 unit on first shift. I been very respectful to him. After getting some water for the last time doing 1st shift recreation, I closed my cell door to get proper. There was around 30 to 40 minutes of recreation left. I called to this officer who was the only C/O available at control bubble. I kindly ask him to please let me out the cell. He refused to let me out to finish enjoying my recreation. Then he took a tour of the unit came by NB622. I then again asked him in a respectful manner to please allow me to finish my recreation. He did not respond to me and intentionally waisted time to let all the time go by for rec. He never let me out. This is unjust and denying me my full due recreation out of hate for me violates Adm. Dir. 2.17 Employees Conduct. Please doee this harassment. I did what I was suppose to do follow rules. Please grant a reply and order a investigation into this retaliation and harassment. Thank you for your time.

**(continue on back if necessary)**

**Previous Action Taken:**

**Acted on by (print name):**

**Title:**

**Action Taken and/or Response:**

**(continue on back if necessary)**

**Staff Member Signature:**

**Date:**

CC: Major Adm. Angel Quiros
CC: Warden James E. Dzurenda
CC: Dist. Adm. Mark W. Strange
CC: Comm. Lantz  CC. LGM/File



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

Page 1

**Inmate Name:** MR. LLoyd George MORGAN, JR
**Inmate no.:** 117796
**Facility:** CHeSHire C.I.
**Housing unit:** NB622
**Date:** 10-20-04
**Submitted to:** Ulm CAPT. A. Esposito,

**Request:** Dear Capt. Esposito to Ulm, I Have many civil cases pending Lots of Litigation. Per The Proper Chain of Command, I seek your Consideration to See IF You Can GRANT me 10 manila envelopes to MAIL out LegAL mail to The Bar Counsel, and to the FedeRAL Courts. I Admit You did Provide me with Some this week I used them and Turn them In. Because I got Lots of Cases Some time MAJOR J.V. HALL, use to make ProvisoN For extra Legal envelopes.

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

**Acted on by (print name):** Esposito
**Title:** Cpt.

**Action Taken and/or Response:** I will call you out on Friday to receive the envelopes. Please prepare the envelopes for mailing for next week when counselor Hadbek calls you out. If I do not call you out, I will get them to you before I leave Friday. I am not even sure if I have 10 left.

(continue on back if necessary)

**Staff Member Signature:** Cpt [signature]
**Date:** 10/20/04

These Are needed for me to be Able to have effective access to the Courts in MORGAN V. ROWLAND, et al. 3:01CV1107(CFD)(WIG). Counselor HADLOCK Has called me out 2 times this week that I am allowed and he has giving me my 2 Legal Calls allowed For The month, I Kindly ask For your Consideration to see if you could Call me out to make a small Amount of Copies to Get my needed Legal Items out and can you allow me my Two attys About my Civil & Criminal matters.? also I ask If you Could please Grant a writing reply to my last Letter to you of Apologize and Address those issues, also I ask If you Could Look into the reason why MR. Scott HADLOCK, Keeps Saying to me If I don't Stop writing so many Complaints I am going to end up in segregation, and I ask that you Protect me from any and all Retaliations and reprisal By any one, I am very willing to work with you and try To Get along with you but I must be Able to Freely exercise my rights to write needed Complaints. I do Agree with MR. HADLOCK I need to slow down and stop these Complaints, cause I am one man, against a Corrupt System. my Problem is I miss the better Corrections we once Had yrs Ago now Staff Take Policy and ADM. Dir's and Rules, as a Toy. I am put Pressure on to Follow Rules but The people I am in the Care of violate 90 percent of Policys and Feel There Above The Law, I also miss Having Staff That Care About people Like Deputy or Former Deputy Warden MARTINEZ, LT. MCGILL that Died his son is now MAJOR J. MCGILL at NCI, you use to CARE, I cant Live well without Love and Compassion. God Put it in me as a Gift to Fight For Justice In The Courts, I really Admire and Care About MR. HADLOCK, and you I Just want to do whats right, Put your Bad Feelings for me AWAY, You're in my Prayers to Please reply thank you. Your ___

