UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LLOYD GEORGE MORGAN, JR.          :
                                  :         PRISONER
     v.                           :    Case No.3:01CV1107(CFD)(WIG)
                                  :
GOVERNOR JOHN ROWLAND, et al.     :

RULING AND ORDER

Plaintiff seeks leave to file a second amended complaint narrowing the issues and eliminating defendants not involved in those issues. The nine remaining defendants all have appeared in this case.

Plaintiff's motion [**doc. #173**] is **GRANTED**. The Clerk is directed to docket the proposed second amended complaint. Defendants are directed to file their response to the second amended complaint within **thirty (30)** days from the date of

**SO ORDERED** this 4th day of January, 2005, at Bridgeport, Connecticut.

                                    /s/
                                    WILLIAM I. GARFINKEL
                                    UNITED STATES MAGISTRATE JUDGE