UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 FEB -9 P 12: 48

U.S. DISTRICT COURT
BRIDGEPORT, CONN

LLOYD GEORGE MORGAN, JR
   VS.
GOVERNOR JOHN G. ROWLAND, ET,.AL,.

CIVIL NO. #3:01cv1107(RFD)(CFD)

Date 2-4-2005

   Motion To Inter Default: And Motion for Court Consideration and Remedy
now comes the pro-se Plaintiff Moves in the best interest of justice as well
as in good Faith request that this Court inter a default Judgement against
all Defedants for failure to file a Timely reply to plaintiff's
Amended Complaint Dated November 29, 2004 filed with this court on
Nov 30, 2004 with motion of objection,
to Defendant's Motion to Dismiss.

the Court gave the Defendants Counsel 30 days to file a reply to these matters
or to file a Answer and thus far there have not been any timely
reply giving that the plaintiff knows of? therefor this Motion
should be Granted,

plaintiff also request that the Caption of the case be Changed to
LLOYD GEORGE MORGAN, JR.V. COMMISSIONER JOHN J. ARMSTRONG, ET,. AL.
due to the nature Defendant Rowland have been removed from this case
plaintiff thanks the court for its time.
Plaintiff also Reniews his Motion for appointment of Counsel in this
case, and seek that this motion be granted.

By the plaintiff.
*Lloyd George Morgan Jr*
Mr. Lloyd George Morgan, Jr. #117796
CHESHIRE CORRECTIONAL INST.
900 HIGHLAND AVE
CHESHIRE, CT 06410

CERTIFICATION
this is to certify that a copy of this motion have been sent to all parties of record
postage prepaid on Date  2-7-2005   To al partys bellow.

OFFICE OF THE ATTORNEY GENERALS
(AAG) LYNN D. WITTENBRINK
110 Sherman Street
Hartford, Ct 06105

Atty. Annette M. Lamoreaux Esq.
Connecticut Civil Liberties Union Foundation
32 Grand Street
HartFord, Ct 06106

*Lloyd George Morgan Jr*
Mr. Lloyd George Morgan, Jr. #117796