UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LLOYD GEORGE MORGAN | : | PRISONER |
| | : | NO. 3:01CV1107(CFD) |
| VS. | : | |
| | : | |
| JOHN ROWLAND, ET AL. | : | FEBRUARY 8, 2005 |

**MOTION FOR EXTENSION OF TIME TO FILE**
**RESPONSIVE PLEADING NUNC PRO TUNC**

The defendants in the above-captioned matter respectfully move for a 30-day extension of time up to and including March 10, 2005, to respond to the Amended Complaint filed in this matter on January 5, 2005. In support of this motion, the defendants represent as follows:

1. This is the first motion to extend the time to respond to the Amended Complaint that has been filed in this matter;

2. The press of other matters, including a week long trial last week with the Honorable Holly Fitzsimmons, and covering for others in this office involved in unique litigation in the past month, has made more timely response most difficult for the undersigned counsel; and

3. Due to plaintiff's incarceration, the undersigned counsel did not attempt to seek his position with regard to this motion. The undersigned counsel did attempt to reach Annette Lamereaux, of the CCLU, but was unable to do so.

WHEREFORE, the defendants respectfully seek up to and including March 10, 2005, to file a responsive pleading.

DEFENDANTS,
John Rowland, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:___/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar No. ct08575
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
lynn.wittenbrink@po.state.ct.us


**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 8th day of February 2005:

Lloyd George Morgan, Inmate No. 117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire CT 06410

CCLU
32 Grand Street
Hartford, CT  06106

____/s/_____
Lynn D. Wittenbrink
Assistant Attorney General

2