UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LLOYD GEORGE MORGAN, | : | PRISONER |
| Plaintiff | : | Civil Action Number: 3:01CV1107 (CFD) |
| vs. | : | |
| JOHN ROWLAND, et al., | : | |
| Defendants | : | |

### RULING ON MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b), the Defendants' Motion to Dismiss [Doc. #133] shall be treated as a Motion for Summary Judgment as matters outside the pleadings shall be considered by the Court. The parties shall have 45 days in which to supplement their materials and briefs and 10 days after that to file reply briefs.

Accordingly, the Motion to Dismiss [Doc. #133] is DENIED, without prejudice to raising these claims by way of summary judgment.

IT IS SO **ORDERED**.

Dated at Hartford, Connecticut this 25th day of February, 2005.

    /s/ CFD
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE