UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LLOYD GEORGE MORGAN, JR. | : | PRISONER |
| *Plaintiff* | : | CASE NO. 3:01CV1107 (CFD) (WIG) |
| V. | | |
| JOHN ROWLAND, ET. AL | : | APRIL 8, 2005 |
| *Defendants* | | |

## MOTION FOR ARTICULATION

Lloyd George Morgan, Jr., the plaintiff in the above-captioned matter, hereby respectfully requests the Court to provide further clarification regarding its Ruling on Motion to Dismiss dated February 25, 2005. In support of his request, the plaintiff submits the following:

1. The Court ruled that the defendants' Motion to Dismiss would be treated as a Motion for Summary Judgment pursuant to Fed. R. Civ. P. 12 (b) "as matters outside the pleadings shall be considered by the Court." The parties were given 45 days to supplement their materials and briefs and 10 additional days to file reply briefs.

2. However, the Court also ruled that the Motion to Dismiss was denied "without prejudice to raising these claims by way of summary judgment."

3. Since the two parts of the ruling seem to conflict with each other, the plaintiff is unsure whether the defendants are required to file a Motion for Summary Judgment in order to renew their claims or whether the Motion to Dismiss filed previously will be treated as a Motion for Summary Judgment without any further action on the part of the defendants.

4. The 45-day period for supplementing materials and briefs will expire on or about April 11, 2005.

5. As of the date of this motion, the defendants have not filed a Motion for Summary Judgment or any materials supplementing their Motion to Dismiss.

6. It is not clear to the plaintiff what matters outside the pleadings shall be considered by the Court. Therefore, the plaintiff does not know whether any action on his part is required at the present time.

WHEREFORE, the plaintiff respectfully requests that the Court issue further clarification regarding its Ruling on Motion to Dismiss dated February 25, 2005.

                                        THE PLAINTIFF

                               /s/Lloyd George Morgan, Jr.
                               Lloyd George Morgan, Jr., pro se
                               Inmate #117796
                               Cheshire CI
                               900 Highland Avenue
                               Cheshire, CT 06410

Although not appearing herein, the undersigned assisted in the preparation of this motion:

/s/Richard P. Cahill
Richard P. Cahill, Esq.
Schulman & Associates
Inmates' Legal Assistance Program
78 Oak Street, P.O. Box 260237
Hartford, CT 06126-0237
Tel: (860) 246-1118
Fax: (860) 246-1119

**CERTIFICATION**

I hereby certify that a copy hereof was mailed, postage prepaid, on this 8th day of April, 2005, to the following counsel and pro se parties of record:

Lynn D. Wittenbrink, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Annette M. Lamoreaux, Esq.
Connecticut Civil Liberties Union Foundation
32 Grand Street
Hartford, CT 06106

/s/Lloyd George Morgan, Jr.
Lloyd George Morgan, Jr.