UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LLOYD GEORGE MORGAN, JR. | : | PRISONER |
| *Plaintiff* | : | CASE NO. 3:01CV1107 (CFD) (WIG) |
| V. | | |
| JOHN ROWLAND, ET. AL | : | APRIL 8, 2005 |
| *Defendants* | | |

## REQUEST FOR ENTRY OF DEFAULT

To: The Clerk of the United States District Court for the District of Connecticut

　　Please enter the default of the defendants in the above-captioned matter for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the attached affidavit of Lloyd George Morgan, Jr.

　　　　　　　　　　　　　　　　　　　　　THE PLAINTIFF

　　　　　　　　　　　　　　　　　　　　　/s/Lloyd George Morgan, Jr.
　　　　　　　　　　　　　　　　　　　　　Lloyd George Morgan, Jr., pro se
　　　　　　　　　　　　　　　　　　　　　Inmate #117796
　　　　　　　　　　　　　　　　　　　　　Cheshire CI

                                                                                                        900 Highland Avenue
                                                                                                        Cheshire, CT 06410

## **AFFIDAVIT**

STATE OF CONNECTICUT  )

                       ) ss: CHESHIRE            APRIL 8, 2005

COUNTY OF NEW HAVEN  )


    Lloyd George Morgan, Jr., being duly sworn, deposes and says:

    1.  I am the pro se plaintiff in the above-entitled matter.

    2.  On January 4, 2005, the Court issued a Ruling and Order directing the defendants to file their response to the Second Amended Complaint within 30 days.

    3.  On or about February 8, 2005, the defendants filed a Motion for Extension of Time to File Responsive Pleading Nunc Pro Tunc, asking that the time for filing a responsive pleading be extended up to and including March 10, 2005.

    4.  Both the original deadline set by the Ruling and Order and the extended period requested by the defendants have expired.

5. The defendants have not filed a responsive pleading.

      THE PLAINTIFF

      /s/Lloyd George Morgan, Jr.
      Lloyd George Morgan, Jr., pro se
      Inmate #117796
      Cheshire CI
      900 Highland Avenue
      Cheshire, CT 06410

Subscribed and sworn to before me this 8th day of April, 2005.

      /s/Richard P. Cahill
      Commissioner of the Superior Court

Although not appearing herein, the undersigned assisted in the preparation of this motion:


/s/Richard P. Cahill
Richard P. Cahill, Esq.
Schulman & Associates
Inmates' Legal Assistance Program
78 Oak Street, P.O. Box 260237
Hartford, CT 06126-0237
Tel: (860) 246-1118
Fax: (860) 246-1119


**CERTIFICATION**

I hereby certify that a copy hereof was mailed, postage prepaid, on this 8th day of April,

2005, to the following counsel and pro se parties of record:


Lynn D. Wittenbrink, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Annette M. Lamoreaux, Esq.
Connecticut Civil Liberties Union Foundation
32 Grand Street
Hartford, CT 06106

     <u>/s/Lloyd George Morgan, Jr.</u>
     Lloyd George Morgan, Jr.