UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LLOYD GEORGE MORGAN, JR.       :
                               :           PRISONER
     v.                        :    Case No. 3:01CV1107(CFD)(WIG)
                               :
GOVERNOR JOHN ROWLAND, et al.  :

RULING AND ORDER

Pending are a motion for extension of time filed by defendants as well as two motions for entry of default and a motion for articulation filed by plaintiff.

On March 1, 2004, defendants filed a motion to dismiss. In January 2005, with the assistance of an attorney from Inmates' Legal Assistance Program, plaintiff filed a second amended complaint. On February 25, 2005, the court denied defendants' motion to dismiss. In the ruling, the court indicated that defendants' arguments could be better addressed in the context of a motion for summary judgment and afforded defendants forty-five days to file a motion. Plaintiff states that there is some confusion in the language in the ruling and seeks clarification.

Plaintiff's motion [**doc. #180**] is **GRANTED**. Because the second amended complaint eliminates many claims and defendants, the court's intention is that defendants file a motion for summary judgment addressed to the second amended complaint. No response is required from plaintiff until defendants file their motion. Defendants shall file their motion for summary judgment

on or before **April 25, 2005.**

In light of this order, defendants' motion for extension of time to respond to the second amended complaint [**doc. #178**] and plaintiff's motions for entry of default [**docs. ## 177, 181**] are **DENIED** as moot.

**SO ORDERED** this ___12th___ day of April, 2005, at Bridgeport, Connecticut.

                                                ___*/s/ William I. Garfinkel*___
                                                   WILLIAM I. GARFINKEL
                                      UNITED STATES MAGISTRATE JUDGE