UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 APR 18 P 4: 34
U.S. DISTRICT COURT
BRIDGEPORT, CONN

LLOYD GEORGE MORGAN, JR.
    VS.
GOVERNOR JOHN G. ROWLAND, ET,. AL,.

: CIVIL NO.3:01CV1107(CFD)(WIG)
: DATE APRIL 14, 2005

## MOTION OF OBJECTION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME AND MOTION OF OBJECTION OF THE DEFNDANT'S MOTION IN OPPOSITION TO: PLAINTIFF'S MOTION FOR DEFAULT, AND MOTION FOR A SETTLEMENT CONFERRANCE

(1) Now Comes the Pro-se plaintiff Lloyd george morgan,jr Moves this Court in the best interest of justice as well as in Good faith respectfully objects to the Defendants motion Dates April 11, 2005 requesting more time to file a answer to the plaintiff's pending Amended Complaint, for these reason this case has been pending since the year of 2001 and the court have giving this professional Corperation of the attorney Generals office Sevral Orders to file a Responce and or answer to the plaintiff pending complaint thus far (AAG) Lynn D. Wittenbrink have intentional Disregarded the Courts orders feeling as if she is above the law and the courts Orders.

(2) the plaintiff needs to get this case Moving to seek a remedy for the alleged wrongs said in the pending Complaint. Further Delay can Injure the plaintiff chance at being able to have a Fair trial and counsel to try the Case or reach a reasonable Settlement of the case at hand. the defendant's Counsel seem to feel she can just keep claiming she is over Burden with so many othere cases and could'nt get to this case or that because she waited so long for the plaintiff to file his answer he should do the same thing its a Big difference in the plaintiff's sitaution being with out Counsel and the Complexity of the case and at first was Denied Legal Assistance from the Legal assistance program and then latter they started to help plaintiff at the end of the case.

(3) plaintiff ask that this Court order the (AAG) WITTENBRINK, to move to pass the case to another Attorney General Agent who has less cases that can effectively defend the case or do justice to the plaintiff. plaintiff request Consideration of a settlement conferrence to be set and plaintiff request the Default request stand and more time denied.

BY THE PLAINTIFF

*Lloyd George Morgan JR*

MR.LLOYD GEORGE MORGAN,JR#117796
CHESHIRE C.I. 900 HIGHLAND AVE
CHESHIRE, CT 06410

CERTIFICATION

THIS IS TO CERTIFY THAT A COPY OF THE FOREGOING MOTION WAS MAILED POSTAGE PRE-PAID TO THE FOLLOWING ON APRIL 14, 2005:

ATTY. ANNETTE M. LAMOREAUX, ESQ.
CONNECTICUT CIVIL LIBERTIES UNION FOUDATION
32 GRAND STREET
HARTFORD, CT 06106

OFFICE OF THE ATTORNEY GENERALS
(AAG) LYNN D. WITTENBRINK
110 SHERMAN STREET
HARTFORD, CT 06105-2294


by The Plaintiff

*Lloyd George Morgan*

MR. LLOYD GEORGE MORGAN, JR. #17796