# LAW OFFICES
## OF
## SYDNEY T. SCHULMAN

**Administrative Director**
Sydney T. Schulman, Esq.

**Managing Attorney**
Jane Starkowski

### INMATES' LEGAL ASSISTANCE PROGRAM

**Staff Attorneys**
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Jenna M. Edmundson

November 3, 2003

Mr. Lloyd George Morgan, Jr.
#117796
Northern CI
287 Bilton Road
P.O. Box 665
Somers, CT 06071

**Re: Morgan v. Rowland, No. 3:01CV1107 (CFD) (WIG)**

Dear Mr. Morgan:

    This letter will serve as confirmation of the fact that Inmates' Legal Assistance Program is unable to assist you in the above-referenced matter.

Very truly yours,

Richard P. Cahill
Attorney at law

78 OAK STREET • P.O. BOX 260237 • HARTFORD, CT  06126-0237 • TEL. (860) 246-1118 • FAX (860) 246-1119
TOLL FREE NUMBER 1-800-301-ILAP

**LAW OFFICES OF**

## FRANK J. RICCIO, LLC

P.O. BOX 491 • BRIDGEPORT, CT 06601-0491 - (203) 333-6135
TELECOPIER: (203) 333-6190

FRANK J. RICCIO*
FRANK J. RICCIO, II
AGUSTIN SEVILLANO

OFFICE LOCATION:
923 EAST MAIN STREET
BRIDGEPORT, CT 06608-1914

*ADMITTED: CT & NY
BOARD CERTIFIED
CRIMINAL TRIAL ADVOCACY

EXHIBIT "B"

September 20, 2002

Lloyd George Morgan
Inmate # 117796
Northern Correctional Institution
287 Bilton Road
PO Box 665
Somers, CT 06071

RE:    **Morgan v. Rowland et al.**
        Docket No. 3:01CV1107(WIG)(CFD)

Dear Mr. Morgan:

I am in receipt of your letter dated September 6, 2002. Please be advised that I have taken the time to review the materials that you have provided to my office. I do think that you have done a fine job compiling this complaint together.

Despite not knowing very much about the facts of your case, I don't see any weak or unpersuasive points that are presented in your complaint. If the facts as you state them can be proven and substantiated, you have a good opportunity to be awarded money damages.

(As a side issue, be advised that if you do win money damages, the Bureau of Prisons will place a lien on any successful recovery you have. That lien typically is for your "costs of incarceration" and, depending on your period of incarceration, could total over one hundred thousand dollars).

At this point in time, the pro bono caseload in my office is already overloaded. As a result, my office cannot assist you in this matter.

I do wish you the best of luck in the future.

Very truly yours,

FRANK J. RICCIO II

**EXHIBIT C.**

Mr. Lloyd George Morgan, Jr.
August 23, 2002
Page -6-

In the meantime, if I can be of any further legal assistance, please do not hesitate to contact me.

Very truly yours,

Richard P. Cahill
Attorney at law

Enclosures

**EXHIBIT C.**

Mr. Lloyd George Morgan, Jr.
August 23, 2002
Page -5-

tampering with your mail.

We cannot do anything about the interdepartmental mail system. The state is free to allow inmates to use it or to bar them from using it.

The letter to which I am responding was addressed to Jane Starkowski, ILAP's managing attorney. You complained to Attorney Starkowski about my refusal to assist you with the federal civil rights suit Morgan v. Rowland, et al. It is my opinion that you cannot present a prima facie case. The reasons for my opinion were explained in great detail in two previous letters, and I will not repeat them here. Attorney Starkowski read my previous letters, and she concurred with my opinion. You are free to write to Sydney T. Schulman, ILAP's executive director. Attorney Schulman is free to respond, or to delegate the job of responding to Attorney Starkowski or me.

Enclosed is the ruling and order you sent with the letter to which I am responding. I have retained a copy for your file.

In the past two weeks, I have received two other letters from you dealing with the federal suit. The most recent letter was received after our telephone conversation this morning. I will respond to those letters as time permits.

ACLU
AMERICAN CIVIL LIBERTIES UNION


EXHIBIT "C"

# PRIVILEGED LEGAL CORRESPONDENCE

August 3, 2004

Lloyd George Morgan
DOC No. 117796
Cheshire C.I.
900 Highland Ave.
Cheshire, CT 06410

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
733 15TH STREET, NW,
SUITE 620
WASHINGTON, DC, 20005-2112
T/202.393.4930
F/202.393.4931

ELIZABETH ALEXANDER
DIRECTOR
ATTORNEY AT LAW

NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500
WWW.ACLU.ORG

OFFICERS AND DIRECTORS
NADINE STROSSEN
PRESIDENT

ANTHONY D. ROMERO
EXECUTIVE DIRECTOR

KENNETH B. CLARK
CHAIR, NATIONAL
ADVISORY COUNCIL

RICHARD ZACKS
TREASURER

Dear Mr. Morgan:

Thank you for your letter of July 18, 2004, and the enclosed materials. Unfortunately, we will not be able to assist you. Due to our limited resources, we generally handle only class actions brought on behalf of large numbers of prisoners.

I am returning your materials as you requested. Thank you again for writing; I'm sorry we are not able to help.

Very truly yours,

David C. Fathi
Senior Staff Counsel

Enclosures

Telephone 203 333-1177
Telecopier 203 384-9832

Law Offices

# Weinstein, Weiner, Ignal, Napolitano & Shapiro, P.C.

350 Fairfield Avenue                   P.O. Box 9177             Bridgeport, Connecticut 06601

Howard Evan Ignal
Gerald T. Weiner
Burton M. Weinstein                        **EXHIBIT C** .
Roberta Napolitano
Richard J. Shapiro
Judith A. Mauzaka

January 10, 2005


Lloyd George Morgan, Jr. #117796
G13 Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. Morgan:

I do not believe there is anything I can do to help you with your complaint.

I do not know why you have been sending copies of the pleadings to Attorney Lamoreaux of the Civil Liberties Union. She is not representing the State. She is the one who can assist you better than I. The deprivations you claim to have suffered at "Northern" could have been addressed by way of equitable relief but, since you are no longer at Northern, and you give no indication of the deprivation continuing, that part of the claim is moot.

If a doctor would be prepared to give a report and swear to permanent physical damage resulting from the deprivation of exercise facilities, you might have a claim. There is no indication that such a diagnosis has been made.

I can be of no further help to you.

Very truly yours,

Burton M. Weinstein
BMW/nch

LAW OFFICES OF

# FRANK J. RICCIO, LLC

P.O. BOX 491 • BRIDGEPORT, CT 06601-0491 • (203) 333-6135
TELECOPIER: (203) 333-6190

FRANK J. RICCIO*
FRANK J. RICCIO, II
AGUSTIN SEVILLANO

OFFICE LOCATION:
923 EAST MAIN STREET
BRIDGEPORT, CT 06608-1914

———

*ADMITTED: CT & NY
BOARD CERTIFIED
CRIMINAL TRIAL ADVOCACY


September 20, 2002

Lloyd George Morgan                    **EXHIBIT C.**
Inmate # 117796
Northern Correctional Institution
287 Bilton Road
PO Box 665
Somers, CT 06071

RE:    **Morgan v. Rowland et al.**
       Docket No. 3:01CV1107(WIG)(CFD)


Dear Mr. Morgan:

I am in receipt of your letter dated September 6, 2002. Please be advised that I have taken the time to review the materials that you have provided to my office. I do think that you have done a fine job compiling this complaint together.

Despite not knowing very much about the facts of your case, I don't see any weak or unpersuasive points that are presented in your complaint. If the facts as you state them can be proven and substantiated, you have a good opportunity to be awarded money damages.

