**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**


LLOYD GEORGE MORGAN, JR.          :               PRISONER
     *Plaintiff*                                :      CASE NO. 3:01CV1107 (CFD) (WIG)

       V.


JOHN ROWLAND, ET. AL              :      JUNE 1, 2005
     *Defendants*


### REQUEST FOR ENTRY OF DEFAULT

To: The Clerk of the United States District Court for the District of Connecticut


     Please enter the default of the defendants in the above-captioned matter for failure to

plead or otherwise defend as provided by Rule 55 (a) of the Federal Rules of Civil Procedure,

as appears from the attached affidavit of Lloyd George Morgan, Jr.


                           THE PLAINTIFF

                           /s/Lloyd George Morgan, Jr.
                           Lloyd George Morgan, Jr., pro se
                           Inmate #117796
                           Cheshire CI
                           900 Highland Avenue
                           Cheshire, CT 06410

## **AFFIDAVIT**

STATE OF CONNECTICUT  )

                           ) ss: CHESHIRE            JUNE 1, 2005

COUNTY OF NEW HAVEN  )


Lloyd George Morgan, Jr., being duly sworn, deposes and says:

1.  I am the pro se plaintiff in the above-entitled matter.

2.  On January 4, 2005, the Court issued a Ruling and Order directing the defendants to file their response to the Second Amended Complaint within 30 days.

3.  On or about February 8, 2005, the defendants filed a Motion for Extension of Time to File Responsive Pleading Nunc Pro Tunc, asking that the time for filing a responsive pleading be extended up to and including March 10, 2005.

4.  On February 25, 2005, the Court denied the defendants' Motion to Dismiss without prejudice to raising the claims by way of summary judgment. The defendants were afforded 45 days, up to April 11, 2005, to file a Motion for Summary Judgment.

5.  In a Ruling and Order dated April 12, 2005, the Court extended the deadline for filing a Motion for Summary Judgment until April 25, 2005, and denied as moot two previous requests for entry of default.

6.   The deadline of April 25, 2005, has passed. As of the date of this Affidavit, the

defendants have filed neither a Motion for Summary Judgment nor an Answer to the Second

Amended Complaint.


THE PLAINTIFF


/s/Lloyd George Morgan, Jr.
Lloyd George Morgan, Jr., pro se
Inmate #117796
Cheshire CI
900 Highland Avenue
Cheshire, CT 06410


Subscribed and sworn to before me this 1st day of June, 2005.


/s/Richard P. Cahill
Commissioner of the Superior Court

Although not appearing herein, the undersigned
assisted in the preparation of this motion:


/s/Richard P. Cahill
Richard P. Cahill, Esq.
Schulman & Associates
Inmates' Legal Assistance Program
78 Oak Street, P.O. Box 260237
Hartford, CT 06126-0237
Tel: (860) 246-1118
Fax: (860) 246-1119


## **CERTIFICATION**

I hereby certify that a copy hereof was mailed, postage prepaid, on this 2nd day of June,

2005, to the following counsel and pro se parties of record:


Lynn D. Wittenbrink, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Annette M. Lamoreaux, Esq.
Connecticut Civil Liberties Union Foundation
32 Grand Street
Hartford, CT 06106


/s/Lloyd George Morgan, Jr.
Lloyd George Morgan, Jr.