## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Lloyd George Morgan, Jr. | : | PRISONER |
| | | 3:01CV1107(CFD)(WIG) |
| v. | : | |
| John Rowland, et al | : | JUNE 6, 2005 |

## OBJECTION TO REQUEST FOR ENTRY OF DEFAULT

The defendants in the above-captioned matter oppose the plaintiff's Request for Entry of Default, prepared by the *pro se* plaintiff with the assistance of Inmate's Legal Assistance. The Request fails to mention that on April 11, 2005, the defendants filed a Motion for Articulation with the Court seeking guidance from the Court and permission to proceed with defendants' Motion to Dismiss dated March 1, 2004. The Court has not yet acted on that motion. Thus, pursuant to Federal Rule of Civil Procedure 55(a), the defendants have not "failed to plead or otherwise defend" and the plaintiff's motion should be denied.

                                                DEFENDANTS

                                                RICHARD BLUMENTHAL
                                                ATTORNEY GENERAL

BY:    /s/_____
           Lynn D. Wittenbrink
           Assistant Attorney General
           110 Sherman Street
           Hartford, CT 06105
           Federal Bar #ct08575
           lynn.wittenbrink@po.state.ct.us
           Tel: (860) 808-5450
           Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed first-class postage prepaid to the following on this 6th day of June, 2005:

Annette M. Lamoreaux, Esq.
CCLU
32 Grand Street
Hartford CT  06106

Lloyd George Morgan
# 117796
Cheshire Correctional Institution
900 Highland Ave.
Cheshire, CT  06410

                                                __/s/_____
                                                Lynn D. Wittenbrink
                                                Assistant Attorney General