UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LLOYD GEORGE MORGAN | : | PRISONER<br>CIVIL NO. 3:01CV1107(CFD) |
| v. | : | |
| JOHN ROWLAND, ET AL. | : | JULY 1, 2005 |

**MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

The defendants in the above-captioned matter respectfully move this court for an additional 45 days from this date, up to and including August 19, 2005, within which to file their Motion for Summary Judgment. In support of this motion, the defendants note that the Court had some time ago ordered the defendants Motion to Dismiss be converted into a Motion for Summary Judgment, and the defendants moved for an articulation of this order. The defendants were unaware of any ruling on the Motion for Articulation until the docket entry of June 30, 2005:

| 06/30/2005 | | Docket Entry Correction re 180 MOTION for Articulation 179 Order on Motion to Dismiss 182 Order on Motion for Default Entry 55(a), Order on Motion for Default Entry 55(a), Order on Motion for Extension of Time,, Order on Motion for Default Entry 55(a), Order on Motion for Default Entry 55(a). Modified to terminate document motion for Articulation .(Jaiman, R.) . (Entered: 06/30/2005) |
|---|---|---|

In further support of this motion, the undersigned counsel represents that she will be away for part of July, 2005, and that this is the FIRST motion for an extension of time on the summary judgment deadline since the defendants have been aware of the ruling on the Motion for Articulation.

Due to his incarceration, the defendants have not consulted with the plaintiff in order to determine his position with regard to this motion.

                                            DEFENDANTS
                                            John Rowland, Et Al.

                                            RICHARD BLUMENTHAL
                                            ATTORNEY GENERAL

BY:    __/s/_____
           Lynn D. Wittenbrink
           Assistant Attorney General
           110 Sherman Street
           Hartford, CT  06105
           Federal Bar #ct08575
           E-mail: lynn.wittenbrink@po.state.ct.us
           Tel.: (860) 808-5450
           Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 1st day of July, 2005:

Lloyd George Morgan, Jr. Inmate #117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Annette Lamoreaux, Esq.
Connecticut Civil Liberties Union Foundation
32 Grand Street
Hartford, CT 06106

                                                       /s/
                                            Lynn D. Wittenbrink
                                            Assistant Attorney General