UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LLOYD GEORGE MORGAN, JR. | : | PRISONER |
| *Plaintiff* | : | CASE NO. 3:01CV1107 (CFD) (WIG) |
| V. | | |
| JOHN ROWLAND, ET. AL | : | JUNE 30, 2005 |
| *Defendants* | | |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTION TO REQUEST FOR ENTRY OF DEFAULT

Lloyd George Morgan, Jr., the plaintiff in the above-captioned matter, hereby responds to the defendants' Objection to Request for Entry of Default, which was filed June 8, 2005.

The defendants argue that they have not "failed to plead or otherwise defend" because they filed a Motion for Articulation on April 11, 2005, and the court has not yet acted upon that motion. The defendants simply joined in a Motion for Articulation previously filed by the plaintiff. The Court acted upon that motion in a Ruling and Order dated April 12, 2005. The Ruling and Order set a deadline of April 25, 2005, for the defendants to file a Motion for Summary Judgment. That deadline has passed, without the defendants filing a Motion for Summary Judgment or otherwise responding to the plaintiff's Second Amended Complaint.

                                                THE PLAINTIFF

                                                /s/Lloyd George Morgan, Jr.
                                                Lloyd George Morgan, Jr., pro se
                                                Inmate #117796
                                                Cheshire CI
                                                900 Highland Avenue
                                                Cheshire, CT 06410

Although not appearing herein, the undersigned assisted in the preparation of this motion:

/s/Richard P. Cahill
Richard P. Cahill, Esq.
Schulman & Associates
Inmates' Legal Assistance Program
78 Oak Street, P.O. Box 260237
Hartford, CT 06126-0237
Tel: (860) 246-1118
Fax: (860) 246-1119

## **CERTIFICATION**

I hereby certify that a copy hereof was mailed, postage prepaid, on this 1st day of July, 2005, to the following counsel and pro se parties of record:

Lynn D. Wittenbrink, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Annette M. Lamoreaux, Esq.
Connecticut Civil Liberties Union Foundation
32 Grand Street
Hartford, CT 06106

/s/Lloyd George Morgan, Jr.
Lloyd George Morgan, Jr.