UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LLOYD GEORGE MORGAN, JR

2005 JUL 18 P 4:17

CIVIL NO.3:01CV1107(CFD)(WIG)

V.

U.S. DISTRICT COURT

GOVERNOR JOHN G. ROWLAND, ET,. AL.

Date JULY 13, 2005

### MOTION FOR RELIEF FROM JUDGEMENT AND MOTION OF OBJECTION AND MOTION FOR INVESTIGATION INTO THE CONFLICT OF INTEREST WITH PLAINTIFF AND THE INMATES' LEGAL ASST. PROGRAM

(1) Now Comes the Pro-Se Plaintiff Lloyd George Morgan, Jr. Moves in the Best Intrest of Justice as well as in Good faith Respectfully Request A Relief From Judgemant on this Court Order in Document Number 192 ORDER Granting absent objection Defendants Motion Doc#190 Motion for Extension of time Sign on 7-1-2005 for these reasons for one this plaintiff Talked to Inmates Legal Assistance Progarm Attorney Richard P.Cahill, Who Came To Visit the Plaintiff at the Cheshire C.I. Facility to Sing the Motion he PrePAIED Dated June 30, 2005 Titled PLAINTIFF"S RESPNSE TO DEFENDANTS" OBJECTION TO REQUEST ENTRY OF DEFAULT.

(2) Attorney Cahill Had ask the Plaintiff not to File any Motion in the Case and that If any Motions Needed To Be Prepaired or Filed to Let him Know and or Send Him any and all Pleadings from the Office of the Attorney Generals office and he Would Prepair the Motions as Needed.
he also made clear that if the Defendants' Requested Any More time to File a Answer that he Would Object or he Would Prepair The Motion for me and help me File it
I Received a Motion for More Time From the Defendants Dated July 1, 2005 and I Rushed it By mail to Attorney Richard P.Cahill, with a Letter Pleading with him to Prepair A Motion of Objection and Seek to Press on for the Default Summary Judgement I Had a Chance of Geting I also Placed a Phone Call to His office about it Speaking to his Staff telling them it was a Urgent Emergency Matter Seeking that (I.L.A.P.) Respond to these Mattere and Return my Phone Call He Intentionally refused to talk to me or Return my Phone calls . the issue is I Have Been Retaliated against By Attorney Cahill and his Supervisors for Excercising my Rights to File the Motion for Renewal of Counsel Dated May 18, 2005 with Memorandum of Law In Support.

(3) Because the Plaintiff Gave His openion of the Poor Qaulity of Service of the said Atty, Cahill, and How he was Denied Effective assistance of counsel by them I Received Herassment by them and Promises to be Denied Help by them Now they Have Conspired intentionally with the office of the attorney Generals & Defendants to refuse me Help to file a Timley Objection so the Defendants' attorney Lynn D. Wiitenbrink would have the Upper hand this is cruel and Unusual Punishment to be Force to be Team up against by (ILAP) and office of the attorney Generals now they have refused to Communicate with me or rectify these matters which is clearly illegal Corruption I have No Means to defend this caes.

(4) Plaintiff Makes Clear That on or about 7-7-2005 he Placed a phone call to Attorney Richard P.Cahill.letting him know that it was a Emergency matter and that he needed (ILAP) to prepair a motion of Objection to Defendants Motion for more time he refused to talk to or return my Phone calls I even Wrote Sending Him the motion well Ahead of time as I got it in the Mail on 7-6-2005 nad mailed it that same Day to attorney Cahill, it mighty Strange that they refuse to help me or reply to Doing the Time that the Defendants is in the Process of Filing for Summary judgement to get my caes Dismissed.???. these action are Big Federal Violations of the Law Plaintiff ask that this court request or referr this Matter for Investigations by the Civil Rights ehtics Department or Bar association or F,B,I, or Us atty office now the plaintiff have no means to defend this case as he is Hadicaped with a Mental Defect and he has now a EYE Iinjury and cant see as Claer as Needed and is being treated for at this time his Visions is Poor plaintiff has a Motion Pending for renewal for appointment of Counsel Pending plaintiff ask that this Court Grant this Motion or Inform the Commissioner of Corrections that I am Intitled to Persons Trained in Law as thats all (D.O.C.) Now offers this Cour has a Duty to Investigate Possible Conflict of interest.

(5) Plaintiff ask that this Court allow him to be Present to Grant Oral argument and that Inmates Legal Asst.attys be Called in to Address that nature of its intentional Neglect and Contempt. and Animus for this Plaintiff they have Claerly retaliate against the plaintiff for reporting to this Court of there Unprofessional Conduct. this is illegal. Plaintiff have also wrote Letters to Atty. Starkowski, and Schulan, dated 7-13-2005 about these matters also sending them a Copy of this Motion plaintiff ask that this court grant Some Type of remedy SEE: US V. NGUYEN, 262 F3d 998 (th Cir. 2001) SEE: US V. SIMEONOV, 252 F3d 238(2nd Cir.2001) clearly states this Court has a Duty to look inti these matters. Plaintiff thanks this Court for its time and Consideration.

BY The Plaintiff _/s/ Lloyd G.Morgan_
Mr.Lloyd George Morgan,Jr
#117796
Cheshire Correctional Inst.
900 Highland Ave
Cheshire CT 06410

CERTIFICATION

This is to Certify that A Copy of this Motion Was Mailed to all parties of Record on July 13, 2005 Postage paid to all partys Bellow

OFFICE OF ATTORNEY GENERALS
(AAG) LYNN D. WITTENBRINK,
110 SHERMAN STREET
HARTFORD, CT 06105

ATTY.PHLIP D.TEGLER
ATTY. ANNETTE M.LAMOREAUX,
CONNECTICUT CIVIL LIBERTIES UNION
32 Grand Street
HARTFORD, CT 06106

by the Plaintiff _/s/ Lloyd G.Morgan_