UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT

FILED

2005 AUG 16  P 4: 25

U.S. DISTRICT COURT
BRIDGEPORT. CONN

LLOYD GEORGE MORGAN, JR.,
PLAINTIFF,

— AGAINST —

GOVERNOR JOHN G. ROWLAND, et al.,
DEFENDANTS.

CIVIL ACTION
CASE No. 3:01 cv 1107 (CFD)(WIG)
DATE: August 11, 2005

## MOTION TO ADD SUPLEMENTAL INFORMATION TO PLAINTIFFS PENDING MOTION FOR RENEWAL OF COUNSEL

I. NOW COMES THE PRO-SE PLAINTIFF LLOYD GEORGE MORGAN, JR., WHO RESPECTFULLY MOVES THE COURT, IN THE BEST INTEREST OF JUSTICE AS WELL AS IN GOOD FAITH, AND ASK THE HONORABLE CHRISTOPHER F. DRONEY AND WILLIAM I. GARFINKEL, IN CONSIDERING AND REVIEWING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL RENEWAL, PENDING IN THIS COURT AND DATED MAY 18, 2005, TO, IN ADDITION, REVIEW ATTACHED EXHIBITS HEREIN DESCRIBING A CLEAR CONFLICT OF INTEREST IN FULL EFECT.

II. PLAINTIFF STATES THAT THE INMATES LEGAL ASSISTANCE PROGRAM, AND SPECIFICALY ITS ATTORNEYS, SYDNEY T. SCHULMAN ; JANE STARKOWSKI; AND RICHARD P. CAHILL, HAVE INTENTIONALLY BECOME TURNCOATS, AND ARE CARRYING ON WITH ILLEGAL CORRUPTION WHILE CLEARLY CONSPIRING WITH THE OFFICE OF THE ATTORNEY GENERAL TO CAUSE THE PLAINTIFF INJURY IN REGARD TO HIS PENDING CASE CAPTIONED ABOVE.

III. IN SUPPORT OF THE CLAIMS HEREIN MADE, THE PLAINTIFF ASK THAT THE COURT REVIEW, LETTER TO THE HONORABLE CHRISTOPHER F. DRONEY AND HONORABLE WILLIAM I. GARFINKEL DATED APRIL 21, 2005,

1

THE LETTER TO DEPARTMENT OF CORRECTIONS COMMISSIONER THERESA C. LANTZ, DATED JULY 20, 2005, AND THE LETTER TO THE STATEWIDE BAR COUNSEL DATED JULY 20, 2005 SENT ALONG WITH FORMAL COMPLAINT, ALL WRITTEN BY PLAINTIFF AND INCLUDED ALONG WITH THIS MOTION, IN AN EFFORT TO ENSURE HIS RIGHT TO CONFLICT FREE COUNSEL PROMISED IN C.G.S. § 18-81, AND WHICH IS THE OBLIGATION OF THE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS TO PROVIDE THE PLAINTIFF SO THAT HE MAY BE ABLE TO LITIGATE AGAINST THE MUCH GREATER FORCES AGAINST HIM.

IV. PLAINTIFF HAS NO MEANS TO DEFEND HIS CASE AGAINST A MOTION FOR SUMMARY JUDGEMENT, AND PLEADS FOR THE COURT TO CONSIDER HIS NEEDS WHEN REVIEWING HIS PENDING MOTION FOR RENEWAL OF APPOINTMENT OF COUNSEL AS RECEIVED BY THE COURT ON JUNE 1, 2005.

V. AGAIN, PLAINTIFF RESPECTFULLY REQUEST THAT THE COURT REVIEW ALL EXHIBITS AND MATERIALS BEFORE IT, WHEN CONSIDERING THE PLAINTIFFS PENDING MOTION FOR RENEWAL OF COUNSEL, AND TO ALSO CONSIDER THE PLAINTIFFS ABSOLUTE DIRE NEED FOR ASSISTANCE IN ATTEMPTING TO SUCCESSFULLY GO FORWARD WITH HIS CASE, PLAINTIFF ALSO EXTENDS HIS APPRECIATION FOR THE COURTS PATIENCE, TIME AND CONSIDERATION IN THESE MATTERS.

THE PLAINTIFF

Lloyd George Morgan JR

MR. LLOYD GEORGE MORGAN, JR.
#117796
CHESHIRE CORRECTIONAL INSTITUTION
900 HIGHLAND AVENUE
CHESHIRE, CT. 06410-1668

2

# CERTIFICATION

THIS IS TO CERTIFY THAT A COPY OF THE FOREGOING MOTION WAS MAILED POSTAGE PAID ON __August 11, 2005__ TO ALL PARTIES OF RECORD AS NOTED BELLOW.

OFFICE OF ATTORNEY GENERAL
(AAG) LYNN D. WITTENBRINK
110 SHERMAN STREET
HARTFORD, CT. 06105

CONNECTICUT CIVIL LIBERTIES UNION
FOUNDATION
ATTY. PHILIP D. TEGLER
ATTY. ANNETTE M. LAMOREAUX esq.
32 GRAND STREET
HARTFORD, CT. 06106

BY THE PLAINTIFF

Lloyd George MORGAN, JR.

LLOYD GEORGE MORGAN, JR.