UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LLOYD GEORGE MORGAN, JR. | : | PRISONER |
| | | 3:01cv1107(CFD) |
| v. | : | |
| GOVERNOR JOHN G. ROWLAND, ET AL. | : | AUGUST 19, 2005 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants in the above-captioned matter move for summary judgment in their favor as there is no genuine issue of material fact and the Court can find as a matter of law that the defendants did not exhibit deliberate indifference, did not violate the plaintiff's right to privacy, and that all defendants are entitled to qualified immunity. In addition, the plaintiff's claim for a declaratory judgment is moot.

In support of this motion, the defendants provide a Memorandum of Law as well as numerous Affidavits and other supporting Exhibits and a Rule 56 statement of material facts not in dispute.

DEFENDANTS,
Governor John G. Rowland, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: __/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08574
110 Sherman Street
Hartford, CT  06105
Telephone No. (860) 808-5450
Fax No. (860) 808-5591
lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed to the following on this 19th day of August, 2005:

Lloyd George Morgan, Inmate No. 117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

Annette M. Lamoreaux
CT Civil Liberties Union Foundation
32 Grand Street
Hartford, CT  06106

                                            __/s/_____
                                            Lynn D. Wittenbrink
                                            Assistant Attorney General