UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LLOYD GEORGE MORGAN, JR. | : | PRISONER |
| | : | NO. 3:01CV1107(CFD) |
| VS. | : | |
| | : | |
| GOVERNOR JOHN G. ROWLAND, ET AL. | : | AUGUST 19, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, **GOVERNOR JOHN G. ROWLAND, ET AL.**, have manually filed the following documents:

      Exhibit A.    Morgan RT60;

      Exhibit B.    Morgan Administrative Segregation Package;

      Exhibit C.    Morgan RT67;

      Exhibit H.    Housing Cards; and,

      Exhibit J.    Medical/Mental Health Records.

These documents have been filed electronically because:

[ X ]  The documents cannot be converted to an electronic format.
[ X ]  The electronic file size of the document exceeds 1.5 megabytes.
[   ]  The document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 56(b).
[ X ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

                        DEFENDANTS,
                        Governor John G. Rowland, et al.

                        RICHARD BLUMENTHAL
                        ATTORNEY GENERAL

                BY:___/s/_____
                     Lynn D. Wittenbrink
                     Assistant Attorney General
                     Federal Bar No. ct08575
                     110 Sherman Street
                     Hartford, CT  06105
                     Telephone No. (860) 808-5450
                     Fax no. (860) 808-5591
                     lynn.wittenbrink@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 19th day of August, 2005 to:

Lloyd George Morgan, Inmate No. 117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

Annette M. Lamoreaux
CT Civil Liberties Union Foundation
32 Grand Street
Hartford, CT  06106

                                                       /s/
                                                      Lynn D. Wittenbrink
                                                      Assistant Attorney General