# CONNECTICUT DEPARTMENT OF CORRECTION
## NORTHERN CORRECTIONAL INSTITUTION

### INMATE REQUEST FORM

Date: 7-2-01

HOUSING UNIT: (I)  II  III        (EAST) or  WEST        Cell # Z-19
(Circle One)

Inmate Name: Lloyd G. Morgan        Number: 117796

Request: To know whay you keep holding up my Legal mail I have more money then you do, so when I send out my Shit, you better send it out because I know some one who will meet you in the parking lot and she'll brake your Fucking face test me!
(Continue on back if necessary)
Just because your sucking the majors' dick don't mean he safe either

Submitted to: _____  Date Received: _____

Acted on by: because he has a wife and boy friend too. Your not ~~~~ safe

Action taken and/or response: _____

_____

_____

_____

_____

_____

_____

Date of Response to Inmate: _____

Signature of Staff Member: _____

NCI 050

# Disciplinary Process Summary Report-Page 1
## Connecticut Department of Correction

CN 9
1-14

| Unit | N.C.I | Report No. | NCI 0104651 | Report Date | 4-10-01 | Hearing Date | 4-11-01 |
|---|---|---|---|---|---|---|---|
| Inmate Name | Morgan Lloyd | | ID No. 117796 | | | Housing | 1W108 |

| Reporting Employee | Polonis | Title | C/O |
|---|---|---|---|
| Investigator | Smith | Advocate | N/A |
| Inmate Appearance | ☐ Yes  ☐ No | Reason | |

| ☐ | Suspended Sentence | | | | |
|---|---|---|---|---|---|
| ☐ | Deferred Prosecution | No. of Days | | Through | |
| ☐ | Charge Dismissed | By | | Reason | |

Continuances (Dates and Reasons):

## SUMMARY

| | Charge | Class | Plea | Finding | Sanctions |
|---|---|---|---|---|---|
| Original | Threats | A | G | G | 7 P/S  4-18-01 |
| Substitute | | | | | 30 LOP  5-18-01 |
| | | | | | 30 LOV  5-18-01 |

☐ Confidential information        Reliability

| Documentation Submitted | ☐ Incident Report | ☐ Medical Incident Report |
|---|---|---|
| | ☐ Use of Force Report | ☐ Other (Specify) |

Witness Name                    ☐ Appearance

Testimony:

Witness Name                    ☐ Appearance

Testimony

Witness Name                    ☐ Appearance

Testimony:

☐ Witness Exclusion | Name | Reason

Physical Evidence, Written Testimony



# Disciplinary Process Summary Report–Page 2
## Connecticut Department of Correction

CN 1-1

**Basis for finding**

Inmate voluntarily plead guilty to the charge.

**Basis for sanctions:**

Sanctions deemed sufficient to deter future misconduct.

## DISPOSING OFFICER

| | Date |
|---|---|
| Hearing Officer Signature | |
| Disciplinary Coordinator Signature | Date |
| Investigator Signature _[signature]_ | Date 4-11-01 |

## INMATE NOTICE

You may appeal a finding of guilty by a Hearing Officer within 15 days

| Delivering Officer Signature _[signature]_ | Date 4-11-01 |
|---|---|

Copies (5): Investigator, Reporting Employee, Inmate, Disciplinary file, and Inmate Master file

# Disciplinary Report – Page 1
## Connecticut Department of Correction

| | | |
|---|---|---|
| Unit  N.C.I | Report date | Report no. NCI 0104051 |
| Inmate name  Morgan, Hoyt | I.D. no. 117796 | Housing  1W108 |
| Location  Enfield Court | Incident date 10 April 01 | Time 1235  ☐ a.m. ☒ p.m. |
| Charge  THREATS | | Class  A |

**Description of violation:** ON THE ABOVE TIME AND DATE while assigned as TRANSPORTATION officer, while at court I/m Morgan did STATE "I have AIDS AND I'm going to bite you and Spit in your FACE Polonis!" Morgan yelled this several times.

**Witness(es):**

**Physical evidence:**

| Reporting employee  Poloni | Employee requests copy ☒ yes ☐ no |
|---|---|
| Title  Officer | Date | Time 245 ☐ a.m. ☒ p.m. |

### CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

☐ Administrative detention    Date    Time    ☐ a.m. ☐ p.m.
☐ Interview accused    ☐ Informal disposition

Custody supervisor / unit manager signature  Knopf
Title  Ct    Date 4-10-01    Time 1:00    ☐ a.m. ☒ p.m.

### INMATE NOTICE

Delivered by  Mikulak
Title C/O    Date 4-10-01    Time 5:00    ☐ a.m. ☒ p.m.

# Disciplinary Report - Page 2
## Connecticut Department of Correction

CN9503
1-14-94

| Investigator | Receipt date 4-11-01 | Time 8⁰⁰ | ☒ a.m. ☐ p.m. |

**Attempt, accessory and conspiracy:** When supported by the evidence, the offenses of attempt, accessory and Conspiracy shall be deemed to be included in the substantive offense with out having to be separately charged. Attempt, accessory and conspiracy shall be punishable in the same degree as if the substantive offense were committed.

## CLASS A

| | | |
|---|---|---|
| Alteration of a specimen<br>Arson<br>Assault<br>Assault on a DOC employee<br>Bribery<br>Contraband (dangerous instrument, escape item, unauthorized currency, drug paraphernalia, intoxicating substance, tattoo equipment)<br>Creating a disturbance<br>Destruction of property ($100 or more) | Escape<br>Felonious misconduct<br>Fighting<br>Flagrant disobedience<br>Hostage holding<br>Hostage holding a DOC employee<br>Impeding order<br>Interfering with safety or security<br>Intoxication<br>Refusal to give a specimen<br>Riot (requires declaration by DOC Commissioner) | Secreting identity<br>Security risk group affiliation<br>Security tampering<br>Self-mutilation<br>Sexual misconduct<br>Theft ($100 or more)<br>Threats<br>Violation of program provisions |

## CLASS B

| | | |
|---|---|---|
| Bartering<br>Causing a disruption<br>Contraband (unauthorized items, items in excess of authorized amounts, displaying nude or sexually explicit pictures) | Destruction of property (under $100)<br>Disobeying a direct order<br>Gambling<br>Giving false information<br>Insulting language or behavior<br>Misdemeanant misconduct | Out of place<br>Public indecency<br>Theft (under $100) |

## CLASS C

| Disorderly conduct | Malingering | Sanitary / housing violation | Violation of unit rules |
|---|---|---|---|
| Inmate signature | | Date | |
| Witness signature | | Date | |

**Waiver of 24-hour notice:** I hereby waive my right to a 24-hour notice of hearing And request that a hearing be held at the earliest convenience of the hearing officer.

| Inmate signature | Date |
|---|---|
| Witness signature | Date |

**Waiver of appearance:** I hereby waive my appearance at the disciplinary hearing. This does not constitute a guilty plea.

| Inmate signature | Date |
|---|---|
| Witness signature | Date |

**Guilty plea:** I hereby plead guilty to the charge contained in this disciplinary report. I voluntarily enter this plea and understand that my plea bars an appeal.

| Inmate signature  Lloyd G. Morgan Jr. | Date 4-11-01 |
|---|---|
| Investigator/hearing officer signature | Date 4-11-01 |
| ☐ Prosecution deferred by disciplinary coordinator | Through date |
| Disciplinary coordinator signature | Date |
| Inmate signature | Date |