# Northern Correctional Institution
# Close Custody Program

**Close Custody (CC)**: Placement of an inmate on Close Custody status that results in a segregation of the inmate whose behavior while incarcerated poses a threat to the security of the facility or a risk to the safety of staff or other inmates. This inmate has demonstrated through his behavior that he is not appropriate for continued placement in general population and that he can no longer be safely managed in general population.

**Security Risk Group Threat Member Placement**: An inmate may be designated by a hearing and/or Disciplinary Report. The designation shall be a result of an inmate's activity, behavior status as a recognized Security Risk Group Leader, and/or whose activity, behavior or involvement in an event associated with a Security Risk Group jeopardizes the safety of the public, staff, or other inmate(s) and/or the security and order of the facility.

**Appeals**: An inmate may appeal the decision to be placed on Close Custody status to the Warden. The Close Custody Program at Northern is organized as a Transitional Phase Program. There are three phases that inmates must complete prior to any recommendation being made by the Unit Administrator for return into general population. The entire program shall, at a minimum, be a nine- (9) month period.

**Program Philosophy**: The three phase Close Custody Program at Northern operates on the basic assumption that inmates who engage in aggressive, violent, disruptive behavior, or who pose an imminent risk to the public, staff or other inmates require a highly structured and secure environment. Within this environment, inmates are held accountable for their action while learning coping skills necessary to allow their safe return to general population.

**Phase 1**: This is the beginning phase of the Close Custody Program. This portion of the program is a minimum of four (4) months prior to any review for progression to Phase II. Below is a summary of the program restrictions and privileges.
- Inmates are housed two per cell within the same or compatible SRG group.
- Inmates are allowed to spend a maximum of $50.00 per week for **commissary** items (if not on any sanctions).
- Inmates are allowed three 15-minute **monitored telephone calls** per week (if not on any sanctions).
- Inmates are allowed two 30-minute non-contact **visits** per week with immediate family only (if not on any sanctions).
- Inmates receive **recreation** one hour per day, five days a week.
- Inmates receive three **showers** per week.
- Inmates are precluded from any **work** assignments.
- **Programming**: none
- All **meals** are served inside the cell.

**Phase II**: Inmates who successfully complete Phase I are reviewed for progression to Phase II. To progress into Phase II the inmate must have: completed a minimum of four (4) months in Phase I, remained Class "A" disciplinary report free for 120 days, remained Class "B" disciplinary report free for 90 days, and remained Class "C" disciplinary report free for 60 days. Phase II is a minimum of ninety (90) days. Below is a summary of the program's restrictions, privileges and groups.

- Inmates are housed two per cell with opposite SRG group affiliations.
- Inmates are allowed to spend a maximum of $50.00 per week for **commissary** items (if not on any sanctions).
- Inmates are allowed three 15-minute **monitored telephone calls** per week (if not on any sanctions).
- Inmates are allowed two 30-minutes non-contact **visits** per week with immediate family only (if not on any sanctions).
- Inmates receive **recreation** one hour per day, five days a week without any restraints.
- Inmates receive three **showers** per week.
- Inmates may **work in the unit at the discretion of the Unit Manager**. However, they are not eligible for seven-day jobs.
- **Programming**: During Phase II inmates must complete four groups: Orientation; Getting Started, Getting Going, Building the Ladder, and How to Do Your Bid.
- All **meals** are served inside the cell.

**Phase III**: Inmates who successfully complete Phase II are reviewed for progression to Phase III by: the Unit Manager, Correctional Counselor, Correctional Treatment Officer, and Unit Correctional Officers. To progress to Phase III the inmate must have: been on Phase II for ninety (90) days, completed all programs in Phase II, remain disciplinary report free, and maintained a positive attitude towards staff and the program. This last phase of the program is a minimum of sixty (60) days.

- Inmates are housed two per cell with opposite SRG affiliations.
- Inmates are allowed to spend a maximum of $50.00 per week for **commissary** items (if not on any sanctions).
- Inmates are allowed three 15-minute **monitored telephone calls** per week (if not on any sanctions).
- Inmates are allowed two 30-minute non-contact **visits** per week with immediate family only (if not on any sanctions).
- Inmates receive **recreation** one hour per day, five days a week.
- Inmates receive three **showers** per week.
- Inmates may **work in the unit at the discretion of the Unit Manager**. However, they are not eligible for seven-day jobs.
- **Programming**: During Phase III inmates complete two groups: Relapse Prevention and Bridge Group. Open recreation in the gym.
- **Meals** may be served in the dayroom.

**Criteria for Return to Phase I**: Phase II inmates shall be returned to Phase I for the following reasons:

- Any disciplinary report
- Punitive Segregation received as a sanction on a disciplinary report
- Refusal to participate in any Phase II Programming
- Poor attitude
- Lack of motivation

**Criteria for Return of Phase III Inmates**: Phase III inmates shall be returned to Phase I for the following reasons:

- Any disciplinary report
- Punitive Segregation received as a sanction on a disciplinary report.
- Refusal to participate in any Phase III Programming.
- Multiple (3) informal reports
- Poor attitude
- Lack of motivation

**Inmates who discharge from Northern**: Any inmate who discharges into the community from Northern will be returned to his status if he re-offends and returns to the Department of Correction jurisdiction.

**Return to General Population**: Inmates who complete all programming and maintain a positive attitude toward staff and the program will be returned into general population. To return to general population, inmates must have successfully completed all three phases of the Close Custody Program. A recommendation for removal is generated by the Program Coordinator and reviewed by the Major of Operations, Unit Administrator, and the Director of Security. The removal package is forwarded to the Deputy Commissioner via the Director of Security for final review.