UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LLOYD GEORGE MORGAN | : | PRISONER<br>CIVIL NO. 3:01CV1107(CFD) |
| v. | : | |
| JOHN J. ARMSTRONG, ET AL. | : | AUGUST 18, 2005 |

### AFFIDAVIT OF EDWARD A. BLANCHETTE, M.D.

1. I am over the age of 18 and understand and believe in the obligations of an oath:

2. I am a physician licensed to practice medicine in the State of Connecticut since 1975.

3. I completed my residency in medicine at Saint Francis Hospital, Hartford, Connecticut, in 1977, and completed a Fellowship in Infectious Disease and Microbiology from the University of Connecticut School of Medicine in 1979.

4. I have held various positions with the State of Connecticut Department of Correction (hereinafter "DOC") since 1984, including Hospital Clinical Director at Osborn Correctional Institution, Medical Director at the MacDougall Correctional Institution (hereinafter "MacDougall"), and Acting Director of Health Services and Clinical Practice Coordinator. I am currently the Director of Professional and Clinical Services for the Department of Correction.

5. I am familiar with some of the facts and circumstances of this matter, having reviewed the plaintiff's allegations.

6. Mild degenerative disease in one's lower back is an extremely common diagnosis requiring no treatment other than medication for discomfort as needed.

7.      There is sufficient room in an 8 by 10 foot double cell with narrow beds over each other to perform exercises or calisthenics such as jumping, running in place, push-ups or sit-ups. In addition to in-cell exercise, it is my understanding, the plaintiff was allowed to walk about, albeit in leg-irons, for 5 hours per week

I hereby swear and affirm that the foregoing is true and accurate to the best of my knowledge and belief.

_____
Edward A. Blanchette

Subscribed and sworn to before me this 18th day of August, 2005.

_____
Lynn D. Wittenbrink
Assistant Attorney General