# NORTHERN
# CORRECTIONAL INSTITUTION
# INMATE HANDBOOK



# CONNECTICUT
# DEPARTMENT OF CORRECTION

### November 2000

# NORTHERN

# CORRECTIONAL INSTITUTION

John J. Armstrong
Commissioner

Peter Matos
Deputy Commissioner of Facility Operations

Brian Murphy
Complex Warden

Larry Myers
Unit Administrator

| Thomas Coates<br>Administrative<br>Major | Christine Whidden<br>Programs & Treatment<br>Major | Michael Lajoie<br>Operations<br>Major |
|---|---|---|

# CONNECTICUT

# DEPARTMENT OF CORRECTION

## November 2000

5. <u>Medication</u>. There will be no "on-person" medications at Northern CI with the exception of Close Custody Unit. All medication will be distributed by medical staff. All inmates will be expected to adhere to the following medication administration procedure:
   a. Your bright cell light must be turned on and remain on during medication administration.
   b. You must then step away from the door.
   c. The officer will then open the food trap and the medical staff will place the medication on the food trap.
   d. You will then be directed by staff to retrieve your medication.
   e. The officer will then secure the food trap.
   f. After you have retrieved your medication, you must then take it in view of medical staff. Failure to comply with the above procedure will subject you to disciplinary action in accordance with Administrative Directive 9.5 (Code of Penal Discipline).
6. <u>Annual PPD Test</u>. A PPD test is conducted yearly. This test is mandatory for all inmates. Refusal of this test will result in Disciplinary Action and required medical conditions.
7. <u>Dental</u>. Dental services are provided by appointment. You must submit a written request to the Medical Unit. You will be called for an appointment based on the nature of your condition.
8. <u>Counseling Services</u>. Pre-and Post-test (HIV) counseling is available upon written request.
9. <u>Bottom Bunk Passes</u>. Those inmates meeting specific criteria will be issued bottom bunk status only. If you do not meet this criteria, you will need to speak to your Unit Manager. Bottom bunk passes from other institutions will not be honored. You must be approved through Northern CI Medical Department.
10. <u>Barber Clippers</u>. Special passes will not be issued by the Medical Department. Please refer to this section in your Inmate Handbook.
11. <u>Toenail / Fingernail Clippers</u>. The Medical Department at Northern CI does not monitor these items, you should direct your requests for these items to your C.T.O.
12. <u>Arch Supports / Special Shoes</u>. These items are not routinely prescribed due to limited out of cell activity.
13. <u>Blankets</u>. Northern CI's blankets are hypo-allergenic. Cotton or wool blankets are not medically prescribed.
14. <u>Medical Records</u>. All requests for copies of your health record must be submitted on an inmate request form. Please address your correspondence to Medical Records.
15. <u>Medical Grievances</u>. As always, you should try to resolve any issues informally by speaking to a medical staff member or through an inmate request form. If you are not satisfied with the response, a Medical Grievance may be submitted to the Level 1 Grievance Coordinator. The Level 1 Grievance Coordinator at Northern CI is the Correctional Hospital Nursing Supervisor.

E. <u>MENTAL HEALTH SERVICES</u>. The delivery of Mental Health Services are the responsibility of the Complex Health Services Administrator, and are determined by Northern CI's security level and Mental Health Objective Classification Score. The Mental Health staff consists of a Supervising Psychologist, Psychiatrist, Nurse Clinician, and Clinical Social Workers. The Supervising Psychologist assigns staff with the training necessary to handle your concern or issue. Mental Health Services include assessment, emergency services, crisis intervention, medication, therapy, and counseling.

1. <u>Assessment</u>. You will be screened and evaluated by Mental Health Staff within 24 hours of your admission to the facility. You will be seen by a psychologist or psychiatrist after 30 days and every 3 months thereafter for as long as you remain at Northern CI.
2. <u>Emergency</u>. If you have a mental health emergency, such as feeling suicidal or are experiencing a reaction to your medication, tell a staff member immediately or use your cell intercom. Emergency Mental Health Services are available at Northern CI 24 hours a day, 7 days a week.
3. <u>Access to Services</u>. If you wish to see someone from Mental Health and it is not an emergency, send a written request.
4. <u>Medication</u>. Medication is prescribed in liquid crushed form or by a psychiatrist unless otherwise indicated. To receive medication, you must sign a voluntary consent form and cooperate with the doctor by following his or her orders. Your medication will be delivered to you a single dose at a time, by the medical staff and you must swallow it in front of them.
5. <u>Rounds</u>. At least twice a week, a clinical social worker will tour the housing units. Since others can hear what is being said, rounds are not confidential but provide an opportunity to request services.
6. <u>Crisis Intervention</u>. There may be times that you find yourself very upset over something that has happened. Mental health staff are available to help you through the crisis.
7. <u>Therapy and Counseling</u>. In contrast to an emergency, there might be some issues that you feel you need to work on to progress through the Phase Program. The Mental Health Staff can evaluate your issues and may be able to assist you.
8. <u>Referral</u>. Any staff person in the facility may refer you to be seen by Mental Health professionals.

F. <u>FOOD SERVICES</u>.
1. <u>Menus</u>. The menu, as well as the portion sizes served here at Northern CI, follows the Master Menu as it is written by the D.O.C. Menu Planning Committee. These menus meet the daily nutritional requirements and are reviewed by a registered dietician.
2. <u>Meal Times</u>.
   a. Breakfast:              7:00 A.M.
   b. Lunch:                   11:00 A.M.
   c. Dinner:                  5:00 P.M.
3. <u>Meal Location</u>. Note that "Phase" refers to both A/S and S.R.G.S.T.M. programs.

   a. Death Row: All meals served in-cell
   b. Phase  I:    All meals served in-cell     Interval  I:  All meals served in-cell
   c. Phase II:    All meals served in-cell     Interval II:  Breakfast in-cell
   d. Phase III:   Breakfast in-cell                          Lunch in Day Room
                   Lunch in Day Room                          Dinner in Day Room
                   Dinner in Day Room
   e. It is your responsibility to be ready to receive your meal at the time it is served. All items that are given and not eaten are to be returned to the officer when the meal time is completed. (Refer to page 4 Dining Rules and Regulations.
4. <u>Common Fare</u>. A Common Fare Diet is a diet which meets all nutritional requirements and reasonably accommodates religious dietary restrictions. To receive the Common Fare Diet you must notify the Unit Counselor. Anyone wishing to be removed from the Common Fare Diet must do so through the Unit Counselor.