UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LLOYD GEORGE MORGAN, JR. | : | |
| | : | PRISONER |
| v. | : | 3:01CV1107(CFD) |
| | : | |
| GOV. JOHN G. ROWLAND, ET AL. | : | AUGUST 23, 2005 |

FILED
2005 AUG 25 P 4:12
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

### AND

### MOTION FOR AN EXTENSION OF TIME TO RESPOND

The undersigned plaintiff, Lloyd George Morgan, Jr., acting In Propria Persona, hereby objects to Defendant's Motion For Summary Judgement dated August 19, 2005. Furthermore, plaintiff hereby requests a ninety (90) day extension in which to respond. In support thereof, plaintiff states the following:

1. Defendant's claim/statement "...there is no genuine issue of material fact and the Court can find as a matter of law that the defendants did not exhibit deliberate indifference, did not violate the plaintiff's right to privacy, and that all defendants are entitled to qualified immunity." is interesting to say the least. Defendant's counsel may have very well have been reading a different case just prior to making this statement. However, on one hand defendant's counsel claims that they didn't do it, then, she goes on to say that they enjoy immunity... from what?

2. On August 19, 2005, along with defendant's motion, plaintiff received a <u>full</u> banker's box of supporting documentation/exhibits. Plaintiff does not have the resources or training to prepare a formal/educated/informed response to defendant's motion.

3. The Court is currently considering plaintiff's request for appointment of counsel. Defendant's motion and all its supporting documents clearly highlight the plaintiff's need for competent counsel. Inmates' Legal Assistance Program has determined there to be a conflict of interest in providing assistance to plaintiff (See attached Exhibits "A", "B" & "C") and have withdrawn their assistance.

WHEREFORE, the plaintiff respectfully requests this Honorable Court to:

A. Level the "playing field" by ruling in plaintiff's earlier Motion For Appointment Of Counsel in plaintiff's favor,

B. Duly note plaintiff's objection to Defendant's Motion For Summary Judgement, and;

C. Grant the plaintiff a ninety (90) day extension from such date that counsel has been appointed to respond to Defendant's Motion For Summary Judgement.

**DATED** this 23rd day of August, 2005.

THE PLAINTIFF

*Lloyd George Morgan, Jr.*
Lloyd George Morgan, Jr.
Inmate #117796
Cheshire C.I.
900 Highland Avenue
Cheshire, CT 06410-1668
(203) 250-2600 x2053

**IN PROPRIA PERSONA**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of this instant Motion was Mailed via 1st Class U.S. Mail, postage pre-paid, to counsel of record on this 23rd day of August, 2005:

Lynn D. Wittenbrink, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Annette M. Lamoureaux
CT Civil Liberties Union
32 Grand Street
Hartford, CT 06106

THE PLAINTIFF

*Lloyd George Morgan, Jr.*
Lloyd George Morgan, Jr.