UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604
(203) 579-5861

KEVIN F. ROWE
CLERK

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE W. CODY
DEPUTY IN CHARGE

July 1, 2005

Lloyd George Morgan, Jr. #117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Re:   Morgan v. Rowland, et al
      3:01cv1107(CFD)(WIG)

Dear Mr. Morgan:

This is in response to your letter received by this court on 7/1/05.

Your renewed Motion for Appointment of Counsel was received on 6/1/05 and is still pending. You will be advised of any action taken. Please be patient.

Very truly yours,

Kevin F. Rowe
Clerk

*Mary E. Larsen*

By:   Mary E. Larsen
      Deputy Clerk

## LAW OFFICES OF
## SYDNEY T. SCHULMAN

**Administrative Director**
Sydney T. Schulman, Esq.

**Managing Attorney**
Jane Starkowski

### INMATES' LEGAL ASSISTANCE PROGRAM

"Exhibit A"

**Staff Attorneys**
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Jenna M. Caulfield

July 29, 2005

Mr. Lloyd George Morgan, Jr.
#117796
Cheshire CI
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. Morgan:

This letter will serve as Inmates' Legal Assistance Program's response to the following: a letter dated July 4 and received July 7, 2005; a letter dated July 6 and received July 12, 2005; a letter dated July 8 and received July 15, 2005; a letter dated July 13 and received July 18, 2005; and a letter dated July 25 and received July 28, 2005.

We have been notified by the Statewide Grievance Committee that you have filed complaints against me, ILAP Managing Attorney Jane Starkowski and Attorney Sydney T. Schulman, ILAP's administrative director. As a result, a conflict of interest exists that prevents ILAP from providing any further assistance to you at the present time.

I am returning unreviewed the documents you sent with your letters. We will not be able to assist in regard to any of the issues addressed in the letters.

Very truly yours,

Richard P. Cahill
Attorney at law

Enclosures

LAW OFFICES OF
# SCHULMAN & ASSOCIATES
ATTORNEY AT LAW
10 GRAND STREET
HARTFORD, CONNECTICUT 06106-1596

(860) 522-2960
FAX: (860) 522-0130

"Exhibit B"

SYDNEY T. SCHULMAN*
ROBERT E. SCHULMAN**

* ALSO ADMITTED IN
MASSACHUSETTS AND MINNESOTA
** ALSO ADMITTED IN
NEW YORK AND WASHINGTON

MASSACHUSETTS OFFICE:
52 MULBERRY STREET
SPRINGFIELD, MA 01105
(413) 781-5400

INMATES LEGAL ASSISTANCE
78 OAK STREET
HARTFORD, CT 06106
(860) 246-1118

July 29, 2005.

Mr. Lloyd Morgan
Inmate # 117796
Cheshire Correctional Institution
900 Highland Ave.
Cheshire, Ct. 06410

Re: Your letter of July 13, 2005.

Dear Mr. Morgan:

I am in receipt of your letter of July 13, 2005, requesting assistance, which I received when I returned from vacation a couple of days ago. Yesterday I was advised and today I received a Grievance Complaint from the Bar Association which you recently filed against me, Atty. Cahill and Atty. Starkowski. Consequently, we are no longer permitted, pursuant to the rules of our Canons of Ethics from assisting you in any way. This also applies to all other attorneys in our firm. I do wish you well in your future endeavors.

Very truly yours,

*Sydney T. Schulman*
Sydney T. Schulman

STS:eis

Cc: Attorney Jane Starkowski
    Attorney Richard Cahill

LAW OFFICES OF
# SCHULMAN & ASSOCIATES
ATTORNEY AT LAW
10 GRAND STREET
HARTFORD, CONNECTICUT 06106-1596

(860) 522-2960
FAX: (860) 522-0130

SYDNEY T. SCHULMAN*
ROBERT E. SCHULMAN**

\* ALSO ADMITTED IN
MASSACHUSETTS AND MINNESOTA
\*\* ALSO ADMITTED IN
NEW YORK AND WASHINGTON

MASSACHUSETTS OFFICE:
52 MULBERRY STREET
SPRINGFIELD, MA 01105
(413) 781-5400

INMATES LEGAL ASSISTANCE
78 OAK STREET
HARTFORD, CT 06106
(860) 246-1118

Exhibit C.

