UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 SEP -2 P 4: 21
U.S. DISTRICT COURT
BRIDGEPORT, CONN

LLOYD GEORGE MORGAN, JR
  V.
GOVERNOR JOHN G. ROWLAND, ET. AL,.

Civil No. 3:01CV1107(CFD)(WIG)

AUGUST 22, 2005

## MOTION TO RECTIFY AND MOTION FOR REMEDY AND MOTION FOR CONSIDERATION

1.) Now comes the Pro-se plaintiff Lloyd George Morgan, JR respectfully maes this Honorable Court in Good faith as well as in the best interest of Justice, respectfully informs this court that on or about August 19, 2005 on 2nd shift at Cheshire C.I. Prison where this plaintiff is Housed in North Block 626 Protective Custody unit at around 10:20pm Correctional officer open the plaintiff cell being officer Faliciano, to meet with Correctional officer Philbrick, who had 1 large Bankes Box that was clearly addressed to the plaintiff by his full name as listed above and marked in Giant Bold letters "LEGAL Mail". The said mail had been pre-open outside of the Plaintiff presence by Warden Daniel W. Martin and his Majors Angel Quiros, agents ethese at there orders

2.) or allowed by them to do so. Put another way Warden Daniel W. Martin, and his majors Quiros, ethere conspired and allowed the constant opening of plaintiffs legal mail outside of his presence

3. Plaintiff is clearly entitled to confidentiality of his LEGAL MAIL sent to him and the medical reports and confidential items to this case, was illegally obtained. The medical and mental HEALTH EXHIBITS mention in the Defendants motion for summary Judgement dated August, that are not in the plaintiff medical and mental HEALTH Files with the state of CT. Department of Corrections such as the Plaintiff medical records at whiting forensic inst. mental Plaintiff never signed any release for those records, Defendants have often open my legal mail outside of my presence and copy my confidential records, and act like its a accident. Plaintiff do not believe many of the disciplinary reports statements used against me is all valid but self created to mislead this court. Plaintiff objects to the use of his mental HEALTH and medical record that was obtained illegally, by office of Attorney Generals.

4. Plaintiff states do to all this dishonesty and false-Hood and illegal tactics used by Defendants it is needed that this court keenly review and consider granting plaintiff appointment of counsel to reply to the summary Judgement plaintiff ask that this court consider his pending motion for appointment of counsel for these reasons.

5.) For 1 Defendants put into question is plantiff needs for mental Health and medical care is valid, they twist the true facts, there is a clear conflict of interest with plaintiff and the Inmates Legal Assistance program, who said they can not help me with none of my cases A Law Firm is needed do to the critical issues of this case and illegally obtained evidence is being used, falsehood and scheems are being told to this court. See Grievance Appeal Dated 7-18-05 and Grievance Dated June 2, 2005 and all attachments. Marked as Exhibit A will clearly show the court the Legal mail problems and How Office of (AG) got the illegally obtained evidence used, and the retaliation See Also Exhibit B which will show the court of the constant tampering with plaintiff Legal mail is Happening.

6.) Plaintiff Has Received Constant Threats to Be moved or Transferred in Retaliation for the Litigation of this case and excorcising his Rights to Lodge Complaint against Prison Officials and Litigate in Court By Prison Officials, See also "Exhibit C" of a complaint to Major Donahue of threats by Capt Veno for excorcising my Rights to Lodge complaints against Prison Officials, Threats of retaliation
    See Also Exhibits 1 & 2

7.) Plaintiff ask that THIS Court Give Plaintiff a FAIR chance at Justice to Defend THIS case and strike some kind of A BALANCE, and consider Plaintiff's pending motion for Appointment of counsel since The commissioner Theresa C. LANTZ of CT. Dept. Of Corrections Has a duty to provide me with Access To The Court and Persons Trained at law and There is Now a conflict of interest, Its needed For The Court to step IN and Grant pending motions. See "Exhibit D" Defendants Claim I HAVE No mental HEALTH Issues There staff ESPOSITO THINKS SO IN HIS Letter Dated 7-18-05 to me see Review it Keenly Please Review "Exhibit E" of How He Constantly referrs me to see MENTAL HEALTH, this is more reason Why Counsel should be Appointed. Plaintiff THANKS THE Court

By The Plaintiff Lloyd George Morgan
MR Lloyd George MORGAN, JR #117796
CHeshire C.I.
900 HIGHLAND Ave
CHeshire, CT 06410

Page 5

## CERTIFICATION

This is to certify that a copy of the foregoing motion was mailed to all parties of record as listed bellow on Date 8-28-2005 2005 Postage Prepaid.

Office of Attorney General
(AAG) Lynn D. Wittenbrink,
110 Sherman Street
Hartford, CT 06105


Connecticut Civil Liberties Union
For Atty. Annette M. Lamoreaux
32 Grand ~~■■■■~~ Street
Hartford, CT 06106

By the Plaintiff Lloyd George Morgan Jr.
Lloyd George Morgan Jr. #117796
~~■■■■~~ Cheshire C.I.
900 Highland Ave
Cheshire, CT 06410