

# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

CN 9601/2
Rev. 10/07/02

Inmate Name MR. Lloyd George MORGAN, JR    Inmate no. 117796

Facility CHESHIRE C.I.    Housing unit NB626    Date 7-18-05

[X] Line grievance    [ ] Line emergency    [ ] Health grievance    [ ] Health emergency

IGP no. 125-05-162    T no.

Use this form to appeal a Level 1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the box for inmate grievances.

Appeal. I am appealing the Level 1 decision because: There was Not a unBiased or indifferent investigation, into The opening of mantion LEGAL mail out side of my presence as inclosed Documents and letter Date may 25, 2005 to MAJOR QUIROS in reply to my letter to Him dated 5-00-05 Proves LEGAL mail TAMPERING or Violations.

Inmate signature Lloyd George MORGAN JR    Date 7-18-05

### FOR OFFICIAL USE ONLY – LEVEL 2 REVIEW    7-18-05

Date received

Disposition

Date of disposition

Reasons

Level 2 reviewer

[ ] This grievance may be appealed within 5 days to Level 3

[ ] This grievance may not be appealed to Level 3 (see A.D. 9.6, Section 17)

Appeal. I am appealing the Level 2 decision because:

Inmate signature

Date

### Deposit your appeal in the box for inmate grievances

### FOR OFFICIAL USE ONLY – LEVEL 3 REVIEW

Date received

Disposition

Date of disposition

Reasons

Level 3 reviewer

Page 1
Exhibit A

RECEIVED
JUN 2 1 2005

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601/1
Rev. 10/07/02

| Inmate Name MR.LLOYD GEORGE MORGAN,JR | | Inmate no. #117796 |
|---|---|---|
| Facility CHESHIRE C.I. | Housing unit NB626 | Date JUNE 2, 2005 |

[X] Line grievance  [ ] Line emergency  [ ] Health grievance  [ ] Health emergency

**1. Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.)

I Wrote the Inclosed or attached Complaints 5-10-2005/To U/M Capt. A.Esposito, and 5-19-2005/ 5-20-2005/ & 5- 20-2005 to Adm.Major Angel Quiros, and to D/A Srange Dated May 12, 2005.

**2. Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8 ½ by 11 inch sheet of paper and attach it to this form.)

This writer herein Have had a On going Problem of his Legal Mail from the Offices of the Appeals and Hearing Court Of Social Security Pre-opend outside of his presence with his Confidential Medical & Mental Health records inside and sent through normal mail when it was Clearly marked Coming From Frederal Social Security Judges, I reported this To Lt.soto and Capt. Aruther Deselurius, and D/A Strange and others no remedy then I Got mail that Came From Law Offices of Kainan Escalera & Mchale P.C.
(See attached Finishing Statement)

**3. Action requested.** Describe what action you want taken to remedy the grievance.

I request that my rights to Privacy and Confidentality is respected and that I stop being subjected to Retaliation and reprisal with ym legal mail and that a safe way be created for me to receive all my Legal Mail safely & Hevey sanction be giving to (D.O.C.) Agents that are doing this and to be told the names of Staff that are Doint this to my Mail??.

Inmate signature **Lloyd George MORGAN JR**

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

## FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

| IGP no. 125-05-162 | T no. | |
|---|---|---|
| Date received 6/21/05 | Disposition DENIED | Date of disposition 7-6-05 |
| Grievance issue LEGAL ACCESS | | |

Reasons YOUR PRIVACY AND CONFIDENTIALITY CONCERNING PRIVILEGED CORRESPONDENCE ARE AND WILL CONTINUE TO BE RESPECTED HOWEVER, YOUR ALEGATIONS OF RETALIATION AND REPRISAL ARE UNFOUNDED. THE ACCIDENTAL OPENING OF YOUR PRIVILEGED CORRESPONDENCE WAS ADDRESSED BY CAPTAIN QUIROS AS STATED IN HIS LETTER TO YOU DATED 5/26/05 (ATTACHED). YOU WILL CONTINUE TO RECEIVE PRIVILEGED CORRESPONDENCE THROUGH THE SAME PROCEDURE AS THE REST OF THE INMATE POPULATION. THE NAMES OF THE STAFF WHO WERE INVOLVED IN THE ACCIDENTAL OPENING OF YOUR PRIVILEGED CORRESPONDENCE IS AN ADMINISTRATIVE ISSUE AND WILL NOT BE RELEASED TO YOU, THEREFORE YOUR GRIEVANCE IS DENIED.

Level 1 reviewer

(Finishing Statement)
Date June 2, 2005

Also Mail was sent to me From inmate Legal assistance program Dated mailed on May 16, 2005 and ti si clearly Marked in Large red Letters "Privileged Legal Mail Confidentaial" this Mail was Intentioanlly with-Held and open out side of my Presence By (D.O.C.) Corrupt Agents In retaliation and reprisal in the Box was My new civil Rights case To Be Filed Against Northern C.I. For retaliation and many Confidental Medical records and documents I was Never told this Mail ever came the three seals (I.L.A.P.) Attys always put on there Legal white Boxes as the case hereing was Broken and open they tried to reclose it and cover it up But this was Not Possible on 5-20-2005 U/M capt a. Esposito, Delivered this mail to Me as it was Presented to him he made Clear that it was brought to the attention of Major Angel Quiros and There was A incident report Done on the Matter I am having Constant Problems of my Mail being held up and the socail and Legal mail I was Told By the office of the Hartford Public Defenders office atty.Flores that he was Sending me a Large package of Legal items I Never Got it so i Kindly ask if you could Look Into This I thank you for your time and efforts I also had Some Concern that by (D.O.C.) Staff Opening my Legal Mail having time to read it it may open the Door For a Retalitory Transfer or Move since they are awhear of My New civil Action By opening my Legal mail Out Side See major Quiros Reply dated may 25, 2005 to my Letter of 5-20-2005 I am very thankful for your Consideration to rectify these matters

Yours truly

LLoyd George MORGANJR

*EXHIBIT H*

# STATE OF CONNECTICUT
### Department of Correction
### Cheshire Correctional Institution
### 900 Highland Avenue
### Cheshire, CT 06410

May 25, 2005

Inmate Morgan, Lloyd # 177796
Cheshire C.I. (N.B. 6-26)
900 Highland Avenue
Cheshire, CT 06410

**RE:    Letter Written on 5/20/05**

Inmate Morgan:

My office has received and reviewed your letter written on May 20, 2005 regarding your legal mail being opened.

