UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
LLOYD GEORGE MORGAN, JR.        :
                                :           PRISONER
     v.                         :  Case No. 3:01CV1107 (CFD)(WIG)
                                :
GOVERNOR JOHN ROWLAND, et al.   :
```

RULING AND ORDER

This ruling considers three motions filed by plaintiff and one motion filed by defendants.

Plaintiff has filed a motion to proceed in forma pauperis in this action. He states that he may incur discovery expenses and witness fees for trial. In forma pauperis status entitles a plaintiff to have his complaint served by the court through the U.S. Marshal Service. It does not entitle a plaintiff to discovery costs or litigation services. See, e.g., Garraway v. Morabito, No. 9:99CV1913 (HGM), 2003 WL 21051724, at *7 (N.D.N.Y. May 8, 2003) (informing pro se plaintiff that in forma pauperis status does not waive costs of litigation such as photocopying costs and other costs of discovery). Accordingly, plaintiff's motion [**doc. #166**] is **DENIED**.

Plaintiff asks the court to default defendants for failure to plead. He states that defendants failed to file a motion for summary judgment on or before April 25, 2005. The court has granted defendants an extension of time, until August 19, 2005,

to file their motion for summary judgment.  Accordingly, plaintiff's request for entry of default [**doc. #188**] is **DENIED**.

Plaintiff also asks the court to schedule a settlement conference in this case.  Defendants have informed the court that a settlement conference would not be productive at this time.  Thus, plaintiff's motion [**doc. #186**] is **DENIED** without prejudice.

Finally, defendants have filed a motion for articulation and extension of time, of thirty from the April deadline, to file their motion for summary judgment.  The court clarified its statements in its April 12, 2005 ruling and has granted defendants an extension of time, until August 19, 2005, to file their motion for summary judgment.  Accordingly, defendants' motion [**doc. #183**] is **DENIED** as moot.

In conclusion, plaintiff's motions for in forma pauperis status and entry of default [**doc. #166, 188**] are **DENIED**.  His motion for settlement conference [**doc. #186**] is **DENIED** without prejudice.  Defendants' motion [**doc. #183**] is **DENIED** as moot.

**SO ORDERED** this ___6th_____ day of September, 2005, at Bridgeport, Connecticut.

>                    */s/ William I. Garfinkel*
>                    WILLIAM I. GARFINKEL
>                    UNITED STATES MAGISTRATE JUDGE