MR. LLOYD GEORGE MORGAN, JR. # 117796
CCI
900 HIGHLAND AVENUE
CHESHIRE, CT. 06410-1668

JULY 14, 2005

"Exhibit C-1"

COMMISSIONER OF CORRECTIONS
THERESA C. LANTZ
24 WOLCOTT HILL ROAD
WETHERSFIELD, CT. 06109

DEAR COMMISSIONER LANTZ,

I RESPECFULLY APPEAL TO YOUR OFFICE IN GOOD FAITH, FOR URGENT REMEDY, AND CONSIDERATION IN REGARD TO YOUR OFFICE'S DUTY TO PROVIDE STATE OF CONNECTICUT PRISONERS WITH PERSONS TRAINED AT LAW TO PURSUE ISSUES DEALING WITH PRISONERS RIGHTS.

THE INMATES LEGAL ASSISTANCE PROGRAM, AND IT'S ATTORNEYS, EXECUTIVE ATTORNEY SYDNEY T. SCHULMAN AND HIS AGENTS, SUPERVISOR ATTORNEY JANE STARKOWSKI AND HER AGENT ATTORNEY RICHARD P. CAHILL, HAVE SUBJECTED ME TO HARASSMENT AND RETALLIATION. THEY HAVE NOW STARTED TO REFUSE TO RETURN MY PHONE CALLS TO THEM, AND TO COMMUNICATE WITH ME CONCERNING MY PENDING CIVIL RIGHTS CASES, TITLED: LLOYD GEORGE MORGAN, JR. V. GOVERNOR JOHN G. ROWLAND, et al., CASE No. 3:01 cv 1107 (CFD) (WIG); AND LLOYD GEORGE MORGAN, JR. V. MATHEW REGAN, et al., CASE No. 3:05 cv 873 (JBA), BOTH PENDING IN FEDERAL COURT, UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT.

BECAUSE I EXERCISED MY FIRST AND FOURTEENTH AMENDMENT RIGHTS UNDER THE UNITED STATES CONSTITUTION, ALLOWING ME TO REPORT TO THE COURT JUDGES

1

Exhibit C-1

MY CONCERNS OVER THE POOR QUALITY OF SERVICES AND UNPROFFESIONAL CONDUCT, AND INEFFECTIVE ASSISTANCE OF COUNSEL, WHICH IS PROTECTED BY MY FREEDOM OF SPEECH, I HAVE BEEN RETALLIATED AGAINST AND NOW THE INMATES LEGAL ASSISTANCE PROGRAM IS INTENTIONALLY GIVING THE UPPER HAND TO, AND CONSPIRING WITH, THE ATTORNEY GENERALS OFFICE.

    I HAD HAD THE HELP OF INMATES LEGAL ASSISTANCE PROGRAM IN PREPARING AN AMENDED COMPLAINT IN MY CASE MORGAN V. ROWLAND, et al., AND ATTORNEY CAHILL ASSISTED ME IN PREPARING TWO MOTIONS, FOR DEFAULT JUDGEMENT AND AN OBJECTION, AND HE CAME TO SEE ME EITHER ON JUNE 30, 2005 OR JULY 1, 2005 SO I COULD SIGN SAID MOTIONS.

    ATTORNEY CAHILL PROMISSED ME THAT IF ASSOCIATE ATTORNEY GENERAL LYNN D. WITTENBRINK FILED A MOTION FOR MORE TIME, HE WOULD PREPARE A MOTION OF OBJECTION AND HELP ME TIMELY FILE IT, ON OR ABOUT JULY 6, 2005.

    I RECEIVED A MOTION FOR MORE TIME FILED BY THE ATTORNEY GENERALS OFFICE, IT WAS DATED JULY 1, 2005, BUT NOT GIVEN TO ME BY THE DEPARTMENT OF CORRECTIONS UNTIL JULY 6, 2005. I WROTE AN EMERGENCY LETTER TO THE INMATES LEGAL ASSISTANCE PROGRAM ATTORNEY CAHILL, AND SENT ALONG THE MOTION, PLEADING WITH HIM TO PREPARE A TIMELY OBJECTION AND TO CONTACT ME.

    I WAS ALLOWED A PHONE CALL ON JULY 7, 2005 BY COUNSELOR LOWE. I CALLED

THE INMATES LEGAL ASSISTANCE PROGRAM, GAVE MY NAME AND INMATE NUMBER, AND ASKED TO TALK TO ATTORNEY CAHILL STATING IT WAS AN EMERGENCY. DESPITE MAKING IT ABSOLUTELY CLEAR THAT IT WAS AN EMERGENCY, AND EXACTLY WHAT MY NEEDS WERE, I WAS TOLD ATTORNEY CAHILL DID NOT WANT TO TALK TO ME. INMATES LEGAL ASSISTANCE PROGRAM NEVER RETURNED MY PHONE CALL.

INMATES LEGAL ASSISTANCE PROGRAM HAS CONSPIRED WITH THE ATTORNEY GENERAL TO ALLOW INJURY TO MY CASE BY WAITING FOR ASSOCIATE ATTORNEY GENERAL WITTENBRINK'S MOTION WAS GRATVTED, WHICH IT WAS ON JULY 11, 2005 BY JUDGE DRONEY, WHO NOTICED THE ABSENCE OF AN OBJECTION.

INMATES LEGAL ASSISTANCE PROGRAM HAD ASKED ME NOT TO FILE ANY MOTIONS IN MY CASE, BUT INSTEAD I SHOULD BRING MY NEEDS TO THEIR ATTENTION, AND THEY WOULD PREPARE ANY MOTIONS AS NEEDED. NOW A MOTION FOR SUMMARY JUDGEMENT AGAINST ME WILL BE FILED ANY DAY.

