UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2005 NOV -1  P 12: 16

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| LLOYD D. GEORGE MORGAN, JR. | CIVIL NO. |
| | 3:01CV1107 (WIG)(CFD) |
| Plaintiffs, | |
| v. | |
| JOHN G. ROWLAND, et al. | |
| | October 31, 2005 |
| Defendant. | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, Annette M. Lamoreaux requests leave of this court to withdraw her appearance as amicus counsel, as she will not longer be employed by the American Civil Liberties Union of Connecticut as of October 31, 2005.

Respectfully submitted,

Annette M. Lamoreaux

Fed Id # ct 25769
American Civil Liberties Union
Foundation of Connecticut
32 Grand Street
Hartford, CT 06106
Telephone: 860-247-9823 x211
Fax: 860-728-0287

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LLOYD D. GEORGE MORGAN, JR. | : | CIVIL NO. |
| | : | 3:01CV1107 (WIG)(CFD) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN G. ROWLAND, et al. | : | |
| | : | _____, 2005 |
| Defendant. | : | |

## ORDER

Having considered Motion for Withdrawal of Appearance of Annette M. Lamoreaux as plaintiffs' counsel in this matter, pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the Motion is hereby GRANTED this ____ day of _____, 2005. It is SO ORDERED.

_____
Judge Presiding

## CERTIFICATE OF SERVICE

      This is to certify that on this 28th day of October 2005, a copy of the foregoing has been mailed postage prepaid to:

Lynn D. Wittenbrink
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Lloyd George Morgan Jr.
Inmate #117796
Northern Correctional Institute
PO Box 665
Somers, CT 06071

Annette Lamoreaux