Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 NOV 10 P 2:17
U.S. DISTRICT COURT

LLOYD GEORGE MORGAN, JR     CASE NO. 3:01 CV1107(CFD)(WIG)
    VS.
GOVERNOR JOHN G. ROWLAND ET AL    Date 11-4-2005

MOTION OF OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT AND MEMORANDUM OF LAW AND OBJECTION TO DEFENDANTS NOTICE OF MANUAL FILING AND LOCAL RULE 56(a)(1) STATEMENT OF UNDISPUTED FACTS AND OBJECTION TO ANSWER - AFFIRMATIVE DEFENSES AND SET-OFF TO SECOND AMENDED COMPLAINT

1.) Now comes the Pro-se Plaintiff Lloyd George MORGAN, JR moves in the Best interest of Justice and in good faith a states, that on or about August 19, 2005 Plaintiff recieved 1 Bankers Box full of Complex Documents open outside of his presence inclosed was a Motion For Summary Judgement with Memorandum of Law and Notice of Manual Filing with Local Rule 56(a)(1) Statement of Undisputed Facts all Dated August 19, 2005.

2.) For the record these items is well to complex for Plaintiff to Be able to effectively reply its somewhat Beyond his wisdom Plaintiff also makes clear he is Being Denied meaningful Adequate access to the court due to the Nature State of Connecticut Department of Corrections Commissioner Theresa C. Lantz, only offers Prisoners the Assistance of the Inmate's Legal Assistance Program or Persons Trained at Law →

3.) Plaintiff in good faith filed grievances with the statewide Bar Counsel against the (I.L.A.P.) and its attorneys for violation of various issues he also was recommended by (I.L.A.P.) Attys. Cahill & Starkowski, to do so, then was denied any and all help do to retaliation and a conflict of interest. Plaintiff wrote various letters to (D.O.C.) Comm. Lantz, Office seeking that he be granted another firm or persons trained at Law to help Plaintiff file a proper objection and response to said motions for summary judgment and all pending motion in this case see Plaintiff letters dated 9-20-05 / 9-19-05 pleading with (DOC) Comm. Lantz, for provisions to be made no reply was giving to those items Plaintiff again wrote (ILAP) Atty. Schulman seeking emergency help. In his letter dated 9-2-05 he gave a reply dated 9-8-05 denying Plaintiff help but stated ("The commissioner of (DOC) still is required to provide you with meaningful assistance to get access to Court.") See all items attached to Exhibit Thirteen, inclosed.

4.) Plaintiff is left with the only option is to file another law suit about this matter. Plaintiff objects to any and all pending motions as mention on the heading Plaintiff recently just recieved a motion of a answer to the pending complaint wrongfully dated 10-18-2005 titled Answer, Affirmative Defenses and Set-Off To Second Amended Complaint Plaintiff objects to paragraphs 1, 4, 20, 22, 23, 24, 27-30. & 34-35. And 37. and 43-48 and 54-55 and 58-60. Plaintiff objects to all mention paragraphs

Page 3.

5.) OF Defendants Answer Plaintiff Objects to page 5 Affirmative Defenses Being First - Seventh and **ADOPTS** Brief of Amicus Curiae Filed By (CCLU) Atty. Tegeler dated June 27, 2003 and Accepted By this Court Any **And all** Arguments in Brief is Adopted to Support Plaintiff Objection Defendants Are not intitled to qualified immunity. Plaintiff Also Did Exhaust Any And All Administrative Grievances remedy to this Complaint Plaintiff Also Adopts. Any and All Pleadings in Memorandum of Law in Opposition to motion to Dismiss Dated November 29, 2005 Filed Nov 30, 2005 By (ILAP) For Plaintiff is to Be taking in consideration to reply to Summary Judgements and Answer, Plaintiff Also moves to Strike Summary Judgement as Filed **untimely** Pass the times the Courts Rule Allows also do to the Nature Defendants File a **motion** For Summary Judgement and Answer to Complaint Back to Back moots out Summary Judgement motion.

6.) Plaintiff Request to Adopt Pleadings and Argument In Amicus Curie Brief of National Prison Project of ACLU & The ACLU of **NEVADA** titled John Auer v. William Donat, et al. No. 02-16720. as the Pleadings is relevant to Plaintiff Case and Arguments see Briefs in Closed Case No. CV-N-99-0190-DWH(VPC) This Should Be Considered By this Court as it would be relevant if This Court was to Dismiss Plaintiff Case Herein and 2nd Cir. Court of Appeals was to properly consider those Arguments would Cause remand Based on this Courts errors.

Continue of Paragraph 6. page 4.

Plaintiff ask the Court to keenly review the Legal Arguements which is relevant to plaintiff Defendants claim plaintiff Did not Exhaust Administrative Remedy in its Answere is false see Exhibit 49 All inclosed see Patty Wallenhaupt (CHNS) reply Dated 12-13-02 Grievance 141-02-378 Please Read The Directive Compromised Grievance Not Grievable!)

regards to mental Health issues. See Grievances Beth Dated 5-25-03 Grievance No. M 141-0363.
  See Grievance Appeal dated 12-10-3
   IGP No. M11-25-386-03 See reply Dated 1-6-04 See Box Marked Saying Cannot Appeal any further. See Grievance Appeal inclosed Marked as Exhibit B-1

Page 5

7.) Plaintiff stated to plaintiff in many of its Rulings Denying Plaintiff motion for Appointment of Cansel saying the Court would re-consider the motion for Appointment of Cansel once the Defendants have filed a Answer. The Defendants filed a motion for Summary Judgement then on 10-18-2005 it filed a complete Answer to Plaintiff Complaint the Answer shows merit to said Complaint, Because plaintiff is Being Denied meaningful Access to the Cart, by Commissioner Lantz, who refuse Plaintiff the help of (I.L.A.P.) or grant another firm to help do re-surch and properly prepair a effective reply to Motion for summary Judgement & Answer to this Complaint.

