"Exhibit A-1"



# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

CN 9601/2
Rev. 10/07/02

| Inmate Name | MR. Lloyd George Morgan, JR | Inmate no. | 117796 |
|---|---|---|---|

| Facility | NORTHERN C.I. | Housing unit | 3 EAST 125 | Date | 5-25-03 |
|---|---|---|---|---|---|

☐ Line grievance  ☐ Line emergency  ☒ Health grievance  ☐ Health emergency

| IGP no. | M·14103118 | T no. | |
|---|---|---|---|

Use this form to appeal a Level 1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the box for inmate grievances.

**Appeal.** I am appealing the Level 1 decision because: Because the Docter Chaplin stated its Compromised and they will Provide Adequate Mental Health Care I have not been Provided any Devine Mental Health Care or Consideration to be Transferd to (GCI) mental Health. Nor Granted a Single Cell No Care Has Been Provided in 2 Years.

| Inmate signature | MR. Lloyd George Morgan JR | Date | 5-25-03 |
|---|---|---|---|

### FOR OFFICIAL USE ONLY – LEVEL 2 REVIEW

| Date received | 6/11/03 | Disposition | Denied | Date of disposition | 6/27/— |
|---|---|---|---|---|---|

**Reasons** You do not meet the criteria for Mental Health Single cell status and Adequate Mental Health Services are available at NCI.

Level 2 reviewer [signature]

☐ This grievance may be appealed within 5 days to Level 3
☒ This grievance may not be appealed to Level 3 (see A.D. 9.6, Section 17)

**Appeal.** I am appealing the Level 2 decision because:

| Inmate signature | | Date | |
|---|---|---|---|

Deposit your appeal in the box for inmate grievances

### FOR OFFICIAL USE ONLY – LEVEL 3 REVIEW

| Date received | | Disposition | | Date of disposition | |
|---|---|---|---|---|---|

**Reasons**

Level 3 reviewer



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601/1
Rev. 10/07/02

Inmate Name: MR. LLoyd George MORGAN, JR    Inmate no. 117796
Facility: Northern C.I.    Housing unit: West 223 Cell    Date: 4-3-03

☐ Line grievance  ☐ Line emergency  ☒ Health grievance  ☐ Health emergency

1. **Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.
   I Filed a request Dated 1-29-03 to (MHU) DR. MARTIN Paul CHAPLIN. He never Answered it No remedy. I then wrote a Request to (CHNS) PATRICIA Wollen Haupt. Dated 3-8-03 She refered it to DR. CHAPLIN. No reply. I wrote to ADM. Major T. Coates A request Dated 3-17-03 See All inclosed.

2. **Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8 ½ by 11 inch sheet of paper and attach it to this form.) I wrote a Request to Mental Health DR. MARTIN Paul CHAPLIN Dated 1-29-03 seeking mental Health CARE and a Single Cell Statues and for Reconsideration No reply was giving I wrote a Complaint to CHNS PATRICIA Wollen Haupt. request Dated 3-8-03 the original was Sent to Her. She stated in her reply Dated 3-10-03 that she refered it to DR. CHAPLIN. I wrote a Request to unit Manager LT. Dennis dgersby Dated 3-11-03 See attached to Finishing statement

3. **Action requested.** Describe what action you want taken to remedy the grievance.
   I Request a effective Mental Health Treatment Plan and to Be Kept on Single Cell Statues its Been 2 Years with No Care and Not to Be Sent to Phase 2 and 3 and to Be Granted Safe Gaurds and (PC) or remedy to help Me Avoid Harm to Me or others.

Inmate signature: MR. Lloyd George MORGAN, JR.

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

**FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW**

IGP no. M14103118    T no.
Date received: 5/15/03    Disposition: Compromise    Date of disposition: 5-20-03
Grievance issue: Mental Health Care and Single Cell.
Reasons: You do not qualify for a mental health single cell but we will provide adequate mental health care.

