Because there is so many Hits out on my life by virus gang member inmates and none gang members I will be force to not go to the program unless you will consider these issues. Sir if I do not meet with you in private so we can go over who you will put in the group with me so I will not be assaulted and put me on a Rec alone statues in phase 2 & 3 and keep me on a single cell statuer in the phase 2 and 3 program, so to insure my safety and so I can make it out then I cant go to such a program I ask you please to consider my plea cause majors C.M. Whidden, or J. McGill or Hajdic, will never give me any chance they are forever biased or indifferent to me tho I feel this whole administration is corrupt, I feel you are the only major who may reply and consider my issues, and from now on I will only write to you and the commissioners office, for remedy. Tho I feel ever you are apart of these problems you still are the only chance with the Lord Jesus first that I got, please grant me protection and help and modify the phase 2 & 3 program for me I have been constantly discriminated against and subjected to reprisal and retaliation for excercising my rights to file grievances and complaints against (Doc) and my cases in court. and because I am a gay homosexual bisexual black male. I am in fear and tarrafied for my safety and my urgent need for mental health care I feel if D.O.C. keep forcing me in the cell with inmates. I will end up being badly hurt or killed or end up slewing some one I am not stable please protect me every one is on a ego trip and power pusition hungrey and deny me these needs please sir Help me a writing reply is required or requested please grant remedy. See inclosed request to you also dated 3-17-03.



# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

CN 960
Rev. 1/8

| ate Name | Mr. Lloyd George MORGAN, JR | Inmate no. 117796 |
|---|---|---|

| ility NORTHERN C.I. | Housing unit EAST 106 Cell | Date 6-23-02 |
|---|---|---|

[X] Line grievance · [ ] Line emergency [ ] Health grievance [ ] Health emergency

| no. 141-02-326 | T no. |
|---|---|

se this form to appeal a Level 1 decision: Grievance Form A (for Level 1) and any attachment ust accompany this form; no review will be undertaken if they do not accompany this form. You appeal must be filed within 5 days of the Level 1 response; deposit it in the box for inmate grievances.

eal. I am appealing the Level 1 decision because: Because the Rules and regulation and policie and Practices concerning the restraints as outline in my Grievance Complaint dated 6-2-2002 is illegal and cruel and unusual Punishment and unsafe I also am allowed to have Proper exercise and have not be able to injoy my recreation, nor allowed recreation on Holidays that fall on week days. I also filed a Grievance about this dated 9-5-2009, that was no replyed to see attached. See finishing statement attached.

| ate signature Mr. Lloyd E MORGAN, JR | Date 6-23-02 |
|---|---|

### FOR OFFICIAL USE ONLY – LEVEL 2 REVIEW

| e received 07/03/02 | Disposition Denied | Date of disposition 07/18/02 |
|---|---|---|

sons    *You are appealing a level 1 grievance regarding Unit Policy/Procedure. As indicated in the Level 1 response, inmates in the phase-1 of the Administrative Segregation program are in full restraints when out of cell movement occurs. This is for the safety and security of staff as well as inmates. As you progress through the program, restraints are less restrictive. Your grievance appeal is denied.*

al 2 reviewer

This grievance may be appealed within 5 days to Level 3

This grievance may not be appealed to Level 3 (see A.D. 9.6, Section 17)

eal. I am appealing the Level 2 decision because:

| ate signature | Date |
|---|---|

### Deposit your appeal in the box for inmate grievances
### FOR OFFICIAL USE ONLY – LEVEL 3 REVIEW

| e received | Disposition | Date of disposition |
|---|---|---|

sons

i 3 reviewer



## Inmate Grievance Form B, Levels 2 and 3
### Connecticut Department of Correction

CN 9601
Rev. 1/8/0

e Name  Mr. LLoyd George MORGAN, JR          Inmate no. 117796

ty  NORTHERN  C.I.              Housing unit  EAST 106 Cell     Date 6-23-02

[X] Line grievance    [ ] Line emergency    [ ] Health grievance    [ ] Health emergency

o.  141-02-326          T no.

