UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LLOYD D. GEORGE MORGAN, JR. | : | CIVIL NO. |
| | : | 3:01CV1107 (WIG)(CFD) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GOVERNOR JOHN G. ROWLAND, et al. | : | |
| | : | February 7, 2006 |
| Defendants. | : | |

## **APPEARANCE**

Please enter my appearance as amicus for the plaintiff in the above-captioned action, in lieu of Annette Lamoreaux.

                        Respectfully Submitted,

                    BY:_____
                        Renee C. Redman (ct16604)
                        American Civil Liberties Union
                             Foundation of Connecticut
                        32 Grand Street
                        Hartford, CT 06106
                        Telephone: 860-247-9823 x 211
                        Fax: 860-728-0287
                        E-mail: rredman@acluct.org

CERTIFICATE OF SERVICE

       This is to certify that on this ___ day of February 2006, a copy of the foregoing has been mailed postage prepaid to:

Lynn D. Wittenbrink
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Lloyd George Morgan Jr.
Inmate #117796
Northern Correctional Institute
PO Box 665
Somers, CT 06071

                                                  _____
                                                  Renee C. Redman