UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| LLOYD D. GEORGE MORGAN, JR. | : | CIVIL NO. |
|  | : | 3:01CV1107 (WIG)(CFD) |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| GOVERNOR JOHN G. ROWLAND, et al. | : |  |
|  | : | February 22, 2006 |
| Defendants. | : |  |

**<u>AMENDED NOTICE OF APPEARANCE</u>**

Please enter my appearance as amicus in the above-captioned action.

                                        Respectfully Submitted,

                    BY:_____
                         Renee C. Redman (ct16604)
                         American Civil Liberties Union
                             Foundation of Connecticut
                         32 Grand Street
                         Hartford, CT 06106
                         Telephone: 860-247-9823 x 211
                         Fax: 860-728-0287
                         E-mail: rredman@acluct.org

CERTIFICATE OF SERVICE

      This is to certify that on this ___ day of February 2006, a copy of the foregoing has been mailed postage prepaid to:

Lynn D. Wittenbrink
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Lloyd George Morgan Jr.
Inmate #117796
Northern Correctional Institute
PO Box 665
Somers, CT 06071

_____
Renee C. Redman