UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LLOYD D. GEORGE MORGAN, JR. | : | CIVIL NO. |
| | : | 3:01CV1107 (WIG)(CFD) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| GOVERNOR JOHN G. ROWLAND, et al. | : | |
| | : | March 14, 2006 |
| Defendant. | : | |

**RESPONSE BY *AMICUS* AMERICAN CIVIL LIBERTIES UNION OF CONNECTICUT TO PLAINTIFF'S MOTION FOR COURT ORDER AND MOTION FOR COURT CONSIDERATION**

*Amicus* American Civil Liberties Union of Connecticut ("ACLU-CT") responds to plaintiff's request that ACLU-CT file a response on his behalf to defendants' motion for summary judgment. The ACLU-CT currently employs one attorney and therefore does not have sufficient staff with which to represent plaintiff. Moreover, plaintiff's claim that he is confused about whether the ACLU-CT represents him is without merit. Thus, the request should be denied.

On June 27, 2003, ACLU-CT filed a Brief of *Amicus Curiae* in this case addressing the constitutionality of Northern Correctional Institution's prison exercise policy (Docket No. 99). The two prior Legal Directors of ACLU-CT entered appearances as *amicus curiae* (Docket Nos. 99 and 148). The undersigned took over the position of Legal Director in January 2006 and soon after filed her appearance as *amicus curiae* (Docket No. 208). The notice was mistakenly docketed as an appearance on behalf of plaintiff. The undersigned

filed an Amended Notice of Appearance explaining that ACLU-CT does not represent plaintiff and the appearance was amended (Docket No. 211).  The Amended Notice was served on all parties (Docket 211 and Exhibit A).  Therefore, plaintiff's claim that he is confused is without merit.

Accordingly, plaintiff's request that ACLU-CT file a response on his behalf to defendants' summary judgment motion should be denied.

Respectfully submitted

_____
Renee C. Redman (ct16604)
American Civil Liberties
      Union of Connecticut
32 Grand Street
Hartford, CT 06106
Telephone: 860-247-9823 x 211
Fax:  860-728-0287
rredman@acluct.org

## CERTIFICATE OF SERVICE

  This is to certify that on this 14th day of March 2006, a copy of the foregoing has been mailed postage prepaid to:

Lynn D. Wittenbrink
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Lloyd George Morgan Jr.
Inmate #117796
Northern Correctional Institute
PO Box 665
Somers, CT 06071

                _____
                Renee C. Redman