UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LLOYD GEORGE MORGAN, JR.
                PRISONER
v.              Case No. 3:01cv1107 (CFD)

JOHN G. ROWLAND
JOHN J. ARMSTRONG
PETER M. MATOS
JACK TOKARZ
JAMES E. HUCKABEY
MARY M. JOHNSON
PETER J. MURPHY
MICHAEL CARTER
HENRY LOJKUCK
DONALD GILBERT
EMMANUEL
MEULEMANS
CORRECTIONAL OFFICER JONES
J. CAHILL
JANE DOE a/k/a SISTER DONNA
JAY SCHUDER
STACY L. SMITH
RAY WALDON
BAKER
KURTZ
FRED LEVESQUE
HECTOR L. RODRIGUEZ
JOHN TARASCIO
BUTTRICK
CORRECTION OFFICER ATKINS
R. FLORES
MARK W. STRANGE
RICHARD MATOS
STEVE FRY
NEAL KEARNEY
WAYNE CORRIVEAU
KENDRICKS

WESLEY COLLINS
SIDOTI
CHAMBERS
VADNAIS
JOHN DOE PSYCHOLOGIST
TOM MAGIERA
HOWELL
BRIAN K. MURPHY
LARRY MYERS
THOMAS COATES
MICHAEL LAJOIE
CHRISTINE WHIDDEN
VENTON
MICHAEL ZACHAREWICZ
WILLIAM FANEUFF
MAURICE BUTLER
ROBERT J. KNAPP
LOUBIER, JR.
OLGESBEY
KOSKE
CURTIS
ZINA
DANIEL POLONIS
GOODHALL
BADEAU
MELBOURNE
JAMES PERKINS
MURPHY
UNIVERSITY OF CONNECTICUT JOHN DEMPSEY MEDICAL CENTER
JEFFREY ADGER
COX
JOSEFIAKI
WILBUR L. STROZIER
PATRICIA WOLLENHAUPT
NANCY HILL
LATEAR
PAUL CHAPLIN
RONALD HENSLEY
GERARD A. SMYTH
SUSAN O. STOREY
TEMMY ANN PIESZAK
PRESTON TISDALE
DOUGLAS OVIAN
ROBERT P. PICKERING
ED PRESANTE
THOMAS LATIER

PAMELA B. SHEA
BRYAN CASTLE
CAPTAIN HELBERG
JIMMY DELVALLE
DIAZ
ERIK JOHNSON

## J U D G M E N T

This cause came on for consideration on the defendants' motion for summary judgment before the Honorable Christopher F. Droney, United States District Judge.

On May 3, 2002, the court filed its Ruling and Order dismissing all claims against the following defendants: University of Connecticut John Dempsey Medical Health Center, Presante, Smyth, Storey, Tisdale, Pieszak, Ovian, and Pickering. In addition, the court dismissed all claims for damages against all defendants in their official capacities

On June 6, 2002, plaintiff filed an amended complaint which omitted as named defendants and therefore withdrew all claims against: Latear, Hill, Wollenhaupt, Strozier, Josefiaki, Cox, Adger, Murphy, Perkins, Melbourne, Badeau, Polonis, Zina, Olgesbey, Loubier, Knapp, Venton, Brian K. Murphy, Howell, Magiera, John Doe, Vadnais, Chambers, Sidoti, Collins, Kendricks, Corriveau, Kearney, Fry, Strange, Flores, Atkins, Buttrick, Rodriguez, Kurtz, Baker, Waldon, Smith, Schuder, Jane Doe, Cahill, Jones, Meulemans, Emmanuel, Gilbert, Lojkuck, Carter, Peter J. Murphy, Tokarz, Johnson, Goodhall, Zacharewicz, Huckabey Richard Matos.

On January 5, 2005, plaintiff filed a second amended complaint which omitted as named defendants and therefore withdrew all claim against: Rowland, Levesque, Butler, Fanenuff, Koske, Curtis, Shea, Castle, Tarascio, Helberg, Johnson, Delvalle and Diaz.

The court has considered the motion for summary judgment filed by defendants

3

Armstrong, Peter M. Matos, Myers, Coates, Lajoie, Whidden, Chaplin, Hensley and Latier, and all related papers.  On March 17, 2006, the court filed its Ruling on Defendants' Motion for Summary Judgment granting defendants' motion and directing the Clerk to close this case.

Therefore, it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 20th of March, 2006.

KEVIN F. ROWE, Clerk

By  /s/ Donna P. Thomas
   Donna P. Thomas
   Deputy Clerk

Entered on the Docket _____