1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 MAR 22 P 2:45
U.S. DISTRICT COURT

LLOYD GEORGE MORGAN, JR            No. 3:01CV1107(CFD)(WIG)
    VS.
GOVERNOR JOHN G. ROWLAND, et al.    Date  3-15-2006

MOTION FOR EFFECTIVE REVIEW AND CONSIDERATION
AND RENEWAL FOR APPOINTMENT OF COUNSEL
MOTION FOR RELIEF FROM JUDGEMENT.

1.) Now comes the Pro-se plaintiff Lloyd George Morgan, Jr Respectfully moves this Honorable Justices in the best interest of Justice and in Good faith ask of this Court for Effective Review and Consideration, This Court Should so note that on or about 1/20/2006 the plaintiff was subjected to a Retalitory Transferr from Cheshire Correctional Institution Protective Custody unit after receiving continued Threats by Prison officials. That if he keeps exercising his rights to file complaints and Grievances against Prison officials or Staff he would be Transferred and also due to his litigation against Prison officials. Plaintiff filed various motions throughout this case telling this Court of said threats.

2.) State of Connecticut Department of Correction official's have carried out those threats. Plaintiff reported these threats to U.S. Attorney Kevin O'Conner office and this Court well ahead of time before it happend, and on 1/20/2006 the plaintiff was transferred to Bridgeport County Jail

2.

3.) Plaintiff was advised by this court in it's Rulings it or he should file another seperate law suit regards to these matters. Plaintiff filed a case clearly informing the court in his new complaint titled MORGAN V. LANTZ, et al No. 3:05CV1659(MRK)(WIG) which raises virus claims 1. opening Plaintiff legal that was clearly marked legal mail out side of his presence, and withholding his legal mail at Cheshire C.I. Facility. 2. Threats of a Retaliation Transfer for the said reasons, 3. being denied effective access to the court to litigate this case at hand and be able to file a effective proper response to pending motion for summary judgement, to this case as a conflict of interest arose with plaintiff and the Inmate's Legal Assistance Program and its attorneys, Plaintiff is sueing them, and Prison Commissioner Lantz, office denied Plaintiff conflict free legal aid or persons trained at law. Do to the injury that will result if this court grant Defendant's motion for summary judgent of this case, and MORGAN V. Reyan, et al # No. 3:05873(JBA)

4.) Plaintiff ask that this court ether order state of Connecticut Department of Corrections Commissioner to fill the obligation to grant me conflict free representation of persons trained at law in to properly file a supplemental objection to Defendants motion or grant plaintiff appointment of counsel to assist and prepair a proper reply to save plaintiff case.

3.

5.) Plaintiff has a very good plea to this Court of why it should grant urgent appointment of Counsel in this case, is (1) This Court can justify doing so if a plaintiff is at a giant or reasonable disability disadvantage of legal disability and resources, and if the Defendants Counsel Office of Attorney General have mistated the true facts to this Court in its Motion for Summary Judgement, and gave false affidavits and exhibits to this Court just to trick this Court into dismissing the plaintiff case on Summary Judgement or to over state plaintiff history to prejudice this Court against plaintiff as is the case here. Plaintiff ask this Court to take a Double Keen look at Exhibit-D- submitted with motion for Summary Judgement and other motion with it.

6.) (ASA) Lynn D. Wittenbrink Office of the state of Connecticut Attorney Generals knowingly submitted a false document and slandered plaintiff to trick the Court to feeling plaintiff is so violent that the being denied recreation in the cage without restraints or keeping him in full restraints was justifyied simply because he is so violent or threatening by adding Exhibit-D- which is a Request form dated 7-2-01 that has my name and inmate number on it and housing location at Northern Prison Facility. Please go to paragraph 7 of page 4.

4.

