FORM 2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2006 MAR 27 P 2: 32

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Lloyd George Morgan, JR

v.   CIVIL CASE NO. 3:01CV1107(CFD)(WIG)

Governor John G. Rowland, et al.

## MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), I Lloyd George Morgan JR respectfully requests leave
(appealing party)
to file the within notice of appeal out of time. Lloyd George Morgan JR desires to appeal
(appealing party)
the judgment in this action entered on 3-17-2006, but failed to file a notice of appeal

within the required number of days because:

EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER OF DAYS. The Plaintiff appealing party just received the Judgement granting defendants motion for summary Judgement today of 3-22-06 I am incarcerated and have no adequate access to the or persons train at law to help me the clerks office failed to send me a waiver of fees form for I am broke to file a notice of appeal and failed to send me the needed waiver of filing fee's to appeal I am indigent therefor I request a 60 day extension of time to file the notice and appeal once clerks sent all needed documents to comply Thanks.

Lloyd George Morgan JR
Signature

Lloyd George Morgan, JR
Print Name

Bridgeport Correctional CTR.

1106 North Ave BPT.CT 06604
Address

Date: 3-22-06

N/A I am in Prison
Telephone Number

Note: You may file this form, together with a copy of Form 1 [Notice of Appeal] if you are seeking to appeal a judgment and did not file a copy of Form 1 [Notice of Appeal] within the required time. These forms must be received in the Office of the Clerk of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.