D.Conn. (new haven)
No. 01-cv-1107
Droney, J.
Garfinkel, M.J.

# MANDATE

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 31st day of August, two thousand and six.

Present:

    Hon. Jon O. Newman,
    Hon. José A. Cabranes,
    Hon. Robert D. Sack,
        *Circuit Judges*



Lloyd George Morgan,

    Plaintiff-Appellant,

v.                                      06-2198-pr

John J. Armstrong, et al.,

    Defendants-Appellees.

Appellant, *pro se*, moves for the appointment of counsel and for *in forma pauperis* status. Upon due consideration, it is ORDERED that the motions are DENIED and the appeal is DISMISSED, because the appeal lacks an arguable basis in fact or law. See Neitzke v. Williams, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Roseann B. MacKechnie, Clerk
By: *Lucille Carr*

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

USCA MO AUG 3 1 2006

MANDATE ISSUED OCT 2 2006