MR. Lloyd George MORGAN, Jr #117796

**Cheshire C. I.
Capt. Esposito
NB 5&6 Unit Manager**

# Memo

To: Morgan 117796
From: Capt. Esposito
Date: 11/15/04
Re: Correspondence 11/5/04

---

It is my understanding that you were allowed to clean your cell that day. It appears that because you did not get to clean the cell when "you" wanted and because this involved officer Tolisano you are generating the complaint. I do not have to accept correspondence by hand so please continue to place your correspondence requests in the appropriate box. Again I wish to remind you that other inmates in the unit have needs outside of yours and they need tending to also. Your requests/complaints are important to me as well but in an effort to be fair you have to drop yours in the Unit manager box just as others do. This will ensure I receive them in a timely manner. Either myself or Counselor Hadlock empties this box on an almost daily basis.

Capt. Esposito

● Page 1

# Inmate Request Form
**Connecticut Department of Correction**

CN 9602
Rev. 9/3/02

**Inmate Name:** Mr. Lloyd George Morgan Jr
**Inmate no.:** 117796
**Facility:** Cheshire C.I.
**Housing unit:** NB622
**Date:** 11-5-2004
**Submitted to:** U/M Captain A. Esposito

**Request:** Dear Capt. Esposito, Sir I am on C.T.O. I respectfully asked your staff at ABan at 8:28 am Touring If I could Be allowed to Clean my Appointed Cell NB622 do to Its not Clean and unhealthy for me. He used this as another Chance To Herassme and Taunt mme He told me No, your on C.T.O. see 2nd Shift, your Beat. I told him its not allowed on 2nd Shift They wont let me do it He said well I'm not going to let you do it either, a Prisoner Cant Be Denied to Clean his Cell cause he is on C.T.O. Please remedy and deter Herassment

(continue on back if necessary)

**Previous Action Taken:**

(continue on back if necessary)

**Acted on by (print name):**       **Title:**

**Action Taken and/or Response:**

(continue on back if necessary)

**Staff Member Signature:**       **Date:**

Dear ADM, Major Angel Quiros,    Date 11-5-04

I respectfully appeal to you, concerning the constant none stop herassment and reprisal and retaliation of C/O Tom Talisano, I am on C.T.O. I respectfully ask C/O Tom Talisano, if I could be allowed to clean my cell He once again used this as a offertumity to Herass me, I followed the chain of command as you directed me to I wrote the inclosed request to your staff U/M Esposito, dated 11-5-04 seeking a writing reply I also made him clearly aware of these issues doing his tour at around 8:49 AM of NB6, I attempted to give him the inclosed request to fullow the chain of command he refused to accept it, to allow me the chance to follow the chain of command, do to his indifference and biased indifference and dislike of my complaint on his comrade C/O Tom Talisano, he accepted othere prisoners request that give it to him in his hand but refused mines just to avoid dealing with me, he refused it saying put it in the box you and the warden have some times accepted items by hand when needed. he did it out of spite and, I am doing what I can to work with him and guess what I will continue to respect you and do everything in my power to work with him, Thanks for your time, I am respecting your staff as directed by you a man I admire and respect. Take Care please reply.  see that the inclosed is responded to and return.     yours truly
     Mr. Lloyd George Morgan, JR # 117796
              NB622  CCI
P.S. Please see that my request dated 10-21-04 and 11-5-04 inclosed are addressed Thank you for your efforts



# Disciplinary Report – Page 1
## Connecticut Department of Correction

CN 9503
REV 7/3/02

| | | |
|---|---|---|
| Unit: CCTC | Report date: 11/16/04 | Report no. |
| Inmate name: Morgan, L | Inmate no. 117996 | Housing: NBG 22 |
| Location: NBG | Incident date: 11/16/04 | Time: 12:12 p.m. |
| Charge: Housing Violations | | Class: C |

**Description of violation:** At 12:12 PM this officer was Touring the lower tier in NBG. This officer approached 622 cell. This officer noticed that inmate Morgan had a cloths line up. The cloths line had a towel & Tshirts hanging. The housing unit Rules are you can not have a cloths line on Day shift.