(As a side issue, be advised that if you do win money damages, the Bureau of Prisons will place a lien on any successful recovery you have. That lien typically is for your "costs of incarceration" and, depending on your period of incarceration, could total over one hundred thousand dollars).

At this point in time, the pro bono caseload in my office is already overloaded. As a result, my office cannot assist you in this matter.

I do wish you the best of luck in the future.

Very truly yours,

FRANK J. RICCIO II

# Beck & Eldergill, P.C.

**Attorneys At Law**

447 CENTER STREET, MANCHESTER, CONNECTICUT 06040  PHONE (860) 646-5606
COVENTRY (860) 742-0882
HARTFORD (860) 522-5606
FAX (860) 646-0054

BRUCE S. BECK
KATHLEEN ELDERGILL
MARC P. MERCIER
DAVID R. KRITZMAN
MATTHEW R. POTTER
DEREK V. OATIS

April 18, 2005

Mr. Lloyd George Moran, Jr. #117796
Cheshire Correctional Institution
900 Highland Avenue                    **EXHIBIT C.**
Cheshire, CT  06410

LEGAL MAIL

Dear Mr. Moran:

I received your letter dated April 13, 2005, seeking representation from our firm.  I regret to inform you that neither myself nor anyone else in the firm is currently in a position to take on representing you in this matter.  Therefore, I am returning your materials.

I wish you the best of luck in your case.

Sincerely,

Kathleen Eldergill

KE:jmj
unopened\Mor041805ltr

# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

April 14, 2004

Lloyd George Morgan #117796
Cheshire Correctional
900 Highland Avenue
Cheshire, CT 06410                    **EXHIBIT C.**

Dear Mr. Morgan:

We received your letter dated March 3, 2004 requesting assistance. Unfortunately, this office is unable to provide the assistance you request. This office is staffed primarily by law student interns and lacks the resources to accept additional cases of this nature at this time. We are returning the materials you enclosed with your letter. We regret that we are unable to assist you and wish you the best of luck.

Sincerely,

Brett Dignam
BD/dct

# ROME McGUIGAN, P.C.

ATTORNEYS AT LAW

RESPOND TO:

One State Street
Hartford, CT  06103-3101
860-549-1000
Fax 860-724-3921
www.rms-law.com

Robert J. T. Britt
Direct Dial:  860-493-3450
E-Mail: rbritt@rms-law.com

March 2, 2005

## PRIVILEDGED AND CONFIDENTIAL

Mr. Lloyd G. Morgan, Jr. - Inmate 117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

**EXHIBIT C.**

Dear Mr. Morgan:

    I am sorry I cannot help you but wish you the best of luck.

Sincerely,

Robert J. T. Britt

RJTB/cbj
Enclosure
395659

ALSO LOCATED:

1000 Lafayette Boulevard
Bridgeport, CT  06604-4700
203-382-8000
Fax 203-382-8005

# LYNCH, TRAUB, KEEFE AND ERRANTE
## A PROFESSIONAL CORPORATION
### ATTORNEYS AND COUNSELLORS AT LAW

**\*\* HUGH F. KEEFE**
**† STEVEN J. ERRANTE**
**∞ JOHN J. KEEFE, JR.**
**\* DONN A. SWIFT**
  CHARLES E. TIERNAN III
  ROBERT W. LYNCH
  RICHARD W. LYNCH
**† TIMOTHY P. POTHIN**
  ERIC P. SMITH
  NICOLE M. FOURNIER
  LOUIS M. RUBANO
**† MARISA A. BELLAIR**
**£ NANCY A. FITZPATRICK**
**\* STEPHEN I. TRAUB, OF COUNSEL**
**◦ WILLIAM C. LYNCH, RETIRED**

**52 TRUMBULL STREET**
**P.O. BOX 1612**
NEW HAVEN, CONNECTICUT 06506-1612

PHONE:    (203) 787-0275
FAX:    (203) 782-0278
E-MAIL:    LAWYERS@LTKE.COM
INTERNET:    HTTP://WWW.LTKE.COM

**\* BOARD CERTIFIED CIVIL TRIAL LAWYER**
**∞ BOARD CERTIFIED CRIMINAL TRIAL LAWYER**
**\*\* BOARD CERTIFIED CIVIL AND**
**CRIMINAL TRIAL LAWYER**
**† ALSO ADMITTED IN NEW YORK**
**◦ ALSO ADMITTED IN DISTRICT OF COLUMBIA**
**£ ALSO ADMITTED IN FLORIDA**

**EXHIBIT C.**

January 12, 2005

Lloyd George Morgan, Jr.
Inmate #117796
Cheshire Correctional Institute
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. Morgan:

I am in receipt of your letter dated January 3, 2005 seeking legal assistance. Unfortunately, due to my present trial schedule, I will not be able to assist you. I am enclosing herewith the original materials that you sent to me.

Very truly yours,

Nicole M. Fournier

NMF:ib

Enc.



**Shipman &
Goodwin** LLP®
COUNSELORS AT LAW

One Constitution Plaza
Hartford, Connecticut  06103-1919
Phone: (860) 251-5000

Sheila A. Huddleston
Phone:  (860) 251-5723
Fax:  (860) 251-5319
shuddleston@goodwin.com

**EXHIBIT C.**

March 22, 2005

Mr. Lloyd George Morgan, Jr.
No. 117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

Re:    Request for Pro Bono Representation

Dear Mr. Morgan:

I received your request for pro bono representation.  I'm sorry to report that we are unable to take on representation of you in your case in federal district court.  We simply do not have anyone available to take on a case like this at the present time.

Sincerely yours,

*Sheila A. Huddleston*

Sheila A. Huddleston

Hartford                    Stamford                    Lakeville                    Greenwich

# Shipman & Goodwin LLP®
### COUNSELORS AT LAW

One Constitution Plaza
Hartford, Connecticut  06103-1919
Phone: (860) 251-5000

Howard L. Pierce
Phone:  (860) 251-5600
Fax:  (860) 251-5318
hpierce@goodwin.com

March 31, 2005

**EXHIBIT C.**

Mr. Lloyd George Morgan, Jr.
#117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

Re:    Legal Assistance Request

Dear Mr. Morgan, Jr.:

Shipman & Goodwin LLP is in receipt of your correspondence.  Please be advised that this firm is not in a position to help you.

Once again, I regret to inform you that the firm will be unable to assist you with your legal matters.  I am therefore returning your original documents to you.

Thank you for thinking of this office regarding your representation.  I wish you the best of luck in your endeavors.

Sincerely,

Howard L. Pierce

HLP:jag

Hartford            Stamford            Lakeville            Greenwich

LAW OFFICES OF

# Jacobs, Grudberg, Belt & Dow, P.C.

350 ORANGE STREET
POST OFFICE BOX 606
NEW HAVEN, CONNECTICUT 06503-0606

TELEPHONE (203) 772-3100
FAX (203) 772-1691

OUR FILE NUMBER

HOWARD A. JACOBS
IRA B. GRUDBERG
DAVID L. BELT
WILLIAM F. DOW, III
JONATHAN KATZ
DAVID T. GRUDBERG
BERNARD CHRISTIANSON
ROSEMARIE PAINE
JOSEPH J. PACKTOR
ALINOR C. STERLING
ANDREW I. SCHAFFER
TRISHA M. MORRIS
EDWARD J. McMANUS
JOSHUA D. LANNING

ISRAEL J. JACOBS (1918-1963)

December 21, 2004

**EXHIBIT C.**

Mr. Lloyd George Morgan
Inmate No. 117796
Cheshire Correctional Institution
900 Highland Ave.
Cheshire, Ct. 06410

Dear Mr. Morgan,

      Thank you very much for your letter. I have read your complaint and am very sorry for what happened to you. Unfortunately I am unable to take your case at this time. We have a number of cases against the Department of Correction, and given their work-intensive nature, are only able to take a few at a time. I wish you all the best with your case.