August 3, 2005.

Mr. Lloyd Morgan, Jr.
Inmate # 117796
Cheshire Correctional Institution
900 Highland Ave.
Cheshire, Ct. 06410

Re: Your letter of July 28, 2005.

Dear Mr. Morgan:

I am in receipt of your letter of July 28, 2005. As you note in your letter, you have filed grievances with the bar association against myself and some of the attorneys in my firm. That is your right to do so. However, as I told you in my recent letter to you, once that is done, my firm is in a conflict of interest with you and **cannot**, as required by our Canons of Ethics, **assist you in any way** with any case. We are forbidden to do so. It would be unethical for us to do so. I explained that in my letter. Please do not write any more letters requesting assistance. **I am required to advise you that we cannot assist you in any way.** If you wish to write to the Commissioner of the Department of Corrections, requesting such assistance, you may do so. My firm is not even permitted to find another lawyer for you. Thus, I cannot answer the things you request in your letter.

Very truly yours,

*Sydney T. Schulman*
Sydney T. Schulman

STS:eis

MR. LLOYD GEORGE MORGAN, JR. # 117796
CCI
900 HIGHLAND AVENUE
CHESHIRE, CT. 06410-1668

JULY 14, 2005

"Exhibit C-1"

COMMISSIONER OF CORRECTIONS
THERESA C. LANTZ
24 WOLCOTT HILL ROAD
WETHERSFIELD, CT. 06109

Dear Commissioner Lantz,

I RESPECFULLY APPEAL TO YOUR OFFICE IN GOOD FAITH, FOR URGENT REMEDY, AND CONSIDERATION IN REGARD TO YOUR OFFICE'S DUTY TO PROVIDE STATE OF CONNECTICUT PRISONERS WITH PERSONS TRAINED AT LAW TO PURSUE ISSUES DEALING WITH PRISONERS RIGHTS.

THE INMATES LEGAL ASSISTANCE PROGRAM, AND IT'S ATTORNEYS, EXECUTIVE ATTORNEY SYDNEY T. SCHULMAN AND HIS AGENTS, SUPERVISOR ATTORNEY JANE STARKOWSKI AND HER AGENT ATTORNEY RICHARD P. CAHILL, HAVE SUBJECTED ME TO HARASSMENT AND RETALIATION. THEY HAVE NOW STARTED TO REFUSE TO RETURN MY PHONE CALLS TO THEM, AND TO COMMUNICATE WITH ME CONCERNING MY PENDING CIVIL RIGHTS CASES, TITLED: <u>LLOYD GEORGE MORGAN, JR. V. GOVERNOR JOHN G. ROWLAND, et al.</u>, CASE No. 3:01cv1107(CFD)(WIG); AND <u>LLOYD GEORGE MORGAN, JR. V. MATHEW REGAN, et al.</u>, CASE No. 3:05cv873(JBA), BOTH PENDING IN FEDERAL COURT, UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT.

BECAUSE I EXERCISED MY FIRST AND FOURTEENTH AMENDMENT RIGHTS UNDER THE UNITED STATES CONSTITUTION, ALLOWING ME TO REPORT TO THE COURT JUDGES

1

Exhibit C-1

MY CONCERNS OVER THE POOR QUALITY OF SERVICES AND UNPROFFESIONAL CONDUCT, AND INEFFECTIVE ASSISTANCE OF COUNSEL, WHICH IS PROTECTED BY MY FREEDOM OF SPEECH, I HAVE BEEN RETALLIATED AGAINST AND NOW THE INMATES LEGAL ASSISTANCE PROGRAM IS INTENTIONALLY GIVING THE UPPER HAND TO, AND CONSPIRING WITH, THE ATTORNEY GENERALS OFFICE.