Unfortunately, there have been two incidents where your legal mail was accidentally opened by staff. In both cases, an incident report was generated documenting the accidental opening of your legal mail. Appropriate disciplinary measure has been taken in order to correct the problem. Your allegation that Counselor Lowe has something to do with this matter is false. Counselor Lowe has nothing to do with the daily operation of the mailroom.

As for your issues with making legal calls, you can address that issue with your Unit Manager, Captain Esposito.

To conclude, I assigned my staff to their duties based on the daily operational needs of the facility. I do not take recommendations or suggestions from inmates on how to assign my staff.

Respectfully submitted,

Angel Quiros
Major of Administration

**AQ: lb**

C:    Warden Martin, Captain Esposito, File

DEAR ADM. MAJOR ANGEL QUIROS, SIR,

I RESPECTFULLY APPEAL TO YOU ON THE NATURE OF MY
Complaint Concerning the with Holding and tAmpering
with my Legal mail thats clearly marked Legal mail
Being open out side of my Presence, By (D.O.C.) staff
I am Concern that Counsel Lowe and CIo's may Be
APARt of this Counselor Lowe Have Constantly
oppressed me making it very HARd to make Legal Calls
and Get Copies of legal items He has Clearly expressed
a evil Concern for Inmates who do legal work & sue
IN Court He allways make clearly out right Discriminating
Comments against PRISONERS, and the rights of Prisoners
I Been in Need to make Legal Calls & Legal Copies
To Defend my cases OF MORGAN V. Rowland, & File
To Defend Cases & New Case of MORGAN V. Regan, et al.
Re: to Retaliation at (NCI) I wrote since monday for this
and on 5-18-05 & 5-19-05 I was in Court. today I ask
MR. Lowe He Became PreJudice Hateful Bullying saying He
Would Not do it today intentionally doing all He Can to make
it HARd to Recewe any intitled ment Prisoners may have
I tAIk to MR. Esposito, today doing his touring with you and
the warden, He said do to a Code or Issues in NBS and
He doing investigations on Confidental matters He Could'nt
Speak on He may Not Be Able to Get to me today.
SIR. On 5-16-05 I wrote a Complaint to UlmCAPT. A. Esposito,
Re: to other Legal mail open outside of my Presence
and sent through Normal social mail procedures
from law office OF KAINAN ESCALERA &M CHALE PC,
of 21 OAK street HTFD CT. 06106. I reJected it and ask
CIo's to take it to MR. Esposito, He wrote a reply Dated
5-11-05 in reply to my letter to him Dated  5-10-05.
see Both inclosed & today UlmCAPT. A. Esposito  deliver to
me 1 Box of legal mail from Inmates LEGAL ASSt. Program
that was Dated mailed to me on MAY 16, 2005 it was
clearly marked LEGAL mail PRIVILEGED LEGAL mail
Confidental in Giant Red letters and says
INMates LEGAL ASSt. Program this mail Came to

"EXHIBIT A"

... giving to me on FIRST SHIFT By YIM CAPT. A. ESPOSITO's SEAL's Broken and CLEARLY shown That it was PRE-OPEN and THEN I complained to CAPT. A. ESPOSITO. ABout THIS illegal unprofessional conduct He said He did a INCIDENT report About THE matters & Brought it to your attention He ask me to write it & APPEAL THESE complaints to you. I Request THE full Name of THE (D.O.L.) AGENT THAT OPEN THIS legal mail out of my PRESENCE under THE freedom of information act and THE INCIDENT reports. I also ask THAT THE STAFF Be Hevely SANCTION and THIS conduct ended and stoped. Could you Please Consider Removing Cancel Lowe from NB6 & APPOINT a Counselor who will not Be so Prejudice and Discriminating and retaliating as He is He once Said to me IF I ever did Any THing WRONG or illegal to you you wouldn't Know I did it cause I Know How to do it SomeTHING To That effect Was said So I Dont TRUST Mr. Lowe. at all. He is a oppressor who inijoys seeing people SUFFER. also ANother MANILLA envelope was GIVING to me By Mr. Lowe a FROM (I.LAP.) Stated it was Mailed to me on 5-16-05 THE WHITE Box FROM (I.L.A.P.) THERE was a letter FROM ATTY. CAHILL Dated May 13, 2005 INclosed IN THE Box you can See WHERE THE STAPLE was Removed and Restapled THAT shows its possible your staff Was copying my confidential mail THIS may cause FURTHER Retaliation and a TRANSFER or more Please Tell me what action is Being taking against THIS STAFFOR STAFF's Please reply THANK you

Yours Truly
MR. LLoyd George MORGAN, JR #117796
NB626 (CCI)

"EXHIBIT A"

"EXHIBIT A"

# Memo

To: Morgan 117796 NB626
From: Capt. Esposito
Date: 5/11/05
Re: Correspondence 5/10/05

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

The mailroom will be contacted about the opening of your mail. You will need to write to them for response.

Capt. Esposito

● Page 1

Dear Commissioner Lantz                                      Date 6-10-2005

Sir, Thank you very much for the soap and envelopes and for briefly meeting with me today. I am writing you concerning the nature of my legal mail. Today my LEGAL mail from

Law offices of
KAINAN ESCALERA & MCHALE P.C.
21 OAK Street
HARTFORD, CT 06106

was open outside of my presence & sent up with Normal mail and C/O Jones was giving this mail to give to me (D.O.C.) Sir its agents are opening my legal mail outside of my presence and sending it through Normal mail, my confidental documents could be being copy without my consent from my medical to Court items. I refused the mail & C/O Rodriguez took it to Conselor Lane & your office to investigate Please deter this Conduct, and refer for Investigation please Reply Leting me know the nature of the issues.