INMATES LEGAL ASSISTANCE PROGRAM CONSPIRED TO, TURN AGAINST ME AND DENY ME HELP AT CRITICAL TIMES IN MY CASE, AND TO WORK BEHIND THE SCENES WITH THE ATTORNEY GENERALS OFFICE IN PLOTTING TO SABOTAGE MY CASE.

I AM ENTITLED TO PERSONS TRAINED AT LAW PURSUANT TO C.G.S. § 18-81, C.G.S. § 11-196, C.G.S § 52-584, C.G.S § 114, AND RULE 12 OF THE FEDERAL RULES OF CIVIL PROCEDURE. NOW I AM LEFT WITH NO EFFECTIVE MEANS TO

TO SUCCESSFULLY LITIGATE MY CASES.

INMATES LEGAL ASSISTANCE PROGRAM, BECAUSE OF CERTAIN MOTIONS AND LETTERS I HAVE SUBMITTED TO THE COURT, HAS NOW TURNED AGAINST ME AND IS CLEARLY IN BED WITH THE ATTORNEY GENERALS OFFICE. BECAUSE OF INMATES LEGAL ASSISTANCE PROGRAM'S RETALLIATION, THERE NOW EXIST A MAJOR CONFLICT OF INTEREST

THE DEPARTMENT OF CORRECTIONS HAS PROMISED ONLY TO GRANT THE SERVICES OF THE INMATES LEGAL ASSISTANCE PROGRAM, IN ORDER TO BE IN COMPLIANCE WITH WHAT IS REQUIRED BY LAW, ASSUMING THAT THE INMATES LEGAL ASSISTANCE PROGRAM WOULD BE ETHICAL, EFFECTIVE, AND CAPABLE IN PROVIDING FOR CONNECTICUT INMATES BEST INTEREST. WHEN THE INMATES LEGAL ASSISTANCE PROGRAM FALLS BELOW STANDARDS AND NO LONGER CHOOSES TO CARRY OUT THE SERVICES EXPECTED OF SUCH A PROGRAM IT PUTS THE DEPARTMENT OF CORRECTIONS IN A STATE OF NON-COMPLIANCE WITH APPLICABLE LAW.

BECAUSE OF THE CONFLICT OF INTEREST, INMATES LEGAL ASSISTANCE PROGRAMS ETHICAL VIOLATIONS IN CONSPIRING AGAINST ME, PRACTICES THAT BASICALLY ADD UP TO THE COVERING UP OF THE WRONGS AND BLACK MAIL INMATES LEGAL ASSISTANCE PROGRAM HAS COMITTED AGAINST ME, AND BECAUSE THE SITUATION IS AT CRITICAL, IT IS AN EMERGENCY THAT MOTIVATES ME TO VERY RESPECTFULLY PLEAD FOR YOUR ASSISTANCE AND ASK THAT YOU EMPLOY A DIFFERENT LAW FIRM TO PROVIDE THE SERVICES

I AM ENTITLED TO. AT THE VERY LEAST, I WOULD IMPLORE YOU TO DIRECT INMATES LEGAL ASSISTANCE PROGRAM TO CORRECT ANY INJURY TO MY CASE, AND TO DISCONTINUE ANY AND ALL CONTEMPT, INDIFFERENCE AND DISCRIMINATION AGAINST THIS CLIENT.

AN INMATES RIGHT OF ACCESS TO THE COURTS IS THE MOST FUNDAMENTAL RIGHTS HE HOLDS, "ALL OTHER RIGHTS OF AN INMATE ARE ILLUSORY WITHOUT IT, BEING ENTIRELY DEPENDANT FOR THEIR EXISTANCE ON THE WHIM OR CAPRICE OF THE PRISON WARDEN", Adam v. Carlson, 488 F. 2d 619, 630 (7th Cir. 1973); Davidson v. Scully, 694 F. 2d 50, 54 (2nd Cir. 1982) (THE CONSTITUTION PROTECTS WITH SPECIAL SOLICITUDE, A PRISONERS ACCESS TO THE COURTS.") (QUOTING Sostre v. McGinnis, 442 F. 2d 178, 189 (2nd Cir. 1971) (en banc) cert. denied sub. nom Oswald v. Sostre, 405 u.s. 978 (1972).

SEE: Colon v. Coughlin, 58 F. 3d 865, 872 (2nd. Cir. 1995) ("PRISONERS, LIKE NON-PRISONERS, HAVE A CONSTITUTIONAL RIGHT OF ACCESS TO THE COURTS AND PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES, AND PRISON OFFICIALS MAY NOT RETALIATE AGAINST PRISONER FOR THE EXERCISE OF THAT RIGHT"). SEE: Mahwinney v. Henderson, 542 F. 2d 1, 3 (2nd Cir. 1976) ("A PRISONER HAS A DUE PROCESS RIGHT OF ACCESS TO THE COURTS AGAINST RETALLIATION"). SEE: Rivera v. Senkowski, 62 F. 3d 80, 86 (2nd. Cir. 1995) (AFFIRMING DISTRICT COURT DECISSION RECOGNIZING AS "CLEARLY ESTABLISHED" A PRISONERS RIGHT AGAINST RETALLIATION FOR FILING GRIEVANCES AGAINST PRISON OFFICIALS). SEE: Franco v. Kelly, 854 F. 2d 584, 589 (2nd Cir. 1988) (THE RIGHT TO PETITION ENCOMPASSES AN INMATES RIGHTS TO "FREE AND UNINHIBITED ACCESS...