8.) Thus Conspiring to cause injury to this case, so Plaintiff was left with the only Remedy is to file a Seperate claim of Being Denied Access to the Cart to apaquate meaningfully defend & respond to this case he has done so if this Courts Rules to dismiss this case actual injury has or will be in full effect. Plaintiff Renews his motion for Appointment of Cansel to help file a proper reply and defend this Case and Because Defendants have filed a Answer the Courts made clear that once Defendants have filed a Answer to the Complaint he may file for granting of Appointment of Cansel Plaintiff is at a Big Disadantage and needs urgent Consideration for Appointment of Cansel.

→

9.) Plaintiff states Defendants uses as a Defense that Plaintiff has failed to Exhaust his Administrative Remedies in his Rights to Privacy and recreation claim, They over and over again disrespect this Court Justices Droney & Garfinkel with lying & tricks to take this Court for a fool or dummy. By schemes of lying and cheating & outright deciet they realize Plaintiff has no resources or proper skills or wisdom to properly reply the Court will not even look in the Court file to Review all Exhibits that may Show he did Exhaust Adm. Remedies and Just Dismiss this Case. Plaintiff ask this Court to Keenly Review the file of this Case It has and Inclosed Grievances Dated both 5-25-2003 IGP No. M-141-83-118 and M. 141-0363 Appeals Denying Plaintiff remedy and X the Box saying Plaintiff may not Appeal any further regards to Mental Health issues, Marked As Exhibit A-1 and A-2

10.) Plaintiff also Filed Grievances Dated 11-18-02 and Grievance Appeal Dated 12-11-02 in IGP No. 141-02-378 See Memorandum Dated 12-13-02 By (CHNS) Patty Wollenhaupt (CHNS) Stating ("Please Read the Directive Compromised Grievances Not Grievable.") meaning you can't appeal further beside that if she does not send your appeal in it can't get in.
See Plaintiff Grievance Dated 12-11-02 141-02-380 and 9-2003 and Appeal Both marked as Exhibits 49 and 50

11.) Memorandum from (CHNS) Patty Wollenhaupt. States in Her reply dated 12-13-05 "You did not Get Back your Grievance. Diagnosis and Treatment are not Grievable we Answer the Grievances the Best we can There are Some times errors or oversights for which we Apologize"

12. Plaintiff also clearly Exhausted Administrative Remedies regards to the recreation and excercise issue in this pending Complaint see his Grievance Dated 6-2-02 and Grievance Appeal Dated 6-23-02 IN IGP No. 141-02-326 See reply "You Are Appealing a Level 1 - grievance regarding unit-Policy/Procedure as indicated in the Level 1 response, Inmates in the Phase 1 of the Administrative Segregation are in Full restraints when out of Cell movement occurs." this was Answered By Deputy Comm. Defendant Matos, on 7-18-05 See The Box marked saying This Grievance may not be Appealed to Level 3. (See ADM 9.6 Section 17)" Plaintiff has clearly Exhausted Remedys.

13. Plaintiff Request Renewal of urgent Appointment of Counsel to help File a Proper Objection and set the record Straight as Defendants Counsel is Lying to the Court It is needed that Counsel is Appointed to Show The True Facts to The Court that Plaintiff is not Able to do, and to do Discoveries and Trial.

→

13.) If Defendants will Disrespect this Court and Lying and Cheating to this Court to Get Plaintiff Case Dismissed what wouldn't they do its needed that The Court Keenly Review this Case and Facts, as the 2nd Cir. Court surely will. The main issue is Plaintiff is intitled to properly excercise without Restraints regardless of Any reasoning Defendants give AS After Being Force to recreate For 2yrs In Full Restraints at Northern In Phase 1 he was moved to Phase 2 and withing 60 days was Allowed to Be released From restraints How Dangerious Did the Feel Plaintiff was, thats why Appointment of Counsel is warrented this is Cruel and Unusual to Allow Defendants to take none Step of Plaintiff Lying and intentionally misleading this Courts. Court's Plaintiff Believe The Court made error by Advising Defendants to File For Summary The Court Gave Legal Advice to The Defendants on Best How to Proceed to win against The Plaintiff By Suggesting that They should file For Summary Judgement it shows the Court intentions.

14.) Plaintiff Objects to The Court Suggestion to Defendants Counsel to file For Summery Judgement. as it gave Legal Advice.

15) Plaintiff ask that Defendants motion for Summary Judgement be Denied and Stricken, and Clearly Object to said motion and Answer as mention, Plaintiff ask that if this Court Grant him Appointment of Counsel due to the nature a Answer was Filed and due to his Legal Disabilitys, he ask that this Court Also Grant a 90 day extension of Time for Clerks to Find a Firm and for Lawyer to reply, Plaintiff also ask this Court to make Clear is it Proper for Defendants to File for Summary Judgement and the Answer Back to Back to Claim as the Case Herein

By the Plaintiff _Lloyd G. Morgan JR_
Lloyd George Morgan JR #117796
Cheshire Correctional Inst.
900 Highland Ave
Cheshire, CT 06410

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following Postage Paid on Date 11-7-2005

Office of Attorney Generals
(AAG) Lynn D. Wittenbrink
110 Sherman Street
Hartford, CT 06105

Annette M. Lamoreax
Connecticut Civil Liberties Union
32 Grand Street
Hartford, CT 06106

_Lloyd George Morgan, JR_
Plaintiff Lloyd George Morgan, JR #117796