Level 1 reviewer: Paul Chaplin

Paul Chaplin, Ph.D

Finishing Statement          Date 4-3-03

Seeking Remedy Do to I am Paranoid and Tarrafied for my Safety and I am unstable, and need a (MHU) single cell No reply was giving, or remedy or refer to (MHU) I wrote Acting Warden Major Thomas Coates Dated 3-17-03 and Seeking Remedy none was giving I have Saugh mental Health Care and Transfer to the Garder CI (MHU) unit and Care I am very unstable and Sught a single cell For my Safety and the Safety of the institution, No remedy have Been giving I am very unstable and Tarrafied, and Paranoid Now I Have Been told By Counselor John Kay, and LT. Oglesby, and a letter from DR. Hynes Date 3-25-03 that I am Being sent to the Phase 2 & 3. Program. I need Safe Guards and not to Be force to go in my state of mind with out Safe Guards and a single cell Statues. I am intitled to Care these actions Violate the American with Disibilities act and is illegal DR. Chaplin Have intentionally Subjected me to Discrimination and neglect and Biased indifferent Treatment and failed to grant the needed Remedy, and his Conduct is Harsh and unprofessional I seek a investigation also see statement of Inmate Cornelius Hargrove # 176483 Regards to the Gang Hits on my Life this Has also hurt my mental Health, Knowing my Life is in Constant Danger and no one Cares. Please Reply.

Yours Truly
Mr. Lloyd George Morgan, Jr # 117796

Side 1. of this double sided Request

# CONNECTICUT DEPARTMENT OF CORRECTION
# NORTHERN CORRECTIONAL INSTITUTION

## INMATE REQUEST FORM

HOUSING UNIT: (I) II III (Circle One)   EAST or (WEST)   CELL: 223

Date: 1-29-03

Inmate Name: MR. Lloyd George MORGAN, JR   Number: 117796

Request: Dear PhD. Doctor Martin Paul Chaplin, I respectfully write to you after speaking to you at my cell 1West 223 cell doing your touring, today I am appealing to you to ask if you would please help me and re-consider my issues Sir, I am very unstable and hurting so bad inside →

(Continue on back if necessary)

Submitted to: _____   Date Received: _____

Acted on by: _____

Action taken and/or response: _____

Date of Response to Inmate: _____

Signature of Staff Member: _____

Side 2

The (DOC) staff Warden Larry J. Myers, Majors E.M. Whidden, Michael P. Lajoie, Thomas Coates, and there staff will not help me, I got a mental health history, and many gangs and inmates want to assault and hurt me there and no one will grant me protective custody or a single cell I am in constant fear and paranoid not knowing whats going to happend or who there going to force in the cell with me or me in the cell with who will seek to hurt me and force me to act out of fear for my safety. LT. Dennis Oglesby, LT. John Dumas, and Capt. Maurice Butler and otheres have not cared about my issues, I was told that by Major Lajoie they may be planning to send me to the Phase Program that promise me to get assaulted or hurt or get in trouble I ask if you would request and grant me a single cell statues and also put in a package for my transfer to the MHU Unit in Garner CI soon as possible for you, I feel you have a duty to protect me so I don't get hert and be force to react and do any thing, Please see what you can do to get my case moving, and a single cell soon as possible, thanks a waiting reply is required of you.

Side 1 of THIS Double Sided Request

# CONNECTICUT DEPARTMENT OF CORRECTION
## NORTHERN CORRECTIONAL INSTITUTION

### INMATE REQUEST FORM

Date: 3-8-03

HOUSING UNIT: (I)  II  III     EAST or (WEST)     Cell # 223
(Circle One)

Inmate Name: MR. Lloyd G. MORGAN JR.     Number: 117796

Request: Dear (CHAS) Patricia Wollenhaupt, Please investigate this and refer it to mr. John Dixon, and Let me Know you Have Done so, I Feel that I am Being subjected to Discrimination and Denied the needed mental Health care, THIS violate the American with Disabilities act →

(Continue on back if necessary)