e this form to appeal a Level 1 decision:  Grievance Form A (for Level 1) and any attachments
t accompany this form; no review will be undertaken if they do not accompany this form.  Your
appeal must be filed within 5 days of the Level 1 response; deposit it in the box for inmate
grievances.

al. I am appealing the Level 1 decision because: Because the Rules and regulation and policies
nd practices concerning the restraints as outline in my Grievance Complaint dated
-2-2002 is illegal and cruel and unusual Punishment and unsafe I also am allowed to
ave proper exercise and Have not Be able to injoy my recreation, nor allowed recreation on
riends that call on week days. I also Filed a Grievance about this Dated 9-5-2001, that was never
received to see attached. I see Finishing statement attached.

e signature Mr. Lloyd  MORGAN, JR           Date 6-23-02

### FOR OFFICIAL USE ONLY – LEVEL 2 REVIEW

| eceived | Disposition | Date of disposition |
|---|---|---|
| ons | | |

2 reviewer

his grievance may be appealed within 5 days to Level 3

his grievance may not be appealed to Level 3 (see A.D. 9.6, Section 17).

al. I am appealing the Level 2 decision because:

e signature                               Date

### Deposit your appeal in the box for inmate grievances

### FOR OFFICIAL USE ONLY – LEVEL 3 REVIEW

| eceived | Disposition | Date of disposition |
|---|---|---|
| ons | | |

3 reviewer

THIS IS THE Finishing Statement APPEAL GRIEVANCE.

I also Filed a Grievance dated 9-5-200. Concerning the unsafe restraints and Handcuffing and recreation Policies that was never Addressed or answerd I wrote a Letter of Complaint to the MAJOR Coates— and WARDen LARRY J, MYERS Concerning why they intentionally Skirted Around Answering it no remedy was giving I then wrote a Complaint to Commissioner JOHN J, ARMSTRONG, Seeking Remedy of this matter that was again no remedy granted See Copy of GRIEVANCE dated 9-5-01 attached. I also Filed Another one dated 9-2-0: in which I APPEAL herein, I am intitled to be Able to exErcise and inJoy recreation, the restraints Cause EXStream pain and Scaring of my Left and right rist and ANCLes, I Been at NORTHERN C.I. Since 3-30-01 and in the Phase one PrOgram I am Not Able to go to the Phase 2 and 3 program do to Virouse gang inmates Hits of assault Put out on my LiFe and my need FOR Protective Custody so until (doc) Acts to grant me (PC) I must remain in Phase one so I Dont get Hurt or Killed so I should Be allowed Proper recreation, these Policies are Not Good for my HeaLth and are not a Fit Please make Provisions, Thanks for your Consideration

Respectfully yours

MR. LLoyd GeoRGe MORGAN, JR # 117796
1EAsT Cell 106 At NORTHERN C.I. Date 6-23-02
( IGP No. 141-02. 326)

If the CopY of my Grievance Dated 9-5-01 Is Not attached youre STAFF removed not wanting you to see or Know About it as they Have Done this to me many of times allReady.

# Inmate Grievance Form A, Level 1

CN 9601A
7-1-98

Connecticut Department of Correction

| Inmate name Mr. LLoyd George Morgan JR | | Inmate No. 117796 |
|---|---|---|
| Facility NORTHERN C.I. | Housing unit 1EAST 106 cell | Date 6-2-2002 |

☒ Line grievance  ☐ Line emergency  ☐ Health grievance  ☐ Health emergency

1. Informal resolution. Attach a copy of Inmate Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.
I Spoke to warden doing Touring and MATORS, and wrote and recieved NO Reply Do not have items to attach to this FORM.