7.) Plaintiff states to this Court (AAG) Wittenbrink office quated the request in her motions for Summary Judgement and other motion filed with it Exhibit-D- which state (" request! To Know whay you keep holding up my Legal mail I have more money then you do, so when I send out my shit, you better send it out because I know some one who will meet you in the parkin lot and she'll brake your fucking face test me! Just because your sucking the majors dick dont mean he safe either because he has a wife and boyfriend too your not safe.") Plaintiff states to the Court that the true fact is he never wrote this request, nor ever said any such foolish folly to any one your Honer guess what? This Request Exhibit-D- is not even wrote by Plaintiff its not my Hand writing or Print, Plaintiff makes a motion to this Court to Have a hand writing specialist to review the request slip dated 7-2-2001. Facts will prove Plaintiff never wrote this and the state knows this.

8.) Plaintiff states that he had many staff and inmates that hated his guts at Northern C.I. who would creat these false request to seek to cause him to receence a disciplinary report ticket to keep him here he did receive a DR ticket that was never hand delivered to him, Prison officials investigated that I or plaintiff did not right this request and Dismissed the DR. Ticket

9.) THIS IS SIRIOUS BUSINESS THAT OFFICE OF THE ATTORNEY GENERALS and its (ASA) WITTENBRINK and Defendants would Knowingly submitt a false Exhibits to THIS COURT. Plaintiff Stated THIS IN HIS motions of Objection. THIS COURT Should So note THAT SINCE (ASA) WITTENBRINK OFFICE submitted a False EXHIBIT THAT PREJUDICE my case and Knowing its Not my writing is fraude and a scheme of illegAL Activity. There is MANY othere False Exhibits and AFFADAVITS BY PRISON STAFF and medical Agents that Are Not Fully TRUTHFUL Plaintiff IS Not IN a POSITION to Keenly UNDERSTAND and CLARIFY THE TRUTH From all THE MANY LYING Fraude Acts submitted to THIS COURT and CANT Get A FAIR REVIEW BY THIS COURT UNLESS it GRANTS URGENT APPOINTMENT OF Cunseler to point These matters out to the COURT. Plaintiff Just realize By Looking at THE EXHIBIT D - Closely FOR THE FIRST time THAT It was false. For These reasons it is warrented

10.) Plaintiff also ask IF THIS COURT has Allready Ruled to DISMISS this case THAT a urgent Relief From Judgement Be GRANTED and DeNovo Review and APPOINTMENT of Cunsel Be GRANTED. as at Bridgeport CORR. JAIL PRISON OFFICIALS Cunseler Whittaker and LT. FALLONE and MAIL ROOM STAFF HAVE WITHHELD a Lot of his outgoing Legal mail and Never Let it go out and a Lot of his Incoming Legal mail is not even Giving to Plaintiff.

11.) Plaintiff access to the court is disabled to its due effectiveness, if this court even send a ruling & order he may not receive it this is the reason plaintiff was transferred to Bridgeport Correctional Center to isolate and punish and close down his litigation. Plaintiff turn into Counselor Robert Whittaker, a Level 2 and 3 Appeal Form to go with his Level 1 Grievance dated 1-11-06 re: to retaliation at Cheshire C.I. Counselor Robert Whittaker, has not allowed me to get any response, Plaintiff sent it well over 30 days ago, he wrote Deputy Warden Richard C. Flodquist, Counselor Supervisor Donna Compare, Warden Walter Ford, at this Bridgeport facility who refuse remedy. Mr. Whittaker works here where plaintiff is now. Plaintiff filed 3 grievances no reply thus far.

12.) Plaintiff also filed complaints to U.S. Atty. O'Conner that Counselor Whittaker & mail room staff has fustrated from going out timely unless counsel is appointed by this court a unjust ruling against me will happend simply cause the state was allowed to use lying and some false documents to this court, this court cant allow this to go on unchecked or corrected see mention Exhibit -D- inclosed a copy of what the (ASA) Wittenbrink submitted to the court also prison officials at Bridgeport Corr. Jail refuse to allow inmates to copy request & ~~Grievance~~ Grievances

(7.)