**Witness(es):**

**Physical evidence:**

| | | |
|---|---|---|
| Reporting employee: T. Tolinio | Employee requests copy: ☒ yes ☐ no | |
| Title: C/O | Date: 11/16/04 | Time: 12:20 p.m. |

### CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

☐ Administrative detention   Date   Time   ☐ a.m. ☐ p.m.
☐ Accused inmate interview   ☐ Informal disposition

Custody supervisor / unit manager signature: [signature]

| Title: C/O | Date: 11/16/04 | Time: 1225 p.m. |

### INMATE NOTICE

Delivered by: S. Hadlock
Title: Corr. Counselor   Date: 11/16/04   Time: 225 p.m.

**CHESHIRE C. I.**

# Memo

To: Morgan 117796
From: Capt. Esposito
Date: 10/28/04
Re: Correspondence 10/28/04

........................................................................

Mr. Hadlock has gone home for the day regarding your complaint. He did inform me that you had an issue with what you were charged for commissary items. I will discuss this matter with him in the morning. Attached are copies of the 6 requests you have written in the past two days which have been responded to accordingly.

Capt. Esposito

# Inmate Request Form
**Connecticut Department of Correction**

CN 9602
Rev. 9/3/02

**Inmate Name** MR. Lloyd George MORGAN JR

**Inmate no.** 117796

**Facility** (CCI)

**Housing unit** NB622B

**Date** 10-28-04

**Submitted to** U/M CAPT. A. ESPOSITO

**Request** Dear U/M Esposito, Sir I didn't want to report it but I feel a need. I have been very respectful to C/O T. Talisano He is keeping up the games. During Canselor Scott Hadlock first morning tour he attempted to block and tell Canselor Hadlock not to stop at my cell to talk to me, then just now on his tour of around 1:15 pm C/O Tom Talisano, said to Mr. Hadlock you know what I don't want you to do. Don't you, meaning not to stop at my cell to address my issues. You are wrong C/O Talisano got a personal vendetta against me. I had some very important issues concerning being charged for 2 commissary orders and I only got one and not the others I want to follow chain. Please deter this

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

**Acted on by (print name)**

**Title**

**Action Taken and/or Response**

(continue on back if necessary)

**Staff Member Signature**

**Date**

Date 00-22-04

Dear Commissioner A. Quiros and Warden Dzurenda

I Respectfully Appeal to you for Review Today Counselor Scott Hadlock Led me to Beleive I was on the Transfer List to be Transferrd in retaliation, please let me know if D.O.C. have any plans of this as it would truly show I was right all along I Started doing what you asked as hard as it is I Started doing all I can to work with U/M A. Esposito, as I do Respect you and the Warden, Mr. Hadlock was teasing me saying do you want to go to Bridgeport and I am not doing tick for tack I feel to ask if this is true also, I needed to mail out mail and money slips for postage he promised to allow me to do it to day but doing touring He played a game to not let me please see that U/M Esposito rectify this C/O Langlias also was saying on just write the warden this was like at 2:45pm. I wrote you in good faith as your incharge of any of the first issue of transfers. Also I am doing good in NB6 unit please do not allow me to be Retaliated against and Transferred or moved To: NB5, Just to Herass me if they your staff wouldn't tease me or threaten me about Being Transferrd for exercising my rights there would be no need to write you this please reply

Yours Truly
Lloyd George Morgan Jr #117796
NB622    CCIPC

CC. Comm. Theresa C. Lantz
CC. LGM/File

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

**Inmate Name:** Mr. Lloyd George Morgan, Jr.
**Inmate no.:** #117796
**Facility:** Cheshire C.I.
**Housing unit:** NB622
**Date:** 10-27-04
**Submitted to:** U/M Capt. A. Esposito

**Request:** Dear U/M Capt. A. Esposito sir, I respectfully write you in good faith to inform you that I/M Daven Demetrius Brown stated to this writer today that: He was doing everything he could to get me to or moved to NB5 side. He once again said he would lie to the states attys office and get them to call CCI or contack the Warden demanding the move. I make clear that he said he got other inmates also writing stuff. Cause he and them feel they cant get away with what the need to hang out. I know I been David what I am supose to do. NB5 side is twice dangerious and more fights ect to force me to be put in NB5 would be intentionally putting me at risk for harm.