      Very truly yours,

      JACOBS, GRUDBERG, BELT & DOW, P.C.

      By_____
      Joshua D. Lanning

JDL/da

# Koskoff Koskoff & Bieder PC

Law Offices

P.O. Box 1661
Bridgeport, CT 06601

350 Fairfield Avenue
Bridgeport, CT 06604

(203) 336-4421
FAX (203) 368-3244

e-mail: kkb@koskoff.com
www.koskoff.com

Theodore I. Koskoff
      (1913-1989)
Michael P. Koskoff
Richard A. Bieder *
Joel H. Lichtenstein
John D. Jessep
Christopher D. Bernard *
Carey B. Reilly
James D. Horwitz
Joshua D. Koskoff
Regina M. Murphy
Antonio Ponvert III
Kathleen L. Nastri
William M. Bloss
Gertrude A. Kiaunis
J. Craig Smith
Cynthia C. Bott
Lillian C. Gustilo
*Certified Civil Trial Advocate
   National Board of Trial Advocacy

Of Counsel
James Wu, LLC
Neal A. DeYoung ^
^ Also Admitted in New York

Paralegals
Linda Grossberg
Barbara Larocca
Beth Vogler
Diana V. Orozco
Patricia M. Harris
Marge Esposito
Wendy Grosso
Deborah A. Dinan
Diane C. Rivera
Diane L. Zalewski
Terri L. Beatty
Janet E. Mitchell
Evelyn McGrath

January 10, 2005

Legal Mail

**EXHIBIT C.**

Lloyd George Morgan, Jr.
No. 117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

Dear Mr. Morgan:

    I am in receipt of your letter dated December 29, 2005 and I have reviewed your complaint carefully.  Unfortunately, I will not be able to assist you with this mater.

    I wish you the best of luck.

Sincerely,

Antonio Ponvert III

APIII:sc

# CARMODY & TORRANCE LLP

Attorneys at Law

195 Church Street
Post Office Box 1950
New Haven, Connecticut
06509-1950

Direct Dial: 203 784-3109
Facsimile:  203 784-3199
crooney@carmodylaw.com

Christopher Rooney

August 5, 2004

Lloyd Morgan,                    **EXHIBIT C.**
Inmate #117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

     Re:   Morgan v. Rowland

Dear Mr. Morgan:

     I received your message requesting me to assist you in your case.  My firm has for some time represented John Rowland and various state agencies.  Legal ethics would prohibit me or my firm from representing you in such a circumstance.  Unfortunately, ethics is a conflict which cannot be waived.  I wish you luck in your suit.

     Very truly yours,

*Christopher Rooney*
Christopher Rooney

*/rap*

JCR:slr

{N0720696}

195 Church Street
Post Office Box 1950
New Haven, Connecticut
06509-1950

Direct Dial: 203 784-3109
Facsimile:   203 784-3199
crooney@carmodylaw.com

# CARMODY & TORRANCE LLP

Attorneys at Law

Christopher Rooney

August 11, 2004

**EXHIBIT C.**

Lloyd Morgan,
Inmate #117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Re:    Morgan v. Rowland

Dear Mr. Morgan:

I am returning the unsolicited materials you forwarded to me. As I explained in my letter to you of August 5, 2004, my firm has represented both John Rowland and various state agencies. Representing you in a suit which places you in an adversarial position to my clients is not permitted. Legal ethics would prohibit me from even reading the material you sent me.

I wish you luck in presenting your case.

Very truly yours,

Christopher Rooney

Christopher Rooney

JCR:nap

{N0720807}

# JACOBS, JACOBS & SHANNON

PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

265 ORANGE STREET

NEW HAVEN, CONNECTICUT 06510

ISRAEL J. JACOBS (1918-1963)
RICHARD L. JACOBS
STEVEN D. JACOBS*
JOHN MANSFIELD SHANNON

*ALSO ADMITTED IN ILLINOIS

TELEPHONE
(203) 562-6111
FAX: (203) 624-8752

January 11, 2005

IN REPLY PLEASE REFER
TO OUR FILE NO.

## EXHIBIT C.

Mr. Lloyd George Morgan, Jr.
Inmate #117796
Cheshire Correctional Institution
900 Highland Ave.
Cheshire, CT 06410

RE:   Lloyd George Morgan, Jr. vs. John G. Rowland, Et Al

Dear Mr. Morgan,

I have received your materials and cover letter of January 4, 2005.

I regret that I will be unable to assist you in this matter. Accordingly, I am returning the materials to you.

Best wishes.

Very truly yours,

Steven D. Jacobs

enc.

# CCLU

## Connecticut Civil Liberties Union Foundation

32 Grand Street • Hartford, CT 06106
860-247-9823 • Fax: 860-728-0287

**EXHIBIT C.**

July 8, 2004

Mr. Lloyd G. Morgan, Jr. #117796
Cheshire Correctional Institute
900 Highland Ave.
Cheshire, CT 06410

Dear Mr. Morgan:

As Philip Tegler stated in his letter dated December 15, 2003, there is nothing more this office can do for you. The Connecticut Civil Liberties Union does not now, nor have we ever represented you. We only filed a "friend of the court" brief for you in June 2003. The Court has since dismissed your case. Therefore, there is nothing more we can do for you.

Enclosed you will find the materials you sent to us, along with an additional copy of the Court's dismissal of your case.

Sincerely yours,

Annette M. Lamoreaux
Legal Director

AML/ML/Encl.

LAW OFFICES OF

# NORMAN A. PATTIS, LLC

649 AMITY ROAD • PO BOX 280 • BETHANY, CT 06524
PHONE 203 393-3017 • FAX 203 393-9745

NORMAN A. PATTIS
KIM COLEMAN WAISONOVITZ                          **EXHIBIT C.**

January 17, 2005

George Morgan, Jr.
Inmate #117796
Northern Correctional Institution
287 Bilton Road
Somers, CT 06071

Dear Mr. Morgan:

I don't know how many times you have written to me in the past few years asking me to represent you, but I'm afraid that I'm going to have to decline once again. I have just formed a new office and my expenses are high and income is low.

I wish you the very best of luck in finding counsel, however, and I remain flattered in your continued interest in me these many years.

Sincerely,

NORMAN A. PATTIS

NAP:dp

BY APPOINTMENT ONLY:          51 ELM STREET, THIRD FLOOR          99 WHITFIELD STREET
                              NEW HAVEN, CT 06510                 GUILFORD, CT 06437

## Jon L. Schoenhorn & Associates

Attorneys At Law

97 Oak Street ■ Hartford, CT ■ 06106-1515

Jon L. Schoenhorn * †
Jennifer L. Bourn
* Also admitted in the District of Columbia
† National Board Certified Civil & Criminal Trial Specialist

Telephone: (860) 278-3500
Fax: (860) 278-6393
E-Mail: CIVLRIGHTS@AOL.COM

January 10, 2005

*Attorney-Client Mail*
Lloyd Morgan Jr. #117796
Cheshire C. I.
900 Highland Avenue
Cheshire, CT 06410

Re:     Your letter

Dear Mr. Morgan:

I reviewed your letter dated December 29, 2004, concerning your federal case. I have, of course, corresponded with you several times over the years, and, as you know, I do not take civil rights cases on either a pro bono or contingency-fee basis. I am simply too busy with my small law firm, to handle these cases which, from your own experience, tells you that they are complicated and time-consuming. Furthermore, the Prison Litigation Reform Act makes it almost impossible for attorneys to get a legal fee, even if we succeed on behalf of an inmate.