    I HAD HAD THE HELP OF INMATES LEGAL ASSISTANCE PROGRAM IN PREPARING AN AMENDED COMPLAINT IN MY CASE <u>MORGAN V. ROWLAND, et al.</u>, AND ATTORNEY CAHILL ASSISTED ME IN PREPARING TWO MOTIONS, FOR DEFAULT JUDGEMENT AND AN OBJECTION, AND HE CAME TO SEE ME EITHER ON JUNE 30, 2005 OR JULY 1, 2005 SO I COULD SIGN SAID MOTIONS.

    ATTORNEY CAHILL PROMISED ME THAT IF ASSOCIATE ATTORNEY GENERAL LYNN D. WITTENBRINK FILED A MOTION FOR MORE TIME, HE WOULD PREPARE A MOTION OF OBJECTION AND HELP ME TIMELY FILE IT, ON OR ABOUT JULY 6, 2005.

    I RECEIVED A MOTION FOR MORE TIME FILED BY THE ATTORNEY GENERALS OFFICE, IT WAS DATED JULY 1, 2005, BUT NOT GIVEN TO ME BY THE DEPARTMENT OF CORRECTIONS UNTIL JULY 6, 2005. I WROTE AN EMERGENCY LETTER TO THE INMATES LEGAL ASSISTANCE PROGRAM ATTORNEY CAHILL, AND SENT ALONG THE MOTION, PLEADING WITH HIM TO PREPARE A TIMELY OBJECTION AND TO CONTACT ME.

    I WAS ALLOWED A PHONE CALL ON JULY 7, 2005 BY COUNSELOR LOWE. I CALLED

THE INMATES LEGAL ASSISTANCE PROGRAM, GAVE MY NAME AND INMATE NUMBER, AND ASKED TO TALK TO ATTORNEY CAHILL STATING IT WAS AN EMERGENCY. DESPITE MAKING IT ABSOLUTELY CLEAR THAT IT WAS AN EMERGENCY, AND EXACTLY WHAT MY NEEDS WERE, I WAS TOLD ATTORNEY CAHILL DID NOT WANT TO TALK TO ME. INMATES LEGAL ASSISTANCE PROGRAM NEVER RETURNED MY PHONE CALL.

INMATES LEGAL ASSISTANCE PROGRAM HAS CONSPIRED WITH THE ATTORNEY GENERAL TO ALLOW INJURY TO MY CASE BY WAITING FOR ASSOCIATE ATTORNEY GENERAL WITTENBRINK'S MOTION WAS GRANTED, WHICH IT WAS ON JULY 11, 2005 BY JUDGE DRONEY, WHO NOTICED THE ABSENCE OF AN OBJECTION.

INMATES LEGAL ASSISTANCE PROGRAM HAD ASKED ME NOT TO FILE ANY MOTIONS IN MY CASE, BUT INSTEAD I SHOULD BRING MY NEEDS TO THEIR ATTENTION, AND THEY WOULD PREPARE ANY MOTIONS AS NEEDED. NOW A MOTION FOR SUMMARY JUDGEMENT AGAINST ME WILL BE FILED ANY DAY.

INMATES LEGAL ASSISTANCE PROGRAM CONSPIRED TO, TURN AGAINST ME AND DENY ME HELP AT CRITICAL TIMES IN MY CASE, AND TO WORK BEHIND THE SCENES WITH THE ATTORNEY GENERALS OFFICE IN PLOTTING TO SABOTAGE MY CASE.

I AM ENTITLED TO PERSONS TRAINED AT LAW PURSUANT TO C.G.S. § 18-81, C.G.S. § 11-196, C.G.S § 52-584, C.G.S § 114, AND RULE 12 OF THE FEDERAL RULES OF CIVIL PROCEDURE. NOW I AM LEFT WITH NO EFFECTIVE MEANS TO

TO SUCCESSFULLY LITIGATE MY CASES.