I also ask that you Please Address my Question that I kindly ask am I under any form of investigation? is it true that false allegations are being made of a Claim that I am supose to be Strong Arming the Unit? Sir, the ones you should Consider is the Inmates that Run illegal Stores of 2 for one in NB6 and Andre Ciniola, & E. Hilliard & his Click they been Strong Arming the Unit not me, I ask that you realize I am not Liked. & that I would never do this to Another Human Being if Any false Claim Like this is allowed to Stand

"EXHIBIT A"

REPRISAL on (D.O.C) PART ▢▢▢ RETALIATION and CONSPIRE with The false claims to TRANSFER me and punish me simply cause I am considered a pain IN THE But.

IF you Review THE unit TAPES and Video it will clearly show I do not strong Arm OR Bully Any one, iNFACT RICKY BOHANON was Bullying & EXCORTING The unit as He attacked The White Inmate IN NB64 Cell on 5-9-05 RATTER OR iF you LiKE me OR not you need to Really WAKE UP & see I Truly Respect you I Don't LiE to you OR TAKE you for a Joke I do ever THING I CAN to AVOid Problems with you OR Get on your BAD siDe Please Be more Patient & understanding with me its THE Click & Crew at I/M's that Control NB6 TRYiNG to Fool you. I wouldn't Put you OR Your JOB at RISK. I Apologize for Jumping the Chain of Command I Just Get a Little up tight when (I.L.A.P) Atty.s OR (D.O.C.) STAFF TRY to Deny me what I am intitled to OR HErass me I SPEAK out But NEver STRONG ARM. Please reply when Possible Be NiCE CAPT. ESPOSiTo. I'm THE Inmate Not you. TAKE CARE Please reply

Yours Truly
MR. Lloyd George MORGAN JR.
#117796 NB626

"EXHiBiT A"

Cheshire C. T.
Capt. Esposito
NB 5&6 Unit Manager

"Exhibit A"

# Memo

To: Morgan 117796 NB626
From: Capt. Esposito
Date: 5/19/05
Re: Correspondence dated 5/19/05

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

 Counselor Lowe said he was going to leave envelopes for you for tonight. I can not leave legal mail in your cell without you being present to sign for it.

Capt. Esposito

● Page 1

| Inmate Name | | | | Inmate no. |
|---|---|---|---|---|
| MR. Lloyd George MORGAN, JR | | | | 117796 |

| Facility | Housing unit | Date |
|---|---|---|
| CCI | NB626 | 5-19-05 |

**Submitted to** u/m Capt. A. Esposito,

**Request** DEAR CAPT. Esposito on 5-18-05 I went to COURT & today of 5-19-05 I was told I Got COURT again, IF I Get LEGAL mail that came on 5-18-05 & 5-19-05 Please see if You Could have me. Lave Leave it in my cell or at A&P So That I will Get it when I Get Back?, also I need 4 envelopes white to reply to COURT. Please see if You Could Leave Them in the Cell Thank S.

*(continue on back if necessary)*

**Previous Action Taken**

*(continue on back if necessary)*

**Acted on by (print name)** | **Title**

**Action Taken and/or Response**

*(continue on back if necessary)*

**Staff Member Signature** | **Date**

Dear Warden CAPT A ESPOSITO Date 5-20-05

I ask kindly that you please make or consider granting provisons for me to make 2 legal calls to defend my cases & LEGAL copies, Sir MR. Lawe has made it very HARD for me to defend my cases, I wrote him a few times about THE Above needs. Pricper Befor going to Caurt on 5-18-05 & 5-19-05 and I wrote all this week I also Braught these needs to yure attention dory turing with majers & Warden I beleive I informed majer Quiros, as well, You said You would Try to get to me but date issue in NBS you wasnt sure. MR. Lawe with his animus for me said no He would not get to me today.

Also today you gave me one White legal Box from Inmates LEGAL ASS+. Program That was Clearly marked Stamped in Giant Red Letters Privileged Legal Mail Confidental it state it was mailed on May 16, 2005. It had Allready been open when you Braught it to me all 3 seals Broken, I Braught this to yure attention you allowed me to so note on the Legal mail form That it was open autside of my Presence Befor signing it you pamised to give me a Copy of That form I sign and I never got it Please see That I Get it Please tell me the Name of the Staff That open my mail with inclosed Law Suits, this is illegal & Could Cause Retaliation & Reprisal, and a move or Transfer The items alsa may have been Copyied Please reply and Return this letter with your reply I am Also Appealing this to MAJor Quiros as you directed me to

I cant & will not Allow Any one to open my
LEGAL mail and Herass and Target my mail
to Get away with it all The way up The Chain
of Command to Comm. LANTZ, office & Gov. Rell,
office I am Appealing this its wrong and very
Intentionally and Disrespectful, I dont trust lowe
or C/o IGNACIO, I Feel its possible They was A PART OF
THIS, ?.. IF I am wrong I Apologize you said you did
a Incident Report on The matter I am very desolated
at These matters and How I am Being Denied to
Make Legal Calls & Copies and to Get my items to
Court loosing time to Defend my issues, I Kindly ask
For a writing Reply & That you attach a copy of THIS
Letter with your Reply. Please reply. THANK you.

                    yours Truly
        MR. Lloyd George Morgan JR # 117796
        N B626 (CCI)

LEGAL CORRESPONDENCE RECEIPT FORM

"Exhibit A"

**BLOCK:** NORTH 6

**DATE:** 17-May-2005

| NUMBER | INMATE NAME | UNIT | SENDER | SIGNATURE |
|---|---|---|---|---|
| 117796 | MORGAN, LLOYD G. | N626 | INMATES' LEGAL ASSISTANCE, HARTFORD | Lloyd G. Morgan Jr |

Legal mail that was clearly marked legal mail was preopen outside of my presence & giving to me by U/M Esposito pre-open on 5-20-05 i box from I.L.A.P.