Exhibit C-1

... TO BOTH ADMINISTRATIVE AND JUDICIAL FORUM FOR THE PURPOSE OF SEEKING REDRESS OF GRIEVANCES AGAINST STATE OFFICERS")

COMMISSIONER LANTZ, DO TO THE MOTION I FILED WITH THE COURT FOR RENEWAL OF APPOINTMENT OF COUNSEL AS TALKED ABOUT IN JULY 1, 2005 LETTER FROM CLERK LARSON OF FEDERAL COURT IN Morgan v Rowland, et al., AS ENCLOSED, ATTORNEY SCHULMAN WROTE ME A LETTER DATED JUNE 22, 2005 OF VEILED BLACKMAIL BASICALLY SAYING EITHER WRITE THE COURT BACK AND RECANT WHAT YOU HAVE SAID, OR WE WILL NO LONGER HELP YOU. I REFUSED TO RECANT WHAT I STATED IN A LETTER DATED APRIL 21, 2005 AND SENT TO JUDGES DRONEY AND GARFINKEL MARKED AS EXHIBIT "D" AND ATTACHED TO MOTION FOR RENEWAL OF COUNSEL, WHICH IS ENCLOSED, AS IS MY MOTION DATED JULY 13, 2005.

I ASK YOU RESPECTFULLY TO GRANT ME ANOTHER FIRM TO AID ME IN THESE LEGAL MATTERS URGENTLY, OR ORDER INMATES LEGAL ASSISTANCE PROGRAM TO DO THERE JOB.

IF NO REMEDY IS GRANTED I WILL BE FORCED TO FILE A LAWSUIT AGAINS THE DEPARTMENT OF CORRECTIONS AND THE INMATES LEGAL ASSISTANCE PROGRAM FOR REMEDY.

PLEASE HELP ME AVOID HAVING TO SEEK SUCH REMEDY AS MY ONLY OPTION. I WOULD GREATLY APPRECIATE A RESPONSE AS SOON AS IS POSSIBLE. BLESSED BE.

SINCERELY

MR. LLOYD GEORGE MORGAN, JR.

6

Exhibit C-1

C.C. GOVERNOR M. JODI RELL

C.C. WARDEN DANIEL MARTIN

C.C. FEDERAL JUDGES DRONEY & GARFINKEL

C.C. INMATES LEGAL ASSISTANCE PROGRAM

C.C. D.A. MARK W. STRANGE

C.C. OFFICE OF ATTORNEY GENERAL

C.C. U.S. ATTORNEY O'CONNER

C.C. L.G.M./FILED

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

LLOYD GEORGE MORGAN, JR.       :     PRISONER
                                     3:01cv1107(CFD)
       v.                      :

GOVERNOR JOHN G. ROWLAND, ET AL.   :     AUGUST 19, 2005

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants in the above-captioned matter move for summary judgment in their favor as there is no genuine issue of material fact and the Court can find as a matter of law that the defendants did not exhibit deliberate indifference, did not violate the plaintiff's right to privacy, and that all defendants are entitled to qualified immunity. In addition, the plaintiff's claim for a declaratory judgment is moot.

In support of this motion, the defendants provide a Memorandum of Law as well as numerous Affidavits and other supporting Exhibits and a Rule 56 statement of material facts not in dispute.

DEFENDANTS,
Governor John G. Rowland, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08574
110 Sherman Street
Hartford, CT 06105
Telephone No. (860) 808-5450
Fax No. (860) 808-5591
lynn.wittenbrink@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 19th day

of August, 2005:

Lloyd George Morgan, Inmate No. 117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

Annette M. Lamoreaux
CT Civil Liberties Union Foundation
32 Grand Street
Hartford, CT  06106


Lynn D. Wittenbrink
Assistant Attorney General

Dear Comm. Theresa C. Lantz,    Date 9-20-05

I make a Freedom of Imformation Request for one complete copy of the most updated Contrack your office Has with the Inmates LEGAL ASSISTANCE Program Please, There office told me I must write your office for a copy of it as They was told Inmates must write you for it please Grant this I Thankyou for your consideeation Please reply

Yours Truly

Mr. Lloyd George Morgan Jr # 117796

NB610 CCI

Page 1 of 2

Dear Comm. Theresa C. Lantz,    Dated 9-19-2005
I Respectfully make Another emergency Appeal to
your office asking that you see that Another Law
Firm and Persons trained at Law is Appointed
to me to Help me file a urgent reply to the motion
pending against my case of MORGAN V. Rowland, et
al 3:01 CV1107 (CFD)(WIG), By the office of Attorney
Generals, I wrote your office sending you a letter
Dated July 14, 2005 of 7 pages and ones dated
August 3, 2005 was responded to By your agent
Dawn M. DiCesare, ParaLegal Specilist 2,
She Intentionelly Skirted Around and Avoiding
Aknowledging or Investigating my Complaints
to you Dated July 14, 2005 and July 20, 2005
There is a conflict of interest with me and (I.L.A.P.)
Your Staff cant deny me access to the court and Say
to Bad you Shouldn't Have excorcised your
rights to File Grievances where not going to Help you
Beat it is what she is saying in so many woeds
I need Emergency Help I also got a case pending titled
MORGAN V. REGAN, 3:05 CV873 (JBA)(JGM) pending
These was Both Filed By or Prepaired Forme By
(I.L.A.P.) so it Cite a prima Facie case. I wrote Atty
Shulman a Emergency Letter Dated 9-2-05 for Help
See His Reply Dated 9-8-05 Saying you still
Have obligation to provide me with Services and
access to the court