Submitted to: _____     Date Received: _____

Acted on by: _____

Action taken and/or response: _____

I have referred your issues to Dr Chaplin

Date of Response to Inmate: 3/10/03

Signature of Staff Member: _____

NCI 050

Side 1 of this double sided request

# CONNECTICUT DEPARTMENT OF CORRECTION
## NORTHERN CORRECTIONAL INSTITUTION

### INMATE REQUEST FORM

Date: 3-11-03

HOUSING UNIT: (I)  II  III       EAST or (WEST)       Cell # 203
(Circle One)

Inmate Name: Mr. Lloyd G. Morgan, Jr.       Number: 117796

Request: Dear LT. Dennis Olgesby, I need your consideration for a single cell statues, I feel very paranoid and fear for my safety. My mental health is very poor and they refuse me any mental health care, I got many issues →

(Continue on back if necessary)

Submitted to: _____     Date Received: _____

Acted on by: _____

Action taken and/or response: _____

Date of Response to Inmate: _____

Signature of Staff Member: _____

NCI 050

port for security risk group and or security risk group safety threat
mber disciplinary report wich clearly shows the department of correctio
difference to my civil rights and their own administrative directiv
as well as a flagrant indifference to the well being of one Lloyd
organ # 117796 as well as a flagrant indifference to his civil rights an
e department of corrections administrative directives. that guide
imate life on a day to day Basis as well the department of corrections
mployees' while on duty working for the state in any event these
id Inmates told me I cornelius Hargrove 176483 that I was full of
it and that it was no administrative mistake made on purpose In
acing me on the computer for security risk group safety threat memb
d these said individauls in fact told me that their was a Blanket Hit
it on Lloyd morgan # 117796 meaning an outstanding all inclusive
nelive hit by all gang members I was told to assuait an fight Lloyd
117796 till the death I told these said Individauls that I would Not
any such thing to him because Im no gang member I informed
oyd morgan # 117796 as to the situation and what I was told by
ese inmates He became very affraid He told the co,s when they took
m to shower and He was there after placed on cell restraint - with Hand
ffs and shackels because He feared for his safety and rightly so
e threat against him Lloyd morgan 117796 is very real and becaus
didnt hurt him or attempt to hurt Him the threat against my Life
, also real I cornelius Hargrove 176483 do so swear to this statement
nd will answer questions authorities may havee

Sigh cornelius Hargr
176483

RE; TO MORGAN V. Rowland et al
Case no. 3:01 CV1107(CFD)
Witness Statment of
"Exhibit of Gang Hit on Plaintiff"

Cornelius Hargrove # 276483 I make the following with out fear, threat and or promise. I am advised that any said statements and or statement, made here in which I do not believe to be true, and wich statement is intended to mislead a pulic servant in the performance of He/Her function, is a crime under C.G.S. section 53a-157. /5-21-01/ On above said date and time wich was I cornelius Hargrove #17~ 3 was placed in East-one-cell-one thirteen, after I was placed on in cell restraint status four days, for no other reason, than that I wouldn't inter a cell with an inmate in whom I new I had problems with, I threatend nor was I violent toward any one, but I was tortured in an attemp to make me act violent, futher more as stated above, I was placed in East-one-cell-one thirteen, wher in was the proper Inmate Lloyd b. morgan # 117796 who was on a court trip, but in any event was not in the cell wshen I entered said cell, but upon my arrivail in said cell I was called to the sink and venting systems, by other convicts I was asked various questions, amongst the questions asked; they asked me was I on the compter for secrity risk group safety threat member, I told these convicts' that I was on cumpter for said secrity risk group safety threat member status for one of the most ruthless, if not the most ruthless organization in connecticuts History, but I told them the truth, that I'm not, nor have I ever been a gang member or a member of an organization IN fact I told these individuals, that it was an-admistrative mistake to put me on the computer, for one of the most ruthless if not the most ruthless organization in connecticut history but ase to whom this may concern yes' it was an adminstrative mistake on purpose in placing me on the computer for secrity risk group safety threat member in an attempt to have me Hurt by this organization for Christ sake! I've never been found gurity of any disciplinary

# CONNECTICUT DEPARTMENT OF CORRECTION
## NORTHERN CORRECTIONAL INSTITUTION

### INMATE REQUEST FORM

Side 1 of this Double sided Request

Date: 3-17-2003

HOUSING UNIT: (I)  II  III          EAST or (WEST)          Cell # 223
(Circle One)

Inmate Name: MR. Lloyd G. Morgan, Jr.          Number: 117796

Request: Dear ADM. Major Thomas Coates, Sir. today I talk to Counselor John Kay Sir. Regards to my safety Concerns Sir. and he told me that I am going to be approved to go to the Phase 2 program for next month Sir. I need your urgent consideration →

(Continue on back if necessary)

Submitted to: _____  Date Received: _____

Acted on by: _____

Action taken and/or response: We will place you as needed.