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.)
See attached Finishing statement
I am Being Denied Human and dignafied treatment, and force to rec or go to recreation in full Restraints Being Hand cuffed Behind my Back with a steal teter chain also connected to my leg shackles and its very painful for me I am over 240 pounds and getting old with High Blood Pressure and Diabeties THIS pain Hurts me so Badly I can not Exercise as I am intitled to and do to this unsafe Handcuffing and Restraint policies many inmates have Been injured in many way's I also was injure in 1 west Recreation

3. Action requested. Describe what action you want taken to remedy the grievance.
I Request that you Rectify the Restraints and Handcuffing policies Regards to Recreation and Double Celling Prisoners FOR Safety Reasons and HEALTH

Inmate signature Mr. LLoyd L. MORGAN, JR

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

## FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW

| IGP no. 141-02-326 | T no. |
|---|---|

| Date received JUN 07 2002 | Disposition Denied | Date of disposition 6/20/02 |
|---|---|---|

Grievance issue    Re: Unit Policy/Procedure

Reasons    Inmates in the Administrative Segregation Phase One program are removed from their cells in full restraints. If you progress to phase two, after 30 days restraints are removed during recreation.

Level-1 reviewer _____ A/W 6/20/02

Date 6-2-02

Attached Finishing statement

On 5-4-01, My Age and medical Preblems and being out of shape makes me a High Risk its not proper to force Prisoners to Go to Recreation in Full Restraints when you Have Cayes in some Recreation yards with Trapps to open and Remove all Restraints doing Recreation and put back on when coming in this is being Done at WALKER C.I. FACILity and GARDNER C.I. and there is no Reason For this unsafe Policy, I also am intitle to be Able to Etercise doing recreation and I need this For my HEALTH, Your Restraint Policy has Left Cruel Scaring on my Left and right Rist and both Anchles, also your staff Refuse Prisoners Recreation on Holidays doing the week only in this unit this is not Proper or HEALThy, I ask For you to Rectif this I Have Addressed these issues with MAJORS Whidden, Coates, LaJoie, and you many times in the past and No Remedy is being GRanted I am very depressed do to this. I am Concern about the unsafe Restraints policy of Dowbleing up Prisoner and many are being assaulted as they are in Full Restraints by there Cell Partners I ease do something About the unsafe Restraint Policy tho I am in a Single Cell I am not on single Cell Status and Can be put in Danger this Grievance is Concerning the Restraints and HandCuffing Rec Policies. Please Reply

Very Truly Yours.
MR. LLoyd George MORGAN, JR # 117796

CN 9601A
7-1-98

Inmate name **MR. LLoyd George MORGAN, JR**

Inmate No. **117796**

Facility **NCI**     Housing unit **1EAST 108**     Date **9-5-2001**

☒ Line grievance     ☐ Line emergency     ☐ Health grievance     ☐ Health emergency

1. Informal resolution. Attach a copy of Inmate Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.
   I Have Wrote MAJOR Thomas CoATES, MAJORS LAJoie, and C. Whidden
   No reply or remedy giving to attached

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.)
   I respectfully write you this Complaint of the unSafe Living Conditions at Northern C.I. With Regards to the Phase 1 AIS IC, and 1E units Regards to the Doubleing up the Cell inmates in the Phase 1 Program where as these inmates Consist of inmates that are Violent towards STAFF and inmates and got nothing to Loose and should not be any Double Celling thus this also Cause the Hand Cuff Policy of allowing one inmate to be in the Cell to be put in Hand Cuffs as the othere inmate is not yet Cuffed have caused many assaults "see attached finishing statement

3. Action requested. Describe what action you want taken to remedy the grievance.
   I Respectfully kindly Demand that You Create a SAFE Seting and Rectify the Double Celling and UNSAFE Hand Cuff and Restraint Policy as so noted and stop DOC. Agents from seting up fights.

Inmate signature **MR. LLoyd Gl MORGAN, JR**

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

---

## FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW

P no.                                        T no.

te received                  Disposition                    Date of disposition

evance issue

asons

el-1 reviewer

dated 9-3-2001.