13.) here Cause They premeditate to deny PRISONERS a CHANCE to Keep a Perfect Record or Present proper evidence to The Court. So if plainti's Denied a Copy of The Exhibit D-Request, he can only submitt his copy from The State (ASA) Wittenbrink copy and send here a copy of The motion as is. If This Court Has All Ready Ruled on Motion for Summary Judgement Plaintiff never Received it. Plaintiff ask that if This Court Has Ruled against him that a complete Appeal Package Be Sent him Please reply and Grant remedy

By The Plaintiff Lloyd G. Morgan Jr

Mr. Lloyd George Morgan, Jr #117796
Bridgeport Correctional Center
1106 North Ave
Bridgeport, CT 06604

CERTIFICATION

This is to certify that a copy of the foregoing motion was mailed postage paid to the following on 3-15-2006

Office of The Attorney Generals
(ASA) Lynn D. Wittenbrink
110 Sherman Street
Hartford, CT 06105

Connecticut Civil Liberties
Atty. Renee C. Redman
32 Grand Street
Hartford, CT 06106

By The Plaintiff Lloyd G. Morgan

# Exhibit
# -D-

# CONNECTICUT DEPARTMENT OF CORRECTION
## NORTHERN CORRECTIONAL INSTITUTION

## INMATE REQUEST FORM

Date: 7-2-01

HOUSING UNIT: (I) II III (Circle One)   (EAST) or WEST   Cell # 2-19

Inmate Name: Lloyd G. Morgan   Number: 117796

Request: To know whay you keep holding up my legal mail I have more money then you do, so when I send out my shit, you better send it out because I know some one who will meet you in the parking lot and she'll brake your fucking face test me! Just because your sucking the majors' dick don't mean he safe either

(Continue on back if necessary)

Submitted to: _____   Date Received: _____

Acted on by: because he has a wife and boy friend too. Your not ~~one~~ safe

Action taken and/or response: _____

Date of Response to Inmate: _____

Signature of Staff Member: _____

NCI 050

# Disciplinary Process Summary Report-Page 1

## Connecticut Department of Correction

CN 9 J-14-

| Unit | N.C.I | Report No. | NCI 0104651 | Report Date | 4-10-01 | Hearing Date | 4-11-01 |
|---|---|---|---|---|---|---|---|
| Inmate Name | Morgan Lloyd | ID No. | 117796 | | | Housing | 1W108 |
| Reporting Employee | Polonis | | | Title | C/O | | |
| Investigator | Smith | | | Advocate | N/A | | |
| Inmate Appearance | ☐ Yes | ☐ No | | Reason | | | |

☐ Suspended Sentence

☐ Deferred Prosecution | No. of Days | Through

☐ Charge Dismissed | By | Reason

Continuances (Dates and Reasons):

## SUMMARY

| | Charge | Class | Plea | Finding | Sanctions | |
|---|---|---|---|---|---|---|
| Original | Threats | A | G | G | 7 P/S | 4-18-01 |
| Substitute | | | | | 30 LOP | 5-18-01 |
| | | | | | 30 LOV | 5-18-01 |

☐ Confidential information | Reliability

Documentation Submitted  ☐ Incident Report   ☐ Medical Incident Report
                         ☐ Use of Force Report ☐ Other (Specify)

Witness Name                                    ☐ Appearance
Testimony:

Witness Name                                    ☐ Appearance
Testimony

Witness Name                                    ☐ Appearance
Testimony:

☐ Witness Exclusion | Name | Reason

Physical Evidence, Written Testimony

# Disciplinary Process Summary Report–Page 2

**Connecticut Department of Correction**

CN 1-1

---

**Basis for finding**

Inmate voluntarily plead guilty to the charge.

---

**Basis for sanctions:**

Sanctions deemed sufficient to deter future misconduct.