I am doing where I am in NB6. I kindly ask that you not let this happen, please grant a writing reply. Thanks.

**Previous Action Taken:**

**Acted on by (print name):**      **Title:**

**Action Taken and/or Response:**

**Staff Member Signature:**      **Date:**

# Inmate Request Form
## Connecticut Department of Correction

Rev. 9/3/02

| Inmate Name | Inmate no. |
|---|---|
| Mr. Lloyd George Morgan, Jr | 117796 |

| Facility | Housing unit | Date |
|---|---|---|
| (CCI) | NB622 | 10-27-04 |

**Submitted to:** U/M Capt. A. Esposito,

**Request:** Dear U/M Capt. Esposito, in good faith I appeal to you for consideration. Counselor Scott Hadlock only set the rule in motion that I am allowed out only 2 times a week, to do my legal matters and issues. This rule is only being used for me today. I got legal mail I need to reply to. I need urgent consideration to be called out to make copies and to mail it in manila envelopes. Its nothing against (D.O.C.) or you, but my criminal civil. I disagree with a lot of the way you do things but I will do my best to get along and work with you. I am doing all I can. I pray you will also give me the chance and work with me. Thank you for your consideration.

(continue on back if necessary)

**Previous Action Taken:**

(continue on back if necessary)

| Acted on by (print name) | Title |
|---|---|
| | |

**Action Taken and/or Response:**

(continue on back if necessary)

| Staff Member Signature | Date |
|---|---|
| | |

**Connecticut Department of Correction**

| Inmate Name | | Inmate no. |
|---|---|---|
| Mr. Lloyd George Morgan Jr | | 117796 |

| Facility | Housing unit | Date |
|---|---|---|
| (CCI) | NB622 | 10-27-2004 |

Submitted to: U/M CAPT. A. ESPOSITO

Request: Per the proper chain of command I respectfully seek your review and effective response. After investigating these matters. Today doing tiering after passing out legal mail around 2:40pm Canselor II Scott Hadlock was teasing me saying do you want to go to Bridgeport C.I. I said no and I am Cause that a Reprisal and Retaliation transfere may Be in full effect. Could you check your computer now with your superiors. see if I am or Have Been put in for a transfer and The reasons. and who requested it. I just realize Mr. Hadlock is Highly Educated and Not to be taking lightly I don't agree with many of the things He do or say But I Respect him and I Personally care about Him. I know him for years. I feel this should Be checked out I really appreciate your review as this cause me much stress. Thanks for your time.

**Previous Action Taken**

**Acted on by (print name)** | **Title**

**Action Taken and/or Response**

**Staff Member Signature** | **Date**

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

**Inmate Name:** Mr. Lloyd G. Morgan, Jr.
**Inmate no.:** #117796
**Facility:** Cheshire C.I.
**Housing unit:** NB620
**Date:** 10-28-04
**Submitted to:** U/M Capt. A. Esposito

**Request:** Dear U/M Capt. Esposito Sir, I seek consideration of a urgent confidential meeting to talk to you about issues that only you can handle. I am writing you seeking that you call me out in private in your office about emergency matters. Please don't think I'm trying to worry about mail going out. I am coming to you seeking to follow the chain of command, to inform you about something thats constantly troubling my thinking that I can talk around others, we can give our best to get along. I'm trying please see me I won't upset you.

*(continue on back if necessary)*

**Previous Action Taken**

*(continue on back if necessary)*

**Acted on by (print name)** | **Title**

**Action Taken and/or Response**

*(continue on back if necessary)*

**Staff Member Signature** | **Date**