I wish you, however, continued good luck. I saw that you won an appeal in your criminal case. So maybe luck is heading in your direction for once.

However, I must decline to represent you in your civil case.

Very truly yours,

Jon L. Schoenhorn

JLS:j

Wiggin and Dana LLP         Alan G. Schwartz
One Century Tower          203.498.4332
P.O. Box 1832              203.782.2889 fax
New Haven, Connecticut     aschwartz@wiggin.com
06508-1832
www.wiggin.com

**WIGGIN AND DANA**

*Counsellors at Law*

PRIVILEGED LEGAL MAIL

December 8, 2004

Lloyd George Morgan, Jr.
Inmate #117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

Re:      Pro Bono Legal Representation

Dear Mr. Morgan:

I am in receipt of your letter to Penny Seaman requesting pro bono legal representation regarding a lawsuit against the Connecticut Department of Correction and the Correctional Managed Health Care regarding violations of your constitutional rights.

Unfortunately, I will not be able to represent you in this matter at this time.

Sincerely,

*AL 6 U*

Alan G. Schwartz

\99999999\700\498681.1

*New Haven  Stamford  New York  Hartford  Philadelphia*

# Beck & Eldergill, P.C.

447 CENTER STREET, MANCHESTER, CONNECTICUT 06040  PHONE (860) 646-5606

**Attorneys At Law**

COVENTRY (860) 742-0882
HARTFORD (860) 522-5606
FAX (860) 646-0054

BRUCE S. BECK
KATHLEEN ELDERGILL
MARC P. MERCIER
FATIMA T. LOBO
DAVID R. KRITZMAN
MATTHEW R. POTTER
DEREK V. OATIS

January 11, 2005

Lloyd George Morgan, Jr.
Inmate #117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

**Re:    Legal Representation**

Dear Mr. Morgan:

I received your letter dated December 29, 2004, seeking representation from our firm.  I regret to inform you that neither myself nor anyone else in the firm is currently in a position to take on representing you in this matter.  Therefore, I am returning the materials you sent me.

I wish you the best of luck in your case.

Sincerely,

Kathleen Eldergill

KE:jmj
encl.
Unopened\Morgan011105.ltr



MR. LLOYD GEORGE MORGAN,JR.
INMATE NUMBER#117796
CHESHIRE CORRECTIONAL INSTITUTION
900 HIGHLAND AVE
CHESHIRE, CT 06410


DATE APRIL, 21 2005


Dear **HONORABLE**: Federal Judges Christopher F. Droney, and William I. Garfinkel,
I respectfully write your Office in Good faith as well as in the Best Interest
of Justice regards  TO:LLOYD GEORGE MORGAN,JR. V. GOV. ROWLAND, ET. AT. CIVIL NO. 3:01CV1107
(CFD)(WIG).

this Case is pending before your Court I filed the Complaint in Good faith Around the
Year of 2001 Pro-Se. to try to protect the saving of the issues and my Respected
Federally Protected Rights. doing many points of the Litigation I Filed many
Motions and some may have seem I was Being Disrespectful to this Court.

I want to take the time to **Apologize** to you **both** and your **Staff** and Ask **Kindly** that you
**Forgive** my **Short-Comings.** also Understand I was and am very Fustrated and I am Poorly
Educated at the Law It is true that I have Filed  Virious Different Cases over the
Years But I was Never able to Fully Litigate any of them all alone to trial
and had the help of Many Different Laymen JailHoues Lawyers that helped me,in the
Past. this writer has a Mental Disability that Hinders him in many areas
of his Life and it should be clear to this Court in the many Pleading of Motions
the plaintiff filed that un-intentionally he Cause this court to become Short
patence with him and some what Vex.

Plaintiff States that He was denied help by the Legal Assistance Program Attorneys
Being attorney Richard P. Cahill, and His Supervisor and told they Would not help him
as the case Did Not present a Prima facie Case. See attached Section of atty.Cahill,
Letter saying this dated August 23, 2002 attatched see another Letter saying
(I.L.A.P.) Saying(I.L.A.P.) is unable to help me, also inclosed.
plaintiff sent this same first Amended Complaint to law office of Atty. Frank J.
Riccio, who Reveiwed the Complaint who is a Well trained Atty. in Civil
and Criminal Law as well as all the Atty!s in his Firm are. in his letter to me
in reply to my letter of September 6, 2002 his Letter of September 20, 2002
makes clear that all the issues was of Merit and value this was my First amended
Complaint of around 22 Defendants see a copy of Atty. Riccio, Letter inclosed.

Your Honor's Sir even (CCLUF) Atty.Philip D. Tegeler, office filed a Amicus Brief
clearly outlining issues of value in this case. its well known to this Court
that (CCLUF) have Handled many Class Actions and Cases for Prisoners over
the Past 20 years and Knows what they are Talking about and doing and is even
More Experence then (I.L.A.P.).

```
05/19/2005 11:18        DEPARTMENT OF CORRECTIONS        Page    22 Of    25
CHE124              CONNECTICUT DEPARTMENT OF CORRECTION              OTRTASTA
              T R U S T   A C C O U N T   S T A T E M E N T       4.10.0.0.9 TR

DOC:  0000117796    Name: MORGAN, LLOYD G                 DOB: 10/18/1964
LOCATION: 125-L
                                                 Max Date:
```

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|-------------------------|-----------------|---------|
| 08/20/2004 | WSR | Special Request  125 | ( 7.00) | 360.09 |
| 08/20/2004 | WSR | Special Request  125 | ( 5.00) | 355.09 |
| 08/20/2004 | WSR | Special Request  125 | ( 7.00) | 348.09 |
| 08/20/2004 | WSR | Special Request  125 | ( 5.00) | 343.09 |
| 08/20/2004 | WSR | Special Request  125 | ( 10.00) | 333.09 |
| 08/20/2004 | WPOS | Postage  125 | ( 0.37) | 332.72 |
| 08/23/2004 | CRS | CRS SAL ORD #2632701 D2 | ( 94.83) | 237.89 |
| 08/24/2004 | CRS | CRS SAL ORD #2635962 D2 | ( 123.28) | 114.61 |
| 08/24/2004 | WSR | Special Request  125 | ( 7.00) | 107.61 |
| 08/24/2004 | WSR | Special Request  125 | ( 4.00) | 103.61 |
| 08/24/2004 | WSR | Special Request  125 | ( 7.00) | 96.61 |
| 08/24/2004 | WSR | Special Request  125 | ( 10.00) | 86.61 |
| 08/24/2004 | WSR | Special Request  125 | ( 7.00) | 79.61 |
| 08/25/2004 | WPOS | Postage  125 | ( 0.83) | 78.78 |
| 08/25/2004 | WSR | Special Request  125 | ( 5.00) | 73.78 |
| 08/25/2004 | WSR | Special Request  125 | ( 47.00) | 26.78 |
| 08/25/2004 | WPOS | Postage  125 | ( 0.37) | 26.41 |
| 08/26/2004 | CRS | CRS SAL ORD #2641574 D2 | ( 22.03) | 4.38 |
| 08/27/2004 | CRS | CRS SAL ORD #2643958 D2 | ( 1.86) | 2.52 |
| 08/30/2004 | CEC | CEC SAL ORD #2632701 | 15.74 | 18.26 |
| 08/30/2004 | CEC | CEC SAL ORD #2632701 | 9.75 | 28.01 |
| 08/30/2004 | CEC | CEC SAL ORD #2632701 | 5.50 | 33.51 |
| 08/30/2004 | CEC | CEC SAL ORD #2635962 | 12.40 | 45.91 |
| 08/30/2004 | CRS | CRS SAL ORD #2646948 D2 | ( 39.95) | 5.96 |
| 09/03/2004 | CRS | CRS SAL ORD #2656039 D2 | ( 5.86) | 0.10 |
| 10/07/2004 | DMR | Mail Receipts  125 | 30.00 | 30.10 |
| 10/08/2004 | WPOS | Postage  125 | ( 6.20) | 23.90 |
| 10/08/2004 | CRS | CRS SAL ORD #2718706 D2 | ( 23.65) | 0.25 |
| 10/15/2004 | CRS | CRS SAL ORD #2730102 D2 | ( 0.21) | 0.04 |
| 10/19/2004 | CEC | CEC SAL ORD #2730102 | 0.21 | 0.25 |
| 10/19/2004 | DMR | Mail Receipts  125 | 400.00 | 400.25 |
| 10/22/2004 | WPOS | Postage  125 | ( 3.95) | 396.30 |
| 10/22/2004 | WPOS | Postage  125 | ( 3.95) | 392.35 |
| 10/22/2004 | WSR | Special Request - 125 | ( 5.00) | 387.35 |
| 10/22/2004 | WSR | Special Request - 125 | ( 7.00) | 380.35 |
| 10/25/2004 | CRS | CRS SAL ORD #2744494 D2 | ( 74.40) | 305.95 |
| 10/25/2004 | CRS | CRS SAL ORD #2744109 D2 | ( 49.23) | 256.72 |