INMATES LEGAL ASSISTANCE PROGRAM, BECAUSE OF CERTAIN MOTIONS AND LETTERS I HAVE SUBMITTED TO THE COURT, HAS NOW TURNED AGAINST ME AND IS CLEARLY IN BED WITH THE ATTORNEY GENERALS OFFICE. BECAUSE OF INMATES LEGAL ASSISTANCE PROGRAM's RETALLIATION, THERE NOW EXIST A MAJOR CONFLICT OF INTEREST

THE DEPARTMENT OF CORRECTIONS HAS PROMISED ONLY TO GRANT THE SERVICES OF THE INMATES LEGAL ASSISTANCE PROGRAM, IN ORDER TO BE IN COMPLIANCE WITH WHAT IS REQUIRED BY LAW, ASSUMING THAT THE INMATES LEGAL ASSISTANCE PROGRAM WOULD BE ETHICAL, EFFECTIVE, AND CAPABLE IN PROVIDING FOR CONNECTICUT INMATES BEST INTEREST. WHEN THE INMATES LEGAL ASSISTANCE PROGRAM FALLS BELOW STANDARDS AND NO LONGER CHOOSES TO CARRY OUT THE SERVICES EXPECTED OF SUCH A PROGRAM IT PUTS THE DEPARTMENT OF CORRECTIONS IN A STATE OF NON-COMPLIANCE WITH APPLICABLE LAW.

BECAUSE OF THE CONFLICT OF INTEREST, INMATES LEGAL ASSISTANCE PROGRAMS ETHICAL VIOLATIONS IN CONSPIRING AGAINST ME, PRACTICES THAT BASICALLY ADD UP TO THE COVERING UP OF THE WRONGS AND BLACK MAIL INMATES LEGAL ASSISTANCE PROGRAM HAS COMITTED AGAINST ME, AND BECAUSE THE SITUATION IS AT CRITICAL, IT IS AN EMERGENCY THAT MOTIVATES ME TO VERY RESPECTFULLY PLEAD FOR YOUR ASSISTANCE AND ASK THAT YOU EMPLOY A DIFFERENT LAW FIRM TO PROVIDE THE SERVICES

I AM ENTITLED TO. AT THE VERY LEAST, I WOULD IMPLORE YOU TO DIRECT INMATES LEGAL ASSISTANCE PROGRAM TO CORRECT ANY INJURY TO MY CASE, AND TO DISCONTINUE ANY AND ALL CONTEMPT, INDIFFERENCE AND DISCRIMINATION AGAINST THIS CLIENT.

AN INMATES RIGHT OF ACCESS TO THE COURTS IS THE MOST FUNDAMENTAL RIGHTS HE HOLDS, "ALL OTHER RIGHTS OF AN INMATE ARE ILLUSORY WITHOUT IT, BEING ENTIRELY DEPENDANT FOR THEIR EXISTANCE ON THE WHIM OR CAPRICE OF THE PRISON WARDEN," Adam v. Carlson, 488 F.2d 619, 630 (7th Cir. 1973); Davidson v. Scully, 694 F.2d 50, 54 (2nd Cir. 1982) ("THE CONSTITUTION PROTECTS WITH SPECIAL SOLICITUDE, A PRISONERS ACCESS TO THE COURTS,") (QUOTING Sostre v. McGinnis, 442 F.2d 178, 189 (2nd Cir. 1971) (en banc) cert. denied sub. nom Oswald v. Sostre, 405 U.S. 978 (1972).

SEE: Colon v. Caughlin, 58 F.3d 865, 872 (2nd. Cir. 1995) ("PRISONERS, LIKE NON-PRISONERS, HAVE A CONSTITUTIONAL RIGHT OF ACCESS TO THE COURTS AND PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES, AND PRISON OFFICIALS MAY NOT RETALIATE AGAINST PRISONER FOR THE EXERCISE OF THAT RIGHT"). SEE: Mahwinney v. Henderson, 542 F.2d 1, 3 (2nd Cir. 1976) ("A PRISONER HAS A DUE PROCESS RIGHT OF ACCESS TO THE COURTS AGAINST RETALLIATION"). SEE: Rivera v. Senkowski, 62 F.3d 80, 86 (2nd.Cir.1995) AFFIRMING DISTRICT COURT DECISSION RECOGNIZING AS "CLEARLY ESTABLISHED" A PRISONERS RIGHT AGAINST RETALLIATION FOR FILING GRIEVANCES AGAINST PRISON OFFICIALS). SEE: Franco v. Kelly, 854 F.2d 584, 589 (2nd Cir. 1988) (THE RIGHT TO PETITION ENCOMPASSES AN INMATES RIGHTS TO "FREE AND UNINHIBITED ACCESS...