HR filed 5/19/05 — C. ____

Unit Manager: ____

Print Name: C.O. Esposito

Number of Items: 1

Date: 5/20/05

Page 1 of 2

Dear ADM. Major Angel Quiros,                    Date 7-8-2005

How are you doing? Good I Hope Sir, I respectfully write your
office in Good faith, Sir. on or About 7-7-05 I was called out
By Counselor Peter Low, I then notice my Legal manila envelope
That I Put The 2 computer Disc of confidential LEGAL attorney
Client mail, RE: to my criminal Appeal of state of CT. V. Lloyd George
Morgan JR. on or About June 2, 2005 I turn this mail into
Counselor Peter Lowe in the Presence of UM CAPT. A. Esposito,
to mail out it was Addressed to office of Public Defender
Attorney SARA Bernstien, Hartford Superior Court Part A GA# 14
101 Lafayette street Hartford, CT 06106. this mail was never
mailed out your Agents MR. Lowe & UM CAPT. A. Esposito, told me
at your orders & Warden Daniel Martin They was told Not to allow
my LEGAL mail to go out and That also office of Attorney
General Stephens Strom also ask you to with Hold it any
way CAPT. A. Esposito HAD promised to Respond to me About This
He Toured Around 2:00PM on 7-8-2005 today and Said He talk to
you after emailing you About This and you and THE Warden Martin
Ordered him Not to respond to me till you talked to (AAG) Stephen
Strom, About This Subject MR. Quiros this is wrong I kindly
ask that you and THE Warden Rectify these matters &
do The Right Thing Please also If you Both Would order That
MR. Esposito not do The right Thing and Respond I Kindly ask
is This also The Reason Why Counselor Supervisor
Dave L. Trapasso, & Counselor Tong intentionally Refuse
to Aknowledge my Pending 3 Grievances and act on Them
and Return Them and allow me The Due Process

I am entitled to with the GRIEVANCE Process? MR. QUIROS THIS Really DISAPPOINTS me you know I HONOR & RESPECT you and THE WARDEN Please ORDER Remedy and my Legal mail issue Corrected and your GRIEVANCE Coordinators to Reply to me ON MY 3 Pending GRIEVANCE Please don't ALLOW THIS illegal Conduct to go on and any Retaliation or Corruption I THANK you FOR your time & CONSIderation Please see a Copy of my 2 page complaint letter to WARDEN DANIEL MARTIN Please INVESTIGATE THESE ISSUES with him for me and reply a writing reply is Required & Requested by this WRITER THANKS

YOURS TRULY
MR. Lloyd George MORGAN, JR # 117796
NB626 (CCI)

Page 1        "Exhibit B"

Dear WARDEN DANIEL MARTIN        Date 7-7-2005
of (CCI) PER THE PROPER chain of command SIR I
seek a investigation over a month ago office of
PUBLIC Defenders sent to me 7 manila confidential
enclopes concerning my case of STATE V. MORGAN, It also
HAD inside of it on or About 7-7-2005 I was called out
to make 2 Legal Phone calls By Canselor PETER LOWE,
upon finishing my Legal calls and TALKing to CAPT. A. Esposito
THEN MR. Lowe an Virous issues, I Notice 1 manila envelope
with my Name on it THAT I Turn in months ago to mail
& Return 2 computeriz Disc. THAT was not allowed, so I
used a yellow manila envelope & Addressed it to office of
Public Defender attorney SARA Bernistien, HARTFORD
   SUPERIOR COUNT 101 LAFAYette street HARTFORD, CT 06106
and turn it into Canselor Lowe in the presence of ULM CAPT.
A. Esposito, and was told it would go out right away &
it was never mailed I talk to Canselor Lowe About it who
told me HIS SUPERVISOR CAPT. A. Esposito, told him That he was
told By ADM. MAJOR ANGEL Querros, not to mail it out and
that THE Attorney GENERALS Office told THEM to with
Hold my out going LEGAL mail of computer Disc concerning
   attorney client Priviledged mail of STATE V. MORGAN,
THIS IS CLEARLY illegal and Retalitory and intentionally Done
I was never giving No Notice PER inmates communication
10.7 OF (DOC) Policy, THE ISSUE IS NO one IS ABOVE
THE Law (DOC) or office OF Attorney GENERAL Couldnt
  even Give a order To with Hold my SEALED LEGAL
MAIL from going out

Page 2    Exhibit B

Its UNConstitutional, Clearly Violating Clearly
Established rights and laws, The only motivation would
Be is (DOC) & Attorney Generals Have Allready Reviewed
& Copy my Legal items or plan to do so. There is no other
Reason Any (D.o.C.) Agent that would even Follow or give
such a unlawful order is liable and Conspired to
act and feel Above The law must be sanction and Held
responsible For doing what They Know to Be unlawful They
ether knew or should Have Known, I was Just told By mr Esposito
That you also ask them to Hold off on sending out THIS Same
mail I Kindly Request a investigation and Remedy, as it should
Be Clear Retaliation or LEGAL mail ISSUES is a BIG issue
Thats Respected By The law and Looked into keenly By The
Courts. I Have Allways Respected you I am a little vex
& Disappointed at THIS unJust action & seek Justice
Next (DOC) & The Attorney General will feel free & Above The
Law & Policy to with Hold my Federal Court LEGAL
out going & incoming mail in MORGAN V. Gov. Rowland, et
al 3:01 CV1107 (CFD) (WIG) & MORGAN V. REGAN, et al
Pending Before Federal Judges Christopher F. Droney,
& William I. Garfinkel in United States District Court
Its most of all a out Right Disrespect to me & my
Constitutionally Protected Liberties, Please order a
investigation & Remedy, a writing reply is Required
I make clear I turn in THIS mail to go out on or Around
June 2, 2005 Its now July 7, 2005, Its to often People Are
Left to feel Above The Law & Policy or immune, But Its not
    so

Page 1                    EXHIBIT B

Dear Warden Daniel Martin        Date 7-7-2005
    of (CCI) per the proper chain of command Sir I
seek a investigation over a month ago office of
Public Defenders sent to me 7 manila confidential
envelopes concerning my case of State v. Morgan, it also
had inside of it on or about 7-7-2005 I was called out
to make 2 legal phone calls by counselor Peter Lowe,
upon finishing my legal calls and talking to Capt. A. Esposito
then Mr. Lowe on virous issues, I notice 1 manila envelope
with my name on it that I turn in months ago to mail
& return 2 computerize disc. That was not allowed, so I
used a yellow manila envelope & addressed it to office of
Public Defender attorney Sara Bernstien, Hartford
    Superior Court 101 Lafayette street Hartford, CT 06106
and turn it into counselor Lowe in the presence of UM Capt.
A. Esposito, and was told it would go out right away &
it was never mailed I talk to counselor Lowe about it who
told me his supervisor Capt. A. Esposito, told him that he was
told by Adm. Major Angel Quiros, not to mall it out and
that the attorney generals office told them to with
hold my out going legal mail of computer disc concerning
    attorney client priviledged mail of State v. Morgan,
This is clearly illegal and retalitory and intentionally done
I was never giving no notice per inmates communication
10.7 of (Doc) policy. The issue is no one is above
The law (Doc) or office of attorney General couldn't
even give a order to with hold my sealed legal
mail from going out