Page 2 of 2

IF you would Have ~~Review~~ Reviewed my 7 page
Complaint to you Dated July 14, 2005 you would HAVE
REALIZED THE illegal Corrupt unprofessional Conduct
OF THE INMATES Legal Ass+. Program and that I Had
only one Choice is to FILE THE GRIEVANCES with
THE state wide BAR Counsel do to THE Retaliation
OF (I.L.A.P.). Your OFFICE Can not punish me FER
using my AFForded Rights and Deny me
ANother Law FIRM I Kindly ask that you grant
me a Emergency New Law Firm to assist me
with these Two Cases and also I Filed a EMERGERY
GRIEVANCE FoR EmerGency Access to The CaRT IN my
GRIEVANCE dated 8-26-05 That was ReJected and a
APPEAL Dated 9-15-05 IN IGP. No. 125-06-12. Please Have Your
STAFF sand you a Complete Package of THAT GRIEVANCE
Please Protect my Cases FRom INJURY. YaR STAFF
MS. DICESARE, Dated August 19, 2005 is out of LINE
and CRUEL Please Rectify I Beg FOR EmerGency Help of
PERSons TRAINED at Law thANK You
                    Yours TRuly
            MR. Lloyd George MORGAN JR #117786
                    NB610
PS.  See Copys OF my Letters to you
Dated July 14 2005 & July 20, 2005.
Please Reply to THem
See Copy OF Atty SCHOLMAN Letter to me
    Dated 9-8-05 and my Letter to him



**STATE OF CONNECTICUT**
*DEPARTMENT OF CORRECTION*
24 WOLCOTT HILL ROAD
WETHERSFIELD, CONNECTICUT 06109

Theresa C. Lantz
Commissioner

August 19, 2005

Lloyd G. Morgan, Jr. #117796
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. Morgan:

I am in receipt of your letter dated August 3, 2005 to Commissioner Lantz of the Department of Correction. In your letter you request that we refer your letters and documents to a newly appointed law firm to assist you in your two civil cases. On July 20, 2005, you filed a complaint to The Statewide Bar Counsel against the Law Offices of Schulman & Associates. As advised by Attorney Schulman, due to a conflict of interest created by said grievance, his law firm can no longer assist you in any way with regard to your two civil cases.

Pursuant to Administrative Directive 10.3, the Department of Correction, "...shall contract with a law firm/agency to provide legal assistance to inmates and inmate access to the civil judicial system..." In accordance with the Human Service Contract the Department of Correction has entered into with Sydney T. Schulman dba Schulman & Associates, Schulman & Associates is the law firm under contract to provide assistance to inmates in civil matters. It was your choice to file a grievance against the attorneys who are under contract, but that does not entitle you to new counsel to assist you.

Therefore, it is our position that the Department of Correction has met its obligation to provide you with access to court. Indeed, your present litigation activities are ample evidence that in fact you have been provided with access to court.

Sincerely,

Dawn M. DiCesare

Dawn M. DiCesare
Paralegal Specialist 2

Page 1 of 4

Dear Executive Dir. Atty. Sydney T. Schulman, Date 9/2/2005
Sir Thank you for your letter of reply to my letter dated
August 20, 2005, to you I got your reply dated 8-25-05
I appriciate your taking the time to reply Mr. Sydney, I Kindly
ask that you Keenly Review this letter and consider all I have
to say and if any Compassion and Aid that you may be able
to offer I plead that you do I wrote Comm. Lawts office, Many
times seeking that Previsons be made for Another firm or
That (I.L.A.P.) provide me the persons Trained at a Law thats
needed in my Case of Morgan v. Rowland, et al.
3:01 cv 1107 (CFD) (WIG) as the case is in a critical stage
Pending a motion for Summary Judgement to Dismiss my
Case, Thats very complex 1 Bankers Box full of Exhibits.
Her Paralegal Specialist wrote me Name Dawn M. Dicesare,
In her letter Dated 8-19-05 that I just recently got
Denying me Help. I Feel Sir. I was retaliated against By
(I.L.A.P) For the reasons stated in the enclosed filed Emergency
Grievance and By (D.O.C.) Please Keenly Review the matter.
I have Known you for years So I need to call you Mr. Sydney
In this letter Sir. I Been fighting this case Alone for Many
Yrs. I am not Qaulifyed to reply to this Complet motion
for Summary Judgement pending thats dated August 19, 2005
Atty. Schulman, By Law (D.O.C.) Has a Duty to see that I
Have the needed access to the Court as needed
To defend this case The cant retaliate against me &
say you Chose to File Grievance against (I.L.A.P.)
Its to Bad its your problem Cause that would clearly
Be