Date of Response to Inmate: 3/18/03

Signature of Staff Member: T. Coates

NCI 050

Because there is so many Hits out on my life by virous Gang member inmates and none Gang members I will be force to not go to the program unless you will consider these issues. Sir if I do not meet with you in private so we can go over who you will put in the Group with me so I will not be assaulted and put me on a Rec Alone Statues in Phase 2 & 3 and keep me on a single cell statues in the Phase 2 and 3 program. So to insure my safety and so I can make it out then I cant go to such a program I ask you please to consider my plea cause Majors C.M. Whidden, or J. McGill or Majoic, will never give me any chance they are forever biased or indifferent to me tho I feel this whole Administration is corrupt. I feel you are the only Major who may reply and consider my issues, and from now on I will only write to you and the commissioners Office, for remedy. Tho I feel ever you are apart of these problems you still are the only chance with the Lord Jesus first that I got. Please Grant me protection and help and modify the Phase 2 & 3 program for me I Have Been constantly Discriminated against and susjected to reprical and retaliation for excercising my rights to file Grievances and complaints against (DOC) and my cases in Court. and Because I am a Gay Homosexual Bisexual Black Male. I am in fear and tarrafied for my safety and my urgent need for mental health care I feel if D.O.C. keep forcing me in the cell with inmates, I will end up being badly hurt or killed or end up slewing some one I am not stable please protect me every one is on a ego trip and power position Hungrey and deny me these needs please Sir Help me a writing reply is required or requested please Grant Remedy. see inclosed request to you also Dated 3-17-03.

"Exhibit A-2"   1 of 8



# Inmate Grievance Form B, Levels 2 and 3
**Connecticut Department of Correction**

CN 9601/2 Rev. 10/07/02

| | |
|---|---|
| Inmate Name: MR. LLoyd George Morgan, JR | Inmate no. 117796 |
| Facility: Northern C.I. | Housing unit: 3East 125 | Date: 5-25-03 |

☐ Line grievance  ☐ Line emergency  ☒ Health grievance  ☐ Health emergency

IGP no. M 141 0363    T no.

Use this form to appeal a Level 1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the box for inmate grievances.

**Appeal.** I am appealing the Level 1 decision because: I have not been provided any mental health treatment in 2 years tho he states he will provide adequate mental health care he has not done so nor any remedy at all.

Inmate signature: Mr. LLoyd George Morgan JR    Date:

### FOR OFFICIAL USE ONLY – LEVEL 2 REVIEW

Date received: 6/03/03    Disposition: Denied    Date of disposition: 6/25

Reasons: You do not meet the criteria for single cell status by mental health and adequate mental health services are available at NCI.

Level 2 reviewer: [signature]

☐ This grievance may be appealed within 5 days to Level 3
☒ This grievance may not be appealed to Level 3 (see A.D. 9.6, Section 17)

**Appeal.** I am appealing the Level 2 decision because:

Inmate signature:    Date:

Deposit your appeal in the box for inmate grievances

### FOR OFFICIAL USE ONLY – LEVEL 3 REVIEW

Date received:    Disposition:    Date of disposition:

Reasons:

Level 3 reviewer:



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601/1
Rev. 10/07/02

Inmate Name: MR. Lloyd George Morgan, JR    Inmate no. 117796
Facility: Northern C.I.    Housing unit: 1 West 223 Cell    Date: 4-3-03

[ ] Line grievance    [ ] Line emergency    [x] Health grievance    [ ] Health emergency

**1. Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.
I Filed a request dated 1-29-03 to (MHU) Dr. Martin Paul Chaplin. He never Answered it no remedy. I then wrote a request to (CHNS) Patricia Wollenhaupt. Dated 3-8-03 She referd it to Dr. Chaplin. No reply. I wrote to Adm. Major T. Coates a request dated 3-17-03 See all inclosed.