Attached finishing statement

Doc has a obligation to creat a safe inviornment and setting for me and Prisoners, the Doc could easly fix this problem at the waver of its hand many inmates are being Brutally assult do to the unsafe double celling and unsafe hand cuff policie even some of the correctional agents are seting up alter-cat as happend on 9-4-2001 with Captain William Finchnuff seting up a altercation that was pre-arranged with inmates Robert McMillian in 1 East 110 cell and I. Howard that was move from 1 East 218 cell to 1 East 110 just to set up a altercation inmate I. Howard I seen him come out Shortley very Blood and a code blue was called, none of the inmates was put in inthuse restraints or nothing medical came Ms. PAT Wollenhaupt. this unsafe not properly screening inmates and puting them in duble celling with the unsafe hand cuffing of inmates is very Dangerouse and I am very afraid for my own personall safety and seek that you act to prevent me and othere Prisoners from being assaulted in cuffs this has been going on for a long time and many inmates Have been badly assaulted jaws Broken, ect. these are clearly Humain rights violations, that you owe a Duty under the federal and state constitution to correct and I kindly ask that these reckless daliberate acts be corrected at once thanks for your consideration.

Respectfully yours

Lloyd George Morgan, Jr # 117796
NCI 1 East 108

"Exhibit 49"

# Memorandum

**To:**       MORGAN 117796  —

**From:**    Patty Wollenhaupt, CHNS

**Date:**    12/13/02

**Grievance:** 141-02-378

PLEASE READ THE DIRECTIVE,COMPROMISED GRIEVANCES NOT GRIEVABLE.



# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

CN 9601 B
Rev. 1/8/02

| Inmate Name MR. LLoyd GeORGe MORGAN, JR | Inmate no. W7796 |
|---|---|

Facility NORTHERN C.I.    Housing unit 1 West 223    Date 12-11-02

☐ Line grievance   ☐ Line emergency   ☒ Health grievance   ☐ Health emergency

IGP no. 141-02-378    T no.

Use this form to appeal a Level 1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the box for inmate grievances.

Appeal. I am appealing the Level 1 decision because: I refuse the Compromise as it does not offer any remedy I was intitled to my Grievance Return timely on a Appeal form not a Letter from DR CHAPLIN But to Be Able to Exhaust the Grievances Process Also my Letter to to Doctor Chaplin still Have Not Been Return to me I seek effective remedy as said in my Grievance Thankyou

Inmate signature MR. LLoyd GeORGe MORGAN, JR    Date 12-11-02

### FOR OFFICIAL USE ONLY – LEVEL 2 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|
| | | |

Reasons

Level 2 reviewer

☐ This grievance may be appealed within 5 days to Level 3

☐ This grievance may not be appealed to Level 3 (see A.D. 9.6, Section 17)

Appeal. I am appealing the Level 2 decision because:

| Inmate signature | Date |
|---|---|
| | |

### Deposit your appeal in the box for inmate grievances

### FOR OFFICIAL USE ONLY – LEVEL 3 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|
| | | |

Reasons

Level 3 reviewer

"Exhibit 49"



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601
Rev. 1/8/0

Inmate Name **MR. LLoyd George MorganJR**    Inmate no. **117796**

Facility **Northern CI**    Housing unit **1 West 223**    Date **11-18-2002**

[✓] Line grievance    [ ] Line emergency    [✓] Health grievance    [ ] Health emergency

1. **Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

I wrote a Grievance and letter of complaint seeking mental health consideration for MHU and single cell statues, the Grievance was never answerd. or return it was filed months ago I Appeal'd to Major whadding see attached request dated 11-10-02

2. **Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8 ½ by 11 inch sheet of paper and attach it to this form.)

This writer states that months ago he wrote a letter of complaint and for consideration to Docter Martin paul Chaplin, seeking urgent consideration for (MHU) review for Care and a single cell statues and that the sent letter Be return he never got the letter Back. he also filed a medical Grievance that was not answerd Docter Chaplin informed he he does have see attached Finishing statement

3. **Action requested.** Describe what action you want taken to remedy the grievance.