---

## DISPOSING OFFICER

| Hearing Officer Signature | Date |
|---|---|
| Disciplinary Coordinator Signature | Date |
| Investigator Signature  *[signed]* | Date 4-11-01 |

## INMATE NOTICE

You may appeal a finding of guilty by a Hearing Officer within 15 days

| Delivering Officer Signature *[signed]* | Date 4-11-01 |
|---|---|

Copies (5): Investigator, Reporting Employee, Inmate, Disciplinary file, and Inmate Master file

# Disciplinary Report – Page 1
## Connecticut Department of Correction

7 PB
CN
30 LOP  1-1
30 LOV

| | | |
|---|---|---|
| Unit  N.C.I | Report date | Report no. NCI 010405 |
| Inmate name  Morgan, Yof | I.D. no. 117796 | Housing  1W108 |
| Location  Enfield Court | Incident date 10 April 01 | Time 1235  ☐ a.m.  ☒ p.m. |
| Charge  THREATS | | Class A |

**Description of violation:** ON THE ABOVE TIME AND DATE while Assigned AS TRANSPORTATION officer, while at court I/m Morgan did. STATE "I have AIDS AND I'm going to bite You and Spit in YOUR FACE Polonis!" Morgan yelled this several times.

**Witness(es):**

**Physical evidence:**

| Reporting employee  Polonis | Employee requests copy ☒ yes ☐ no | |
|---|---|---|
| Title  Officer | Date | Time 245  ☐ a.m.  ☒ p.m. |

### CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

| ☐ Administrative detention | Date | Time  ☐ a.m.  ☐ p.m. |
|---|---|---|
| ☐ Interview accused | ☐ Informal disposition | |

Custody supervisor / unit manager signature  Knapp

| Title  Lt | Date  4.10.01 | Time  4:00  ☐ a.m.  ☒ p.m. |
|---|---|---|

### INMATE NOTICE

Delivered by – Mikulak

| Title  C/O | Date  4.10.01 | Time  5:00  ☐ a.m.  ☒ p.m. |
|---|---|---|

# Disciplinary Report - Page 2
## Connecticut Department of Correction

CN9503
1-14-94

| Investigator ~~~ | Receipt date 4-11-01 | Time 8:00 | ☒ a.m. ☐ p.m. |

**Attempt, accessory and conspiracy:** When supported by the evidence, the offenses of attempt, accessory and Conspiracy shall be deemed to be included in the substantive offense with out having to be separately charged. Attempt, accessory and conspiracy shall be punishable in the same degree as if the substantive offense were committed.

## CLASS A

Alteration of a specimen
Arson
Assault
Assault on a DOC employee
Bribery
Contraband (dangerous instrument, escape item, unauthorized currency, drug paraphernalia, intoxicating substance, tattoo equipment)
Creating a disturbance
Destruction of property ($100 or more)

Escape
Felonious misconduct
Fighting
Flagrant disobedience
Hostage holding
Hostage holding a DOC employee
Impeding order
Interfering with safety or security
Intoxication
Refusal to give a specimen
Riot (requires declaration by DOC Commissioner)

Secreting identity
Security risk group affiliation
Security tampering
Self-mutilation
Sexual misconduct
Theft ($100 or more)
Threats
Violation of program provisions

## CLASS B

Bartering
Causing a disruption
Contraband (unauthorized items, items in excess of authorized amounts, displaying nude or sexually explicit pictures)

Destruction of property (under $100)
Disobeying a direct order
Gambling
Giving false information
Insulting language or behavior
Misdemeanant misconduct

Out of place
Public indecency
Theft (under $100)

## CLASS C

Disorderly conduct    Malingering    Sanitary / housing violation    Violation of unit rules

| Inmate signature | Date |
| Witness signature | Date |

**Waiver of 24-hour notice:** I hereby waive my right to a 24-hour notice of hearing And request that a hearing be held at the earliest convenience of the hearing officer.

| Inmate signature | Date |
| Witness signature | Date |

**Waiver of appearance:** I hereby waive my appearance at the disciplinary hearing. This does not constitute a guilty plea.

| Inmate signature | Date |
| Witness signature | Date |

**Guilty plea:** I hereby plead guilty to the charge contained in this disciplinary report. I voluntarily enter this plea and understand that my plea bars an appeal.

| Inmate signature  Lloyd G. Morgan Jr. | Date 4-11-01 |
| Investigator/hearing officer signature ~~~ | Date 4-11-01 |
| ☐ Prosecution deferred by disciplinary coordinator | Through date |
| Disciplinary coordinator signature | Date |
| Inmate signature | Date |