05/19/2005 11:18              DEPARTMENT OF CORRECTIONS         Page      23 OF    25
CHE124                   CONNECTICUT DEPARTMENT OF CORRECTION              OTRTASTA
                  T R U S T    A C C O U N T    S T A T E M E N T     4.10.0.0.9 TR

DOC:  0000117796    Name: MORGAN, LLOYD G                        DOB: 10/18/1964
LOCATION: 125-L

                                                        Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|----------------|---------|
| 10/26/2004 | CEC | CEC SAL ORD #2744109 | 3.44 | 260.16 |
| 10/28/2004 | CRS | CRS SAL ORD #2753358 D2 | ( 31.68) | 228.48 |
| 10/29/2004 | WPOS | Postage  125 | ( 3.85) | 224.63 |
| 10/29/2004 | WPOS | Postage  125 | ( 3.85) | 220.78 |
| 10/29/2004 | WPOS | Postage  125 | ( 2.21) | 218.57 |
| 10/29/2004 | WPOS | Postage  125 | ( 3.95) | 214.62 |
| 10/29/2004 | WPOS | Postage  125 | ( 2.21) | 212.41 |
| 11/01/2004 | CRS | CRS SAL ORD #2758019 D2 | ( 44.93) | 167.48 |
| 11/04/2004 | WPOS | Postage  125 | ( 3.85) | 163.63 |
| 11/04/2004 | WPOS | Postage  125 | ( 3.85) | 159.78 |
| 11/04/2004 | WPOS | Postage  125 | ( 3.85) | 155.93 |
| 11/04/2004 | WPOS | Postage  125 | ( 3.85) | 152.08 |
| 11/04/2004 | WPOS | Postage  125 | ( 3.85) | 148.23 |
| 11/04/2004 | WPOS | Postage  125 | ( 2.21) | 146.02 |
| 11/04/2004 | WPOS | Postage  125 | ( 3.85) | 142.17 |
| 11/04/2004 | WPOS | Postage  125 | ( 3.85) | 138.32 |
| 11/04/2004 | DMR | Mail Receipts  125 | 500.00 | 638.32 |
| 11/04/2004 | WPHO | Photos SP  125 | ( 4.00) | 634.32 |
| 11/08/2004 | CEC | CEC SAL ORD #2758019 | 2.19 | 636.51 |
| 11/08/2004 | CRS | CRS SAL ORD #2770783 D2 | ( 49.46) | 587.05 |
| 11/15/2004 | CRS | CRS SAL ORD #2782662 D2 | ( 81.60) | 505.45 |
| 11/15/2004 | CRS | CRS SAL ORD #2783604 D2 | ( 36.58) | 468.87 |
| 11/15/2004 | CEC | CEC SAL ORD #2783604 | 36.58 | 505.45 |
| 11/19/2004 | CRS | CRS SAL ORD #2793192 D2 | ( 208.32) | 297.13 |
| 11/19/2004 | WPOS | Postage  125 | ( 3.85) | 293.28 |
| 11/19/2004 | WPOS | Postage  125 | ( 3.95) | 289.33 |
| 11/19/2004 | WPOS | Postage  125 | ( 3.95) | 285.38 |
| 11/22/2004 | CEC | CEC SAL ORD #2753358 | 26.18 | 311.56 |
| 11/22/2004 | CRS | CRS SAL ORD #2796403 D2 | ( 82.33) | 229.23 |
| 11/22/2004 | WSR | Special Request  125 | ( 7.77) | 221.46 |
| 11/22/2004 | WSR | Special Request  125 | ( 5.00) | 216.46 |
| 11/22/2004 | WSR | Special Request  125 | ( 7.77) | 208.69 |
| 11/22/2004 | WSR | Special Request  125 | ( 7.77) | 200.92 |
| 11/22/2004 | WSR | Special Request  125 | ( 7.50) | 193.42 |
| 11/22/2004 | WSR | Special Request  125 | ( 7.77) | 185.65 |
| 11/22/2004 | WSR | Special Request  125 | ( 7.77) | 177.88 |
| 11/22/2004 | WPOS | Postage  125 | ( 0.37) | 177.51 |

CHE124            CONNECTICUT DEPARTMENT OF CORRECTION              OTRTASTA
              T R U S T   A C C O U N T   S T A T E M E N T      4.10.0.0.9 TR

DOC:  0000117796   Name: MORGAN, LLOYD G                  DOB: 10/18/1964
LOCATION: 125-L

                                              Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|-----------------|---------|
| 11/26/2004 | WPOS | Postage  125 | ( 1.75) | 175.76 |
| 11/26/2004 | WPOS | Postage  125 | ( 1.75) | 174.01 |
| 11/26/2004 | CRS | CRS SAL ORD #2807241 D2 | ( 5.49) | 168.52 |
| 11/26/2004 | CRS | CRS SAL ORD #2807194 D2 | ( 52.87) | 115.65 |
| 11/26/2004 | OT | Sub-Account Transfer | ( 100.00) | 15.65 |
| 11/29/2004 | CEC | CEC SAL ORD #2796403 | 0.82 | 16.47 |
| 12/03/2004 | CRS | CRS SAL ORD #2823754 D2 | ( 16.25) | 0.22 |
| 12/06/2004 | CEC | CEC SAL ORD #2807194 | 0.21 | 0.43 |
| 12/17/2004 | CRS | CRS SAL ORD #2859282 D2 | ( 0.37) | 0.06 |
| 12/23/2004 | CEC | CEC SAL ORD #2793192 | 66.49 | 66.55 |
| 12/23/2004 | CRS | CRS SAL ORD #2874748 D2 | ( 66.40) | 0.15 |
| 12/27/2004 | CEC | CEC SAL ORD #2859282 | 0.37 | 0.52 |
| 01/03/2005 | CRS | CRS SAL ORD #2893325 D2 | ( 0.51) | 0.01 |
| 01/05/2005 | DMR | Mail Receipts  125 | 500.00 | 500.01 |
| 01/07/2005 | CRS | CRS SAL ORD #2910709 D2 | ( 50.88) | 449.13 |
| 01/11/2005 | OT | Sub-Account Transfer | ( 100.00) | 349.13 |
| 01/13/2005 | DMR | Mail Receipts  125 | 20.00 | 369.13 |
| 01/14/2005 | CRS | CRS SAL ORD #2926154 D2 | ( 187.95) | 181.18 |
| 01/14/2005 | WPOS | Postage  125 | ( 1.29) | 179.89 |
| 01/14/2005 | WPOS | Postage  125 | ( 3.95) | 175.94 |
| 01/14/2005 | CRS | CRS SAL ORD #2926911 D2 | ( 48.59) | 127.35 |
| 01/21/2005 | WFMS | Med Sick Fee  125  122904 | ( 3.00) | 124.35 |
| 01/24/2005 | CRS | CRS SAL ORD #2944562 D2 | ( 52.13) | 72.22 |
| 01/24/2005 | CEC | CEC SAL ORD #2926911 | 2.28 | 74.50 |
| 01/24/2005 | CEC | CEC SAL ORD #2926154 | 26.00 | 100.50 |
| 01/24/2005 | WSR | Special Request - 125 | ( 7.00) | 93.50 |
| 01/24/2005 | WSR | Special Request - 125 | ( 10.00) | 83.50 |
| 01/24/2005 | WSR | Special Request - 125 | ( 10.00) | 73.50 |
| 01/24/2005 | WSR | Special Request - 125 | ( 10.00) | 63.50 |
| 01/24/2005 | WSR | Special Request - 125 | ( 10.00) | 53.50 |
| 01/24/2005 | WSR | Special Request - 125 | ( 10.00) | 43.50 |
| 01/24/2005 | WSR | Special Request - 125 | ( 10.00) | 33.50 |
| 01/24/2005 | WSR | Special Request - 125 | ( 20.00) | 13.50 |
| 01/28/2005 | CEC | CEC SAL ORD #2944562 | 2.25 | 15.75 |
| 01/31/2005 | CRS | CRS SAL ORD #2962980 D2 | ( 12.82) | 2.93 |
| 02/04/2005 | CRS | CRS SAL ORD #2976124 D2 | ( 2.83) | 0.10 |
| 02/28/2005 | OT | Sub-Account Transfer | 1.04 | 1.14 |