5

Exhibit C-1

...TO BOTH ADMINISTRATIVE AND JUDICIAL FORUM FOR THE PURPOSE OF SEEKING REDRESS OF GRIEVANCES AGAINST STATE OFFICERS").

COMMISSIONER LANTZ, DO TO THE MOTION I FILED WITH THE COURT FOR RENEWAL OF APPOINTMENT OF COUNSEL AS TALKED ABOUT IN JULY 1, 2005 LETTER FROM CLERK LARSON OF FEDERAL COURT IN Morgan v Rowland, et al., AS ENCLOSED, ATTORNEY SCHULMAN WROTE ME A LETTER DATED JUNE 22, 2005 OF VEILED BLACKMAIL BASICALLY SAYING EITHER WRITE THE COURT BACK AND RECANT WHAT YOU HAVE SAID, OR WE WILL NO LONGER HELP YOU. I REFUSED TO RECANT WHAT I STATED IN A LETTER DATED APRIL 21, 2005 AND SENT TO JUDGES DRONEY AND GARFINKEL MARKED AS EXHIBIT "D" AND ATTACHED TO MOTION FOR RENEWAL OF COUNSEL, WHICH IS ENCLOSED, AS IS MY MOTION DATED JULY 13, 2005.

I ASK YOU RESPECTFULLY TO GRANT ME ANOTHER FIRM TO AID ME IN THESE LEGAL MATTERS URGENTLY, OR ORDER INMATES LEGAL ASSISTANCE PROGRAM TO DO THERE JOB.

IF NO REMEDY IS GRANTED I WILL BE FORCED TO FILE A LAWSUIT AGAINS THE DEPARTMENT OF CORRECTIONS AND THE INMATES LEGAL ASSISTANCE PROGRAM FOR REMEDY.

PLEASE HELP ME AVOID HAVING TO SEEK SUCH REMEDY AS MY ONLY OPTION. I WOULD GREATLY APPRECIATE A RESPONSE AS SOON AS IS POSSIBLE. BLESSED BE.

SINCERELY

MR. LLOYD GEORGE MORGAN, JR.

Exhibit C-1

C.C. GOVERNOR M. JODI RELL
C.C. WARDEN DANIEL MARTIN
C.C. FEDERAL JUDGES DRONEY & GARFINKEL
C.C. INMATES LEGAL ASSISTANCE PROGRAM
C.C. D.A. MARK W. STRANGE
C.C. OFFICE OF ATTORNEY GENERAL
C.C. U.S. ATTORNEY O'CONNER
C.C. L.G.M./FILED

7

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LLOYD GEORGE MORGAN, JR. | : | PRISONER |
| | | 3:01cv1107(CFD) |
| v. | : | |
| GOVERNOR JOHN G. ROWLAND, ET AL. | : | AUGUST 19, 2005 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants in the above-captioned matter move for summary judgment in their favor as there is no genuine issue of material fact and the Court can find as a matter of law that the defendants did not exhibit deliberate indifference, did not violate the plaintiff's right to privacy, and that all defendants are entitled to qualified immunity. In addition, the plaintiff's claim for a declaratory judgment is moot.

In support of this motion, the defendants provide a Memorandum of Law as well as numerous Affidavits and other supporting Exhibits and a Rule 56 statement of material facts not in dispute.

DEFENDANTS,
Governor John G. Rowland, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:_____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08574
110 Sherman Street
Hartford, CT 06105
Telephone No. (860) 808-5450
Fax No. (860) 808-5591
lynn.wittenbrink@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 19th day of August, 2005:

Lloyd George Morgan, Inmate No. 117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Annette M. Lamoreaux
CT Civil Liberties Union Foundation
32 Grand Street
Hartford, CT 06106

                                        Lynn D. Wittenbrink
                                        Assistant Attorney General

2