Page 2    "Exhibit B"

Its uncontitutional, clearly Violating Clearly
Established rights and laws, The only motivation would
Be is (DOC) & Attorney Generals Have Allready Reviewed
& Copy my legal items or plan to do so.. There is no othere
Reason Any (D.O.C.) Agent that who would' even follow orgive
such a unlawful order is liable and Conspired to
act and feel Above The Law must Be Sanctioa and Held
responsible For doing what They Know to Be unlawful They
eether Knew or Should Have Known, I was Just told By MR Esposito
That you also ask them to Hold off on sending out This Same
mail I Kindly Request a investigation and Remedy, as It Should
Be Clear Retaliation or Legal mail issues is a Big issue
Thats Respected By The Law und Looked into Keenly By The
Courts. I Have Allways Recpected you I am a Little Vex
& Disappointed at This unjust action & seek Justice
Next (DOC) & The Attorney General will Feel Free Above The
Law & Policy to with Hold my Federal Court Legal
out going & incoming mail in Morgan V. Gov. Rowland, et
al 3'.01 CV1107 (CFD)(WIG) & Morgan V. Regan, et al
Pending Befor Federal Judges Christopher F. Droney,
& William I. Garfinkel in united states District Court
Its most of all a out Right Disrespect to me & my
Constitutionally Protected Liberties, Please Order a
investigation & Remedy, a writing reply is Required
I make clear I turn in This mail to go out on or Around
June 2, 2005 its now July 7, 2005, its to often People Are
Left to Feel Above The Law & Policy or immune, But its not
so

**Mr.** Lloyd George Morgan,Jr.
Inmate Number#117796
Cheshire Correctional Institution
900 Highland Ave
Cheshire, CT 06410
Unit NB626

"Exhibit B"

Date June 24, 2005

Dear Major Timothy Farrell of Operations at cheshire C.I. I respectfully Write Your
Office in Good faith as well as in the Best Interest of Justice In **Confidentaility**
Concerning Unprofessional Conduct of Correctional Officer Henry, Who is Clearly
a Complete Threat to the safety and Security of the Protecive Custody Unit
and of Cheshire C.I. in General I do Not Trust or Beleive in Your 2nd Shift
Commander Veno, Nor any of his Staff as in the Past when I reported Staff
Misconduct to Him He Became Very Indifferent and Black Maling this Writer
by saying he & Capt. E. A. Saundry Would Set me up for Chronic Discipline
He seem to like to Make Threats Of retaliation I Oncle Wrote Major Quiros
on a Issues Concerning Second Shift Staff he Came to My Cell at NB626
Very Hostile Accussing me of Snitching  on Him and U/M Capt A. Esposito,
when that was not my Intentions so there is No way I would ever Trust Capt.
Veno, He feels he is above the Law and Policly of (DOC) Based on his Position
of Power. the Issues is Correctional Officer Henry working 2nd Shift on
June 24, 2005 and Tier 2 was out for recreation he was Sleeping on Duty in the Rec
Yard Not Being Attentive In Clear Violation of Adm. Directives 2.17 Employee Conduct 5.A.3..
"Ensure that a safe, Secure and sanitary Work Enviroment is Maintaned"
Adm. Directives 2.17, Emplyee Conduct 5.A.4.. "Remain Alert aware of and Responsive to the
Surrounding at all Times"
Adm. Directives 2.17, Employee Conduct 5.B.5.."Sleeping or Inattentiveness While on Duty"
I Called to this Officer attempting to Wake him Up in the rec Yard or North Block 6
He became very Abusive Saying What the Fuck are you Bothering me for why the Fuck you
Wake me Up every Fucking Body else see me Sleeping and they dont fucking
Bother me but you have to Bother me I'M Not Like these othere Fucking C/O's your
Use to dealing with i dont Give a Fuck go ahead and snitch and tell I Was Sleeping
I Maintaned my Calmness and respect For the Officer saying I was Just Trying to Make
Sure Your Okay he then Said I dont Need No Fùcking Body to protect me I am a Grown Man
I went back in the Unit and Came Backe out and he Called to me saying Close Your Fucking
Mouth and Listen to Me whats your Problem Taunting me I Told Him I Apologize for
Waking you Up Please let it Go Why do you Have to Put on a Show in Front of People
and make me feel Bad. Please Let it Go and I went Back in the Unit. every Time this
Officer Work NB6 he Has no respect for Law and Order he Mix tier 1&2 Inmates together
he allows othere inmates to lock up in othere inmates cell People out that are not even
Tier man he has Know respect for the LT's Or Brass they Let him get away with
all Manner of Dangerious Violations He Puts C/O Musco at Risk and will Not
Allow Musco to Do his Job in a Professional Manner he opens up this Unit
Like a Disco Club the Brass Let Him Do and Know one Reviews the Videos
Tapes of the Unit I ask that You See me in Private About this and Consider
if its Possible to remove this Officer From NB6 For safety reason and sanction Him?
Please Grant a Writing reply and see that I am not retaliated against

(2)                    "Exhibit B"