Page 2 of 4

a Punishment for me using my first Amendment Rights to File a Grievance, Which is a suit in its self. MR. CAHILL & JANE A. STARKOWSKI, recommended THAT I Filed THE GRIEVANCES I filed I Filed THEM in Good faith cause I Honestly FeLt I was done a WRONG and THAT I called (I. L. A. P.) timely seeking that THEY HeLp File a timely OBJection to THE (AG) oFFICE For More time to our 2nd or 3rd motion For DefulT, MR. CAHILL didn't talk to me I Stated all my issues to Your STAFF on THE Phone. he deliberately Hid out till THE motion was Granted & THEy Pre-set THE stamping date of THE envelope and motion sent THEM to act LIKE THEy got it on THE 12th day ect. sir. my only Choice is to ether Pre-Pair a retaliation Law suit against (D.O.C.) and (I. L. A. P.) and your office in one and denying me access to Protect THIS case and reply to THE motion For summary Judgement, and set off a Tuff legal Battle THat I Beg you to Help me Avoid THIS I came Not to you to DISRespect you OR ANy THreats or force I Plead For your Help & mercy, with out you Helping Bring About a out of CourT remedy its all I am LofT to do and it Could open up a CAN of Worms THat Would Be Better to AVoid, I ask Please THat You Help me Try to HAve my day in CourT and Not Be DeNied it THE JUSTICE I so seek. in MORGAN V. RowLAND, et aL I also WANT to MAKe CLEAR THat THE (AG) oFFICE and (D.O.C.) illegally OBTAiN most of THE evidence and Medical RepORTs THat THEy FABRICATed and MISSLead THE CourT IN

Page 3 OF 4

MANY OF THE DR. reports was fabricated, They did me
a Big evil I am under a Legal Disability
HANDICAP I am not Able to reply to it THE courts pay
NEARLY No mind to Anything I say THERE Not willing
to Grant me Appointment of counsel or consider it
OR Rule on it Till I get pass Summary Judgement
I ask you to Let me know Is THERE a PERMENANT FOREVER
conflict of interest with me &(I.L.A.P.) and you? do to
THE GRiervances & complaints? and if Not Forever How Long Befar
it Cleans up? I ask that you remember your a officer OF
THE court you Have a sworn Duty to do THE right THing and
fight for THE weak and small people Like me I realize it
IS Possible for me to waive THE conflict of interest with
me & (I.L.A.P.) I ask if you would allow me to sign &
waive THE conflict of interest only for THE PURPOSE of
(I.L.A.P.) and or you Prepering a objection response to the
motion For Summary Judgement, and Trying to win a TRIAL
Date, and THE same For MORGAN V. Rowland, et al
OR I mean MORGAN V. Regan, et al No. 3:05cv873(JBA)(FGM)
To Get pass a motion to Dismiss, if you Are Not willing to consider
THIS at Least could you order your Staff to prepair a
Proper motion For Renewal of Appointment of Counsel
with memorum of case Law THAt allows THE Court
to Appoint counsel For a Person under A Legal
Disability and Where Summary Judgement.

Page 4 of 4

and motion to Dismiss and issues of Lack of Access
to The Court to be Able to Appoint Counsel and
allow (I.L.A.P.) to submite a LAE AFFIDAVIT saying
THERE is a Conflict of interest and it Would Be
Best That The Court GRANT Appointment of Counsel
Could you offer Any remedy??. also is (D.O.C.) still
responsible to Provide me with Access to The Court
By othere means do to The Conflict of interest?
and How can I inforce it? Could you Show compassion
and report to Comm. Lantz or (AG) office Why They
Should or must GRANT Aid? or ask Yale law School to
Help me, is There AnyThing your Willing to do? also Sir.
HAve your PRIvate firm ever respresented Any correctional
agents or There FAmily or Any one In your Firm? IF SO
How MANy AGents?. HAve you represented Any (D.O.C.)
Agents or There FAmilys and are still doing So or have
done SO in PRIvate PRactice or (I.L.A.P.)?. Cause I was told
THis is True, also Please Copy all Inclosed and File in my
(I.L.A.P.) File. Please Return all Inclosed and a Copy of
This Letter with your reply, The pending summary Judgement
motion is 48 pages Plus 1 Full Box of Exhibits. Its much
to complex For my wisdom Please reply Thanks
                    Yours Truly
        MR. Lloyd George Morgan JR # 117796
                 (CCI) N8626

P.S. I TAlk to Court Clerk today, who told me The Judges is Not going
to GRANT None of my motion for Counsel unless I get Pass summary
Judgement and AlII was Able to do is say I Object to the motion for
summary Judgement its Not a Proper reply see Inclosed motion

LAW OFFICES OF

# SCHULMAN & ASSOCIATES

ATTORNEY AT LAW

10 GRAND STREET

HARTFORD, CONNECTICUT 06106-1596

(860) 522-2960

FAX: (860) 522-0130

SYDNEY T. SCHULMAN*
ROBERT E. SCHULMAN**

\* ALSO ADMITTED IN
MASSACHUSETTS AND MINNESOTA
\*\* ALSO ADMITTED IN
NEW YORK AND WASHINGTON

MASSACHUSETTS OFFICE:
52 MULBERRY STREET
SPRINGFIELD, MA 01105
(413) 781-5400

INMATES LEGAL ASSISTANCE
78 OAK STREET
HARTFORD, CT 06106
(860) 246-1118

September 8, 2005.

Mr. Lloyd George Morgan
Inmate #117796
Cheshire Correctional Institution
900 Highland Ave.
Cheshire, Ct. 06410

Re: Your letter of September 2, 2005.

Dear Mr. Morgan:

I am in receipt of your letter of September 2, 2005. I will answer your questions as honestly, clearly and fully as I can.

1. It is not a question of how badly you need help, how good your case is or what motions you have to respond to. As I have explained to you several times, WE ARE <u>NOT</u> PERMITTED TO HAVE ANY ATTORNEYS IN OUR FIRM ASSIST YOU WHILE GRIEVANCES ARE PENDING. It is <u>not</u> a question of choice. Our Canons of Ethics don't permit it. PERIOD!

2. No, this conflict of interest cannot be waived, either partially or fully.

3. You may file any suits you wish in any court you wish, but the bottom line is that we are prevented from assisting you while such suits and/or grievances are pending.