**2. Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8½ by 11 inch sheet of paper and attach it to this form.) I wrote a request to Mental Health Dr. Martin Paul Chaplin Dated 1-29-03 seeking mental Health care and a single cell statues and for Reconsideration no reply was giving I wrote a complaint to CHNS Patricia Wollenhaupt. request dated 3-8-03 the original was sent to her. She stated in her reply dated 3-16-03 that she refered it to Dr. Chaplin. I wrote a request to unit manager LT. Dennis Oglesby Dated 3-11-03 See attached for finishing statement

**3. Action requested.** Describe what action you want taken to remedy the grievance.
I Request a effective mental Health Treatment Plan and to be kept on single cell statues its Been 2 years with no care. and not to be sent to Phase 2 and 3 and to be granted safe gaurds and (PC) or remedy to help me avoid harm to me or others.

Inmate signature: Mr. Lloyd George Morgan, JR.

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

IGP no. M14 0363    T no.
Date received: 4/4/03    Disposition: Compromise    Date of disposition: 5-23-03
Grievance issue: MH Single Cell and Mental Health Care.
Reasons: You do not qualify for a single cell by mental health but we will provide adequate mental health care.

Level 1 reviewer: Paul Chaplin 5-23-03

Paul Chaplin, Ph.D.

Finishing Statement       Date 4-3-03

Seeking Remedy Do to I am Paranoid and Tarrafied for my safety and I am unstable, and need a (MHU) single cell No reply was giving, or remedy or refer to (MHU) I wrote Acting Warden Major Thomas Coates Dated 3-17-03 and seeking Remedy none was giving I Have Saught mental Health Care and Transfer to the Garder CI (MHU) unit and care I am very unstable and sought a single cell for my safety and the safety of the institution, No remedy have been giving I am very unstable and Tarrafied, and Paranoid Now I Have Been told by Counselor John Kay, and Lt. Ogesby, and a Letter From Dr. Hynes Date 3-25-03 that I am Being sent to the Phase 2 & 3. Program. I need Safe Guards and not to Be force to go in my state of mind with out Safe Guards and a single cell statues. I am intitled to care these actions violate the American with Disibilities act and is illegal Dr. Chaplin Have intentionally subjected me to Discrimination and neglect and Biased indifferent Treatment and failed to grant the needed Remedy and his Conduct is Harsh and unProfessional I seek a investigation also See statement of inmate Cornelius Hargrove # 176483 Regards to the gang hits on my life this Has also hurt my mental Health, knowing my life is in Constant Danger and no one cares. Please Reply.

Yours Truly
Mr. Lloyd George Morgan, Jr # 117796

Side 1 of this Double Sided Request

# CONNECTICUT DEPARTMENT OF CORRECTION
## NORTHERN CORRECTIONAL INSTITUTION

### INMATE REQUEST FORM

Date: 3-8-03

HOUSING UNIT: (I)  II  III    EAST or (WEST)    Cell # 223
(Circle One)

Inmate Name: MR. Lloyd G. Morgannia    Number: 117796

Request: Dear (CHAS) Patricia Wollenhaupt, Please investigate this and refer it to Mr. John Dixen, and let me know you have done so. I feel that I am being subjected to discrimination and denied the needed mental health care, this violate the American with Disibilities act →

(Continue on back if necessary)

Submitted to: _____    Date Received: _____

Acted on by: _____

Action taken and/or response: _____

I have referred your issues to Dr Chaplin

Date of Response to Inmate: 3/10/03

Signature of Staff Member: _____

NCI 050

Side 1 of THIS Double Sided request

# CONNECTICUT DEPARTMENT OF CORRECTION
## NORTHERN CORRECTIONAL INSTITUTION

### INMATE REQUEST FORM

Date: 3-11-03

HOUSING UNIT: (I)  II  III        EAST or (WEST)        Cell # 203
                (Circle One)