I request that the Grievance be Located and responded to inc a Appeal form with it, so that the Grievance process may be followed and I seek those issues requested granted and that the Grievance Process Be fullwed and letter sent return as well and effective Action.

Inmate signature **Mr. Lloyd E. Morgan Jr**

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

## FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

IGP no. **141-02-378**    T no.

Date received **16-26-0**    Disposition **Comp**    Date of disposition **11-16-0**

Grievance issue/Reasons
Requests Grievance be found and answered

You were Notified by letter Oct 3 2002 that addressed your grievance issue. You are

Level 1 reviewer

Not a Constitute for a Septe

Finishing (MHU) Grievance statement Dated 11-18-02

THIS writer mr. Lloyd George MORGAN, JR states that Doctor Paul M. Chaplin, has violated the rules to the DOC ADm. Dir. and policy and the Laws of Due process due to Prisoners and any and all Grievance Process, and has intentionally conspired to avoid Aknowledgement of said Sent Grievance to avoid his duty he swore and made Oath to carry out in working as a medical agent For uconn and (Doc) (MHU) facilities. The medical Grievance was filed in Good faith with the intentions to seek remedy and so that the Grievance and complaint Process may be followed, as well as respect to Laws Governing the state and (Doc) Rules, doing many tors of the units this complainant Lloyd George MORGAN, JR #117796 spoke to Doctor Chaplin has made many promises to Answer and return the Grievance and letter and return them both so I may follow the Process, but has skirted Around his Duty and has not Done his sworn Duty, he ended up with my Grievance when Treatment MAJOR CHRISTINE M. Whidden stated he is not supose to handle or Answer medical (MHU) Grievance but that (CHUS) PATRICIA Wollenhaupt, has this Duty. see attached request dated 11-10-02 to MAJOR whidden and her reply dated 11-13-02 of Double sided.

I seen a investigation and remedy as requested
Thanks For your efforts

yours Truly
MR. Lloyd George MORGAN, JR #117796
1 West 223 AT NORTHERN CI

EXHIBIT 44

# CONNECTICUT DEPARTMENT OF CORRECTION
## NORTHERN CORRECTIONAL INSTITUTION

### INMATE REQUEST FORM

Side 1 of
Double sided request

Date: 11-10-02

HOUSING UNIT: (I)  II  III     (EAST) or WEST     Cell # 210
            (Circle One)

Inmate Name: MR. Lloyd G. MORGAN, JR   Number: 117786

Request: Dear MAJOR of Programs and treatment C. M. Whidden, I am writing you on the NATURE of my complaint cause I wrote Mental HEALTH Doctor Chaplin a official Grievance form months ago about my mental HEALTH Issues and request

(Continue on back if necessary)

Submitted to: _____   Date Received: _____

Acted on by: _____

**Received**
**Major's Office**
NOV 2002

Action taken and/or response: _____

Sir, Doctor Chaplin has no direct involvement in the medical Grievance Process. Level 1's are responded to by MS Wolfhaupt. Level 2's are handled by H.S.A Bryan Castle. I suggest you follow-up with either of them

Date of Response to Inmate: 11/13

Signature of Staff Member: Maj. AW

C: LT Dumas
   LT Oгilsby
   file

NCI 050

Side 2

I need him to Answer the Grievance it self so
I may Appeal it up the Chain of command he has
intentionally avoided to return my Grievance. I
also wrote Him a letter of complaint and
request for a single cell He never return
that Letter and wrote a short Notice
Denying me a single cell—refused to Aknowledge
the letter. I am intitled to proper Mental
Health Staff to Answer my Grievance and
Issues since you are in charge of Prisoners
Treatment Issues I ask if you would ask him
to return my Grievances Doing so being I Have
asked him over 10 times to Return these
items he said he would But Never does
I Appeal to you for Review one remedy
a writing reply is required of you.
Thanks.