CHE124                 CONNECTICUT DEPARTMENT OF CORRECTION              OTRTASTA
                    T R U S T   A C C O U N T   S T A T E M E N T      4.10.0.0.9 TR

DOC:  0000117796     Name: MORGAN, LLOYD G                    DOB: 10/18/1964
LOCATION: 125-L

                                                        Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|-----------------|---------|
| 03/01/2005 | CRS | CRS SAL ORD #3016591 D2 | ( 0.63) | 0.51 |
| 03/04/2005 | CRS | CRS SAL ORD #3028405 D2 | ( 0.37) | 0.14 |
| 03/08/2005 | CEC | CEC SAL ORD #3028405 | 0.37 | 0.51 |
| 03/30/2005 | WSR | Special Request - 125 | ( 0.51) | 0.00 |
| 04/08/2005 | DMR | Mail Receipts  125 | 30.00 | 30.00 |
| 04/22/2005 | CRS | CRS SAL ORD #3111205 D2 | ( 29.92) | 0.08 |
| 04/22/2005 | WFMS | Med Sick Fee  125  040605 | ( 0.08) | 0.00 |
| 05/10/2005 | DMR | Mail Receipts  125 | 40.00 | 40.00 |
| 05/11/2005 | WPHO | Photos SP  125 | ( 4.00) | 36.00 |
| 05/16/2005 | CRS | CRS SAL ORD #3152919 D2 | ( 35.19) | 0.81 |

MR. LLOYD GEORGE MORGAN,JR.
INMATE NUMBER#117796
CHESHIRE CORRECTIONAL INSTITUTION
900 HIGHLAND AVE
CHESHIRE, CT 06410

<u>DATE ARIIL 21, 2005</u>

Plaintiff ask of this Court to Consider the **FACT** that there Very well may
be A **Conflict of interest in Full Effect**, with this plaintiff and the Inmates'
Legal Assistance program and its Attorneys for these reasons this writer have
Wrote many Complaints against Atty.Cahill, to his Supervisors Atty. Jan Starkowski,
and Sydney T. Schulman, in Good faith Complaining of Discrimination and what
he was Concern on that may be Unprofessional Conduct or Illegal in nature.
and the issues of being denied Effective asst. of Counsel Help or trained at law
or Aduqate Help and sincer Review of his issue.

and do to no Remedy granted to there supervisor, plaintiff wrote complaints
to former Department of Corrections Commissioner John J. Armstrong,
regards to being denied help and that (I.L.A.P.) is using the said
Contrack against this Prisoner to,deny him Fundamental rights or
that it was Unethical and illegal, some of these issues was Wrote to
Attorney General Richard Blumenthal and his agents that was Never addressed.
do to this Caused **Dislike** and **ANIMUS** and or A Biased and or Indifferent Conduct
of the Inmates' Legal Asst.Program and its Attorneys towards this writer,
and plaintiff was told when he requested Help from them in Filing A  Answer
to the motion to Dismiss that was pending he was denied all Help
and told that he had to give up his othere issue or else he would get no
help and plaintiff was forced to give up his issue of need  for proper
Mental health Treatment and the excsessive force issue and many Good
issues and take what I get from them or my Case dismissed.

the New Amended Complaint removed many issues of Merit and Sincer Value
for the two issues Left in <u>Morgan V. Rowland, Et. Al.</u> which now has made the case
seem Weak and for the defendants to be able to move for Summary judgement as this
Court recommended in its inclosed ruling dated April 12, 2005 of all issues
I am talking about. plaintiff is thankful for any help he Got from the
said (I.L.A.P.). Program Attys. it is a possible conflict of interest
ethical issues of Concern and possible undivided Loyalty to the Plaintiff
in giving the Advice that was not Correct as all inlcosed may show.
plaintiff is in dire need Of this Court to Consider to Appoint Counsel
Pro-bono to handle the case and be able to prepair the case for a Jury
Trial or reasonable Remedy or settelment the Plaintiff is not able to
 effectively Defend this case Pro-se and for the Court to wait till
the Trial to then appoint counsel would put Counsel and Plaintiff at
a Big Disadvantage  as the attorney will not know the case to properly
try the case this Court should consider all these Factors with His motion
For Renew'al For Appointment of Counsel it should aslo so note that
per the Contrack (I.L.A.P.) have With (D.O.C.). they are not allowed to appear in court
and file a appearence on my behalf and this is needed please consider all the
isssue and order reasonable remedy and referr for review where needed this Court
should address the issue of Conflict of interest

Plaintiff ask that this Court Keenly Consider his Sitaution and also realize
that the office of the attorney General is A Professional Corperation with
unLimitted Rescources Computerized Law Librarys Sevral Top Class attorneys
and Skills the Plaintiff does not have and the Plaintiff sitaution Pined
against this is Very Unjust this is Not what are Court system Should be about
where the Rich and Powerful get Justice and the Poor as my Self have not
Fair Effective chance at Justice I Pray the plaintiif pleas for help is granted
for Remedy and Appointment of Counsel of a Firm who is not biased of him
who will Give him the Chance that he is intilted to.
I thank this Honorable Court and Its Staff for all its consideration and efforts
in this matter please Respond

By the Plaintiff

*Lloyd George MORGAN JR*

Mr. Lloyd George Morgan,Jr#117796
Cheshir Correctional Institution
900 Highland Ave
Cheshire, Ct 06410

CC. (AAG) Lynn D Wittenbrink,
CC. (CCLUF) ATTY. Annette M. Lamoreuax
CC. INMATES" LEGAL ASSISTANCE PROGRAM  ATTY.Cahill,&Starkowski,
CC HONORABLE JUDGES DRONEY & GARFIKEL,
CC. LGM/
Filed.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LLOYD GEORGE MORGAN, JR.        :

      v.        :

GOVERNOR JOHN ROWLAND, et al.    :

               PRISONER

      Case No. 3:01CV1107 (CFD)(WIG)

## RULING AND ORDER

Plaintiff seeks appointment of <u>pro bono</u> counsel in this action pursuant to 28 U.S.C. § 1915. For the reasons set forth below, plaintiff's motion is denied without prejudice.