Lloyd George Morgan,Jr
Inmate#117796
NB626
Date June 24, 2005


Major Farrell Because this Officer made Such a Big thing Out of this and His Conduct towords
this Writer I Must do the Right thing and report this I would Ask that You Review Video Tapes
At Least 30 Days of How this officer Runs his Whole Shift and Keep a Chart with
All the Inmates Names on them to see who is Supose to be Out and Who is not??
and You Will See That I am Telling you the  Truth Because this Officer allows
all Manner of evil and Unprofessional Conduct to Go on I dont Beleive the Inmates
in the Unit will Tell you the Truth it Seem he Got ether the 2nd Shift Superiors
in His Back Pocket or there afraid of Him ? or they Just Dont respect Policy
them Self ??. however <u>Something</u> <u>is</u> <u>very</u> <u>Wrong</u>  he often has said to me Fuck the Brass
I dont care about the fucking Brass they Cant Fire me go Ahead write them or tell them
well I am taking him up on his Feeling he is untuchable and Above the law and Policy
By reporting this to You also on 6-6-2005    on 2nd Shift this same Officer
Allowed two Inmates to Lock up in the same Cell Being NB43 Cell inmate
with NB640 Cell inmate From Time 8:07Pm to Around 8:21 PM and I was Told by this
Officer that if I reported it he is Not Going to Like it and Would make things
Hard For me C/O Harris, Was also apart of that matter that day of June 6,  2005
it Should be noted this is A (PC) Unit and why would any one in there
Right Mind appoint these kind Of Officers to a (PC) Unit???. its only A Matter of
Time before Something Go Bad if No Action is taking To Deter this Conduct I also
Feel that C/O Henry Has <u>**A Drug Addiction of Herion or Some Kind**</u> by his
Conduct he should be Considered For Drug Testing He Cant Stay Awake allways Nodding
 See My Letter Dated 6-6-2005 to Major Quiros its Now 6:25pm and he is sleeping again
right  now as the Inmates are Out this Man is Crazy I am Not going to be reporting every
Officer that Snooze off no thats not me But he Made Clear he has No Respect for me or
Brass and Disrespected me for trying to be nice to Him I ask that you Send a Message
that his Conduct is Not acceptable and that he is Not above the Law or Policy
of DOC Please Deter His Conduct I am telling the truth and Nothing but the truth
so Help me God and will be Willing to Take a Polygraph Test to this Matter
if Need be I ask that I Not be retaliated against or Moved or Transferred
or Set up with Contrband for reporting these Matters as the State Will be Held
Liable for any retalition or Reprisal Please Reply I thank you for your time and Consideration


                    Yours Truly

                    Llayd George MORGAN JR


CC. COMM. Theresa C. Lantz,
CC.D/A Mark W. STRANGE,
CC. Major Angel Quiros,
CC. Deputy Comm. Jones, of Secuirty Division.
CC.Wardem Daniel Martin,
CC.LGM/
File

EXHIBIT

DEAR MAJOR ANGEL QUIROS. Date 6-6-05
IS it Possible THAT YOU CAN FiND THE TiME to
PERSONALLY call me out to meet with you
to REPORT TO you iN secrete TO REPORT SOME
Big ViolATioNS of 2 of Your officers that
BEEN putting (PC) iNmateS SAFETY at Risk
and THats Corrupt. THE ISSUE HAPPENd today
I do Not TRUST To REPORT THIS to Any one
BuT You. my Next QuestioN iS Are PRiSoNERS
Allowed to RuN Clicks & GRoups of I/m's that
even Rule STAFF?? Are You CoNCERN ABOut THiS.?
Or iS it acceptable. AND will I Be Retaliated
against and TRANSferred moved. For RepoRTiNg
THiS and Just coNsideed as a PAiN? and
so foRTH. Could you Call me out. Please seeme
Your self. I DoNT want ANy one to KNOW who
told You ANyTHiNG. THANKS STAFF Here No
Respect FoR PolicY & Law & ORDER iN (PC)
and at (CCI). THANkS FoR Your the
                    YouRS TRuly
        MR. Lloyd G. MORGAN JR # 117796
            NB626


        8:07 Pm 8:21 pm WRote subjectmatter


To Immate Morgan
    I will speak to you dureing my unit toure.


                    Q. 6/13/05

"EXHIBIT B"

Time 5:30 AM

DEAR WARDEN MARTIN          Date 6-8-2005
How Are you doing? Good I Hope I respectfully write
you Concerning a letter dated May 23, 2005 That
I Just got recently From (OCPM) MR. Fred LeVeSQUe,
Office regards to my letters to him & Comm. LANTZ
Dated APRIL 11, 2005 Concerning my Concerns
About Not Being sent to (WRSMU) and STAFF Being Fired
do to seting me up to Be assaulted in (1996) and
all issues in those letters. and Consideration if
I Could Be TRANSPORTED to COURT By (CCI) STAFF?
it was my understanding this issue was for me. Fred
LeVesQue, and Comm. LANTZ, OR D/A STRANGE, But he
Said He made you Awhere of my Concerns, Could you
tell me what options I may Have and if MR. Levesque
Called you or sent you a Full Package of CLEAR Answers
OF THese issues? Could you PERSONAL See me About this?
and make Clear what you CAN & will do or How to go About
THese matters. as I am doing very well at (CCI) NB6 &
Been DR Free, I am ABLE to work well with you & your
STAFF, & MAJOR QUIROS & MR. ESPOSITO, Are Qualified Agents
OF (D.O.C.) Please Let me Know How you HANDle MR. Levesque
reply? thank FOR your time & Consideration your
APPRiciated Please reply.   yours TRULY
          MR. LLoyd George MORGAN, JR #117796
                    NB626  (CCI)

I'm Morgan!
please Continue to
work with c/a Esposito
on your Issues, you are
Doing well.   Warden
[signature]

MR. LLOYD GEORGE MORGAN,JR
INMATE NUMBER#117796
CHESHIRE CORRECTIONAL INSTITUTION
900 HIGHLAND AVE
CHESHIRE, CT 06410

"Exhibit C"