4. It is my understanding that the conflict of interest does <u>not</u> continue forever. It does not "clear up" at least until after any suits against us by you are decided and until all grievances are decided by the Statewide Grievance Committee.

5. When I say that we are not allowed to assist you, it means exactly <u>that</u>. That means, no, we cannot help you prepare a <u>Motion For Renewal Of Request For Appointment Of Counsel</u>.

6. I have no problem preparing and submitting an affidavit anywhere you would like, saying that we cannot assist you because you have pending grievances or, if filed, law suits against us, but I am not permitted to give an opinion as to what is in your best interests, as that, again, would be in conflict, since we cannot assist you by giving our opinion.

2

7. The Commissioner of DOC still is required to provide you with meaningful assistance to get access to court, but <u>only</u> in cases where you can present a prima facie case. We've discussed many times before what that means.

8. The attorneys in my ILA program of my firm have <u>never</u> represented DOC, any Corrections Officers or their families in any matter while employed in my firm and/or during that portion of their practice as employees of my firm.

The only other suggestion I can give you at this time is to seek help at the Yale or University of Connecticut Criminal or Civil Law Clinics.

Find enclosed, as you requested, a copy of your letter and the originals of all of the documents you sent me. As you requested, I have made a copy of them for your files.

Very truly yours,

Sydney T. Schulman

STS:sts

Cc: Atty. Jane Starkowski
    Atty. Richard Cahill

Enc.

"EXHIBIT D."

MR. LLOYD GEORGE MORGAN, JR. # 117796
CGI
900 HIGHLAND AVENUE
CHESHIRE, CT. 06410-1668

JULY 14, 2005

COMMISSIONER OF CORRECTIONS
THERESA C. LANTZ
24 WOLCOTT HILL ROAD
WETHERSFIELD, CT. 06109

DEAR COMMISSIONER LANTZ,

I RESPECFULLY APPEAL TO YOUR OFFICE IN GOOD FAITH, FOR URGENT REMEDY, AND CONSIDERATION IN REGARD TO YOUR OFFICE'S DUTY TO PROVIDE STATE OF CONNECTICUT PRISONERS WITH PERSONS TRAINED AT LAW TO PURSUE ISSUES DEALING WITH PRISONERS RIGHTS.

THE INMATES LEGAL ASSISTANCE PROGRAM, AND IT'S ATTORNEY'S, EXECUTIVE ATTORNEY SYDNEY T. SCHULMAN AND HIS AGENTS, SUPERVISOR ATTORNEY JANE STARKOWSKI AND HER AGENT ATTORNEY RICHARD P. CAHILL, HAVE SUBJECTED ME TO HARASSMENT AND RETALLIATION. THEY HAVE NOW STARTED TO REFUSE TO RETURN MY PHONE CALLS TO THEM, AND TO COMMUNICATE WITH ME CONCERNING MY PENDING CIVIL RIGHTS CASES, TITLED: LLOYD GEORGE MORGAN, JR. V. GOVERNOR JOHN G. ROWLAND, et al., CASE No. 3:01 cv 1107 (CFD)(WIG); AND LLOYD GEORGE MORGAN, JR. V. MATHEW REGAN, et al., CASE No. 3:05 cv 873 (JBA), BOTH PENDING IN FEDERAL COURT, UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT.

BECAUSE I EXERCISED MY FIRST AND FOURTEENTH AMENDMENT RIGHTS UNDER THE UNITED STATES CONSTITUTION, ALLOWING ME TO REPORT TO THE COURT JUDGES

MY CONCERNS OVER THE POOR QUALITY OF SERVICES AND UNPROFFESIONAL CONDUCT, AND INEFFECTIVE ASSISTANCE OF COUNSEL, WHICH IS PROTECTED BY MY FREEDOM OF SPEECH, I HAVE BEEN RETALLIATED AGAINST AND NOW THE INMATES LEGAL ASSISTANCE PROGRAM IS INTENTIONALLY GIVING THE UPPER HAND TO, AND CONSPIRING WITH, THE ATTORNEY GENERALS OFFICE.

I HAD HAD THE HELP OF INMATES LEGAL ASSISTANCE PROGRAM IN PREPARING AN AMENDED COMPLAINT IN MY CASE MORGAN V. ROWLAND, et al., AND ATTORNEY CAHILL ASSISTED ME IN PREPARING TWO MOTIONS, FOR DEFAULT JUDGEMENT AND AN OBJECTION, AND HE CAME TO SEE ME EITHER ON JUNE 30, 2005 or JULY 1, 2005 SO I COULD SIGN SAID MOTIONS.

ATTORNEY CAHILL PROMISSED ME THAT IF ASSOCIATE ATTORNEY GENERAL LYNN D. WITTENBRINK FILED A MOTION FOR MORE TIME, HE WOULD PREPARE A MOTION OF OBJECTION AND HELP ME TIMELY FILE IT, ON OR ABOUT JULY 6, 2005.

I RECEIVED A MOTION FOR MORE TIME FILED BY THE ATTORNEY GENERALS OFFICE, IT WAS DATED JULY 1, 2005, BUT NOT GIVEN TO ME BY THE DEPARTMENT OF CORRECTIONS UNTIL JULY 6, 2005. I WROTE AN EMERGENCY LETTER TO THE INMATES LEGAL ASSISTANCE PROGRAM ATTORNEY CAHILL, AND SENT ALONG THE MOTION, PLEADING WITH HIM TO PREPARE A TIMELY OBJECTION AND TO CONTACT ME.