Inmate Name: MR. Lloyd G. MORGAN, JR        Number: 117796

Request: Dear LT. Dennis Oglesby, I need your consideration for a single cell statues, I feel very paranoid and fear for my safety. My mental Health is very poor and they refuse me any mental health care, I got many, issues →

(Continue on back if necessary)

Submitted to: _____    Date Received: _____

Acted on by: _____

Action taken and/or response: _____

Date of Response to Inmate: _____

Signature of Staff Member: _____

NCI 050

Side 2

I got all kinds of Hits on my life, and inmates Stephen Freeman and Nathaniel S. Johnson, JR #▓▓▓ #269606, and inmates Marquis E. Manns, in 1W-224- and 1W225 have constantly threaten, I really need a single cell Yau Nor the Warden or Majors will pay me any mind This fear is going to over take me and I feel if I am not put on single cell statues, or I am going to end up slewing some one out of fear, I want or need to be kept. Alone, to keep from being killed or hurt, or from slewing any one I am very unstable the above inmates is writing false request trying to set me up please reply and protect me please reply.

C. Comm. Armstrong
C. Deputy Comm. Peter M. Matos,
C. LGM/File

Side 2

The (DOC) staff Warden Larry J. Myers, Majors E.M. Whidden, Michael P. Lajoie, Thomas Coates, and there staff will not help me, I got a mental health history, and many gangs and inmates want to assault and hurt me here and no one will grant me protective custody or a single cell I am in constant fear and paranoid not knowing whats going to happend or who there going to force in the cell with me or me in the cell with who will seek to hurt me and force me to act out of fear for my safety. LT. Dennis Oglesby, LT. John Dumas, and Capt. Maurice Butler, and otheres have not cared about my issues, I was told that by Major Lajoie they may be planning to send me to the Phase Program that promise me to get assaulted or hurt or get in trouble I ask if you would request and grant me a single cell statues and also put in a package for my transfer to the MHU Unit in garner CI soon as possible for you. I feel you have a duty to protect me so I dont get heart and be force to react and do any thing. Please see what you can do to get my case moving and a single cell soon as possible, thanks a writing reply is required, of you.

*Side 1. of this double sided Request*

# CONNECTICUT DEPARTMENT OF CORRECTION
## NORTHERN CORRECTIONAL INSTITUTION

### INMATE REQUEST FORM

**HOUSING UNIT** (Circle One)   I   II   III        **EAST** or **WEST**        **Cell** 223

**Date:** 1-29-03

**Inmate Name:** Mr. Lloyd George Morgan, Jr   **Number:** 117796

**Request:** Dear PhD. Doctor Martin Paul Chaplin, I respectfully write to you after speaking to you at my cell 1 West 223 cell doing your touring, today I am appealing to you to ask if you would please help me and re-consider my issues Sir, I am very unstable and hurting so bad inside.

(Continue on back if necessary) →

**Submitted to:** _____   **Date Received:** _____

**Acted on by:** _____

**Action taken and/or response:** _____

_____

_____

_____

**Date of Response to Inmate:** _____

**Signature of Staff Member:** _____

# CONNECTICUT DEPARTMENT OF CORRECTION
## NORTHERN CORRECTIONAL INSTITUTION

### INMATE REQUEST FORM

Side 1 of this Double sided Request

Date: 3-17-2003

HOUSING UNIT: (I)  II  III  (Circle One)    EAST or (WEST)    Cell # 223

Inmate Name: MR. LLoyd G. MORGAN, JR    Number: 117796

Request: Dear ADm. major Thomas Coates, sir, today I talk to Counselor John Kay sir. Regards to my safety concerns sir, and he told me that I am going to be approved to go to the Phase 2 program for next month sir. I need your urgent Consideration →

(Continue on back if necessary)

Submitted to: _____    Date Received: _____

Acted on by: _____

Action taken and/or response: We will place you as needed.

Date of Response to Inmate: 3/18/03

Signature of Staff Member: T. Coates

NCI 050