4

TO: MAJOR Christine M Whidden
URGent MaTTER



# Memorandum

**To:**       MORGAN 117796
**From:**   Patty Wollenhaupt, CHNS
**Date:**    12/13/02
**Grievance:** 141-02-380

YOU DID NOT GET BACK YOUR GRIEVANCE.
DIAGNOSIS AND TREATMENT ARE NOT GRIEVABLE. WE
ANSWER THE GRIEVANCES THE BEST WE CAN. THERE ARE
SOMETIMES ERRORS OR OVERSIGHTS FOR WHICH WE
APOLOGIZE. THE ISSUE OF SINGLE CELL CALL FROM MHU IS
MUTE. YOU DO NOT QUALIFY. THE LEVEL 2-3 MUST BE THE
SAME AS LEVEL I.

# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

CN 9601S
7-1-98

Inmate name MR. LLoyd G. MORGAN, JR          Inmate no. 117796

Facility NORTHERN C.I.     Housing unit 1West 223    Date 12-11-02

☐ Line grievance    ☐ Line emergency    ☒ Health grievance    ☐ Health emergency

IGP no. 141-02-380    T no.

Use this form to appeal a Level-1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

Appeal. I am appealing the Level-1 decision because I Feel My issues are being Brushed under the rug with PREJUDICE regard for my issues, I also filed A GRIEVANCE Dated 11-18-02 of A Complaint of them Never replying to this GRIEVANCE I Just got today, see attached finishing statement

Inmate signature MR. LLoyd G. MORGAN, JR          Date 12-11-02

## FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|
| | | |

Reasons

Level-2 reviewer

☐ This grievance may be appealed within 5 days to Level 3

☐ This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

Appeal. I am appealing the Level-2 decision because

| Inmate signature | Date |
|---|---|
| | |

Deposit your appeal in the box for inmate grievances.

## FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|
| | | |

Reasons

Level-3 reviewer

# Inmate Grievance Form A/Level 1

Connecticut Department of Correction

CN 9601A 7-1-98

"Exhibit # 50"

| Inmate name: MR. Lloyd George MORGAN, JR | Inmate No. 117796 |
|---|---|

| Facility: NORTHERN CI | Housing unit: 1 EAST 209 | Date 9-2002 |
|---|---|---|

[X] Line grievance  [ ] Line emergency  [X] Health grievance  [ ] Health emergency

**1. Informal resolution.** Attach a copy of Inmate Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

I wrote to Doctor Paul M. Chaplin who has not shown the respect to reply or concern.

**2. Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.)

I was removed from single cell statues on 8-5-02 and on 8-6-02. I was forced to move to a double cell on 8-6-02 by CAPT. MAURICE Butler and LT. Gloseby. I inform them of my fear and safety concerns due to Hits out on my Life and the unsafe restraints and Hand cuffing policy, on 8-6-02 I was force to move from 1EAST 106 to E209, I wrote to doctor CHAPLIN Because I feel very paranoid and afraid for my life and unstable and I Requested consideration of a mental health single cell for safety.

**3. Action requested.** Describe what action you want taken to remedy the grievance.

I request that Docter chaplin Locate my request and Letters to him and reply and review my issues and grant me a single cell statues For said Reasons wrote him About

Inmate signature: MR. Lloyd George MORGAN, JR

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

---

**FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW**

| GP no. 141-02-380 | no. |
|---|---|

| Date received 11-26-02 | Disposition Denied | Date of disposition 11-26-02 |
|---|---|---|

Grievance issue: Requests single cell

Reasons: File reviewed. You do not meet the criteria for a single cell from a Mental Health or Medical perspective treatment what Guide to