The Second Circuit repeatedly has cautioned the district courts against the routine appointment of counsel. <u>See, e.g.</u>, <u>Hendricks v. Coughlin</u>, 114 F.3d 390, 393 (2d Cir. 1997); <u>Cooper v. A. Sargenti Co.</u>, 877 F. 2d 170, 172 (2d Cir. 1989). The Second Circuit has made clear that before an appointment is even considered, the indigent person must demonstrate that he is unable to obtain counsel. <u>Hodge v. Police Officers</u>, 802 F.2d 58, 61 (2d Cir. 1986), <u>cert. denied</u>, 502 U.S. 996 (1991). Plaintiff has attached letters from several private attorneys organizations declining assistance. In addition, he has provided a January 2002 letter from Inmates' Legal Assistance Program declining assistance because plaintiff sought to include Program attorneys as defendants.

When deciding whether to appoint counsel, the district court must "determine whether the indigent's position seems likely to be of substance." <u>Id.</u> In <u>Cooper v. Sargenti</u>, the Second Circuit cautioned the district courts against the "routine appointment of counsel" and reiterated

the importance of requiring an indigent to "pass the test of likely merit." 877 F.2d at 173-74. The court explained that "even where the claim is not frivolous, counsel is often unwarranted where the indigent's chances of success are extremely slim." Id. at 171.

Here, plaintiff has not yet served the complaint on all defendants. Thus, the defendants have not yet responded to the complaint. Based upon the current record, the court cannot determine whether plaintiff's claims possess likely merit. Accordingly, plaintiff's motion for appointment of counsel [**doc. #59**] is **DENIED** without prejudice to renewal after he has completed serving the complaint on all defendants and the defendants have responded to the complaint.

**SO ORDERED** this 12th day of December, 2002, at Bridgeport, Connecticut.

WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE

2

CHE124     CONNECTICUT DEPARTMENT OF CORRECTION     CTRTAS8TR
Case 3:01-cv-01107-CFD    Document 187-3    Filed 06/01/2005    Page 33 of 36
T R U S T    A C C O U N T    S T A T E M E N T     4.10.0.0.9 TR

DOC: 0000117796     Name: MORGAN, LLOYD G     DOB: 10/18/1964

LOCATION: 125-L

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|-------------------------|-----------------|---------|
| 08/20/2004 | WSR | Special Request 125 | ( 7.00) | 360.09 |
| 08/20/2004 | WSR | Special Request 125 | ( 5.00) | 355.09 |
| 08/20/2004 | WSR | Special Request 125 | ( 7.00) | 348.09 |
| 08/20/2004 | WSR | Special Request 125 | ( 5.00) | 343.09 |
| 08/20/2004 | WSR | Special Request 125 | ( 10.00) | 333.09 |
| 08/20/2004 | WPOS | Postage 125 | ( 0.37) | 332.72 |
| 08/23/2004 | CRS | CRS SAL ORD #2632701 D2 | ( 94.83) | 237.89 |
| 08/24/2004 | CRS | CRS SAL ORD #2635962 D2 | ( 123.28) | 114.61 |
| 08/24/2004 | WSR | Special Request 125 | ( 7.00) | 107.61 |
| 08/24/2004 | WSR | Special Request 125 | ( 4.00) | 103.61 |
| 08/24/2004 | WSR | Special Request 125 | ( 7.00) | 96.61 |
| 08/24/2004 | WSR | Special Request 125 | ( 10.00) | 86.61 |
| 08/24/2004 | WSR | Special Request 125 | ( 7.00) | 79.61 |
| 08/25/2004 | WPOS | Postage 125 | ( 0.83) | 78.78 |
| 08/25/2004 | WSR | Special Request 125 | ( 5.00) | 73.78 |
| 08/25/2004 | WSR | Special Request 125 | ( 47.00) | 26.78 |
| 08/25/2004 | WPOS | Postage 125 | ( 0.37) | 26.41 |
| 08/26/2004 | CRS | CRS SAL ORD #2641574 D2 | ( 22.03) | 4.38 |
| 08/27/2004 | CRS | CRS SAL ORD #2643958 D2 | ( 1.86) | 2.52 |
| 08/30/2004 | CEC | CEC SAL ORD #2632701 | 15.74 | 18.26 |
| 08/30/2004 | CEC | CEC SAL ORD #2632701 | 9.75 | 28.01 |
| 08/30/2004 | CEC | CEC SAL ORD #2632701 | 5.50 | 33.51 |
| 08/30/2004 | CEC | CEC SAL ORD #2635962 | 12.40 | 45.91 |
| 08/30/2004 | CRS | CRS SAL ORD #2646948 D2 | ( 39.95) | 5.96 |
| 09/03/2004 | CRS | CRS SAL ORD #2656039 D2 | ( 5.86) | 0.10 |
| 10/07/2004 | DMR | Mail Receipts 125 | 30.00 | 30.10 |
| 10/08/2004 | WPOS | Postage 125 | ( 6.20) | 23.90 |
| 10/08/2004 | CRS | CRS SAL ORD #2718706 D2 | ( 23.65) | 0.25 |
| 10/15/2004 | CRS | CRS SAL ORD #2730102 D2 | ( 0.21) | 0.04 |
| 10/19/2004 | CEC | CEC SAL ORD #2730102 | 0.21 | 0.25 |
| 10/19/2004 | DMR | Mail Receipts 125 | 400.00 | 400.25 |
| 10/22/2004 | WPOS | Postage 125 | ( 3.95) | 396.30 |
| 10/22/2004 | WPOS | Postage 125 | ( 3.95) | 392.35 |
| 10/22/2004 | WSR | Special Request - 125 | ( 5.00) | 387.35 |
| 10/22/2004 | WSR | Special Request - 125 | ( 7.00) | 380.35 |
| 10/25/2004 | CRS | CRS SAL ORD #2744494 D2 | ( 74.40) | 305.95 |
| 10/25/2004 | CRS | CRS SAL ORD #2744109 D2 | ( 49.23) | 256.72 |