July 29. 2005

Dear Major of operations Donahue I respectfully write your Office
in Good Faith regrads to the Nature of Unprofessional Conduct of
2nd Shift Commander Capt.Veno, on or about July 28, 2005
Said Capt Veno, and Warden Daniel W. Martin,Came into The North
Block 6 Unit Around 10:40 to 10:50 Pm Touring at that Time Said
Capt. Veno Said Morgan I am Coming to See you then he Came to
this Writer Cell of NB626 in a Hostile Matter he was Upset do
to the Nature that I Excercised my Protected Rights to write a
ComplaintDated July 24, 2005 Regards to C/O Grant Actions, on
that day. he threaten Capt. Veno, Threaten to Assult and Choke me
by the Neck if I write you again and Jump the Chain of Command
he was very Biased or indifferent towords me attempting to
Black Male me in to not using my rights to file Complaints
he was Clearly very abusive of His Power he Seems to Feel
Above the Law and Policy since he Is now a High Ranking Captain
His Actions also seem to me Out right Derogetory in Nature and
Discriminating Trying His Bullying Tactics of retaliation
and reprisal as this was Taking Place The Warden Also Came to
My Cell to Talk to Me I Clearly Informed him right in Front
of Capt. Veno, of his threats and Personal Vendatta.
Captain Veno Has Turn into a Brutall man a Bully now because he
Feels he is a Captian and Untuchable these are the type of Staff
thats allowed to get  Promoted this is Harsh and Cruel
I made Clear to him that I did Not write to him Cause I did Not
Like His Style and did not Trust his integrety his Actions
in the past as Stated in my Letter to Former (CCI) Major Farrell,
thats attached was my reasons for not writing to him every
time I Excercise my rights to ritght his Superiors he Comes
to my Cell Shoughting geting my Cell Door open Talking
Hostile and Loud So that inmates can hear my Confidental
issues and antagonize me I ask that you Sanction Him
he is on Probation or Just got pass it do to his rank
and he is all ready carrying on with this Kind of
Unprofessional Conduct that Violate (D,O,C.) ADM. DIR, 2.17
of Emplyees Conduct, also Consider that C/O Ingacio
I wrote Virous Complaints on for his herassment and Racist
Conduct towords me to former Warden Dezurenda, and Major Quiros
and he was removed from North Block 6 do to this But today
he was put back in NB6 on 2nd shift I cant Help but
to  Consider this was done to allow this officer to target me
I ask that you rectify these matters and deter this thanks please
reply.

                         Yours Truly

Mr. Lloyd George Morgan,Jr.
Inmate Number#117796
Cheshire Correctional Institution
900 Highland Ave
Cheshire, CT 06410
Unit NB626

Date June 24, 2005

Dear Major Timothy Farrell of Operations at cheshire C.I. I respectfully Write Your
Office in Good faith as well as in the Best Interest of Justice In <u>Confidentaility</u>
Concerning Unprofessional Conduct of Correctional Officer Henry, Who is Clearly
a Complete Threat to the safety and Security of the Protecve Custody Unit
and of Cheshire C.I. in General I do Not Trust or Beleive in Your 2nd Shift
Commander Veno, Nor any of his Staff as in the Past when I reported Staff
Misconduct to Him He Became Very Indifferent and Black Maling this Writer
by saying he & Capt. E. A. Saundry Would Set me up for Chronic Discipline
He seem to like to Make Threats Of retaliation I Oncle Wrote Major Quiros
on a Issues Concerning Second Shift Staff he Came to My Cell at NB626
Very Hostile Accussing me of Snitching  on Him and U/M Capt A. Esposito,
when that was not my Intentions so there is No way I would ever Trust Capt.
Veno, He feels he is above the Law and Policly of (DOC) Based on his Position
of Power. the Issues is Correctional Officer Henry working 2nd Shift on
June 24, 2005 and Tier 2 was out for recreation he was Sleeping on Duty in the Rec
Yard Not Being Attentive <u>In Clear Violation of</u> Adm. <u>Directives 2.17 Employee Conduct 5.A.3..</u>
<u>"Ensure that a safe, Secure and sanitary Work Enviroment is Maintaned"</u>
<u>Adm. Directives 2.17, Emplyee Conduct 5.A.4.. "Remain Alert aware of and Responsive to the</u>
<u>Surrounding at all Times"</u>
<u>Adm. Directives 2.17, Employee Conduct 5.B.5.."Sleeping or Inattentiveness While on Duty"</u>
I Called to this Officer attempting to Wake him Up in the rec Yard or North Block 6
He became very Abusive Saying What the Fuck are you Bothering me for why the Fuck you
Wake me Up every Fucking Body else see me Sleeping and they dont fucking
Bother me but you have to Bother me I'M Not Like these othere Fucking C/O's your
Use to dealing with i dont Give a Fuck go ahead and snitch and tell I Was Sleeping
I Maintaned my Calmness and respect For the Officer saying I was Just Trying to Make
Sure Your Okay he then Said I dont Need No Fucking Body to protect me I am a Grown Man
I went back in the Unit and Came Backe out and he Called to me saying Close Your Fucking
Mouth and Listen to Me whats your Problem Taunting me I Told Him I Apologize for
Waking you Up Please let it Go Why do you Have to Put on a Show in Front of People
and make me feel Bad. Please Let it Go and I went Back in the Unit. every Time this
Officer Work NB6 he Has no respect for Law and Order he Mix tier 1&2 Inmates together
he allows othere inmates to lock up in othere inmates cell People out that are not even
Tier man he has Know respect for the LT's Or Brass they Let him get away with
all Manner of Dangerious Violations He Puts C/O Musco at Risk and will Not
Allow Musco to Do his Job in a Professional Manner he opens up this Unit
Like a Disco Club the Brass Let Him Do and Know one Reviews the Videos
Tapes of the Unit I ask that You See me in Private About this and Consider
if its Possible to remove this Officer From NB6 For safety reason and sanction Him?
Please Grant a Writing reply and see that I am not retaliated against

(2)