I WAS ALLOWED A PHONE CALL ON JULY 7, 2005 BY COUNSELOR LOWE. I CALLED

THE INMATES LEGAL ASSISTANCE PROGRAM, GAVE MY NAME AND INMATE NUMBER, AND ASKED TO TALK TO ATTORNEY CAHILL STATING IT WAS AN EMERGENCY. DESPITE MAKING IT ABSOLUTELY CLEAR THAT IT WAS AN EMERGENCY, AND EXACTLY WHAT MY NEEDS WERE, I WAS TOLD ATTORNEY CAHILL DID NOT WANT TO TALK TO ME. INMATES LEGAL ASSISTANCE PROGRAM NEVER RETURNED MY PHONE CALL.

INMATES LEGAL ASSISTANCE PROGRAM HAS CONSPIRED WITH THE ATTORNEY GENERAL TO ALLOW INJURY TO MY CASE BY WAITING FOR ASSOCIATE ATTORNEY GENERAL WITTENBRINK'S MOTION WAS GRANTED, WHICH IT WAS ON JULY 11, 2005 BY JUDGE DRONEY, WHO NOTICED THE ABSENCE OF AN OBJECTION.

INMATES LEGAL ASSISTANCE PROGRAM HAD ASKED ME NOT TO FILE ANY MOTIONS IN MY CASE, BUT INSTEAD I SHOULD BRING MY NEEDS TO THEIR ATTENTION, AND THEY WOULD PREPARE ANY MOTIONS AS NEEDED. NOW A MOTION FOR SUMMARY JUDGEMENT AGAINST ME WILL BE FILED ANY DAY.

INMATES LEGAL ASSISTANCE PROGRAM CONSPIRED TO, TURN AGAINST ME AND DENY ME HELP AT CRITICAL TIMES IN MY CASE, AND TO WORK BEHIND THE SCENES WITH THE ATTORNEY GENERALS OFFICE IN PLOTTING TO SABOTAGE MY CASE.

I AM ENTITLED TO PERSONS TRAINED AT LAW PURSUANT TO C.G.S. § 18-81, C.G.S. § 11-196, C.G.S. § 52-584, C.G.S § 114, AND RULE 12 OF THE FEDERAL RULES OF CIVIL PROCEDURE. NOW I AM LEFT WITH NO EFFECTIVE MEANS TO

TO SUCCESSFULLY LITIGATE MY CASES.

INMATES LEGAL ASSISTANCE PROGRAM, BECAUSE OF CERTAIN MOTIONS AND LETTERS I HAVE SUBMITTED TO THE COURT, HAS NOW TURNED AGAINST ME AND IS CLEARLY IN BED WITH THE ATTORNEY GENERALS OFFICE. BECAUSE OF INMATES LEGAL ASSISTANCE PROGRAM'S RETALLIATION, THERE NOW EXIST A MAJOR CONFLICT OF INTEREST

THE DEPARTMENT OF CORRECTIONS HAS PROMISED ONLY TO GRANT THE SERVICES OF THE INMATES LEGAL ASSISTANCE PROGRAM, IN ORDER TO BE IN COMPLIANCE WITH WHAT IS REQUIRED BY LAW, ASSUMING THAT THE INMATES LEGAL ASSISTANCE PROGRAM WOULD BE ETHICAL, EFFECTIVE, AND CAPABLE IN PROVIDING FOR CONNECTICUT INMATES BEST INTEREST. WHEN THE INMATES LEGAL ASSISTANCE PROGRAM FALLS BELOW STANDARDS AND NO LONGER CHOOSES TO CARRY OUT THE SERVICES EXPECTED OF SUCH A PROGRAM IT PUTS THE DEPARTMENT OF CORRECTIONS IN A STATE OF NON-COMPLIANCE WITH APPLICABLE LAW.

BECAUSE OF THE CONFLICT OF INTEREST, INMATES LEGAL ASSISTANCE PROGRAMS ETHICAL VIOLATIONS IN CONSPIRING AGAINST ME, PRACTICES THAT BASICALLY ADD UP TO THE COVERING UP OF THE WRONGS AND BLACK MAIL INMATES LEGAL ASSISTANCE PROGRAM HAS COMITTED AGAINST ME, AND BECAUSE THE SITUATION IS AT CRITICAL, IT IS AN EMERGENCY THAT MOTIVATES ME TO VERY RESPECTFULLY PLEAD FOR YOUR ASSISTANCE AND ASK THAT YOU EMPLOY A DIFFERENT LAW FIRM TO PROVIDE THE SERVICES

I AM ENTITLED TO. AT THE VERY LEAST, I WOULD IMPLORE YOU TO DIRECT INMATES LEGAL ASSISTANCE PROGRAM TO CORRECT ANY INJURY TO MY CASE, AND TO DISCONTINUE ANY AND ALL CONTEMPT, INDIFFERENCE AND DISCRIMINATION AGAINST THIS CLIENT.

AN INMATES RIGHT OF ACCESS TO THE COURTS IS THE MOST FUNDAMENTAL RIGHTS HE HOLDS, "ALL OTHER RIGHTS OF AN INMATE ARE ILLUSORY WITHOUT IT, BEING ENTIRELY DEPENDANT FOR THEIR EXISTANCE ON THE WHIM OR CAPRICE OF THE PRISON WARDEN", Adam v. Carlson, 488 F. 2d 619, 630 (7th Cir. 1973); Davidson v. Scully, 694 F. 2d 50, 54 (2nd Cir. 1982) ("THE CONSTITUTION PROTECTS WITH SPECIAL SOLICITUDE, A PRISONERS ACCESS TO THE COURTS.") (QUOTING Sostre v. McGinnis, 442 F. 2d 178, 189 (2nd Cir. 1971) (en banc) cert. denied sub. nom Oswald v. Sostre, 405 u.s. 978 (1972).