Level-1 reviewer: [signature] RN

Date 12-11-02

Finishing statement to MHU Grievance IGP No 141-02-380

I wrote and mailed and filed the inclosed Grievance dated September 2002 when I was in HE 210 Cell, it was never Answerd or Return to me I also wrote a Letter to MHU Doctor Chaplin seeking Emergency consideration for proper care and of a single cell statues for my own safety and the safety of others, the said Letter was held for months and never return so I could Appeal it instead he wrote a Letter note not returning my Grievance denying me any remedy as saught of him. I pleaded with him many times to Return the Grievance he promised he would but never did so I wrote a complaint request to Major of Treatment & program CHRISTINE M. Lee Whidden, dated 11-10-02 seeking remedy see said request and reply dated 11-13-02, I filed a Grievance dated 11-18-02 re: to not getting Back my filed Grievance, being IGP No. 141-02-380, and I got a reply today to my Grievance Dated 9-2002 Reply dated 11-26-02 but it was Just giving to me today of 12-11-02 by C/O Donovan, passing out mail on 1st Shift in 1 West today, I also got a reply to my Grievance dated 11-18-02 reply is dated 11-26-02 IGR No 141-02-378, compramise refused its not proper still my Letter wrote to Doctor Chaplin have not been return Nor any Remedy. also I am intitled to Appeal all Grievance a simple Letter is not a proper Reply to a Grievance I Request a proper investigation and effective remedy and my Letter Return as well thanks

yours Truly

MR. Lloyd George Morgan, JR #117796 1W223

Exhibit 50

**Northern Mental Health** -
Northern Correctional Institution
287 Bilton Road, Somers, CT 06071

**To:**     Mr. Lloyd Morgan #117796, Northern CI

**From:** Paul Chaplin, Ph.D.

**Date:** October 3, 2002

**Re:**     Request for a Single Cell for Mental Health Reasons

After reviewing your file, I have determined that you do not qualify for a single cell for mental health reasons at this time. Fortunately, your stable mental condition suggests that you have the ability to do well sharing a cell with another inmate. If you have any other concerns or questions, please write to me or speak to me in person. Good luck in your endeavors.

" EXHiBiT 50

Side 1 OF THIS Double Sided
Request

# CONNECTICUT DEPARTMENT OF CORRECTION
## NORTHERN CORRECTIONAL INSTITUTION

## INMATE REQUEST FORM

HOUSING UNIT: (I) II III     EAST or (WEST)     Cell # 223
(Circle One)

Date: 1-29-03

Inmate Name: MR. LLoyd George MORGAN, JR  Number: 117796

Request: Dear PhD Doctor Martin Paul Chaplin, I respectfully
write to you after speaking to you at my Cell I west 223
Cell doing your touring. today I Am appealing to you to ask
if you would Please help me and re-consider my issues
Sir, I am very unstable and hurting so BAD inside     ⟶
(Continue on back if necessary)

Submitted to: _____  Date Received: _____

Acted on by: _____

Action taken and/or response: _____

_____

_____

_____

_____

Date of Response to Inmate: _____

Signature of Staff Member: _____

Side 2

The (Doc) Staff Warden Larry J. Myers, Majors e. m. Whidden, Michael P. Lajoie, Thomas Coates, and there staff will not help me, I got a mental health history, and many gangs and inmates want to assault and hurt me here and no one will grant me protective custody or a single cell I am in constant fear and paranoid not knowing whats going to happen or who theres going to force, in the cell with me or me in the cell with who will seek to hurt me and force me to act out of fear for my safety. Lt. Dennis olgesby, Lt. John Dumus, and Capt. Maurice Butler, and otheres have not cared about my issues, I was told that by major Lajoie they may be planning to send me to the Phase program that promise me to get assaulted or hurt or get in trouble I ask if you would request and grant me a single cell statues and also put in a package for my transfer to the MHU unit in garner CI soon as possible for you. I feel you have a duty to protect me so I don't get hurt and be force to react and do anything. Please see what you can do to get my case moving, and a single cell soon as possible, thanks a writing reply is required, of you.