CONNECTICUT DEPARTMENT OF CORRECTION                 OTRTASTA
A C C O U N T   S T A T E M E N T

DOC:  0000117796     Name: MORGAN, LLOYD G                DOB: 10/18/1964
LOCATION: 125-L

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|-----------------|---------|
| 10/26/2004 | CEC | CEC SAL ORD #2744109 | 3.44 | 260.16 |
| 10/28/2004 | CRS | CRS SAL ORD #2753358 D2 | ( 31.68) | 228.48 |
| 10/29/2004 | WPOS | Postage  125 | ( 3.85) | 224.63 |
| 10/29/2004 | WPOS | Postage  125 | ( 3.85) | 220.78 |
| 10/29/2004 | WPOS | Postage  125 | ( 2.21) | 218.57 |
| 10/29/2004 | WPOS | Postage  125 | ( 3.95) | 214.62 |
| 10/29/2004 | WPOS | Postage  125 | ( 2.21) | 212.41 |
| 11/01/2004 | CRS | CRS SAL ORD #2758019 D2 | ( 44.93) | 167.48 |
| 11/04/2004 | WPOS | Postage  125 | ( 3.85) | 163.63 |
| 11/04/2004 | WPOS | Postage  125 | ( 3.85) | 159.78 |
| 11/04/2004 | WPOS | Postage  125 | ( 3.85) | 155.93 |
| 11/04/2004 | WPOS | Postage  125 | ( 3.85) | 152.08 |
| 11/04/2004 | WPOS | Postage  125 | ( 3.85) | 148.23 |
| 11/04/2004 | WPOS | Postage  125 | ( 2.21) | 146.02 |
| 11/04/2004 | WPOS | Postage  125 | ( 3.85) | 142.17 |
| 11/04/2004 | WPOS | Postage  125 | ( 3.85) | 138.32 |
| 11/04/2004 | DMR | Mail Receipts  125 | 500.00 | 638.32 |
| 11/04/2004 | WPHO | Photos SP  125 | ( 4.00) | 634.32 |
| 11/08/2004 | CEC | CEC SAL ORD #2758019 | 2.19 | 636.51 |
| 11/08/2004 | CRS | CRS SAL ORD #2770783 D2 | ( 49.46) | 587.05 |
| 11/15/2004 | CRS | CRS SAL ORD #2782662 D2 | ( 81.60) | 505.45 |
| 11/15/2004 | CRS | CRS SAL ORD #2783604 D2 | ( 36.58) | 468.87 |
| 11/15/2004 | CEC | CEC SAL ORD #2783604 | 36.58 | 505.45 |
| 11/19/2004 | CRS | CRS SAL ORD #2793192 D2 | ( 208.32) | 297.13 |
| 11/19/2004 | WPOS | Postage  125 | ( 3.85) | 293.28 |
| 11/19/2004 | WPOS | Postage  125 | ( 3.95) | 289.33 |
| 11/19/2004 | WPOS | Postage  125 | ( 3.95) | 285.38 |
| 11/22/2004 | CEC | CEC SAL ORD #2753358 | 26.18 | 311.56 |
| 11/22/2004 | CRS | CRS SAL ORD #2796403 D2 | ( 82.33) | 229.23 |
| 11/22/2004 | WSR | Special Request  125 | ( 7.77) | 221.46 |
| 11/22/2004 | WSR | Special Request  125 | ( 5.00) | 216.46 |
| 11/22/2004 | WSR | Special Request  125 | ( 7.77) | 208.69 |
| 11/22/2004 | WSR | Special Request  125 | ( 7.77) | 200.92 |
| 11/22/2004 | WSR | Special Request  125 | ( 7.50) | 193.42 |
| 11/22/2004 | WSR | Special Request  125 | ( 7.77) | 185.65 |
| 11/22/2004 | WSR | Special Request  125 | ( 7.77) | 177.88 |
| 11/22/2004 | WPOS | Postage  125 | ( 0.37) | 177.51 |

DOC: 0000117796  Name: MORGAN, LLOYD G    DOB: 10/18/1964

LOCATION: 125-L

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|----------------:|--------:|
| 11/26/2004 | WPOS | Postage  125 | ( 1.75) | 175.76 |
| 11/26/2004 | WPOS | Postage  125 | ( 1.75) | 174.01 |
| 11/26/2004 | CRS | CRS SAL ORD #2807241 D2 | ( 5.49) | 168.52 |
| 11/26/2004 | CRS | CRS SAL ORD #2807194 D2 | ( 52.87) | 115.65 |
| 11/26/2004 | OT | Sub-Account Transfer | ( 100.00) | 15.65 |
| 11/29/2004 | CEC | CEC SAL ORD #2796403 | 0.82 | 16.47 |
| 12/03/2004 | CRS | CRS SAL ORD #2823754 D2 | ( 16.25) | 0.22 |
| 12/06/2004 | CEC | CEC SAL ORD #2807194 | 0.21 | 0.43 |
| 12/17/2004 | CRS | CRS SAL ORD #2859282 D2 | ( 0.37) | 0.06 |
| 12/23/2004 | CEC | CEC SAL ORD #2793192 | 66.49 | 66.55 |
| 12/23/2004 | CRS | CRS SAL ORD #2874748 D2 | ( 66.40) | 0.15 |
| 12/27/2004 | CEC | CEC SAL ORD #2859282 | 0.37 | 0.52 |
| 01/03/2005 | CRS | CRS SAL ORD #2893325 D2 | ( 0.51) | 0.01 |
| 01/05/2005 | DMR | Mail Receipts  125 | 500.00 | 500.01 |
| 01/07/2005 | CRS | CRS SAL ORD #2910709 D2 | ( 50.88) | 449.13 |
| 01/11/2005 | OT | Sub-Account Transfer | ( 100.00) | 349.13 |
| 01/13/2005 | DMR | Mail Receipts  125 | 20.00 | 369.13 |
| 01/14/2005 | CRS | CRS SAL ORD #2926154 D2 | ( 187.95) | 181.18 |
| 01/14/2005 | WPOS | Postage  125 | ( 1.29) | 179.89 |
| 01/14/2005 | WPOS | Postage  125 | ( 3.95) | 175.94 |
| 01/14/2005 | CRS | CRS SAL ORD #2926911 D2 | ( 48.59) | 127.35 |
| 01/21/2005 | WFMS | Med Sick Fee  125  122904 | ( 3.00) | 124.35 |
| 01/24/2005 | CRS | CRS SAL ORD #2944562 D2 | ( 52.13) | 72.22 |
| 01/24/2005 | CEC | CEC SAL ORD #2926911 | 2.28 | 74.50 |
| 01/24/2005 | CEC | CEC SAL ORD #2926154 | 26.00 | 100.50 |
| 01/24/2005 | WSR | Special Request - 125 | ( 7.00) | 93.50 |
| 01/24/2005 | WSR | Special Request - 125 | ( 10.00) | 83.50 |
| 01/24/2005 | WSR | Special Request - 125 | ( 10.00) | 73.50 |
| 01/24/2005 | WSR | Special Request - 125 | ( 10.00) | 63.50 |
| 01/24/2005 | WSR | Special Request - 125 | ( 10.00) | 53.50 |
| 01/24/2005 | WSR | Special Request - 125 | ( 10.00) | 43.50 |
| 01/24/2005 | WSR | Special Request - 125 | ( 10.00) | 33.50 |
| 01/24/2005 | WSR | Special Request - 125 | ( 20.00) | 13.50 |
| 01/28/2005 | CEC | CEC SAL ORD #2944562 | 2.25 | 15.75 |
| 01/31/2005 | CRS | CRS SAL ORD #2962980 D2 | ( 12.82) | 2.93 |
| 02/04/2005 | CRS | CRS SAL ORD #2976124 D2 | ( 2.83) | 0.10 |
| 02/28/2005 | OT | Sub-Account Transfer | 1.04 | 1.14 |

Case 3:01-cv-01107-CFD  Document 187-3  Filed 06/01/2005  Page 36 of 36

DOC:  0000117796     Name: MORGAN, LLOYD G        DOB: 10/18/1964

LOCATION: 125-L

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|--------------------------|-----------------|---------|
| 03/01/2005 | CRS | CRS SAL ORD #3016591 D2 | ( 0.63) | 0.51 |
| 03/04/2005 | CRS | CRS SAL ORD #3028405 D2 | ( 0.37) | 0.14 |
| 03/08/2005 | CEC | CEC SAL ORD #3028405 | 0.37 | 0.51 |
| 03/30/2005 | WSR | Special Request - 125 | ( 0.51) | 0.00 |
| 04/08/2005 | DMR | Mail Receipts  125 | 30.00 | 30.00 |
| 04/22/2005 | CRS | CRS SAL ORD #3111205 D2 | ( 29.92) | 0.08 |
| 04/22/2005 | WFMS | Med Sick Fee  125  040605 | ( 0.08) | 0.00 |
| 05/10/2005 | DMR | Mail Receipts  125 | 40.00 | 40.00 |
| 05/11/2005 | WPHO | Photos SP  125 | ( 4.00) | 36.00 |
| 05/16/2005 | CRS | CRS SAL ORD #3152919 D2 | ( 35.19) | 0.81 |