Lloyd George Morgan,Jr
Inmate#117796
NB626
Date June 24, 2005

Major Farrell Because this Officer made Such a Big thing Out of this and His Conduct towords
this Writer I Must do the Right thing and report this I would Ask that You Review Video Tapes
At Least 30 Days of How this officer Runs his Whole Shift and Keep a Chart with
All the Inmates Names on them to see who is Supose to be Out and Who is not??
and You Will See That I am Telling you the  Truth Because this Officer allows
all Manner of evil and Unprofessional Conduct to Go on I dont Beleive the Inmates
in the Unit will Tell you the Truth it Seem he Got ether the 2nd Shift Superiors
in His Back Pocket or there afraid of Him ? or they Just Dont respect Policy
them Self ??. however Something is very Wrong  he often has said to me Fuck the Brass
I dont care about the fucking Brass they Cant Fire me go Ahead write them or tell them
well I am taking him up on his Feeling he is untuchable and Above the law and Policy
By reporting this to You also on 6-6-2005    on 2nd Shift this same Officer
Allowed two Inmates to Lock up in the same Cell Being NB43 Cell inmate
with NB640 Cell inmate From Time 8:07Pm to Around 8:21 PM and I was Told by this
Officer that if I reported it he is Not Going to Like it and Would make things
Hard For me C/O Harris, Was also apart of that matter that day of June 6,  2005
it Should be noted this is A (PC) Unit and why would any one in there
Right Mind appoint these kind Of Officers to a (PC) Unit???. its only A Matter of
Time before Something Go Bad if No Action is taking To Deter this Conduct I also
Feel that C/O Henry Has **A Drug Addiction of Herion or Some Kind** by his
Conduct he should be Considered For Drug Testing He Cant Stay Awake allways Nodding
 See My Letter Dated 6-6-2005 to Major Quiros its Now 6:25pm and he is sleeping again
right  now as the Inmates are Out this Man is Crazy I am Not going to be reporting every
Officer that Snooze off no thats not me But he Made Clear he has No Respect for me or.
Brass and Disrespected me for trying to be nice to Him I ask that you Send a Message
that his Conduct is Not acceptable and that he is Not above the Law or Policy
of DOC Please Deter His Conduct I am telling the truth and Nothing but the truth
so Help me God and will be Willing to Take a Polygraph Test to this Matter
if Need be I ask that I Not be retaliated against or Moved or Transferred
or Set up with Contrband for reporting these Matters as the State Will be Held
Liable for any retalition or Reprisal Please Reply I thank you for your time and Consideratic

                              Yours Truly

                    _____

     CC. COMM. Theresa C. Lantz,
     CC.D/A Mark W. STRANGE,
     CC. Major Angel Quiros,
     CC. Deputy Comm. Jones, of Secuirty Division.
     CC.Wardem Daniel Martin,
     CC.LGM/
     File

**Cheshire C. I.
Capt. Esposito
NB 5&6 Unit Manager**

# Memo

To: Morgan 117796 NB 626
From: Capt. Esposito
Date: 7/25/05
Re: Correspondence dated 7/24/05(Donahue)

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

 I wish to advise you that for future reference you are to notify the 2nd shift commander when a 2nd shift matter arises. You could have also notified a Lieutenant when they toured the unit seeing this allegedly transpired on a weekend. I have directed this to Capt. Veno  to handle. Please avoid circumventing the chain of command in the future.

Capt. Esposito

"EXHIBIT 1"

DEAR Comm. THERESA C. LANTZ,  Date 8-20-2005
Please see THAT DEPUTY Comm. DENNIS JONES,
and Your office INVESTIGATE THE illegal conduct
of Your STAFF ConstANTly interFering and
TARGETING my LEGAL MAIL and opens a lot of it
out of my PRESENCE and why WARDEN MARTIN &
MAJOR QUIROS, HAVE NOT GOT to THE HEART OF
THE matters and Hevey SANCTIONS giving
to deter THIS conduct to HinDER my access
to THE COURTS IN MORGAN V. RowLANDi et al
3. d CV1107 (CFD) (WIG) & MORGAN V. REGAN, et al
Please Review a copy of my LETTER Dated
8-19-2005 to acting WARDEN MAJOR ANGEL QUIROS,
& WARDEN DANIEL W. MARTIN, Please replies
also Please Address my many pending LETTERS to
You on VARIOUS IMPORTANT ISSUES THANKS

                    Yours TRULY
            MR. Lloyd George MORGAN, Jr # 117796
                NB626   (CCI)



CC. ACTING WARDEN ANGEL QUIROS,
CC. Federal Judges DRONEY & GARFINKEL
CC. LGM/Filed

Exhibit 2

Page 1 CFD

Dear Acting warden Adm. Major Angel Quiros, Date 8-19-2005
I respectfully write your office and warden MARTIN on
The Nature of my complaint regards with the constant
interfering and Targeting my Legal mail today on 2nd
Shift around 10:20pm NB626 Cell was open By C/O Faliciano
where This writer is Housed at. I was called out By delivering
Officer Phil Brick who told me He HAd 1 Box of LEGAL items
for me Upon Looking at The Box I Notice it HAd allReady
Been open and Reviewed, I ask said C/O Phil Brick About this
He said The LT's office gave it to him open Like This I asked
If He would do a incident report He refused hatter he and
C/O Falicano & McLaughlin was Laughing Feeling It was
funny How my Legal mail was open out of my PResence
C/O Philbrick Taunted me & mocked me, Feeling he was
Above The Law to do This since His superiers did This
Intentional criminal act The LEGAL Box was clearly
marked in GIANT Letters in Bold LEGAL MAIL it was
from The office containing motions with my mental
HEALTH & confidential Files that (D.O.C.) is Not
Intitled to your STAFF Violated my Rights to PRIVACY
it came from (AG) office RE: to MORGAN V. ROWLAND,
et al my Federal Case, Docket 3:01CV1107 (CFD)(WIG)
You HAve and The warden HAve allowed The Constant with Holding
or opening of some of my Legal mail out of my
Presence. Knowingly I ask for a Investigation & Hence
SANCTION effective For all who Took PART in This
also I was Not Required to even Sign for
This LEGAL mail

THIS was Done to Cover up THIS illegal Conduct. Your STAFF CANNOT feel free to over & over keep opening my LEGAL MAIL out side of my Presence C/O PhiBrick MUST Be SANCTION FOR HIS PART IN CONSPIRING to Cover it up and Laughing at what HAVE Been Done IF THIS IS not Being order OR Allowed By you & THE WARDEN why do Your STAFF feel So free and Comfortable to do it ???
very Good QUESTION. I ask for a investigation and That you call me down to meet with me ABout THIS also I ask that you TAKE PICTURES OF THIS Box and Condiction of it. also why would You allow it to Be delivered on SECTION SHIFT. IF you NO Nothing ABout it? also You STILL HAVE NOT RECTFY THE ISSUE WITH my Legal mail to P.d. office with DISC. With Held and THose pending matters and what HAPPEN to That mail I ReQuest to Know Why I NO Longer Get Lots of my Due Legal MAIL Please Rectify Some one may Be Signing my name False not Giving me all Due Legal mail a Copy of THIS Letter is Being Sent to Comm. LANTZ office FOR FURTHER Review Please reply

YoursTruly

MR. Lloyd George MORGAN JR #117796

NB626

CC. MAJOR DONAHUE
CC. Comm. Theresa C. LANTZ
CC. Federal Judges DRONEY & GARFINKEL
CC. LGM/Filed