SEE: Colon v. Caughlin, 58 F. 3d 865, 872 (2nd. Cir. 1995) ("PRISONERS, LIKE NON-PRISONERS, HAVE A CONSTITUTIONAL RIGHT OF ACCESS TO THE COURTS AND PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES, AND PRISON OFFICIALS MAY NOT RETALIATE AGAINST PRISONER FOR THE EXERCISE OF THAT RIGHT"). SEE: Mahwinney v. Henderson, 542 F. 2d 1, 3 (2nd Cir. 1976) ("A PRISONER HAS A DUE PROCESS RIGHT OF ACCESS TO THE COURTS AGAINST RETALLIATION"). SEE: Rivera v. Senkowski, 62 F. 3d 80, 86 (2nd. Cir. 1995) (AFFIRMING DISTRICT COURT DECISSION RECOGNIZING AS "CLEARLY ESTABLISHED" A PRISONERS RIGHT AGAINST RETALLIATION FOR FILING GRIEVANCES AGAINST PRISON OFFICIALS). SEE: Franco v. Kelly, 854 F. 2d 584, 589 (2nd Cir. 1988) (THE RIGHT TO PETITION ENCOMPASSES AN INMATES RIGHTS TO "FREE AND UNINHIBITED ACCESS...

... TO BOTH ADMINISTRATIVE AND JUDICIAL FORUM FOR THE PURPOSE OF SEEKING REDRESS OF GRIEVANCES AGAINST STATE OFFICERS")

COMMISSIONER LANTZ, DO TO THE MOTION I FILED WITH THE COURT FOR RENEWAL OF APPOINTMENT OF COUNSEL AS TALKED ABOUT IN JULY 1, 2005 LETTER FROM CLERK LARSON OF FEDERAL COURT IN Morgan v Rowland, et al., AS ENCLOSED, ATTORNEY SCHULMAN WROTE ME A LETTER DATED JUNE 22, 2005 OF VEILED BLACKMAIL BASICALLY SAYING EITHER WRITE THE COURT BACK AND RECANT WHAT YOU HAVE SAID, OR WE WILL NO LONGER HELP YOU. I REFUSED TO RECANT WHAT I STATED IN A LETTER DATED APRIL 21, 2005 AND SENT TO JUDGES DRONEY AND GARFINKEL MARKED AS EXHIBIT "D" AND ATTACHED TO MOTION FOR RENEWAL OF COUNSEL, WHICH IS ENCLOSED, AS IS MY MOTION DATED JULY 13, 2005.

I ASK YOU RESPECTFULLY TO GRANT ME ANOTHER FIRM TO AID ME IN THESE LEGAL MATTERS URGENTLY, OR ORDER INMATES LEGAL ASSISTANCE PROGRAM TO DO THERE JOB.

IF NO REMEDY IS GRANTED I WILL BE FORCED TO FILE A LAWSUIT AGAINS THE DEPARTMENT OF CORRECTIONS AND THE INMATES LEGAL ASSISTANCE PROGRAM FOR REMEDY.

PLEASE HELP ME AVOID HAVING TO SEEK SUCH REMEDY AS MY ONLY OPTION. I WOULD GREATLY APPRECIATE A RESPONSE AS SOON AS IS POSSIBLE. BLESSED BE.

SINCERELY

Lloyd George Morgan JR

MR. LLOYD GEORGE MORGAN, JR.

Exhibit C-1

C.C. GOVERNOR M. JODI RELL
C.C. WARDEN DANIEL MARTIN
C.C. FEDERAL JUDGES DRONEY & GARFINKEL
C.C. INMATES LEGAL ASSISTANCE PROGRAM
C.C. D.A. MARK W. STRANGE
C.C. OFFICE OF ATTORNEY GENERAL
C.C. U.S. ATTORNEY O'CONNER
C.C. L.G.M./FILED

LLOYD GEORGE MORGAN, JR. # 117796
CCI
900 HIGHLAND AVENUE
CHESHIRE, CT. 06410-1668

JULY 20, 2005

STATE OF CONNECTICUT DEPARTMENT
OF CORRECTIONS
ATTN: THERESA C. LANTZ, COMMISSIONER
24 WOLCOTT HILL ROAD
WETHERSFIELD, CT. 06109

RE: COMPLAINT, LEGAL REPRESENTATION

DEAR COMMISSIONER LANTZ,

I HAVE BEEN ADVISED BY INMATES LEGAL
ASSISTANCE PROGRAM, PARTICULARLY ATTORNEY SYDNEY T. SCHULMAN,
THAT BECAUSE OF A CONFLICT OF INTEREST BETWEEN RICHARD
P. CAHILL, STAFF ATTORNEY, AND MYSELF, THERE ARISES A NEED
THAT I ASK YOU TO PROVIDE ALTERNATIVE CIVIL LEGAL
COUNSEL FOR ME.

PLEASE BE ADVISED THAT I CURRENTLY HAVE CASES
PENDING WHICH REQUIRE IMMEDIATE LEGAL ASSISTANCE.

THANK YOU VERY MUCH
FOR YOUR TIME AND CONSIDERATION IN THIS MATTER.

SINCERELY

Lloyd George Morgan Jr.

LLOYD GEORGE MORGAN, JR.

CC: FILE